CO-386-online
10/03

# United States District Court
# For the District of Columbia

Whitman Insurance Company, Ltd.    )
                                   )
                                   )
                                   )
           vs    Plaintiff         )    Civil Action No._____
                                   )
Travelers Indemnity Company, et al.)
                                   )
                                   )
              Defendant            )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiff  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Whitman Insurance Company, Ltd.  which have any outstanding securities in the hands of the public:

PepsiAmericas, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Daniel E. Chefitz_
Signature

481420
BAR IDENTIFICATION NO.

Daniel E. Chefitz
Print Name

1111 Pennsylvania Avenue, N.W.
Address

Washington, D.C.         20004
City         State         Zip Code

202.739.3000
Phone Number