IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>*Defendants*. | Civil Action No. 05-01125 (JGP) |

### ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Brooke Clagett hereby gives notice of her entry of appearance on behalf of plaintiff Whitman Insurance Company, Ltd.

                                                    Respectfully submitted,

                                                    _____
                                                    Brooke Clagett (D.C. Bar No. 460570)
                                                    MORGAN, LEWIS & BOCKIUS, LLP
                                                    1111 Pennsylvania Avenue, N.W.
                                                    Washington, D.C. 20004
                                                    (202) 739-5443
                                                    (202) 739-3001 (facsimile)

June 14, 2005