AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WHITMAN INSURANCE COMPANY, LTD. )
       Plaintiff(s) )    **APPEARANCE**
       )
       )
      vs. )    CASE NUMBER   1:05CV01125
TRAVELERS INDEMNITY COMPANY, ET AL. )
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Margaret H. Warner__ as counsel in this
                            (Attorney's Name)

case for:__Travelers Indemnity Company__
                (Name of party or parties)

June 30, 2005                  /s/ Margaret H. Warner
Date                               Signature

                                     Margaret H. Warner
359009                             Print Name
BAR IDENTIFICATION
                                     600 Thirteenth Street, N.W.
                                     Address

                                     Washington, DC  20005-3096
                                     City        State        Zip Code

                                     202-756-8000
                                     Phone Number