UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
WHITMAN INSURANCE COMPANY, LTD          :
                                        :
    Plaintiffs                         :
                                        :
v.                                      :     Civil Action No.: 1:05CV01125
                                        :     Judge John Garrett Penn
TRAVELERS INDEMNITY CO., *et al.*,      :
                                        :
                                        :
    Defendants,                        :
                                        :
---------------------------------------------------------- x

To the Clerk of the Court and all parties of record:

    Please enter the appearance of Barry R. Ostrager as counsel in this case for Travelers Indemnity Company.

July 1, 2005                    Respectfully submitted,


                                By:   /s/ Margaret H. Warner
                                      Margaret H. Warner, #359009
                                      McDERMOTT WILL & EMERY LLP
                                      600 13th Street, N.W.
                                      Washington, D.C. 20005-3096
                                      (202) 756-8000

                                      Barry R. Ostrager, *pro hac vice* pending
                                      Jonathan K. Youngwood, *pro hac vice* pending
                                      SIMPSON THACHER & BARTLETT LLP
                                      425 Lexington Avenue
                                      New York, New York 10017
                                      (212) 455-2000

                                      *Counsel for Travelers Indemnity Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
WHITMAN INSURANCE COMPANY, LTD    :
:
Plaintiffs,    :
:
v.    :   Civil Action No.: 1:05CV01125
:   Judge John Garrett Penn
TRAVELERS INDEMNITY CO., *et al.*,    :
:
Defendants.    :
:
------------------------------------------------------- x

## MOTION OF DEFENDANT TRAVELERS INDEMNITY COMPANY
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Defendant Travelers Indemnity Company moves for the admission of Barry R. Ostrager of the law firm Simpson Thacher & Bartlett LLP to represent Travelers in this action. Mr. Ostrager is a member in good standing of the bars of the State of New York, the State of California, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Northern District of New York, the United States District Court for the District of Connecticut, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, the United States District Court for the Western District of Texas, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals

Ninth Circuit, the United States Court of Appeals for the District of Columbia Circuit, and the United States Supreme Court. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Ostrager should this Motion be granted.

July 1, 2005                     Respectfully submitted,

                                 By:   /s/ Margaret H. Warner
                                       Margaret H. Warner, #359009
                                       McDERMOTT WILL & EMERY LLP
                                       600 13th Street, N.W.
                                       Washington, D.C. 20005-3096
                                       (202) 756-8000

                                       *Counsel for Travelers Indemnity Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
WHITMAN INSURANCE COMPANY, LTD    :
:
 Plaintiffs           :
:
v.                                :   Civil Action No.: 1:05CV01125
                                  :   Judge John Garrett Penn
TRAVELERS INDEMNITY CO., *et al.*,   :
:
:
 Defendants,          :
:
------------------------------------------------------- x

## **DECLARATION OF BARRY R. OSTRAGER**

I, Barry R. Ostrager, declare under penalty of perjury that the following is true and correct:

1.   I am a partner in the New York office of the law firm of Simpson Thacher & Bartlett LLP. My firm has been retained to represent Defendant Travelers Indemnity Company in the above-referenced matter.

2.   I am admitted to practice in, and am a member in good standing of the bars of, the State of New York, the State of California, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Northern District of New York, the United States District Court for the District of Connecticut, the United States District Court for the Northern District of California, the United States District Court for the Central District of California, the United States District Court for the Western District of Texas, the United States Court of Appeals for the Second Circuit, the United States Court of

Appeals for the Third Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the District of Columbia Circuit, and the United States Supreme Court.

   3.  I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

   4.  I will act as co-counsel for Travelers with Margaret H. Warner, a partner in the Washington, D.C., office of McDermott, Will & Emery LLP, who is s member in good standing of the bar of this Court, as well as with Jonathan K. Youngwood, a partner in my firm's New York office who is also seeking to be admitted *pro hac vice* to represent Travelers in this matter.

Executed:  July 1, 2005       _____
                     BARRY R. OSTRAGER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------  x
WHITMAN INSURANCE COMPANY, LTD           :
                                         :
      Plaintiffs                         :
                                         :
v.                                       :    Civil Action No.: 1:05CV01125
                                         :    Judge John Garrett Penn
TRAVELERS INDEMNITY CO., et al.,         :
                                         :
                                         :
      Defendants,                        :
                                         :
-------------------------------------------------------  x
```

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendant Travelers Indemnity Company for the admission *pro hac vice* of Barry R. Ostrager is, this the ____ day of _____, 20___, hereby granted.

_____
Hon. John Garrett Penn
U.S. District Judge
