UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

WHITMAN INSURANCE COMPANY, LTD

    Plaintiffs

v.

TRAVELERS INDEMNITY CO., *et al.*,

    Defendants,

---

Civil Action No.: 1:05CV01125
Judge John Garrett Penn

To the Clerk of the Court and all parties of record:

    Please enter the appearance of Jonathan K. Youngwood as counsel in this case for Travelers Indemnity Company.

July 1, 2005            Respectfully submitted,

                     By:    /s/ Margaret H. Warner
                            Margaret H. Warner, #359009
                            McDERMOTT WILL & EMERY LLP
                            600 13th Street, N.W.
                            Washington, D.C. 20005-3096
                            (202) 756-8000

                            Barry R. Ostrager, *pro hac vice* pending
                            Jonathan K. Youngwood, *pro hac vice* pending
                            SIMPSON THACHER & BARTLETT LLP
                            425 Lexington Avenue
                            New York, New York 10017
                            (212) 455-2000

                            *Counsel for Travelers Indemnity Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------- x
WHITMAN INSURANCE COMPANY, LTD          :
                                        :
        Plaintiffs                      :
                                        :
v.                                      :   Civil Action No.: 1:05CV01125
                                        :   Judge John Garrett Penn
TRAVELERS INDEMNITY CO., et al.,        :
                                        :
                                        :
        Defendants,                     :
                                        :
------------------------------------------------------- x
```

## MOTION OF DEFENDANT TRAVELERS INDEMNITY COMPANY
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Defendant Travelers Indemnity Company moves for the admission of Jonathan K. Youngwood of the law firm Simpson Thacher & Bartlett LLP to represent Travelers in this action. Mr. Youngwood is a member in good standing of the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States Court of Appeals for the Fifth Circuit. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Youngwood should this Motion be granted.

July 1, 2005                          Respectfully submitted,


                                      By:    /s/ Margaret H. Warner
                                             Margaret H. Warner, #359009
                                             McDERMOTT WILL & EMERY LLP
                                             600 13th Street, N.W.
                                             Washington, D.C. 20005-3096
                                             (202) 756-8000

                                             *Counsel for Travelers Indemnity Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
WHITMAN INSURANCE COMPANY, LTD          :
                                        :
    Plaintiffs                          :
                                        :
v.                                      :   Civil Action No.: 1:05CV01125
                                        :   Judge John Garrett Penn
TRAVELERS INDEMNITY CO., *et al.*,      :
                                        :
    Defendants,                         :
                                        :
------------------------------------------------------- x

## DECLARATION OF JONATHAN K. YOUNGWOOD

I, Jonathan K. Youngwood, declare under penalty of perjury that the following is true and correct:

1. I am a partner in the New York office of the law firm of Simpson Thacher & Bartlett LLP. My firm has been retained to represent Defendant Travelers Indemnity Company in the above-referenced matter.

2. I am admitted to practice in and am a member in good standing of the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, and the United States Court of Appeals for the Fifth Circuit.

3. I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

4. I will act as co-counsel for Travelers with Margaret H. Warner, a partner in the Washington, D.C., office of McDermott Will & Emery LLP, who is a member in good

standing of the bar of this Court, as well as with Barry R. Ostrager, a partner in my firm's New York office who is also seeking to be admitted *pro hac vice* to represent Travelers in this matter.

Executed: July 1, 2005

_____
JONATHAN K. YOUNGWOOD

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
WHITMAN INSURANCE COMPANY, LTD  :
:
    Plaintiffs  :
:
v.  :  Civil Action No.: 1:05CV01125
:  Judge John Garrett Penn
TRAVELERS INDEMNITY CO., *et al.*,  :
:
:
    Defendants,  :
:
---------------------------------------------------------- x

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendant Travelers Indemnity Company for the admission *pro hac vice* of Jonathan K. Youngwood is, this the ____ day of _____, 20___, hereby granted.

_____
Hon. John Garrett Penn
U.S. District Judge