United States District Court
For the District of Columbia

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br>76 St. Paul Street,<br>Suite 500<br>Burlington, Vermont 05401, | )<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | APPEARANCE |
| v. | )<br>) | CASE NUMBER: 1:05CV01125 |
| TRAVELERS INDEMNITY COMPANY<br>One Tower Square<br>Hartford, Connecticut 06183 | )<br>)<br>)<br>)<br>) | |
| NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.<br>70 Pine Street, 3rd Floor<br>New York, New York, 10270 | )<br>)<br>)<br>)<br>) | |
| AIU INSURANCE COMPANY<br>70 Pine Street<br>New York, New York 10270 | )<br>)<br>)<br>) | |
| ALLIANZ GLOBAL RISKS U.S. INSURANCE<br>COMPANY, formerly known as Allianz<br>Insurance Company<br>2350 Empire Avenue<br>Burbank, California 91504 | )<br>)<br>)<br>)<br>)<br>) | |
| AMERICAN HOME ASSURANCE COMPANY<br>70 Pine Street, 3rd Floor<br>New York, New York 10270 | )<br>)<br>)<br>) | |
| AMERICAN REINSURANCE COMPANY<br>555 College Road East<br>Princeton, New Jersey 08543 | )<br>)<br>)<br>) | |
| ASSOCIATED INTERNATIONAL INSURANCE<br>COMPANY<br>10 Parkway North, Suite 100<br>Deerfield, Illinois 60015 | )<br>)<br>)<br>)<br>) | |
| CALIFORNIA UNION INSURANCE COMPANY,<br>subsequently known as Century Indemnity<br>Company and now also know as ACE, Ltd.<br>1601 Chestnut Street<br>Philadelphia, Pennsylvania 19103 | )<br>)<br>)<br>)<br>) | |

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S<br>LONDON AND THE LONDON MARKET<br>COMPANIES<br>750 Seventh Avenue<br>New York, NY 10019 | )<br>)<br>)<br>)<br>) |
| EMPLOYERS MUTUAL CASUALTY COMPANY<br>717 Mulberry Street<br>Des Moines, Iowa 02108 | )<br>)<br>) |
| FALCON INSURANCE COMPANY<br>One Beacon Street<br>Boston, Massachusetts 02108 | )<br>)<br>) |
| FEDERAL INSURANCE COMPANY<br>15 Mountain View Road<br>Warren, New Jersey 07061 | )<br>)<br>) |
| FIREMAN'S FUND INSURANCE COMPANY<br>777 San Marin Drive<br>Novato, California 94998 | )<br>)<br>) |
| FIRST STATE INSURANCE COMPANY<br>150 Federal Street<br>Boston, Massachusetts 02110 | )<br>)<br>) |
| GRANITE STATE INSURANCE COMPANY<br>70 Pine Street, 3rd Floor<br>New York, New York 10270 | )<br>)<br>) |
| HUDSON INSURANCE COMPANY<br>300 First Stamford Place, 6th Floor<br>Stamford, Connecticut 06902 | )<br>)<br>) |
| THE INSURANCE COMPANY OF THE STATE<br>OF<br>PENNSYLVANIA<br>70 Pine Street<br>3rd Floor<br>New York, New York 10270 | )<br>)<br>)<br>)<br>)<br>) |
| MT. MCKINLEY INSURANCE COMPANY<br>formerly known as Gibraltar Casualty<br>Company<br>477 Martinsville Road<br>Liberty Corner, New Jersey 07938 | )<br>)<br>)<br>)<br>) |
| NATIONAL SURETY CORPORATION<br>33 West Monroe Street<br>Chicago, Illinois 60603 | )<br>)<br>) |

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY<br>70 Pine Street<br>3rd Floor<br>New York, New York  10270<br><br>STONEWALL INSURANCE COMPANY<br>2 Central Square<br>Cambridge, Massachusetts  02139<br><br>TIG INSURANCE COMPANY, formerly known<br>as International Insurance Company<br>5205 North O'Connor Boulevard<br>2nd Floor<br>Irving, Texas  75015<br><br>PNEUMO ABEX LLC<br>c/o Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington, Delaware  19808 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Clifton S. Elgarten, as member of the bar, along with Kathryn A. Underhill and Barry M. Parsons (pro hac vice motions to be filed)</u> as counsel in this case for:  Century Indemnity Company (as successor in interest to California Union Insurance Company); Northern Assurance Company of America ("NOAC") (as successor in interest to certain insurance liabilities of Defendant Falcon Insurance Company): and Stonewall Insurance Company.

<u>July 1, 2005</u>                                   /s/ Clifton S. Elgarten
**Date**                                                      **Signature**

<u>366898</u>                                          <u>Clifton S. Elgarten</u>
**Bar Identification**                          **Print Name**

Crowell & Moring LLP
<u>1001 Pennsylvania Avenue, NW</u>
**Address**

<u>Washington, DC  20004-2595</u>
**City            State            Zip Code**