UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>         Plaintiff,<br><br> vs.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>         Defendants. | Civil Action No.  05-01125<br><br>Judge John Garrett Penn |

## ENTRY OF APPEARANCE

The undersigned hereby submits this Entry of Appearance requesting that the Court enter an appearance for Eric S. Parnes in the above-captioned matter as counsel for First State Insurance Company and requests that all filings be served upon First State Insurance Company's attorneys at the following address:

> Eric S. Parnes, Esq.
> Kathryne Love, Esq.
> Hughes Hubbard & Reed LLP
> 1775 I Street, N.W.
> Washington, D.C. 20006-2401
> Tel:  202-721-4600
> Fax:  202-721-4646

| | |
|---|---|
| Date:  Washington, D.C.<br>    July 1, 2005 | Respectfully submitted,<br>HUGHES HUBBARD & REED LLP |
| | /s/ Eric S. Parnes |
| *Of counsel:*<br>David R. Biester<br>One Battery Park Plaza<br>New York, NY  10004-1482<br>Tel:  212-837-6000<br>Fax:  212-422-4726 | Eric S. Parnes (D.C. Bar No. 489071)<br>Kathryne Love (D.C. Bar No. 479644)<br>Hughes Hubbard & Reed LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br>Tel:  202-721-4600<br>Fax:  202-721-4646<br>*Attorneys for First State Insurance Company* |

DC 547693_1.DOC