UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>        Plaintiff,<br><br> vs.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>        Defendants. | Civil Action No. 05-01125<br><br>Judge John Garrett Penn |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that, on July 1, 2005, he caused true and accurate copies of the foregoing Entry of Appearance to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage pre-paid, mail upon:

| | |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-3000<br>(202) 739-3001 (fax) |
| Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>Tel: (212) 326-7820<br>Fax: (212) 755-7306<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502<br>Tel: (412) 391-3939<br>Fax: (412) 394-7959 |

DC 547695_1.DOC

| | |
|---|---|
| American Home Assurance Company; AIU; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; ISOP; New Hampshire Insurance Company | Martin Lavelle, Esq.<br>Law Office of Martin P. Lavelle<br>110 Williams Street<br>18th Floor<br>New York, NY 10038<br><br>Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC  20036-4337<br>Tel:  (202) 457-1600<br>Fax:  (202) 457-1678 |
| Allianz Insurance Company | Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ  07042-8205<br>(973) 509-7500<br>(973) 509-0414 Fax<br><br>Thomas D. Flinn, Esq.<br>Garrity, Graham, Favetta & Flinn<br>140 Broadway<br>46th Floor<br>New York, NY 10005<br>Tel: (212) 858-7716 |

DC 547695_1.DOC

| | |
|---|---|
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell<br>Bates & Carey LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br>Tel:  (312) 762-3100<br>Fax:  (312) 762-3200<br><br>Michael L. Gioia, Esq.<br>Landman Corsi Ballaine & Ford P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079<br>Tel:  (212) 238-4800<br>Fax:  (212) 238-4848 |
| Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY  10532<br>Tel:  (914) 347-2600<br>Fax:  (914) 347-8898 |
| Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br>Tel: (609) 987-6662<br>Fax: (609) 987-6651<br><br>Thomas E. Schorr, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>83 Maiden Lane, Penthouse<br>New York, NY 10038<br>Tel: (212) 768-3878<br>Fax: (212) 768-3978 |
| Federal Insurance Company | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103<br>Tel:  (215) 665-2000<br>Fax:  (215) 665-2013 |

| | |
|---|---|
| Fireman's Fund Insurance; National Surety Corporation | Pamela Labaj, Esq.<br>Caron Constants & Wilson<br>201 Route 17 N.<br>2nd Floor<br>Rutherford, NJ 07070<br>Tel: (201) 507-3709<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105<br>Tel: (415) 247-8300<br>Fax: (415) 247-8310 |
| TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848 |
| Mt. McKinley Insurance Company | George R. Hardin, Esq.<br>John R. Scott, Esq.<br>Hardin, Kundla, McKeon & Poletto, P.A.<br>673 Morris Avenue<br>Springfield, NJ 07081-0730<br>Tel: (973) 912-5222<br>Fax: (973) 912-9212 |
| Stonewall Insurance Company;<br>Falcon Insurance Company; California Union Insurance Company | Barry Parsons, Esq.<br>Cliff Elgarten, Esq.<br>Kathy Underhill, Esq.<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Tel: (202) 624-2959<br>Fax: (202) 628-5116 |

DC 547695_1.DOC

| Travelers Indemnity Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 756-8000<br>Fax: (202) 756-8087<br><br>Jonathan K. Youngwood, Esq.<br>Simpson Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-3539<br>Fax: (212) 455-2502 |
|---|---|
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 261-8000<br>Fax: (212) 261-8750 |

*Of counsel:*
David R. Biester
One Battery Park Plaza
New York, NY 10004-1482
Tel: 212-837-6000
Fax: 212-422-4726

/s/ Eric S. Parnes
Eric S. Parnes (D.C. Bar No. 489071)
Kathryne Love (D.C. Bar No. 479644)
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Tel: 202-721-4600
Fax: 202-721-4646
*Attorneys for First State Insurance Company*

DC 547695_1.DOC