# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br>76 St. Paul Street,<br>Suite 500<br>Burlington, Vermont 05401<br><br>                              Plaintiff,<br><br>        v.<br><br>TRAVELERS INDEMNITY COMPANY<br>One Tower Square<br>Hartford Connecticut 06183<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.<br>70 Pine Street, 3d Floor<br>New York, New York 10270<br><br>AIU INSURANCE COMPANY<br>70 Pine Street<br>New York, New York 10270<br><br>ALLIANZ GLOBAL RISKS U.S. INSURANCE<br>COMPANY, formerly known as Allianz Insurance<br>Company<br>2350 Empire Avenue<br>Burbank, California 91504<br><br>AMERICAN HOME ASSURANCE COMPANY<br>70 Pine Street, 3d Floor<br>New York, New York 10270<br><br>AMERICAN REINSURANCE COMPANY<br>555 College Road East<br>Princeton, New Jersey 08543<br><br>ASSOCIATED INTERNATIONAL INSURANCE<br>COMPANY<br>10 Parkway North, Suite 100<br>Deerfield, Illinois 60015<br><br>CALIFORNIA UNION INSURANCE<br>COMPANY,<br>subsequently known as Century Indemnity<br>Company and now also known as ACE, Ltd.<br>1601Chestnut Street<br>Philadelphia, Pennsylvania 19103 | Civil Action No. 1:05CV01125<br>Judge John Garrett Penn |

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON AND THE LONDON MARKET
COMPANIES
750 Seventh Avenue
New York, New York 10019

EMPLOYERS MUTUAL CASUALTY
COMPANY
717 Mulberry Street
Des Moines, Iowa 50309

FALCON INSURANCE COMPANY
One Beacon Street
Boston, Massachusetts 02108

FEDERAL INSURANCE COMPANY
15 Mountain View Road
Warren, New Jersey 07061

FIREMAN'S FUND INSURANCE COMPANY
777 San Marin Drive
Novato, California 94998

FIRST STATE INSURANCE COMPANY
150 Federal Street
Boston, Massachusetts 02110

GRANITE STATE INSURANCE COMPANY
70 Pine Street, 3d Floor
New York, New York 10270

HUDSON INSURANCE COMPANY
300 First Stamford Place, 6th Floor
Stamford, Connecticut 06902

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA
70 Pine Street, 3d Floor
New York. New York 10270

MT. MCKINLEY INSURANCE COMPANY,
formerly known as Gibraltar Casualty Company
477 Martinsville Road
Liberty Comer, New Jersey 07938

NATIONAL SURETY CORPORATION
33 West Monroe Street
Chicago, Illinois 60603

NEW HAMPSHIRE INSURANCE COMPANY
70 Pine Street, 3d Floor
New York, New York 10270

STONEWALL INSURANCE COMPANY
2 Central Square
Cambridge, Massachusetts 02139

TIG INSURANCE COMPANY, formerly known
as International Insurance Company
5205 North O'Connor Boulevard, 2d Floor
Irving, Texas 75015

PNEUMO ABEX LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

                                        Defendants.

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO WHITMAN INSURANCE COMPANY, LTD'S, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Whitman Insurance Company, Ltd., and defendants Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc. (improperly sued as Allianz Global Risks U.S. Insurance Company, f/k/a Allianz Insurance Company); AIU Insurance Company; American Home Assurance Company; American Reinsurance Company; Associated International Insurance Company; Century Indemnity Company (as successor in interest to California Union Insurance Company); Employers Mutual Casualty Company; Northern Assurance Company of America (as successor in interest to certain insurance liabilities of Defendant Falcon Insurance Company); Federal Insurance Company; Fireman's Fund Insurance Company; First State Insurance Company; Granite State Insurance Company; the Insurance Company of the State of Pennsylvania; Mt. McKinley Insurance Company; National Surety Corporation; National Union Fire Insurance Company of Pittsburgh, Pa.; New Hampshire Insurance Company; Stonewall Insurance Company; and Travelers Indemnity Company hereby stipulate and agree, subject to approval of the Court, to extend the time for said defendants to answer or otherwise

respond to Whitman Insurance Company, Ltd.'s, Complaint for Declaratory and Injunctive

Relief, filed on June 7, 2005, to and including August 4, 2005.

DATED:        July 1, 2005                Respectfully submitted,


/s/ Daniel E. Chefitz                      /s/ Margaret H. Warner
Daniel E. Chefitz, #481420                 Margaret H. Warner, #359009
MORGAN LEWIS & BOCKIUS LLP                 Richard B. Rogers, #464791
1111 Pennsylvania Avenue, N.W.             MCDERMOTT WILL & EMERY LLP
Washington, D.C. 20004                     600 13th Street, N.W.
202-739-3000                               Washington, DC  20005-3096
                                           202-756-8000
*Counsel for Whitman Insurance Company,
Ltd.*                                         - and -

                                           Barry R. Ostrager
                                           Jonathan K. Youngwood
                                           SIMPSON THACHER & BARTLETT LLP
                                           425 Lexington Avenue
                                           New York, New York 10017
                                           212-455-2000

                                           *Counsel for Travelers Indemnity Company*


/s/ Richard W. Driscoll                    /s/ Elizabeth H. Hamlin
Richard W. Driscoll, #436471               Elizabeth H. Hamlin, #937250
DRISCOLL & SELTZER, PLLC                   Antonio D. Favetta
600 Cameron Street                         Garrity, Graham, Favetta & Flinn, P.C.
Alexandria, Virginia 22314                 One Lackawanna Plaza
703-340-1625                               P.O. Box 4205
                                           Montclair, NJ 07042-8205
   - and -                                 973-509-7500

