United States District Court
For the District of Columbia

| | |
|---|---|
| WHITMAN INSURANCE CO., LTD.    ) <br> ) <br> Plaintiff,    ) <br> v.    ) <br> ) <br> TRAVELERS INDEMNITY CO., et al.,    ) <br> ) <br> Defendants.    ) <br> ) | Civil Act. No. <br> 1:05CV01125 |

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I served via U.S. mail, first-class postage prepaid, the attorneys listed on the attached pages with a true and accurate copy of the Notice of Appearance of Clifton S. Elgarten, Kathryn A. Underhill, and Barry M. Parsons in addition to serving same by electronic filing on those counsel listed in the Notice of Electronic Filing.

Barry M. Parsons, DC Bar # 454788

| | |
|---|---|
| Counsel for Defendant Certain Underwriters at Lloyd's, London | Eileen T. McCabe, Esq. <br> Anna R. Newsom, Esq. <br> Mendes & Mount, LLP <br> 750 Seventh Avenue <br> New York, NY 10019 |
| Counsel for Defendant Pneumo Abex Corporation | Barbara E. Rutkowski, Esq. <br> Jones Day <br> 222 East 41st Street <br> New York, NY 10017 <br> <br> Michael Ginsberg, Esq. <br> J.W. Montgomery III, Esq. <br> Jones Day <br> One Mellon Center, 31st Floor <br> 500 Grant Street <br> Pittsburgh, PA 15219-2502 |

| | |
|---|---|
| Counsel for Defendants American Home Assurance Company; AIU; Granite State Insurance Company; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; ISOP; New Hampshire Insurance Company | Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337 |
| Counsel for Defendant Allianz Insurance Company | Elizabeth H. Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |
| Counsel for American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell<br>Bates & Carey LLP 191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
| Counsel for Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY 10532<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |

| | |
|---|---|
| Counsel for Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
| Counsel for Federal Insurance Company | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006 |
| Counsel for Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata<br>1250 I Street, NW, Suite 600<br>Washington, DC 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105 |
| Counsel for First State Insurance Company | David R. Biester, Esq.<br>Erik Bond, Esq.<br>Hughes Hubbard & Reed<br>One Battery Park Plaza<br>New York, NY 10004<br><br>Eric Parnes, Esq.<br>Hughes Hubbard & Reed LLP<br>1775 I Street, NW<br>Washington, DC 20006-2401 |

| | |
|---|---|
| Counsel for TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |
| Counsel for Mt. McKinley Insurance Company | Fred L. Alvarez<br>Arthur J. McColgan<br>Ryan M. Henderson<br>Mark A. Deptula<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Counsel for Travelers Casualty and Surety Company | Margaret H. Warner, Esq.<br>Richard Smith,m Esq.<br>McDermott, Will & Emery<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |
| Hudson Insurance Company | Hudson Insurance Company<br>300 First Stamford Place, 6th Floor<br>Stamford, CT 06902 |
| Counsel for Plaintiff Whitman Insurance Co., LTD | Daniel E. Chefitz, Esq.<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |