UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Whitman Insurance Company, Ltd.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No.  05-1125 (JGP) |
| | : | |
| **Travelers Indemnity Co.,** *et al.***,** | : | |
| | : | |
| **Defendants.** | : | |

## APPEARANCE

TO the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies.  The Certain London Market Companies for which I am entering my appearance are most, but not all, of those companies identified in paragraph 18 of the Complaint.  An amended appearance or designation of represented parties will be filed upon completion of the research necessary to identify all represented parties.

Respectfully Submitted,

*/s/ Michael J. Zoeller*

Michael J. Zoeller, Esq.
DC Bar No. 426476
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW #500
Washington, DC  20004
(202) 659-7217
Fax:  (202) 466-5738