**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>*Defendants*. | Civil Action No. 05-01125 (JGP) |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO WHITMAN INSURANCE COMPANY, LTD.'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Whitman Insurance Company, Ltd. and defendant Hudson Insurance Company hereby stipulate and agree, subject to approval of the Court, to extend the time for Hudson Insurance Company to answer or otherwise respond to Whitman Insurance Company, Ltd.'s Complaint for Declaratory and Injunctive Relief, filed on June 7, 2005, to and including August 4, 2005.

Dated: July 5, 2005                                                    Respectfully submitted,

/s/ Brooke Clagett                                                        /s/ David M. Ross
Daniel E. Chefitz, D.C. Bar No. 481420          Elizabeth B. Sandza, D.C. Bar No. 415283
Brooke Clagett, D.C. Bar No. 460570              David M. Ross, D.C. Bar No. 461733
Morgan, Lewis & Bockius LLP                         LeBoeuf, Lamb, Greene & MacRae LLP
1111 Pennsylvania Avenue, NW                      1875 Connecticut Avenue, N.W.
Washington, DC 20004                                       Washington, D.C. 20009
202-729-3000                                                         202-986-8000


SO ORDERED this the ____ day of _____, 2005.

_____
Hon. John Garrett Penn
Senior United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2005, a copy of the foregoing Stipulation for Entry of Time to Answer or Otherwise Respond to Whitman Insurance Company, Ltd.'s Complaint was served by first class mail, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| American Home Assurance Company; AIU; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; ISOP; New Hampshire Insurance Company | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337 |
| Allianz Insurance Company | Elizabeth H. Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606 |

|  | Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, Virginia 22314 |
|---|---|
| Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY 10532<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, Virginia 22314 |
| Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Thomas E. Schorr, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, Virginia 22314 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006<br><br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner, Kiernan, Trebach & Crociata<br>1250 I Street, N.W., Suite 600<br>Washington, DC 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12$_{th}$ Floor<br>San Francisco, CA 94105 |

| | |
|---|---|
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes Hubbard & Reed LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br><br>David R. Biester, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |
| Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Stonewall Insurance Company;<br>Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595 |
| Travelers Indemnity Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery LLP<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 |

                                                                           /s/ David M. Ross
                                                                             David M. Ross