UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Whitman Insurance Company, Ltd.,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | Civil Action No. 05-1125 (JGP) |
| : | |
| **Travelers Indemnity Company,** *et al.*, : | |
| : | |
| **Defendants.** : | |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO WHITMAN INSURANCE COMPANY, LTD'S
<u>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF</u>**

 Plaintiff Whitman Insurance Company, Ltd. and those Defendants named in the Complaint as Certain Underwriters at Lloyd's, London and London Market Companies hereby stipulate and agree, subject to approval of the Court, to extend the time for said Defendants to answer or otherwise respond to Whitman Insurance Company, Ltd.'s Complaint for Declaratory and Injunctive Relief, filed on June 7, 2005, to and including August 4, 2005.

July 5, 2005                  Respectfully Submitted,

  /s/Daniel E. Chefitz, Esq. /mjz         _____
Daniel E. Chefitz, #481420           Martin R. Baach, No. 210377
MORGAN LEWIS & BOCKIUS LLP       Michael J. Zoeller, No. 426476
1111 Pennsylvania Avenue, N.W.        BAACH ROBINSON & LEWIS PLLC
Washington, DC  20004           1201 F Street, NW, #500
(202) 739-3000              Washington, DC  20004
*Counsel for Plaintiff*             (202) 659-7217
*Whitman Insurance Co., Ltd.*         Fax:  (202) 466-5738

                      and

2

        Eileen T. McCabe, Esq.
        MENDES & MOUNT, LLP
        750 Seventh Avenue
        New York, NY 10019-6829
        (212) 261-8000
        *Counsel for Defendants Certain*
        *Underwriters at Lloyd's, London and*
        *Certain London Market Companies*