AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Whitman Insurance Company, Ltd.
           Plaintiff(s)

vs.

Travelers Indemnity Company, et al.
           Defendant(s)

**APPEARANCE**

CASE NUMBER

Civil Action No. 1:05CV 01125

Judge: Hon. John Garrett Penn

To the Clerk of this court and all parties of record:

Please enter the appearance of __Elizabeth H. Hamlin__ as counsel in this
                                    (Attorney's Name)

case for: __Allianz Underwriters Insurance Company__
         (Name of party or parties)
(improperly pleaded as Allianz Global Risks U.S, Insurance Company)

__June 30, 2005__
Date

__937250__
BAR IDENTIFICATION

*[Signature]*
Signature

__Elizabeth H Hamlin__
Print Name

__One Lackawanna Plaza__
Address

__Montclair,     NJ    07042__
City         State       Zip Code

__(973) 509-7500__
Phone Number