IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 1:05CV01125 (JGP) |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), Richard W. Driscoll and Driscoll & Seltzer, PLLC hereby give notice of their entry of appearance as counsel for American Reinsurance Company, Employers Mutual Casualty Company and Associated International Insurance Company.

Respectfully submitted,

Richard W. Driscoll (D.C. Bar No. 436471)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile

Dated: July 8, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July 2005, a true copy of the foregoing Notice of Appearance was sent by first class mail, postage prepaid, to the following:

| PARTY | COUNSEL |
|---|---|
| *Whitman Insurance Company* | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| *Pneumo Abex Corporation, LLC* | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| *American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company* | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337 |
| *Allianz Insurance Company* | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |

| | |
|---|---|
| *Federal Insurance Company* | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006<br><br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| *Fireman's Fund Insurance; National Surety Corporation* | Andrew Butz, Esq.<br>Bonner, Kiernan, Trebach & Crociata<br>1250 I Street, N.W., Sixth Floor<br>Washington, D.C. 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 |
| *First State Insurance Company* | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, DC 20006-2401<br><br>David R. Biester, Esq.<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| *Hudson Insurance Company* | Elizabeth B. Sandza, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut, Avenue, N.W.<br>Washington, DC 20009 |
| *TIG Insurance Co.* | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |

| | |
|---|---|
| *Mt. McKinley Insurance Company* | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 |
| *Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company* | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595 |
| *Travelers Insurance Company* | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| *Certain Underwriters at Lloyd's London* | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 |

_/s/ Richard W. Driscoll_
Richard W. Driscoll