IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WHITMAN INSURANCE COMPANY, LTD.,**

*Plaintiff,*

v.

**TRAVELERS INDEMNITY COMPANY,** *et al.*

*Defendants.*

**Civil Action No. 1:05CV01125**
**John Garrett Penn, Judge**

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, I served true and correct copies of the following documents on the persons listed below by U.S. mail, postage prepaid:

1. Whitman Insurance Company's Motion for Partial Summary Judgment on the Trigger-of-Coverage Issue, the memorandum in support thereof, Whitman's Statement of Undisputed Facts, the Declaration of Archie L. Meairs in support of the Motion, and a proposed order [DKT # 18]; and

2. Whitman Insurance Company's Motion for Partial Summary Judgment on the Number-of-Occurrence issue, the memorandum in support thereof, the Statement of Undisputed Facts, the Declaration of Archie L. Meairs in support of the Motion, and a proposed order [DKT # 19].

All other parties were served electronically, as stated in the Notice of Electronic Filing.

> Brooke Clagett (D.C. Bar No. 460570)
> MORGAN, LEWIS & BOCKIUS, LLP
> 1111 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> (202) 739-5443
> bclagett@morganlewis.com

| | |
|---|---|
| Counsel for Defendant Pneumo Abex Corporation, LLC | Martin McNerney, Esq.<br>Joseph Dorn, Esq.<br>King & Spalding<br>1730 Pennsylvania Avenue, N.W.<br>Washington, DC  20006 |
| Counsel for Defendants American Home Assurance Company, AIU; Granite State Insurance Company; Natonal Union Fire Insurance Company of Pittsburgh, Pa.; New Hampshire Insurance Company | Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C.  20036-4337 |
| Counsel for Federal Insurance Company | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103<br><br>L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C.  20006 |
| Counsel for Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata<br>1250 I Street, N.W., Suite 600<br>Washington, DC  20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA  94105 |
| Counsel for TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079 |
| Counsel for Mt McKinley Insurance Company | Fred L. Alvarez<br>Arthur J. McColgan<br>Ryan M. Henderson<br>Mark A. Deptula<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |

| | |
|---|---|
| Hudson Insurance Company | Elizabeth B. Sandza<br>David M. Ross<br>Leboeuf, Lamb, Greene & MacRae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C.  20009 |