UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD.
76 St. Paul Street,
Suite 500
Burlington, Vermont 05401

                Plaintiff,

   v.

TRAVELERS INDEMNITY COMPANY
One Tower Square
Hartford Connecticut 06183

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
70 Pine Street, 3d Floor
New York, New York 10270

AIU INSURANCE COMPANY
70 Pine Street
New York, New York 10270

ALLIANZ GLOBAL RISKS U.S. INSURANCE
COMPANY, formerly known as Allianz Insurance
Company
2350 Empire Avenue
Burbank, California 91504

AMERICAN HOME ASSURANCE COMPANY
70 Pine Street, 3d Floor
New York, New York 10270

AMERICAN REINSURANCE COMPANY
555 College Road East
Princeton, New Jersey 08543

ASSOCIATED INTERNATIONAL INSURANCE
COMPANY
10 Parkway North, Suite 100
Deerfield, Illinois 60015

CALIFORNIA UNION INSURANCE
COMPANY,
subsequently known as Century Indemnity
Company and now also known as ACE, Ltd.
1601 Chestnut Street
Philadelphia, Pennsylvania 19103

Civil Action No. 1:05CV01125
Judge John Garrett Penn

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON AND THE LONDON MARKET
COMPANIES
750 Seventh Avenue
New York, New York 10019

EMPLOYERS MUTUAL CASUALTY
COMPANY
717 Mulberry Street
Des Moines, Iowa 50309

FALCON INSURANCE COMPANY
One Beacon Street
Boston, Massachusetts 02108

FEDERAL INSURANCE COMPANY
15 Mountain View Road
Warren, New Jersey 07061

FIREMAN'S FUND INSURANCE COMPANY
777 San Marin Drive
Novato, California 94998

FIRST STATE INSURANCE COMPANY
150 Federal Street
Boston, Massachusetts 02110

GRANITE STATE INSURANCE COMPANY
70 Pine Street, 3d Floor
New York, New York 10270

HUDSON INSURANCE COMPANY
300 First Stamford Place, 6th Floor
Stamford, Connecticut 06902

THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA
70 Pine Street, 3d Floor
New York. New York 10270

MT. MCKINLEY INSURANCE COMPANY,
formerly known as Gibraltar Casualty Company
477 Martinsville Road
Liberty Comer, New Jersey 07938

NATIONAL SURETY CORPORATION
33 West Monroe Street
Chicago, Illinois 60603

NEW HAMPSHIRE INSURANCE COMPANY
70 Pine Street, 3d Floor
New York, New York 10270

STONEWALL INSURANCE COMPANY
2 Central Square
Cambridge, Massachusetts 02139

TIG INSURANCE COMPANY, formerly known
as International Insurance Company
5205 North O'Connor Boulevard, 2d Floor
Irving, Texas 75015

PNEUMO ABEX LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

                            Defendants.

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO WHITMAN INSURANCE COMPANY, LTD'S, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Whitman Insurance Company, Ltd., and defendant TIG Insurance Company, successor by merger to International Insurance Co. ("TIG"), hereby stipulate and agree, subject to approval of the Court, to extend the time for TIG to answer or otherwise respond to Whitman Insurance Company, Ltd.'s Complaint for Declaratory and Injunctive Relief, filed on June 7, 2005, to and including August 4, 2005.

DATED:   July 15, 2005                     Respectfully submitted,

_____            _____
Daniel E. Chefitz, #481420                 William G. Ballaine, #NY0027
MORGAN LEWIS & BOCKIUS LLP                 LANDMAN CORSI
1111 Pennsylvania Avenue, N.W.               BALLAINE & FORD P.C
Washington, D.C. 20004                     120 Broadway, 27th Floor
202-739-3000                               New York, NY 10271
*Counsel for Whitman Insurance Company,*   (212) 238-4800
*Ltd.*
                                                      - and -

                                           Louis G. Corsi
                                           LANDMAN CORSI
                                             BALLAINE & FORD P.C
                                           120 Broadway, 27th Floor
                                           New York, NY 10271
                                           (212) 238-4800

                                           *Counsel for TIG Insurance Co.*

SO ORDERED this the _____ day of _____, 2005.

_____
Hon. John Garrett Penn
Senior United States District Judge

399025.1                                    -4-