AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WHITMAN INSURANCE CO, LTD

          Plaintiff(s)     )
         )  **APPEARANCE**
         )
          vs.      )  CASE NUMBER 1:05-CV-01125-JGP

TRAVELERS INDEMNITY CO, et al
         Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __WILLIAM BALLAINE__ as counsel in this
                                     (Attorney's Name)

case for: __TIG INSURANCE__
          (Name of party or parties)

__7-19-05__
Date

__NY 0027__
BAR IDENTIFICATION

__William Ballaine__
Signature

WILLIAM G. BALLAINE
Print Name
LANDMAN CORSI BALLAINE & FORD
120 BROADWAY
Address
NY   NY   10271
City   State   Zip Code
(212) 238-4800
Phone Number