# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. )<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>TRAVELERS INDEMNITY COMPANY, ET AL. )<br>)<br>)<br>Defendant(s). ) | APPEARANCE<br><br>CASE NUMBER: 1:05CV01125 |

To the Clerk of this Court and all parties of record:

Please enter the appearance of <u>M. Elizabeth Medaglia</u> as counsel in this case for:

<u>American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company</u>
(Name of Party or Parties)

<u>July 19, 2005</u>                                             *M. Elizabeth Medaglia*
Date                                                                   Signature

<u>198077</u>                                                          <u>M. ELIZABETH MEDAGLIA</u>
Bar Identification                                              Print Name

                                                                        <u>1120 Twentieth Street, N.W., 300 South</u>
                                                                        Address

                                                                        <u>Washington</u>      <u>D.C.</u>           <u>20036</u>
                                                                        City                  State              Zip Code

                                                                        <u>202-457-1600</u>
                                                                        Phone Number