UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD<br><br>                                  Plaintiff,<br><br>-against-<br><br>TRAVELERS INDEMNITY CO., *et al.*,<br><br>                                Defendants. | Civil Action: 1:05CV01125<br><br>Judge John Garrett Penn<br><br>DECLARATION OF DAVID<br>R. BIESTER |

        I, David R. Biester, declare under penalty of perjury that the following is true and correct:

        1.    I am litigation counsel at the New York office of the law firm Hughes Hubbard & Reed LLP. Hughes Hubbard has been retained to represent Defendant First State Insurance Company in the above-referenced matter.

        2.    I am admitted to practice in and am a member in good standing of the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Sixth Circuit, and the United States Court of Appeals for the Ninth Circuit.

        3.    I certify that I have not been not been disciplined by the Bar of any court.

        4.    I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

        5.    I have been not been admitted *pro hac vice* in this Court within the last two years.

6. I will act as co-counsel for First State with Eric Parnes, an associate in Hughes Hubbard & Reed LLP's Washington, D.C. office, who is a member in good standing of the Bar of this Court, and other attorneys in that office who are members of the Bar of this Court.

Executed: July 18, 2005

DAVID R. BIESTER
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000