**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD | |
| Plaintiff, | Civil Action No.: 05-01125 |
| vs. | Judge John Garrett Penn |
| TRAVELERS INDEMNITY CO., *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion for the admission *pro hac vice* of David R. Biester is, this the ___ day of_____, 2005, hereby granted.

_____
Honorable John Garrett Penn, U.S.D.J.