**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>                    Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>                    Defendants. | CERTIFICATE OF SERVICE<br><br>Civil Action No. 05-01125<br><br>Judge John Garrett Penn |

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that, on July 22, 2005, he caused true and accurate copies of the foregoing Motion for Admission *Pro Hac Vice,* Declaration of David R. Biester, and Proposed Order to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage prepaid, mail upon:

| | |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-3000<br>(202) 739-3001 (fax)<br>dchefitz@morganlewis.com<br>bclagett@morganlewis.com |

NY 962838_1.DOC

| | |
|---|---|
| Pneumo Abex Corporation | Thomas H. Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>Tel: (212) 326-3680<br>Fax: (212) 755-7306<br>E-mail: thsear@jonesday.com<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502<br>Tel: (412) 391-3939<br>Fax: (412) 394-7959<br>E-Mail: mhginsberg@jonesday.com<br>E-Mail: jwmontgomery@jonesday.com |
| American Home Assurance Company; AIU; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; ISOP; New Hampshire Insurance Company | Martin Lavelle, Esq.<br>Law Office of Martin P. Lavelle<br>110 Williams Street<br>18th Floor<br>New York, NY 10038<br>Tel: (212) 266-5881<br>Fax: (212) 528-0134<br>E-Mail: Martin.lavelle@aig.com<br><br>Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC  20036-4337<br>Tel:  (202) 457-1600<br>Fax:  (202) 457-1678<br>E-Mail:  lmedaglia@jackscamp.com<br>E-Mail:  jselesnick@jackscamp.com |
| Allianz Insurance Company | Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ  07042-8205<br>(973) 509-7500 |

NY 962838_1.DOC

|  | (973) 509-0414 Fax<br>E-Mail: adf@garritygraham.com<br><br>Thomas D. Flinn, Esq.<br>Garrity, Graham, Favetta & Flinn<br>140 Broadway<br>46th Floor<br>New York, NY 10005<br>Tel: (212) 858-7716<br>E-Mail: tdf@garritygraham.com |
|---|---|
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br>Tel: (312) 762-3100<br>Fax: (312) 762-3200<br>E-Mail: msheridan@batescarey.com<br>E-Mail: rbedell@batescarey.com<br><br>Michael L. Gioia, Esq.<br>Landman Corsi Ballaine & Ford P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-Mail: mgioia@lcbf.com<br><br>Richard Wayne Driscoll<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314<br>(703) 340-1625<br>Fax: (703) 997-4892<br>Email: rdriscoll@driscollseltzer.com |

NY 962838_1.DOC

| | |
|---|---|
| Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY  10532<br>Tel:  (914) 347-2600<br>Fax:  (914) 347-8898<br>E-mail:  akrauss@tels.com<br>E-mail:  mlieberman@tels.com |
| Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br>Tel: (609) 987-6662<br>Fax: (609) 987-6651<br>E-mail: wmager@smithstratton.com<br><br>Thomas E. Schorr, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>83 Maiden Lane, Penthouse<br>New York, NY 10038<br>Tel: (212) 768-3878<br>Fax: (212) 768-3978<br>E-Mail: tschorr@smithstratton |
| Federal Insurance Company | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103<br>Tel:  (215) 665-2000<br>Fax:  (215) 665-2013<br>E-Mail:  jdwyer@cozen.com |
| Fireman's Fund Insurance; National Surety Corporation | Pamela Labaj, Esq.<br>Caron Constants & Wilson<br>201 Route 17 N.<br>2nd Floor<br>Rutherford, NJ 07070<br>Tel: (201) 507-3709<br>E-Mail: plabaj@ffic.com<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105 |

|  | Tel: (415) 247-8300<br>Fax: (415) 247-8310<br>E-Mail: rlindenhayn@kllaw.com |
|---|---|
| TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079<br>Tel:  (212) 238-4800<br>Fax:  (212) 238-4848<br>E-Mail:  lcorsi@lcbf.com |
| Mt. McKinley Insurance Company | George R. Hardin, Esq.<br>John R. Scott, Esq.<br>Hardin, Kundla, McKeon & Poletto, P.A.<br>673 Morris Avenue<br>Springfield, NJ  07081-0730<br>Tel:  (973) 912-5222<br>Fax:  (973) 912-9212<br>E-Mail:  ghardin@hkmpp.com<br>E-Mail:  jscott@hkmpp.com |
| Stonewall Insurance Company;<br>Falcon Insurance Company; California Union Insurance Company | Cliff Elgarten, Esq.<br>Barry Parsons, Esq.<br>Kathy Underhill, Esq.<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2595<br>Tel:  (202) 624-2959<br>Fax:  (202) 628-5116<br>E-Mail:  bparsons@crowell.com<br>E-Mail:  celgarten@crowell.com<br>E-Mail:  kunderhill@crowell.com |
| Travelers Indemnity Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery<br>600 Thirteenth Street, N.W.<br>Washington, DC  20005<br>Tel:  (202) 756-8000<br>Fax:  (202) 756-8087<br>E-Mail:  mwarner@mwe.com<br><br>Jonathan K. Youngwood, Esq.<br>Simpson Thatcher & Bartlett |

NY 962838_1.DOC

|  | 425 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 455-3539<br>Fax:  (212) 455-2502<br>E-Mail:  jyoungwood@stblaw.com |
|---|---|
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 261-8000<br>Fax: (212) 261-8750<br>E-mail: Eileen.mccabe@mendes.com<br>E-mail: Anna.newsom@mendes.com<br><br>Michael John Zoeller<br>Baach, Robinson & LewisPLLC<br>1201 F Street, NW<br>Suite 500<br>Washington, DC 20005<br>(202) 659-7217<br>Fax: (202) 466-5738<br>Email:  michael.zoeller@baachrobinson.com |
| Hudson Insurance Company | David Mitchell Ross, Jr.<br>Elizabeth B. Sandza<br>Leboeuf, Lamb, Greene & MacRae, L.L.P.<br>1875 Connecticut Avenue, NW<br>Washington, DC 20009<br>Tel: 202 986-8219<br>Fax: 202 986-8102<br>E-mail: dross@llgm.com<br>E-mail: ebsandza@llgm.com |

/s/ Eric S. Parnes
Eric S. Parnes (D.C. Bar No.489071)
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Tel: 202-721-4600
Fax: 202-721-4646
*Attorneys for First State Insurance Company*

NY 962838_1.DOC