*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**WHITMAN INSURANCE COMPANY, LTD,**

        **Plaintiff**

    **v.**

                                 **Civil Action No. 05-1125 (JGP)**

**TRAVELERS INDEMNITY CO.,** *et al.*,

        **Defendants**

**ORDER**

Pending before the Court is defendant Travelers Indemnity Company's motion seeking *pro hac vice* admission of Barry R. Ostrager of the law firm Simpson Thacher & Bartlett LLP [docket no. 6]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed. Accordingly, it is hereby

**ORDERED** that defendant Travelers Indemnity Company's motion [docket no. 6] is **GRANTED,** *nunc pro tunc*.

**Date: July 19, 2005**

                                   **JOHN GARRETT PENN**
                                   **United States District Judge**