UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WHITMAN INSURANCE COMPANY, LTD,**

    **Plaintiff**

    v.

                                                        Civil Action No. 05-1125 (JGP)

**TRAVELERS INDEMNITY CO.**, *et al.*,

    **Defendants**

### ORDER

Pending before the Court is defendant Travelers Indemnity Company's motion seeking *pro hac vice* admission of Jonathan K. Youngwood of the law firm Simpson Thacher & Bartlett LLP [docket no. 7]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed. Accordingly, it is hereby

**ORDERED** that defendant Travelers Indemnity Company's motion [docket no. 7] is **GRANTED,** *nunc pro tunc*.

**Date: July 19, 2005**

                                                              **JOHN GARRETT PENN**
                                                              **United States District Judge**