UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X

WHITMAN INSURANCE COMPANY, LTD.

      Plaintiff,

                                                                   Civil Action No.: 1:05CV01125
                                                                  Judge John Garrett Penn

TRAVELERS INDEMNITY CO., et. al.

-----------------------------------------------------------X

To the Clerk of the Court and all parties of record:

      Please enter the appearance of Louis G. Corsi as counsel in this case for defendant TIG Insurance Company.

July 22, 2005                                            Respectfully submitted,

                                                       By:    *William G. Ballaine* (signature)
                                                               William G. Ballaine, #NY0027
                                                              LANDMAN CORSI BALLAINE & FORD P.C.
                                                              120 Broadway, New York 10271-0079
                                                              (212) 238-4800

                                                              Louis G. Corsi, *pro hac vice* pending
                                                              LANDMAN CORSI BALLAINE & FORD P.C.
                                                              120 Broadway, New York 10271-0079
                                                              (212) 238-4800

                                                              Counsel for TIG Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X

WHITMAN INSURANCE COMPANY, LTD.

      Plaintiff,

                                               Civil Action No.: 1:05CV01125
                                               Judge John Garrett Penn

TRAVELERS INDEMNITY CO., et. al.

-----------------------------------------------------------X

**MOTION OF DEFENDANT TIG INSURANCE COMPANY
FOR ADMISSION *PRO HAC VICE***

Pursuant to LcvR 83.2 and the attached declaration, Defendant TIG Insurance Company moves for the admission of Louis G. Corsi of the law firm Landman Corsi Ballaine & Ford P.C. to represent defendant TIG Insurance Company in this action. Mr. Corsi is a member in good standing of the bars of the State of New York, the United States District Court for the Eastern District of New York, the United States District Court of the Southern District of New York, the United States District Court for the Western District of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the D.C. Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Western District of Wisconsin, and the United States District Court for the District of Connecticut.

399609.1 DocsNY

The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Corsi should this motion be granted.

Respectfully submitted,

By: _____William G. Ballaine_____
William G. Ballaine, #NY0027
LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway, New York 10271-0079
(212) 238-4800

Counsel for TIG Insurance Company

399609.1 DocsNY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------X

WHITMAN INSURANCE COMPANY, LTD.

    Plaintiff,

                                 Civil Action No.: 1:05CV01125
                                 Judge John Garrett Penn

TRAVELERS INDEMNITY CO., et. al.

------------------------------------------------------------X

## DECLARATION OF LOUIS G. CORSI

I, Louis G. Corsi, declare under penalty of perjury that the following is true and correct:

    1.    I am a member of the law firm of Landman Corsi Ballaine & Ford P.C., 120 Broadway, New York, New York, (212) 238-4800. My firm has been retained to represent Defendant TIG Insurance Company in the above-referenced matter.

    2.    I am a member in good standing of the bar of the State of New York and am admitted to practice in the United States District Court for the Eastern District of New York, the United States District Court of the Southern District of New York, the United States District Court for the Western District of New York, the United States District Court for the District of Connecticut, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the D.C. Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the

399609.1 DocsNY

Fifth Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, and the United States District Court for the Western District of Wisconsin.

3. No disciplinary proceeding is presently pending against me in any jurisdiction.

4. I have not appeared in any proceedings in the United States District Court for the District of Columbia during the last (2) years.

5. I do not engage in the practice of law from an office located in the District of Columbia and do not have an application for membership to the District of Columbia Bar.

6. I am familiar with the Local Rules of this Court and, as appropriate the other materials set forth in Rules LcvR 83.8(b) and LcvR 83.9(a) and am familiar with the laws, facts and procedures relating to the subject matter of this litigation.

7. I have been retained by Defendant, TIG Insurance Company ("TIG"), to represent its interests in insurance coverage matters due to my experience in litigating cases of this nature for more than 15 years, and there has been an attorney-client relationship with TIG for an extended period of time.

I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 22, 2005

_____
Louis G. Corsi

399609.1 DocsNY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X

WHITMAN INSURANCE COMPANY, LTD.

      Plaintiff,

                                              Civil Action No.: 1:05CV0I 125
                                              Judge John Garrett Penn

TRAVELERS INDEMNITY CO., et. al.

-----------------------------------------------------------X

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendant TIG Insurance Indemnity Company for the admission pro hac vice of Louis G. Corsi is, this ___ day of July, 2005, hereby granted.

 

_____
Hon. John Garrett Penn
U.S. District Judge

399609.1 DocsNY