**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., et al., <br><br> Defendants. | Civil Action No.: 1:05cv001125 <br> Judge John Garrett Penn |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of David D. Hudgins and Hudgins Law Firm as counsel for Defendant Associated International Insurance Company in this matter.

        Respectfully submitted,

        ASSOCIATED INTERNATIONAL
        INSURANCE COMPANY

        /s/ David D. Hudgins
        D.C. Bar # 362451
        Hudgins Law Firm
        515 King Street, Suite 400
        Alexandria, Virginia 22314
        (703) 739-3300 phone
        (703) 739-3700 fax
        dhudgins@hudginslawfirm.com

Dated: July 25, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July 2005, a true and accurate copy of the foregoing has been duly served on counsel of record by the manner indicated on the ECF Notice of Electronic Filing to the following:

| | |
|---|---|
| Daniel E. Chefitz, Esquire<br>Brooke Clagett, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | *Counsel for Plaintiff Whitman Insurance Company* |
| M. Elizabeth Medaglia, Esquire<br>Julie Selesnick, Esquire<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036 | *Counsel for American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company* |
| Elizabeth Hamlin, Esquire<br>Antonio D. Favetta, Esquire<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042 | *Counsel for Allianz Insurance Company* |
| Eric S. Parnes, Esquire<br>Kathryne Love, Esquire<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, NW<br>Washington, D.C. 20006<br><br>David R. Biester, Esquire<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004 | *Counsel for First State Insurance Company* |
| Elizabeth B. Sandza, Esquire<br>David M. Ross, Esquire<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, NW<br>Washington, DC 20009 | *Counsel for Hudson Insurance Company* |

| | |
|---|---|
| William G. Ballaine<br>Louis G. Corsi, Esquire<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271 | *Counsel for TIG Insurance Company* |
| Clifton S. Elgarten, Esquire<br>Barry M. Parsons, Esquire<br>Kathryn A. Underhill, Esquire<br>Crowell & Morning, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | *Counsel for Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company* |
| Margaret H. Warner, Esquire<br>Richard Rogers, Esquire<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, NW<br>Washington, D.C. 20005<br><br>Barry R. Ostrager, Esquire<br>Jonathan K. Youngwood, Esquire<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | *Counsel for Travelers Insurance Company* |
| Michael John Zoeller<br>Baach, Robinson & Lewis, PLLC<br>1201 F Street, N.W.<br>Suite 500<br>Washington, D.C. 20005<br><br>Eileen T. McCabe, Esquire<br>Anna R. Newson, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 | *Counsel for Certain Underwriters at Lloyd's London* |
| Richard W. Driscoll, Esquire<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 | *Counsel for American Reinsurance Company, Employers Mutual Casualty Company* |

| | |
|---|---|
| Barbara E. Rutkowski, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esquire<br>J.W. Montgomery III, Esquire<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 | *Counsel for Pneumo Abex Corporation, LLC* |
| L. Barrett Boss, Esquire<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, D.C. 20006<br><br>John J. Dwyer, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | *Counsel for Federal Insurance Company* |
| Andrew Butz, Esquire<br>Bonner, Kiernan, Trebach & Crociata<br>1250 I Street, NW, Sixth Floor<br>Washington, D.C. 20005<br><br>Rolf Lindenhayn, Esquire<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 | *Counsel for Fireman's Fund Insurance;*<br>*National Surety Corporation* |
| Fred L. Alvarez, Esquire<br>Arthur J. McColgan, Esquire<br>Ryan M. Henderson, Esquire<br>Mark A. Deptula, Esquire<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 | *Counsel for Mt. McKinley Insurance Company* |

/s/ David D. Hudgins
Counsel