UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS INDEMNITY COMPANY, *et al.*, <br><br> Defendants. | Civil Action No. 1:05CV01125 <br><br> Judge John Garrett Penn |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO WHITMAN INSURANCE COMPANY, LTD'S, MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON THE "NUMBER-OF-OCCURRENCE ISSUE" AND THE "TRIGGER-OF-COVERAGE ISSUE"**

Plaintiff Whitman Insurance Company, Ltd., and the following defendants hereby stipulate and agree, subject to approval of the Court, to extend the time for said defendants to respond to Whitman Insurance Company, Ltd.'s, Motions for Partial Summary Judgment on the "Trigger-of-Coverage Issue" and the "Number-of-Occurrence Issue" to and including September 1, 2005:  Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc. (improperly sued as Allianz Global Risks U.S. Insurance Company, f/k/a Allianz Insurance Company); American Reinsurance Company; Century Indemnity Company (as successor in interest to California Union Insurance Company); Associated International Insurance Company; Brittany Insurance Company; Certain Underwriters at Lloyd's, London and Certain London Market Companies; Compagnie Europeenne d'Assurances Industrielles; Employers Mutual Casualty Company; Northern Assurance Company of America (as successor in interest to certain insurance liabilities of Defendant Falcon Insurance Company); Federal Insurance Company; Fireman's Fund Insurance Company; First State Insurance Company; Mt. McKinley Insurance Co.; National Surety Corporation; Stonewall Insurance Company; TIG Insurance Company; and The Travelers Indemnity Company.

DATED:     July 25, 2005          Respectfully submitted,

/s/ Daniel E. Chefitz
Daniel E. Chefitz, #481420
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-739-3000
*Counsel for Whitman Insurance Company, Ltd.*

/s/ Margaret H. Warner
Margaret H. Warner, #359009
Richard B. Rogers, #464791
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005-3096
202-756-8000

  - and -

Barry R. Ostrager (*pro hac vice*)
Jonathan K. Youngwood (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
212-455-2000

*Counsel for The Travelers Indemnity Company*

/s/ Richard W. Driscoll
Richard W. Driscoll, #436471
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, VA 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com

  - and -

Mark Sheridan
R. Patrick Bedell
BATES & CAREY LLP
191 North Wacker Drive, Suite 2400
Chicago, Illinois 60606
312-762-3100

*Counsel for American Re-Insurance Company*

/s/ Elizabeth H. Hamlin
Elizabeth H. Hamlin, #937250
Antonio D. Favetta
Garrity, Graham, Favetta & Flinn, P.C.
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042-8205
973-509-7500

*Counsel for Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc. (improperly sued as Allianz Global Risks U.S. Insurance Company, f/k/a Allianz Insurance Company)*

/s/ Richard W. Driscoll
Richard W. Driscoll, #436471
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, VA 22314
703.340.1625 Office
703.997.4892 Facsimile
rdriscoll@driscollseltzer.com

  - and -

Wendy L. Mager
Thomas E. Schorr
SMITH STRATTON WISE HEHER & BRENNAN, LLP
2 Research Way
Princeton, NJ 08540
609-987-6662

*Counsel for Employers Mutual Casualty Company, by its managing general agent and attorney-in-fact, Mutual Marine Office, Inc.*

/s/ Andrew Butz
Andrew Butz, #933473
BONNER KIERNAN TREBACH & CROCIATA
1250 I Street, N.W., Ste 600
Washington, DC 20005
202-712-7000

  - and -

Peter Logan
Paul Peters
Rolf Lindenhayn
KAUFMAN & LOGAN, LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
415-247-8300

*Counsel for Fireman's Fund Insurance Company and National Surety Corporation*

/s/ Eric S. Parnes
Eric S. Parnes, #489071
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C.  20006-2401
202-721-4600

  - and -

David R. Biester
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
212-837-6000

*Counsel for First State Insurance Company*

/s/ Clifton S. Elgarten
Clifton S. Elgarten, #366898
Barry M. Parsons, #454788
Kathryn A. Underhill
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
202-624-2959

*Counsel for Century Indemnity Company, Northern Assurance Company of America, and Stonewall Insurance Company*

/s/ William G. Ballaine
William G. Ballaine, #NY0027
LANDMAN CORSI BALLAINE
& FORD P.C.
120 Broadway, New York 10271-0079
(212) 238-4800

-and-

Louis G. Corsi, *pro hac vice* pending
LANDMAN CORSI
BALLAINE & FORD P.C.
120 Broadway, New York 10271-0079
(212) 238-4800

*Counsel for TIG Insurance Company*

/s/ Michael J. Zoeller
Michael J. Zoeller, # 426476
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW #500
Washington, DC 20004
(202) 659-7217

-and-

Eileen T. McCabe
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019-6829
(212) 261-8000

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

/s/ David D. Hudgins
David D. Hudgins, #362451
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA 22314
703-739-3300

*Counsel for Associated International Insurance Company*

/s/ L. Barrett Boss
L. Barrett Boss, #398100
COZEN O'CONNOR
1667 K Street, NW, Suite 500
Washington, DC 20006
202-912-4800

- and -

John J. Dwyer
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
215-665-2000

*Counsel for Federal Insurance Company*

| | |
|---|---|
| /s/ Rocco N. Covino | /s/ Glenn D. Curving |
| Rocco N. Covino, #422148 | Glenn D. Curving, Esq. |
| Lord, Bissell & Brook LLP | Elaine A. Rocha, Esq. |
| 885 Third Avenue | RIKER, DANZIG, SCHERER, |
| 26th Floor | HYLAND & PERRETTI, LLP |
| New York, NY 10022 | One Speedwell Avenue |
| Phone: (212) 947-4700 | Morristown, NJ 07962-1981 |
| Fax: (212) 947-1202 | Phone: (973) 538-0800 |
| | Fax: (973) 538-1984 |
| -and- | *Counsel for Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company* |
| Fred L. Alvarez* | |
| Arthur J. McColgan* | |
| Ryan M. Henderson* | |
| Mark A. Deptula* | |
| Lord, Bissell & Brook LLP | |
| 115 S. LaSalle Street | |
| Chicago, IL 60603 | |
| Telephone: (312) 443-0700 | |
| Facsimile: (312) 443-0336 | |
| **pro hac vice* motion to be filed* | |

*Counsel for Mt. McKinley Insurance Co.*

SO ORDERED this the _____ day of _____, 2005.

_____
Hon. John Garrett Penn
Senior United States District Judge