UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>      Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>      Defendants. | CERTIFICATE OF SERVICE<br><br>Civil Action No. 05-01125<br><br>Judge John Garrett Penn |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 25, 2005, he caused true and accurate copies of the foregoing Stipulation and Order for Extension of Time to Respond to Whitman Insurance Company, Ltd's, Motions for Partial Summary Judgment on the "Number-of-Occurrence Issue" and the "Trigger-of-Coverage Issue" to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage prepaid, mail upon:

| | |
|---|---|
| Fireman's Fund Insurance Company and National Surety Corporation | Andrew Butz, #933473<br>BONNER KIERNAN TREBACH & CROCIATA<br>1250 I Street, N.W., Ste 600<br>Washington, DC 20005<br>202-712-7000 |
| Federal Insurance Company | L. Barrett Boss, #398100<br>COZEN O'CONNOR<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006<br>202-912-4800 |
| Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |

| | |
|---|---|
| Mt. McKinley Insurance Co. | Fred L. Alvarez* <br> Arthur J. McColgan* <br> Ryan M. Henderson* <br> Mark A. Deptula* <br> Lord, Bissell & Brook LLP <br> 115 S. LaSalle Street <br> Chicago, IL 60603 <br> Telephone: (312) 443-0700 <br> Facsimile: (312) 443-0336 <br> *pro hac vice motion to be filed |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq. <br> Elaine A. Rocha, Esq. <br> RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP <br> One Speedwell Avenue <br> Morristown, NJ 07962-1981 <br> Phone: (973)538-0800 <br> Fax: (973)538-1984 |
| Certain Underwriters at Lloyd's London | Michael John Zoeller <br> Baach, Robinson & Lewis PLLC <br> 1201 F Street, NW <br> Suite 500 <br> Washington, DC 20005 <br> (202) 659-7217 <br> Fax: (202) 466-5738 |

/s/ Eric S. Parnes
Eric S. Parnes (D.C. Bar No. 489071)
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Tel: 202-721-4600
Fax: 202-721-4646
*Attorneys for First State Insurance Company*