```
 1

 2    SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF NEW YORK - CIVIL TERM:    PART 49
 3    ------------------------------------------X
      CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
 4    (Members of Syndicate Nos. 002, 015, 016, 023,
      029, 033, 035, 036, 049, 056, 057, 059, 065,
 5    069, 073, 074, 077, 086, 088, 090, 101, 108,
      109, 110, 112, 116, 126, 130, 133, 135, 138,
 6    151, 164, 165, 169, 174, 188, 189, 190, 204,
      211, 212, 219, 223, 224, 227, 231, 233, 235,
 7    238, 243, 250, 263, 264, 265, 267, 278, 279,
      283, 297, 299, 300, 201, 303, 304, 311, 316,
 8    317, 328, 329, 334, 357, 358, 360, 365, 371,
      373, 374, 395, 396, 397, 404, 405, 417, 420,
 9    422, 427, 433, 434, 440, 448, 450, 461, 462,
      465, 471, 472, 474, 475, 476, 479, 484, 489,
10    490, 499, 507, 518, 538, 553, 555, 576, 583,
      590, 592, 595, 604, 610, 612, 618, 619, 620,
11    621, 629, 632, 634, 650, 651, 653, 656, 660,
      661, 677, 680, 687, 688, 694, 701, 707, 711,
12    713, 719, 724, 755, 756, 763, 767, 768, 773,
      795, 796, 797, 799, 800, 819, 830, 838, 845,
13    849, 857, 867, 870, 896, 899, 901, 905, 917,
      918, 924, 928, 947, 948, 964, 975, 989, 999);
14    DOMINION INSURANCE COMPANY LTD.; AND WORLD
      AUXILIARY INSURANCE CORPORATION LTD.,
15

16                         PLAINTIFFS,

17         -against-

18
      PNEUMO ABEX CORPORATION; PEPSIAMERICAS, INC.;
19    COOPER INDUSTRIES, INC.; AIU INSURANCE COMPANY;
      ALLIANZ INSURANCE COMPANY; ALLSTATE INSURANCE
20    COMPANY (as Successor-in-interest to Northbrook
      Excess Surplus Insurance Company Formerly
21    Northbrook Insurance Company); AMERICAN HOME
      ASSURANCE COMPANY; AMERICAN REINSURANCE COMPANY;
22    ASSOCIATED INTERNATIONAL INSURANCE COMPANY;
      CENTURY INDEMNITY COMPANY (as Successor-in-interest
23    to California Union Insurance Company); COLUMBIA
      CASUALTY; CONTINENTAL INSURANCE COMPANY; CONTINENTAL
24    CASUALTY COMPANY; EMPLOYERS MUTUAL CASUALTY COMPANY;
      EVANSTON INSURANCE COMPANY; FALCON INSURANCE COMPANY;
25    FEDERAL INSURANCE COMPANY; FIREMAN'S FUND INSURANCE
      COMPANY; FIRST STATE INSURANCE COMPANY; GRANITE STATE
26    INSURANCE COMPANY; GREAT AMERICAN SURPLUS; HARBOR
      SPECIALTY INSURANCE GROUP; HIGHLANDS INSURANCE
```

```
 1
 2   COMPANY; THE HOME INSURANCE COMPANY; HUDSON INSURANCE
     COMPANY; INSURANCE COMPANY OF NORTH AMERICA;
 3   INTERNATIONAL INSURANCE COMPANY; MT. MCKINLEY
     INSURANCE COMPANY (formerly known as Gibraltar
 4   Casualty Company); ISOP; NATIONAL SURETY CORP.;
     NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
 5   PA.; NEW HAMPSHIRE INSURANCE COMPANY; STONEWALL
     INSURANCE CO.; TRAVELERS CASUALTY & SURETY COMPANY;
 6   and JOHN DOES 1-100,

 7
                              DEFENDANTS.
 8

 9   ALBA GENERAL INSURANCE COMPANY LTD.; ANGLO FRENCH
     INSURANCE COMPANY LTD.; ANGLO SAXON INSURANCE
