**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD<br><br>                                  Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY CO., *et al.*,<br><br>                                  Defendants. | Civil Action No.:  05-01125<br><br>Judge John Garrett Penn |

## [PROPOSED] ORDER GRANTING FIRST STATE'S MOTION TO DISMISS.

Upon the motion of First State Insurance Company and all papers and responses related thereto, it is hereby

ORDERED, this ___ day of ___, 2005, that this action be dismissed, and that Judgment be entered in favor of Defendant First State Insurance Company.

_____
Honorable John Garrett Penn, U.S.D.J.