**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>*Defendants*. | Civil Action No. 05-01125 (JGP) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO WHITMAN INSURANCE COMPANY, LTD.'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON THE "NUMBER-OF-OCCURRENCE ISSUE" AND THE "TRIGGER-OF-COVERAGE ISSUE"**

Plaintiff Whitman Insurance Company, Ltd. and defendant Hudson Insurance Company hereby stipulate and agree, subject to approval of the Court, to extend the time for Hudson Insurance Company to respond to Whitman Insurance Company, Ltd.'s Motions for Partial Summary Judgment on the "Number-of-Occurrence Issue" and the "Trigger-of-Coverage Issue" to and including September 1, 2005.

| | |
|---|---|
| Dated: July 26, 2005 | Respectfully submitted, |
| /s/ Brooke Clagett<br>Daniel E. Chefitz, D.C. Bar No. 481420<br>Brooke Clagett, D.C. Bar No. 460570<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>202-739-3000 | /s/ David M. Ross<br>Elizabeth B. Sandza, D.C. Bar No. 415283<br>David M. Ross, D.C. Bar No. 461733<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>1875 Connecticut Avenue, N.W.
Washington, D.C. 20009<br>202-986-8000 |

SO ORDERED this the ____ day of _____, 2005.

_____
Hon. John Garrett Penn
Senior United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of July, 2005, a copy of the foregoing Stipulation and Order for Extension of Time to Respond to Whitman Insurance Company, Ltd.'s Motions for Partial Summary Judgment on the "Number-of-Occurrence Issue" and the "Trigger-of-Coverage Issue" was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following:

| **Company Representing** | **Name of Counsel** |
|---|---|
| Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, D.C. 20006 |
| Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner, Kiernan, Trebach & Crociata<br>1250 I Street, N.W., Suite 600<br>Washington, D.C. 20005 |
| Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019 |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |

/s/ David M. Ross
David M. Ross, D.C. Bar No. 461733
LeBoeuf, Lamb, Greene & MacRae LLP
1875 Connecticut Avenue, N.W.
Washington, D.C. 20009
202-986-8000
*Attorneys for Hudson Insurance Company*