AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMB

CASE NUMBER  1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Federal Insurance Company
c/o Jill Bloom
1133 Connecticut Avenue, N.W.
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 07 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **06/20/05 at 11:00 am** |
| NAME OF SERVER *(PRINT)* **Daniel Portnoy** | TITLE **Private Process Server** |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____
_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____
_____

G  Other (specify): **By serving Jill Bloom, authorized to accept. Service was completed**
**at 1801 K Street, NW, Washington, DC.**
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **06/20/05**
　　　　　　Date

_____
*Signature of Server*

**Capitol Process Services, Inc.**
**1827 18th Street, NW**
**Washington, DC  20009**
**(202) 667-0050**

_____
*Address of Server*

**\*Initial Electronic Case Filing Order and Notice of Right to Consent to Trial**
**Before a United States Magistrate Judge**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER   1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

CASE NUMBE

TO: (Name and address of Defendant)

Hudson Insurance Company
c/o Mary LoPatto
1875 Connecticut Avenue, N.W., Suite 1200
Washington, D.C. 20009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     JUN 0 7 2005

CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  06-13-05 at 11:10 a.m. |
| NAME OF SERVER (PRINT)  Vincent A. Piazza | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

G   Other (specify):  **By serving Mary LoPatto, Officer, authorized to accept. Service was completed at 1875 Connecticut Avenue, NW, Suite 1200, Washington, DC 20009.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on   **06-15-05**

          Date               *Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC  20009
(202) 667-0050

              *Address of Server*

**\*Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before a United States Magistrate Judge**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER:     CASE NUMBER  1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Allianz Insurance Company
c/o CT Corporation System
1025 Vermont Ave., N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

[JUN 0 7 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE **6/13/05** | TIME **10:40 AM** |

| | |
|---|---|
| NAME OF SERVER *(PRINT)* **Dwayne Boston** | TITLE **Private Process Server** |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

☒   Other (specify):   **By serving Mark Diffenbaugh, Team Leader, authorized to accept. Service was completed at 1025 Vermont Avenue, NW, Washington, DC 20005**

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    **6/14/05**
                      Date

Signature of Server

**Capitol Process Services, Inc.**
**1827 18th Street, NW**
**Washington, DC  20009**
**(202) 667-0050**

Address of Server

**\*Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order**

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER:

CASE NUMBER   1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

*TIG INSURANCE COMPANY*

International Insurance Company
c/o CT Corporation System
1015 15th Street, N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 07 2005

CLERK

DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 6/13/05 | TIME 10:40 AM |
|---|---|---|

| NAME OF SERVER *(PRINT)* **Dwayne Boston** | TITLE **Private Process Server** |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

Ⴟ  Other (specify):  __By serving Mark Diffenbaugh, Team Leader, authorized to accept.__
__Service was completed at 1015 15th Street, NW, Washington, DC 20005__

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    **6/14/05**
　　　　　　　　　Date

_____
*Signature of Server*

**Capitol Process Services, Inc.**
**1827 18th Street, NW**
**Washington, DC 20009**
**(202) 667-0050**

_____
*Address of Server*

**\*Notice of Right to Consent to Trial Before a United States Magistrate Judge**
**and Initial Electronic Case Filing Order**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER    1:05CV01125

JUDGE: John Garrett Penn

CASE NUMBER

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

National Surety Corporation
c/o CT Corporation System
1015 15th Street, N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                      JUN 0 7 2005

_____                      _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | 6/13/05 | 10:40 AM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| **Dwayne Boston** | **Private Process Server** |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

☒   Other (specify):   **By serving Mark Diffenbaugh, Team Leader, authorized to accept.**
     **Service was completed at 1015 15th Street, NW, Washington, DC 20005.**

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **6/14/05**      _____
        Date          *Signature of Server*

**Capitol Process Services, Inc.**
**1827 18th Street, NW**
**Washington, DC 20009**
**(202) 667-0050**

*Address of Server*

**\*Notice of Right to Consent to Trial Before a United States Magistrate Judge
and Initial Electronic Case Filing Order**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER

