IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 1:05CV01125 (JGP) |

**DEFENDANT AMERICAN REINSURANCE COMPANY'S
LCvR 7.1 DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

The undersigned attorney of record for Defendant, American Re-Insurance Company, ("American Re"), hereby certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Employers, which have any outstanding securities in the hands of the public:

1. American Re is a wholly-owned subsidiary of the Munich Re Group, which is owned by Munich Reinsurance Company of Munich, Germany. The Shares of Munich Reinsurance Company are publicly traded on Deutscher Aktienindex DAX, the German stock market.

These representations are made in order that Judges of this Court may determine the need for recusal.

        Respectfully submitted,

        //s// *Richard W. Driscoll*
        Richard W. Driscoll (D.C. Bar No. 436471)
        DRISCOLL & SELTZER, PLLC
        600 Cameron Street
        Alexandria, Virginia 22314
        703.340.1625 Telephone
        703.997.4892 Facsimile
        Email: rdriscoll@driscollseltzer.com

Dated: July 26, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July 2005, a copy of the foregoing Corporate Disclosure Statement was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following:

| **PARTY** | **COUNSEL** |
|---|---|
| *Pneumo Abex Corporation, LLC* | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| *Federal Insurance Company* | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006 |
| *Fireman's Fund Insurance; National Surety Corporation* | Andrew Butz, Esq.<br>Bonner, Kiernan, Trebach & Crociata<br>1250 I Street, N.W., Sixth Floor<br>Washington, D.C. 20005 |

| | |
|---|---|
| *Mt. McKinley Insurance Company* | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 |
| *Certain Underwriters at Lloyd's London* | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 |
| *Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company* | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti, LLP<br>One Speedwell Avenue<br>Morristown, NJ 07962 |

//s// *Richard W. Driscoll*
Richard W. Driscoll