## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD.,

      Plaintiff,

v.

TRAVELERS INDEMNITY CO., et al.,

      Defendants.

Civil Action No.: 1:05cv001125
Judge John Garrett Penn

### DECLARATION OF ADAM D. KRAUSS, ESQUIRE

1.     My full name is Adam D. Krauss, Esquire. I am an attorney at law at the law firm of Traub Eglin Lieberman Straus LLP.

2.     My office address and phone number are 7 Skyline Drive, Hawthorne, New York, 10532, (914) 347-2600.

3.     I am admitted, in good standing to the bar in the States of New Jersey, New York, and the United States District Court for the District of New Jersey.

4.     I have not been disciplined by any bar.

5.     I have neither applied for nor been admitted *pro hac vice* in this Court in the past two years.

6.     I am not engaged in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

Adam D. Krauss, Esquire
Traub Eglin Lieberman Straus LLP
7 Skyline Drive
Hawthorne, New York 10532
(914) 347-2600 (phone)
(914) 347-8898 (fax)
akrauss@tels.com