## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD :
:
      Plaintiffs :
:
v. : Case No.:  1:05-CV-01125 (JGP)
:
TRAVELERS INDEMNITY CO., *et al.* :
:
      Defendants :
:
---------------------------------------------------------------x

## **ENTRY OF APPEARANCE**

Pursuant to LCvR83.6(a), L. Barrett Boss and COZEN O'CONNOR hereby give notice of his entry of appearance on behalf of defendant Federal Insurance Company.

July 27, 2005                        Respectfully submitted:

By:_____
    L. Barrett Boss, D.C. Bar #398100
    COZEN O'CONNOR
    1667 K Street, NW, Suite 500
    Washington, D.C.  20006
    (202) 912-4800

    William P. Shelley
    John J. Dwyer
    COZEN O'CONNOR
    1900 Market Street
    Philadelphia, PA  19103
    (215) 665-2006

    *Counsel for Federal Insurance Company*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD       :
                                     :   Civil Action No.:  1:05-CV-01125
           Plaintiffs                :
                                     :   Judged John Garrett Penn
v.                                   :
                                     :
TRAVELERS INDEMNITY CO., et al.      :
                                     :
           Defendants                :
                                     :
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2005, a copy of the foregoing Entry of Appearance was served by first class mail, postage prepaid, addressed to the following:

_____
John J. Dwyer

| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001<br>E-mail: dchefitz@morganlewis.com<br>E-mail: bclagett@morganlewis.com |
|---|---|

| | |
|---|---|
| Pneumo Abex Corporation, LLC | Thomas H. Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>Tel: (212) 326-3680<br>Fax: (212) 755-7306<br>E-mail: thsear@jonesday.com<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA  15219<br>Tel: (412) 391-3939<br>Fax: (412) 394-7959<br>E-mail: mhginsberg@jonesday.com<br>E-mail: jwmontgomery@jonesday.com |
| American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company | Martin Lavelle, Esq.<br>Law Office of Martin P. Lavelle<br>110 Williams Street<br>18th Floor<br>New York, NY  10038<br>Tel: (212) 266-5881<br>Fax: (212) 528-0134<br>E-mail: Martin.Lavelle@aig.com<br><br>M. Elizabeth Medaglia, Esquire<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C.  20036-4337<br>Tel: (202) 457-1600<br>Fax: (202) 457-1689<br>E-mail: lmedaglia@jackscamp.com<br>E-mail: jselesnick@jackscamp.com |

| | |
|---|---|
| Allianz Insurance Company | Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ  07042-8205<br>Tel: (973)509-7500<br>Fax: (973) 509-0414<br>E-mail: adf@garritygraham.com<br><br>Thomas D. Flinn, Esq.<br>Garrity Graham, Favetta & Flinn<br>140 Broadway<br>46th Floor<br>New York, NY  10005<br>Tel: (212) 858-7716<br>E-mail: tdf@garritygraham.com |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL  60606<br>Tel: (312) 762-3100<br>Fax: (312) 762-3200<br>E-mail: msheridan@batescarey.com<br>E-mail: rbedell@batescarey.com<br><br>Michael L. Gioia, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-mail: mgioia@lcbf.com<br><br>Richard Wayne Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA  22314<br>Tel: (703) 340-1625<br>Fax: (703) 997-4892<br>E-mail: rdriscoll@driscollseltzer.com |

| | |
|---|---|
| Associated International Insurance Company | Adam Krauss, Esq.<br>Traub, Eglin, Lieberman, Straus<br>7 Skyline Drive<br>Hawthorne, NY  10532<br>Tel: (914) 347-2600<br>Fax: (914) 347-8898<br>E-mail: akrauss@tels.com<br>E-mail: mlieberman@tels.com |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019<br>Tel: (212) 261-8000<br>Fax: (212) 261-8750<br>E-mail: Eileen.mccabe@mendes.com<br>E-mail: Anna.newsom@mendes.com<br><br>Michael John Zoeller, Esq.<br>Baach, Robinson & Lewis, PLLC<br>1201 F. Street, NW, Suite 500<br>Washington, Dc  20005<br>Tel: (202) 659-7217<br>Fax: 202) 466-5738<br>E-mail: michael.zoeller@baachrobinson.com |
| Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ  08540<br>Tel: (609) 987-6662<br>Fax: (609) 987-6651<br>E-mail: wmager@smithstratton.com<br><br>Thomas E. Schorr, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>83 Maiden Lane, Penthouse<br>New York, NY  10038<br>Tel: (212) 768-3878<br>Fax: (212) 768-3978<br>E-mail: tschorr@smithstratton.com |

| | |
|---|---|
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>Tel: (202) 912-4800<br>Fax: (202) 912-4830<br>E-mail: bboss@cozen.com<br><br>William P. Shelley, Esq.<br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2006<br>Fax: (215) 701-2006<br>E-mail: jdwyer@cozen.com |
| Fireman's Fund Insurance; National Surety Corporation | Pamela Labaj, Esq.<br>Caron, Constants & Wilson<br>201 Route 17 N., 2nd Floor<br>Rutherford, NJ 07070<br>Tel: (201) 507-3709<br>E-mail: plabaj@ffic.com<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105<br>Tel: (415) 247-8300<br>Fax: (415) 247-8310<br>E-mail: rlindenhayn@kllaw.com |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br>Tel: (202) 721-4600<br>Fax: (202) 721-4646 |

| | |
|---|---|
| Hudson Insurance Company | David Mitchell Ross, Jr., Esq.<br>Elizabeth B. Sandza, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C.  20009<br>Tel: (202) 986-8219<br>Fax: (202) 986-8102<br>E-mail: dross@llgm.com<br>E-mail: ebsandza@llgm.com |
| Mt. McKinley Insurance Company | George R. Hardin, Esq.<br>John R. Scott, Esq.<br>Hardin, Kundla, McKeon & Poletto, P.A.<br>573 Morris Avenue<br>Springfield, NJ  07081-0730<br>Tel: (973) 912-5222<br>Fax: (973) 912-9212<br>E-mail: ghardin@hkmpp.com<br>E-mail: jscott@hkmpp.com |
| Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2595<br>Tel: (202) 624-2959<br>Fax: (202) 628-5116<br>E-mail: bparsons@crowell.com<br>E-mail: celgarten@crowell.com<br>E-mail: kunderhill@crowell.com |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-mail: lcorsi@lcbf.com |

| | |
|---|---|
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C.  20005<br>Tel: (202) 756-8000<br>Fax: (202) 756-8097<br>E-mail: mwarner@mwe.com<br><br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>Tel: (212) 455-3539<br>Fax: (212) 455-2504<br>E-mail: jyoungwood@stblaw.com |

WASHDC1\110769\1 128852.000