# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | : | Case Number:  1:05CV01125<br>Judge: Hon. John Garrett Penn |
| | : | |
| *Plaintiff,* | : | **LCvR 7.1 CERTIFICATE OF** |
| vs. | : | **DISCLOSURE OF CORPORATE** |
| TRAVELERS INDEMNITY COMPANY, et al. | : | **AFFILIATIONS AND FINANCIAL**<br>**INTERESTS OF ALLIANZ GLOBAL**<br>**RISKS U.S. INSURANCE COMPANY** |
| | : | **AND ALLIANZ UNDERWRITERS** |
| *Defendants* | : | **INSURANCE COMPANY** |
| | : | |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned counsel of record for Allianz Underwriters Insurance Company ("AUIC"), formerly known as Allianz Underwriters, Inc.), improperly pleaded herein as Allianz Global Risks U.S. Insurance Company ("AGR"), (formerly known as Allianz Insurance Company), hereby certifies that to the best of my knowledge and belief, Allianz Aktiengesellschaft ("Allianz AG") is a publicly traded corporation with outstanding securities in the hands of the public and that AUIC and AGR are subsidiaries of Allianz AG.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

By: _____

Elizabeth H. Hamlin
D. C. Bar No.  937250
GARRTIY, GRAHAM, FAVETTA & FLINN
One Lackawanna Plaza
Montclair, NJ 07042
Telephone: (973) 509-7500
Facsimile: (973) 509-0414

*Attorney of Record  for Allianz  Underwriters  Insurance Company, improperly pleaded herein as  Allianz  Global  Risks  U.S. Insurance Company*

M:\Data\CLI\395\194\16\Pleadings\Pleading Rule 7.1 - revised test.wpd