IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., et al., <br><br> Defendants. | Civil Action No.: 1:05cv001125 <br> Judge John Garrett Penn |

### NOTICE OF WITHDRAWAL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD: Please withdraw the appearance of Richard W. Driscoll and Driscoll & Seltzer, PLLC, as counsel for Defendant Associated International Insurance Company, only, in this matter. Mr. Driscoll shall remain on as counsel for Defendants American Reinsurance Company and Employers Mutual Casualty Company.

Respectfully submitted,

//s// Richard W. Driscoll

Richard W. Driscoll (D.C. Bar No. 436471)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile

ASSOCIATED INTERNATIONAL INSURANCE COMPANY

By: *Leonard P. Funk*

Its *Senior Litigation Specialist*

Dated: July 27, 2005