### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

```
-----------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD          :
                                        :
          Plaintiffs                    :
                                        :
v.                                      :
                                        :
TRAVELERS INDEMNITY CO., et al.         :
                                        :
          Defendants                    :
                                        :
-----------------------------------------------------------x
```

Civil Action No.:  1:05-CV-01125 (JGP)

### JOINDER IN MOTION TO DISMISS

Defendant, Federal Insurance Company ("Federal"), through its undersigned

counsel, pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(7) hereby moves this Court to dismiss the

Complaint of Plaintiff, Whitman Insurance Company, Ltd. for failure to join and misalignment

of parties, such that there is no jurisdiction and pursuant to Wilton v. Seven Falls Co., 515 U.S.

277 (1995) in light of a prior pending state court action.

In support of this motion, Federal relies upon and incorporates the facts and

authorities sited in the Motion to Dismiss filed by Defendant, First State Insurance Company

(First State) and the accompanying Statement of Points and Authorities.

July 28, 2005                          Respectfully submitted:


                                       By:___L. Barrett Boss /s/_____
                                          L. Barrett Boss, D.C. Bar No. 398100
                                          COZEN O'CONNOR
                                          1667 K Street, NW, Suite 500
                                          Washington, D.C.  20006
                                          (202) 912-4800

William P. Shelley
John J. Dwyer
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2006

*Counsel for Federal Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
-------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD           :
                                         :        Civil Action No.:  1:05-CV-01125 (JGP)
            Plaintiffs                   :
                                         :
                                         :
v.                                       :
                                         :
TRAVELERS INDEMNITY CO., et al.          :
                                         :
            Defendants                   :
                                         :
-------------------------------------------------------------x
```

**DEFENDANT FEDERAL INSURANCE COMPANY'S MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO
FED.R.CIV.P. 12(b)(1) AND 12(b)(7) FOR FAILURE TO JOIN AND MISALIGNMENT
OF PARTIES AND TO DISMISS IN LIGHT OF A PRIOR PENDING ACTION**

By this motion, Defendant, Federal Insurance Company (hereinafter "Federal")

seeks to dismiss the Complaint of Plaintiff, Whitman Insurance Company (hereinafter

"Whitman") pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(7) for failure to join and misalignment

of parties such that there is no jurisdiction, and pursuant to Wilton v. Seven Falls Co., 515 U.S.

277 (1995), in light of a prior pending action in New York state court.  In support of said motion,

Federal joins in and incorporates by reference the facts and arguments contained in the motion to

dismiss filed by Defendant, First State Insurance Company.

July 28, 2005                              Respectfully submitted:


                                           By:___L. Barrett Boss /s/_____
                                                L. Barrett Boss, D.C. Bar No. 398100
                                                COZEN O'CONNOR
                                                1667 K Street, NW, Suite 500
                                                Washington, D.C.  20006
                                                (202) 912-4800

                                                William P. Shelley
                                                John J. Dwyer
                                                COZEN O'CONNOR
                                                1900 Market Street
                                                Philadelphia, PA  19103
                                                (215) 665-2006

                                                *Counsel for Federal Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-----------------------------------------------------------x
```
WHITMAN INSURANCE COMPANY, LTD     :

                  :

       Plaintiffs       :

                  :

v.                      :

                  :

TRAVELERS INDEMNITY CO., *et al.*     :

                  :

       Defendants     :

                  :
```
-----------------------------------------------------------x
```

Civil Action No.: 1:05-CV-01125 (JGP)

## <u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on this 28th day of July, 2005, a copy of the foregoing Joinder and Memorandum of Points and Authorities in Support of Motion to Dismiss was served by first class mail, postage prepaid, addressed to the following:

                        _____/s/_____

                        John J. Dwyer

| Whitman Insurance Company | Daniel E. Chefitz, Esq. |
|---|---|
| | Brooke Clagett, Esq. |
| | Morgan, Lewis & Bockius, LLP |
| | 1111 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| | Tel: (202) 739-3000 |
| | Fax: (202) 739-3001 |
| | E-mail: dchefitz@morganlewis.com |
| | E-mail: bclagett@morganlewis.com |

| | |
|---|---|
| Pneumo Abex Corporation, LLC | Thomas H. Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>Tel: (212) 326-3680<br>Fax: (212) 755-7306<br>E-mail: thsear@jonesday.com<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA  15219<br>Tel: (412) 391-3939<br>Fax: (412) 394-7959<br>E-mail: mhginsberg@jonesday.com<br>E-mail: jwmontgomery@jonesday.com |
| American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company | Martin Lavelle, Esq.<br>Law Office of Martin P. Lavelle<br>110 Williams Street<br>18th Floor<br>New York, NY  10038<br>Tel: (212) 266-5881<br>Fax: (212) 528-0134<br>E-mail: Martin.Lavelle@aig.com<br><br>M. Elizabeth Medaglia, Esquire<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C.  20036-4337<br>Tel: (202) 457-1600<br>Fax: (202) 457-1689<br>E-mail: lmedaglia@jackscamp.com<br>E-mail: jselesnick@jackscamp.com |

