UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD : | |
| : | Civil Action No.: 1:05-CV-01125 (JGP) |
| Plaintiffs : | |
| v. : | |
| TRAVELERS INDEMNITY CO., *et al.* : | |
| Defendants : | |

---

## [PROPOSED] ORDER GRANTING FEDERAL INSURANCE COMPANY'S <u>MOTION TO DISMISS</u>

Upon the motion of Federal Insurance Company and all papers and responses related thereto, it is hereby

ORDERED, this ____ day of _____, 2005 that this action be dismissed, and that Judgment be entered in favor of Defendant Federal Insurance Company.

_____
Honorable John Garrett Penn, U.S.D.J.