IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br>TRAVELERS INDEMNITY COMPANY, et al..<br><br>Defendants. | Case Number: 1-05cv01125<br><br>Judge John Garrett Penn<br><br>**FRCP RULE 7.1 AND LCVR 7.1 DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST** |

Pursuant to this Court's Order dated December 1, 2002, and Rule 7.1 of the Federal Rules of Civil Procedure and CLvR 7.1 of the United States District Court for the District of Columbia, Defendants Fireman's Fund Insurance Company ("FFIC") and National Surety Corporation ("NSC"), by and through its counsel BONNER KIERNAN TREBACH & CROCIATA, LLP, state as follows:

1. Defendants FFIC and NSC are wholly-owned subsidiaries of Alliance Insurance Company, a subsidiary of Allianz of America, Inc. The foreign corporation Allianz Aktiengesellschaft ("AG") owns the voting stock of Allianz of America, Inc.

2. The undersigned counsel of record for FFIC and NSC hereby certifies that, to the best of his knowledge and belief, Allianz AG has no parent corporation, and no publicly-held company owns 10% or more of its stock.

These representations are made in order that Judges of this Court may determine the need for recusal.

DATED this 28th day of July, 2005.

Respectfully submitted,

/s/ Andrew Butz
_____
Andrew Butz, D.C. Bar No.: 933473
BONNER KIERNAN TREBACH & CROCIATA, LLP
1250 Eye Street, N.W., Suite 600
Washington, D.C. 2005
Telephone: (202) 712-7000
Facsimile: (202) 712-7100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2005, a copy of the foregoing F.R.C.P. Rule 7.1 And Lcvr 7.1 Disclosure of Corporate Affiliations and Financial Interests was served by first class mail, postage prepaid, addressed to the following:

| PARTY | COUNSEL |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| Pneumo Abex Corporation, LLC | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036-4337 |

133214-1

| | |
|---|---|
| Allianz Insurance Company | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ  07042-8205 |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL  60606 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C.  20006<br><br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata, LLP<br>1250 Eye Street, N.W., Sixth Floor<br>Washington, D.C.  20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA  94105 |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C.  20006-2401<br><br>David R. Biester, Esq.<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY  10004-1482 |

133214-1

| | |
|---|---|
| Hudson Insurance Company | Elizabeth B. Sandza, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C.  20009 |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079 |
| Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur JM. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL  60603 |
| Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2595 |
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 thirteenth Street, N.W.<br>Washington, D.C.  20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019 |

133214-1

133214-1

American Reinsurance Company Employers Mutual Casualty Company and Associated International Insurance Company

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA  22314

/s/ Andrew Butz
―――――――――――――――
Andrew Butz, Esq.

5