UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TRAVELERS INDEMNITY COMPANY, *et al.* : <br> : <br> Defendants. : <br> _____ : | Civil Action No: 1:05CV01125 <br> Judge John Garrett Penn |

**STIPULATION FOR EXTENSION OF TIME FOR PNEUMO ABEX LLC TO RESPOND TO WHITMAN INSURANCE COMPANY LTD'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendant Pneumo Abex LLC ("Pneumo Abex") and Plaintiff Whitman Insurance Company, Ltd. ("Whitman") hereby stipulate and agree, subject to approval of the Court, to extend the time for Pneumo Abex to answer or otherwise respond to Whitman's Complaint For Declaratory And Injunctive Relief to and including September 30, 2005.

|  | Respectfully submitted, |
|---|---|
| /s/ Daniel E. Chefitz (by ____ w/ permission) <br> Daniel E. Chefitz <br> Morgan, Lewis & Bockius LLP <br> 1111 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004 <br> 202-739-3000 <br> Counsel for Whitman Insurance Company, Ltd. | /s/ Martin M. McNerney <br> Joseph W. Dorn, #233374 <br> Martin M. McNerney, #333161 <br> King & Spalding LLP <br> 1700 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20006-3737 <br> 202-737-0500 <br> Counsel for Pneumo Abex LLC |

July 29, 2005

SO ORDERED this _____ day of _____, 2005:

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2005, a true and correct copy of this Stipulation For Extension of Time For Pneumo Abex LLC To Respond To Whitman Insurance Company Ltd's Complaint For Declaratory And Injunctive Relief was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                                                            _____
                                                                            Martin M. McNerney