UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD.   :
                                  :
        Plaintiff,                :     Civil Action No: 1:05CV01125
                                  :     Judge John Garrett Penn
v.                                :
                                  :
TRAVELERS INDEMNITY COMPANY, *et al.* :
                                  :
        Defendants.               :
                                  :

**STIPULATION FOR EXTENSION OF TIME FOR PNEUMO ABEX LLC TO RESPOND TO WHITMAN INSURANCE COMPANY LTD'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendant Pneumo Abex LLC ("Pneumo Abex") and Plaintiff Whitman Insurance Company, Ltd. ("Whitman") hereby stipulate and agree, subject to approval of the Court, to extend the time for Pneumo Abex to answer or otherwise respond to Whitman's Complaint For Declaratory And Injunctive Relief to and including September 30, 2005.

Respectfully submitted,

_____          _____
Daniel E. Chefitz (by Martin M.          Joseph W. Dorn, #233374
  McNerney)                              Martin M. McNerney, #333161
Morgan, Lewis & Bockius LLP              King & Spalding LLP
1111 Pennsylvania Avenue, N.W.           1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20004                   Washington, D.C. 20006-3737
202-739-3000                             202-737-0500
Counsel for Whitman Insurance Company, Ltd.   Counsel for Pneumo Abex LLC

July 29, 2005

        SO ORDERED this _____ day of _____, 2005:


                                  _____
                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2005, a true and correct copy of this Stipulation For Extension of Time For Pneumo Abex LLC To Respond To Whitman Insurance Company Ltd's Complaint For Declaratory And Injunctive Relief was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

_____
Martin M. McNerney