UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD :
: Civil Action No.: 1:05-CV-01125 (JGP)
Plaintiffs :
:
v. :
:
TRAVELERS INDEMNITY CO., *et al.* : **DECLARATION OF**
: **WILLIAM P. SHELLEY**
Defendants :
:
------------------------------------------------------------x

I, William P. Shelley, declare under penalty of perjury that the following is true and correct:

1. I am a member of the Philadelphia office of the law firm of Cozen O'Connor. My firm has been retained to represent Defendant Federal Insurance Company in the above referenced matter.

2. I am admitted to practice and am a member in good standing of the bars of the Commonwealth of Pennsylvania, the State of New Jersey, the State of New York, the United States District Courts for the District of New Jersey, Eastern District of Pennsylvania, Southern District of New York, Eastern District of New York, Northern District of New York, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the District of Columbia Circuit and the United States Supreme Court.

3. I am familiar with the law, facts and procedure relating to the subject matter of this litigation.

4.   I will act as co-counsel for Federal Insurance Company with L. Barrett Boss, a partner in the Washington, D.C. office of Cozen O'Connor who is a member in good standing of the bar of this Court as well as with John J. Dwyer, a member in this firm's Philadelphia office who is also seeking to be admitted pro hac vice to represent Federal in this matter.

*[signature]*
William P. Shelley
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-4142

Executed: July 28, 2005