**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------x

WHITMAN INSURANCE COMPANY, LTD      :

        Plaintiffs        :

     :

v.                                :

     :

TRAVELERS INDEMNITY CO., *et al.*      :

     :

        Defendants       :

     :

---------------------------------------------------------------x

Civil Action No.:  1:05-CV-01125 (JGP)

## [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion for the admission *pro hac vice* of William P. Shelley is, this _____

day of _____, 2005 hereby GRANTED.


_____

Honorable John Garrett Penn, U.S.D.J.