UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　Civil Action No.: 1:05-CV-01125 (JGP)
　　　　Plaintiffs　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
TRAVELERS INDEMNITY CO., *et al.*　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------------x

**MOTION OF DEFENDANT FEDERAL INSURANCE COMPANY
FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2 and the attached Declaration, Defendant Federal Insurance Company moves for the admission of John J. Dwyer of the law firm of Cozen O'Connor to represent Federal Insurance Company in this action. Mr. Dwyer is a member of good standing of the bars of the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, and the Third Circuit Court of Appeals. The undersigned, who is a member in good standing of this bar, shall act as co-counsel with Mr. Dwyer should this Motion be granted.

July 29, 2005　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　By:　　___L. Barrett Boss /s/___
　　　　　　　　　　　　　　　　　　　　　　　L. Barrett Boss, D.C. Bar No. 398100
　　　　　　　　　　　　　　　　　　　　　　　COZEN O'CONNOR
　　　　　　　　　　　　　　　　　　　　　　　1667 K Street, NW, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　　　(202) 912-4800

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Federal Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD :
: Civil Action No.: 1:05-CV-01125 (JGP)
Plaintiffs :
:
v. :
:
TRAVELERS INDEMNITY CO., *et al.* :
:
Defendants :
:
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of July, 2005, a copy of the foregoing Motion of Defendant Federal Insurance Company for Admission *Pro Hac Vice* was served by first class mail, postage prepaid, addressed to the following:

/s/
John J. Dwyer

| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001<br>E-mail: dchefitz@morganlewis.com<br>E-mail: bclagett@morganlewis.com |
|---|---|

| | |
|---|---|
| Pneumo Abex Corporation, LLC | Thomas H. Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>Tel: (212) 326-3680<br>Fax: (212) 755-7306<br>E-mail: thsear@jonesday.com<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA  15219<br>Tel: (412) 391-3939<br>Fax: (412) 394-7959<br>E-mail: mhginsberg@jonesday.com<br>E-mail: jwmontgomery@jonesday.com |
| American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company | Martin Lavelle, Esq.<br>Law Office of Martin P. Lavelle<br>110 Williams Street<br>18th Floor<br>New York, NY  10038<br>Tel: (212) 266-5881<br>Fax: (212) 528-0134<br>E-mail: Martin.Lavelle@aig.com<br><br>M. Elizabeth Medaglia, Esquire<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C.  20036-4337<br>Tel: (202) 457-1600<br>Fax: (202) 457-1689<br>E-mail: lmedaglia@jackscamp.com<br>E-mail: jselesnick@jackscamp.com |

| | |
|---|---|
| Allianz Insurance Company | Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205<br>Tel: (973)509-7500<br>Fax: (973) 509-0414<br>E-mail: adf@garritygraham.com<br><br>Thomas D. Flinn, Esq.<br>Garrity Graham, Favetta & Flinn<br>140 Broadway<br>46th Floor<br>New York, NY 10005<br>Tel: (212) 858-7716<br>E-mail: tdf@garritygraham.com |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL 60606<br>Tel: (312) 762-3100<br>Fax: (312) 762-3200<br>E-mail: msheridan@batescarey.com<br>E-mail: rbedell@batescarey.com<br><br>Michael L. Gioia, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-mail: mgioia@lcbf.com<br><br>Richard Wayne Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314<br>Tel: (703) 340-1625<br>Fax: (703) 997-4892<br>E-mail: rdriscoll@driscollseltzer.com |

| | |
|---|---|
| Associated International Insurance Company | Adam Krauss, Esq.<br>Traub, Eglin, Lieberman, Straus<br>7 Skyline Drive<br>Hawthorne, NY 10532<br>Tel: (914) 347-2600<br>Fax: (914) 347-8898<br>E-mail: akrauss@tels.com<br>E-mail: mlieberman@tels.com |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 261-8000<br>Fax: (212) 261-8750<br>E-mail: Eileen.mccabe@mendes.com<br>E-mail: Anna.newsom@mendes.com<br><br>Michael John Zoeller, Esq.<br>Baach, Robinson & Lewis, PLLC<br>1201 F. Street, NW, Suite 500<br>Washington, Dc 20005<br>Tel: (202) 659-7217<br>Fax: 202) 466-5738<br>E-mail: michael.zoeller@baachrobinson.com |
| Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br>Tel: (609) 987-6662<br>Fax: (609) 987-6651<br>E-mail: wmager@smithstratton.com<br><br>Thomas E. Schorr, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>83 Maiden Lane, Penthouse<br>New York, NY 10038<br>Tel: (212) 768-3878<br>Fax: (212) 768-3978<br>E-mail: tschorr@smithstratton.com |

| | |
|---|---|
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>Tel: (202) 912-4800<br>Fax: (202) 912-4830<br>E-mail: bboss@cozen.com<br><br>William P. Shelley, Esq.<br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2006<br>Fax: (215) 701-2006<br>E-mail: jdwyer@cozen.com |
| Fireman's Fund Insurance; National Surety Corporation | Pamela Labaj, Esq.<br>Caron, Constants & Wilson<br>201 Route 17 N., 2nd Floor<br>Rutherford, NJ 07070<br>Tel: (201) 507-3709<br>E-mail: plabaj@ffic.com<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105<br>Tel: (415) 247-8300<br>Fax: (415) 247-8310<br>E-mail: rlindenhayn@kllaw.com |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br>Tel: (202) 721-4600<br>Fax: (202) 721-4646 |

| | |
|---|---|
| Hudson Insurance Company | David Mitchell Ross, Jr., Esq.<br>Elizabeth B. Sandza, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C.  20009<br>Tel: (202) 986-8219<br>Fax: (202) 986-8102<br>E-mail: dross@llgm.com<br>E-mail: ebsandza@llgm.com |
| Mt. McKinley Insurance Company | George R. Hardin, Esq.<br>John R. Scott, Esq.<br>Hardin, Kundla, McKeon & Poletto, P.A.<br>573 Morris Avenue<br>Springfield, NJ  07081-0730<br>Tel: (973) 912-5222<br>Fax: (973) 912-9212<br>E-mail: ghardin@hkmpp.com<br>E-mail: jscott@hkmpp.com |
| Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2595<br>Tel: (202) 624-2959<br>Fax: (202) 628-5116<br>E-mail: bparsons@crowell.com<br>E-mail: celgarten@crowell.com<br>E-mail: kunderhill@crowell.com |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-mail: lcorsi@lcbf.com |

| | |
|---|---|
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 756-8000<br>Fax: (202) 756-8097<br>E-mail: mwarner@mwe.com<br><br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-3539<br>Fax: (212) 455-2504<br>E-mail: jyoungwood@stblaw.com |

PHILA1\2303576\1 128852.000