UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD   :
                                 :   Civil Action No.: 1:05-CV-01125 (JGP)
         Plaintiffs               :
                                 :
v.                               :
                                 :
TRAVELERS INDEMNITY CO., *et al.* :
                                 :
         Defendants              :
                                 :
------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

The motion for the admission *pro hac vice* of John J. Dwyer is, this _____ day of _____, 2005 hereby GRANTED.


_____
Honorable John Garrett Penn, U.S.D.J.