UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., et al., <br><br> Defendants. | Civil Action No. 05-01125 <br><br> Judge John Garrett Penn |

**CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS PURSUANT TO RULE LCvR 7.1**

I, the undersigned, counsel of record for First State Insurance Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of First State Insurance Company which have any outstanding securities in the hands of the public:

The Hartford Financial Services Group, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: Washington, D.C.
       July 29, 2005                     Respectfully submitted,

                                         /s/ Eric S. Parnes
*Of Counsel:*                            Eric S. Parnes (D.C. Bar No. 489071)
David R. Biester                         Kathryne Love (D.C. Bar No. 479644)
HUGHES HUBBARD & REED LLP                HUGHES HUBBARD & REED LLP
One Battery Park Plaza                   1775 I Street, N.W.
New York, New York 10004-1482            Washington, D.C. 20006-2401
Tel:  212-837-6000                       Tel:  202-721-4699
Fax:  212-422-4726                       Fax:  202-721-4646

                                         *Counsel for First State Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.,<br><br>       Plaintiff,<br><br>  v.<br><br>TRAVELERS INDEMNITY CO., et al.,<br><br>       Defendants. | Civil Action No. 05-01125<br><br>Judge John Garrett Penn |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 29, 2005, he caused true and accurate copies of the foregoing Certificate of Disclosure of Corporate Affiliations and Financial Interests Pursuant to LCvR 7.1, to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage pre-paid, mail upon:

| | |
|---|---|
| Fireman's Fund Insurance Company and National Surety Corporation | Andrew Butz, #933473<br>BONNER KIERNAN TREBACH & CROCIATA<br>1250 I Street, N.W., Ste 600<br>Washington, DC 20005<br>202-712-7000 |
| Federal Insurance Company | L. Barrett Boss, #398100<br>COZEN O'CONNOR<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006<br>202-912-4800 |
| Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |

DC DC 548512_1.doc

| | |
|---|---|
| Mt. McKinley Insurance Co. | Fred L. Alvarez*<br>Arthur J. McColgan*<br>Ryan M. Henderson*<br>Mark A. Deptula*<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603<br>Telephone: (312) 443-0700<br>Facsimile: (312) 443-0336 |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>RIKER, DANZIG, SCHERER, HYLAND & PERRETTI, LLP<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Phone: (973)538-0800<br>Fax: (973)538-1984 |
| Certain Underwriters at Lloyd's London | Michael John Zoeller<br>Baach, Robinson & Lewis PLLC<br>1201 F Street, NW Suite 500<br>Washington, DC 20005<br>(202) 659-7217<br>Fax: (202) 466-5738 |

/s/ Eric S. Parnes
Eric S. Parnes, #489071
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Tel.: 202-721-4699
Fax: 202-721-4646

*Counsel for First State Insurance Company*