United States District Court
For the District of Columbia

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et. al.,<br><br>Defendants. | CASE NO.: 1:05CV01125<br>Judge John Garrett Penn |

### Disclosure of Corporate Affiliations and Financial Interests

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel for Stonewall Insurance Company ("Stonewall"), Northern Assurance Company of America ("NOAC") as successor in interest to certain insurance liabilities of named Defendant Falcon Insurance Company, Insurance Company of North America ("INA"), and Century Indemnity Company ("Century Indemnity") as successor in interest to named Defendant California Union Insurance Company, certify that to the best of my knowledge and belief,

Stonewall has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public;

NOAC is an indirectly wholly owned subsidiary of White Mountain Insurance Group, Ltd., a publicly held company whose stock is traded on the NYSE; and

Century Indemnity is an indirectly wholly owned subsidiary of ACE Limited, a publicly held company whose stock is traded on the NYSE.

/s/ Barry M. Parsons
Barry M. Parsons, Bar # 454788
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Phone: 202 624-2959
Fax: 202 628-5116
E-mail: bparsons@crowell.com

*Counsel for Defendants Stonewall, NOAC, and Century Indemnity*

United States District Court
For the District of Columbia

| | |
|---|---|
| WHITMAN INSURANCE CO., LTD. ) | |
| ) | |
| Plaintiff, ) | Civil Act. No. |
| v.  ) | 1:05CV01125 |
| ) | |
| TRAVELERS INDEMNITY CO., et al., ) | John Garret Penn, Judge |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2005, I served via U.S. mail, first-class postage prepaid, the attorneys listed on the attached pages with a true and accurate copy of the above Disclosure of Corporate Affiliations and Financial Interests in addition to serving by electronic filing on those counsel listed in the Notice of Electronic Filing.

/s/ Barry M. Parsons
Barry M. Parsons, DC Bar # 454788

| | |
|---|---|
| Counsel for Defendant Certain Underwriters at Lloyd's, London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br><br>Michael J. Zoeller, Esq.<br>Baach Robinson & Lewis PLLC<br>1201 F Street, NW # 500<br>Washington, D.C. 20004 |
| Counsel for Defendant Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |

3

| | |
|---|---|
| Counsel for Defendants American Home Assurance Company; AIU; Granite State Insurance Company; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; ISOP; New Hampshire Insurance Company | Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337 |
| Counsel for Defendant Allianz Insurance Company | Elizabeth H. Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |
| Counsel for American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell<br>Bates & Carey LLP 191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
| Counsel for Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY 10532<br><br>Jodi V. Zagorin, Esq.<br>David Hudgins, Esq.<br>Hudgins Law Firm<br>515 King Street, Suite 400<br>Alexandria, VA 22314 |
| Counsel for Federal Insurance Company | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006 |

| | |
|---|---|
| Counsel for Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata<br>1250 I Street, NW, Suite 600<br>Washington, DC 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105 |
| Counsel for First State Insurance Company | David R. Biester, Esq.<br>Erik Bond, Esq.<br>Hughes Hubbard & Reed<br>One Battery Park Plaza<br>New York, NY 10004<br><br>Eric Parnes, Esq.<br>Hughes Hubbard & Reed LLP<br>1775 I Street, NW<br>Washington, DC 20006-2401 |
| Counsel for TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |
| Counsel for Mt. McKinley Insurance Company | Fred L. Alvarez<br>Arthur J. McColgan<br>Ryan M. Henderson<br>Mark A. Deptula<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |

| | |
|---|---|
| Counsel for Travelers Casualty and Surety Company | Margaret H. Warner, Esq.<br>Richard Smith,m Esq.<br>McDermott, Will & Emery<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |
| Hudson Insurance Company | David M. Ross, Esq.<br>Elizabeth B. Sandza, Esq.<br>Leboeuf, Lamb, Greene & MacRae LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C. 20009 |
| Counsel for Plaintiff Whitman Insurance Co., LTD | Daniel E. Chefitz, Esq.<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |