IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., et al., <br><br> Defendants. | Civil Action No.: 1:05cv001125 <br> Judge John Garrett Penn |

## MOTION FOR ADMISSION PRO HAC VICE

I, Jodi V. Zagorin of Hudgins Law Firm, counsel for Defendant Associated International Insurance Company, hereby file this motion to permit Meryl R. Lieberman, Esquire of Traub Eglin Lieberman Straus LLP to appear *pro hac vice* as counsel for defendant Associated International Insurance Company, and pursuant to LCvR 83.2(d) file the accompanying Declaration of Meryl R. Lieberman, Esquire in support of this motion.

Respectfully submitted,

ASSOCIATED INTERNATIONAL
INSURANCE COMPANY

/s/ Jodi V. Zagorin
David. D. Hudgins (D.C. Bar No. 362451)
Jodi V. Zagorin (D.C. Bar No. 472225)
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300 phone
(703) 739-3700 fax

Dated: July 29, 2005

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of July 2005, a true and accurate copy of the foregoing has been duly served on counsel of record by the manner indicated on the ECF Notice of Electronic Filing to the following:

| | |
|---|---|
| Daniel E. Chefitz, Esquire<br>Brooke Clagett, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | *Counsel for Plaintiff Whitman Insurance Company* |
| M. Elizabeth Medaglia, Esquire<br>Julie Selesnick, Esquire<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036 | *Counsel for American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company* |
| Elizabeth Hamlin, Esquire<br>Antonio D. Favetta, Esquire<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042 | *Counsel for Allianz Insurance Company* |
| Eric S. Parnes, Esquire<br>Kathryne Love, Esquire<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, NW<br>Washington, D.C. 20006<br><br>David R. Biester, Esquire<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004 | *Counsel for First State Insurance Company* |
| Elizabeth B. Sandza, Esquire<br>David M. Ross, Esquire<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, NW<br>Washington, DC 20009 | *Counsel for Hudson Insurance Company* |

| | |
|---|---|
| William G. Ballaine<br>Louis G. Corsi, Esquire<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271 | *Counsel for TIG Insurance Company* |
| Clifton S. Elgarten, Esquire<br>Barry M. Parsons, Esquire<br>Kathryn A. Underhill, Esquire<br>Crowell & Morning, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | *Counsel for Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company* |
| Margaret H. Warner, Esquire<br>Richard Rogers, Esquire<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, NW<br>Washington, D.C. 20005<br><br>Barry R. Ostrager, Esquire<br>Jonathan K. Youngwood, Esquire<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | *Counsel for Travelers Insurance Company* |
| Michael John Zoeller<br>Baach, Robinson & Lewis, PLLC<br>1201 F Street, N.W.<br>Suite 500<br>Washington, D.C. 20005<br><br>Eileen T. McCabe, Esquire<br>Anna R. Newson, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 | *Counsel for Certain Underwriters at Lloyd's London* |
| Richard W. Driscoll, Esquire<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 | *Counsel for American Reinsurance Company, Employers Mutual Casualty Company* |

| | |
|---|---|
| Barbara E. Rutkowski, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esquire<br>J.W. Montgomery III, Esquire<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 | *Counsel for Pneumo Abex Corporation, LLC* |
| L. Barrett Boss, Esquire<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, D.C. 20006<br><br>John J. Dwyer, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | *Counsel for Federal Insurance Company* |
| Andrew Butz, Esquire<br>Bonner, Kiernan, Trebach & Crociata<br>1250 I Street, NW, Sixth Floor<br>Washington, D.C. 20005<br><br>Rolf Lindenhayn, Esquire<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 | *Counsel for Fireman's Fund Insurance;*<br>*National Surety Corporation* |
| Fred L. Alvarez, Esquire<br>Arthur J. McColgan, Esquire<br>Ryan M. Henderson, Esquire<br>Mark A. Deptula, Esquire<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 | *Counsel for Mt. McKinley Insurance Company* |

    /s/Jodi V. Zagorin
    Counsel