IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., et al., <br><br> Defendants. | Civil Action No.: 1:05cv001125 <br> Judge John Garrett Penn |

### DECLARATION OF MERYL R. LIEBERMAN, ESQUIRE

1. My full name is Meryl R. Lieberman, Esquire. I am an attorney at law and a partner in the firm Traub Eglin Lieberman Straus LLP.

2. My office address and phone number are 7 Skyline Drive, Hawthorne, New York, 10532, (914) 347-2600.

3. I am admitted in good standing to the bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Fourth Circuit.

4. I have not been disciplined by any bar.

5. I have neither applied for nor been admitted *pro hac vice* in this Court in the past two years.

6. I am not engaged in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership to the District of Columbia Bar pending.

_____
Meryl R. Lieberman, Esquire
Traub Eglin Lieberman Straus LLP
7 Skyline Drive
Hawthorne, New York 10532
(914) 347-2600 (phone)
(914) 347-8898 (fax)
mlieberman@tels.com