IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., et al., <br><br> Defendants. | Civil Action No.: 1:05cv001125 <br> Judge John Garrett Penn |

## ORDER

This matter having come before the Court on the motion of Defendant Associated International Insurance Company, through its counsel, for the admission *pro hac vice* of Meryl R. Lieberman, Esquire for Defendant; and

This Court having reviewed the motion filed herein, the accompanying Declaration of Meryl R. Lieberman, Esquire and the records and the file herein; and

This Court having found good cause for granting the motion:

**IT IS HEREBY ORDERED** that Meryl R. Lieberman, Esquire be admitted *pro hac vice* as counsel for Defendant Associated International Insurance Company.

Entered this _____ day of _____ 2005.

_____
Judge John G. Penn