**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>*Defendants*. | Civil Action No. 05-01125 (JGP) |

**DEFENDANT HUDSON INSURANCE COMPANY'S LCvR 7.1 DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

The undersigned attorney of record for Defendant Hudson Insurance Company ("Hudson") hereby certifies that to the best of his knowledge and belief, the following are parent companies, subsidiaries or affiliates of Hudson that have outstanding securities in the hands of the public:

Hudson is a wholly owned subsidiary of Clearwater Insurance Company, which is wholly owned by Odyssey America Reinsurance Corporation, which is wholly owned by Odyssey Re Holdings Corp.  Odyssey Re Holdings Corp. is publicly traded on the New York Stock Exchange under the symbol "ORH."  Fairfax Financial Holdings Limited is the ultimate majority shareholder of Odyssey Re Holdings Corp.  Fairfax Financial Holdings Limited is publicly traded on the Toronto Stock Exchange under the symbol "FFH.SV" and the New York Stock Exchange under the symbol "FFH."

These representations are made in order that Judges of this Court may determine the need for recusal.

Dated:  July 29, 2005                               Respectfully submitted,

/s/ David M. Ross
Elizabeth B. Sandza, D.C. Bar No. 415283
David M. Ross, D.C. Bar No. 461733
LeBoeuf, Lamb, Greene & MacRae LLP
1875 Connecticut Avenue, N.W.
Washington, D.C.  20009
202-986-8000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of July, 2005, a copy of the foregoing DEFENDANT HUDSON INSURANCE COMPANY'S LCvR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
|---|---|
| Pneumo Abex Corporation | Joseph W. Dorn, Esq.<br>Martin M. McNerney, Esq.<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 |
| Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019 |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |

/s/ David M. Ross
David M. Ross, D.C. Bar No. 461733