UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Whitman Insurance Company, Ltd., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1125 (JGP) |
| Travelers Indemnity Co., *et al.*, | : |
| Defendants. | : |

## APPEARANCE

TO the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Brittany Insurance and Compagnie Europeene d'Assurances Industrielles, SA, who are two London Market Companies that were sued as defendants in the caption of the Complaint as "Certain Underwriters at Lloyd's and The London Market Companies." Defendants Brittany Insurance and Compagnie Europeene d'Assurances Industrielles, SA, whom I represent, are specifically identified as defendant London Market Companies in paragraph 18 of the Complaint.

Respectfully Submitted,

Arthur S. Garrett, III, Esq.
DC Bar No. 428190
Keller and Heckman LLP
1001 G Street, NW
Washington, DC 20001
Ph: (202) 434-4248
Fax: (202) 434-4646