IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br>76 St. Paul Street,<br>Suite 500<br>Burlington, Vermont 05401,<br><br>　　　　　　　　*Plaintiff*,<br>　　　v.<br><br>TRAVELERS INDEMNITY COMPANY<br>One Tower Square<br>Hartford, Connecticut 06183<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.<br>70 Pine Street, 3rd Floor<br>New York, New York 10270<br><br>AIU INSURANCE COMPANY<br>70 Pine Street<br>New York, New York 10270<br><br>ALLIANZ UNDERWRITERS INSURANCE<br>COMPANY, formerly known as Allianz Insurance<br>Company<br>2350 Empire Avenue<br>Burbank, California 91504<br><br>AMERICAN HOME ASSURANCE COMPANY<br>70 Pine Street, 3rd Floor<br>New York, New York 10270<br><br>AMERICAN REINSURANCE COMPANY<br>555 College Road East<br>Princeton, New Jersey 08543<br><br>ASSOCIATED INTERNATIONAL INSURANCE<br>COMPANY<br>10 Parkway North, Suite 100<br>Deerfield, Illinois 60015 | Civil Action No. 05-01125<br><br>Judge John Garrett Penn<br><br>ERRATA |

CALIFORNIA UNION INSURANCE COMPANY,
subsequently known as Century Indemnity Company
and now also known as ACE, Ltd.
1601 Chestnut Street
Philadelphia, Pennsylvania 19103

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON AND THE LONDON MARKET
COMPANIES
750 Seventh Avenue
New York, New York 10019

EMPLOYERS MUTUAL CASUALTY COMPANY
717 Mulberry Street
Des Moines, Iowa 50309

FALCON INSURANCE COMPANY
One Beacon Street
Boston, Massachusetts 02108

FEDERAL INSURANCE COMPANY
15 Mountain View Road
Warren, New Jersey 07061

FIREMAN'S FUND INSURANCE COMPANY
777 San Marin Drive
Novato, California 94998

FIRST STATE INSURANCE COMPANY
150 Federal Street
Boston, Massachusetts 02110

GRANITE STATE INSURANCE COMPANY
70 Pine Street, 3rd Floor
New York, New York 10270

HUDSON INSURANCE COMPANY
300 First Stamford Place, 6th Floor
Stamford, Connecticut 06902

THE INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA
70 Pine Street
3rd Floor
New York, New York 10270

MT. MCKINLEY INSURANCE COMPANY,
formerly known as Gibraltar Casualty Company
477 Martinsville Road
Liberty Corner, New Jersey 07938

NATIONAL SURETY CORPORATION
33 West Monroe Street
Chicago, Illinois 60603

NEW HAMPSHIRE INSURANCE COMPANY
70 Pine Street
3rd Floor
New York, New York 10270

STONEWALL INSURANCE COMPANY
2 Central Square
Cambridge, Massachusetts 02139

TIG INSURANCE COMPANY, formerly known as
International Insurance Company
5205 North O'Connor Boulevard
2nd Floor
Irving, Texas 75015

PNEUMO ABEX LLC
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808

*Defendants.*

## ERRATA

Attached is an Amended Certificate of Service for PLAINTIFF WHITMAN INSURANCE COMPANY LTD'S AMENDED COMPLAINT.

Respectfully submitted,

Dated: August 1, 2005　　　　　　　By: _Daniel E. Chefitz_____
　　　　　　　　　　　　　　　　　　Daniel E. Chefitz (D.C. Bar No. 481420)
　　　　　　　　　　　　　　　　　　A.C. Brooke Clagett (D.C. Bar No. 460570)
　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　1111 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　Telephone:  202.739.3000
　　　　　　　　　　　　　　　　　　Facsimile:  202.739.3001

　　　　　　　　　　　　　　　　　　*Attorneys for Whitman Insurance Company, Ltd.*

Of Counsel

Paul A. Zevnik
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:    202.739.3000
Facsimile:    202.739.3001

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2005, a copy of the foregoing PLAINTIFF WHITMAN INSURANCE COMPANY LTD'S AMENDED COMPLAINT was served by first class mail, postage prepaid, addressed to the following parties:

| Company Representing | Name of Counsel |
| --- | --- |
| Travelers Indemnity Company | Barry R. Ostrager<br>Jonathan K. Youngwood<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3909 |
| Certain Underwriters at Lloyd's London and London Market Insurance Companies | Michael J. Zoeller<br>Baach, Robinson & Lewis PLLC<br>1201 F Street, NW<br>Suite 500<br>Washington, DC 20005 |
| Pneumo Abex, LLC | Joseph W. Dorn<br>Martin M. McNerney<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006-4706 |

Daniel E. Chefitz, D.C. Bar No. 481420

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2005, a copy of the foregoing ERRATA was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
| --- | --- |
| Mt. McKinley Insurance Company | Fred Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019 |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |
| Travelers Indemnity Company | Barry R. Ostrager<br>Jonathan K. Youngwood<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3909 |
| Certain Underwriters at Lloyd's London and London Market Insurance Companies | Michael J. Zoeller<br>Baach, Robinson & Lewis PLLC<br>1201 F Street, NW<br>Suite 500<br>Washington, DC 20005 |
| Pneumo Abex, LLC | Joseph W. Dorn<br>Martin M. McNerney<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006-4706 |

/s/ Daniel E. Chefitz

Daniel E. Chefitz, D.C. Bar No. 481420