UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD.

Plaintiff,

v.

TRAVELERS INDEMNITY COMPANY, et al.

Defendants.

Civil Action No. 1:05CV01125
Judge John Garrett Penn

### DEFENDANT TIG INSURANCE COMPANY'S LCvR 7.1. DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

The undersigned attorney of record for Defendant TIG Insurance Company ("TIG") hereby certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of TIG, which have any outstanding securities in the hands of the public:

TIG is a wholly-owned indirect subsidiary of Fairfax Financial Holdings Ltd., a publicly held company.

These representations are made in order that Judges of this Court may determine the need for recusal.

DATED: August 3, 2005

Respectfully submitted,

*William G. Ballaine*
William G. Ballaine, #NY0027
LANDMAN CORSI
  BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

- and -

Louis G. Corsi
LANDMAN CORSI
  BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

*Counsel for TIG Insurance Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2005, a copy of the foregoing DEFENDANT TIG INSURANCE COMPANY'S LCVR 7.1. DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS was served by electronic filing upon counsel listed on the notice of electronic filing, and by first class, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
| --- | --- |
| Mt. McKinley Insurance Company | Fred Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019 |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |
| Travelers Indemnity Company | Barry R. Ostrager<br>Jonathan K. Youngwood<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017-3909 |
| Certain Underwriters at Lloyd's London and London Market Insurance Companies | Michael J. Zoeller<br>Baach, Robinson & Lewis PLLC<br>1201 F Street, NW<br>Suite 500<br>Washington, D.C. 20005 |
| Pneumo Abex, LLC | Joseph W. Dorn<br>Martin M. McNerney<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006-4706 |

_____
Louis G. Corsi (*pro hac vice* pending)