UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et al.<br><br>Defendants. | Civil Action No. 1:05CV01125<br>Judge John Garrett Penn |

### TIG INSURANCE COMPANY'S MOTION TO DISMISS

Defendant TIG Insurance Company ("TIG") hereby moves to dismiss plaintiff's complaint: (1) pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join indispensable parties; (2) because this action is not brought by the real party in interest, and the nominal plaintiff lacks standing; (3) pursuant to Fed. R. Civ. P. 12(b)(1) for misalignment of parties such that there is no subject matter jurisdiction; and (4) pursuant to *Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995), because there is a prior pending action in New York state court. The grounds for this motion are set forth in the Motion to Dismiss and Memorandum of Points of Authorities of First State Insurance Company dated July 26, 2005, in which TIG joins.

DATED:  August 3, 2005

Respectfully submitted,

William G. Ballaine, #NY0027
LANDMAN CORSI
  BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

- and -

Louis G. Corsi
LANDMAN CORSI
 BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

*Counsel for TIG Insurance Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2005, a copy of the foregoing TIG INSURANCE COMPANY'S MOTION TO DISMISS was served by electronic filing upon counsel listed on the notice of electronic filing, and by first class, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
| --- | --- |
| Mt. McKinley Insurance Company | Fred Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019 |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |
| Travelers Indemnity Company | Barry R. Ostrager<br>Jonathan K. Youngwood<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017-3909 |
| Certain Underwriters at Lloyd's London and London Market Insurance Companies | Michael J. Zoeller<br>Baach, Robinson & Lewis PLLC<br>1201 F Street, NW<br>Suite 500<br>Washington, D.C. 20005 |
| Pneumo Abex, LLC | Joseph W. Dorn<br>Martin M. McNerney<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006-4706 |

_____
Louis G. Corsi (*pro hac vice* pending)