IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, *et al.* <br><br> Defendants. | Civil Action No. 1:05CV01125 (JGP) |

## MOTION OF DEFENDANT AMERICAN RE-INSURANCE COMPANY FOR ADMISSION *PRO HAC VICE*

Defendant, American Re-Insurance Company ("American Re"), pursuant to LCvR 83.2 and the attached Declaration, hereby moves for the admission *pro hac vice* of Mark G. Sheridan of the law firm Bates & Carey, LLP to represent Defendant American Re in this action and for permission to be heard in open Court. Mr. Sheridan is a member in good standing of the bars of the State of Illinois, United States Court of Appeals for the Second Circuit, United States District Court for the Northern District of Illinois and United States District Court for the Northern District of Indiana.

The undersigned, who is a member in good standing of the bar of this Court, sponsors this Motion and will act as co-counsel with Mr. Sheridan should this Motion be granted.

Respectfully submitted,

//s// *Richard W. Driscoll*
_____
Richard W. Driscoll (D.C. Bar No. 436471)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com

Dated: August 4, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August 2005, a copy of the foregoing Motion for Admission *pro hac vice* was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following:

| PARTY | COUNSEL |
|---|---|
| *Pneumo Abex Corporation, LLC* | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| *Mt. McKinley Insurance Company* | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 |

//s// *Richard W. Driscoll*
Richard W. Driscoll

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 1:05CV01125 (JGP) |

### DECLARATION OF MARK G. SHERIDAN

1. My name is Mark G. Sheridan and I am competent to make this Declaration as I am over 21 years of age and have personal knowledge of the matters stated herein.

2. I am a partner with the law firm Bates & Carey, LLP, 191 North Wacker Drive, Suite 2400, Chicago, Illinois 60606. My telephone number is (312) 762-3152. My firm has been retained to represent Defendant American Re-Insurance Company in this litigation.

3. I am a member in good standing of the bars of the State of Illinois, United States Court of Appeals for the Second Circuit, United States District Court for the Northern District of Illinois and United States District Court for the Northern District of Indiana.

4. I have never been disciplined by any bar and there is no disciplinary proceeding pending against me in any jurisdiction.

5. During the past two years, I have not appeared *pro hac vice* in any proceedings before the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia and do not have an application pending for membership in the District of Columbia bar.

7. I am familiar with the laws, facts and procedure that are related to the subject matter of this litigation.

8. I will act as co-counsel for American Re with Richard W. Driscoll of the firm Driscoll & Seltzer, PLLC, who is a member in good standing of the bar of this Court. R. Patrick Bedell, an associate with my firm who is seeking to be admitted *pro hac vice* in this matter, will also act as co-counsel for Defendant American Re.

I HEREBY DECLARE under penalty of perjury that the foregoing statements are true and correct.

Executed on this 25 day of July 2005:

_____
Mark G. Sheridan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 1:05CV01125 (JGP) |

## [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*

The Motion for Admission *Pro Hac Vice* of Mark G. Sheridan is hereby GRANTED this

_____ day of _____, 2005.

_____
Honorable John Garret Penn
U.S. District Judge

Copies to:    All counsel of record