UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. : | Case Number:  1:05CV01125 |
| : | Judge: Hon. John Garrett Penn |
| *Plaintiff,* : | |
| : | |
| TRAVELERS INDEMNITY COMPANY, et al. : | |
| *Defendants* : | |

**MOTION OF DEFENDANT ALLIANZ UNDERWRITERS INSURANCE COMPANY
FOR ADMISSION PRO HAC VICE**

Pursuant to LCvR83.2 and the attached Declaration, Defendant, Allianz Underwriters Insurance Company, by and through its counsel, Elizabeth H. Hamlin, Esq., Bar No. (D.C. 937250), moves for the admission of Antonio D. Favetta of the law firm of Garrity, Graham, Favetta & Flinn, P.C., to represent Allianz Underwriters Insurance Company in this action. Mr. Favetta is a member in good standing of the bar of the state and federal courts of the State of New Jersey. The undersigned, who is a member in good standing of this bar, as well as the bars of

the States of New Jersey and Maryland, shall act as co-counsel with Mr. Favetta should this Motion be granted.

                Respectfully submitted,

By: _____
Elizabeth H. Hamlin
D. C. Bar No. 937250
GARRTIY, GRAHAM, FAVETTA & FLINN
One Lackawanna Plaza
Montclair, NJ 07042
Telephone: (973) 509-7500
Facsimile: (973) 509-0414

*Attorney of Record for Defendant Allianz Underwriters Insurance Company*

M:\Data\CLI\395\194\16\Pleadings\Notice of Motion - Pro Hac Vice - ADF.wpd