# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.  :<br><br>　　　*Plaintiff,*   :<br><br>TRAVELERS INDEMNITY COMPANY, et al.   :<br><br>　　　*Defendants*   : | Case Number:  1:05CV01125<br>Judge: Hon. John Garrett Penn |

I, ANTONIO D. FAVETTA, declare under penalty of perjury that the following is true and correct:

1. I am a principal in the law firm of Garrity, Graham, Favetta & Flinn, P.C., One Lackawanna Plaza, Montclair, New Jersey 07042,(Phone No. 973-509-7500). My firm has been retained to represent Defendant, Allianz Underwriters Insurance Company in the above-referenced matter.

2. I am admitted to practice and am a member in good standing of the bar of the state and federal courts of the State of New Jersey.

3. I certify that I have not been disciplined by any bar of any jurisdiction.

4.   I have not been admitted to appear pro hac vice in this Court within the last two years.

5.   I do not have an office in the District of Columbia.

6.   I am familiar with the law, facts and procedures relating to the subject matter of this litigation.

7.   I will act as co-counsel for Allianz Underwriters Insurance Company with Elizabeth H. Hamlin, an associate attorney in the firm of Garrity, Graham, Favetta & Flinn, P.C., who is a member in good standing of the bar of this Court.

Respectfully submitted,

By: _____
ANTONIO D. FAVETTA
GARRTIY, GRAHAM, FAVETTA & FLINN
One Lackawanna Plaza
Montclair, NJ 07042
Telephone: (973) 509-7500
Facsimile: (973) 509-0414

Executed: August 4, 2005

M:\Data\CLI\395\194\16\Pleadings\Declaration of ADF for Pro Hac Admission.wpd