UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>*Plaintiff,*<br><br>TRAVELERS INDEMNITY COMPANY, et al.<br><br>*Defendants* | Case Number:  1:05CV01125<br>Judge: Hon. John Garrett Penn |

### [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE

The motion for the admission *pro hac vice* of Antonio D. Favetta is, this _____ day of _____, 2005 hereby GRANTED.

_____
Hon. John Garrett Penn, U.S.D.J.

M:\Data\CLI\395\194\16\Pleadings\Order granting Pro Hac Vice for ADF.wpd