UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | : | Case Number:  1:05CV01125 |
| | | Judge: Hon. John Garrett Penn |
| | : | |
| *Plaintiff,* | | |
| | : | |
| TRAVELERS INDEMNITY COMPANY, et al. | : | |
| | | |
| *Defendants* | : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August, 2005, a copy of the foregoing Motion of Defendant, Allianz Underwriters Insurance Company for Admission *Pro Hac Vice* was served by by first class mail, postage prepaid, addressed to the following:

By: _/s/ Veronica Frusteri_
Veronica Frusteri/Legal Secretary
GARRTIY, GRAHAM, FAVETTA & FLINN
One Lackawanna Plaza
Montclair, NJ 07042
Telephone: (973) 509-7500
Facsimile: (973) 509-0414

Executed: August 4, 2005

Daniel E. Chefitz, Esq.
Morgan Lewis & Brockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tele:      202-739-3000
**Attorneys for Plaintiff, Whitman Insurance Company**

---

Eileen T. McCabe, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829
Tele: 212-261-8000
Fax: 212-261-8750
Email:
Eileen.mccabe@mendes.com

        -and-

Michael John Zoeller, Esq.
Baach, Robinson & Lewis, PLLC
1201 F. Street, NW, Suite 500
Washington, DC 20005
Tel:  (202) 659-7217
Fax:  (202) 466-5738
E-Mail:
michael.zoeller@baachrobinson.com
**Attorneys for Plaintiffs, Certain Underwriters at Lloyds, et al.**

---

Thomas H. Sear, Esq.
Barbara E. Rutkowski, Esq.
JONES DAY
222 E. 41st Street
New York, NY 10017
Tele: (212) 326-3680
Fax:: (212) 755-7306
Email:
brutkowski@jonesday.com
**Attorneys for Defendants, Pneumo Abex**

        -and-

Michael H. Ginsberg, Esq.
JONES DAY
One Mellon Center, 31st Floor
500 Grant Street
Pittsburgh, PA 15219-2502
Tele: (412) 391-3939
Fax:  (412) 394-7959
E-Mail: MHGinsberg@jonesday.com
**Attorneys for   Defendants, Pneumo Abex Corporation**

Martin Lavelle, Esq.
Law Office of Martin P. Lavelle
110 Williams Street
18th Floor
New York, NY   10038

    -and-

Elizabeth Medaglia, Esq.
Jackson & Campbell
1120 Twentieth Street, N.W.
South Tower
Washington, DC  20036-3437
Tele:     202-457-1612
Fax: 202-457-1678
E-Mail: Lmedaglia@JacksCamp.com
*Attorneys for  Defendants, American Home Assurance Co.; AIU Ins. Co; Granite State Ins. Co.; Lexington Ins. Co.; National Union Fire Ins. Co. of Pittsburgh, Pa.; ISOP; New Hampshire Insurance Company*

Elizabeth H. Hamlin, Esq.
Antonio D. Favetta, Esq.
Garrity, Graham, Favetta & Flinn, P.C.
One Lackawanna Plaza
Montclair, NJ 07042
(973) 509-7500
**Attorneys for Defendant, Allianz Insurance Company**

Mark Sheridan, Esq.
Robert J. Bates, Esq.
Bates & Carey
191 North Wacker
Suite 2400
Chicago, Ill  60606
Tele: 312-762-3100
Fax:  312-762-3200
Email:
msheridan@batescarey.com

    -and-

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia   22314
Tele:      (703) 340-1625
Fax: (703) 997-4892
E-Mail:
rdriscoll@driscollseltzer.com

    -and-

Michael Gioia, Esq.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079
Tele:      (212) 238-4800
Fax: (212) 238-4848
E-mail:
mgioia@lcbf.com
**Attorneys for Defendant, American Re-Insurance Co.**

