UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>Defendants. | CERTIFICATE OF SERVICE<br><br>Civil Action No. 05-01125<br><br>Judge John Garrett Penn |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 11, 2005, he caused true and accurate copies of the foregoing Stipulation and Order for Extension of Time to Respond to Whitman Insurance Company, Ltd.'s, Amended Complaint and Motions for Partial Summary Judgment on the "Number-of-Occurrence Issue" and the "Trigger-of-Coverage Issue" to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage prepaid, mail upon:

| | |
|---|---|
| The Travelers Indemnity Company | Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Pneumo Abex LLC | Joseph W. Dorn, Esq.<br>King & Spaulding LLP<br>1700 Pennsylvania Avenue<br>Washington, D.C. 20006-3737<br><br>Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |

| Mt. McKinley Insurance Co. | Fred L. Alvarez<br>Arthur J. McColgan<br>Ryan M. Henderson<br>Mark A. Deptula<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603 |
|---|---|
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer,<br>Hyland & Perretti, LLP<br>One Speedwell Avenue<br>Morristown, NJ  07962-1981 |

/s/ Eric S. Parnes
Eric S. Parnes (D.C. Bar No. 489071)
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Tel: 202-721-4600
Fax: 202-721-4646
*Attorneys for First State Insurance Company*