UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Whitman Insurance Company, Ltd. | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Civil Action No.  05-1125 (JGP) |
| | : | |
| Travelers Indemnity Company, *et al.,* | : | Judge John Garrett Penn |
| | : | |
| *Defendants.* | : | |

## DEFENDANT BRITTANY INSURANCE COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned attorney of record for Defendant Brittany Insurance Company ("Brittany") hereby certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Brittany that have no outstanding securities in the hands of the public:

Brittany is a wholly owned subsidiary of Castlewood Ltd.

These representations are made in order that Judges of this Court may determine the need for recusal.

DATED: August 12, 2005

Respectfully submitted,

Arthur S. Garrett III
DC Bar 428190
Keller and Heckman, LLP
1001 G Street, NW
Washington, DC 20001
202-434-4248

*Counsel for Defendant Brittany Insurance Company*