## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | : | Case No.  1:05-CV-01125 -JGP |
| | | Judge: Hon. John Garrett Penn |
| | : | |
| *Plaintiff,* | | **NOTICE BY DEFENDANT,** |
| vs. | : | **ALLIANZ UNDERWRITERS** |
| TRAVELERS INDEMNITY COMPANY, | **INSURANCE COMPANY TO JOIN** | |
| et al. | : | **IN MOTION TO DISMISS OR STAY** |
| | | **AMENDED COMPLAINT FILED** |
| | | **BY DEFENDANT, FIRST STATE** |
| *Defendants.* | : | **INSURANCE COMPANY** |

TO THIS HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant, Allianz Underwriters Insurance Company ("AUIC"), formerly known as Allianz Underwriters, Inc., in lieu of filing a duplicative Motion to Dismiss as a first pleading in response to the Amended Complaint in the above matter, hereby respectfully joins in the Motion and the Memorandum of Points and Authorities in support thereof filed by defendant, First State Insurance Company ("First State") to dismiss the Amended Complaint.

To the extent permitted by Local Rules or by further Order of this Court, AUIC reserves its right to file and serve additional papers in further support of the Motion to Dismiss the Amended Complaint or otherwise respond.

Defendant, AUIC, also relies upon the Verification of Counsel

annexed hereto.

                        Respectfully submitted,


                        By: s/Elizabeth H. Hamlin
                             Elizabeth H. Hamlin
                             D. C. Bar No.  937250
                             GARRTIY, GRAHAM, FAVETTA & FLINN
                             One Lackawanna Plaza
                             Montclair, NJ 07042
                             Telephone: (973) 509-7500
                             Facsimile: (973) 509-0414

                             *Attorney of Record  for
                             Allianz   Underwriters   Insurance
                             Company,*


M:\Data\CLI\395\194\16\Pleadings\Pleading II Notice of Joinder Dismiss Amended Complaint.wpd