### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | : | Case No. 1:05-CV-01125 -JGP |
| | | Judge: Hon. John Garrett Penn |
| | : | |
| *Plaintiff,* | | **VERIFICATION OF COUNSEL** |
| vs. | : | **ELIZABETH H. HAMLIN** |
| TRAVELERS INDEMNITY COMPANY, et al. | | |
| | : | |
| *Defendants.* | : | |

1. I am an Associate attorney in the law firm of Garrity, Graham, Favetta & Flinn, P.C., One Lackawanna Plaza, Montclair, New Jersey 07042.

2. I am admitted to practice in the States of New Jersey, Maryland, the District of Columbia and in the U.S. District Court for the District of Columbia (Bar No. 937250) and am a member in good standing in the bars of those Courts.

3. I represent Allianz Underwriters Insurance Company ("AUIC"), formerly known as Allianz Underwriters, Inc. AUIC allegedly issued an Excess Insurance Policy to IC Industries in 1982, the limits of which attach excess of and solely upon exhaustion of One Hundred Million Dollars ($100,000,000) of underlying coverage by other excess insurers for that annual period.

4. AUIC, or any other Allianz entity, was never a party to any

       lawsuit in this jurisdiction captioned <u>Abex v. Maryland Casualty Company</u>, Civil Action 82-2098 ("the 1982 lawsuit").

5. AUIC expressly denies and objects to any allegation or implication by plaintiff, Whitman Insurance Company, Ltd., that the 1982 lawsuit is related to or in any way determinative of factual and legal issues involving AUIC in the instant case, which was not filed until June 7, 2005.

6. AUIC is currently a defendant in a comprehensive insurance coverage declaratory action in the Supreme Court of New York involving AUIC's aforestated Excess Insurance Policy. The New York action was instituted in July 2002 and is captioned <u>Certain Underwriters at Lloyd's London, et al v. Pneumo Abex Corp., et al.</u>, No. 02-602493.

7. This Verification is made in support of AUIC's Joinder in a motion to dismiss or stay the Amended Complaint filed by First State Insurance Company on or about September 16, 2005 and seeks the same relief requested in that motion.

**VERIFICATION**

I CERTIFY under penalty of perjury that the foregoing is true and correct.  Executed on September 16, 2005.

By: s/Elizabeth H. Hamlin
Elizabeth H. Hamlin
D. C. Bar No.  937250
GARRTIY, GRAHAM, FAVETTA & FLINN
One Lackawanna Plaza
Montclair, NJ 07042
Telephone: (973) 509-7500
Facsimile: (973) 509-0414

*Attorney of Record  for Allianz Underwriters Insurance Company, improperly pleaded herein as Allianz Global Risks U.S. Insurance Company*

M:\Data\CLI\395\194\16\Pleadings\Pleading  II- Verification of Counsel. - Amended Complaint wpd.wpd