UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>TRAVELERS INDEMNITY CO., *et al.*,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 05-01125<br><br>Judge John Garrett Penn |

**FIRST STATE INSURANCE COMPANY'S SECOND MOTION TO DISMISS OR STAY**

　　　　Defendant First State Insurance Company ("First State") hereby moves to dismiss plaintiff's amended complaint: (1) pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join indispensable parties; (2) because this action is not brought by the real party in interest, and the nominal plaintiff lacks standing; (3) pursuant to Fed. R. Civ. P. 12(b)(1) for misalignment of parties such that there is no subject matter jurisdiction; and (4) dismiss or stay pursuant to *Wilton v. Seven Falls Co.,* 515 U.S. 277 (1995). The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities.

Date: September 16, 2005

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Eric S. Parnes
　　　　　　　　　　　　　　　　　　　　　　　Eric S. Parnes (D.C. Bar No. 489071)
　　　　　　　　　　　　　　　　　　　　　　　Hughes Hubbard & Reed LLP
　　　　　　　　　　　　　　　　　　　　　　　1775 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-2401
　　　　　　　　　　　　　　　　　　　　　　　Tel: 202-721-4600
　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-721-4646
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for First State Insurance Company*

*Of Counsel:*
　　David R. Biester
　　Erik Bond
　　Hughes Hubbard & Reed LLP
　　One Battery Park Plaza
　　New York, New York 10004