UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS INDEMNITY COMPANY, *et al.*, <br><br> Defendants. | Case No.: 05-01125 <br><br> Judge John Garrett Penn |

DECLARATION OF DAVID R. BIESTER IN SUPPORT OF FIRST
STATE INSURANCE COMPANY'S SECOND MOTION TO DISMISS OR STAY

I, David R. Biester, do hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of New York, and a litigation counsel with the law firm Hughes Hubbard & Reed LLP, counsel for First State Insurance Company. I make this Declaration in order to provide the Court with true and correct copies, of the following:

   a. Attached as Exhibit 1 is a true and correct copy of the Complaint for Declaratory Judgment ("NY Compl.") captioned *Certain Underwriters at Lloyd's London, et al., v. Pneumo Abex Corp., et al.*, No. 02-602493, New York Supreme Court, New York County, dated July 9, 2002 (the "NY Action");

   b. Attached as Exhibit 2 is a true and correct copy of PepsiAmericas' *Reply Memorandum of Law in Further Support of Motion to Stay* the NY Action, served on July 14, 2005 ("PepsiAmericas NY Reply");

   c. Attached as Exhibit 3 is a true and correct copy of the *Answer, Affirmative Defenses, Counter-Claims, and Cross-Claims of Defendants Pneumo Abex Corporation, Cooper*

*Industries, Inc., and PepsiAmericas, Inc.*, in the NY Action, dated August 6, 2002 ("NY Joint Answer");

   d. Attached as <u>Exhibit 4</u> is a true and correct copy of a chart titled "*I.C. Industries/Abex Product Liability Coverage Responsive to Asbestos-Related Claims (Issued to Abex pre-1971; Issued to I.C. Industries 1971-1985),*" submitted as part of PepsiAmericas' motion to stay the NY Action, served on June 21, 2005;

   e. Attached as <u>Exhibit 5</u> is a true and correct copy of *Cooper Industries LLC's Opposition to PepsiAmericas' Motion to Stay* the NY Action, served on July 13, 2005 ("NY Cooper Opp'n");

   f. Attached as <u>Exhibit 6</u> is a true and correct copy of *Response of Defendants Pneumo Abex Corporation and Cooper Industries, Inc. to Plaintiffs' Motion and Memorandum of Law in Support of Plaintiffs' Motion to Remand* the NY Action, dated May 21, 2003 ("NY Remand Opp'n");

   g. Attached as <u>Exhibit 7</u> is a true and correct copy of a transcript of a preliminary conference in the NY Action before Hon. John Bradley on June 16, 2005;

   h. Attached as <u>Exhibit 8</u> is a true and correct copy of the *Affidavit of Paul A. Zevnik* made in Support of PepsiAmericas' Motion to Stay the NY Action, dated June 19, 2005 ("Zevnik Aff.");

   i. Attached as <u>Exhibit 9</u> is a true and correct copy of the Brief of Pneumo Abex Corporation as Amicus Curiae in *Consolidated Edison v. Allstate Ins. Co.*, Index No. 600142/98, before the New York Court of Appeals, dated February 12, 2002; and

   j. Attached as <u>Exhibit 10</u> is a true and correct copy of PepsiAmericas' *Memorandum of Law in Support of Motion to Stay* the NY Action, dated June 20, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of September, 2005 at New York, New York.

_____
David R. Biester

983679_1.DOC