United States District Court
For the District of Columbia

| | |
|---|---|
| **WHITMAN INSURANCE CO., LTD.** ) | |
| ) | |
| **Plaintiff,** ) | Civil Act. No. |
| v.                               ) | 1:05CV01125 |
| ) | |
| **TRAVELERS INDEMNITY CO., et al.,** ) | John Garret Penn, Judge |
| ) | |
| **Defendants.** ) | |
| ) | |

### STONEWALL'S, NOAC'S, AND CENTURY INDEMNITY'S JOINDER IN FIRST STATE INSURANCE COMPANY'S SECOND MOTION TO DISMISS OR STAY

Defendants Stonewall Insurance Company ("Stonewall"), Northern Assurance Company of America ("NOAC") as successor in interest to certain insurance liabilities of named Defendant Falcon Insurance Company, and Century Indemnity Company ("Century Indemnity") as successor in interest to named Defendant California Union Insurance Company, join First State Insurance Company's ("First State") Second Motion to Dismiss or Stay this Action to the extent it argues that this action should be dismissed or stayed for the following reasons:[1]

1. Solely because it would defeat diversity jurisdiction, plaintiff Whitman Insurance Co., Ltd.("Whitman") failed to join at least two non-diverse necessary and indispensable parties, PepsiAmericas, Inc. ("PepsiAmericas") and Cooper Industries, Inc. Both claim coverage under

---

[1] Stonewall, NOAC, and Century Indemnity generally adopt and incorporate herein the factual background summarized in the Statement of Facts section of First State's Memorandum of Points and Authorities in Support of its Second Motion to Dismiss or Stay, without necessarily adopting each of First State's arguments. Like First State, Stonewall, NOAC, and Century Indemnity are not parties to the 1982 Action described in First State's Memorandum of Law and, as far as they are aware, no decision in the 1982 Action has been made interpreting the terms or obligations of their policies.

the very same policies, and PepsiAmericas claims to be the corporate successor to one of the actual named insureds, IC Industries, Inc.

2. Defendant Pneumo-Abex LLC, which also seeks coverage under the very same policies, should be realigned with Whitman. Such a realignment also would defeat diversity jurisdiction.

3. This action should be dismissed or stayed in favor of the more comprehensive New York state action filed over three years ago by Lloyds of London and other plaintiff insurer companies.

For these reasons, Stonewall, NOAC, and Century Indemnity request that Whitman's action be dismissed or, in the alternative, stayed in favor of the prior pending New York action.

Respectfully submitted,

/s/ Barry M. Parsons
Clifton S. Elgarten, Bar # 366898
Kathryn A. Underhill, Bar # 384901
Barry M. Parsons, Bar # 454788
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
202 624-2959

*Counsel for Century Indemnity Company; NOAC; and Stonewall Insurance Company*

United States District Court
For the District of Columbia

| | |
|---|---|
| WHITMAN INSURANCE CO., LTD. ) | |
| ) | |
| Plaintiff, ) | Civil Act. No. |
| v. ) | 1:05CV01125 |
| ) | |
| TRAVELERS INDEMNITY CO., et al., ) | John Garret Penn, Judge |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, I served via U.S. mail, first-class postage prepaid, the attorneys listed on the attached Service List with a true and accurate copy of Stonewall's, NOAC's, and Century Indemnity's Memorandum of Law Joining First State's Second Motion to Dismiss or Stay this Action.

/s/ Barry M. Parsons
Barry M. Parsons, DC Bar # 454788

<u>Service List</u>
**Whitman Ins. Co., Ltd. V. Travelers Indemnity Co.,** *et al.*

| | |
|---|---|
| Counsel for Defendant Certain Underwriters at Lloyd's, London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br><br>Michael J. Zoeller, Esq.<br>Baach Robinson & Lewis PLLC<br>1201 F Street, NW # 500<br>Washington, D.C. 20004 |
| Counsel for Defendant Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| Counsel for Defendants American Home Assurance Company; AIU; Granite State Insurance Company; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; ISOP; New Hampshire Insurance Company | Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337 |
| Counsel for Defendant Allianz Insurance Company | Elizabeth H. Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |

| Counsel for American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
|---|---|
| Counsel for Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY 10532<br><br>Jodi V. Zagorin, Esq.<br>David Hudgins, Esq.<br>Hudgins Law Firm<br>515 King Street, Suite 400<br>Alexandria, VA 22314 |
| Counsel for Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
| Counsel for Federal Insurance Company | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006 |

| | |
|---|---|
| Counsel for Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata<br>1250 I Street, NW, Suite 600<br>Washington, DC 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105 |
| Counsel for First State Insurance Company | David R. Biester, Esq.<br>Erik Bond, Esq.<br>Hughes Hubbard & Reed<br>One Battery Park Plaza<br>New York, NY 10004<br><br>Eric Parnes, Esq.<br>Hughes Hubbard & Reed LLP<br>1775 I Street, NW<br>Washington, DC 20006-2401 |
| Counsel for TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>William Ballaine, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |
| Counsel for Mt. McKinley Insurance Company | Fred L. Alvarez<br>Arthur J. McColgan<br>Ryan M. Henderson<br>Mark A. Deptula<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Counsel for Travelers Casualty and Surety Company | Margaret H. Warner, Esq.<br>Richard Smith, Esq.<br>McDermott, Will & Emery<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |

| | |
|---|---|
| Hudson Insurance Company | David M. Ross, Esq.<br>Elizabeth B. Sandza, Esq.<br>Leboeuf, Lamb, Greene & MacRae LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C. 20009 |
| Counsel for Plaintiff Whitman Insurance Co., LTD | Daniel E. Chefitz, Esq.<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |