IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY ET AL., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No. 05-01125 <br> : <br> : Judge John Garrett Penn <br> : <br> : <br> : <br> : <br> : |

**DEFENDANTS AIU INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AND NEW HAMPSHIRE INSURANCE COMPANY'S LCvR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

The undersigned attorneys of record for Defendants AIU Insurance Company ("AIU"), American Home Assurance Company ("American Home"), Granite State Insurance Company ("Granite State"), Insurance Company of the State of Pennsylvania ("ISOP"), National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), and New Hampshire Insurance Company ("New Hampshire") (the foregoing defendants hereinafter collectively referred to as "These Defendants"), hereby certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of These Defendants, which have any outstanding securities in the hands of the public:

DC\DOC\276808v2

-2-

1.  AIU's parent corporation is <u>American International Group, Inc.</u>  <u>American International Group, Inc.</u> owns more than 10% of AIU.

2.  American Home's parent corporation is <u>American International Group, Inc.</u>  <u>American International Group, Inc.</u> owns more than 10% of American Home.

3.  Granite State's parent corporation is <u>American International Group, Inc.</u>  <u>American International Group, Inc.</u> owns more than 10% of Granite State.

4.  ISOP's parent corporation is <u>American International Group, Inc.</u>  <u>American International Group, Inc.</u> owns more than 10% of ISOP.

5.  National Union's parent corporation is <u>American International Group, Inc.</u>  <u>American International Group, Inc.</u> owns more than 10% of National Union.

6.  New Hampshire's parent corporation is <u>American International Group, Inc.</u>  <u>American International Group, Inc.</u> owns more than 10% of New Hampshire.

These representations are made in order that this Court may determine the need for recusal.

Respectfully submitted,

*/s/ M. Elizabeth Medaglia*
M. Elizabeth Medaglia (No. 198072)
Julie Selesnick (No. 485558)
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W., South Tower
Washington, DC  20036
(202) 457-1600
Attorneys for *Defendants* AIU Insurance Company, American Home Assurance Company, Granite State Insurance Company, The Insurance Company of The State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa. and New Hampshire Insurance Company.

Date:  September 16, 2005

DC\DOC\276808v2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September 2005, a copy of the foregoing Corporate Disclosure Statement was served by electronic filing upon counsel listed in the notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following:

| | |
|---|---|
| *Whitman Insurance Company* | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004 |
| *Pneumo Abex Corporation, LLC* | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| *American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company* | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 20th Street, NW<br>South Tower, Suite 300<br>Washington, DC  20036-4337 |
| *Allianz Insurance Company, f/k/a Allianz Underwriters, Inc. (improperly sued as Allianz Global Risks U.S. Insurance Company, f/k/a Allianz Insurance Company)* | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ  07042-8205 |
| *American Reinsurance Company* | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell<br>Bates & Carey LLP<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL  60606 |

DC\DOC\276808v2

| | |
|---|---|
| *American Reinsurance Company (Cont.)* | Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
| *Employers Mutual Casualty* | Wendy L. Mager, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
| *Federal Insurance Company* | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006<br><br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| *Fireman's Fund Insurance; National Surety Company* | Andrew Butz, Esq.<br>Bonner, Kiernan, Trebach & Crociata<br>1250 I Street, NW, Sixth Floor<br>Washington, DC 20005<br><br>Rolf Lindenharn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Fancisco, CA 94105 |
| *First State Insurance Company* | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, NW<br>Washington, DC 20006-2401<br><br>David R. Biester, Esq.<br>Erik Bond, Esq.<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |

DC\DOC\276808v2

| | |
|---|---|
| *Hudson Insurance Company* | Elizabeth B. Sandza, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, NW<br>Washington, DC  20009 |
| *TIG Insurance Co.* | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079 |
| *Mt. McKinley Insurance Company* | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL  60603 |
| *Stonewall Insurance Company; Northern Assurance Company of America ("NOAC") (as successor in interest to certain insurance liabilities of Defendant Falcon Insurance Company); Century Indemnity Company (as successor in interest to California Union Insurance Company)* | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Morning, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004-2595 |
| *Travelers Insurance Company* | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 13th Street, NW<br>Washington, DC  2005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| *Certain Underwriters at Lloyd's London* | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 7th Avenue<br>New York, NY  10019 |

/s/ Julie S. Selesnick
Julie S. Selesnick

-3-