UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD        :
                                       :   Civil Action No.: 1:05-CV-01125 (JGP)
         Plaintiffs                    :
                                       :
v.                                     :
                                       :
TRAVELERS INDEMNITY CO., *et al.*      :
                                       :
         Defendants                    :
                                       :
---------------------------------------------------------------x

## FEDERAL INSURANCE COMPANY'S MOTION TO DISMISS OR STAY PLAINTIFF'S AMENDED COMPLAINT

Defendant, Federal Insurance Company ("Federal"), through its undersigned counsel, hereby moves to dismiss Plaintiff's Amended Complaint: (1) pursuant to Fed.R.Civ.P. 12(b)(7) for failure to joint indispensable parties; (2) because this action is not brought by the real party in interest, and the nominal plaintiff lacks standing; (3) pursuant to Fed.R.Civ.P. 12(b)(1) for misalignment of parties such that there is no subject matter jurisdiction; and (4) to dismiss or stay pursuant to Wilton v. Seven Falls Co., 515 U.S. 277 (1995).

In support of this motion, Federal relies upon and incorporates the facts and authorities sited in the Motion to Dismiss Plaintiff's Amended Complaint filed by Defendant, First State Insurance Company ("First State") and the accompanying Statement of Points and Authorities.

September 16, 2005                     Respectfully submitted:


                                       By: _____*L. Barrett Boss /s/*_____
                                            L. Barrett Boss, D.C. Bar No. 398100
                                            COZEN O'CONNOR
                                            1667 K. Street. NW, Suite 500
                                            Washington, DC  20006
                                            (202) 912-4800

William P. Shelley
John J. Dwyer
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000

*Counsel for Federal Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD       :
                                     :   Civil Action No.:  1:05-CV-01125 (JGP)
         Plaintiffs                  :
                                     :
v.                                   :
                                     :
TRAVELERS INDEMNITY CO., *et al.*    :
                                     :
         Defendants                  :
                                     :
---------------------------------------------------------------x

**DEFENDANT FEDERAL INSURANCE COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(1) AND 12(b)(7) FOR FAILURE TO JOIN AND MISALIGNMENT OF PARTIES AND TO DISMISS IN LIGHT OF A PRIOR PENDING ACTION**

By this motion, Defendant, Federal Insurance Company (hereinafter "Federal") seeks to dismiss the Amended Complaint of Plaintiff, Whitman Insurance Company (hereinafter "Whitman") pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(7) for failure to join and misalignment of parties such that there is no jurisdiction, and pursuant to Wilton v. Seven Falls Co., 515 U.S. 277 (1995), in light of a prior pending action in New York state court. In support of said motion, Federal joins in and incorporates by reference to facts and arguments contained in the motion to dismiss filed by Defendant First State Insurance Company.

September 16, 2005                    Respectfully submitted:


                                      By: _____*L. Barrett Boss /s/*_____
                                          L. Barrett Boss, D.C. Bar No. 398100
                                          COZEN O'CONNOR
                                          1667 K. Street. NW, Suite 500
                                          Washington, DC  20006
                                          (202) 912-4800

William P. Shelley  
John J. Dwyer  
COZEN O'CONNOR  
1900 Market Street  
Philadelphia, PA  19103  
(215) 665-2000  

*Counsel for Federal Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD  :
                                :  Civil Action No.:  1:05-CV-01125 (JGP)
         Plaintiffs              :
                                :
v.                              :
                                :
TRAVELERS INDEMNITY CO., *et al.* :
                                :
         Defendants              :
                                :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of September, 2005, a copy of the foregoing Joinder and Memorandum of Points and Authorities in Support of Motion to Dismiss was served by first class mail, postage prepaid, addressed to the following:


              *John J. Dwyer /s/*
              John J. Dwyer

## SERVICE LIST

## Whitman Insurance Company, Ltd. v. Travelers Indemnity Company, et al.

| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>Tel: (202) 739-3000<br>Fax: (202) 739-3001<br>E-mail: dchefitz@morganlewis.com<br>E-mail: bclagett@morganlewis.com |
|---|---|
| Pneumo Abex Corporation, LLC | Thomas H. Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br>Tel: (212) 326-3680<br>Fax: (212) 755-7306<br>E-mail: thsear@jonesday.com<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA  15219<br>Tel: (412) 391-3939<br>Fax: (412) 394-7959<br>E-mail: mhginsberg@jonesday.com<br>E-mail: jwmontgomery@jonesday.com |

