UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD    :
                                  :    Civil Action No.: 1:05-CV-01125 (JGP)
        Plaintiffs                :
                                  :
v.                                :
                                  :
TRAVELERS INDEMNITY CO., *et al.* :
                                  :
        Defendants                :
                                  :
-----------------------------------------------------------x

**[PROPOSED] ORDER GRANTING FEDERAL INSURANCE COMPANY'S
MOTION TO DISMISS**

Upon Federal Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint and all papers in support thereof and responses related thereto, it is hereby

ORDERED, this _____ day of _____, 2005, that this action be DISMISSED, and that Judgment be entered in favor of Defendant Federal Insurance Company.

_____
Honorable John Garrett Penn, U.S.D.J.