UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et al.<br><br>Defendants. | Civil Action No. 1:05CV01125<br>Judge John Garrett Penn |

### TIG INSURANCE COMPANY'S MOTION TO DISMISS

Defendant TIG Insurance Company ("TIG") hereby moves to dismiss plaintiff's complaint: (1) pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join indispensable parties; (2) because this action is not brought by the real party in interest, and the nominal plaintiff lacks standing; (3) pursuant to Fed. R. Civ. P. 12(b)(1) for misalignment of parties such that there is no subject matter jurisdiction; and (4) pursuant to *Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995), because there is a prior pending action in New York state court. The grounds for this motion are set forth in First State Insurance Company's Second Motion to Dismiss or Stay dated September 16, 2005, and the Memorandum of Points of Authorities In Support of First State Insurance Company's Second Motion to Dismiss or Stay dated September 16, 2005, in which TIG joins.

DATED:  September 16, 2005

Respectfully submitted,

_William B. Ballaine_
William G. Ballaine, #NY0027
LANDMAN CORSI
  BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

- and -

Louis G. Corsi (*pro hac vice* pending)
LANDMAN CORSI
  BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

*Counsel for TIG Insurance Co.*