**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>*Defendants*. | Civil Action No. 05-01125 (JGP)<br>Judge: Hon. John Garrett Penn |

### DEFENDANT HUDSON INSURANCE COMPANY'S JOINDER IN DEFENDANT FIRST STATE INSURANCE COMPANY'S SECOND MOTION TO DISMISS OR STAY AMENDED COMPLAINT

Defendant Hudson Insurance Company ("Hudson"), in lieu of filing a duplicative motion to dismiss in response to Plaintiff Whitman Insurance Company, Ltd.'s Amended Complaint for Declaratory and Injunctive relief, hereby joins in the Second Motion to Dismiss or Stay filed by Defendant First State Insurance Company. Hudson joins, adopts and incorporates by reference the facts, arguments and authorities set forth in the Memorandum of Points and Authorities in Support of First State Insurance Company's Second Motion to Dismiss or Stay. Hudson submits this joinder because the facts, arguments and authorities for Hudson and First State Insurance Company are substantially the same.[1]

---

[1] Hudson is a Delaware corporation with its principal place of business in New York. One Hudson policy is at issue in this litigation, an excess insurance policy Hudson issued to I.C. Industries for the period April 1, 1983 to April 1, 1984 (the "Policy"). Hudson has never been a party to a lawsuit in this jurisdiction captioned Abex v. Maryland Casualty Company, Civil Action 82-2098, and the Policy was issued after that litigation commenced in 1982. Hudson is a defendant in an insurance coverage declaratory action in the Supreme Court of New York captioned Certain Underwriters at Lloyd's London v. Pneumo Abex Corp., No. 02-602493, which was filed in July 2002 and involves the Policy.

Dated:  September 16, 2005

Respectfully submitted,

<u>/s/ David M. Ross</u>
Elizabeth B. Sandza, D.C. Bar No. 415283
David M. Ross, D.C. Bar No. 461733
LeBoeuf, Lamb, Greene & MacRae LLP
1875 Connecticut Avenue, N.W.
Washington, D.C.  20009
202-986-8000

*Counsel for Hudson Insurance Company*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of September, 2005, a copy of the foregoing DEFENDANT HUDSON INSURANCE COMPANY'S JOINDER IN DEFENDANT FIRST STATE INSURANCE COMPANY'S SECOND MOTION TO DISMISS OR STAY was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
|---|---|
| Pneumo Abex Corporation | Thomas Sear, Esq.<br>Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019<br><br>Michael John Zoeller, Esq.<br>Baach, Robinson & Lewis PLLC<br>1201 F Street, NW, Suite 500<br>Washington, DC 20005 |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |
| The Travelers Indemnity Co. | Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

                                              /s/ David M. Ross
                                              David M. Ross, D.C. Bar No. 461733