## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2005, a copy of the foregoing TIG INSURANCE COMPANY'S MOTION TO DISMISS was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
|---|---|
| Mt. McKinley Insurance Company | Fred Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord; Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019 |
| Compagnie Europeenne de' Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |

_____
Louis G. Corsi (*pro hac vice* pending)