**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, *et al.,* <br><br> Defendants. | Civil Action No. 1:05CV01125 (JGP) |

## MOTION TO DISMISS

Defendant Employers Mutual Casualty Company, by its managing general agent and attorney-in-fact, Mutual Marine Office, Inc. ("Employers Mutual"), by undersigned counsel and pursuant to Fed. Rule Civ. Pro. 12(b)(1), 12(b)(7) and LCvR7, hereby moves to dismiss the Amended Complaint (i) for failure to join indispensable parties; (ii) because this action is not brought by the real party in interest, and the nominal plaintiff lacks standing; (iii) for misalignment of parties such that there is no subject matter jurisdiction; and (iv) dismiss or stay pursuant to Wilton v. Seven Falls Co., 515 U.S. 277 (1995), because there is a prior pending action in New York state court.

In support of this Motion, Employers Mutual relies on the Memorandum of Points and Authorities in Support of First State Insurance Company's Second Motion to Dismiss or Stay this Action. In addition, Defendant Employers Mutual reserves the right to file further argument and support in favor of this Motion to Dismiss.

        Respectfully submitted,

//s// *Richard W. Driscoll*
_____
Richard W. Driscoll (D.C. Bar No. 436471)
DRISCOLL & SELTZER, PLLC
600 Cameron Street
Alexandria, Virginia 22314
703.340.1625 Telephone
703.997.4892 Facsimile
Email: rdriscoll@driscollseltzer.com

Dated: September 16, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September 2005, the undersigned caused true and accurate copies of the foregoing Motion to Dismiss and Proposed Order to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, to the following:

| PARTY | COUNSEL |
| --- | --- |
| *Pneumo Abex Corporation, LLC* | Thomas Sears, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| *Mt. McKinley Insurance Company* | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 |
| *The Travelers Indemnity Company* | Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

//s// *Richard W. Driscoll*
_____
Richard W. Driscoll