IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, *et al.,* <br><br> Defendants. | Civil Action No. 1:05CV01125 (JGP) |

### [PROPOSED] ORDER DISMISSING AMENDED COMPLAINT

Upon consideration of the Motion to Dismiss filed by Defendant Employers Mutual Casualty Company and all papers and responses related thereto, it is hereby

ORDERED, this ___ day of _____ 2005, that the Motion is GRANTED; and it is further

ORDERED, that this action is dismissed; and it is further

ORDERED, that Judgment be entered in favor of Defendant Employers Mutual Casualty Company.

_____
Honorable John Garret Penn
U.S. District Judge

Copies to:   All counsel of record