IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 1:05CV01125 (JGP) |

## MOTION TO DISMISS

Defendant, American Re-Insurance Company ("American Re"), by undersigned counsel and pursuant to Fed. Rule Civ. Pro. 12(b)(1), 12(b)(7) and LCvR 7, hereby moves to dismiss this Complaint (i) for failure to join indispensable parties; (ii) because this action is not brought by the real party in interest, and the nominal plaintiff lacks standing; (iii) for misalignment of parties such that there is no subject matter jurisdiction; and (iv) pursuant to Wilton v. Seven Falls Co., 515 U.S. 277 (1995), in favor of an action New York State court.

As grounds for this Motion, Defendant American Re relies on the Memorandum of Points and Authorities in Support of First State Insurance Company's Motion to Dismiss or Stay This Action, as well as the Memorandum of Law in Support of London Market Insurer Defendants' Motion to Dismiss. In addition, Defendant American Re reserves the right to file further argument and support in favor of this Motion to Dismiss.

        Respectfully submitted,

        //s// *Richard W. Driscoll*

        _____
        Richard W. Driscoll (D.C. Bar No. 436471)
        DRISCOLL & SELTZER, PLLC
        600 Cameron Street
        Alexandria, Virginia 22314
        703.340.1625 Telephone
        703.997.4892 Facsimile
        Email: rdriscoll@driscollseltzer.com

Dated: September 16, 2005

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 16th day of September 2005, the undersigned caused true and accurate copies of the foregoing Motion to Dismiss and Proposed Order to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, to the following:

| PARTY | COUNSEL |
|---|---|
| *Pneumo Abex Corporation, LLC* | Thomas Sears, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| *Mt. McKinley Insurance Company* | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 |
| *The Travelers Indemnity Company* | Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

        //s// *Richard W. Driscoll*

        _____
        Richard W. Driscoll

Case 1:05-cv-01125-PLF    Document 82    Filed 09/16/2005    Page 3 of 3

3