**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 1:05CV01125 (JGP) |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**
**OF DEFENDANT AMERICAN RE-INSURANCE COMPANY**

Upon consideration of the Motion to Dismiss filed by Defendant American Re-Insurance Company and all papers and responses related thereto, it is hereby

ORDERED, this ___ day of _____ 2005, that the Motion is GRANTED; and it is further

ORDERED, that this action is dismissed; and it is further

ORDERED, that Judgment be entered in favor of Defendant American Re-Insurance Company.

_____
Honorable John Garret Penn
U.S. District Judge

Copies to:    All counsel of record