**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WHITMAN INSURANCE COMPANY, LTD.

Plaintiff,

-v-

TRAVELERS INDEMNITY COMPANY, *et al.*,

Defendants.

Case No. 1-05cv01125
Penn, J.

**DECLARATION OF RICHARD B. ROGERS**

I, Richard B. Rogers, do hereby declare and state as follows:

1. I am a member of the firm of McDermott Will & Emery LLP, counsel in this matter for defendant The Travelers Indemnity Company. I submit this declaration in support of Travelers Motion to Dismiss Whitman Insurance Company's Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint For Declaratory Judgment, captioned *Certain Underwriters at Lloyd's London, et al. v. Pneumo Abex Corporation, et al.*, No. 602493/02, New York Supreme Court, New York County, dated July 9, 2002 ("N.Y. Action").

3. Attached hereto as Exhibit 2 is a true and correct copy of the Answer, Affirmative Defenses, Counter-Claims, and Cross Claims of Defendants Pneumo Abex Corporation, Cooper Industries, Inc., and PepsiAmericas, Inc., filed in the N.Y. Action, dated August 6, 2002.

4. Attached hereto as Exhibit 3 is a true and correct copy of PepsiAmericas' Reply Memorandum in Further Support of its Motion To Stay the N.Y. Action, served on July 14, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: September 16, 2005

Richard B. Rogers