UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>                              Plaintiff,<br><br>-v-<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*,<br><br>                              Defendants. | Case No. 1-05cv01125<br>Penn, J. |

## [PROPOSED] ORDER

THIS MATTER is before the Court on the Motion to Dismiss filed by Defendant Travelers Indemnity Company, and

WHEREAS the Court has considered said Motion, any opposition thereto, any Reply filed by Travelers, and the arguments of counsel, and

WHEREAS the Court finds that said Motion is well-taken, it is, this the ____ day of _____, 20___, hereby

ORDERED that Travelers Motion to Dismiss is GRANTED and this action is hereby DISMISSED WITH PREJUDICE.

_____
Hon. John Garrett Penn
Senior United States District Judge