**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WHITMAN INSURANCE COMPANY, LTD.

                      Plaintiff,

-v-

TRAVELERS INDEMNITY COMPANY, *et al.*,

                      Defendants.

Case No. 1-05cv01125
Penn, J.

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

      I, the undersigned, counsel of record for Defendant The Travelers Indemnity Company, certify that to the best of my knowledge and belief the following are parent companies of said defendant which have any outstanding securities in the hands of the public:

      The Travelers Indemnity Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is a wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly-traded company.

      These representations are made in order that judges of this Court may determine the need for recusal.

2

September 16, 2005                          Respectfully submitted,

/s/ Margaret H. Warner
Margaret H. Warner, #359009
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C.  20005-3096
(202) 756-8000

Barry R. Ostrager, *pro hac vice*
Jonathan K. Youngwood, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for The Travelers Indemnity Company*

2