UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Whitman Insurance Company, Ltd.** | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Civil Action No.  05-1125 (JGP) |
| | : | |
| **Travelers Indemnity Company**, *et al*., | : | Judge John Garrett Penn |
| | : | |
| *Defendants*. | : | |

### DEFENDANTS COMPAGNIE EUROPEENNE D'ASSURANCES INDUSTRIELLES, S.A. AND  BRITTANY INSURANCE COMPANY'S JOINDER IN LONDON MARKET INSURER DEFENDANTS' MOTION TO DISMISS

Defendants Compagnie Europeenne d'Assurances Industrielles, S.A. ("CEAI") and Brittany Insurance Company ("Brittany"), in lieu of filing a duplicative motion to dismiss Plaintiff Whitman Insurance Company, Ltd.'s Amended Complaint, hereby join in the Motion to Dismiss, and memorandum in support thereof, filed today by Certain Underwriters at Lloyd's, London and Certain London Market Companies ("London Market Insurers").  CEAI and Brittany file this joinder because the facts and arguments for the London Market Insurers are the same or substantially the same for CEAI and Brittany.

DATED: September 16, 2005          Respectfully submitted,


/s/ Arthur S. Garrett III
Arthur S. Garrett III
DC Bar 428190
Keller and Heckman, LLP
1001 G Street, NW
Washington, DC 20001
202-434-4248

*Counsel for Defendants Compagnie Europeenne D'Assurances Industrielles, S.A. and Brittany Insurance Company*