UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Whitman Insurance Company, Ltd.,** | : |
| | : |
|       **Plaintiff,** | : |
|   v. | :   Civil Action No.  05-1125 (JGP) |
| | : |
| **Travelers Indemnity Company,** *et al.*, | : |
| | : |
|       **Defendants.** | : |

**DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
AND CERTAIN LONDON MARKET COMPANIES' REVISED LOCAL CIVIL RULE 7.1
<u>DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS</u>**

I, the undersigned counsel of record for Certain Underwriters at Lloyd's, London and Certain London Market Companies, certify that to the best of my knowledge and belief, the following is a list of parent companies, subsidiaries or affiliates of the represented Defendants that subscribed to one or more of the policies identified in Paragraph 45 of the Complaint which have any outstanding securities in the hands of the public.[1]

      Allianz International Insurance Company is a member of Allianz Group, a publicly traded German corporation.

      Bishopsgate Insurance Limited (now known as Fortis Insurance Limited) is a subsidiary of The Fortis Group. (100%), which has a primary listing on Euronext Brussels and Euronext Amsterdam, and has a secondary listing in Luxembourg.

      The British Aviation Insurance Company is a predecessor by merger to Global Aerospace Underwriting Manager, Ltd., whose shares are held by Munich Reinsurance Company, a publicly traded German company; Northern States Agency, a subsidiary of Berkshire Hathaway, Inc., a publicly traded company; Converium Holdings Ltd., a publicly traded Swiss company; and Royal & Sun Alliance, a publicly traded U.K. company.

---

[1]    London Market Insurers reserve the right to supplement and/or update this information as new or updated information is received regarding these entities.

British Merchants' Insurance Company Limited merged with The Dominion Insurance Company Limited, which is a wholly owned subsidiary of Dominion Insurance Holdings Limited, which is owned by Fondiaria-SAI. S.p.A., a publicly traded Italian corporation.

Compagnie d'Assurances Maritimes Aeriennes et Terrestres is a member of Instituto Nazionali delle Assicurazioni, a wholly-owned subsidiary of Assicurazioni Generali, S.p.A., a publicly traded Italian company.

The Dominion Insurance Company Limited is a wholly owned subsidiary of Dominion Insurance Holdings Limited, which is itself owned by Fondiaria-SAI. S.p.A., a publicly traded Italian corporation.

Economic Insurance Company Limited is now known as Hiscox Insurance Company Limited. Its immediate holding company is Hiscox Insurance Holdings Limited, which is in turn owned by Hiscox Plc, which is publicly traded on the London Stock Exchange.

Excess Insurance Company Limited is a wholly owned subsidiary of London & Edinburgh Insurance Group Limited (UK), which is itself a wholly owned subsidiary of Hartford International Insurance Company (USA). The ultimate holding company is ITT Corporation, a publicly traded company based in the United States.

Federal Insurance Company Ltd. is part of the Winterthur Group, which, in turn, is part of the Credit Suisse Group, which is a publicly traded Swiss company.

Fidelidade Insurance Company of Lisbon is now known as Companhia de Seguros Fidelidade-Mundial S.A.

Heddington Insurance Company (UK) Limited is a wholly owened subsidiary of Heddington Insurance Limited, Bermuda, which is a subsidiary of Texaco Panama, Inc., which is ultimately owned by ChevronTexaco Corporation.

Helvetia-Accident Swiss Insurance Company is now known as Allianz Suisse Insurance Company Ltd.

London & Edinburgh Insurance Company Limited is part of Norwich Union, which in turn, is part of Aviva plc, a publicly traded U.K. company.

Minster Insurance Company is a subsidiary of Groupama Insurance Company, a subsidiary of Groupama S.A., a publicly traded French company.

River Thames Insurance Co. is ultimately held by Marsh & McLennan Companies, a publicly traded American Company.

St. Katherine Insurance Company PLC, now known as St. Paul International Insurance Company Ltd., is a wholly-owned subsidiary of St. Paul (UK) Limited, a holding company incorporated in the United Kingdom. Direct stock ownership of the holding company is held by the St. Paul Companies Inc., a publicly traded holding company in the United States.

Storebrand Insurance Company (UK) Limited is a member of Storebrand Group, a publicly traded Norwegian corporation.

Stronghold Insurance Company is a subsidiary of Aviva plc, a publicly traded U.K. company.

Switzerland General Insurance Company Limited is now known as SR International Business Insurance Company Ltd.

Taisho Marine & Fire Insurance Company (Europe) Limited is a subsidiary of Mitsui Sumitomo Insurance Company Limited.

Threadneedle Insurance Company Limited is a subsidiary of GE Frankona Reinsurance Limited, which, in turn, is a subsidiary of General Electric Company, a publicly traded American company.

The Tokio Marine & Fire Insurance Company (UK) Limited is a wholly owned subsidiary of The Tokio Marine & Fire Insurance Company Limited (Japan).

Winterthur Swiss Insurance Company is part of The Winterthur Group, which, in turn, is part of the Credit Suisse Group, a publicly traded Swiss company.

World Auxiliary Insurance Corporation Limited is a wholly owned subsidiary of Commercial Union Assurance Plc, which is in turn a wholly owned subsidiary of Commercial Union Plc. Commercial Union is part of the CGU Insurance Group, which in turn is part of the Insurance Australia Group.

These representations are made in order that judges of this court may determine the need for recusal.

September 16, 2005                    /s/ Michael J. Zoeller
                                                      Michael J. Zoeller, No. 426476
                                                      BAACH ROBINSON & LEWIS PLLC
                                                      1201 F Street, NW, #500
                                                      Washington, DC  20004
                                                      (202) 659-7217 (telephone)
                                                       (202) 466-5738 (facsimile)

                                                      *Attorney of Record for Defendants Certain*
                                                      *Underwriters at Lloyd's, London and*
                                                      *Certain London Market Companies*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 16, 2005, he caused true and correct copies of the foregoing DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES' REVISED LOCAL CIVIL RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS, to be served upon counsel listed on the Notice of Electronic Filing, by electronic notification pursuant to Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and Local Civil Rule 5.4(d), and by first-class mail, postage prepaid, upon:

| Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Joseph W. Dorn<br>Martin M. McNerney<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC  20006-4706 |
|---|---|

| | |
|---|---|
| Mt. McKinley Insurance Co. | Fred L. Alvarez, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603<br>Telephone: (312) 443-0700<br>Facsimile: (312) 443-0336 |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti, LLP<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Phone: (973)538-0800<br>Fax: (973)538-1984 |
| Travelers Indemnity Company | Barry R. Ostrager<br>Jonathan K. Youngwood<br>Simpson, Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017-3909 |

/s/ Michael J. Zoeller
Michael J. Zoeller, No. 426476
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, #500
Washington, DC  20004
 (202) 659-7217
Fax:  (202) 466-5738

*Attorneys for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

5