**Attachment A**

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
ALBA GENERAL INSURANCE COMPANY LIMITED
ALLIANZ INTERNATIONAL INSURANCE COMPANY LIMITED
ANGLO-FRENCH INSURANCE COMPANY LIMITED
BISHOPSGATE INSURANCE LIMITED
BRITISH MERCHANTS' INSURANCE COMPANY LIMITED
COMPAGNIE D'ASSURANCES MARITIMES AERIENNES ET TERRESTRES
ECONOMIC INSURANCE COMPANY LIMITED
EXCESS INSURANCE COMPANY LIMITED
FIDELIDADE INSURANCE COMPANY OF LISBON
HEDDINGTON INSURANCE COMPANY (UK) LIMITED
HELVETIA-ACCIDENT SWISS INSURANCE COMPANY
LONDON & EDINBURGH (CANADA)
LONDON & EDINBURGH INSURANCE COMPANY LIMITED
MINSTER INSURANCE COMPANY LIMITED
RIVER THAMES INSURANCE COMPANY LIMITED
ST. KATHERINE INSURANCE COMPANY PLC
STOREBRAND INSURANCE COMPANY (UK) LIMITED
STRONGHOLD INSURANCE COMPANY LIMITED
SWISS NATIONAL INSURANCE COMPANY LIMITED
SWITZERLAND GENERAL INSURANCE COMPANY LIMITED
TAISHO MARINE & FIRE INSURANCE COMPANY (EUROPE) LIMITED
THE ANGLO SAXON INSURANCE ASSOCIATION
THE BRITISH AVIATION INSURANCE COMPANY LIMITED
THE DOMINION INSURANCE COMPANY LIMITED
THE FEDERAL INSURANCE COMPANY LIMITED
THE ROYAL SCOTTISH INSURANCE COMPANY LIMITED
THE TOKIO MARINE & FIRE INSURANCE COMPANY (UK) LIMITED
THREADNEEDLE INSURANCE COMPANY LIMITED
TRENT INSURANCE COMPANY LIMITED
VANGUARD INSURANCE COMPANY LIMITED
WINTERTHUR SWISS INSURANCE COMPANY
WORLD AUXILIARY INSURANCE CORPORATION LIMITED

This list is intended to include all solvent, represented companies which may have subscribed policies at issue herein. It may, however, include companies not subscribing those policies, may incompletely or incorrectly set forth the names of those companies that do subscribe the policies, or may omit the names of certain company subscribers. London Market Insurers expressly reserve the right to amend this list.