**UNITED STATES DISTRICT COURT**
**FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. ) <br> 76 St. Paul Street ) <br> Suite 500 ) <br> Burlington, Vermont 05401, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TRAVELERS INDEMNITY COMPANY, et. al ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05-01125 <br><br> Judge John Garrett Penn |

**DECLARATION OF LYNDA EDWARDS**

I, Lynda Edwards, am a citizen of the United Kingdom of Great Britain and Northern Ireland and, pursuant to 28 U.S.C. §1746, make this declaration under penalty of perjury based upon my knowledge of the membership records of Lloyd's, London, and, if personally called to testify as a witness in this matter, could testify as follows:

1. I am a Project Coordinator employed since 1994 by Lloyd's, London in the Members' Services Unit ("MSU"). As a Project Coordinator I have had and continue to have access to certain records kept by Lloyd's concerning Lloyd's Names participating in various Lloyd's syndicates subscribing to policies of insurance.

2. The MSU computer system records the latest addresses notified to Lloyd's by Names or their underwriting agents. Although the structure of the system does not permit one to know with certainty the dates when address details are entered, apart from any more recent information that may be in the

hands of each Name's underwriting agent, it is the best source within Lloyd's for identifying Names' current domiciles.

3. Having been notified by attorneys for Certain Underwriters at Lloyd's of London, in this action of the syndicates which participated in subscribing to the insurance policies specified in the Plaintiff's Summons and Complaint in the above-captioned action, I searched the Lloyd's database for information regarding the domicile of the Names who subscribed their several shares of such policies.

4. Based on this information, I confirm that there are two Names who participated in specified insurance policies, directly or by way of one or more Members' Agents' Pooling Arrangements ("MAPAs") and whose current residence is recorded within the State of Vermont, USA. Both Names are individual persons, not corporations or other business entities.

5. Specifically, one Vermont Name subscribed to Policy Nos. UQA 0088-(4/1/83-4/1/84) and UPA 116-(4/1/82-4/1/83) as an underwriting member of Syndicate No. 553 and to Policy Nos. UNA 0165 (4/1/81-4/1/82), UNA 0166 (4/1/81-4/1/82), UMA 0205 (4/1/80-4/1/81), UMA 0206 (4/1/80-4/1/81), and ULL 0122 (1/5/79-4/1/80) as an underwriting member of Syndicate No. 126. The second Vermont Name subscribed to Policy Nos. UMA 0205 (4/1/80-4/1/81), UMA 0206 (4/1/80-4/1/81), and ULL 0122 (1/5/79-4/1/80) as an underwriting member of Syndicate No. 126.

6. The MSU computer system also records the name of the active underwriter for each syndicate and the subscription authority for each syndicate member for each year of account.

7. Based on my search of the MSU database and records maintained by the MSU, I determined that Peter Lowsley-Williams was an underwriter on Syndicates 231, 279, and 989 during the years 1979-1985.

8. I also determined Mr. Lowsley-Williams' share of the risk on Syndicates 231, 279, and 989 for the years 1979-1985.

9. In 1979, Mr. Lowsley-Williams had .15% share in Syndicate 231, a 1.10% share in Syndicate 279, and a .25% share in Syndicate 989.

10. In 1980, Mr. Lowsley-Williams had a .14% share in Syndicate 231, a .98% share in Syndicate 1980, and a .20% share in Syndicate 989.

11. In 1981, Mr. Lowsley-Williams had a .16% share in Syndicate 231, a .95% share in Syndicate 279 and a .18% share in Syndicate 989.

12. In 1982, Mr. Lowsley-Williams had a .16 share in Syndicate 231, a .96% share in Syndicate 279, and a .19% share in Syndicate 989.

13. In 1983, Mr. Lowsley-Williams had a .14% share in Syndicate 231, a .84% share in Syndicate 279, and a .17% share in Syndicate 989.

14. In 1984, Mr. Lowsley-Williams had a .29% share in syndicate 231, a .72% share in Syndicate 279 and a .27% share in Syndicate 989.

15. In 1985, Mr. Lowsley-Williams had a .23% share in Syndicate 231, a .61% share in Syndicate 279, and a .22% share in Syndicate 989.

16. I affirm that the foregoing statements are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to penalties of perjury.

Executed on __15th__ September 2005 at Kent England.

_____
Lynda Edwards