UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY,
LTD.,

    Plaintiffs,

vs.

TRAVELERS INDEMNITY COMPANY, et. al.,

    Defendants.

Case No.: 05-01125

Judge John Garrett Penn

### DECLARATION OF EILEEN T. McCABE

I, Eileen T. McCabe, do hereby declare and state as follows:

1.    I am an attorney at law of the State of New York, and I am a partner with the law firm of Mendes & Mount, LLP, attorneys for Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies ("London Market Insurers"). I make this Declaration in order to provide the Court with true and correct copies of the following:

2.    Attached hereto as Exhibit 1 a true and correct copy of the Complaint for Declaratory Judgment filed in <u>Certain Underwriters at Lloyd's, London, et al. v. Pneumo Abex Corporation, et.al.</u>, Index No. 602493/02 (Sup. Ct., New York County, July 9, 2002).

3.    Attached hereto as Exhibit 2 are the first three pages of letter from Cooper dated July 26, 2005, wherein Cooper seeks $99,021,484.88 under the insurance policies subscribed by the London Market Insurers and other insurers that are the subject of this

action. (As Cooper deems the attachment to these letters sensitive and proprietary, London Market Insurers have not included the attachment.)

4. Attached hereto as Exhibit 3 a true and correct copy of the coverage chart produced by PepsiAmericas, Inc. in the New York litigation, entitled "I.C. Industries/Abex Product Liability Coverage Responsive to Asbestos-Related Claims."

5. Attached hereto as Exhibit 4 a true and correct copy of a pleading in the matter of *Consolidated Edison Co. of New York v. Allstate Ins. Co., et al.*, Index No. 600142/98, entitled <u>Brief of Pneumo Abex Corporation as Amicus Curiae in Support of Plaintiff-Appellant</u> dated February 12, 2002.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 16th day of September 2005 at New York, New York.

_____
Eileen T. McCabe