# I. C. Industries/Abex Product Liability Coverage Responsive to Asbestos-Related Claims (Issued to Abex Pre-1971; Issued to I. C. Industries 1971-1985)

Insurers Shown Without Color are Subject to *Abex v. Maryland Casualty* D.C. Action; Have Fully Paid Their Limits for Asbestos or Other Claims; Have Entered Into Fully-Integrated Binding Settlement Agreements for Asbestos Loss; Have a Settlement Agreement in Principle/Offer to Pay Policy Limits; Or Are Insolvent and Not Subject to Suit

[Chart: Insurance coverage tower diagram showing policy layers from $1MM to $200MM across years 1944–1985, with policies issued to American Brake Shoe Company/Abex Corporation (pre-1971) and policies issued to IC Industries (1971 onward). Insurers listed include: ACE/NA (California Union), AIG (AIU, American Home, Granite State, Home, ISOP, National Union, New Hampshire), American Re, Argonaut, Associated International, CNA (Continental Casualty, Harbor), Employers Mutual, Evanston, Falcon, Federal, Fireman's Fund, First State, Gibraltar, Great American, Highlands (Insolvent), Home (Insolvent), Hudson, Integrity (Insolvent), International, Liberty Mutual, Lloyd's, Maryland Casualty, Midland, Mission (Insolvent), National Surety, Northbrook/Allstate, Northwestern National, Pine Top (Insolvent), Southern American (Insolvent), Stonewall, Transit Casualty (Insolvent), Transport Indemnity (Insolvent), Travelers.]