# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD.,

Plaintiffs,

vs.

TRAVELERS INDEMNITY COMPANY, et. al.,

Defendants.

Civil Action No.: 05-1125 (JGP)

## **ORDER**

Upon consideration of London Market Insurer Defendants' Motion to Dismiss, and Memorandum of Points and Authorities in Support Thereof, it is hereby

ORDERED that London Market Insurer Defendants' Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED for lack of subject matter jurisdiction.

DATED: _____

John Garrett Penn
United States District Judge