UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et al.<br><br>Defendants. | Civil Action No. 1:05CV01125<br>Judge John Garrett Penn |

### NOTICE OF FILING

Defendant TIG Insurance Company ("TIG") hereby gives notice that it is filing the Certificate of Service, dated September 16, 2005, confirming service of TIG Insurance Company's Motion to Dismiss on September 16, 2005 (Docket Entry 77).

DATED:   September 19, 2005

Respectfully submitted,

*[signature]*
William G. Ballaine, #NY0027
LANDMAN CORSI
  BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

- and -

Louis G. Corsi (*pro hac vice* pending)
LANDMAN CORSI
  BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

*Counsel for TIG Insurance Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of September, 2005, a copy of the foregoing TIG INSURANCE COMPANY'S MOTION TO DISMISS was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
|---|---|
| Mt. McKinley Insurance Company | Fred Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord; Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019 |
| Compagnie Europeenne de' Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |

_____
Louis G. Corsi (*pro hac vice* pending)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2005, a copy of the foregoing **NOTICE OF FILING** was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
| --- | --- |
| Mt. McKinley Insurance Company | Fred Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord; Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019 |
| Compagnie Europeenne de' Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |

_____
Louis G. Corsi (*pro hac vice* pending)

403566.1

-2-