IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>                Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>                Defendants. | Case Number: 1-05cv01125<br><br>Judge John Garrett Penn<br><br>**FIREMAN'S FUND INSURANCE COMPANY'S AND NATIONAL SURETY CORPORATION'S RESPONSE TO WHITMAN INSURANCE COMPANY'S AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF BY JOINDER IN FIRST STATE INSURANCE COMPANY'S SECOND MOTION TO DISMISS OR STAY** |

Defendants Fireman's Fund Insurance Company and National Surety Corporation hereby respond to Whitman Insurance Company's Amended Complaint for Declaratory and Injunctive Relief filed in this Court on July 29, 2005. Said defendants hereby join in defendant First State Insurance Company's September 16, 2005 Second Motion To Dismiss or Stay and hereby adopt and incorporate by reference as if fully set forth herein the substance of First State's Second Motion to Dismiss or Stay and supporting Memorandum of Law. Fireman's Fund and National Surety submit this joinder in lieu of a separate initial response to the Whitman Amended Complaint because the issues and arguments for these defendants and First State are substantially the same and responding by joinder will conserve judicial resources needed to decide this matter.

Dated: September 16, 2005        Respectfully submitted,

                                                  /s/ Andrew Butz
                                         Andrew Butz, D.C. Bar # 933473
                                         BONNER KIERNAN TREBACH & CROCIATA, LLP
                                         1250 I Street, Suite 600

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 16th day of September 2005, a copy of the foregoing Fireman's Fund Insurance Company's and National Surety Corporation's Response to Whitman Insurance Company's Amended Complaint for Declaratory and Injunctive Relief by Joinder in First State Insurance Company's Second Motion to Dismiss or Stay was served by first class mail, postage prepaid, addressed to the following:

| PARTY | COUNSEL |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| Pneumo Abex Corporation, LLC | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036-4337 |
| Allianz Insurance Company | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL 60606 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C. 20006 |

136214-1

| | |
|---|---|
| | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA   19103 |
| Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata, LLP<br>1250 Eye Street, N.W., Sixth Floor<br>Washington, D.C.   20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA   94105 |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C.   20006-2401<br><br>David R. Biester, Esq.<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY   10004-1482 |
| Hudson Insurance Company | Elizabeth B. Sandza, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C.   20009 |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY   10271-0079 |

| | |
|---|---|
| Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur JM. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL  60603 |
| Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2595 |
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 thirteenth Street, N.W.<br>Washington, D.C.  20005<br><br>Barry R. Ostragher, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019 |
| American Reinsurance Company Employers Mutual Casualty Company and Associated International Insurance Company | Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA  22314 |

                                         /s/ Andrew Butz
                                         Andrew Butz, Esq.

136214-1