AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Whitman Insurance Company, Ltd.

      Plaintiff(s)      )   **APPEARANCE**

      vs.      )   CASE NUMBER  1:05cv01125

Travelers Indemnity Co., et al.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Rocco N. Covino__ as counsel in this
               (Attorney's Name)

case for: __Mt. McKinley Insurance Company__
      (Name of party or parties)

September 16, 2005
Date

*(signature)*
Signature

422148
BAR IDENTIFICATION

Rocco N. Covino
Print Name

885 Third Avenue, 26th Floor
Address

New York, NY    10022
City  State  Zip Code

(212) 812-8340
Phone Number