IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, et al., <br><br> Defendants. | Case No.: 1-05cv01125 <br><br> Judge John Garrett Penn |

## MT. McKINLEY INSURANCE COMPANY'S MOTION TO JOIN AND ADOPT FIRST STATE INSURANCE COMPANY'S SECOND MOTION TO DISMISS OR STAY

Defendant, Mt. McKinley Insurance Company (formerly known as Gibraltar Casualty Company and hereinafter referred to as "MMIC") hereby moves to join in and adopt First State Insurance Company's Second Motion to Dismiss or Stay and the Memorandum of Points and Authorities In Support of First State Insurance Company's Second Motion to Dismiss or Stay this Action: (1) pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join indispensable parties; (2) because this action is not brought by the real party in interest, and the nominal plaintiff lacks standing; (3) pursuant to Fed. R. Civ. P. 12(b)(1) for misalignment of parties such that there is no subject matter jurisdiction; and (4) in favor of an action in New York State court pursuant to *Wilton v. Seven Falls Co.*, 515 U.S. 277 (1995). MMIC   In addition to the arguments raised by First State Insurance Company, MMIC sets forth certain additional facts and argument in support of dismissal of the Whitman Insurance Company, Ltd. ("Whitman") Amended Complaint in the accompanying Joinder and Memorandum of Law In Support of Motion to Dismiss.

Date:   September 16, 2005

Respectfully submitted,

/s/ Rocco N. Covino
Rocco N. Covino #422148
LORD, BISSELL & BROOK LLP
885 Third Avenue
26th Floor
New York, NY 10022
Telephone:  212.812.8340
Facsimile:  212.812.8390

*Counsel for Mt. McKinley Insurance Co.*

Fred L. Alvarez*
Arthur J. McColgan*
Ryan M. Henderson*
Mark A. Deptula*
LORD, BISSELL & BROOK LLP
115 S. LaSalle Street
Chicago, IL 60603
Telephone:  (312) 443-0700
Facsimile:  (312) 443-0336

*pro hac vice motion to be filed

*Counsel for Mt. McKinley Insurance Co.*