## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 16th day of September, 2005, a copy of the foregoing, Appearance, Motion to Join and Adopt First State Insurance Company's Second Motion to Dismiss or Stay, and Certificate of Disclosure of Corporate Affiliations and Financial Interests Pursuant to LCvR 7.1 was served by first class mail, postage prepaid addressed to the following:

| PARTY | COUNSEL |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Brockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 |
| Pneumo Abex Corporation, LLC | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center<br>500 Grant Street<br>Pittsburgh, PA  15219 |
| American Home Assurance Co.,<br>AIU Insurance Co.;<br>Granite State Insurance Co.:<br>National Union Fire Insurance Co. of<br>Pittsubrgh, PA.:<br>Insurance Co. of the State of Pennsylvania;<br>New Hampshire Insurance Co. | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C.  20036-4337 |
| Allianz Insurance Company | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P. O. Box 4205<br>Montclair, NJ  07042-8205 |

| PARTY | COUNSEL |
|---|---|
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL 60606 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1668 K Street, N.W.<br>Suite 500<br>Washington, D.C. 20006<br><br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Fireman's Fund Insurance;<br>National Surety Corporation | Andrew Butz, Esq.<br>Bonner, Kiernan, Trebach & Crociata, LLP<br>1250 Eye Street, N.W.<br>Sixth Floor<br>Washington, D.C. 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br><br>David R. Biester, Esq.<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |

| PARTY | COUNSEL |
|---|---|
| Hudson Insurance Company | Elizabeth B. Sandza, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C.  20009 |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, PC.<br>120 Broadway - 27th Floor<br>New York, NY  10271-0079 |
| Stonewall Insurance Company;<br>Falcon Insurance Company;<br>California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2595 |
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C.  20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Certain Underwriters at Lloyd's, London and London Market Insurance Companies | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019<br><br>Michael J. Zoeller<br>Baach, Robinson & Lewis PLLC<br>1201 F Street, N.W.<br>Suite 500<br>Washington, D.C.  20005 |

| PARTY | COUNSEL |
|---|---|
| American Reinsurance Company; Employers Mutual Casualty Company; Associated International Insurance Company | Richard W. Driscoll, Esq. Driscoll & Seltzer, PLLC 600 Cameron Street Alexandria, VA 22314 |
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq. Elaine A. Rocha, Esq. Riker, Danzig, Scherer, Hyland & Perretti LLP One Speedwell Avenue Morristown, New Jersey 07962 |

MARK A. DEPTULA

LORD, BISSELL & BROOK, LLP
115 South LaSalle Street
Suite 2700
Chicago, Illinois 60603-3901
(312) 443-0700

CHI1 1114783v1

- 4 -