IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, et al., <br><br> Defendants. | Case No.: 1-05cv01125 <br><br> Judge John Garrett Penn |

### CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO LCvR 7.1

I, the undersigned, counsel of record for Mt. McKinley Insurance Company (formerly known as Gibraltar Casualty Company), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Mt. McKinley Insurance Company which have any outstanding securities in the hands of the public:

- Everest Reinsurance Holdings, Inc., incorporated in Delaware, owns 100% of Mt. McKinley Insurance Company and is the immediate parent.

- Everest Re Group, Ltd., incorporated in Bermuda, owns 100% of Everest Reinsurance Holdings, Inc. and is Mt. McKinley Insurance Company's ultimate parent.

- Everest Reinsurance Company is an affiliate of Mt. McKinley Insurance Company.

These representations are made in order that judges of this Court may determine the need for recusal.

Date:   September 16, 2005

Respectfully submitted,

*[signature]*

Rocco N. Covino #422148
LORD, BISSELL & BROOK LLP
885 Third Avenue
26th Floor
New York, NY 10022
Telephone:  212.812.8340
Facsimile:  212.812.8390

*Counsel for Mt. McKinley Insurance Co.*

Fred L. Alvarez*
Arthur J. McColgan*
Ryan M. Henderson*
Mark A. Deptula*
LORD, BISSELL & BROOK LLP
115 S. LaSalle Street
Chicago, IL 60603
Telephone:  (312) 443-0700
Facsimile:   (312) 443-0336

**pro hac vice* motion to be filed