# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | : | |
| | : | |
| Plaintiff, | : | Civil Action No: 1:05CV01125 |
| | : | Judge John Garrett Penn |
| v. | : | |
| | : | |
| TRAVELERS INDEMNITY COMPANY, *et al.* | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Joseph W. Dorn and Martin M. McNerney hereby give notice of their entry of appearance on behalf of defendant Pneumo Abex LLC.

Dated: September 26, 2005                                 Respectfully submitted,

/s/ Joseph W. Dorn
Joseph W. Dorn, #233374
Martin M. McNerney, #333161
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-3737
Telephone: 202-737-0500

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 26th day of September, 2005, a true and correct copy of the attached pleading was filed electronically and served upon all parties to this action via United States mail, first class, postage prepaid, addressed to their counsel of record as follows:

Daniel E. Chefitz, Esq.
Brooke Clagett, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
*Counsel for Plaintiff Whitman Insurance Company*

Eric S. Parnes, Esq.
Kathryne Love, Esq.
Hughes, Hubbard & Reed, LLP
1775 I Street, NW
Washington, D.C. 20006
*Counsel for First State Insurance Company*

Elizabeth B. Sandza, Esq.
David M. Ross, Esq.
Leboeuf, Lamb, Green & Macrae, LLP
1875 Connecticut Avenue, NW
Washington, DC 20009
*Counsel for Hudson Insurance Company*

David R. Biester, Esq.
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
*Counsel for First State Insurance Company*

M. Elizabeth Medaglia, Esq.
Julie Selesnick, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower, Suite 300
Washington, D.C. 20036
*Counsel for American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company*

Clifton S. Elgarten, Esq.
Barry M. Parsons, Esq.
Kathryn A. Underhill, Esq.
Crowell & Morning, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company*

Elizabeth Hamlin, Esq.
Antonio D. Favetta, Esq.
Garrity, Graham, Favetta and Flinn
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042
*Counsel for Allianz Insurance Company*

Arthur S. Garrett III, Esq.
Keller & Heckman, LLP
1001 G Street, NW
Suite 500 West
Washington, DC 20001-4545
*Counsel for Brittany Insurance Company, Ltd; Compagne Europeene D'Assurances Industrielles, S.A.*

William G. Ballaine, Esq.
Louis G. Corsi, Esq.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271
*Counsel for TIG Insurance Company*

Margaret H. Warner, Esq.
Richard Rogers, Esq.
McDermott, Will & Emery, LLP
600 Thirteenth Street, NW
Washington, D.C. 20005
*Counsel for Travelers Insurance Company*

Barry R. Ostrager, Esq.
Jonathan K. Youngwood, Esq.
Simpson, Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
*Counsel for Travelers Insurance Company*

David D. Hudgins, Esq.
Jodi V. Zagorin, Esq.
Hudgins Law Firm
515 King Street
Suite 400
Washington, DC 22314
*Counsel for Associated International Insurance Company*

L. Barrett Boss, Esq.
Cozen O'Connor
1667 K Street, NW, Suite 500
Washington, D.C. 20006
*Counsel for Federal Insurance Company*

John J. Dwyer, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Federal Insurance Company*

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314
*Counsel for American Reinsurance Company, Employers Mutual Casualty Company*

Michael John Zoeller, Esq.
Baach, Robinson & Lewis, PLLC
1201 F Street, N.W.
Suite 500
Washington, D.C. 20005
*Counsel for Certain Underwriters at Lloyd's London*

Eileen T. McCabe, Esq.
Anna R. Newson, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
*Counsel for Certain Underwriters at Lloyd's London*

Fred L. Alvarez, Esq.
Arthur J. McColgan, Esq.
Ryan M. Henderson, Esq.
Mark A. Deptula, Esq.
Lord, Bissell & Brook, LLP
115 LaSalle Street
Chicago, IL 60603
*Counsel for Mt. McKinley Insurance Company*

Andrew Butz, Esq.
Bonner, Kiernan, Trebach & Crociata
1250 I Street, NW, Sixth Floor
Washington, D.C. 20005
*Counsel for Fireman's Fund Insurance; National Surety Corporation*

Rolf Lindenhayn, Esq.
Kaufman & Logan, LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
*Counsel for Fireman's Fund Insurance; National Surety Corporation*

/s/ Joseph W. Dorn