UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD<br><br>         Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY CO., *et al.*,<br><br>         Defendants. | Civil Action No.: 05-01125<br><br>Judge John Garrett Penn |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2 and the attached declaration, Defendant First State Insurance Company moves for the admission of William J. Beausoleil of the law firm Hughes Hubbard & Reed LLP to represent First State in this action. Mr. Beausoleil is a member in good standing of the bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States District Court for the Eastern District of Michigan. The undersigned who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Beausoleil should this Motion be granted.

Date: September 28, 2005

Respectfully submitted,

HUGHES HUBBARD & REED LLP

/s/ Eric S. Parnes
Eric S. Parnes (D.C. Bar No. 489071)
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Tel: 202-721-4600
*Attorneys for First State Insurance Company*