**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD<br><br>                               Plaintiff,<br><br>            vs.<br><br>TRAVELERS INDEMNITY CO., *et al.*,<br><br>                            Defendants. | Civil Action No.: 05-01125<br><br>Judge John Garrett Penn |

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

      The motion for the admission *pro hac vice* of William J. Beausoleil is, this the

___ day of_____, 20__, hereby granted.

                                                             _____
                                                             Honorable John Garrett Penn, U.S.D.J.