UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>                  Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>                  Defendants. | Civil Action No. 05-01125<br><br>Judge John Garrett Penn |

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that, on September 28, 2005, he caused true and accurate copies of the foregoing Motion for Admission *Pro Hac Vice,* Declaration of William J. Beausoleil, and Proposed Order to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage prepaid, mail upon:

| | |
|---|---|
| The Travelers Indemnity Co. | Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Pneumo Abex Corporation | Thomas Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Mt. McKinley Insurance Co. | Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603 |

                                              /s/ Eric S. Parnes
                                              Eric S. Parnes (D.C. Bar No. 489071)
                                              Hughes Hubbard & Reed LLP
                                              1775 I Street, N.W.
                                              Washington, D.C. 20006-2401
                                              Tel: 202-721-4600
                                              Fax: 202-721-4646
                                              *Attorneys for First State Insurance Company*