**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD<br><br>                                          Plaintiff,<br><br>               vs.<br><br>TRAVELERS INDEMNITY CO., *et al.*,<br><br>                                    Defendants. | Civil Action No.:  05-01125<br><br>Judge John Garrett Penn |

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

The motion for the admission *pro hac vice* of Erik Bond is, this the ____ day

of_____, 20__, hereby granted.


_____
Honorable John Garrett Penn, U.S.D.J.