**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 05-01125<br><br>Judge John Garrett Penn |

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that, on September 28, 2005, he caused true and accurate copies of the foregoing Motion for Admission *Pro Hac Vice,* Declaration of Erik Bond, and Proposed Order to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage prepaid, mail upon:

| | |
|---|---|
| The Travelers Indemnity Co. | Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Pneumo Abex Corporation | Thomas Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Mt. McKinley Insurance Co. | Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603 |

        /s/ Eric S. Parnes
        Eric S. Parnes (D.C. Bar No. 489071)
        Hughes Hubbard & Reed LLP
        1775 I Street, N.W.
        Washington, D.C. 20006-2401
        Tel: 202-721-4600
        Fax: 202-721-4646
        *Attorneys for First State Insurance Company*