IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> TRAVELERS INDEMNITY COMPANY, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Civil Action No. 1:05CV01125 <br> Judge John Garrett Penn |

**PNEUMO ABEX LLC'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE TRIGGER-OF-COVERAGE ISSUE AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE NUMBER-OF-OCCURRENCE ISSUE**

Defendant Pneumo Abex LLC, successor-in-interest to Abex Corporation ("Abex"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves the Court for an Order granting it an extension of time to answer or otherwise respond to plaintiff's amended complaint and to respond to plaintiff's motion for partial summary judgment on the trigger-of-coverage issue and plaintiff's motion for partial summary judgment on the number-of-occurrence issue. The grounds for this motion are set forth in the memorandum of law filed contemporaneously herewith.

The undersigned counsel has conferred with counsel for plaintiff, and based upon information and belief, plaintiff does not plan to oppose this motion.

WHEREFORE, Abex respectfully requests that the Court:

(1) Grant Abex's Motion For An Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Amended Complaint And To Respond To Plaintiff's Motion For Partial Summary

Judgment On The Trigger-Of-Coverage Issue And Plaintiff's Motion For Partial Summary Judgment On The Number-Of-Occurrence Issue;

    (2)  Order that Abex shall have through and including thirty days after all orders are filed by the Court on the pending co-defendant motions to dismiss within which to answer or otherwise respond to plaintiff's amended complaint, and

    (3)  Order that Abex shall have through and including November 30, 2005 to respond to plaintiff's motions for partial summary judgment on the trigger-of-coverage issue and the number-of-occurrence issue.

                                      Respectfully submitted,

                                      <u>/s/ Joseph W. Dorn</u>
                                      Joseph W. Dorn, #233374
                                      Martin M. McNerney, #333161
                                      King & Spalding LLP
                                      1700 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20006-3737
                                      202-737-0500
                                      Counsel for Pneumo Abex LLC

September 30, 2005

|  |  |  |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD., | ) ) ) | Civil Action No. 1:05CV01125 |
| *Plaintiff*, | ) ) | Judge John Garrett Penn |
| v. | ) ) |  |
| TRAVELERS INDEMNITY COMPANY, *et al.*, | ) ) |  |
| *Defendants*. | ) ) |  |

**PNEUMO ABEX LLC'S MEMORANDUM OF LAW IN SUPPORT OF IT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE TRIGGER-OF-COVERAGE ISSUE AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE NUMBER-OF-OCCURRENCE ISSUE**

Defendant Pneumo Abex LLC, successor-in-interest to Abex Corporation ("Abex"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby submits its memorandum of law in support of its motion for an Order granting it an extension of time to answer or otherwise respond to plaintiff's amended complaint, and to respond to plaintiff's motion for partial summary judgment on the trigger-of-coverage issue and plaintiff's motion for partial summary judgment on the number-of-occurrence issue.

On July 29, 2005, plaintiff and Abex agreed, by stipulation, to extend the time for Abex to answer or otherwise respond to plaintiff's complaint until September 30, 2005 (Docket No. 45). Also on July 29, 2005, plaintiff and Abex agreed, by stipulation, to extend the time for Abex to respond to plaintiff's motion for partial summary judgment on the trigger-of-coverage issue and plaintiff's motion for partial summary judgment on the number-of-occurrence issue (Docket No. 46). Under the above referenced stipulations, Abex's time to respond to plaintiff's

amended complaint and to respond to plaintiff's motions for partial summary judgment on the trigger-of-coverage issue and the number-of-occurrence issue has not yet expired.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Abex requests that this Court grant it an extension of time to answer or otherwise respond to plaintiff's amended complaint through and including thirty days after all orders are filed by the Court on the pending co-defendant motions to dismiss, and to grant it an extension of time to respond to plaintiff's motions for partial summary judgment on the trigger-of-coverage issue and the number-of-occurrence issue through and including November 30, 2005. Counsel for Abex has conferred with counsel for plaintiff, and based upon information and belief, plaintiff does not plan to oppose this motion.

