### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., ) | |
| ) | Civil Action No. 1:05CV01125 |
| *Plaintiff*, ) | Judge John Garrett Penn |
| ) | |
| v. ) | |
| ) | |
| TRAVELERS INDEMNITY COMPANY, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### **ORDER**

Upon consideration of Defendant Pneumo Abex LLC's Motion For An Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Amended Complaint And To Respond To Plaintiff's Motion For Partial Summary Judgment On The Trigger-Of-Coverage Issue And Plaintiff's Motion For Partial Summary Judgment On The Number-Of-Occurrence Issue, it is hereby

ORDERED that Abex's Motion For An Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Amended Complaint And To Respond To Plaintiff's Motion For Partial Summary Judgment On The Trigger-Of-Coverage Issue And Plaintiff's Motion For Partial Summary Judgment On The Number-Of-Occurrence Issue is GRANTED; and it is further

ORDERED that Abex shall have through and including thirty days after all orders are filed by the Court on the pending co-defendant motions to dismiss within which to answer or otherwise respond to plaintiff's amended complaint; and it is further

ORDERED that Abex shall have through and including November 30, 2005 to respond to plaintiff's motions for partial summary judgment on the trigger-of-coverage issue and the number-of-occurrence issue.

Dated:_____            _____

                                                                                      The Honorable John Garrett Penn