# United States District Court
# For the District of Columbia

WHITMAN INSURANCE COMPANY,  )
LTD.,                             )
                                )
               Plaintiff   )      Civil Action No.__05-01125_____
      vs                 )
TRAVELERS INDEMNITY   )
COMPANY, et al.,        )
                             )
            Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _____Pneumo Abex LLC_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ____Pneumo Abex LLC_____ which  have

any outstanding securities in the hands of the public:

M&F Worldwide Corp.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

#233374
_____
BAR IDENTIFICATION NO.

Joseph W. Dorn
_____
Print Name

 1700 Pennsylvania Avenue, N.W.
_____
Address

 Washington,  D.C.      20006-3737
_____
City        State        Zip Code

 (202) 737-0500
_____
Phone Number