# TAB A



Exhibit A to Opposition of Whitman Insurance Company, Ltd. to Motions to Dismiss