# EXHIBIT 1

Case 1:05-cv-01125-PLF     Document 102-5     Filed 10/17/2005     Page 1 of 3

**Policies of Insurance Issued by the London Market Insurers**

| Policy Number | Policy Period | Per Occurrence Indemnity Limits | Lloyd's Share | London Companies Share |
|---|---|---|---|---|
| K14050 | 08/08/52 - 08/08/53 | $2,000,000 | $1,630,000 | $370,000 |
| K19499 | 08/08/53 - 08/08/54 | $2,000,000 | $1,570,000 | $430,000 |
| K26013 | 08/08/54 - 08/08/55 | $2,000,000 | $1,340,000 | $660,000 |
| K32675 | 08/08/55 - 08/08/56 | $2,000,000 | $1,380,000 | $620,000 |
| K34251 | 09/13/55 - 09/13/56 | $5,000,000 | $2,550,000 | $2,450,000 |
| K38374 | 08/08/56 - 08/08/57 | $2,000,000 | $1,454,000 | $546,000 |
| K38906 | 09/13/56 - 09/13/57 | $5,000,000 | $2,295,000 | $2,705,000 |
| K45478 | 08/08/57 - 08/08/58 | $2,000,000 | $1,450,000 | $550,000 |
| K45479 | 09/13/57 - 09/13/58 | $5,000,000 | $2,285,000 | $2,715,000 |
| K51515 | 08/08/58 - 08/01/59 | $2,000,000 | $1,422,000 | $578,000 |
| K51514 | 09/13/58 - 08/01/59 | $5,000,000 | $2,301,500 | $2,698,500 |
| C59/5380 | 08/01/59 - 08/01/60 | $2,000,000 | $1,238,600 | $761,400 |
| 59E 8132 | 08/01/59 - 08/01/60 | $450,000 | | $450,000 |
| 60/5836 | 11/16/59 - 08/01/60 | $1,000,000 | $500,000 | $500,000 |
| C59/5380 | 08/01/60 - 08/01/61 | $2,000,000 | $1,238,600 | $761,400 |
| 59E 8132 | 08/01/60 - 08/01/61 | $450,000 | | $450,000 |
| 60/5836 | 11/16/60 - 08/01/61 | $1,000,000 | $500,000 | $500,000 |
| C59/5380 | 08/01/61 - 08/01/62 | $2,000,000 | $1,238,600 | $761,400 |
| 59E 8132 | 08/01/61 - 08/01/62 | $450,000 | | $450,000 |
| 60/5836 | 11/16/61 - 08/01/62 | $1,000,000 | $500,000 | $500,000 |
| ULL 0122 | 01/05/79 - 04/01/79 | $10,000,000 | $6,497,490 | $3,502,510 |
| ULL 0122 | 04/01/79 - 04/01/80 | $10,000,000 | $6,343,500 | $3,656,500 |
| ULL 0561 | 04/01/79 - 04/01/80 | $5,000,000 | $2,778,000 | $2,222,000 |

| Policy Number | Policy Period | Per Occurrence Indemnity Limits | Lloyd's Share | London Companies Share |
|---|---|---|---|---|
| UMA0205 | 04/01/80 - 04/01/81 | $10,000,000 | $5,595,000 | $4,405,000 |
| UMA0206 | 04/01/80 - 04/01/81 | $5,000,000 | $3,750,000 | $1,250,000 |
| UMA0207 | 04/01/80 - 04/01/81 | $5,000,000 | $3,572,500 | $1,427,500 |
| UNA0164 | 04/01/81 - 04/01/82 | $10,000,000 | $5,000,000 | $5,000,000 |
| UNA0165 | 04/01/81 - 04/01/82 | $5,000,000 | $3,750,000 | $1,250,000 |
| UNA0166 | 04/01/81 - 04/01/82 | $5,000,000 | $3,372,500 | $1,627,500 |
| UPA0115 | 04/01/82 - 04/01/83 | $10,000,000 | $4,175,000 | $5,825,000 |
| UPA0116 | 04/01/82 - 04/01/83 | $15,000,000 | $7,886,500 | $7,113,500 |
| UQA0087 | 04/01/83 - 04/01/84 | $5,000,000 |  | $5,000,000 |
| UQA0088 | 04/01/83 - 04/01/84 | $10,000,000 | $3,015,000 | $6,985,000 |
| UQA0089 | 04/01/83 - 04/01/84 | $20,000,000 | $5,740,000 | $14,260,000 |
| UQA0087 | 04/01/84 - 04/01/85 | $5,000,000 |  | $5,000,000 |
| URA0059 | 04/01/84 - 04/01/85 | $10,000,000 | $2,947,500 | $7,052,500 |
| URA0060 | 04/01/84 - 04/01/85 | $20,000,000 | $6,051,750 | $13,948,250 |
|  | Totals: | $204,350,000 | $95,368,040 | $108,981,960 |