# EXHIBIT 2

Attaching to and forming part of Policy No. 881/ULL0122

65656 * 17 MAR 1981

ADDENDUM NO. 3.

Effective 1st April, 1979

It is hereby understood and agreed that in respect of occurrences occurring on or after 12.01 a.m. Local Standard Time on the 1st April, 1979 no liability shall attach to the following:-

| | | | |
|---|---|---|---|
| 9.7204% | Syndicate 989 | Ref. | 903JB9L9880E |
| 0.7882% | Syndicate 279 | Ref. | 903JB9L9880E |
| 8.2177% | Syndicate 618 | Ref. | NA8395905J28 |
| 1.5106% | Syndicate 278 | Ref. | NA8395905J28 |
| 2.3566% | Syndicate 948 | Ref. | NA8395905J28 |
| 2.1017% | Syndicate 126 | Ref. | 505 |
| 0.5254% | Syndicate 701 | Ref. | 505 |
| 1.5763% | Syndicate 661 | Ref. | 002YICIN8733 |

In consideration of the foregoing there is a return premium of U.S.$35,013.69 (100%)

HERETO: 26.7969% part of 100% of 66.6667%.

It being further understood and agreed that in respect of occurrences occurring on or after 1st April, 1979 at 12.01 a.m. Local Standard Time liability shall attach to the following:-

| | | | |
|---|---|---|---|
| 10.1470% | Syndicate 989 | Ref. | 903JB9L9880E |
| 0.8227% | Syndicate 279 | Ref. | 903JB9L9880E |
| 8.5783% | Syndicate 618 | Ref. | NA8395905J28 |
| 1.5796% | Syndicate 278 | Ref. | NA8395905J28 |
| 2.4572% | Syndicate 948 | Ref. | NA8395905J28 |
| 2.1940% | Syndicate 126 | Ref. | 505 |
| 0.5486% | Syndicate 701 | Ref. | 505 |
| 1.6454% | Syndicate 661 | Ref. | 002YICIN8733 |



In consequence of which this Policy's participation is increased from 26.7969% part of 100% of 66.6667% to 27.9728% part of 100% of 66.6667% of the Limits, in consequence of which and in consideration of Addendum No. 2 there is paid hereon a premium of U.S.$42,513.68 (100%).

HERETO: 27.9728% part of 100% of 66.6667%.

All other terms and conditions remain unchanged.