UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Whitman Insurance Company, Ltd.,** : | |
| : | |
| **Plaintiff,** : | |
| v.   : | Civil Action No.  05-1125 (JGP) |
| : | |
| **Travelers Indemnity Company,** *et al.***,** : | |
| : | |
| **Defendants.** : | |

STIPULATION OF EXTENSION
OF TIME TO FILE REPLY IN SUPPORT OF
<u>LONDON MARKET INSURER DEFENDANTS' MOTION TO DISMISS</u>

Plaintiff Whitman Insurance Company, Ltd. and Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies ("London Market Insurers") hereby stipulate and agree, subject to approval of the Court, to extend the time for one week for said Defendants to file their reply in support of their Motion to Dismiss, filed September 16, 2005, and responded to by Plaintiff on October 17, 2005.  The parties agree that the time to reply, currently set for October 31, 2005, be enlarged for one week to and including November 7, 2005.

October 28, 2005                                                                  Respectfully Submitted,


  /s/Daniel E. Chefitz, Esq. /mjz                                    /s/ Michael J. Zoeller
Daniel E. Chefitz, #481420                               Martin R. Baach, No. 210377
MORGAN LEWIS & BOCKIUS LLP         Michael J. Zoeller, No. 426476
1111 Pennsylvania Avenue, N.W.                 BAACH ROBINSON & LEWIS PLLC
Washington, DC  20004                                   1201 F Street, NW, #500
(202) 739-3000                                                    Washington, DC  20004
*Counsel for Plaintiff*                                          (202) 659-7217
*Whitman Insurance Co., Ltd.*                        Fax:  (202) 466-5738

                                                                                     and

        Eileen T. McCabe, Esq.
        MENDES & MOUNT, LLP
        750 Seventh Avenue
        New York, NY 10019-6829
        (212) 261-8000
        *Counsel for Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies*

SO ORDERED this _____ day of _____, 2005

        _____
        Hon. John G. Penn
        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 28, 2005, he caused true and correct copies of the foregoing Stipulation for Extension of Time to File Reply in Support of London Market Insurer Defendants' Motion to Dismiss, to be served upon counsel listed on the Notice of Electronic Filing, by electronic notification pursuant to Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and Local Civil Rule 5.4(d), and by first-class mail, postage prepaid, upon:

| | |
|---|---|
| Mt. McKinley Insurance Co. | Rocco N. Covino, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603<br>Telephone: (312) 443-0700<br>Facsimile: (312) 443-0336 |
| Travelers Indemnity Company | Barry R. Ostrager<br>Jonathan K. Youngwood<br>Simpson, Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017-3909 |

/s/ Michael J. Zoeller
Michael J. Zoeller, No. 426476
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, #500
Washington, DC  20004
(202) 659-7217
Fax:  (202) 466-5738

*Attorneys for Certain Underwriters at Lloyd's, London and Certain London Market Companies*