UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>        Plaintiff,<br><br>      -v-<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*,<br><br>        Defendants. | Case No. 1-05cv01125<br>Judge John Garrett Penn |

**STIPULATION FOR EXTENSION OF TIME FOR TRAVELERS INDEMNITY COMPANY TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

  Defendant Travelers Indemnity Company and Plaintiff Whitman Insurance Company, Ltd., hereby stipulate and agree, subject to approval of the Court, to extend the time for Travelers to file its Reply in Support of its Motion to Dismiss through and including November 7, 2005.

                         Respectfully submitted,

| | |
|---|---|
| /s/ Margaret H. Warner<br>Margaret H. Warner, #359009<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096<br>202-756-8000<br><br>Counsel for Travelers Indemnity Co. | /s/ Daniel E. Chefitz<br>Daniel E. Chefitz, #481420<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>202-739-3000<br><br>Counsel for Whitman Insurance Co., Ltd. |

Dated: October 28, 2005

      SO ORDERED this _____ day of _____, 2005:

                    _____
                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 28th day of October, 2005, a true and correct copy of the foregoing stipulation was served electronically by the Court's electronic filing system upon the parties' counsel who have consented to such service. I FURTHER CERTIFY that on the 31st day of October, 2005, a true and correct copy of the same was served via first class mail, postage prepaid, addressed to all counsel listed below who are not listed on the e-filing receipt as having consented to electronic service:

| | |
|---|---|
| Counsel for Defendant<br>Certain Underwriters at Lloyd's, London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 |
| Counsel for Defendant<br>Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| Counsel for Defendants American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, Pa.; ISOP; New Hampshire Insurance Company | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337 |
| Counsel for Defendant Allianz Insurance Company | Elizabeth H. Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn, P.C.<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |

| | |
|---|---|
| Counsel for Defendant American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, Virginia 22314 |
| Counsel for Defendant Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY 10532<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, Virginia 22314 |
| Counsel for Defendant Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Thomas E. Schorr, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, Virginia 22314 |
| Counsel for Defendant Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006<br><br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |

| | |
|---|---|
| Counsel for Defendants Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata<br>1250 I Street, N.W., Ste. 600<br>Washington, DC 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105 |
| Counsel for Defendant First State Insurance Company | Eric Parnes, Esq.<br>Hughes Hubbard & Reed LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br>202-721-4600 |
| Counsel for Defendant TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |
| Counsel for Defendant Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Counsel for Defendant Stonewall Insurance Company, Northern Assurance Company of America, Century Indemnity Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595 |

| | |
|---|---|
| Counsel for Plaintiff Whitman Insurance Company, Ltd. | Daniel E. Chefitz, Esq.<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| Defendant Hudson Insurance Company | David M. Ross, Jr., Esq.<br>Elizabeth B. Sandza, Esq.<br>LeBoeuf, Lamb, Greene & MacRae LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C. 20009 |

/s/ Margaret H. Warner
Margaret H. Warner