UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WHITMAN INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05CV01125 (JGP) |
| v. ) | |
| ) | |
| TRAVELERS INDEMNITY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Pursuant to Local Civil Rules 83.2(h) and 83.6(a), William J. Bowman and Edward B. Parks, II hereby give notice of their entry of appearance on behalf of defendant First State Insurance Company.

DATED this 28th day of October, 2005.

Respectfully submitted,

By: ___Edward B. Parks, II   /s/_____
William J. Bowman, D.C. Bar No. 241547
Edward B. Parks, II, D.C. Bar No. 442293

HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-5600

Attorneys for Defendant First State
Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVELERS INDEMNITY COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 1:05CV01125 (JGP) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 28, 2005, they caused true and accurate copies of the foregoing Entry of Appearance of William J. Bowman and Edward B. Parks on behalf of First State Insurance Company, to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage prepaid, mail upon:

| The Travelers Indemnity Co. | Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
|---|---|
| Pneumo Abex Corporation | Thomas Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Mt. McKinley Insurance Co. | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603 |
| Certain Underwriters at Lloyd's London | Michael John Zoeller, Esq.<br>Baach, Robinson & Lewis PLLC<br>1201 F Street NW, Suite 500<br>Washington, DC 20005 |

1

Respectfully submitted,


By: __Edward B. Parks, II  /s/_____
    William J. Bowman, D.C. Bar No. 241547
    Edward B. Parks, II, D.C. Bar No. 442293
    HOGAN & HARTSON L.L.P.
    555 Thirteenth Street, N.W.
    Washington, DC 20004-1109
    (202) 637-5600

    Attorneys for Defendant First State
    Insurance Company