UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY,<br><br>      Plaintiff,<br>v.<br><br>TRAVELERS INDEMNITY COMPANY,<br>et al.,<br><br>      Defendants. | Case No. 1:05CV01125 (JGP) |

NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 83.6, that the law firm Hogan & Hartson L.L.P., 555 13th Street, N.W., Washington, D.C. 20004-1109, hereby substitutes for Eric S. Parnes and Kathryne Love, of the law firm Hughes, Hubbard & Reed, LLP, 1775 I Street, NW, Washington, DC 20006-2401 and David R. Biester, Esq., Hughes, Hubbard & Reed, LLP, One Battery Park Plaza, New York, NY 10004-1482, as counsel of record for defendant First State Insurance Company in the above-captioned matter.

Respectfully submitted,

HOGAN & HARTSON LLP

By:___/s/ Edward B. Parks, II_____
  William J. Bowman, D.C. Bar No. 241547
  Edward B. Parks, II, D.C. Bar No. 442293
  555 Thirteenth Street, N.W.
  Washington, D.C. 20004-1109
  (202) 637-5600


By:____/s/ Christine Olson_____
  Christine Olson
  First State Insurance Company

HUGHES, HUBBARD & REED LLP

By:____/s/ Eric S. Parnes_____
  Eric S. Parnes, D.C. Bar No. 489071
  Kathryne Love
  1775 I Street, NW
  Washington, DC 20006-2401
  (202) 721-4600

  David R. Biester
  One Battery Park Plaza
  New York, NY 10004-1482
  (212) 837-6000

\\\DC - 02376/0562 - 2205106 v2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
WHITMAN INSURANCE COMPANY,         )
                                   )
            Plaintiff,             )    Case No. 1:05CV01125 (JGP)
                                   )
v.                                 )
                                   )
TRAVELERS INDEMNITY COMPANY,       )
                                   )
            Defendant.             )
_____)
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 28, 2005, they caused true and accurate copies of the foregoing Notice of Substitution of Counsel, to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage prepaid, mail upon:

| | |
|---|---|
| The Travelers Indemnity Co. | Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Pneumo Abex Corporation | Thomas Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Mt. McKinley Insurance Co. | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603 |
| Certain Underwriters at Lloyd's London | Michael John Zoeller, Esq.<br>Baach, Robinson & Lewis PLLC<br>1201 F Street NW, Suite 500<br>Washington, DC 20005 |

2

Respectfully submitted,


By:   Edward B. Parks, II  /s/
    William J. Bowman, D.C. Bar No. 241547
    Edward B. Parks, II, D.C. Bar No. 442293

    HOGAN & HARTSON L.L.P.
    555 Thirteenth Street, N.W.
    Washington, DC 20004-1109
    (202) 637-5600

    Attorneys for Defendant First State
    Insurance Company