UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY<br><br>Defendants. | Civil Action No. 1:05CV01125 |

## STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF TIG INSURANCE COMPANY DEFENDANTS' MOTION TO DISMISS

Plaintiff Whitman Insurance Company, Ltd., and Defendant TIG Insurance Company ("TIG") hereby stipulate and agree, subject to approval of the court, to extend the time for one week for said Defendant to file its reply in support of its Motion to Dismiss, filed September 16, 2005, and responded to by Plaintiff on October 17, 2005. The parties agree that the time to reply, currently set for October 31, 2005, be enlarged for one week to and including November 7, 2005.

DATED:   October 31, 2005

Respectfully submitted,

/s/ Daniel E. Chefitz/LGC
Daniel E. Chefitz, #481420
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-739-3000
*Counsel for Whitman Insurance Company, Ltd.*

/s/ William G. Ballaine/LGC
William G. Ballaine, #NY0027
LANDMAN CORSI
  BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

- and -

Louis G. Corsi
LANDMAN CORSI
  BALLAINE & FORD P.C
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

*Counsel for TIG Insurance Co.*

SO ORDERED this the _____ day of _____, 2005.

_____
Hon. John Garrett Penn
Senior United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2005, a copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF TIG INSURANCE COMPANY DEFENDANTS' MOTION TO DISMISS** was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
| --- | --- |
| Mt. McKinley Insurance Company | Fred Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord; Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, New York 10019 |
| Compagnie Europeenne de' Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey 07962 |

/s/ Louis G. Corsi
Louis G. Corsi (*pro hac vice* pending)

406671.1