UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WHITMAN INSURANCE COMPANY,<br><br>                Plaintiff,<br>v.<br><br>TRAVELERS INDEMNITY COMPANY,<br>et al.,<br><br>                Defendants. | Case No. 1:05CV01125 (JGP) |

STIPULATION OF EXTENSION
OF TIME TO FILE REPLY IN SUPPORT OF
FIRST STATE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY ACTION

Plaintiff Whitman Insurance Company, Ltd. and Defendant First State Insurance Company hereby stipulate and agree, subject to approval of the Court, to extend the time for one week for said Defendant to file its reply in support of its Motion to Dismiss, filed September 16, 2005, and responded to by Plaintiff on October 17, 2005. The parties agree that the time to reply, currently set for October 31, 2005, be enlarged for one week to and including November 7, 2005.

Dated: October 31, 2005

Respectfully submitted,

/s/ Brooke Clagett
Brooke Clagett, No. 460570
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
*Counsel for Plaintiff*
*Whitman Insurance Co., Ltd.*

/s/ Edward B. Parks, II
William J. Bowman, No. 241547
Edward B. Parks II, No. 442293
HOGAN & HARTSON LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-5600
*Counsel for Defendant*
*First State Insurance Company*

SO ORDERED this _____ day of _____, 2005.

_____
Hon. John G. Penn
United States District Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 31, 2005, he caused true and accurate copies of the foregoing Stipulation of Extension of Time to File Reply in Support of First State Insurance Company's Motion to Dismiss or Stay Action, to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first-class, postage prepaid, mail upon:

| | |
|---|---|
| The Travelers Indemnity Co. | Jonathan K. Youngwood, Esq.<br>Barry R. Ostrager, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Pneumo Abex Corporation | Thomas Sear, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| Mt. McKinley Insurance Co. | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603 |
| Certain Underwriters at Lloyd's, London | Michael John Zoeller, Esq.<br>Baach, Robinson & Lewis PLLC<br>1201 F Street NW, Suite 500<br>Washington, DC 20005 |

By:     Edward B. Parks, II /s/
           William J. Bowman, D.C. Bar No. 241547
           Edward B. Parks, II, D.C. Bar No. 442293
           HOGAN & HARTSON L.L.P.
           555 Thirteenth Street, N.W.
           Washington, DC 20004-1109
           (202) 637-5600

           *Attorneys for Defendant First State
           Insurance Company*