United States District Court
For the District of Columbia

| | |
|---|---|
| WHITMAN INSURANCE CO., LTD. ) | |
| ) | |
| Plaintiff, ) | Civil Act. No. |
| v. ) | 1:05CV01125 |
| ) | |
| TRAVELERS INDEMNITY CO., et al., ) | John Garret Penn, Judge |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION FOR EXTENSION OF TIME FOR STONEWALL, NOAC, AND CENTURY INDEMNITY TO FILE A REPLY IN SUPPORT OF THEIR <u>MOTION TO DISMISS</u>**

Defendants Stonewall Insurance Company ("Stonewall"), Northern Assurance Company of America ("NOAC") as successor in interest to certain insurance liabilities of named Defendant Falcon Insurance Company, and Century Indemnity Company ("Century Indemnity") as successor in interest to named Defendant California Union Insurance Company, hereby stipulate and agree, subject to approval of the Court, to extend the time for Stonewall, NOAC, and Century Indemnity to file their reply joining in or otherwise supporting First State Insurance Company's or Lloyd's of London's Motions to Dismiss or Stay This Action such that Stonewall's, NOAC's and Century Indemnity's reply shall be due on or before November 7, 2005.

Respectfully submitted,

| | |
|---|---|
| /s/ Barry M. Parsons | /s/ Daniel E. Chefitz |
| Clifton S. Elgarten, Bar # 366898 | Daniel E. Chefitz, # 481420 |
| Kathryn A. Underhill, Bar # 384901 | Morgan, Lewis & Bockius LLP |
| Barry M. Parsons, Bar # 454788 | 1111 Pennsylvania Avenue, N.W. |
| Crowell & Moring LLP | Washington, D.C. 20004 |
| 1001 Pennsylvania Avenue, N.W. | 202 739-3000 |
| Washington, D.C. 20004-2595 | |
| 202 624-2959 | |
| | |
| *Counsel for Century Indemnity Company NOAC; and Stonewall Insurance Company* | *Counsel for Whitman Insurance Co.;* |

Dated October 31, 2005


SO ORDERED this _____ day of _____, 2005.


_____
United States District Judge

United States District Court
For the District of Columbia

| | | |
|---|---|---|
| **WHITMAN INSURANCE CO., LTD.** | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Act. No.** |
| v. | ) | **1:05CV01125** |
| | ) | |
| **TRAVELERS INDEMNITY CO., et al.,** | ) | **John Garret Penn, Judge** |
| | ) | |
| Defendants. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2005, a true and correct copy of the foregoing stipulation was served electronically by the Court's electronic filing system upon those counsel who have consented to such service and that an additional true and correct copy was served on all counsel on the attached list via United States mail, first class postage prepaid.

/s/ Barry M. Parsons
Barry M. Parsons, DC Bar # 454788

2662910

<u>Service List</u>
**Whitman Ins. Co., Ltd. V. Travelers Indemnity Co.,** *et al.*

| | |
|---|---|
| Counsel for Defendant Certain Underwriters at Lloyd's, London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br><br>Michael J. Zoeller, Esq.<br>Baach Robinson & Lewis PLLC<br>1201 F Street, NW # 500<br>Washington, D.C. 20004 |
| Counsel for Defendant Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| Counsel for Defendants American Home Assurance Company; AIU; Granite State Insurance Company; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; ISOP; New Hampshire Insurance Company | Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337 |
| Counsel for Defendant Allianz Insurance Company | Elizabeth H. Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |

| Counsel for American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
|---|---|
| Counsel for Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY 10532<br><br>Jodi V. Zagorin, Esq.<br>David Hudgins, Esq.<br>Hudgins Law Firm<br>515 King Street, Suite 400<br>Alexandria, VA 22314 |
| Counsel for Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
| Counsel for Federal Insurance Company | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006 |

| | |
|---|---|
| Counsel for Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata<br>1250 I Street, NW, Suite 600<br>Washington, DC 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105 |
| Counsel for First State Insurance Company | Edward B. Parks, II<br>William J. Bowman<br>Hogan & Hartson LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 |
| Counsel for TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>William Ballaine, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |
| Counsel for Mt. McKinley Insurance Company | Fred L. Alvarez<br>Arthur J. McColgan<br>Ryan M. Henderson<br>Mark A. Deptula<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Counsel for Travelers Casualty and Surety Company | Margaret H. Warner, Esq.<br>Richard Smith, Esq.<br>McDermott, Will & Emery<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |

| Hudson Insurance Company | David M. Ross, Esq.<br>Elizabeth B. Sandza, Esq.<br>Leboeuf, Lamb, Greene & MacRae LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C. 20009 |
|---|---|
| Counsel for Plaintiff Whitman Insurance Co., LTD | Daniel E. Chefitz, Esq.<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |