IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>                          Plaintiff,<br><br>    -v-<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>                        Defendants. | Case No. 1-05cv01125<br><br>Judge John Garrett Penn |

### SUPPLEMENTAL DECLARATION OF RICHARD B. ROGERS

I, Richard B. Rogers, do hereby declare and state as follows:

1.    I am a member of the firm of McDermott Will & Emery LLP, counsel in this matter for defendant Travelers Insurance Company. I submit this supplemental declaration in further support of Travelers Motion to Dismiss.

2.    Attached hereto as Exhibit A is a true and correct copy of the coverage chart submitted by Whitman Insurance Company's counsel in *Certain Underwriters at Lloyd's London, et al. v. Pneumo Abex Corp., et al.*, No. 602493/2002 (N.Y. Sup. Ct.) ("N.Y. Action"). In the N.Y. Action, Whitman's counsel represents PepsiAmericas, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: November 7, 2005

                                                        */s/ Richard B. Rogers*
                                                        Richard B. Rogers