# I. C. Industries/Abex Product Liability Coverage Responsive to Asbestos-Related Claims (Issued to Abex Pre-1971; Issued to I. C. Industries 1971-1985)

Insurers Shown Without Color are Subject to *Abex v. Maryland Casualty* D.C. Action; Have Fully Paid Their Limits for Asbestos or Other Claims; Have Entered Into Fully-Integrated Binding Settlement Agreements for Asbestos Loss; Have a Settlement Agreement in Principle/Offer to Pay Policy Limits; Or Are Insolvent and Not Subject to Suit

Legend:
- ACE/INA (California Union)
- AIG (AIU, American Home, Granite State, Insco, ISOP, National Union, New Hampshire)
- American Re
- Argonaut
- Associated International
- CNA (Continental Casualty, Harbor)
- Employers Mutual
- Evanston
- Firemans Fund
- First State
- Federal
- Falcon
- American Re
- Gibraltar
- Great America
- Highlands (Southwest)
- Home (Southwest)
- Hudson
- Integrity (Southwest)
- International
- Liberty Mutual
- Lloyd's
- Maryland Casualty
- Midland (Southwest)
- Mission (Southwest)
- National Surety
- Northbrook/Allstate
- Northwestern National
- Pine Top (Southwest)
- Southern American (Southwest)
- Stonewall
- Transit Casualty (Southwest)
- Transport Indemnity (Southwest)
- Travelers

Policies issued to American Brake Shoe Company/Abex Corporation

Policies issued to IC Industries