IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., et al., <br><br> Defendants. | Civil Action No.: 1:05cv001125 <br> Judge John Garrett Penn |

**ASSOCIATED INTERNATIONAL INSURANCE COMPANY'S
MOTION FOR JOINDER IN REPLY MEMORANDUM IN SUPPORT OF FIRST
STATE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY THIS ACTION**

Defendant, Associated International Insurance Company ("AIIC"), by counsel, hereby files its Reply to Plaintiff Whitman Insurance Company, Ltd.'s Opposition to Certain Insurer Defendants' Motions to Dismiss or Stay. In doing so, AIIC joins in the Reply Memorandum in Support of First State Insurance Company's Motion to Dismiss or Stay this Action, and hereby adopts and incorporates by reference their Reply and supporting Memorandum and Exhibits, as if fully set forth herein. AIIC also refers this Honorable Court to its Motion to Dismiss or Stay (Docket Number 84) and First State Insurance Company's Motion to Dismiss or Stay and supporting Memorandum (Docket Numbers 71 and 72).

To the extent permitted by Local Rules or by further Order of this Court, AIIC reserves the right to file and serve additional papers in further support of this Reply and the Motion to Dismiss the Amended Complaint or otherwise respond as needed.

Respectfully submitted,

ASSOCIATED INTERNATIONAL
INSURANCE COMPANY

/s/ Jodi V. Zagorin
David D. Hudgins (D.C. Bar # 362451)
Jodi V. Zagorin (D.C. Bar # 472225)
Hudgins Law Firm
515 King Street, Suite 400
Arlington, Virginia 22314
Tel: (703) 739-3300
Fax: (703) 739-3700

Dated: November 7, 2005

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of November 2005, a true and accurate copy of the foregoing has been duly served on counsel of record by the manner indicated on the ECF Notice of Electronic Filing to the following:

| | |
|---|---|
| Daniel E. Chefitz, Esquire<br>Brooke Clagett, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | *Counsel for Plaintiff Whitman Insurance Company* |
| M. Elizabeth Medaglia, Esquire<br>Julie Selesnick, Esquire<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036 | *Counsel for American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company* |
| Elizabeth Hamlin, Esquire<br>Antonio D. Favetta, Esquire<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042 | *Counsel for Allianz Insurance Company* |
| William J. Bowman<br>Edward B. Parks, II<br>Paula P. Skalaban<br>Hogan & Hartson LLP<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004 | *Counsel for First State Insurance Company* |
| Elizabeth B. Sandza, Esquire<br>David M. Ross, Esquire<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, NW<br>Washington, DC 20009 | *Counsel for Hudson Insurance Company* |

| | |
|---|---|
| William G. Ballaine<br>Louis G. Corsi, Esquire<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271 | *Counsel for TIG Insurance Company* |
| Clifton S. Elgarten, Esquire<br>Barry M. Parsons, Esquire<br>Kathryn A. Underhill, Esquire<br>Crowell & Morning, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | *Counsel for Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company* |
| Margaret H. Warner, Esquire<br>Richard Rogers, Esquire<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, NW<br>Washington, D.C. 20005<br><br>Barry R. Ostrager, Esquire<br>Jonathan K. Youngwood, Esquire<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | *Counsel for Travelers Insurance Company* |
| Michael John Zoeller<br>Baach, Robinson & Lewis, PLLC<br>1201 F Street, N.W.<br>Suite 500<br>Washington, D.C. 20005<br><br>Eileen T. McCabe, Esquire<br>Anna R. Newson, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 | *Counsel for Certain Underwriters at Lloyd's London* |
| Richard W. Driscoll, Esquire<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 | *Counsel for American Reinsurance Company, Employers Mutual Casualty Company* |

| | |
|---|---|
| Barbara E. Rutkowski, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esquire<br>J.W. Montgomery III, Esquire<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 | *Counsel for Pneumo Abex Corporation, LLC* |
| L. Barrett Boss, Esquire<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, D.C. 20006<br><br>John J. Dwyer, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | *Counsel for Federal Insurance Company* |
| Andrew Butz, Esquire<br>Bonner, Kiernan, Trebach & Crociata<br>1250 I Street, NW, Sixth Floor<br>Washington, D.C. 20005<br><br>Rolf Lindenhayn, Esquire<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 | *Counsel for Fireman's Fund Insurance;*<br>*National Surety Corporation* |
| Fred L. Alvarez, Esquire<br>Arthur J. McColgan, Esquire<br>Ryan M. Henderson, Esquire<br>Mark A. Deptula, Esquire<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 | *Counsel for Mt. McKinley Insurance Company* |

/s/ Jodi V. Zagorin
Counsel