**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>*Defendants*. | Civil Action No. 05-01125 (JGP)<br>Judge: Hon. John Garrett Penn |

### DEFENDANT HUDSON INSURANCE COMPANY'S JOINDER IN REPLY MEMORANDUM IN SUPPORT OF DEFENDANT FIRST STATE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY AMENDED COMPLAINT

Defendant Hudson Insurance Company ("Hudson"), by counsel, in lieu of filing a duplicative reply, hereby joins in the Reply Memorandum in Support of Defendant First State Insurance Company's Motion to Dismiss or Stay. Hudson joins, adopts and incorporates by reference the facts, arguments and authorities set forth in the Reply. Hudson further refers this Court to its Joinder to Defendant First State Insurance Company's Motion to Dismiss or Stay (Docket Number 78) and Defendant First State Insurance Company's Motion to Dismiss or Stay and Memorandum in support thereof (Docket Numbers 71 and 72).

Dated: November 7, 2005

Respectfully submitted,

/s/ David M. Ross
Elizabeth B. Sandza, D.C. Bar No. 415283
David M. Ross, D.C. Bar No. 461733
LeBoeuf, Lamb, Greene & MacRae LLP
1875 Connecticut Avenue, N.W.
Washington, D.C. 20009
202-986-8000

*Counsel for Hudson Insurance Company*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 7th day of November, 2005, a copy of the foregoing DEFENDANT HUDSON INSURANCE COMPANY'S JOINDER IN REPLY MEMORANDUM IN SUPPORT OF DEFENDANT FIRST STATE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following:

| **Company Representing** | **Name of Counsel** |
| --- | --- |
| The Travelers Indemnity Co. | Barry R. Ostrager<br>Jonathan K. Youngwood<br>SIMPSON, THATCHER & BARTLETT<br>425 Lexington Avenue<br>New York, NY 10017-3909 |

                                  /s/ David M. Ross
                                  David M. Ross, D.C. Bar No. 461733