UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et al.<br><br>Defendants. | Civil Action No. 1:05CV01125 |

## TIG INSURANCE COMPANY'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Defendant TIG Insurance Company ("TIG") hereby submits this Reply to plaintiff Whitman Insurance Company, Ltd.'s ("Whitman") Memorandum in Opposition (dated October 17, 2005) to Certain Insurer Defendants' Motions to Dismiss or Stay, including TIG's Motion to Dismiss dated September 16, 2005. As its Reply, TIG hereby joins in the Reply Memorandum in Support of First State Insurance Company's Motion to Dismiss or Stay dated November 7, 2005.

DATED: November 7, 2005

Respectfully submitted,

William G. Ballaine, #NY0027
LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

- and -

Louis G. Corsi (*pro hac vice* pending)
LANDMAN CORSI BALLAINE & FORD P.C.
120 Broadway, 27th Floor
New York, NY 10271

*Counsel for TIG Insurance Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2005, a copy of the foregoing TIG INSURANCE COMPANY'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class, postage prepaid, addressed to the following:

| Company Representing | Name of Counsel |
|---|---|
| Mt. McKinley Insurance Company | Rocco N. Covino, Esq.<br>Lord, Bissell & Brook LLP<br>885 Third Avenue, 26th Floor<br>Chicago, Illinois 10022 |
| Travelers Indemnity Company | Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3909 |

Louis G. Corsi (*pro hac vice* pending)

407167

-2-