UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Whitman Insurance Company, Ltd.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No.  05-1125 (JGP) |
| | : | |
| **Travelers Indemnity Company,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF TECHNICAL DIFFICULTIES IN FILING

The enclosed Reply Memorandum of Points and Authorities in Further Support of London Market Insurer Defendants' Motion to Dismiss and supporting declarations of Lynda Edwards and Christopher J. Serotta were filed electronically by the undersigned on November 7, 2005 at approximately 11:30 p.m.  Due to technical difficulties in the CM/ECF system, the filing was not captured.  It is being re-filed this morning.

November 8, 2005                                                         Respectfully Submitted,

                                                                                          /s/ Michael J. Zoeller
                                                                                         Martin R. Baach, No. 210377
                                                                                         Michael J. Zoeller, No. 426476
                                                                                         BAACH ROBINSON & LEWIS PLLC
                                                                                         1201 F Street, NW, #500
                                                                                         Washington, DC  20004
                                                                                          (202) 659-7217
                                                                                         Fax:  (202) 466-5738

Eileen T. McCabe, Esq.
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019-6829

*Counsel for Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies*