UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>TRAVELERS INDEMNITY COMPANY, et. al., <br><br>　　　　　Defendants. | Case No.: 05-01125 <br><br> Judge John Garrett Penn |

## DECLARATION OF LYNDA EDWARDS

I, Lynda Edwards, am a citizen of the United Kingdom of Great Britain and Northern Ireland and, pursuant to 28 U.S.C. §1746, make this declaration under penalty of perjury based upon my knowledge of the membership records of Lloyd's, London, and, if personally called to testify as a witness in this matter, could testify as follows:

1.　　I am a Data Manager employed since 1994 by Lloyd's, London in the Members' Services Unit ("MSU"). As a Data Manager I have had and continue to have access to certain records kept by Lloyd's concerning Lloyd's Names participating in various Lloyd's syndicates subscribing to policies of insurance.

2.　　Having been notified by attorneys for Certain Underwriters at Lloyd's of London, in this action of the syndicates which participated in subscribing to the insurance policies specified in the Plaintiff's Amended Summons and Complaint in the above-captioned action, I searched the MSU database and Lloyd's archives for information regarding the shares of individual Names who subscribed their several shares of such policies.

3.  Based on my search of the MSU database and records maintained by the MSU, I determined that Peter Lowsley-Williams did not begin underwriting at Lloyd's of London until 1963.

4.  I affirm that the foregoing statements are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to penalties of perjury.

Executed on 4th November 2005 at Kent England.

_____
Lynda Edwards