UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Whitman Insurance Company, Ltd.,**      : | |
| : | |
| **Plaintiff,**      : | |
| v.      : | Civil Action No.  05-1125 (JGP) |
| : | |
| **Travelers Indemnity Company,** *et al.*,      : | |
| : | |
| **Defendants.**      : | |

### NOTICE

Attached are Exhibits 1 through 10 to the Declaration of Christopher J. Serotta filed in support of the Reply Memorandum of Points and Authorities in Further Support of London Market Insurer Defendants' Motion to Dismiss.

November 8, 2005                                                                   Respectfully Submitted,

                                                                                              /s/ Michael J. Zoeller
                                                                      Martin R. Baach, No. 210377
                                                                      Michael J. Zoeller, No. 426476
                                                                      BAACH ROBINSON & LEWIS PLLC
                                                                      1201 F Street, NW, #500
                                                                      Washington, DC  20004
                                                                      (202) 659-7217
                                                                      Fax:  (202) 466-5738

Eileen T. McCabe, Esq.
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019-6829

*Counsel for Defendants Certain Underwriters at Lloyd's, London*
*and Certain London Market Companies*