



NORTH AMERICA

881 SF

POLICY NO. ULL 0122 2U14664

RENEWING: NEW

RENEWED BY

ASSURED: I.C. INDUSTRIES INC. ETAL

CLIENT: ROLLINS, BURDICK, HUNTER AND CO., CHICAGO.

REF 1260, L 1920 – C 6489

REINSURANCE NOS.

DIRECT PLACING NO

# SIGNING SLIP

SPECIAL INSTRUCTIONS

FOR LLOYD'S USE

Please see L/6201s inside.

62817 * -8 JUN 1979

62204 * -8 JUN 1979

SIGNED 27 FEB 1981

FOR ILU USE

25 JAN 1980

Certified that this is a true, complete and up-to-date copy of the original written slip including all alterations up to date of submission.

FOR PSAC USE

| AUTHOR | BROKER | C/N SENT | PHOTO | CLOSER |
|---|---|---|---|---|
| JSD/RC 5.1.79. | S. | 4/2/79 | RC | RH |

TOTAL WRITTEN LINES — LEADING COMPANY — NUMBER OF POLICIES

SIGNED LINE %

NORTH AMERICA

881 SF

POLICY NO: ULL 0122 — 2V14664

RENEWING: NEW

RENEWED BY:

ASSURED: I.C. INDUSTRIES INC. ETAL

CLIENT: ROLLINS, BURDICK, HUNTER AND CO., CHICAGO.

REF.

Z REINSURANCE NO'S

DIRECT PLACING NO.

SPECIAL INSTRUCTIONS

FOR LLOYD'S USE

PSAC ORIGINAL SLIP — NOT TO BE USED AS COPY SLIP

FOR ILU USE

FOR PSAC USE

PSIO 2

PSAC PC NUMBER

P7906080003156

TO 1-4-79 ONLY. FOLLOWING 12 MOS. CANCELLED ON RP WITHW

| AUTHOR | BROKER | C/N SENT | PHOTO | CLOSER |
|---|---|---|---|---|
| JSD/RC 5.1.79. | S. | 11/1/79 | RC | RH |

| TOTAL WRITTEN LINES | LEADING COMPANY | NUMBER OF POLICIES SIGNED | UNSIGNED |
|---|---|---|---|
| 95.16 | | 2 | |

SIGNED LINE %

SIGNED LINE %

SEDGWICK FORBES
North American

881
SF

| POLICY NO. | REF. NO. |
|---|---|
| ULL 0122 | |

| REGISTRATION | V.A.T. | T.O.C. TRIBUNAL |
|---|---|---|
| | Z | |

| D.T.I. CODE | REGISTRATION CATEGORY | YEAR | MONTH |
|---|---|---|---|
| 4 | | 79 | 1 |

| ASSURED/ACCOUNT | ADJUST. SCHEME YES | NO |
|---|---|---|
| I.C. INDUSTRIES INC. ETAL | YES | NO |

| COUNTRY OF ORIGIN | MARINE | NON-MARINE | AVIATION |
|---|---|---|---|
| U.S.A. | | A | |

USB ✓ / US / NUS — OVERSEAS BROKERS: Rollins, Burdick, Hunter & Co. Chicago.

| CURRENCY U.S.$ | SIGNED LINE | GROSS PREMIUM |
|---|---|---|
| TOTAL | 100.0000% | 28,342.47. |
| LLOYD'S | 63.4380% | |
| ILU | - | |
| PSAC | 10.9697% | 3,109.08 |
| COMPANIES | 25.5923% | |

NET ABSOLUTE PREMIUM

| LLOYD'S | ILU | PSAC | COMPANIES |
|---|---|---|---|
| | | | |

| X | Y | Z |
|---|---|---|

| BUREAU SCHEME NO. | BROKER'S COVER NO. |
|---|---|
| M-18381 | |

L.915/A (rev. 4/77)

EFFECTIVE 1ST APRIL 1979

Noted and agreed that with effect from the above mentioned date underwriters lines are as follows and not as heretofore.

