



EFFECTIVE 1ST APRIL 1972

Noted and agreed that with effect from
the above mentioned date underwriters
lines are as follows and not as heretofore

SF

| POLICY NO. | | | REF. NO. | V.A.T. | T.O.C. TRIBUNAL | | |
|---|---|---|---|---|---|---|---|
| ULL 0122 | | | | Z | | | |

| REGISTRATION | | REGISTRATION CATEGORY | | YEAR | MONTH |
|---|---|---|---|---|---|
| D.T.I. CODE | | | | 79 | 1 |
| 4 | | | | | |

| | ADJUST. SCHEME |
|---|---|
| | YES | NO |

ASSURED/ACCOUNT

I.C. INDUSTRIES INC. ETAL.

| MARINE | NON-MARINE | AVIATION |
|---|---|---|
| | A | |

COUNTRY OF ORIGIN

U.S.A.

OVERSEAS BROKERS

GROSS PREMIUM

| | CURRENCY | SIGNED LINE | | |
|---|---|---|---|---|
| USB | U.S. $ | 100.0000% | | |
| US | | | | |
| NUS | | | | |
| TOTAL | | | | |
| LLOYDS | | | | |
| ILU | | 10.96972 | | |
| PSAC | | | | |
| COMPANIES | | 25.59259 | | |

NET ABSOLUTE PREMIUM

| | | ILU | PSAC | COMPANIES |
|---|---|---|---|---|
| LLOYDS | | | | |

| TEN | % | OF | ORDER |
|---|---|---|---|
| | PART | WHOLE | 66.6667 |

CLOSED FOR
100%

FOR L.P.S.O. USE

10.1420   9.25%   989 · PJG  905JB9I9S8OE   6.49% El Paso Ins. Co. Ltd
0.8227   0.75%   297 · CRE  905JB9I9S8OE   11.69% Mutual Reinsurance Co.
                                                                        · Lt
8.578X   7.82%   618 · PCW  NAS395905J28   12.99% Dart Ins. Co. Ltd.
1.5796   1.44%   278 HHM  NAS395905J28   11.04% Bermuda Fire & Marine
2.4572   2.24%   948 JAH  NAS395905J28            Ins. Co. Ltd.
10.9697  10.00%  799/ RAJ  A013ATPX        1.95% Compagnie Europeene
4.3680   4.00%   918 AGO  LG2HKO8J9171           D'Assurances Industriel
3.2909   3.00%   219 · RAE  977P                          S.A.
2.1940   2.00%   219 · RAE  277P            6.49% Bryanston Ins. Co. Ltd.
2.1940   2.00%   126 · FCD  505              9.74% St. Katherine Ins.Co.Lt
0.5486   0.50%   701 · IRP  505              Weavers (Underwriting)
2.7424   2.50%   553 CJW  ABTHXX1884       Per H.S. Weavers (Underwriting)
1.8319   1.67%   694 JRII  4690LXX32542     Agencies Ltd. Ref 1O3G156 02214
1.821O   1.66%   694 JRII  4690KXX32542
1.6454   1.50%   661 · RNO  002YICIN9733 · .   10.00% Stronghold
0.8227   0.75%   518 · DAS  002YICIN0OX9            217991
1.571%   1.25%   243 ABG  7720X                  50404 PSAC
2.1940   2.00%   471 · DWG  AXIA851RC179
1.0970   1.00%   653 · PJB  707              33.33% Companies Total
2.7424   2.50%   231 · PJB  707

10.9697

36.5620

Per H.S. Weavers (Underwriting) Agencies Ltd.
Ref L03G156 02214

10.9697

65.4380  57.83% Lloyd's Total

26.62% Walbrook Ins. Co. Ltd.
12.99% "Winterthur" Swiss Ins.Co.
6.49% El Paso Ins. Co. Ltd.
11.69% Mutual Reinsurance Co.Ltd.
12.99% Dart Ins. Co. Ltd.
11.04% Bermuda Fire & Marine
       Ins. Co. Ltd.
1.95% Compagnie Europeene
      D'Assurances Industrielles
                S.A.
6.49% Bryanston Ins. Co. Ltd.
9.74% St. Katherine Ins.Co.Ltd.

Per H.S. Weavers (Underwriting)Agencies
Ltd. Ref L03G15327786

26.62% Walbrook Ins.Co. Ltd.
12.99% "Winterthur" Swiss Ins. Co.

