| Policy No. | UHA 0206 | | | | |
|---|---|---|---|---|---|
| | | | 551 SFB | | NORTH AMERICA |
| Renewing | ULL0561 | | | | |
| Assured | I.C. INDUSTRIES INC. ETAL. | | | | |
| Agent | ROLLINS, BURDICK, HUNTER AND CO., CHICAGO. | | Micro/Re/film No. & Date | L 17 APR 1980 N | |
| | | | NCAD Psd / Expiry Psd | | |
| Orders | | | Ply Recd Bk. BF & Agt Bk. | | |
| | | | Entd Stats | | |
| No. of Slips | 1 | | | | |
| Hereto Wrn | A 5% | | | | |
| Total Wrn | 40% | | Wording | | |
| Sign % | 10%, 4,25% | | | | |
| Reinsurance Nos. | | | Broker J.B. | | SIGNING SLIP |
| Direct Placing No. | | | | | |
| Covernote Sent/Dated | | | | | |
| Author SMSB/RC | 29.2.80. | | | | |
| Agmt No. & Dates | | | | | |
| | | | for LPSO Use | | |
| | | | for PSAC Use | | NORWICH |

**Agwick Forbes Bland Payne North America Limited**

Policy No. UHA 0206

| | |
|---|---|
| **TYPE:** | EXCESS BROAD FORM LIABILITY INSURANCE |
| **FORM:** | J(a) plus short excess wording following Underlying as expiring or t.b.a. L/U. Including W.C.A., and F.L.H.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding E.R.I.S.A. (1974). |
| **ASSURED:** | I.C. INDUSTRIES INC. ETAL as Underlying, One Illinois Center, 111 East Wacker Drive, Chicago, Illinois. |
| **PERIOD:** | 12 months at 1st April 1980. |
| **INTEREST:** | Covering in respect of the Assured's operations. |
| **SUM INSURED:** | $25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying<br>ONLY TO PAY THE EXCESS OF:<br>$50,000,000 any one occurrence<br>$50,000,000 annual aggregate where applicable. |
| **SITUATION:** | Anywhere in the World. |
| **CONDITIONS:** | Cancellation Clause - N.M.A. 1941.<br>S.S. Clause (John G. Smith - Licensed Underwriters)<br>(Thomas L. Stevens - Unlicensed Underwriters)<br>Tax Clause (Companies only)<br>Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.<br>N.M.A. 1256/1477.<br>N.M.A. 1685. |
| **PREMIUM:** | $37,500 |
| **BROKERAGE:** | 15% and 4% Tax (Companies only)<br>3% Illinois State Tax (Unlicensed Lloyd's and Companies). |
| **Written % of Order / Lines Part Whole** | Order: $5,000,000   Closed For: 100% 820% |
| **INFORMATION:** | (1980) As underlying. |

Hereon 25% of 20% as the above limits and premium.

Registration: 4 / Year 80 / Month 4
Country of Origin: U.S.A.
Currency: U.S.$
Total: 100.00
Underwriters Syndicate Lloyd's: 75.00
Companies: 25.00

-2 OCT 1980

M-18-3-81







**Bowring Forbes Bland Payne**
**North America Limited**

Policy No. UHA 0206      Ref. No.      551 SFB

| Registration | | | | | V.A.T | T.O.C Tribunal | | |
|---|---|---|---|---|---|---|---|---|
| D.T.I. Code | Registration Category | | | | N | Year | Month | |
| 4 | | | | | | 80 | 4 | |
| | | | | | | Marine | Non-Marine | Aviation | Adjust. Schedule |
| Assured/Account | | | | | | | | YES / NO |
| I.C. INDUSTRIES INC ETAL | | | | | | | A | |
| Country of Origin | | | | | | | | |
| U.S.A. | | | | | | | | |

Overseas Brokers: Rollins, Burdick, Hunter Co Chicago.

| | Signed Line | Gross Premium |
|---|---|---|
| USB | | |
| US | | |
| NUS | | |
| Currency U.S.$ | | |
| Total | 100.00 | 7,500.00 |
| Universal System Lloyd's | 75.00 | 5,625.00 |
| ILU | | |
| PSAC | 25.00 | |
| Companies | | |

