

| dgwick Forbes Bland Payne North America Limited | | | | 55ᶜ SFB | |
|---|---|---|---|---|---|
| Policy No. **UHA 0207** | Ref. No. | | | | |
| Registration | | V.A.T. **Z** | T.O.C. Tribunal | | |
| D.T.I. Code **4** | Registration Category | Year **80** | Month **4** | Adjust. Scheme | |
| | | | | YES | NO |
| Assured/Account **I.C. INDUSTRIES INC ETAL** | | Marine | Non-Marine **R** | Aviation | |
| Country of Origin **U.S.A** | Overseas Brokers **Rollins, Burdick Hunter Co Chicago** | | | | |
| Currency **US$** | Signed Line | Gross Premium | | | |
| Total | 100.00 | **5,000.00** | | | |
|  Lloyd's | 15.71 | | | | |
|  Companies | 55.73 | | | | |
| ILU | | | | | |
| PSAC | 11.42 | **571.00** | | | |
| Companies | 17.14 | | | | |
| | | Net Absolute Premium | | | |
| Lloyd's | ILU | PSAC | Companies | | |

| Computer Reminder List Instructions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Anniversary Date | | N.C.A.D. Indicator | | Expiry Date | | | | |
| Day | Month | Year | YES | NO | Day | Month | Year | |
| | | | | | | | | |
| | | | Overriding Anniv. Reminder Month | Month Number | | | Overriding Expiry Reminder Month | Month Number |

| No. of Days C.C. | Ann. Check | Policy Disposal | | |
|---|---|---|---|---|
| Policies & No. of Copies Case Chkd Incl. Policies | | | PolFile Stage 1 **15 OCT 1980** | |
| 1. | | | PolFile Stage 2 **20 MAR 1981** | |
| 2. | Aid | | | |
| 3. | X | Y | Z | |
| 4. | | | | |
| Bureau Scheme No. **M-18.3.81** | | Broker's Cover No. | | |

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying as expiring or t.b.a. L/U.
Including W.C.A., and F.L.R.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying.
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April 1980.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying
ONLY TO PAY THE EXCESS OF:
$75,000,000 any one occurrence
$75,000,000 annual aggregate where applicable.

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941.
S.S. Clause (John G. Smith - Licensed Underwriters)
          (Thomas L. Stevens - Unlicensed Underwriters)
Tax Clause (Companies only).
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477.
N.M.A. 1685.

**PREMIUM:** $25,000

**BROKERAGE:** 15% and 4% Tax (Companies only)
5% Illinois State Tax (Unlicensed Lloyd's and Companies).

| | Order | Closed For |
|---|---|---|
| Written % of Order / Whole Lines ___ | $5,000,000 | 105/ $ 20/ |

**INFORMATION:** (1980) As Underlying.

Herein 11.42% & 20% of the above limits and Premium

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re-signings of terms policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plan 10% subject to agreement and initialment by first two underwriters only.
WT (S.M.A.)
N.M.A. 1779 if required
We accept... Scratches, Proposal Forms, Endts, and TOR Signings i.b.s. L/U Main slip only Agreed inter retainance slip policy IN M.A. 1779 if required
Agreed sign retainer receipt (if required without production of expiring slip or policy. Agreed retained for up to one calendar month on agreement LA. Main slip only) irrespective of individual anniversary Exty notice of cancellation addressed will be sent with a form (or forms for each sub-agreement necessary) of individual notice for clarity of any. Subject otherwise to CCSA 1960, companies agree authorisation form not required but cancel instructions and smart for PSAC to sign the policy on its behalf and accepts such signature to be as binding to all signatures of the CCSA 1960.
All Insurers herein to comply







Sedgwick Forbes Bland Payne North America Limited

Policy No. UHA 0207  551 SFB

| Registration | | | | | |
|---|---|---|---|---|---|
| D.T.I. Code | Registration Category | V.A.T. | T.O.C. Tribunal | Year | Month |
| A | | N | | 80 | 4 |
| | | | Adjust. Scheme | YES | NO |

