

NORWICH

SIGNING SLIP

551
SFB

TEAM
8

NORTH AMERICA

UNA0164

Receiving     UNA0205

Assured     I C INDUSTRIES INC. ETAL

Client     ROLLINS, BURDICK, HUNTER & CO.
CHICAGO, ILLINOIS

Orders     40/ (210,000,000)

No. of Slips     1     S+/.
Herwin Wm     S+/.
Total Wm     S+/.
Sign %     TL 42%57L.

Reinsurance Nos.

Direct Placing No.

Covernote Sent/
Dated

Author     SMSB/SH
47.3.81     Broker     S+0/3K9     Wording

Agent No. & Dates

No. & Date     L 8 4 8

M.F. No.     3 6

ACAD Pool Limit
Ply Retd Ind.
25% & AS Blk.

End Stats

For LPSO Use

62205 * 22 SEP 1981

62886 * 22 SEP 1981
LPSO - 8 APR 1982

For PSAC Use

U.P.S.O.

For ILU Use

Line     %

| Sedgwick Forbes Bland Payne North America Limited | | 551 SFB |
|---|---|---|

Policy No. UNA0164    Ref. No.

| Registration | | V.A.T. Z |
|---|---|---|
| D.T.I. Code | Registration Category | T.O.C. Tribunal |

Adjust. Scheme  YES / NO

| Marine | Non-Marine | Aviation |

Assured/Account  I C INDUSTRIES INC ET AL

Country of Origin  U.S.A.

Overseas Brokers  Rollins, Burdick, Hunter & Co. - Chicago

| Signed Line | | Gross Premium |
|---|---|---|
| Total | 100,000 | |
| Changed | 24.5215 | |
|  | 27.6186 | |

ILU  N.8511

PSAC  32.1428

Companies

| Net Absolute Premium | | | |
|---|---|---|---|
| Lloyd's | ILU | PSAC | Companies |

Computer Reminder List Instructions

| N.C.A.D. Indicator | | Expiry Date |
|---|---|---|
| YES | NO | Day  Month  Year |
|  |  | 0 1 0 4 8 2 |

| | Overriding Anniv. Reminder Month | Overriding Expiry Reminder Month |
|---|---|---|
| Month Number | 0 3 | 1 2 |

Anniversary Date

| Day | Month | Year |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

No. of Days C.C.

Policies & No. of Copies

Date Chkd
Incl. Policies

Policfile Stage 1   14 OCT 1981
Policfile Stage 2

Bureau Scheme No.    Broker's Cover No.

M-31-1-83

TYPE: **EXCESS BROAD FORM LIABILITY INSURANCE**

FORM: J(a) plus short excess wording following Underlying, as expiring or t.b.a. L/U.
INCLUDING: W.C.A. and F.L.H.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding Underlying claims resulting from E.R.I.S.A. (1974).

ASSURED: I C INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois

PERIOD: 12 months at 1st April, 1981.

INTEREST: Covering in respect of the Assured's operations.

SUM INSURED: $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying

**ONLY TO PAY THE EXCESS OF:**

$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable.

SITUATION: Anywhere in the World.

CONDITIONS: Cancellation Clause - N.M.A. 1914.
Service of Suit Clause (John F. Smith - Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477
N.M.A. 1685

PREMIUM: $15,800

Written %          Whole
Line

| Order | Closed For |
|---|---|
| 40% (10,000,000) | 10% 4x |



**BROKERAGE:** 15% and 4% Tax as applicable
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies)

**INFORMATION:** (1981) Underlying Umbrella with Northbrook Insurance Company (or t.b.a. L/U) and is excess of Schedule of Underlying Insurances or S.I.R.

Underlying Excludes:

1. Insurance and Real Estate E & O
2. I C Railroad Operations (and Railroad Products as separately insured).
3. Aviation Products (other than Jetway Airport Passenger Loading Equipment).

| | |
|---|---|
| 26.72% | Walbrook Ins. Co. Ltd. |
| 11.49% | "Winterthur" Swiss Ins. Co. |
| 8.91% | El Paso Ins. Co. Ltd. |
| 10.35% | Mutual Reinsurance Co. Ltd. |
| 18.39% | Dart Ins. Co. Ltd. |
| 9.19% | Bermuda Fire & Marine Ins. Co. Ltd. |
| 2.30% | Compagnie Européenne d'Assurances Industrielles S.A. |
| 5.75% | Bryanston Ins. Co. Ltd. |
| 6.90% | Louisville Ins. Co. Ltd. |

REF LOK22013600 8
FEDERAL EXCISE TAX ONLY TO BE DEDUCTED WHERE APPLICABLE
Karl S. Weavers (Underwriting) Agencies Ltd.

