

Sedgwick Forbes Bland Payne North America Limited

Policy No. UNA.0165   551 SFB

Registration: V.A.T. [Z]   T.O.C. Tribunal

D.T.I. Code: 4   Registration Category   Year 81   Month 4   Adjust. Scheme: YES / NO

Assured/Account: IC INDUSTRIES INC ETAL

Country of Origin: USA   Marine / Non-Marine A / Aviation

USB ✓   US   NUS   Currency USA

Overseas Brokers: Rollins Burdick Hunter & Co., Chicago

Signed Line: 100.0000   Gross Premium: 7,500.00
Total Net Lloyd's Insured: 75.0000   5,625.00
ILU
PSAC
Companies: 25.0000

Net Absolute Premium
Lloyd's / ILU / PSAC / Companies

Computer Reminder List Instructions

Anniversary Date — Month/Year   N.C.A.D. Indicator: YES / NO   Overriding Anniv. Reminder Month: 03   Expiry Date: Day 01 Month 04 Year 82   Overriding Expiry Reminder Month   Month Number: 12

No. of Days C.C.   Ann. Check   Ann. Installment
Policies & No. of Copies: 6/LEP
Case Ch'kd Incl. Policies: 40.602 W/9/3/82   Policy Disposal
PolSlip: A/d   17 NOV 1981   PolSlip Stage 1
                                PolSlip Stage 2

3/11/81   Brokers Cover No.

bureau Scheme No.                            Y           N

M-31.1.83

---

TYPE: EXCESS BROAD FORM LIABILITY INSURANCE

FORM: J(a) plus short excess wording following Underlying, as expiring or t.b.a. L/U.
INCLUDING: W.C.A. and F.L.H.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from E.R.I.S.A. (1974).

ASSURED: IC INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois

PERIOD: 12 months at 1st April, 1981.

INTEREST: Covering in respect of the Assured's operations.

SUM INSURED: $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying

ONLY TO PAY THE EXCESS OF:

$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable

SITUATION: Anywhere in the World.

CONDITIONS: Cancellation Clause - N.M.A. 1941 (John G. Smith - Licensed Underwriters)
Service of Suit Clause (Thomas L. Stevens - Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago
N.M.A. 1256/1477
N.M.A. 1685

PREMIUM: $37,500

Written % of Order / Whole   Order: 20/(15,000,000)   Closed For: 100.% 20%
Lines Part

SURPLUS LINE
COUNTERSIGNED 5/21/1982
COVER NOTE NO. 5440332

[small print regarding underwriting agreement, N.M.A. Off slips, Lloyd's Non-Marine Underwriter, etc.]

| Sedgwick North America Limited | 551 SFB | Currency Insd | Gross Premium | | Initial SYND./COY |
|---|---|---|---|---|---|
| Policy No. UNA 0165 | Agreement No. | Total | | | |
| Registration | V.A.T. T.O.C. Tribunal | Lloyds | | | |
| Serial Registration Category Year Month | | ILU | | | |
| Assured/Account I C INDUSTRIES INC. ETAL | Leading U/Wr. 7/1/82 | PSAC | | | |
| | | Companies | | | |

<u>Effective 8th January, 1982 or date t b a L/U.</u>

It is hereby understood and agreed that coverage afforded hereunder shall apply in respect of liability arising out of the Assureds Railroad Products operations as Underlying.

<u>INF.:</u>   As Underlying.

SMSB/SH
7.1.82

NORWICH

| For LPSO Use | For ILU Use | For PSAC Use |
|---|---|---|

ENDORSEMENT

| Endorsement Reference | 01 |
|---|---|
| Policy No. | 551/UNA0165 |

Date  5ht November, 1982

To be attached to    LLOYDS UNDERWRITERS

In the name of    I.C. Industries INC., Etal

JMG/VB

It is hereby understood and agreed that the coverage afforded by this Policy is extended to include liability arising from the Assured's Railroad Products operations as more fully described in the Underlying Umbrella Policy/ies as referred to in the wording of this Policy.

Notwithstanding anything contained herein to the contrary it is understood and agreed that this extension of coverage shall only apply to claims made ~~during the period~~ 8th January, 1982 and ~~1st April, 1983 both days~~ at 12.01 a.m. Local Standard Time.