Mark Sheridan                              *Counsel for Allianz Underwriters Insurance
Robert J. Bates                            Company, formerly known as Allianz
R. Patrick Bedell                          Underwriters, Inc. (improperly sued as
BATES & CAREY LLP                          Allianz Global Risks U.S. Insurance
191 North Wacker Drive, Suite 2400         Company, f/k/a Allianz Insurance Company)*
Chicago, Illinois 60606
312-762-3100

*Counsel for American Re-Insurance
Company*

/s/ Richard W. Driscoll
Richard W. Driscoll, #436471
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703-340-1625

  - and -

Wendy L. Mager
Thomas E. Schorr
SMITH STRATTON WISE HEHER &
BRENNAN, LLP
2 Research Way
Princeton, NJ 08540
609-987-6662

*Counsel for Employers Mutual Casualty Company*

/s/ L. Barrett Boss
L. Barrett Boss, #398100
COZEN O'CONNOR
1667 K Street, NW, Suite 500
Washington, DC 20006
202-912-4800

  - and -

John J. Dwyer
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215-665-2000

*Counsel for Federal Insurance Company*

/s/ William R. Stein
Eric Parnes, #489071
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
202-721-4600

  - and -

David R. Biester
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
212-837-6000

*Counsel for First State Insurance Company*

/s/ Clifton S. Elgarten
Clifton S. Elgarten, #366898
Barry M. Parsons
Kathryn A. Underhill
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
202-624-2959

*Counsel for Century Indemnity Company, Northern Assurance Company of America, and Stonewall Insurance Company*

/s/ Andrew Butz
Andrew Butz, #933473
BONNER KIERNAN TREBACH &
CROCIATA
1250 I Street, N.W., Ste. 600
Washington, DC  20005
202-712-7000

   - and -

Peter Logan
Paul Peters
Rolf Lindenhayn
KAUFMAN & LOGAN, LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
415-247-8300

*Counsel for Fireman's Fund Insurance
Company and National Surety Corporation*

/s/ Mark A. Deptula
Fred L. Alvarez*
Arthur J. McColgan*
Ryan M. Henderson*
Mark A. Deptula*
LORD, BISSELL & BROOK LLP
115 S. LaSalle Street
Chicago, Illinois  60603
312-443-1700
*\*pro hac vice* motion to be filed

*Counsel for Mt. McKinley Insurance Co.*

/s/ Richard W. Driscoll
Richard W. Driscoll, #436471
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703-340-1625

   - and -

Adam Krauss
Traub Eglin Lieberman Straus
7 Skyline Drive
Hawthorne, NY  10532
914-347-2600

*Counsel for Associated International
Insurance Company*

/s/ M. Elizabeth Medaglia
M. Elizabeth Medaglia, #198077
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower, Suite 300
Washington, D.C.  20036-4337
202-457-1600

*Counsel for American Home Assurance
Company, AIU Insurance Company, Granite
State Insurance Company, Insurance
Company of the State of Pennsylvania,
National Union Fire Insurance Company of
Pittsburgh, Pa., and New Hampshire
Insurance Company*

       SO ORDERED this the _____ day of _____, 2005.


_____
Hon. John Garrett Penn
Senior United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2005, a copy of the foregoing Stipulation For Extension Of Time To Answer Or Otherwise Respond To Whitman Insurance Company, Ltd's, Complaint For Declaratory And Injunctive Relief was served by first class mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Counsel for Defendant<br>Certain Underwriters at Lloyd's, London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 |
| Counsel for Defendant<br>Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| Counsel for Defendants American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; ISOP; New Hampshire Insurance Company | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337 |
| Counsel for Defendant Allianz Insurance Company | Elizabeth H. Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn, P.C.<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |

| | |
|---|---|
| Counsel for Defendant American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell<br>Bates & Carey LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, Virginia 22314 |
| Counsel for Defendant Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY  10532<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, Virginia 22314 |
| Counsel for Defendant Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Thomas E. Schorr, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, Virginia 22314 |
| Counsel for Defendant Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC  20006<br><br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |

| | |
|---|---|
| Counsel for Defendants Fireman's Fund Insurance; National Surety Corporation | Andrew Butz<br>Bonner Kiernan Trebach & Crociata<br>1250 I Street, N.W., Ste. 600<br>Washington, DC 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105 |
| Counsel for Defendant First State Insurance Company | Eric Parnes<br>Hughes Hubbard & Reed LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br>202-721-4600<br><br>David R. Biester<br>Hughes Hubbard & Reed Llp<br>One Battery Park Plaza<br>New York, NY 10004<br>212-837-6000 |
| Counsel for Defendant TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |
| Counsel for Defendant Mt. McKinley Insurance Company | Fred L. Alvarez<br>Arthur J. McColgan<br>Ryan M. Henderson<br>Mark A. Deptula<br>LORD, BISSELL & BROOK LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Counsel for Defendant Stonewall Insurance Company, Northern Assurance Company of America, Century Indemnity Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595 |

| Counsel for Defendant Travelers Casualty and Surety Company | Margaret H. Warner, Esq.<br>Richard B. Rogers, Esq.<br>McDermott Will & Emery LLP<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
|---|---|
| Counsel for Plaintiff Whitman Insurance Company, Ltd. | Daniel E. Chefitz, Esq.<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| Defendant Hudson Insurance Company | Hudson Insurance Company<br>300 First Stamford Place, 6th Floor<br>Stamford, Connecticut 06902 |

/s/ Margaret H. Warner
Margaret H. Warner