10   ASSOCIATION LTD.; BISHOPSGATE INSURANCE COMPANY LTD.;
     BRITISH AVIATION INSURANCE COMPANY LT.; BRITISH
11   MERCHANTS INSURANCE COMPANY LTD.; COMPAGNIE
     D'ASSURANCE MARITIMES AERIENNES & TERRESTRES,
12   S.A.; CITY GENERAL INSURANCE COMPANY; COMPAGNIE
     EUROPEENNE D'ASSURANCES INDUSTRIELES, S.A.; CORNHILL
13   INSURANCE PLC; ECONOMIC INSURANCE COMPANY LTD.;
     EXCESS INSURANCE COMPANY LTD.; FIDELIDADE INSURANCE
14   COMPANY; FOLKSAM INTERNATIONAL INSURANCE COMPANY LTD.;
     HEDDINGTON INSURANCE (UK) LTD.; HELVETIA-ACCIDENT
15   SWISS INSURANCE COMPANY LTD.; LEXINGTON INSURANCE
     COMPANY (UK) LTD.; LONDON & EDINBURGH INSURANCE
16   COMPANY LTD.; LUDGATE INSURANCE COMPANY LTD.; MINSTER
     INSURANCE COMPANY LTD.; MITSUI MARINE & FIRE INSURANCE
17   COMPANY (EUROPE) LTD.; OSLO REINSURANCE COMPANY (UK)
     LTD.; RIVER THAMES INSURANCE COMPANY LT.; ROYAL
18   SCOTTISH INSURANCE COMPANY LTD.; SPHERE/DRAKE INSURANCE
     COMPANY LTD.; ST. PAUL INTERNATIONAL INSURANCE COMPANY
19   LTD.; STRONGHOLD INSURANCE COMPANY LTD.; SWISS NATIONAL
     INSURANCE COMPANY LTD.; SWITZERLAND GENERAL INSURANCE
20   COMPANY; THREADNEEDLE INSURANCE COMPANY LTD.; TOKO
     MARINE & FIRE INSURANCE (UK) LTD.; TRENT INSURANCE
21   COMPANY LTD.; VANGUARD INSURANCE COMPANY LTD.;
     WINTERTHUR SWISS INSURANCE COMPANY; and WORLD MARINE
22   & GENERAL INSURANCE COMPANY LTD.,

23
                              NOMINAL DEFENDANTS.
24   ------------------------------------------------X
25   Index No. 602493/02          60 Centre Street
                                  New York, New York
26                                June 16, 2005
```

```
 1
 2
         B E F O R E:    HONORABLE HERMAN CAHN, Justice.
 3

 4       A P P E A R A N C E S:

 5          MENDES & MOUNT, LLP
            Attorneys for Certain Underwriters at Lloyd's and
 6                Certain London Market Companies
            750 Seventh Avenue
 7          New York, New York
            BY:   EILEEN T. McCABE, ESQ.
 8                ANNA NEWSOM

 9
            JONES DAY
10          Attorneys for Pneumo Abex and Cooper
            222 East 41st Street
11          New York, New York
            BY:   THOMAS H. SEAR, ESQ.
12                MICHAEL H. GINSBERG, ESQ.

13
            MORGAN LEWIS
14          Attorneys for PepsiAmericas
            101 Park Avenue
15          New York, New York
            BY:   DAVID A. LUTTINGER, JR., ESQ.
16                DANIEL E. CHEFITZ, ESQ.

17
            MARTIN LAVELLE, ESQ.
18          Attorney for AIU, National Union, Lexington, ICSOP,
                  Granite State and New Hampshire
19          110 William Street
            New York, New York
20

21          GARRITY, GRAHAM, FAVETTA & FLINN
            Attorneys for Allianz Underwriters
22          One Lackawanna Plaza
            P.O.B. 4205
23          Montclair, New Jersey
            BY: ANTONIO D. FAVETTA, ESQ.
24

25

26
```

```
 1

 2       CUYLER BURK
         Attorneys for Allstate