CASE NUMBER   1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Fireman's Fund Insurance Company
c/o CT Corporation System
1015 15th Street, N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       JUN 07 2005

CLERK                                    DATE

_(By) DEPUTY CLERK_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **6/13/05**     **TIME 10:40 AM** |
| NAME OF SERVER *(PRINT)* **Dwayne Boston** | TITLE **Private Process Server** |

*Check one box below to indicate appropriate method of service*

- G  Served personally upon the defendant. Place where served: _____

_____

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

- G  Returned unexecuted: _____

_____

- XG  Other (specify):  **By serving Mark Diffenbaugh, Team Leader, authorized to accept. Service was completed at 1015 15th Street, NW, Washington, DC 20005.**

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **6/14/05**
        Date

Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

**\*Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before a United States Magistrate Judge**

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER  1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

CASE NUM

TO: (Name and address of Defendant)

American Reinsurance Company
c/o CT Corporation System
1015 15th Street, N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 07 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>6/13/05 | TIME<br>10:40 AM |

| NAME OF SERVER *(PRINT)*<br>**Dwayne Boston** | TITLE<br>**Private Process Server** |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  **By serving Mark Diffenbaugh, Team Leader, authorized to accept.**
**Service was completed at 1015 15th Street, NW, Washington, DC 20005**

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    **6/14/05**                 _____
                      Date                                      Signature of Server

**Capitol Process Services, inc.**
**1827 18th Street, NW**
**Washington, DC 20009**
**(202) 667-0050**

_____
Address of Server

**\*Notice of Right to Consent to Trial Before a United States Magistrate Judge**
**and Initial Electronic Case Filing Order**

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER:

CASE NUMBER   1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Granite State Insurance Company
c/o Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 0 7 2005
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **06-13-05 at 10:20 a.m.** |
| NAME OF SERVER *(PRINT)* **Dwayne Boston** | TITLE **Private Process Server** |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: _____

_____

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

_____

☒ Other (specify): **By serving Renee Rice, Team Leader, authorized to accept. Service was completed at 1090 Vermont Avenue, NW, Washington, DC 20005.**

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **06-14-05**
　　　　　　　　Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

**\*Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before a United States Magistrate Judge**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER  1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

CASE NUMBE

TO: (Name and address of Defendant)

American Home Assurance Company
c/o/ Corporation Service Company
1090 Vermont Ave., N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 0 7 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 06-13-05 at 10:20 a.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Dwayne Boston | Private Process Server |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: _____

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

XX Other (specify): **By serving Renee Rice, Team Leader, authorized to accept. Service was completed at 1090 Vermont Avenue, NW, Washington, DC 20005.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __06-14-05__
　　　　　　　　Date

_Signature of Server_

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

_Address of Server_

**\*Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before a United States Magistrate Judge**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER:

CASE NUMBER  1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

National Union Fire Insurance Company of Pittsburgh, Pa.
c/o Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 0 7 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] * | DATE 06-13-06 at 10:20 a.m. | |
| NAME OF SERVER *(PRINT)* Dwayne Boston | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

☒    Other (specify):  **By serving Renee Rice, Team Leader, authorized to accept. Service
was completed at 1090 Vermont Avenue, NW, Washington, DC 20005.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-14-05
       Date

                               Signature of Server

                            **Capitol Process Services, Inc.**
                              **1827 18th Street, NW**
                              **Washington, DC  20009**
                              **(202) 667-0050**

                            *Address of Server*

**\*Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before
a United States Magistrate Judge**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER 1:05CV01125

JUDGE: John Garrett Penn

CASE NUM

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Travelers Indemnity Company
c/o Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 0 7 2005

CLERK

DATE

*Maureen Higgins*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[*] | DATE **06-13-05 at 10:20 a.m.** | |
| NAME OF SERVER *(PRINT)*     **Dwayne Boston** | TITLE     **Private Process Server** | |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