| | |
|---|---|
| Allianz Insurance Company | Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205<br>Tel: (973)509-7500<br>Fax: (973) 509-0414<br>E-mail: adf@garritygraham.com<br><br>Thomas D. Flinn, Esq.<br>Garrity Graham, Favetta & Flinn<br>140 Broadway<br>46th Floor<br>New York, NY 10005<br>Tel: (212) 858-7716<br>E-mail: tdf@garritygraham.com |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL 60606<br>Tel: (312) 762-3100<br>Fax: (312) 762-3200<br>E-mail: msheridan@batescarey.com<br>E-mail: rbedell@batescarey.com<br><br>Michael L. Gioia, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-mail: mgioia@lcbf.com<br><br>Richard Wayne Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314<br>Tel: (703) 340-1625<br>Fax: (703) 997-4892<br>E-mail: rdriscoll@driscollseltzer.com |

| Associated International Insurance Company | Adam Krauss, Esq.<br>Traub, Eglin, Lieberman, Straus<br>7 Skyline Drive<br>Hawthorne, NY  10532<br>Tel: (914) 347-2600<br>Fax: (914) 347-8898<br>E-mail: akrauss@tels.com<br>E-mail: mlieberman@tels.com |
|---|---|
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019<br>Tel: (212) 261-8000<br>Fax: (212) 261-8750<br>E-mail: Eileen.mccabe@mendes.com<br>E-mail: Anna.newsom@mendes.com<br><br>Michael John Zoeller, Esq.<br>Baach, Robinson & Lewis, PLLC<br>1201 F. Street, NW, Suite 500<br>Washington, Dc  20005<br>Tel: (202) 659-7217<br>Fax: 202) 466-5738<br>E-mail: michael.zoeller@baachrobinson.com |
| Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ  08540<br>Tel: (609) 987-6662<br>Fax: (609) 987-6651<br>E-mail: wmager@smithstratton.com<br><br>Thomas E. Schorr, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>83 Maiden Lane, Penthouse<br>New York, NY  10038<br>Tel: (212) 768-3878<br>Fax: (212) 768-3978<br>E-mail: tschorr@smithstratton.com |

| | |
|---|---|
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>Tel: (202) 912-4800<br>Fax: (202) 912-4830<br>E-mail: bboss@cozen.com<br><br>William P. Shelley, Esq.<br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2006<br>Fax: (215) 701-2006<br>E-mail: jdwyer@cozen.com |
| Fireman's Fund Insurance; National Surety Corporation | Pamela Labaj, Esq.<br>Caron, Constants & Wilson<br>201 Route 17 N., 2nd Floor<br>Rutherford, NJ 07070<br>Tel: (201) 507-3709<br>E-mail: plabaj@ffic.com<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105<br>Tel: (415) 247-8300<br>Fax: (415) 247-8310<br>E-mail: rlindenhayn@kllaw.com |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br>Tel: (202) 721-4600<br>Fax: (202) 721-4646 |

| | |
|---|---|
| Hudson Insurance Company | David Mitchell Ross, Jr., Esq.<br>Elizabeth B. Sandza, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C. 20009<br>Tel: (202) 986-8219<br>Fax: (202) 986-8102<br>E-mail: dross@llgm.com<br>E-mail: ebsandza@llgm.com |
| Mt. McKinley Insurance Company | George R. Hardin, Esq.<br>John R. Scott, Esq.<br>Hardin, Kundla, McKeon & Poletto, P.A.<br>573 Morris Avenue<br>Springfield, NJ 07081-0730<br>Tel: (973) 912-5222<br>Fax: (973) 912-9212<br>E-mail: ghardin@hkmpp.com<br>E-mail: jscott@hkmpp.com |
| Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>Tel: (202) 624-2959<br>Fax: (202) 628-5116<br>E-mail: bparsons@crowell.com<br>E-mail: celgarten@crowell.com<br>E-mail: kunderhill@crowell.com |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-mail: lcorsi@lcbf.com |

| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 756-8000<br>Fax: (202) 756-8097<br>E-mail: mwarner@mwe.com<br><br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-3539<br>Fax: (212) 455-2504<br>E-mail: jyoungwood@stblaw.com |

PHILA1\2311996\1 128852.000

7