---

Adam Krauss, Esq.
Meryl R. Lieberman, Esq.
Traub, Elgin, Lieberman, Straus
Mid-Westchester Executive Park
Three Skyline Drive
Hawthorne, NY   10532
Tele: 914-347-1600
Fax:  914-347-8898
Email: akrauss@tels.com

    -and-

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia   22314
*Attorneys for Defendants, Associated International Insurance Company*

---

Wendy L. Mager, Esq.
Thomas E. Schorr, Esq.
Smith Stratton Wise Heher & Brennan, LLP
 2 Research Way
Princeton, NJ 08540
Tele:      (609) 987-6662
Fax: (609-987-6651
E-Mail:  wmager@smithstratton.com
    tschorr@smithstratton.com
    -and-

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia  22314
***Attorneys for Employers Mutual Casualty Co.***

---

L. Barrett Boss, Esq.
Cozen O'Connor
1667 K Street, NW, Suite 500
Washington, DC 20006

    -and-

John J. Dwyer, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia PA 19103
E-Mail
jdwyer@cozen.com
***Attorneys for Defendant, Federal Insurance Company***

---

Andrew Butz, Esq.
Bonner Kiernan Trebach & Crociata
1250 I Street N.W., Ste. 600
Washington, DC 20005

    -and-

Rolf Lindenhayn, Esq.
Kaufman & Logan, LLP
100 Spear Street
12th Floor
San Francisco, CA 94105
Tele:     (415) 247-8300
Fax: (415) 247-8310
E-Mail:    Rlindenhayn@kllaw.com
***Attorney for Defendants, Fireman's Fund Ins. Co.;
National Surety Corporation***

---

Eric Parnes, Esq.
Kathryne Love, Esq.
Hughes Hubbard & Reed, LLP
1775 I Street, N.W.
Washington, D.C.  20006-2401
Tele:     (202) 721-4600
Fax: (202) 721-4646

    -and-

David R. Biester, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY   10004
Tele:     (212) 837-6000
E-Mail:
biester@HughesHubbard.com
**Attorneys for Defendant, First State Insurance Co.**

---

Louis G. Corsi, Esq.
Landman, Corsi, Ballaine & Ford, Esqs.
120 Broadway
27th Floor
New York, NY   10271-0079
Tele: 212-238-4800
Fax:  212-238-4848
E-Mail:
lcorsi@lcbf.com
*Attorneys for Defendant, TIG Insurance Co.,
formerly International Insurance Company*

---

Fred L. Alvarez, Esq.
Arthur J. McColgan, Esq.
Ryan M. Henderson, Esq.
Mark A. Deptula, Esq.
Lord, Bissell & Brook, LLP
115 S. LaSalle Street
Chicago, Ilinois   60603
**Attorneys for Defendant, Mt. McKinley Ins. Co.**

---

Clifton S. Elgarten, Esq.
Barry M. Parsons, Esq.
Kathryn A. Underhill, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
E-Mail:
Bparsons@crowell.com
Kunderhill@crowell.com
Celgarten@crowell.com
**Attorneys for Defendant, Stnewall Ins. Co.;
Northern Assurance Co. of America; Century
Indemnity Co.**

Margaret H. Warner, Esq.
Richard B. Roger, Esq.
McDermott, Will & Emery
600 Thirteenth Street, N.W.
Washington, DC 20005
Tele:      202-756-8000
Fax: 202-756-8087
E-Mail:    mwarner@mwe.com

    -and-

Barry R. Ostager, Esq.
Jonathan K. Youngwood, Esq.
Laura Murphy, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017
Tele: 212-455-3359
Fax: 212-455-2502
Email: jyoungwood@stblaw.com
    lmurphy@stblaw.com
***Attorneys for Defendant, Travelers Casualty and Surety Company***

---

*Hudson Insurance Company*
*300First Stamford Place, 6th Floor*
*Stamford, Connecticut   06902*
**Defendant, Hudson Insurance Company**

---

M:\Data\CLI\395\194\16\Pleadings\Certif. of Service for Pro Hac Admiss for ADF.wpd