2

| | |
|---|---|
| American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company | Martin Lavelle, Esq.<br>Law Office of Martin P. Lavelle<br>110 Williams Street<br>18th Floor<br>New York, NY  10038<br>Tel: (212) 266-5881<br>Fax: (212) 528-0134<br>E-mail: Martin.Lavelle@aig.com<br><br>M. Elizabeth Medaglia, Esquire<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C.  20036-4337<br>Tel: (202) 457-1600<br>Fax: (202) 457-1689<br>E-mail: lmedaglia@jackscamp.com<br>E-mail: jselesnick@jackscamp.com |
| Allianz Insurance Company | Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ  07042-8205<br>Tel: (973)509-7500<br>Fax: (973) 509-0414<br>E-mail: adf@garritygraham.com<br><br>Thomas D. Flinn, Esq.<br>Garrity Graham, Favetta & Flinn<br>140 Broadway<br>46th Floor<br>New York, NY  10005<br>Tel: (212) 858-7716<br>E-mail: tdf@garritygraham.com |

3

| | |
|---|---|
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL  60606<br>Tel: (312) 762-3100<br>Fax: (312) 762-3200<br>E-mail: msheridan@batescarey.com<br>E-mail: rbedell@batescarey.com<br><br>Michael L. Gioia, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-mail: mgioia@lcbf.com<br><br>Richard Wayne Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA  22314<br>Tel: (703) 340-1625<br>Fax: (703) 997-4892<br>E-mail: rdriscoll@driscollseltzer.com |
| Associated International Insurance Company | Adam Krauss, Esq.<br>Traub, Eglin, Lieberman, Straus<br>7 Skyline Drive<br>Hawthorne, NY  10532<br>Tel: (914) 347-2600<br>Fax: (914) 347-8898<br>E-mail: akrauss@tels.com<br>E-mail: mlieberman@tels.com |

| | |
|---|---|
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 261-8000<br>Fax: (212) 261-8750<br>E-mail: Eileen.mccabe@mendes.com<br>E-mail: Anna.newsom@mendes.com<br><br>Michael John Zoeller, Esq.<br>Baach, Robinson & Lewis, PLLC<br>1201 F. Street, NW, Suite 500<br>Washington, Dc 20005<br>Tel: (202) 659-7217<br>Fax: 202) 466-5738<br>E-mail: michael.zoeller@baachrobinson.com |
| Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br>Tel: (609) 987-6662<br>Fax: (609) 987-6651<br>E-mail: wmager@smithstratton.com<br><br>Thomas E. Schorr, Esq.<br>Smith, Stratton, Wise, Heher & Brennan, LLP<br>83 Maiden Lane, Penthouse<br>New York, NY 10038<br>Tel: (212) 768-3878<br>Fax: (212) 768-3978<br>E-mail: tschorr@smithstratton.com |

| | |
|---|---|
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br>Tel: (202) 912-4800<br>Fax: (202) 912-4830<br>E-mail: bboss@cozen.com<br><br>William P. Shelley, Esq.<br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 665-2006<br>Fax: (215) 701-2006<br>E-mail: jdwyer@cozen.com |
| Fireman's Fund Insurance; National Surety Corporation | Pamela Labaj, Esq.<br>Caron, Constants & Wilson<br>201 Route 17 N., 2nd Floor<br>Rutherford, NJ 07070<br>Tel: (201) 507-3709<br>E-mail: plabaj@ffic.com<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105<br>Tel: (415) 247-8300<br>Fax: (415) 247-8310<br>E-mail: rlindenhayn@kllaw.com |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br>Tel: (202) 721-4600<br>Fax: (202) 721-4646 |

| | |
|---|---|
| Hudson Insurance Company | David Mitchell Ross, Jr., Esq.<br>Elizabeth B. Sandza, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C. 20009<br>Tel: (202) 986-8219<br>Fax: (202) 986-8102<br>E-mail: dross@llgm.com<br>E-mail: ebsandza@llgm.com |
| Mt. McKinley Insurance Company | George R. Hardin, Esq.<br>John R. Scott, Esq.<br>Hardin, Kundla, McKeon & Poletto, P.A.<br>573 Morris Avenue<br>Springfield, NJ 07081-0730<br>Tel: (973) 912-5222<br>Fax: (973) 912-9212<br>E-mail: ghardin@hkmpp.com<br>E-mail: jscott@hkmpp.com |
| Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>Tel: (202) 624-2959<br>Fax: (202) 628-5116<br>E-mail: bparsons@crowell.com<br>E-mail: celgarten@crowell.com<br>E-mail: kunderhill@crowell.com |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-mail: lcorsi@lcbf.com |

| | |
|---|---|
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 756-8000<br>Fax: (202) 756-8097<br>E-mail: mwarner@mwe.com<br><br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 455-3539<br>Fax: (212) 455-2504<br>E-mail: jyoungwood@stblaw.com |

PHILA1\2344764\1 128852.000