    Respectfully submitted,

/s/ Joseph W. Dorn
Joseph W. Dorn, #233374
Martin M. McNerney, #333161
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-3737
202-737-0500
Counsel for Pneumo Abex LLC

September 30, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2005, a true and correct copy of the attached pleading was filed electronically and served upon all parties to this action via United States mail, first class, postage prepaid, addressed to their counsel of record as follows:

Daniel E. Chefitz, Esq.
Brooke Clagett, Esq.
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
*Counsel for Plaintiff Whitman Insurance Company*

Eric S. Parnes, Esq.
Kathryne Love, Esq.
Hughes, Hubbard & Reed, LLP
1775 I Street, NW
Washington, D.C. 20006
*Counsel for First State Insurance Company*

Elizabeth B. Sandza, Esq.
David M. Ross, Esq.
Leboeuf, Lamb, Green & Macrae, LLP
1875 Connecticut Avenue, NW
Washington, DC 20009
*Counsel for Hudson Insurance Company*

David R. Biester, Esq.
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
*Counsel for First State Insurance Company*

M. Elizabeth Medaglia, Esq.
Julie Selesnick, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower, Suite 300
Washington, D.C. 20036
*Counsel for American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company*

Andrew Butz, Esq.
Bonner, Kiernan, Trebach & Crociata
1250 I Street, NW, Sixth Floor
Washington, D.C. 20005
*Counsel for Fireman's Fund Insurance; National Surety Corporation*

Rolf Lindenhayn, Esq.
Kaufman & Logan, LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
*Counsel for Fireman's Fund Insurance; National Surety Corporation*

Elizabeth Hamlin, Esq.
Antonio D. Favetta, Esq.
Garrity, Graham, Favetta and Flinn
One Lackawanna Plaza
P.O. Box 4205
Montclair, NJ 07042
*Counsel for Allianz Insurance Company*

Arthur S. Garrett III, Esq.
Keller & Heckman, LLP
1001 G Street, NW
Suite 500 West
Washington, DC 20001-4545
*Counsel for Brittany Insurance Company, Ltd; Compagne Europeene D'Assurances Industrielles, S.A.*

William G. Ballaine, Esq.
Louis G. Corsi, Esq.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271
*Counsel for TIG Insurance Company*

Margaret H. Warner, Esq.
Richard Rogers, Esq.
McDermott, Will & Emery, LLP
600 Thirteenth Street, NW
Washington, D.C. 20005
*Counsel for Travelers Insurance Company*

Barry R. Ostrager, Esq.
Jonathan K. Youngwood, Esq.
Simpson, Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
*Counsel for Travelers Insurance Company*

David D. Hudgins, Esq.
Jodi V. Zagorin, Esq.
Hudgins Law Firm
515 King Street
Suite 400
Washington, DC 22314
*Counsel for Associated International Insurance Company*

L. Barrett Boss, Esq.
Cozen O'Connor
1667 K Street, NW, Suite 500
Washington, D.C. 20006
*Counsel for Federal Insurance Company*

John J. Dwyer, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Federal Insurance Company*

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, VA 22314
*Counsel for American Reinsurance Company, Employers Mutual Casualty Company*

Michael John Zoeller, Esq.
Baach, Robinson & Lewis, PLLC
1201 F Street, N.W.
Suite 500
Washington, D.C. 20005
*Counsel for Certain Underwriters at Lloyd's London*

Eileen T. McCabe, Esq.
Anna R. Newson, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
*Counsel for Certain Underwriters at Lloyd's London*

Fred L. Alvarez, Esq.
Arthur J. McColgan, Esq.
Ryan M. Henderson, Esq.
Mark A. Deptula, Esq.
Lord, Bissell & Brook, LLP
115 LaSalle Street
Chicago, IL 60603
*Counsel for Mt. McKinley Insurance Co.*

Clifton S. Elgarten, Esq.
Barry M. Parsons, Esq.
Kathryn A. Underhill, Esq.
Crowell & Morning, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company*

/s/ Joseph W. Dorn