A.P. to new market [illegible] R.O. change at 1/4/79 and inclusion of Additional named Assured at 1/4/79.

| WRITTEN LINES | % ~~PART~~ OF ~~ORDER~~ WHOLE | ORDER | CLOSED FOR |
|---|---|---|---|
| | | 66.6667 | 100% |

FOR L.P.S.O. USE

SF

ATTACHING TO SLIP No. ULL 0122

**SECTION A**

| | | | |
|---|---|---|---|
| 1. Cables Checked | Yes | 2. Slip Details Checked | Yes |
| 3. (a) Participations Advised<br>(b) Companies Checked for State.<br>(c) Illinois Licensed/Unlicensed | Yes<br><br>Yes | 4. Commission Advised | Yes |
| | | 5. Advice Notes | ~~YES~~ NO |
| 6. Syndicates Nos. Complete | Yes | 7. Annual Check Card | ~~YES~~ NO |
| 8. N.C.A.D. Card | ~~YES~~ NO | 9. Guide Card | YES ~~NO~~ |

10. INITIALS JSD

**SECTION B**

| | | | |
|---|---|---|---|
| 1. Changes made on slip itself after carding advised to:—<br>(a) P.T. Section<br>(b) Z R/I | | 2. Amended Advice Note Issued | |
| | | 3. Initials | |

**SECTION C** (Cover Note Instructions)

| | | | |
|---|---|---|---|
| 1. Client Address Code | RBH1 | 2. Full Lloyd's Market | Yes |
| 3. Swett and Crawford | | 4. Illinois | |
| (a) Los Angeles | | (a) Licensed (all) | |
| (b) San Francisco | | (b) Unlicensed (all) | |
| (c) San Diego | | (c) Licensed/Unlicensed | X |
| 5. Our Reference. | JSD | 6. Policy or Slip Policy | |
| 7. Number of Copies | 3 | (a) Policy Wording (PY) | |
| 8. ~~Repeat Number~~ | 4 O/P. | (b) Slip Policy (SP) | |

**SECTION D**

1. COMMISSION 5%.

2. TAX 4% F.E.T. on 35.0252% being companies
3% State Tax on Unlicensed Underwriters and Companies

A.40 (rev. 11/75)

SEDGWICK FORBES NORTH AMERICA LIMITED

001 SF

| POLICY NO. | ULL 0122 | REF. NO. | |
|---|---|---|---|
| REGISTRATION | | V.A.T. Z | T.O.C. TRIBUNAL |
| D.T.I. CODE 4 | REGISTRATION CATEGORY | YEAR 79 | MONTH 1 |
| ASSURED/ACCOUNT | I.C. Industries Inc | ADJUST. SCHEME: ~~YES~~ | NO |
| COUNTRY OF ORIGIN | U.S.A. | MARINE / NON-MARINE A / AVIATION | |

USB ✓ / US / NUS — OVERSEAS BROKERS

| CURRENCY U.S.$ | SIGNED LINE | GROSS PREMIUM |
|---|---|---|
| TOTAL | 100.0000 % | 28,842.34 |
| LLOYD'S | 64.9748 % | 18,740.25 |
| ILU | | |
| PSAC | 10.5086 % | 3,030.93 |
| COMPANIES | 24.5166 % | 7,071.16 |

NET ABSOLUTE PREMIUM

| LLOYD'S | ILU | PSAC | COMPANIES |
|---|---|---|---|
| 16,634.36 | | 2,515.67 | 5,869.06 |

COMPUTER REMINDER LIST INSTRUCTIONS

ANNIVERSARY DATE (DAY / MONTH / YEAR) — N.C.A.D. INDICATOR: YES / NO — EXPIRY DATE: 01 03 80

OVERRIDING ANNIV. REMINDER MONTH — OVERRIDING EXPIRY REMINDER MONTH — MONTH NUMBER 01

AGENT & ASSURED — NO. OF DAYS C.C. — ANN. CHECK — ANN. INSTALMENT — INS. TYPE

POLFILE: 15/2/79 — AID: 24 MAY 1979 — POLFILE STAGE 1: 20 JUN 1979 — POLFILE STAGE 2: 22 APR 1981

X — Y — Z

BUREAU SCHEME NO. M-1481 — BROKER'S COVER NO.