Sedgwick Forbes Bland Payne
North America Limited

551
SFB

Policy No. *UHA 0205*   Ref. No.

V.A.T. [Z]   T.O.C. Tabard

**TYPE:**  EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:**  J(a) plus short excess wording following Underlying, as expiring or t.b.a. L/U. Including W.C.A. and F.L.H.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from E.R.I.S.A. (1974)

**ASSURED:**  I.C. INDUSTRIES INC. ETAL. One Illinois Center, 111 Eat Wacker Drive, Chicago, Illinois.

**PERIOD:**  12 months at 1st April 1980.

**INTEREST:**  Covering in respect of the Assured's operations.

**SUM INSURED:**  $25,000,000 any one occurrence, $25,000,000 annual aggregate where in the Underlying ONLY TO PAY THE EXCESS OF : $25,000,000 any one occurrence, $25,000,000 annual aggregate where applicable.

**SITUATION:**  Anywhere in the world

**CONDITIONS:**  Cancellation Clause — N.M.A. 1941.
S.S. Clause (John G. Smith — Licensed Underwriters)
(Thomas R. Strang — Unlicensed Underwriters)
Tax Clause (Companies Only)
Notice of loss to Rollins Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477
N.M.A. 1685.

Reference

D.T.I. Code   4

Assured/Account   I.C. INDUSTRIES INC ETAL

Country of Origin   U.S.A.

Overseas Brokers   Rollins Burdick Hunter Co Chicago

US$ ✓
US
NUS

Currency   U.S.$

Signed Line   100.00

Total   100.00
28.43
14.68

PSAC   29.57

Written % Order   Order W'on

$10,000,000

Handwritten note (right margin): NOTE 55.95% of 40% of the above limits and premium



Sedgwick Forbes Bland Payne
North America Limited

551
SFB

Policy No. UHA 0205    Ref. No.

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying, as
expiring or t.b.a. L/U.
Including W.C.A. and F.I.L.H.W.A. (in respect of State of Ohio)
and Employee Benefit Liability following Underlying
Umbrella, but excluding claims resulting from
E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying,
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April 1980.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying
ONLY TO PAY THE EXCESS OF :
$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable.

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941.
S.S. Clause (John G. Smith Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Tax Clause (Companies only)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477
N.M.A. 1685.

hereon 4.68% of 40% of the above Premium and Limits

V.A.T. N    I.O.C. Tribunal

Year 80    Month 4

Reparation Category

D.T.I. Code 4    Adjust Scheme    YES NO

Assured/Account
I.C. INDUSTRIES INC ETAL

Country of Origin U.S.A.    Marine / Non-Marine A / Aviation

USB    US    NUS

Overseas Broker: Rollins Burdick Hunter Co. Chicago

Currency U.S.$    Signed Line

Total 100.00    Gross Premium 32,000.00

Lloyd's / Companies 27.52 / 28.43    4,697.60

ILU 14.68

PSAC 29.37

Net Absolute Premium    Companies

Lloyd's    ILU    PSAC

Computer Reminder List Instructions
N.C.A.D. Indicator    YES    NO    Expiry Date Day Month Year

Anniversary Date Day Month Year

Overriding Anniv. Reminder Month

Overriding Expiry Reminder Month

Month Number

Month Number

No. of Days C.C.    Am. Check    Am. Instalment

Written %    OL Order    Order    Closed For

Policies & No. of Copies    Policy Disposal    $10,000,000    100% $466

Case Obld    Incl. Policies    07.5 OCT 1980

Bureau Scheme No.    2 0 MAR 1981



8/1 SF

ATTACHING TO SLIP No. — UMA 0205

**SECTION A**

| | | | | |
|---|---|---|---|---|
| 1. Cables Checked | ✓ | 2. Slip Details Checked | ✓ | |
| 3. (a) Participations Advised | | 4. Commission Advised | ✓ | |
| (b) Companies Checked for State. | | | | |
| (c) Illinois Licensed/Unlicensed | ✓ | 5. Advice Notes | YES / NO | YES |
| 6. Syndicate Nos Complete | ✓ | 7. Annual Check Card | YES / NO | YES |
| 8. N.C.A.D. Card | YES / NO — NO | 9. Guide Card | YES / NO | NO |
| 10. INITIALS SMSG | | | | |

**SECTION B**

1. Changes made on slip itself after carding advised to:-
   (a) P.T. Section
   (b) Z R/I
2. Amended Advice Note Issued
3. Initials