Net Absolute Premium

| | Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|---|

Computer Reminder List Instructions

| Anniversary Date | | N.C.A.D Indicator | | Expiry Date | |
|---|---|---|---|---|---|
| Month | Year | YES | NO | Day | Month | Year |

| Day | | Overriding Anniv. Reminder Month | Month Number | Overriding Expiry Reminder Month | Month Number |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

| No. of Days C.C. | Ann. Check | Ann. Instalment | | |
|---|---|---|---|---|
| Policies & No. of Copies | | Policy Disposal | | |
| Case Chkd | | | | Polfile Stage 1 |
| Ind. Policies | Aid | | | 21 OCT 1980 |
| | | | | Polfile Stage 2 |
| Polfile | | | Z | 20 MAR 1981 |
| | | | | |
| | | | | Broker's Cover No. |
| Bureau Scheme No. | X | Y | Z | |

M-18.3.81

---

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying as expiring or t.b.a. L/U.
Including W.C.A., and F.L.H.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying,
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April 1980.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying
ONLY TO PAY THE EXCESS OF:
$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable.   JUN 17 1980   2149

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941.
S.S. Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Tax Clause (Companies only)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477.
N.M.A. 1685.

**PREMIUM:** $37,500

**BROKERAGE:** 15% and 4% Tax (Companies only)
3% Illinois State Tax (Unlicensed Lloyd's and Companies).

| Written % of Order Lines Part Whole | Order | Closed For |
|---|---|---|
| | $5,000,000 | 100% 820L |

**INFORMATION:** (1980) As underlying.

Hereon 75% of 20% of the above limits and premium

Leading underwriters agreement (N.M.A.) Off slip and/or Annual receipt of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and indicated by first two underwriters only.
D.T.I. (N.M.A.) Non-Marine Proposal Forms, Endts., and TOB Signings (Main slip only. Agreed lines endorsed as policy (N.M.A. 1779) if required
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed cancel for up to one calendar month as agreement to CCSA 1960. Main slip only irrespective of individual anniversary date notice of cancellation if any. Subject otherwise to CCSA 1960.
Leading Underwriter to sign off a form (for renewal within 14 days of necessary showing any objection, alteration, change or amended reference. By signing this slip separately to the CCSA 1960 subscribe the Leading CCSA 1960 company as agreed for PSAC to sign the policy on its behalf and accept this sub signing will be a valid signing for all the purposes of the CCSA 1960.
All known hereon to comply.





| ATTACHING TO SLIP No. | | 4MA 0206 | |
|---|---|---|---|
| **SECTION A** | | | |
| 1. Cables Checked | ✓ | 2. Slip Details Checked | ✓ |
| 3. (a) Participations Advised | ✓ | 4. Commission Advised | ✓ |
| (b) Companies Checked for State | | | |
| (c) Illinois Licensed/Unlicensed | ✓ | 5. Advice Notes | YES / NO |
| 6. Syndicates Nos. Complete | ✓ | 7. Annual Check Card | YES / NO |
| 8. N.C.A.D. Card | YES / NO | 9. Guide Card | YES / NO |
| 10. INITIALS  SMSB | | | |

**SECTION B**

| 1. Changes made on slip itself after carding advised to:— | | 2. Amended Advice Note Issued | |
|---|---|---|---|
| (a) P.T. Section | | 3. Initials | |
| (b) Z R/I | | | |

**SECTION C** (Cover Note Instructions)

| 1. Client Address Code | | 2. Full Lloyd's Market | Yes |
|---|---|---|---|
| 3. Swett and Crawford | | 4. Illinois ✓ | |
| (a) Los Angeles | | (a) Licensed (all) | |
| (b) San Francisco | | (b) Unlicensed (all) | |
| (c) San Diego | | (c) Licensed/Unlicensed | |
| 5. Our Reference | SMSB | 6. Policy or Slip Policy | |
| 7. Number of Copies | 3 | (a) Policy Wording (PY) | |
| 8. Decimal Places | 2 | (b) Slip Policy (SP) | |

**SECTION D**

1. COMMISSION  10%

2. TAX  7% on 25% being all Companies
         3% on 75% being Lloyds
         Unlicensed Syndicates

NORWICH

ENDORSEMENT

| Endorsement Reference | 1 |
|---|---|

Date  28th May, 1982

Policy No.  551/UMA0206

To be attached to  Lloyd's Underwriters

In the name of  I.C. Industries Inc.