Assured/Account: I.C. INDUSTRIES INC ETAL

| Country of Origin | Marine | Non-Marine | Aviation |
|---|---|---|---|
| U.S.A. | | A | |

USB ✓
US — Overseas Brokers: Rollins, Burdick, Hunter Co Chicago
NUS

Currency: U.S. $   G'tee Premium

| | Signed Line | |
|---|---|---|
| Total | 100.00 | $25,000 |
| Lloyd's | 15.71 | 48¢ |
| | 55.73 | |
| ILU | | |
| PSAC | 11.42 | |
| Companies | 17.14 | |

Net Absolute Premium

| | Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|---|

| Anniversary Date | | | Computer Reminder List Instructions | | | Expiry Date | |
|---|---|---|---|---|---|---|---|
| Day | Month | Year | N.C.A.D. Indicator | | | Day | Month | Year |
| | | | YES | NO | | | | |
| 1. | | | Overriding Anniv. Reminder Month | | | Overriding Expiry Reminder Month | |
| 2. | | | Month Number | | | Month Number | |
| 3. | | | | | | | |
| 4. | | | Ann. Check | Ann. Instalment | | | |

| No. of Days C.C. | | Policy Disposal |
|---|---|---|
| Policies & No. of Copies Incl. Policies | | |
| Case Chkd | Aid | |
| Policies | | PolFile Stage 1: 21 OCT 1980 |
| | | PolFile Stage 2: 20 MAY 1981 |

Bureau Scheme No.   X   Y   Z   Broker's Cover No.

---

TYPE: ✓ EXCESS BROAD FORM LIABILITY INSURANCE

FORM: ✓ J(a) plus short excess wording following Underlying as expiring or t.b.a. L/U.
✓ Including W.C.A., and F.L.H.W.A. (in respect of State of Ohio) and ✓ Employee Benefit Liability following Underlying Umbrella but excluding E.R.I.S.A. (1974).

ASSURED: ✓ I.C. INDUSTRIES INC. ETAL as Underlying. ✓ One Illinois Center, 111 East Wacker Drive, Chicago, Illinois. ✓

PERIOD: ✓ 12 months at 1st April 1980.

INTEREST: ✓ Covering in respect of the Assured's operations.

SUM INSURED:
- $25,000,000 any one occurrence
- $25,000,000 annual aggregate where in the Underlying ✓

ONLY TO PAY THE EXCESS OF:
- $75,000,000 any one occurrence
- $75,000,000 annual aggregate where applicable. ✓

SITUATION: ✓ Anywhere in the World.

CONDITIONS:
✓ Cancellation Clause - N.M.A. 1941.
✓ S.S. Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)
✓ Tax Clause (Companies only).
✓ Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
✓ N.M.A. 1256/1477.
✓ N.M.A. 1685.

PREMIUM: $25,000

BROKERAGE: 15% and 4% Tax (Companies only)
3% Illinois State Tax (Unlicensed Lloyd's and Companies).

INFORMATION: (1980) As Underlying.
Hereon 71.44% of 20% of the above limits and premium.

| Written % of Whole | Order | Closed For |
|---|---|---|
| | $5,000,000 | 10s/ & 2¢/ |

Slip leader agreement (N.M.A.) Off slip and/or required for signing of term Policies is to be indicated Leading and Market Underwriter only. Increases in agreed terms up to or within plus 10% subject to agreement and by the two underwriters only.