| | |
|---|---|
| 26.72% | Walbrook Ins. Co. Ltd. |
| 11.49% | "Winterthur" Swiss Ins. Co. |
| 8.91% | El Paso Ins. Co. Ltd. |
| 10.35% | Mutual Reinsurance Co. Ltd. |
| 18.39% | Dart Ins. Co. Ltd. |
| 9.19% | Bermuda Fire & Marine Ins. Co. Ltd. |
| 2.30% | Compagnie Européenne d'Assurances Industrielles S.A. |
| 5.75% | Bryanston Ins. Co. Ltd. |
| 6.90% | Louisville Ins. Co. Ltd. |

FEE LOK22804304
FEDERAL EXCISE TAX ONLY TO BE DEDUCTED WHERE APPLICABLE
Karl S. Weavers (Uncerning) Agencies Ltd.

Stronghold 2 2 5 5 5 5
S0404 PSAC

British National
B3002 PSAC



North America Limited                                    SLB

Policy No.  UNA 0164          Agreement No.

Registration          VAT    T O C Tribunal

Serial        Registration Category        Year    Month                    Lloyds    Total

                                          Leading U/Wr.                      ILU

Assured/Account                                                              PSAC

I C INDUSTRIES INC. ETAL                                                     Companies

Initial                                                                      SYND/COY

NORWICH

Effective 8th January, 1982 or date above D/C

It is hereby understood and agreed that coverage afforded
hereunder shall apply in respect of liability arising out
of the Assureds Railroad Products operations,as Underlying

INF.:

Estimated Values for 1982/83 for building and repairing
etc, are $3,110,000. As respects work on diesel locomotives
the Assured receives a Hold Harmless agreement from the
purchasing Railroad. No known or reported Group Up losses
since railroad products liability coverage first put into
effect in January, 1973.

Underlying Umbrella carrier Northbrook Insurance Company
has included Railroad Products liability coverage at
additional premium of $15,000 for the period 8th January,
1982 to 1st April, 1982.

For further details refer Rollins, Burdick & Hunter, Chicago
telex dated 6th January, 1982.

SMSB/SH
7.1.82

For LPSO Use                          For ILU Use          For PSAC Use

Taxable Companies

| Currency | Signed Line | Gross Premium |
|---|---|---|
| US$ | 100% | |
| Total | | 39000.00 |
| Lloyd's | | |
| ILU | | |
| P.S.A.C. Other Companies | | |
| Rate of Exchange | 3.5714 | STG Equiv. 1071.42 |

BKR. REF.   UNA0164   PSAC FC NO.   PB1081900020...
POLICY SIGNED
LINES, SYNDS, ETC., AS SLIP ATTACHED

BA 121

---

Non-Taxable Companies

| Currency | Signed Line | Gross Premium |
|---|---|---|
| US$ | 100% | |
| Total | | 39000.00 |
| Lloyd's | | |
| ILU | | |
| P.S.A.C. Other Companies | | 4.2857% |
| Rate of Exchange | | STG Equiv. 4,265.71 |

BKR. REF.   UNA0164   PSAC FC NO.   PB1681900020025
POLICY SIGNED
LINES, SYNDS, ETC., AS SLIP ATTACHED

BA 121

Sedgwick Forbes Bland Payne
North America Limited

**551
SFB**

Policy No. UNA-0164    Ref. No.

Registration #    V.A.T. No. 2    T.O.C. Tribunal

D.T.I. Code 4    Registration Category    Year 81    Month 4

Assured/Account    1 C INDUSTRIES INC ET AL    Adjust Scheme    YES    NO

Country of Origin    USA    Marine    Non-Marine    Aviation    A

U.S. Tax Code USB    Overseas Brokers    Rollins, Burdick, Hunter Co.

Currency USA    Signed Line 100%    Gross Premium    30,000.00

Total    27.67846    91.303.55

LLU    17.8571

Companies    32.1428

**RE-SIGNING SHEET**

From : 1ST April, 1981

To : 1ST April, 1982

Unlicensed Underwriters.

SURPLUS LINE
COUNTERSIGNED _____
COVER NOTE No. _____

Written %    Order    Closed For
Liner Fill    or Order    40% ($10,300.00)    100% of 40%
Whole

i 62886 * 22 SEP 1981
— 18.50. 28 APR 1982

(D.A.J)

Broker's Cover No.