CLOSED | DATE 8.11.82

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| August 3, 1981 | | |

PART TWO: THIS DECLARATIONS PAGE WITH COVER NOTE PROVISIONS (FORM NO. RBH 105) ARE MADE AS PART HEREOF:

**ITEM** NUMBER **C 7098**

**1** *Name of Assured*
I C Industries Inc. Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**2** EFFECTIVE ☒ 12:01 A.M.   BOTH DAYS AT
FROM ☐ 12:00 NOON   STANDARD TIME
April 1, 1981 TO April 1, 1982

**3**
| | NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|---|
| Acting upon your instruction, we have effected the insurance with: | Certain British Insurance Companies | 25.0000% part of 100% |
| The Insurance Company(s) (hereinafter called the Insurers) do hereby bind themselves, each for itself and not for another, for the percentage shown hereon. | | |

**4**
| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| See Attached Sheet | See Attached Sheet | | $1,875.00 |
| AUDIT | | TOTAL CHARGED | $1,875.00 |

**5** SPECIAL CONDITIONS

It is understood and agreed that when the participation as shown above is less than 100% this insurance shall run concurrently with and be subject to the same gross rate, terms, conditions and endorsements as more particularly set forth in and/or as may from time to time be added to Cover Note No. **L 2332** issued by Lloyd's Underwriters on the same subject matter and risk.

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

**ROLLINS BURDICK HUNTER OF ILLINOIS, INC.**

By D A W Jr

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance |
| FORM: | J (a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters.<br>Including Worker's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000 any one occurrence<br>$5,000,000 annual aggregate where in the Underlying<br>Part of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying<br>Only to Pay The Excess Of<br>$50,000,000 any one occurrence<br>$50,000,000 annual aggregate where in the Underlying |
| SITUATED: | Anywhere in the world. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith – Licensed Underwriters) (Thomas L. Stevens – Unlicensed Underwriters)<br>Notice of Loss to Rollins, Burdick, Hunter & Company Chicago.<br>N.M.A. 1256 Nuclear Incident Exclusion Clause – Liability – Direct (Broad) – U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause – Liability – Direct – U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $7,500 (100%) |
| SECURITY: | Certain British Insurance Companies 25.0000% part of 100% |

| | DATE ISSUED | | PREVIOUS NO. |
|---|---|---|---|
| | August 3, 1981 | | |

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVERNOTE PROVISIONS (FORM CN-1)

NUMBER **L 2332**

**1** *Name of Assured*
I C Industries Inc. Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**2** EFFECTIVE ☒ 12:01 A.M. BOTH DAYS AT
FROM ☐ 12:00 NOON STANDARD TIME
April 1, 1981 TO April 1, 1982

**3** Acting upon your instruction, we have effected the insurance with:

| NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|
| UNDERWRITERS AT LLOYD'S, LONDON | 75.0000% part of 100% of Limits on Attached Sheet |

**4**
| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| 75.0000% part of 100% of Limits on Attached Sheet | See Attached Sheet | | $5,625.00 |

AUDIT                                                    TOTAL CHARGED $5,625.00

**5** SPECIAL CONDITIONS
See Attached Sheet

LLOYD'S SURPLUS LINE
BROKERS ASSOCIATION
OF ILLINOIS
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

SEP 2 1981

**6** NOTICE TO POLICYHOLDER
STICKER ATTACHED TO ORIGINAL
Thomas L. Stevens - 115 South LaSalle Street, Chicago, IL 60603

*Thomas L. Stevens*
SECRETARY

In witness whereof this covernote has been signed at............Chicago, Illinois............this......3rd......day of....August, 1981

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

By _____

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance |
| FORM: | J (a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters.<br>Including Worker's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000 any one occurrence<br>$5,000,000 annual aggregate where in the Underlying<br>Part of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying<br>Only to Pay The Excess Of<br>$50,000,000 any one occurrence<br>$50,000,000 annual aggregate where in the Underlying |
| SITUATED: | Anywhere in the world. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of Loss to Rollins, Burdick, Hunter & Company Chicago.<br>N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $7,500 (100%) |
| SECURITY: | Underwriters at Lloyd's, London 75.0000% part of 100% |

LLOYD'S SURPLUS LINE
BROKERS ASSOCIATION
OF ILLINOIS
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

SEP 2

*Thomas L. Stevens*
SECRETARY