 3       Parsippany Corporate Center
         Four Century Drive
 4       Parsippany, New Jersey
         BY: EDGAR M. WHITING, III, ESQ.
 5


 6       BATES & CAREY, LLP
         Attorneys for American Re-Insurance
 7       191 North Wacker
         Chicago, Illinois
 8       BY: RICHARD P. BEDELL, ESQ.

 9
         LANDMAN CORSI BALLAINE & FORD
10       Attorneys for American Re-Insurance
         120 Broadway
11       New York, New York
         BY: MICHAEL GIOIA, ESQ.
12


13       BONNER KIERNAN TREBACH & CROCIATA
         Attorneys for Argonaut
14       140 Littleton Road
         Parsippany, New Jersey
15       BY: SCOTT H. GOLDSTEIN, ESQ.

16
         FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
17       Attorneys for Continental Casualty, Continental
                 Insurance, Columbia Casualty and Harbor Insurance
18       Wall Street Plaza
         New York, New York
19       BY: R. BRIAN SEIBERT, ESQ.

20
         CROWELL MORING
21       Attorneys for Falcon Insurance and Stonewall
         1001 Pennsylvania Avenue, NW
22       Washington, DC
         BY: BARRY M. PARSONS, ESQ.

23


24       COZEN O'CONNOR
         Attorneys for Federal Insurance
25       45 Broadway
         New York, New York
26       BY: LISA SHREIBER, ESQ.
```

```
 1
 2        CARON, CONSTANTS & WILSON
          Attorneys for Fireman's Fund
 3        201 Route 17 North
          Rutherford, New Jersey
 4        BY: PAMELA J. LABAJ, ESQ.

 5
          LANDMAN CORSI BALLAINE & FORD, P.C.
 6        Attorneys for International Insurance,
              now known as TIG Insurance
 7        120 Broadway
          New York, New York
 8        BY: LOUIS G. CORSI, ESQ.

 9
          LORD BISSELL BROOK, LLP
10        Attorneys for American Empire Surplus
          885 Third Avenue
11        New York, New York
          BY: R. JAMES DE ROSE, III, ESQ.
12

13        HARDIN, KUNDLA, McKEON & POLETTO, P.A.
          Attorneys for Mt. McKinley
14        110 William Street
          New York, New York
15        BY: MICHAEL K. McCAFFREY, ESQ.

16
          HUGHES HUBBARD & REED, LLP
17        Attorneys for First State
          One Battery Park Plaza
18        New York, New York
          BY: DAVID R. BIESTER, ESQ.
19

20        SIMPSON THACHER & BARTLETT, LLP
          Attorneys for Travelers Casualty
21        425 Lexington Avenue
          New York, New York
22        BY:  JONATHAN K. YOUNGWOOD, ESQ.
               LAURA D. MURPHY, ESQ.
23

24        SIEGAL, NAPIER GOWSHI & PARK
          Attorneys for Century
25        220 Lake Drive East
          Cherry Hill, New Jersey
26        BY: JERRALD J. HOCHMAN, ESQ.
```

```
 1
 2
            TRAUB EGLIN LIEBERMAN STRAUS
 3          Attorneys for Associated International,
                Evanston Insurance
 4          BY: ADAM KRAUSS, ESQ.
 5
 6
 7
 8
 9
10
11
12
13
14
15                              NINA J. KOSS, CSR, CM
                                OFFICIAL COURT REPORTER
16
17
18
19
20
21
22
23
24
25
26
```