X   Other (specify):  **By serving Renee Rice, Team Leader, authorized to accept. Service
     was completed at 1090 Vermont Avenue, NW, Washington, DC 20005**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **06-14-05**
                      Date

*Signature of Server*

Capitol Process Services, ...
1827 18th Street, NW
Washington, DC  20009
(202) 667-866

*Address of Server*

**\*Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before
a United States Magistrate Judge**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBEI

CASE NUMBER  1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

AIU Insurance Company
c/o Corporation Service Company
1090 Vermont Ave., N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 07 2005

CLERK                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | **06-13-05 at 10:20 a.m.** |
| NAME OF SERVER *(PRINT)*<br>**Dwayne Boston** | TITLE<br>**Private Process Server** |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

☒   Other (specify): **By serving Renee Rice, Team Leader, authorized to accept. Service**
**was completed at 1090 Vermont Avenue, NW, Washington, DC 20005.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **06-14-05**                    _____
                        Date                        Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

_____
Address of Server

**\*Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before**
**a United States Magistrate Judge**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

### SUMMONS IN A CIVIL CASE

V.

Travelers Indemnity Company, et al.

CASE NUMBER   1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

CASE NUMBER

TO: (Name and address of Defendant)

New Hampshire Insurance Company
c/o Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 07 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | 06-13-05 at 10:20 a.m. | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Dwayne Boston | Private Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

☒   Other (specify): **By serving Renee Rice, Team Leader, authorized to accept. Service was completed at 1090 Vermont Avenue, NW, Washington, DC 20005.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06-14-05
                    Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC  20009
(202) 667-0050

Address of Server

**\*Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before a United States Magistrate Judge**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER  1:05CV01125

JUDGE: John Garrett Penn

CASE NUMBE[

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

~~London~~ ~~Market~~ ~~Companies~~

London Market Companies
c/o Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 07 2005

CLERK

DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6/13/05 @ 12:03 pm |
| NAME OF SERVER (PRINT)      Otis Osborne | TITLE   Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

XX G  Other (specify): By serving Leo W. Fraser, attorney, authorized to accept. Service was complete at 750 Seventh Street, 26th Floor, New York, New York 10019.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____6/15/05____        _____
                    Date                          Signature of Server

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**

_____
Address of Server

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMB

CASE NUMBER 1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Falcon Insurance Company
c/o One Beacon Insurance Group
Gregory R. Galeaz, Sr. Vice President and CFO
One Beacon Street
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 07 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] * | DATE 6/10/05 @ 3:20 pm |
| NAME OF SERVER (PRINT)    James Campbell | TITLE    Private Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

G   Returned unexecuted: _____

_____

_____

XXX   Other (specify):  By serving Bobbi DeMattin, authorized to accept. Service was
complete at 1 Beacon Street, Boston, Massachusetts 02108.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/10/05
_____
Date

_____
Signature of Server

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**

_____
Address of Server

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge
and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER    1:05CV01125

JUDGE: John Garrett Penn

CASE NUMBER

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

First State Insurance Company
c/o Corporation Service Company
50 Weston Street
Hartford, CT 06120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 0 7 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 13, 2005 @ 12:36 pm |

| NAME OF SERVER *(PRINT)* CHRISTINE FORAN | TITLE PRIVATE PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  By serving Luz Marquez, authorized to accept. Service was complete at  50 Weston Street, Hartford, CT 06120

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/14/05
           Date                Signature of Server

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**

         Address of Server

* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER  1:05CV01125

JUDGE: John Garrett Penn

CASE NUMB

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Certain Underwriters at Lloyd's London
c/o Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 07 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/13/05 @ 12:03 pm |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Otis Osborne | Private Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

XX   Other (specify):  By serving Leo W. Fraser, attorney, authorized to accept. Service
was complete at 750 Seventh Avenue, 26th Floor, New York, New York 10019.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/18/05       *Otis Osborne*
            *Date*              *Signature of Server*