**TYPE :** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM :** J(a) plus short excess wording t.b.a.- L/U following Underlying. Including Employee Benefit Liability but excluding claims arising from E.R.I.S.A. (1974).

**ASSURED :** I.C. INDUSTRIES INC. ETAL as Underlying. One Illinois Center, 111 East Wacker Drive, Chicago, Illinois. 60601.

SCE STICKER

**PERIOD :** 5th January 1979 - 1st March 1980.

**INTEREST :** Covering in respect of the Assured's operations.

**SUM INSURED :** $15,000,000 any one occurrence
$15,000,000 annual aggregate where in the Underlying

ONLY TO PAY THE EXCESS OF :

$35,000,000 any one occurrence
$35,000,000 annual aggregate where applicable.

**SITUATION :** Anywhere in the World.

**CONDITIONS :** Cancellation Clause - N.M.A. 1941.
S.S. Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Tax Clause (Companies only)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477.
N.M.A. 1685.

**PREMIUM :** $35,000 per annum plus Pro Rata.

**BROKERAGE :** 10% and 4% Tax (Companies only)
3% Illinois State Tax (Unlicensed Lloyd's and Companies)

| WRITTEN LINES | % PART OF ORDER WHOLE | ORDER | CLOSED FOR |
|---|---|---|---|
| | | 66.6667 | 100% of 66.6667 |

Hereon 64.9748% of 100% of 66.6667% of above lines and premium

PT (NMA) Leading Underwriters Agreement (NMA) — Annual Resigning t.b.a. Leading Underwriter. Agreed renew by Renewal Policy, if desired, without production of old slip or policy. Increases up to written lines plus 10% by 2 Leading Underwriters. Wordings, Schedules, Proposal Forms, Endts., TOR Signing and Offslips t.b.a. L/U. All insurers hereon to comply. Subject otherwise to CCSA 1950, Companies agree Authorisation Forms not required but Closing Instructions and Addenda will be sent for return (if necessary) within 14 days showing any objection, admin. change or amended reference.

FORMATION : (1979) Underlying Umbrella with various domestic Insurance Companies and is excess of Schedule of Underlying Insurances or S.I.R.

For further details see attached.

Underlying excludes:

1. Insurance and Real Estate E. and O.
2. I.C. Railroad operations (and Railroad Products as separately insured).
3. Pet. Inc.
4. Aviation Products.

SIGNED LINE %

9.7204

8.2177

1.5106

2.3566

10.5086

14.0080

NORTH AMERICA

PCW 618

HHM 273

JAH 948

903JB9L988bk

NA83959105JL28

W53 A

| | |
|---|---|
| 26.62% | Walbrook Ins. Co. Ltd. |
| 12.99% | "Winterthur" Swiss Ins. Co. |
| 6.49% | El Paso Ins. Co. Ltd. |
| 11.69% | Mutual Reinsurance Co. Ltd. |
| 12.99% | Dart Ins. Co. Ltd. |
| 11.04% | Bermuda Fire & Marine Ins. Co. Ltd. |
| 1.55% | Compagnie Européenne d'Assurances Industrielles S.A. |
| 6.49% | Bryanston Ins. Co. Ltd. |
| 9.74% | St. Katherine Ins. Co. Ltd. |

(A)

REF. 2036133 27786

For H.S. Weavers (Underwriting) Agencies Ltd.