**SECTION C** (Cover Note Instructions)

2. Full Lloyd's Market ✓ — YES
4. Illinois ✓
   (a) Licensed (all)
   (b) Unlicensed (all)
   (c) Licensed/Unlicensed

**SECTION D**

1. Client Address Code
3. Swett and Crawford
   (a) Los Angeles
   (b) San Francisco
   (c) San Diego
5. Our Reference — SMSG
6. Policy or Slip Policy
   (a) Policy Wording (PY)
7. Number of Copies — 3
   (b) Slip Policy (SP)
8. Decimal Places — 2

1. COMMISSION 10%
2. TAX 7% or 44.05% Using all Companies
   3% on 28.43% Using Lloyds
   Unlicensed Syndicate.

NORWICH



Sedgwick Forbes Bland Payne
North America Limited

551 SFB

Policy No. UMA0205    Ref. No.

V.A.T.    T.O.C. Tribunal

D.T.I. Code 4    Registration Category    Year 80    Month 4    Adjust. Scheme    NO.

Assured/Account: I.C. Industries Inc. Etal.

Country of Origin: USA    Marine    Non-Marine A.    Aviation

U.S. Tax Code: USR    Overseas Broker: Rollins, Burdick, Hunter Co. Chicago

Currency: US$    Signed Line: 100%  26.60%    Gross Premium

Total: 100%  32,000.00
Lloyd's: 26.60%  8,512.00
ILU:
PSAC:
Companies:

Bureau Scheme No. M-16-3-81    Broker's Cover No.

RE-SIGNING SHEET

From: 1ST April, 1980
To: 1ST April, 1981

Unlicensed Underwriters

SLIP POLICY—NORMAL ANNUAL RESIGNATURE
(Approved by Lloyd's Underwriters' Non-Marine Association)

Whereas certain Underwriting Members of Lloyd's (hereinafter called " the Reinsured ") who subscribe the Lloyd's Policy specified overleaf (hereinafter called the " Reinsured Policy ") have paid the Provisional Premium specified to Us, who have hereunto subscribed our Name to reinsure them in respect of their liability under the Reinsured Policy during the period specified overleaf...

And Whereas this Policy is a reinsurance of the Reinsured Policy, and is subject to the terms and conditions contained therein and shall pay as may be paid thereon.

Now Know We that ... the Underwriters, members of the Syndicate(s) referred to in the Slip whose names and whose respective proportions of the amount subscribed by the respective Syndicates (as stated in the Slip) appear ...

In Witness whereof the General Manager of Lloyd's Policy Signing Office has subscribed his Name on behalf of each of Us.
LLOYD'S POLICY SIGNING OFFICE
GENERAL MANAGER

NMA 1178

Written % of Order
Lines Part    Whole    Order 40%  100% of Order    Closed For

62896 * ~7OCT 1980
SIGNED -2 FEB 1981    SA

Signed Line *
18.35    989    PSG    025M89L9880C
1.83     279    CRE    025M89L9880C
4.59     126    FCD    505
1.83     701    MED    505
26.60% 2095



Licensed Underwriters

**SLIP POLICY—NORMAL ANNUAL RESIGNATURE**
(Approved by Lloyd's Underwriters' Non-Marine Association)

**Whereas** certain Underwriting Members of Lloyd's (hereinafter called "the Reinsured") who subscribe the Lloyd's Policy specified overleaf (hereinafter called the "Reinsured Policy") have paid the Provisional Premium specified to Us, who have hereunto subscribed our Names to reinsure them in respect of the sum insured, the Reinsured Policy being and insured under the several matters in the Slip overleaf.

The Reinsured agree to pay us premium hereunder that proportion of the premium due under the Reinsured Policy which is applicable to its period of this reinsurance, and the provisional premium shall be adjusted if and when necessary.

And **Whereas** this Policy is a reinsurance of the Reinsured Policy, and is subject to the terms and conditions contained therein and shall pay as may be paid thereon.

**Now Know Ye** that We, the Underwriters, members of the Syndicates) referred to in the Slip whose names and whose respective proportions of the amount subscribed by the respective Syndicates (as stated in the Slip) appear in the list of Syndicates kept at Lloyd's current at the date hereof, hereby bind Ourselves, each for his own part and not one for another, our Heirs, Executors and Administrators, and in respect of his due proportion only, to pay or make good to the Reinsured all such Loss as aforesaid as may happen to the subject matter of this Reinsurance, or any part thereof during the continuance of this Policy; not exceeding 100% of the liability accepted by the Reinsured Policy, such payment to be made after such Loss is proved.