RMS/pw.

### Effective Inception

It is hereby understood and agreed that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies the following shall be deemed to be additional Conditions to this wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at

Continued....

**ENDORSEMENT**

Date  28th May, 1982

Policy No. 551/UMA0206

Endorsement Reference 1

To be attached to  Lloyd's Underwriters

In the name of  I.C. Industries Inc.
JG/pw.

---

their own cost and expense and shall be liable for the taxable court costs and interests incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms and conditions remain unchanged.

ENDORSEMENT

Assured

I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows: -

(i)   Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii)  Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms, causes and conditions remain unchanged.


Attached to and forming part of Policy No. _____ Cover Note No L 2149
Issued to I C Industries Inc. Etal
Effective Date   April 1, 1980

By: Rollins Burdick Hunter

[Stamp: LLOYDS SURPLUS LINE BROKERS FEB 8 1982 Thomas L. Stevens ASSOCIATE SECRETARY ASSOCIATION OF ILLINOIS]

Signed _D.A. Wilson_
       Authorized Representative

## ENDORSEMENT

Date: 28th May, 1982

Endorsement Reference: 1
Policy No.: 551/UMA0206

To be attached to: Companies Collective

In the name of: I.C. Industries Inc.
RMS/pw.

### Effective Inception

It is hereby understood and agreed that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies the following shall be deemed to be additional Conditions to this wording:-

### INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

### APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at

Continued....

## ENDORSEMENT

| | |
|---|---|
| Endorsement Reference | 1 |

Date    28th May, 1982

Policy No.  551/UMA0206

To be attached to    Companies Collective

In the name of    I.C. Industries Inc.

JG/pw.

their own cost and expense and shall be liable for the taxable court costs and interests incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms and conditions remain unchanged.

In witness whereof I being a representative of the Leading Company which is duly authorised by the Assurers have hereunto subscribed my name on their behalf.

PART TWO THIS DECLARATIONS PAGE WITH COVER NOTE PROVISIONS (FORM NO. RBH SI-1) ARE MADE AS PART HEREOF.

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

COVER NOTE NUMBER  L  2149

**ITEM 1** — Name and Address of Assured

I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**ITEM 2** — EFFECTIVE ☒ 12:01 A.M.  BOTH DAYS AT
FROM ☐ 12:00 NOON  STANDARD TIME
FROM April 1, 1980  TO April 1, 1981

**ITEM 3** — Acting upon your instructions, we have effected the insurance with Underwriters at Lloyd's, London. The Underwriters at Lloyd's, London (not incorporated) do hereby bind themselves each for his own part, and not for one another, their heirs, executors and administrators.

**ITEM 4**

| AMOUNT | RATE | PREMIUM |
|---|---|---|
| 75.0000% part of 100% of Limits on Attached Sheet | | $5,625.00 |

**ITEM 5** — COVERAGE

See Attached Sheet

LLOYDS SURPLUS LI..
BROKERS ASSOCIATION
OF ILLINOIS
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603
JUN 17 1980

Thomas L. Stevens
SECRETARY

**ITEM 6** — SPECIAL CONDITIONS

See Attached Sheet

Thomas L. Stevens - 115 South La Salle Street, Chicago, IL 60603

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

ROLLINS BURDICK HUNTER CO. AGENCY, INC.
10 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606

BY_____

BROKER

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters.<br>Including Workmen's Compensation Act and Federal Longshoremen's and Habour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000 any one occurrence<br>$5,000,000 annual aggregate where in the Underlying Part Of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying Only To Pay The Excess of<br>$50,000,000 any one occurrence<br>$50,000,000 annual aggregate where applicable |
| SITUATED: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois).<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of Loss to Rollins, Burdick, Hunter and Company, Chicago.<br>N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $7,500 (100%) |
| SECURITY: | Underwriters at Lloyd's London<br>75,0000% part of 100% |

ATTACHING TO AND FORMING PART OF POLICY NO. 551/ UMA.0206.

ADDENDUM NO. 3.

*It is hereby understood and agreed, with effect from inception,*
that Where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i)   Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii)  Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.