A)
Schedule: Proposal Form, Extn., and TOR Signings the U/C Main slip only. Agreed rates for signings of
(N.M.A. 1779) if required
on annual receipt of required without production of expiring slip or policy. Agreed rates for up to and
hereon on agreement. U/W. Main slip only inspection of individual expirations prior to continuation, if otherwise our agreement to CCSA 1960, companies agreeing amendment unless these forms are returned prior renewal.
All but Policies CCSA 1960, for return within 14 days of receipt showing that those signing the slip as
reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company in
per PSAC to sign the policy on its behalf and accept the said signing will be a valid signing for all the Purposes
CCSA 1960.
Slip signatories hereto to comply.

| | Signed Line % | | |
|---|---|---|---|
| | 5.71.219 | RAE | 292P |
| | 2.28.653 | PJB | 707 |
| | 4.86.231 | PJB | 707 |
| | 1.43.661 | RMD | 002Z11610734 |
| | 1.43.518 | DAS | 002Z11L14050 |
| | 15.71/2282 | | |

Licensed Syndicates

JUL 2 1980
13.9.1

**Sedgwick Forbes Bland Payne North America Limited**

| | 551 SFB |
|---|---|
| Policy No. JMA0207 | Ref. No. |
| Registration | V.A.T. / T.O.C. Tribunal |
| D.T.I. Code 4 | Registration Category | Year 80 | Month 4 |
| | | Adjust. Scheme YES / NO |
| Assured/Account I.C. Industries Inc Etal | Marine A. | Non-Marine | Aviation |
| Country of Origin USA | Overseas Brokers Rollins Burdick Hunter Co Chicago |
| U.S. Tax Code USR | Signed Line | Gross Premium |
| Currency US$ | | |
| Total | 100% | 5,000.00 |
| Lloyd's | 15.71/2 | 785.50 |
| ILU | | |
| PSAC | | |
| Companies | | |

**RE-SIGNING SHEET**

From: 1st April, 1980
To: 1st April, 1981

Written % of Order/Whole: 20% — 100% Order
Order: 62201 * - 9 OCT 1980
Closed For: 1A
SIGNED - 2 FEB 1981

Bureau Scheme No. M-18-3-81
Broker's Cover No.

| Sedgwick Forbes Bland Payne North America Limited | | 551 SFB | |
|---|---|---|---|
| Policy No. UMA0207 | Ref. No. | | |
| Registration | V.A.T. | T.O.C. Tribunal | |
| D.T.I. Code 4 | Registration Category | Year 80 | Month 4 |
| | | Adjust. Scheme | Aviation |
| Assured/Account I.C. Industries Inc Etal. | | Marine A. | Non-Marine |
| Country of Origin USA | Overseas Brokers Rollins, Burdick, Hunter Co Chicago | | |
| U.S. Tax Code USB | Signed Line | | |
| Currency US$ | | Gross Premium | |
| Total | 100% | 5,000.00 | |
| Lloyd's | 55.732 | 2,786.50 | |
| I.L.U. | | | |
| P.S.A.C. | | | |
| Companies | | | |

**RE-SIGNING SHEET**

From: 1ST April, 1980
To: 1ST April, 1981

| Signed Line % | | | | | | |
|---|---|---|---|---|---|---|
| 28.58 | 989 | PSG | 025MCIL9880F | | | |
| 2.86 | 303 | CRE | 025MCIL9880F | | | |
| 2.86 | 303 | CDR | GXXI2901 | | | |
| 14.29 | 126 | FCD | 505 | | | |
| 7.14 | 701 | MED | 505 | | | |
| 55.732 | 2398 | | | | | |

Unlicensed Syndicates

SIGNED LINE
COUNTERSIGNED Jul 17 1980
COVER NOTE No. 6 2150

Written % of Lines Page — Order / Whole — Order — Closed For
62842 * -9 OCT 1980    20%    100% of Order
SIGNED -2 FEB 1981    sA

LN 033

| ATTACHING TO SLIP No. | | | |
|---|---|---|---|
| SECTION A UMA0207 | | | |
| 1. Cables Checked | ✓ | 2. Slip Details Checked | ✓ |
| 3. (a) Participations Advised | | 4. Commission Advised | ✓ |
| (b) Companies Checked for State | | 5. Advice Notes | YES / NO |
| (c) Illinois Licensed/Unlicensed | ✓ | | |
| 6. Syndicates Nos. Complete | | 7. Annual Check Card | YES / NO |
| 8. N.C.A.D. Card | YES / NO | 9. Guide Card | YES / NO |
| 10. INITIALS SMSB | | | |