Bureau Scheme No.

| Signed Line | % | 126 FCO | MED | 5059 6341 X A8 |
|---|---|---|---|---|
| 5.357% | | | | SO S 903 91XA81 |
| 2.0786 | 701 | MED | 120MA8L9885C |
| 1.7857 | 989 POG | | 120MA8L9885OC |
| 1.7857 | 274 CRE | | |

| Signed Line % | Number | Sig'n | Ref |
|---|---|---|---|
| 3.5715 | 219 | RAE | 977P. |
| 1.7657 | 219 | RME | 277P |
| 7.1424 | 918 | PGO | LG2HX01A119 |
| 1.6714 | 653 | PTB | 707 |
| 2.5000 | 231 | POB | 907. |
| 2.6786 | 553 | CJW | ASH |
| 1.7857 | 243 | ABG | 7720XQ |
| 1.7657 | 471 | RWG | AXL48FRC Ls |

Licensed Underwriters

ILLINOIS STAMPS
COUNTERSIGNED SEE 232 P39 /
COVER NOTE No. 1950

Written % or Order          Closed For
or Line Paid or Whole

9.076 (50000.00)   11075 5.605

ILLINOIS
62805 * 22 SEP 1981

8 APR 1982

---

**Sedgwick Forbes Bland Payne**
**North America Limited**

**551**
**SFB**

Policy No. UNA0164      Ref No.

Registration

| D.T.I. Code | Registration Category | V.A.T. | T.O.C. Tribunal |
|---|---|---|---|
| 4 | | 2 | |

Year Month
81 4

Assured/Account
I C INDUSTRIES INC ETAL

Adjust. Scheme   YES   NO

| Marine | Non-Marine | Aviation |
|---|---|---|
| | A | |

Country of Origin
U.S.A.

Overseas Brokers
Rollins, Burdick, Hunter Co

| U.S. Tax Code | Signed Line | Gross Premium |
|---|---|---|
| USB | | |

Currency
U.S. $

30,000 00

| Total | 100% | 
|---|---|
| SLIC | 22.3715 |
| Lloyds | 6,696.45 |
| ILU | |
| PSAC | 17.6571 |
| Companies | 32.1426 |

**RE-SIGNING SHEET**

From : 1st April, 1981.

To : 1st April, 1982.

Broker's Cover No.

Bureau Scheme No.

<u>ENDORSEMENT</u>

Date    5th November, 1982

To be attached to    LLOYDS UNDERWRITERS

| Endorsement Reference | O1 | |
|---|---|---|
| Policy No. 551/UNA0164 | | |

In the name of    I.C. Industries INC., Etal

JMG/VB

It is hereby understood and agreed that the coverage afforded by
this Policy is extended to include liability arising from the
Assured's Railroad Products operations as more fully described
in the Underlying Umbrella Policy/ies as referred to in the
wording of this Policy.

Notwithstanding anything contained herein to the contrary it
is understood and agreed that this extension of coverage
shall only apply to claims made during the period 8th January, 1982
and 1st April, 1983 both days at 12.01 a.m. Local Standard Time.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| August 3, 1981 | | |

PART TWO: THIS DECLARATIONS PAGE WITH COVER NOTE PROVISIONS (FORM NO. RBH 105)
ARE MADE AS PART HEREOF:

| ITEM | | |
|---|---|---|
| | NUMBER **C 7097** | |

**1**

*Name of Assured*

I C Industries Inc. Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**2**

EFFECTIVE ☒ 12:01 A.M.    BOTH DAYS AT
FROM ☐ 12:00 NOON    STANDARD TIME

April 1, 1981    TO    April 1, 1982

**3**

| | NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|---|
| Acting upon your instruction, we have effected the insurance with: → | Certain British Insurance Companies | 49.9999% part of 100% |

The Insurance Company(s) (hereinafter called the Insurers) do hereby bind themselves, each for itself and not for another, for the percentage shown hereon.

**4**

| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| See Attached Sheet | See Attached Sheet | See Attached Sheet | $14,999.97 |
| AUDIT | | TOTAL CHARGED | $14,999.97 |

**5**

SPECIAL CONDITIONS

See Attached Sheet

It is understood and agreed that when the participation as shown above is less than 100% this insurance shall run concurrently with and be subject to the same gross rate, terms, conditions and endorsements as more particularly set forth in and/or as may from time to time be added to Cover Note No. L 2330 issued by Lloyd's Underwriters on the same subject matter and risk.

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

**ROLLINS BURDICK HUNTER OF ILLINOIS, INC.**

By _D. A. Wilson_

6

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters. Including Worker's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $10,000,000 any one occurrence<br>$10,000,000 annual aggregate where in the Underlyin; Part of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlyin; Only to Pay The Excess of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where applicable. |
| SITUATED: | Anywhere in the World |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suite Clause (John G. Smith – Licensed Underwriters) (Thomas L. Stevens – Unlicensed Underwriters)<br>Notice of loss to Rollins, Burdick, Hunter & Compan Chicago<br>N.M.A. 1256 Nuclear Incident Exclusion Clause – Liability – Direct (Broad) – U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause – Liability – Direct – U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $30,000 (100%) |
| SECURITY: | 27.6786% part of 100% |

LLOYD'S SURPLUS LINE
BROKERS ASSOCIATION
OF ILLINOIS
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

SEP 2 1981

Thomas L. Stevens
SECRETARY

DATE ISSUED

**August 3, 1981**

PREVIOUS NO.