7

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE COURT: Lloyd's of London against Pneumo |
| 3 | Abex Corporation. Tell me what this case is about. |
| 4 | Plaintiff, on this Certain Underwriters, tell me what |
| 5 | the case is about. |
| 6 | MS. McCABE: We filed this case in July of |
| 7 | 2002 against a number of parties, including Pneumo Abex |
| 8 | Corporation, PepsiAmericas, Inc. and Cooper Industries, |
| 9 | Inc., with respect to claims being made against the |
| 10 | Certain Underwriters and Certain London Market |
| 11 | Companies, for claims involving -- |
| 12 | THE COURT: Wait a minute. Speak louder and |
| 13 | slower. |
| 14 | MS. McCABE: In July of 2002, we filed a |
| 15 | complaint against a number of insurer Defendants and |
| 16 | Cooper Industries, Pneumo Abex and PepsiAmericas, with |
| 17 | respect to coverage that is being sought for Pneumo |
| 18 | Abex' bodily injury claims. |
| 19 | The case was filed July 9th, your Honor, |
| 20 | seeking a declaration of parties' rights and obligations |
| 21 | for those claims. |
| 22 | On July 30th, 2002, Cooper and Pneumo Abex |
| 23 | removed the case initially to bankruptcy Court here in |
| 24 | New York. There was a procedural morass, your Honor, |
| 25 | because then it turned out they had to file also in the |
| 26 | Southern District Court. |

```
 1                         PROCEEDINGS
 2              For the last three years we have been fighting
 3   motions on their part to try to get this case out of New
 4   York and to transfer it, at the time, your Honor, they
 5   were saying, to the Federal Mogal bankruptcy action, an
 6   action pending in Delaware.
 7              THE COURT:  What happened there?
 8              MS. McCABE:  We won last month.
 9              THE COURT:  You won or I lost?
10              MS. McCABE:  You won, your Honor.  You get all
11   of these wonderful people.
12              THE COURT:  I lost.
13              MS. McCABE:  So, we won, in this last month,
14   your Honor.  Judge Preska of the Federal Court remanded
15   the case back down to New York State.
16              THE COURT:  What is it -- you now are here.  A
17   couple of questions.
18              Number one, what is basically your claim?
19              MS. McCABE:  We are a seeking a declaration --
20   Pneumo Abex, Cooper and PepsiAmericas are seeking
21   coverage under the London market policies.  We are
22   seeking a ruling we do not owe them coverage under the
23   policies, even if there is, though unfortunately, a
24   ruling there is coverage under the policies.  We are
25   seeking a declaration that any of these other people
26   need to be invited, the parties, and not make a,
```

                                                                    9
1                      PROCEEDINGS
2    contribute claims and --
3         THE COURT: Let me stop you for a moment. You
4    mentioned three basic Defendants, Pneumo Abex, Pepsi and
5    Cooper.
6         Now, question number one, is this really one
7    case or three cases?
8         MS. McCABE: One case.
9         THE COURT: Why? Why are they all together?
10        MS. McCABE: Because, your Honor, what the
11   policies that are at issue against which Abex claims are
12   being made, those three entities are all claiming that
13   they are entitled to coverage under those sets of
14   policies.
15        THE COURT: Same policies?
16        MS. McCABE: Same policies.
17        THE COURT: In other words, you wrote one
18   policy or one group of policies for all three, naming
19   all three as insureds.
20        MS. McCABE: That's actually one of the
21   questions, that we wrote policies on behalf of American
22   Brake Shoe Company and I.C. Industries and these other
23   entities are coming in now and saying they are entitled
24   to get coverage.
25        One of the matters we pled is, we don't think,
26   for instance, that Cooper is entitled to get coverage

```
 1                        PROCEEDINGS
 2    under the policies and that's --
 3           THE COURT:  You are not catching my question.
 4    My question is, I understand you have a claim
 5    against Cooper.  Cooper claims were or thinks they are
 6    entitled to coverage, they are not, and Judge, tell us
 7    they are not entitled to coverage.  Fine.
 8           Is that the same question as to Pneumo Abex?
 9    May be the same question.  Are we talking about the same
10    policies?  Are we talking about the same facts?
11           MS. McCABE:  Yes.
12           THE COURT:  In other words, one group of --
13    whatever happens to Cooper, happens to Pneumo Abex,
14    happens to Pepsi.
15           MS. McCABE:  If there is no finding of
16    coverage, yes.
17           THE COURT:  If there is finding of coverage,
18    they are all covered, and they are covered.  Okay.
19           Question -- let me ask the lawyer for Pneumo
20    Abex, since you are the one I asked to sit at the
21    counsel table, is she so far correct?
22           MR. SEAR:  Your Honor, Tom Sear of Jones Day
23    for Pneumo Abex and Cooper. This is my partner Michael
24    Ginsberg.  He is more familiar with the facts.  We are
25    filing today or tomorrow a pro hoc vici motion and I ask
26    he respond.
```

1            PROCEEDINGS

2       THE COURT: Is she basically correct?

3       MR. GINSBERG: Basically correct. You need to
4  understand it's one set of underlying liabilities. All
5  of the liabilities arise from a product manufactured by
6  the former American Brake Shoe Company, now called
7  Pneumo Abex.