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**
     *Address of Server*

   * Notice of Right to Consent to Trial Before a United States Magistrate Judge and
     Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER  1:05CV01125

CASE NUMBEI

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Associated International Insurance Company
c/o Joanne M. Cichon-Feeney, Vice President and Treasurer
Ten Parkway North, Suite 100
Deerfield, IL 60015

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 07 2005

CLERK                                          DATE

_Maureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/15/05 @ 2:35 pm |

| NAME OF SERVER (PRINT)<br>Steven A. Stosur | TITLE<br>Private Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

XX  Other (specify): **By serving Kitty Sturgeon, Associate General Counsel, authorized to accept. Service was complete at 10 Parkway North, Suite 100, Deerfield, IL 60015.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **6/15/05**
     Date        Signature of Server

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER    1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

CASE NUMBER

TO: (Name and address of Defendant)

Mt. McKinley Insurance Company
c/o Keith T. Shoemaker, Vice President and Comptroller
477 Martinsville Road, P.O. Box 830
Liberty Corner, NJ 07938-0830

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 07 2005

CLERK

DATE

_(By) DEPUTY CLERK_

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/13/05 @ 3:15 pm |
| NAME OF SERVER *(PRINT)*  Frank Sedlock | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

XX  Other (specify):  By serving James H. Foster, President, authorized to accept. Service was complete at 477 Martinsville Road, Liberty Corner, New Jersey 07938.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/05
_____
Date

_____
*Signature of Server*

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**
_____
*Address of Server*

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER:   1:05CV01125 $(\mathcal{J.G.P.})$

TO: (Name and address of Defendant)

Certain Underwriters at Lloyd's London and the London Market Companies, c/o
Mr. Lawrence Mirel
Insurance Commissioner
Department of Insurance, Securities and Banking
810 1st Street, NE Suite 701
Washington, DC 20002
Attention: Michelle Mathis

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

JUL  7 2005

NANCY M. MAYER-WHITTINGTON

CLERK

*Laura M Chipley*

DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Whitman Insurance Company, Ltd.

vs.

Travelers Indemnity Company, et al.

No. 1:05CV01125 JGP

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order and Complaint for Declaratory and Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:30 pm on July 12, 2005, I served Certain Underwriters at Lloyd's London and The London Market Companies c/o Lawrence Mirel, Insurance Commissioner at Department of Insurance, Securities and Banking, 810 1st Street, NE, Suite 701, Washington, DC 20002 by serving Michelle Matis, Team Leader, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    40
 HEIGHT-    5'5"
   HAIR-    BLACK/BRAIDS
 WEIGHT-    160
  COLOR-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___07-13-05___
                Date

_____
DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155235

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER   1:05CV01125

CASE NUMBER

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Pneumo Abex LLC
c/o Corporation Service Company
11 S. 12th Street, PO Box 1463
Richmond, VA 23218

*c/o KING & SPALDING*
*1700 PENNSYLVANIA AVE, N.W.*
*WASHINGTON, DC 20006*
*ATT: MARTIN MCNERNEY*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 07 2005

CLERK                                          DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Whitman Insurance Company, Ltd.

vs.

Travelers Indemnity Company, et al.