W53 A

| | |
|---|---|
| 26.62% | Walbrook Ins. Co. Ltd. |
| 12.99% | "Winterthur" Swiss Ins. Co. |
| 6.49% | El Paso Ins. Co. Ltd. |
| 11.69% | Mutual Reinsurance Co. Ltd. |
| 12.99% | Dart Ins. Co. Ltd. |
| 11.04% | Bermuda Fire & Marine Ins. Co. Ltd. |
| 1.55% | Compagnie Européenne d'Assurances Industrielles S.A. |
| 6.47% | Bryanston Ins. Co. Ltd. |
| 9.74% | St. Katherine Ins. Co. Ltd. |

(B)

REF. 036156 02214

For H.S. Weavers (Underwriting) Agencies Ltd.

SIGNED LINE
SIGNED LINE %
10.5056
10% RAJ 799
8.1.29
A0134TPX
4.2034
4% AGO 918
LG2HX 08J9 1171
3.1526
2.1017
RAE 219
2.1017
2% FCD 126
0.5254
½% IRP 701
2.6272
1.7497
1.7498
1.5763
0.7882
1.3136
2.1017
2½% CJW 553
ABTHXX1884
9.1.79
HOLMES JRH 694
50% 469OLXX32542
JRH 694
50% 469OKXX32542
1½% RMO
002YIC1N8733
¾% DAG
002YIC1N00X9
ABG 243
7720X
2% D. W. GRAVES
DWG 471
AXL485IRC179
2.1017
5.7797
10.5056
2% JANSON BOLTON PJB 653
707
5½% JANSON BOLTON PJB 231
707
Stronghold
10%
S0404
PSAC
BUREAU SCHEME NO.
BROKER'S COVER NO.
objection, admin.

Sedgwick Forbes Bland Payne North America Limited

551 SFB

| Policy No. ULL0122 | Ref. No. | | |
|---|---|---|---|
| Registration | | V.A.T. Z | T.O.C. Tribunal |
| D.T.I. Code 4. | Registration Category | Year 79 | Month 1 |
| Assured/Account I.C. INDUSTRIES | | Adjust. Scheme YES | |
| Country of Origin USA. | Marine | Non-Marine A. | Aviation |
| U.S. Tax Code USB | Overseas Brokers Rollins, Burdick, Hunter Co. Chicago. | | |
| Currency US$. | Signed Line | Gross Premium | |
| Total | 100% | 28,342.47 | |
| Lloyd's | 35.46522 | 10,051.71 | |
| ILU | | | |
| PSAC | | | |
| Companies | | | |

Licensed Underwriters

Premium for the period 1/4/79 -80 and AP 1Ro. Additional named Assured w.e.f. 1/4/79.

| Line % | | | |
|---|---|---|---|
| 10.9697 | 799 | RAJ. | A0134TPX |
| 4.3880 | 918 | AGO | L62HX0859171 |
| 3.2909 | 219 | RAE | 977P |
| 2.1940 | 219 | RAE | 277P |
| 2.7424 | 553 | CJW | ABTHXX1884. |
| 1.8319 | 694 | ~~JRH~~ TJH | 4690LXX32542 |
| 1.6210 | 694 | ~~JRH~~ TJH | 4690LXX32542. |
| 0.6027 | 518 | DAS | 002YICIN00X9 |
| 1.3712 | 243 | ABG | 7720X |
| 2.1960 | 471 | DWG | AXL485IRC179 |
| 1.0970 | 653 | PJB | 707 |
| 2.7424 | 231 | PJB | 707. |
| 35.46522 | 6212 | | |

Uninitialled lines as agreement obtained on original slip.

**RE-SIGNING SHEET**

From: 1st April, 1979

To: 1st April, 1980

Syndicate change

65656 * 17 MAR 1981 — ILLINOIS — L.B.D. S. — 3 — 1A.