**In Witness** whereof the General Manager of Lloyd's Policy Signing Office has subscribed his Name on behalf of each of Us.
**LLOYD'S POLICY SIGNING OFFICE**

Dated in London, the
L.M.A. 1778

GENERAL MANAGER.

| Sedgwick Forbes Bland Payne North America Limited | | 551 SFB | | |
|---|---|---|---|---|
| Policy No. UMA0205 | Ref. No. | | | |
| Registration | V.A.T. | T.O.C. Tribunal | | |
| D.T.I. Code 4. | Registration Category | Year 80 | Month 4 | |
| | | | Adjust Scheme | |
| Assured/Account I.C. Industries Inc Etal. | Marine | Non-Marine A | Aviation | |
| Country of Origin USA | | | | |
| U.S. Tax Code USR | Overseas Brokers Rollins Burdick Hunter Co chicago. | | | |
| Currency US$ | Signed Line 100% | Gross Premium | | |
| Total | 32,000.00 | | | |
| Lloyd's F59.3552 | | | | |
| ILU | | | | |
| PSAC | | | | |
| Companies | | | | |
| Bureau Scheme No. | Broker's Cover No. | | | |

**RE-SIGNING SHEET**

From: 1st April, 1980
To : 1st April, 1981

| | Rec Line | | | |
|---|---|---|---|---|
| 3.67 | 219 | RAE | 977P | |
| 1.83 | 219 | RAE | 277P | |
| 7.35 | 918 | AGO | L62HX28MO191 | |
| 1.10 | 653 | PJB | 707 | |
| 2.57 | 231 | PJB | 707 | |
| 1.84 | 694 | SRH | 469OLXX32542 | |
| 1.83 | 694 | SRH | 469OKXX325u2 | |
| 2.75 | 553 | CSW | ABT4XX5387 | |
| 1.83 | 471 | DWG | AXL485FRCR80 | |

| Written % of Order Lines Part | | D.A.J Closed For |
|---|---|---|
| Order 40% | | 100% g order |

ILLINOIS
62200 * -7 OCT 1980

SIGNED -2 FEB 1981

<u>ENDORSEMENT</u>

| Endorsement Reference | 1 | |
|---|---|---|

Date   28th May, 1982

Policy No.   551/UMA0205

To be attached to   Companies Collective

In the name of   I.C. Industries Inc.

RMS/pw.                                              ⌐₁ ⌐ᵥ. ₅ 𝜘

<u>Effective Inception</u>

It is hereby understood and agreed that where costs are not
included in the "Ultimate Net Loss" or any similar definition
contained in the Underlying Umbrella Policy/ies the following
shall be deemed to be additional Conditions to this wording:-

<u>INCURRING OF COSTS</u>

In the event of claim or claims arising which appear likely
to exceed the Underlying Umbrella Limits, no costs shall be
incurred by the Assured without the written consent of the
Underwriters.

<u>APPORTIONMENT OF COSTS</u>

Costs incurred by or on behalf of the Assured with the written
consent of the Underwriters and for which the Assured is not
covered by the Underlying Umbrella Policy/ies shall be
apportioned as follows:-

(i)     Should any claim or claims become adjustable prior
        to the commencement of trial for not more than the
        Underlying Umbrella Limits, then no costs shall be
        payable by the Underwriters.

(ii)    Should, however, the amount for which the said claim
        or claims may be so adjustable exceed the Underlying
        Umbrella Limits, then the Underwriters, if they
        consent to the proceedings continuing, shall contribute
        to the costs incurred by or on behalf of the Assured
        in the ratio that their proportion of the ultimate·
        net loss as finally adjusted bears to the whole amount
        of such ultimate net loss.

(iii)   In the event that the Assured elects not to appeal a
        judgment in excess of the Underlying Umbrella Limits,
        the Underwriters may elect to conduct such appeal at

                                                Continued....

ENDORSEMENT

| Endorsement Reference | 1 | |
|---|---|---|

Date     28th May, 1982                              Policy No. | 551/UMA0205 | | |

To be attached to     Companies Collective

In the name of     I.C. Industries Inc.

JG/pw.