**SECTION B**

| 1. Changes made on slip itself after carding advised to:— | | 2. Amended Advice Note Issued | |
|---|---|---|---|
| (a) P.T. Section | | 3. Initials | |
| (b) Z R/I | | | |

**SECTION C (Cover Note Instructions)**

| 1. Client Address Code | | 2. Full Lloyd's Market | Yes |
|---|---|---|---|
| 3. Swett and Crawford | | 4. Illinois | ✓ |
| (a) Los Angeles | | (a) Licensed (all) | |
| (b) San Francisco | | (b) Unlicensed (all) | |
| (c) San Diego | | (c) Licensed/Unlicensed | |
| 5. Our Reference | SMSB | 6. Policy or Slip Policy | |
| 7. Number of Copies | 3 | (a) Policy Wording (PY) | |
| 8. Decimal Places | 2 | (b) Slip Policy (SP) | |

**SECTION D**

1. COMMISSION 10%
2. TAX 7% on 28.56% being all Companies
   3% on 55.73% being Lloyds Unlicensed Syndicates.

NORWICH

A.40 (rev. 3/78)

## ENDORSEMENT

Date  28th May, 1982

Policy No. 551/UMA0207

Endorsement Reference 1

To be attached to  Lloyd's Underwriters

In the name of  I.C. Industries Inc.
RMS/pw.

### Effective Inception

It is hereby understood and agreed that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies the following shall be deemed to be additional Conditions to this wording:-

### INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

### APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at

Continued....

**ENDORSEMENT**

| | |
|---|---|
| Endorsement Reference | 1 |

Date    28th May, 1982                    Policy No.    551/UMA0207

To be attached to    Lloyd's Underwriters

In the name of    I.C. Industries Inc.

JG/pw.

---

their own cost and expense and shall be liable for the taxable court costs and interests incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms and conditions remain unchanged.

LONDON COPY

ENDORSEMENT

Assured

I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows: -

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms, causes and conditions remain unchanged.


Attached to and forming part of Policy No._____  Cover Note No. 1391
Issued to I C Industries Inc. Etal
Effective Date  April 1, 1980

By: Rollins Burdick Hunter

FEB 1 0 1982

Signed _____
Authorized Representative

ENDORSEMENT

Assured

I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows: -

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms, causes and conditions remain unchanged.

Attached to and forming part of Policy No._____ Cover Note No. L 2150
Issued to I C Industries Inc. Etal
Effective Date  April 1, 1980

By: Rollins Burdick Hunter

Signed S.A. Wilson
Authorized Representative

ATTACHING TO AND FORMING PART OF POLICY NO. 551/UMA.0207.

ADDENDUM NO. 3.

Where ~~Where~~ *It is hereby understood and agreed, with effect from inception, that* costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i)   Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii)  Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

CLOSED  DATE 9 JUL 1982

| | | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|---|
| June 16, 1980 | | | |

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVER NOTE PROVISIONS (FORM CN 4)

| ITEM | | NUMBER Nº 1391 |
|---|---|---|
| 1 | **Name of Assured** | |
| | I C Industries Incorporated Etal. as Underlying<br>One Illinois Center<br>111 East Wacker Drive<br>Chicago, IL 60601 | |
| 2 | EFFECTIVE ☒ 12:01 A.M.  BOTH DAYS AT<br>FROM ☐ 12:00 NOON  STANDARD TIME | April 1, 1980  TO  April 1, 1981 |
| 3 | Acting upon your instruction, we have effected the insurance with: | NAME OF INSURERS / AMOUNT OR PERCENT<br>UNDERWRITERS AT LLOYD'S, LONDON  15.7100%<br>part of<br>100% |
| 4 | AMOUNT / COVERAGE / RATE / PREMIUM<br>See Attached Sheet   See Attached Sheet           $785.50<br><br>AUDIT                                             TOTAL CHARGED $785.50 | |
| 5 | SPECIAL CONDITIONS<br>See Attached Sheet<br><br>*John B. Smith*<br>COUNTERSIGNED | |
| 6 | Complaint Notice Attached | JUL - 2 1980<br>Attorney-in-fact-for<br>UNDERWRITERS<br>AT LLOYD'S LONDON<br>(NOT INCORPORATED)<br>115 SOUTH LA SALLE STREET<br>CHICAGO, ILLINOIS  60603<br>ROLLINS BURDICK HUNTER OF ILLINOIS, INC.<br><br>By  R J Kenny |