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVERNOTE PROVISIONS (FORM CN-1)

| ITEM | | NUMBER **L    2330** |
|---|---|---|

**1**  
*Name of Assured*  
I C Industries Inc. Etal. as Underlying  
One Illinois Center  
111 East Wacker Drive  
Chicago, IL 60601

**2** EFFECTIVE ☒ 12.01 A.M. BOTH DAYS AT FROM ☐ 12:00 NOON STANDARD TIME    **April 1, 1981**   TO   **April 1, 1982**

**3**
NAME OF INSURERS — AMOUNT OR PERCENT

Acting upon your instruction, we have effected the insurance with:  →  UNDERWRITERS AT LLOYD'S, LONDON    27.6786% part of 100% of Limits on Attached Sheet

**4**
| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| 27.6786% part of 100% of Limits on Attached Sheet | See Attached Sheet | See Attached Sheet | $8,303.58 |

AUDIT    TOTAL CHARGED  $8,303.58

**5** SPECIAL CONDITIONS

See Attached Sheet

LLOYD'S SURPLUS LINE BROKERS ASSOCIATION OF ILLINOIS 115 SOUTH LA SALLE STREET CHICAGO ILLINOIS 60603

SEP 2 1981

**6** NOTICE TO POLICYHOLDER

Thomas L. Stevens - 115 South LaSalle Street, Chicago, IL 60603 *Thomas L. Stevens*
SECRETARY

In witness whereof this covernote has been signed at    **Chicago, Illinois**    this **3rd** day of **August, 1981**

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

By  *D.A. Wilson*

COVERAGE:                    Excess Broad Form Liability Insurance

FORM:                        J(a) plus short excess wording following Underlying,
                             as expiring or to be agreed by Underwriters.
                             Including Worker's Compensation Act and Federal
                             Longshoremen's and Harbour Workers Compensation Act
                             (in respect of State of Ohio) and Employee Benefit
                             Liability following Underlying Umbrella, but
                             excluding claims resulting from Employee Retirement
                             Income Security Act of 1974.

INTEREST:                    Covering in respect of the Assured's operations.

SUM INSURED:                 $10,000,000 any one occurrence
                             $10,000,000 annual aggregate where in the Underlying.
                             Part of
                             $25,000,000 any one occurrence
                             $25,000,000 annual aggregate where in the Underlying.
                             Only to Pay The Excess of
                             $25,000,000 any one occurrence
                             $25,000,000 annual aggregate where applicable.

SITUATED:                    Anywhere in the World

CONDITIONS:                  N.M.A. 1941 Cancellation Clause (Illinois)
                             Service of Suite Clause (John G. Smith – Licensed
                             Underwriters) (Thomas L. Stevens – Unlicensed
                             Underwriters)
                             Notice of loss to Rollins, Burdick, Hunter & Company,
                             Chicago
                             N.M.A. 1256 Nuclear Incident Exclusion Clause –
                             Liability – Direct (Broad) – U.S.A.
                             N.M.A. 1477 Radioactive Contamination Exclusion
                             Clause – Liability – Direct – U.S.A.
                             N.M.A. 1685 Seepage, Pollution and Contamination
                             Clause No. 3

PREMIUM:                     $30,000 (100%)

SECURITY:                    Underwriters at Lloyd's, London 22.3215% part of 100%

*John B.Smith*

COUNTERSIGNED

SEP 30 1981

Attorney-in-fact for
UNDERWRITERS
AT LLOYD'S LONDON
(NOT INCORPORATED)
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| August 3, 1981 | | |

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVER NOTE PROVISIONS (FORM CN 4)

| ITEM | NUMBER | Nº 1450 |
|---|---|---|

**1**

*Name of Assured*

I C Industries Inc. Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**LONDON COPY**

**2** EFFECTIVE ☒ 12:01 A.M.  BOTH DAYS AT
FROM ☐ 12:00 NOON   STANDARD TIME     April 1, 1981   TO   April 1, 1982

**3**

| | NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|---|
| Acting upon your instruction, we have effected the insurance with: ➡ | UNDERWRITERS AT LLOYD'S, LONDON | 22.3215 part of 100% |

**4**

| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| | | | $6,698.45 |
| See Attached Sheet | See Attached Sheet | See Attached Sheet | |

AUDIT                                                    TOTAL CHARGED  $6,696.45

**5** SPECIAL CONDITIONS        NMA. 1941 ATTACHED

See Attached Sheet

*John B Smith*
COUNTERSIGNED

**6**

SEP 30 1981
Attorney-in-fact-for
UNDERWRITERS
AT LLOYD'S LONDON
(NOT INCORPORATED)
115 SOUTH LA-SALLE STREET
CHICAGO, ILLINOIS 60603

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

By _D. A. Wilson_