8       Cooper and PepsiAmericas all have
9  responsibilities to the underlying claims, so the
10 liabilities all arise out of a single product, so it's a
11 single series of underlying claims for which these
12 parties are seeking coverage under the policies insured
13 to defend and indemnify the manufacturer of those
14 products.

15      THE COURT: My next question is, the insurance
16 companies that are named as Defendants, that you have
17 named as Defendants, what is your claim against them, in
18 general?

19      MS. McCABE: If there is generally
20 contribution, your Honor, if there is a finding there is
21 coverage, that under the New York law, pro rata they all
22 should be contributing.

23      THE COURT: What did they do?

24      MS. McCABE: They issued policies. We say if
25 there is --

26      THE COURT: In other words, they also issued

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | policies to these three Defendants, and you are saying |
| 3 | their policies should come in? |
| 4 | MS. McCABE: Yes. |
| 5 | THE COURT: However, and then finally, the |
| 6 | last group of nominal Defendants, who are they? |
| 7 | MS. McCABE: The nominal Defendants are some |
| 8 | of the subscribers on the London Market policies, who |
| 9 | quite frankly, they may come in as Plaintiffs in this |
| 10 | action as well. |
| 11 | When this was originally filed, that was one |
| 12 | of the first issues that came up, and that we had this |
| 13 | issue where it all went up to Federal Court and |
| 14 | everything kind of got messy. |
| 15 | THE COURT: When you had syndicate numbers, |
| 16 | some of the nominal Defendants may substitute in for |
| 17 | some of the numbers? |
| 18 | MS. McCABE: No. The syndicate numbers will |
| 19 | all stay.  Those are the syndicates at Lloyds that, |
| 20 | the nominal Defendants of various London Market |
| 21 | companies that are over in London or other countries, |
| 22 | your Honor. |
| 23 | THE COURT: Now, let me ask you a question |
| 24 | this way.  What has happened with discovery so far? |
| 25 | MS. McCABE: Nothing, your Honor.  That's why |
| 26 | we filed the RJI. |

13

1                      PROCEEDINGS

2           THE COURT: When you say "nothing", you mean

3   while you were in Federal Court there was no discovery?

4           MS. McCABE: No. If I may, I will make it

5   brief.

6           What happened was when we filed the complaint

7   under, on July 9th, Cooper, Pneumo Abex removed it to

8   July 30th, up to Federal Court. Some answers were filed

9   in counterclaims, et cetera. Then, what happened is,

10  they filed the application to transfer down to Delaware.

11          Judge Preska said, I need to decide this issue

12  before we do any of the other stuff with regard to

13  discovery, et cetera. They are saying to Judge Preska,

14  New York should not be doing anything in connection with

15  this matter. It should all be Delaware.

16          Everything, effectively because of those

17  motions to transfer it, nothing happened because of that

18  except for initial pleadings.