No. 1:05CV01125 JGP

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order and Complaint for Declaratory and Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:45 am on July 12, 2005, I served Pneumo Abex LLC c/o King & Spalding at 1700 Pennsylvania Avenue, NW, Washington, DC 20006 by serving Martin McNerney, authorized to accept.  Described herein:

```
    SEX-   MALE
    AGE-   42
 HEIGHT-   6'0"
   HAIR-   BLACK
 WEIGHT-   235
  COLOR-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___07-13-05___
             Date

_____
MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155236

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER   1:05CV01125

JUDGE: John Garrett Penn

CASE NUM

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

*CALIFORNIA UNION INSURANCE COMPANY*
NKA Century Indemnity Company
c/o Richard Douglas Bailey
4198 Cox Road
Glen Allen, VA 23060

*Barry Parsons*
*Crowell & Moring*
*1001 Pennsylvania Ave, N.W.*
*Washington, DC. 20004*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JUN 07 2005

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Whitman Insurance Company, Ltd.

vs.

Travelers Indemnity Company, et al.

No. 1:05CV01125 JGP

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Initial Electronic Case Filing Order and Complaint for Declaratory and Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:15 pm on July 12, 2005, I served California Union Insurance Company subsequently known as Centure Indemnity Company and now also know as Ace, Ltd. c/o Barry Parsons at Crowell & Moring, 1001 Pennsylvania Avenue, NW, Suite 1100 South, Washington, DC 20004 by serving Barry Parsons, authorized to accept.  Described herein:

      SEX-    MALE
      AGE-    40
   HEIGHT-    5'10"
     HAIR-    BLONDE
   WEIGHT-    180
    COLOR-    WHITE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  07-13-05
             Date

_____
DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 155237

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBE!

CASE NUMBER  1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Insurance Company of the State of Pennsylvania
c/o Theodore I. Brenner
411 E. Franklin Street, Suite 200
Richmond, VA 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(BY) DEPUTY CLERK

JUN 0 7 2005

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/20/05 @ 10:15 am |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Benjamin G. Hanson, Jr. | Private Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served:

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted:

_____

XXX   Other (specify): <u>By serving Theodore I. Brenner, registered agent, authorized to accept.</u>
<u>Service was complete at 411 E. Franklin Street, Suite 200, Richmond, VA 23219.</u>

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   <u>20 June 2005</u>     *Benjamin G. Hanson*
           Date                 Signature of Server

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
     Address of Server     **(202) 667-0050**

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and
Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER

CASE NUMBER   1:05CV01125

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Stonewall Insurance Company
c/o CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060-6802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 07 2005

_____                       _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] * | 6/14/05 @ 11:25 am |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Benjamin G. Hanson, Jr. | Private Process Server |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served:

_____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted:

_____

XXG    Other (specify): By serving Christopher Savas, registered agent, authorized to accept. Service was complete at 4701 Cox Road, Suite 301, Glen Allen, VA 23060.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *14 June 2005*      *Benjamin G. Hanson*
                Date                    Signature of Server

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**

           Address of Server

*Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER: 1:05CV01125

CASE NUMBER:

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

Employers Mutual Casualty Company
c/o Albert M. Orgain IV Sands Anderson, et al.
801 E. Main Street, Suite 1800, P.O. Box 1998
Richmond, VA 23218-1998

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 07 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/13/05 @ 3:50 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Benjamin G. Hanson, Jr. | Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: 

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: 

G  Returned unexecuted: 

XX  Other (specify): By serving Albert M. Orgain IV, registered agent, authorized to accept.
Service was complete at 801 E. Main Street, Suite 1800, Richmond, VA 23218.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   13 June 2005
              Date

Signature of Server

**CAPITOL PROCESS SERVICES**
**1827 18TH STREET, N.W.**
**WASHINGTON, D.C. 20009**
**(202) 667-0050**

Address of Server

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and
Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Whitman Insurance Company, Ltd.

**SUMMONS IN A CIVIL CASE**

V.

Travelers Indemnity Company, et al.

CASE NUMBER  1:05CV01125

CASE NUM

JUDGE: John Garrett Penn

DECK TYPE: Contract

DATE STAMP: 06/07/2005

TO: (Name and address of Defendant)

*CALIFORNIA UNION INSURANCE COMPANY*
*NKA* Century Indemnity Company
c/o Richard Douglas Bailey
4198 Cox Road
Glen Allen, VA 23060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Chefitz
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

JUN 0 7 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/14/05 @ 11:55 am |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Benjamin G. Hanson, Jr. | Private Process Server |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

_____

_____

XXXOther (specify):   By serving Richard D. Bailey, registered agent, authorized to accept
Service was complete at 4198 Cox Road, Glen Allen, VA 23060.

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *14 June 2005*     *Benjamin G. Hanson*
           Date                 Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

           Address of Server

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.