SIGNED 23 MAR 1981

ILLINOIS STAMPS
COUNTERSIGNED 23/10/80
COVER NOTE No. 1260

| Written % Lines Part of Order Whole | Order | Closed For |
|---|---|---|
| | 66.6667% | 100% of Order |

| Bureau Scheme No. | Broker's Cover No. |
|---|---|

NI 025

Sedgwick Forbes Bland Payne
North America Limited

551 SFB

| Field | Entry |
|---|---|
| Policy No. | VLL0122 |
| Ref. No. | |
| Registration | |
| V.A.T. | Z |
| T.O.C. Tribunal | |
| D.T.I. Code | 4 |
| Registration Category | |
| Year | 79 |
| Month | 1 |
| Adjust. Scheme | YES / ~~NO~~ |
| Assured/Account | I.C. INDUSTRIES INC ETAL |
| Country of Origin | USA. |
| Marine | |
| Non-Marine | A. |
| Aviation | |
| U.S. Tax Code | USB |
| Overseas Brokers | Rollins, Burdick, Hunter Co Chicago. |
| Currency | US$. |

| | Signed Line | Gross Premium |
|---|---|---|
| Total | 100% | 28,342.47. |
| Lloyd's | 27.97282% | 7,928.18 |
| ILU | | |
| PSAC | | |
| Companies | | |

RE-SIGNING SHEET

From: 1ST April, 1979.

To: 1ST April, 1980.

Syndicate change

Bureau Scheme No. | Broker's Cover No.

Unlicensed Underwriters

Premium for the period 1/4/79 -80 and A.P. IRO Additional Named Assured w.e.f. 1/4/79.

SURPLUS LINE

G5657 * 17 MAR 1981 SIGNED 2 - MAR 1981 | 1 | 5.4 A | 3 --

L.S.B. 5A

| Written % Lines ~~Part~~ of ~~Order~~ Whole | Order | Closed For |
|---|---|---|
| | 66.6667% | 100% of Order. |

| Line % | | | |
|---|---|---|---|
| 10.1470 | 989 | PJG | 903JB9L9880E |
| 0.8227 | 279 | CRE | 903JB9L9880E |
| 8.5783 | 618 | PCW- | NA8395905J28 |
| 1.5796 | 278 | HHM | NA8395905J28 |
| 2.4572 | 948 | JAH | NA8395905J28 |
| 2.1940 | 126 | FCD | 505 |
| 0.5486 | 701 | ~~RAP~~ MED | 505 |
| 1.6454 | 661 | RMO | 002YIC IN8733 |
| 27.9728 | 4600 | | |

Uninitialled lines as agreement obtained on original slip.

POLICY NO. UIL 0122

REF. NO.

REGISTRATION

| V.A.T. | T.O.C. TRIBUNAL |
|---|---|
| Z | |

| D.T.I. CODE | REGISTRATION CATEGORY | YEAR | MONTH |
|---|---|---|---|
| 4 | | 79 | 1 |

ASSURED/ACCOUNT: I.C. INDUSTRIES INC. ETAL

ADJUST. SCHEME: YES / NO

| COUNTRY OF ORIGIN | MARINE | NON-MARINE | AVIATION |
|---|---|---|---|
| U.S.A. | | A | |

USB / US / NUS — OVERSEAS BROKERS

| CURRENCY U.S.$ | SIGNED LINE | GROSS PREMIUM |
|---|---|---|
| TOTAL | 100.0000% | |
| LLOYD'S | 63.4380% | |
| ILU | - | |
| PSAC | 10.9697% | |
| COMPANIES | 25.5923% | |

NET ABSOLUTE PREMIUM

| LLOYD'S | ILU | PSAC | COMPANIES |
|---|---|---|---|
| | | | |

X / Y / Z

BUREAU SCHEME NO. / SPONSOR'S COVER NO.