_____

their own cost and expense and shall be liable for
the taxable court costs and interests incidental
thereto, but in no event shall the total liability of
the Underwriters exceed their limit of liability as
provided for in the wording, plus the expenses of
such appeal.

All other terms and conditions remain unchanged.

In witness whereof I being a representative of the Leading Company which is duly authorised by the Assurers have hereunto
subscribed my name on their behalf.

ENDORSEMENT          **LONDON COPY**

Assured

    I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where
costs are not included in the "Ultimate Net Loss" or any similar definition
contained in the Underlying Umbrella Policy/ies, the following shall be
deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the
Underlying Umbrella Limits, no costs shall be incurred by the Assured without
the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of
the Underwriters and for which the Assured is not covered by the Underlying
Umbrella Policy/ies shall be apportioned as follows: -

(i)    Should any claim or claims become adjustable prior to the commencement
of trial for not more than the Underlying Umbrella Limits, then
no costs shall be payable by the Underwriters.

(ii)   Should, however, the amount for which the said claim or claims may
be so adjustable exceed the Underlying Umbrella Limits, then the
Underwriters, if they consent to the proceedings continuing, shall
contribute to the costs incurred by or on behalf of the Assured in
the ratio that their proportion of the ultimate net loss as finally
adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in
excess of the Underlying Umbrella Limits, the Underwriters may elect
to conduct such appeal at their own cost and expense and shall be
liable for the taxable court costs and interest incidental thereto
but in no event shall the total liability of the Underwriters exceed
their limit of liability as provided for in the wording, plus the
expenses of such appeal.

All other terms,.causes and conditions remain unchanged.

Attached to and forming part of Policy No._____ Cover Note No. 1390
Issued to I C Industries Inc. Etal
Effective Date   April 1, 1980

By: Rollins Burdick Hunter

Signed _____
Authorized Representative

ㅜ

## ENDORSEMENT

Assured

I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows: -

(i)   Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii)  Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms,.causes and conditions remain unchanged.

Attached to and forming part of Policy No._____ Cover Note No. L2148____
Issued to I C Industries Inc. Etal_____
Effective Date__April 1, 1980_____

By:  Rollins Burdick Hunter

Signed _D.A.Wilson_____
Authorized Representative

FEB 8 1982

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVER NOTE PROVISIONS (FORM CN 4)

NUMBER **N° 1390**

**Name of Assured**

**1**

I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL  60601

**2**

EFFECTIVE ☒ 12.01 A.M.   BOTH DAYS AT
FROM ☐ 12:00 NOON   STANDARD TIME

April 1, 1980   TO   April 1, 1981

| | NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|---|
| Acting upon your instruction, we have effected the insurance with ➡ | UNDERWRITERS AT LLOYD'S, LONDON | 29.3500% part of 100% |

**3**

| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| See Attached Sheet | See Attached Sheet | | $9,392.00 |

**4**

AUDIT

TOTAL CHARGED $9,392.00

**5**

SPECIAL CONDITIONS
See Attached Sheet

*John B Smith*

COUNTERSIGNED

JUL  2 1980

**6**

Complaint Notice Attached

Attorney-In-fact-for
UNDERWRITERS
AT LLOYD'S LONDON
(NOT INCORPORATED)
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS  60603

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

By _____

Easton Printing Co. Chicago

PART TWO: THIS DECLARATIONS PAGE, WITH COVER-NOTE PROVISIONS (FORM NO. RBH SI-1) ARE MADE AS PART HEREOF.

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

COVER NOTE NUMBER L 2148

**Name and Address of Assured**

**1**

I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**2** EFFECTIVE ☒ 12:01 A.M. BOTH DAYS AT
FROM ☐ 12:00 NOON STANDARD TIME    FROM April 1, 1980    TO April 1, 1982

**3** Acting upon your instructions, we have effected the insurance with Underwriters at Lloyd's, London. The Underwriters at Lloyd's, London (not incorporated) do hereby bind themselves each for his own part, and not for one another, their heirs, executors and administrators.

| AMOUNT | RATE | PREMIUM |
|---|---|---|
| 26.6000% part of 100% of limits on Attached Sheet | | $8,512.00 |

**4**

LLOYD'S SURPLUS LINE
BROKERS ASSOCIATION
OF ILLINOIS
175 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603
JUN 17 1980
Thomas R. Stevens
SECRETARY

**5** COVERAGE

See Attached Sheet

**6** SPECIAL CONDITIONS
See Attached Sheet

Thomas L. Stevens — 115 South La Salle Street, Chicago, IL 60603

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

ROLLINS BURDICK HUNTER CO. AGENCY INC.
10 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606

BY _____

BROKER

COVERAGE:            Excess Broad Form Liability Insurance

FORM:                J(a) plus short excess wording following Underlying, as
                     expiring or to be agreed by Underwriters.
                     Including Workmen's Compensation Act and Federal
                     Longshoremen's and Harbour Workers Compensation Act
                     (in respect of State of Ohio) and Employee Benefit
                     Liability following Underlying Umbrella, but excluding
                     claims resulting from Employee Retirement Income Security
                     Act of 1974.