Eason Printing Co Chicago

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance. |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters. Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000.  any one occurrence<br>$5,000,000.  annual aggregate where in the Underlying.<br><br>Part of;<br><br>$25,000,000.  any one occurrence<br>$25,000,000.  annual aggregate where in the Underlying<br><br>Only To Pay The Excess of:<br><br>$75,000,000.  any one occurrence<br>$75,000,000.  annual aggregate where applicable. |
| SITUATION: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins Burdick Hunter and Company, Chicago.<br>N.M.A. 1256  Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477  Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685  Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $5,000.00 (100%) |
| SECURITY: | Underwriters at Lloyd's, London<br>15.7100% part of 100% |

*John B. Smith*
COUNTERSIGNED

JUL - 2 1980

Attorney-in-fact-for
UNDERWRITERS
AT LLOYD'S LONDON
(NOT INCORPORATED)
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

PART TWO: THIS DECLARATIONS PAGE WITH COVER NOTE PROVISIONS (FORM NO. RBH SI-1) ARE MADE AS PART HEREOF:

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

COVER NOTE NUMBER  L  2150

| ITEM | | |
|---|---|---|
| 1 | **Name and Address of Assured**<br><br>I C Industries Incrporated Etal. as Underlying<br>One Illinois Center<br>111 East Wacker Drive<br>Chicago, IL 60601 | |
| 2 | EFFECTIVE ☒ 12:01 A.M.  BOTH DAYS AT<br>FROM ☐ 12:00 NOON  STANDARD TIME    April 1, 1980    TO   April 1, 1981 | |
| 3 | Acting upon your instructions, we have effected the insurance with Underwriters at Lloyd's, London. The Underwriters at Lloyd's, London (not incorporated) do hereby bind themselves each for his own part, and not for one another, their heirs, executors and administrators. | |
| 4 | AMOUNT<br>55.7300% part of 100%<br>of Limits on Attached<br>Sheet | RATE | PREMIUM<br>$2,786.50 |
| 5 | COVERAGE<br>See Attached Sheet<br><br><br><br>LLOYD'S SURPLUS LINE<br>BROKERS ASSOCIATION<br>OF ILLINOIS<br>115 SOUTH LA SALLE STREET<br>CHICAGO, ILLINOIS 60603 | |
| 6 | SPECIAL CONDITIONS<br>See Attached Sheet<br><br>Thomas L. Stevens - 115 South La Salle Street, Chicago, IL 60603 | JUN 17 1980<br><br>*Thomas L. Stevens*<br>SECRETARY |

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

ROLLINS BURDICK HUNTER CO. AGENCY, INC.
10 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606

BY_____

BROKER

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance. |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters. Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000. any one occurrence<br>$5,000,000. annual aggregate where in the Underlying.<br><br>Part of:<br><br>$25,000,000. any one occurrence<br>$25,000,000. annual aggregate where in the Underlying<br><br>Only To Pay The Excess of:<br><br>$75,000,000. any one occurrence<br>$75,000,000. annual aggregate where applicable. |
| SITUATION: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins Burdick Hunter and Company, Chicago.<br>N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $5,000.00 (100%) |
| SECURITY: | Underwriters at Lloyd's, London<br>55.7300% part of 100% |