19          The reason why I filed the RJI, why I wanted

20  to get before your Honor, we now have a situation where

21  a number of people filed answers in the Bankruptcy Court

22  or in the Federal Court. We also have a situation where

23  other people were trying to file discovery motions, and

24  people have been calling me, as the Plaintiff, saying

25  that they are not quite sure if they have to refile

26  answers in State Court here in New York.

```
                                                           14
 1  ||                      PROCEEDINGS
 2  ||              THE COURT:  We will take care of that.
 3  ||              MS. McCABE:  I am trying to sort that out.
 4  ||              THE COURT:  We will sort that out.
 5  ||         Anybody who disagrees with anything she said
 6  ||   so far?
 7  ||              MR. GINSBERG:  Let me tell you, although there
 8  ||   hasn't been direct discovery in this matter since 1982,
 9  ||   there has been litigation among Abex and the insurers,
10  ||   many of whom are also in this case.  Some of them are
11  ||   also in this case in this district, Federal District
12  ||   Court in D.C.  The case really started in 1982.
13  ||         In terms of discovery, in terms of an
14  ||   understanding of the policies, understanding the
15  ||   histories of the companies and what other things are,
16  ||   there is a vast volume of information, something like a
17  ||   150 page docket sheet.
18  ||              THE COURT:  Have you been in D.C.?
19  ||              MS. McCABE:  No, your Honor.  They didn't sue
20  ||   us in D.C.
21  ||         I find this particularly egregious.  What
22  ||   happened, remember I told you when we originally refiled
23  ||   the action, they removed it to get it to Bankruptcy?
24  ||   When we finally won on that, and filed the RJI, and you
25  ||   got, you assigned the preliminary conference here, the
26  ||   day before yesterday I got served with a complaint down
```

```
                                                              15
 1                           PROCEEDINGS
 2         in Washington, D.C., with another Federal case, and they
 3         say that this case is related to the primary case.  That
 4         case is 24 years old, and now they are trying to get out
 5         of New York for that one too.
 6                   THE COURT:  Who represents, I guess, Pneumo
 7         Abex, do you also represent Pepsi and Cooper?
 8                   MR. GINSBERG:  Pneumo Abex and Cooper
 9         Industries.  PepsiAmericas is here also.
10                   THE COURT:  Let me start off by this,
11         counsel.  Obviously -- you will be, you represent all
12         Plaintiffs?
13                   MS. McCABE:  Yes.
14                   THE COURT:  That's simple.  Pneumo Abex and
15         Cooper Industries, you folks represent?
16                   MR. GINSBERG:  That's correct.
17                   THE COURT:  You represent Pepsi?
18                   MR. LUTTINGER:  PepsiAmericas.
19                   THE COURT:  Who represents AIU?
20                   MR. LAVELLE:  Martin Lavelle.
21                   THE COURT:  From here on in, Mr. Lavelle, as
22         far as I am concerned, if the Court wants to contact the
23         Defendants, which I am going to obviously want to do, I
24         will just contact you, and you will circulate it.
25                   MR. LAVELLE:  Certainly, your Honor.
26                   THE COURT:  So therefore, now, I am dealing,
```

```
                                                              16
1                         PROCEEDINGS
2    with all due respect, I am really dealing with four
3    lawyers, rather than the world.  Obviously, the first
4    thing we have to do is get you folks working on some
5    kind of discovery schedule.
6              Give me about five or ten minutes.  I will be
7    back here.  I want to make some phone calls, see if I
8    can get a Master appointed right away, and I will do
9    that immediately.
10             Thank you.
11             (Pause in the proceedings.)
12             THE COURT:  Counsel, let me explain something
13   to you.  I have to take you back 125 years.  The phones
14   are not working in the building.  The only way I can
15   speak to this person is to ask my Court Officer to go
16   upstairs and bring him down, or go upstairs and talk to
17   him.  I think, so, it will be a little bit longer than
18   five or ten minutes.  I just got to get upstairs and
19   talk to him.  Sorry.
20             (Whereupon, an off-the-record discussion is
21   had.)
22             (Pause in the proceedings.)
23             THE COURT:  Counsel on the Certain
24   Underwriters case, here is what's happening.
25             I am appointing, right now I am appointing
26   Judge John A. K. Bradley, who is a retired Judge of this
```

```
 1                        PROCEEDINGS
 2    Court, to be Referee and supervise disclosure in this
 3    action.  Judge Bradley will be down here in a couple of
 4    minutes, probably within the next five or ten minutes
 5    and he will work with all of you today.
 6              What we are also ranging is that everyone on
 7    this case, together with Judge Bradley, will retire to
 8    Judge Ramos' courtroom, which is the courtroom
 9    immediately behind me.  I think it's 238.  Judge Ramos
10    is out today, and he is not using his courtroom, so
11    Judge Bradley will be using that courtroom today.
12              Judge Bradley will start working on discovery
13    with you.  That's A.  We are going to have to wait for a
14    Reporter, but he will work with you.
15              My general rules, which I expect to be kept
16    here, and you can mention this to Judge Bradley, is that
17    document discovery is to go forward.  Depositions can go
18    forward after document discovery, but at least let's get
19    that discovery moving and going forward.
20              Just to keep some kind of control, although
21    you will generally be working and setting times and
22    schedules with Judge Bradley, I will set another
23    conference date here for, let's say, approximately 60
24    days, which would be about August 16th.  So, let's make
25    it August 18th.
26              As far as lead counsel, if there is no reason
```