EFFECTIVE 1st APRIL 1979

Noted and agreed that with effect from the above mentioned date underwriters lines are as follows and not as heretofore

| | | | |
|---|---|---|---|
| 10.1170 | 9.25% | 959 PJG | 905JB9L9SS0E |
| 0.8227 | 0.75% | 297 CRE | 905JB9L9SS0E |
| 8.5785 | 7.82% | 618 PCW | NAS595905J2S |
| 1.5796 | 1.44% | 278 HHM | NAS595905J2S |
| 2.4572 | 2.24% | 94S JAH | NAS595905J2S |
| 10.9697 | 10.00% | 799/RAJ | A0134TPX |
| 4.3880 | 4.00% | 918 AGO | LG2HX0SJ9171 |
| 3.2909 | 3.00% | 219 RAE | 977P |
| 2.1940 | 2.00% | 219 RAE | 277P |
| 2.1940 | 2.00% | 126 FCD | 505 |
| 0.5486 | 0.50% | 701 IRP | 505 |
| 2.7424 | 2.50% | 553 CJW | ABTHXX1SS4 |
| 1.8319 | 1.67% | 694 JRH | 4690LXX32542 |
| 1.8210 | 1.66% | 694 JRH | 4690KXX32542 |
| 1.6454 | 1.50% | 661 RMO | 002YICIN8733 |
| 0.8227 | 0.75% | 51S DAS | 002YICIN00X9 |
| 1.3712 | 1.25% | 243 ABG | 7720X |
| 2.1940 | 2.00% | 471 DWG | AXL4851RC179 |
| 1.0970 | 1.00% | 653 PJB | 707 |
| 2.7424 | 2.50% | 231 PJB | 707 |
| 63.4380 | 57.83% | Lloyd's Total | |

10.9697 10.00%
- 26.62% Walbrook Ins. Co. Ltd.
- 12.99% "Winterthur" Swiss Ins.
- 6.49% El Paso Ins. Co. Ltd.
- 11.69% Mutual Reinsurance Co.
- 12.99% Dart Ins. Co. Ltd.
- 11.04% Bermuda Fire & Marine Ins. Co. Ltd.
- 1.95% Compagnie Europeene D'Assurances Industriel S.A.
- 6.49% Bryanston Ins. Co. Ltd.
- 9.74% St. Katherine Ins.Co.Ltd.

15/5/79

| WRITTEN LINES | % OF WHOLE | ORDER | CLOSED FOR |
|---|---|---|---|
| | | 66.6667 | 100% |

FOR L.P.S.O. USE

Per H.S. Weavers (Underwriting) Agencies Ltd. Ref L03G15327786

- 26.62% Walbrook Ins.Co. Ltd.
- 12.99% "Winterthur" Swiss Ins.



5

| Signed Line | % | Syndicate | Reference |
|---|---|---|---|
| 10.1470 | 9.25% | 989 PJG | 903JB9L9880E |
| 0.8227 | 0.75% | 297 CHE | 903JB9L9880E |
| 8.5783 | 7.82% | 618 PCW | NA8395905J28 |
| 1.5796 | 1.44% | 278 HHM | NA8395905J28 |
| 2.4572 | 2.24% | 948 JAH | NA8395905J28 |
| 10.9697 | 10.00% | 799 RAJ | A0134TPX |
| 4.3880 | 4.00% | 918 AGO | LG2HX08J9171 |
| 3.2909 | 3.00% | 219 RAE | 977P |
| 2.1940 | 2.00% | 219 RAE | 277P |
| 2.1940 | 2.00% | 126 FCD | 505 |
| 0.5486 | 0.50% | 701 IRP | 505 |
| 2.7424 | 2.50% | 553 CJW | ABTHXX1884 |
| 1.8319 | 1.67% | 694 JRH | 4690LXX32542 |
| 1.8210 | 1.66% | 694 JRH | 4690KXX32542 |
| 1.6454 | 1.50% | 661 RMO | 002YICIN8733 |
| 0.8227 | 0.75% | 518 DAS | 002YICIN00X9 |
| 1.3712 | 1.25% | 243 ABG | 7720X |
| 2.1940 | 2.00% | 471 DWG | AXL4851RC179 |
| 1.0970 | 1.00% | 653 PJB | 707 |
| 2.7424 | 2.50% | 231 PJB | 707 |
| 53.4380 | 57.83% | Lloyd's Total | |

10.9697 10.00%

26.62% Walbrook Ins. Co. Ltd.
12.99% "Winterthur" Swiss Ins.Co.
6.49% El Paso Ins. Co. Ltd.
11.69% Mutual Reinsurance Co.Ltd.
12.99% Dart Ins. Co. Ltd.
11.04% Bermuda Fire & Marine Ins. Co. Ltd.
1.95% Compagnie Europeene D'Assurances Industrielles S.A.
6.49% Bryanston Ins. Co. Ltd.
9.74% St. Katherine Ins.Co.Ltd.