INTEREST:            Covering in respect of the Assured's operations.

SUM INSURED:         $10,000,000 any one occurrence
                     $10,000,000 annual aggregate where in the Underlying.
                     Part Of
                     $25,000,000 any one occurrence
                     $25,000,000 annual aggregate where in the Underlying.
                     Only To Pay The Excess Of
                     $25,000,000 any one occurrence
                     $25,000,000 annual aggregate where applicable.

SITUATED:            Anywhere in the World.

CONDITIONS:          N.M.A. 1941 Cancellation Clause (Illinois)
                     Service of Suit Clause (John G. Smith - Licensed
                     Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)
                     Notice of loss to Rollins, Burdick, Hunter and Company,
                     Chicago
                     N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability -
                     Direct (Broad) - U.S.A.
                     N.M.A. 1477 Radioactive Contamination Exclusion Clause -
                     Liability - Direct - U.S.A.
                     N.M.A. 1685 Seepage, Pollution and Contamination Clause
                     No. 3

PREMIUM:             $32,000 (100%)

SECURITY:            Underwriters at Lloyd's London
                     29.3500% part of 100%

                     *John B. Smith*
                     COUNTERSIGNED

                     JUL - 2 1980

                     Attorney-In-fact-for
                     UNDERWRITERS
                     AT LLOYD'S LONDON
                     (NOT INCORPORATED)
                     115 SOUTH LA SALLE STREET
                     CHICAGO, ILLINOIS  60603

COVERAGE:     Excess Broad Form Liability Insurance

FORM:     J(a) plus short excess wording following Underlying, as expiring or to be agreed by Underwriters.
Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from Employee Retirement Income Security Act of 1974.

INTEREST:     Covering in respect of the Assured's operations.

SUM INSURED:     $10,000,000 any one occurrence
$10,000,000 annual aggregate where in the Underlying.
Part Of
$25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying.
Only To Pay The Excess Of
$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable.

SITUATED:     Anywhere in the World.

CONDITIONS:     N.M.A. 1941 Cancellation Clause (Illinois)
Service of Suit Clause (John C. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter and Company, Chicago
N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.
N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.
N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3

PREMIUM:     $32,000 (100%)

SECURITY:     Underwriters at Lloyd's London
26,6000% part of 100%

ATTACHING TO AND FORMING PART OF POLICY NO. 551/ UMA.0205.

ADDENDUM NO. 3.

Where costs are not included in the "Ultimate Net Loss" or any
similar definition contained in the Underlying Umbrella Policy/ies,
the following shall be deemed to be additional Conditions to this
wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to
exceed the Underlying Umbrella Limits, no costs shall be incurred
by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written
consent of the Underwriters and for which the Assured is not
covered by the Underlying Umbrella Policy/ies shall be apportioned
as follows:-

(i)     Should any claim or claims become adjustable prior
        to the commencement of trial for not more than the
        Underlying Umbrella Limits, then no costs shall be
        payable by the Underwriters.

(ii)    Should, however, the amount for which the said claim
        or claims may be so adjustable exceed the Underlying
        Umbrella Limits, then the Underwriters, if they
        consent to the proceedings continuing, shall contribute
        to the costs incurred by or on behalf of the Assured in
        the ratio that their proportion of the ultimate net loss
        as finally adjusted bears to the whole amount of such
        ultimate net loss.

(iii)   In the event that the Assured elects not to appeal a
        judgment in excess of the Underlying Umbrella Limits,
        the Underwriters may elect to conduct such appeal at
        their own cost and expense and shall be liable for the
        taxable court costs and interest incidental thereto,
        but in no event shall the total liability of the
        Underwriters exceed their limit of liability as
        provided for in the wording, plus the expenses of such
        appeal.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

CLOSED 9 JUL 198