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | to have a conference on August 18th, then have a |
| 3 | conference call with me on the 15th or the 16th and |
| 4 | maybe we can obviate the need to have, for dragging |
| 5 | everybody down. |
| 6 | Anybody have any questions? |
| 7 | MR. LUTTINGER: I am representing |
| 8 | PepsiAmericas, which is a successor to the named insured |
| 9 | I.C. Industries in this case. |
| 10 | We intend to file on Monday, your Honor, a |
| 11 | motion to stay this case. |
| 12 | THE COURT: Why? |
| 13 | MR. LUTTINGER: This case, the issues in this |
| 14 | case and the policies, most of the parties in this case |
| 15 | are in the D.C. Case that's been going on for 20 years. |
| 16 | All right. The case has had trials, summary judgment |
| 17 | motions, has 1800 entries on the docket sheet, extensive |
| 18 | discovery issues. All of the primary carriers involved |
| 19 | in this case are in that case, and so, that's a prior |
| 20 | filed action. |
| 21 | THE COURT: Who is going to, who is going to |
| 22 | join you in that motion? Who do you think will join |
| 23 | you? |
| 24 | MR. LUTTINGER: I am not sure. |
| 25 | THE COURT: Have you made some kind of a |
| 26 | motion? Well, you can't, I guess make it in D.C. |

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | Obviously, from my point of view, from a Judge's point |
| 3 | of view, this is a great case to send to D.C., but |
| 4 | realistically, realistically, until that motion is |
| 5 | decided, document discovery here continues. |
| 6 | If, indeed, particular documents sought have |
| 7 | been sought by the same party in D.C., then obviously, |
| 8 | you can respond that way.  They have the documents once, |
| 9 | they don't need them twice.  Okay. |
| 10 | MR. LUTTINGER:  Should we set a motion |
| 11 | schedule on that, your Honor? |
| 12 | We are ready to file on Monday. |
| 13 | THE COURT: File it by Order to Show Cause and |
| 14 | we will give the opposition two or three weeks.  Don't |
| 15 | bother putting it in a TRO, because I am not going to |
| 16 | sign it. |
| 17 | MR. LUTTINGER:  Okay. |
| 18 | THE COURT:  Anybody else have anything?  Okay. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | (Continued on next page.) |
| 24 | |
| 25 | |
| 26 | |

```
 1                      PROCEEDINGS
 2          MR. FAVETTA:  One point.  For Allianz, for one
 3   of the Defendants.
 4          A point that was raised by Miss McCabe earlier
 5   was the filing of answers in this Court by those of us
 6   that filed either in the Bankruptcy Court or the
 7   Southern District.  Is that something we can raise with
 8   the Referee?
 9          THE COURT:  That's something you ought to
10   raise with the Referee.
11          MR. FAVETTA:  Thank you, your Honor.
12          THE COURT:  Thank you.
13
14                          XXX
15
16
17          THE FOREGOING IS CERTIFIED TO BE A
18          TRUE AND ACCURATE TRANSCRIPTION OF
19          THE ORIGINAL STENOGRAPHIC NOTES.
20
21
22
23
24          _____
25          NINA J. KOSS, C.S.R., C.M.
26          OFFICIAL COURT REPORTER.
```