Per H.S. Weavers (Underwriting)Agencies Ltd. Ref L03G15327786

26.62% Walbrook Ins.Co. Ltd.
12.99% "Winterthur" Swiss Ins.Co.

14.6226 13.33%

6.49% El Paso Ins.Co.Ltd
11.69% Mutual Reinsurance Co. Ltd
12.99% Dart Ins. Co. Ltd.
11.04% Bermuda Fire & Marine Ins. Co. Ltd.
1.95% Compagnie Europeene D'Assurances Industrielles S.A.
6.49% Bryanston Ins. Co. Ltd.
9.74% St. Katherine Ins.Co.Ltd

Per H.S. Weavers (Underwriting) Agencies Ltd. Ref L03G156 02214

10.9697 10.00% Stronghold 217991 50404 PSAC

36.5620 33.33% Companies Total

| | | | |
|---|---|---|---|
| 14.6226 | 13.33% | 6.49% | El Paso Ins.Co.Ltd |
| | | 11.69% | Mutual Reinsurance Co. Lt |
| | | 12.99% | Dart Ins. Co. Ltd. |
| | | 11.04% | Bermuda Fire & Marine Ins. Co. Ltd. |
| | | 1.95% | Compagnie Europeene D'Assurances Industriel S.A. |
| | | 6.49% | Bryanston Ins. Co. Ltd. |
| | | 9.74% | St. Katherine Ins.Co.Lt |
| | Per H.S. Agencies | | Weavers (Underwriting) Ltd. Ref L03G156 02214 |
| 10.9697 | 10.00% | | Stronghold 217991 50404 PSAC |
| 56.5620 | 33.33% | | Companies Total |

PSAC Stronghold 8/404 15 S .79

SEDGWICK FORBES NORTH AMERICA LIMITED

881 SF

| ATTACHING TO POLICY NO. | ENDORSEMENT REF. | CURRENCY INSURED | GROSS PREMIUM |
|---|---|---|---|
| ILL. 0122 | | TOTAL | INCLUDED WITH ORIGINAL |
| REGISTRATION / V.A.T. / T.O.C. TRIBUNAL | | LLOYD'S | |
| SERIAL / REGISTRATION CATEGORY / YEAR / MONTH | | ILU | |
| ASSURED/ACCOUNT: I.C. INDUSTRIES INC. ETAL. | LEADING U/WR. 23/3/79 | PSAC | |
| | | COYS | |

Noted and agreed that this Policy is extended to expire on 1st April 1980.

Aggregate period hereon 5/1/79 – 1/4/80 ✓

PREMIUM : $ [illegible]

(Calculated at Pro-Rata)

SAB/RC
21.3.79.

| NET ABSOLUTE PREMIUM | | PSAC NUMBER AND DATE STAMP |
|---|---|---|
| LLOYD'S | ILU | |
| PSAC | COYS | |
| NUMBER AND DATE STAMP | | ILU NUMBER AND DATE STAMP |

INITIAL SYND./COY.

21799

L.P.S.O. D.E.O.

7

SEDGWICK FORBES
NORTH AMERICA LIMITED

881
SF

| ATTACHING TO POLICY NO. | ENDORSEMENT REF. | CURRENCY INSURED | GROSS PREMIUM |
|---|---|---|---|
| ULL.0122 | | TOTAL | |
| REGISTRATION / V.A.T. / T.O.C. TRIBUNAL | | LLOYD'S | |
| SERIAL / REGISTRATION CATEGORY / YEAR / MONTH | | ILU | |
| ASSURED/ACCOUNT: I.C. INDUSTRIES INC. ETAL. | LEADING U/WR. 2/4 79 | PSAC | |
| | | COYS | |

INITIAL SYND./COY.

Effective 1st April, 1979

Noted and agreed that with effect from the above-mentioned date the following is added as an additional Named Assured hereunder:-

PET INCORPORATED

ADDITIONAL PREMIUM:
Calculated at pro rata of $7500 annual.

SAB/LAL
2.4.79

| NET ABSOLUTE PREMIUM | | PSAC NUMBER AND DATE STAMP |
|---|---|---|
| LLOYD'S | ILU | |
| PSAC | COYS | NUMBER AND DATE STAMP |

Market change at 1/4/79. 6

Licensed Underwriters

| Currency US$ | Signed Line | Gross Premium ~~Ins. War~~ | ~~War only~~ |
|---|---|---|---|
| Total | 100% | 23,342.47 | (1) |
| Lloyd's | 38.1779% | 8,911.66 | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |
| Rate of Exchange | | STG. Equiv. | |
| L.P.S.O. No. and Date | | | |

LLOYDS POLICY SIGNING OFFICE
The RETURN has been Debited
on behalf of all the Syndicates
Subscribing to this policy
68628 * 24 MAR 1981

BA 121 ~~LINES, SYNDS. ETC., AS SLIP ATTACHED~~

Unlicensed Underwriters

| Currency US$ | Signed Line | Gross Premium ~~Ins. War~~ | ~~Warranty~~ |
|---|---|---|---|
| Total | 100% | 23,342.47 | |
| Lloyd's | 26.7969% | 6,255.06 | (2) |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |
| Rate of Exchange | | STG. Equiv. | |
| L.P.S.O. No. and Date | | | |

LLOYDS POLICY SIGNING OFFICE
RETURN has been settled
on behalf of all the Syndicates
subscribing to this policy
68627 * 24 MAR 1981

BA 121 LINES, SYNDS. ETC., AS SLIP ATTACHED

SF

ATTACHING TO SLIP No. ULL 0122

**SECTION A**

| | | | |
|---|---|---|---|
| 1. Cables Checked | Yes | 2. Slip Details Checked | Yes |
| 3. (a) Participations Advised (b) Companies Checked for State. | Yes | 4. Commission Advised | Yes |
| (c) Illinois Licensed/Unlicensed | Yes | 5. Advice Notes | ~~YES~~ / NO |
| 6. Syndicates Nos. Complete | Yes | 7. Annual Check Card | ~~YES~~ / NO |
| 8. N.C.A.D. Card | ~~YES~~ / NO | 9. Guide Card | YES / ~~NO~~ |
| 10. INITIALS JSD | | | |

**SECTION B**

| | | | |
|---|---|---|---|
| 1. Changes made on slip itself after carding advised to:– (a) P.T. Section (b) 2 R/I | | 2. Amended Advice Note Issued | |
| | | 3. Initials | |

**SECTION C** (Cover Note Instructions)

| | | | |
|---|---|---|---|
| 1. Client Address Code | RBHI | 2. Full Lloyd's Market | |
| 3. Swett and Crawford | | 4. Illinois | |
| (a) Los Angeles | | (a) Licensed (all) | |
| (b) San Francisco | | (b) Unlicensed (all) | |
| (c) San Diego | | (c) Licensed/Unlicensed | X |
| 5. Our Reference | JSD | 6. Policy or Slip Policy | |
| 7. Number of Copies | 3 | (a) Policy Wording (PY) | |
| 8. ~~Repeat Number~~ | 40/P | (b) Slip Policy (SP) | |

**SECTION D**

1. COMMISSION 5%

2. TAX 4% F.E.T. on 35.0252% being companies

3% State Tax on Unlicensed Underwriters and Companies