

LL - 5 Slips.

551 SFB

NORTH AMERICA

TEAM 8

Policy No. UNA0166

Renewing UMA0207

Assured I C INDUSTRIES INC. ETAL

Client ROLLINS, BURDICK, HUNTER & CO., CHICAGO, ILLINOIS

Orders 20% ($5,000,000)

Microfilm No. & Date L 8 4 81

No. of Slips 1
Hereto Wtn 43%
Total Wtn 43%
Sign % 46.51162%

M.F. No. 36 N/A

Reinsurance Nos.

NCAD Pstd | Expiry Bstd

Direct Placing No.

Ply Recd Bk. PT & Adj Bk.

Covernote Sent/Dated

| Author | Broker | Wording | Entd Stats |
|---|---|---|---|
| SMSB/SH 17.3.81 | SLP/JRW | | |

Agmt No. & Date

SIGNING SLIP

For LPSO Use

62202 * 20 OCT 1981

3 62859 * 20 OCT 1981

L.P.S.O. -8 APR 1982

AF

L.P.S.O. D.A.J

For PSAC Use

NORWICH

Signed Line %

For ILU Use

NI 329

North America Limited — SFB 40

| Policy No. UNA0166 | | Ref. No. | |
|---|---|---|---|
| Registration | | V.A.T. Z | T.O.C. Tribunal |
| D.T.I. Code: 4 | Registration Category | Year: 81 | Month: 4 |
| Assured/Account: I C INDUSTRIES INC ET AL | | Adjust. Scheme: ~~YES~~ | NO |
| Country of Origin: U.S.A | Marine | Non-Marine: A | Aviation |
| USB ✓ / US / NUS | Overseas Brokers: Rollins, Burdick, Hunter & Co. Chicago. | | |

| | Signed Line | Gross Premium |
|---|---|---|
| Currency US$ | | |
| Total | 100.0000 | See attached |
| Licensed | 10.4651 | |
| Lloyd's Unlicensed | 56.9767 | |
| ILU | | |
| PSAC | 18.6047 | |
| Companies | 13.9535 | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | | |

Computer Reminder List Instructions

| | Anniversary Date Day | Month | Year | N.C.A.D. Indicator YES | NO | Expiry Date Day | Month | Year |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | 01 | 04 | 82 |
| 2. | | | | Overriding Anniv. Reminder Month | | Overriding Expiry Reminder Month | | |
| 3. | | | | | | | | |
| 4. | | | | Month Number | 03 | Month Number | 12 | |

No. of Days C.C. | Ann. Check | Ann. Instalment

Policies & No. of Copies: LL PSAC
Case Chkd / Incl. Policies: eeP 3/14/82 ... 3/15/81
Policy Disposal

| Polfile | Aid | Polfile Stage 1: 25 Aug 1981 |
|---|---|---|
| 3/14/81. | | Polfile Stage 2 |

| X | Y | Z |
|---|---|---|

Bureau Scheme No. M-31-1-83 | Broker's Cover No.

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying, as expiring or t.b.a. L/U.
INCLUDING: W.C.A. and F.L.H.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from E.R.I.S.A. (1974).

**ASSURED:** I C INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April, 1981.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying

ONLY TO PAY THE EXCESS OF:

$75,000,000 any one occurrence
$75,000,000 annual aggregate where applicable

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941
Service of Suit Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago
N.M.A. 1256/1477
N.M.A. 1685

**PREMIUM:** $ 25,000

| Written Lines % of ~~Part~~ ~~Order~~ Whole | Order | Closed For |
|---|---|---|
| | 20% ($5000000) | 100% of 20% |

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re-signings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
P.T (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts., and TOR Signings t.b.a. L/U. Main slip only. Agreed issue reinsurance slip policy (N.M.A. 1779) if required.
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed extend for up to one calendar month on agreement L/U Main slip only irrespective of individual anniversary date notices of cancellation if any. Subject otherwise to CCSA 1960, companies agree authorisation forms not required but closing instructions and addenda will be sent with a form for return within 14 days if necessary showing any objection, admin. change or amended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960.
All Insurers hereto to comply.



BROKERAGE: 15% and 4% Tax as applicable
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies)

INFORMATION: (1981) As Underlying.

Signed Line %

3.9536 — 6% — 17/3/81

FEDERAL EXCISE TAX ONLY TO BE DEDUCTED WHERE APPLICABLE
REF L036207 36010 1/81C
Per H.S. Weavers (Underwriting) Agencies Ltd.

| % | Company |
|---|---|
| 26.72% | Walbrook Ins. Co. Ltd. |
| 11.49% | "Winterthur" Swiss Ins. Co. |
| 8.91% | El Paso Ins. Co. Ltd. |
| 10.35% | Mutual Reinsurance Co. Ltd. |
| 18.39% | Dart Ins. Co. Ltd. |
| 9.19% | Bermuda Fire & Marine Ins. Co. Ltd. |
| 2.30% | Compagnie Europeenne d'Assurances Industrielles S.A. |
| 5.75% | Bryanston Ins. Co. Ltd. |
| 6.90% | Louisville Ins. Co. Ltd. |

3.2558 — 10%
2.3256 — 1%
DG 989 CRE 279
1120M8018885OF

19.4418 — 7½% — 505902X/1X981 — FCD 126
11.6279 — 5% — 505903F/1X981 — MED 701

B — 9.3023 — 4% — Stronghold 225556 — 80404 PSAC — 23/3/81

18.605 — 8% JANSON BOLTON 707 — PJB 653
2½% JANSON BOLTON — PJB 231
3.9534 — 1.7% — 18.4.79

Signed Line %

B

4.6512 — 2% — British National — DJ025757W — 24/3/81 — B3002 PSAC NSAD — RNL 415918
4.6512 — 2% — 2927 — 26/3/81 R.A.E. 219
2.3256 — 1% — Gxxx/29 01 — CDR 303 — 26/3/81
4.65R A — 2% — C.A.M.A.T. per C.U.A.L. — D 20937 AA3509 — C5318 PSAC — 26.3.81
100.0000 — 43%



North America Limited SFB

| Policy No. UNA 0166 | Agreement No. | Total |
|---|---|---|
| Registration | V.A.T. / T.O.C. Tribunal | Lloyds |
| Serial / Registration Category | Year / Month | ILU |
| Assured/Account: I C INDUSTRIES INC. ETAL | Leading U/Wr. 7/1/82 | PSAC |
| | | Companies |

Initial SYND./COY

Effective 8th January, 1982 ~~or date t.b.a. L/U.~~

It is hereby understood and agreed that coverage afforded hereunder shall apply in respect of liability arising out of the Assureds Railroad Products operations as Underlying.

INF.: As Underlying.

SMSB/SH
7.1.82

NORWICH

For LPSO Use | For ILU Use | For PSAC Use

NI 002

Taxable Companies.

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| US$ | | ~~Inc. War~~ | ~~War only~~ |
| Total | 100% | 5,000·00 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | 4·6512% | 232·56 | |
| Other Companies | | | |
| Rate of Exchange | | STG Equiv. | |

AC ~~L.P.S.O.~~ No. and ... 4

BKR. REF. UNA0166

PBAS D.B 2

(A)

PSAC PC NO. PS108190002405

14/4/82 POLICY SIGNED

BA 121 SAC JMC

LINES, SYNDS. ETC., AS SLIP ATTACHED

Non-Taxable Companies.

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| US$ | | ~~Inc. War~~ | ~~War only~~ |
| Total | 100% | 5,000·00 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | 13·9535% | 697·68 | |
| Other Companies | | | |
| Rate of Exchange | PSAC | STG. Equiv. | |

AC ~~L.P.S.O.~~ No. and ... 4

BKR. REF. UNA0166

PBAS D.B 2

(B)

14/4/92

PSAC PC NO. PS108190002413

POLICY SIGNED

A 121

LINES, SYNDS. ETC., AS SLIP ATTACHED

Sedgwick Forbes Bland Payne
North America Limited

551
SFB

| Field | Value |
|---|---|
| Policy No. | UNA0166 |
| Ref. No. | |
| Registration | |
| V.A.T. | 2 |
| T.O.C. Tribunal | |
| D.T.I. Code | 4 |
| Registration Category | |
| Year | 81 |
| Month | 4 |
| Assured/Account | I.C. INDUSTRIES INC. ETAL |
| Adjust. Scheme | ~~YES~~ NO |
| Country of Origin | U.S.A. |
| Marine | |
| Non-Marine | A |
| Aviation | |
| U.S. Tax Code | USB |
| Overseas Brokers | Rollins Burdick Hunter Co |
| Currency | US$ |

| | Signed Line | Gross Premium |
|---|---|---|
| Total | 100% | 5,000.00 |
| Lloyd's | 10.4651% | 523.26 |
| ILU | | |
| PSAC | 18.6047 | |
| Companies | 13.9535 | |

**RE-SIGNING SHEET**

From: 1st April, 1981

To: 1st April, 1982.

| Bureau Scheme No. | Broker's Cover No. |
|---|---|
| | |

Licensed Underwriters

| Signed Line % | | | |
|---|---|---|---|
| 1.8605 | 653 | PJB | 707 |
| 3.9534 | 231 | PJB | 707 |
| 4.6512 | 214 | RAE | 292A |

ILLINOIS STAMPS
COUNTERSIGNED ........ 1981
COVER NOTE No. 1455

| Written Lines % of Order/Whole | Order | Closed For |
|---|---|---|
| | 20% ($5,000,000) | 100% of 20% |

ILLINOIS 62202 * 20 OCT 1981

L.P.S.O. 8 APR 1982

ENDORSEMENT

| Endorsement Reference | 01 | |
|---|---|---|
| Policy No. 551/UNA0166 | | |

Date 5th November, 1982

To be attached to COMPANIES COLLECTIVE

In the name of I.C. Industries INC., Etal.

JMG/VB

It is hereby understood and agreed that the coverage afforded by this Policy is extended to include liability arising from the Assured's Railroad Products operations as more fully described in the Underlying Umbrella Policy/ies as referred to in the wording of this Policy.

Notwithstanding anything contained herein to the contrary it is understood and agreed that this extension of coverage shall only apply to claims made during the period 8th January, 1982 and 1st April, 1983 both days at 12.01 a.m. Local Standard Time.




ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

In witness whereof I being a representative of the Leading Company which is duly authorised by the Assurers have hereunto subscribed my name on their behalf.

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| August 3, 1981 | | |

PART TWO: THIS DECLARATIONS PAGE WITH COVER NOTE PROVISIONS (FORM NO. RBH 105) ARE MADE AS PART HEREOF:

ITEM — NUMBER C 7096

**1** *Name of Assured*

I C Industries Inc. Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**2** EFFECTIVE FROM ☒ 12:01 A.M. ☐ 12:00 NOON — BOTH DAYS AT STANDARD TIME — April 1, 1981 TO April 1, 1982

**3** Acting upon your instruction, we have effected the insurance with:

| NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|
| Certain British Insurance Companies | 32.5582% part of 100% |

The Insurance Company(s) (hereinafter called the Insurers) do hereby bind themselves, each for itself and not for another, for the percentage shown hereon.

**4**

| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| See Attached Sheet | See Attached Sheet | | $1,627.91 |

AUDIT — TOTAL CHARGED $1,627.91

**5** SPECIAL CONDITIONS

See Attached Sheet

It is understood and agreed that when the participation as shown above is less than 100% this insurance shall run concurrently with and be subject to the same gross rate, terms, conditions and endorsements as more particularly set forth in and/or as may from time to time be added to Cover Note No. L 2333 issued by Lloyd's Underwriters on the same subject matter and risk.

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

By D. A. Wilson

RBH 105A FPC

COVERAGE: Excess Broad Form Liability Insurance.

FORM: J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters.
Including Worker's Compensation Act and Federal Longshoremen's and Harbour Worker's Compensation Act (in respect of State of Ohio) and Employee Benefit Liability followi[illegible] Underlying Umbrella but excluding Employee Retirement Income Security Act of 1974.

INTEREST: Covering in respect of the Assured's operations.

SUM INSURED: $5,000,000 any one occurrence
$5,000,000 annual aggregate where in the Underlying

Part of:

$25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying

Only to Pay the Excess of:

$75,000,000 any one occurrence
$75,000,000 annual aggregate where applicable

SITUATION: Anywhere in the World.

CONDITIONS: N.M.A. 1941 Cancellation Clause (Illinois)
Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)
Notice of loss to Rollins Burdick Hunter and Company, Chicago.
N.M.A. 1256 Nuclear Incident Exclusion Clause Liability - Direct (Broad) - U.S.A.
N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.
N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3

PREMIUM: $5,000,000 (100%)

SECURITY: Underwriters at Lloyd's, London 56.9767% part of 100%

LLOYD'S SURPLUS LINE BROKERS ASSOCIATION OF ILLINOIS
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

OCT 12 1981

Thomas L. Stevens
SECRETARY

DATE ISSUED: August 3, 1981

PREVIOUS NO.

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVERNOTE PROVISIONS (FORM CN-1)

NUMBER L 2333

| ITEM | |
|---|---|
| 1 | *Name of Assured*<br>I C Industries Inc. Etal. as Underlying<br>One Illinois Center<br>111 East Wacker Drive<br>Chicago, IL 60601 |
| 2 | EFFECTIVE FROM ☒ 12:01 A.M. ☐ 12:00 NOON BOTH DAYS AT STANDARD TIME April 1, 1981 TO April 1, 1982 |
| 3 | Acting upon your instruction, we have effected the insurance with: NAME OF INSURERS: UNDERWRITERS AT LLOYD'S, LONDON — AMOUNT OR PERCENT: 56.9767 part of 100% of Limits on Attached Sheet |
| 4 | AMOUNT: 56.9767 part of 100% of Limits on Attached Sheet — COVERAGE: See Attached Sheet — RATE: — PREMIUM: $2,848.84<br>AUDIT — TOTAL CHARGED $2,848.84 |
| 5 | SPECIAL CONDITIONS<br>See Attached Sheet<br>LLOYD'S SURPLUS LINE BROKERS ASSOCIATION OF ILLINOIS 115 SOUTH LA SALLE STREET CHICAGO, ILLINOIS 60603 |
| 6 | NOTICE TO POLICYHOLDER STICKER ATTACHED TO ORIGINAL SEP 2 1981<br>Thomas L. Stevens - 115 South LaSalle Street, Chicago, IL 60603 Thomas L. Stevens SECRETARY |

In witness whereof this covernote has been signed at Chicago, Illinois this 3rd day of August, 1981

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

By ____________________

Eason Printing Co. Chicago

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance. |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters.<br>Including Worker's Compensation Act and Federal Longshoremen's and Harbour Worker's Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000 any one occurrence<br>$5,000,000 annual aggregate where in the Underlying<br><br>Part of:<br><br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying<br><br>Only to Pay the Excess of:<br><br>$75,000,000 any one occurrence<br>$75,000,000 annual aggregate where applicable |
| SITUATION: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins Burdick Hunter and Company, Chicago.<br>N.M.A. 1256 Nuclear Incident Exclusion Clause Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $5,000,000 (100%) |
| SECURITY: | Underwriters at Lloyd's, London 10.4651% part of 100% |

John G. Smith

COUNTERSIGNED

OCT - 8 1981

Attorney-in-fact-for UNDERWRITERS AT LLOYD'S LONDON (NOT INCORPORATED)

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| August 3, 1981 | | |

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVER NOTE PROVISIONS (FORM CN 4)

ITEM — NUMBER № 1455

LONDON COPY

1 — *Name of Assured*

I C Industries Inc. Etal as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

2 — EFFECTIVE FROM [x] 12:01 A.M. [ ] 12:00 NOON BOTH DAYS AT STANDARD TIME — April 1, 1981 TO April 1, 1982

3 — Acting upon your instruction, we have effected the insurance with:

| NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|
| UNDERWRITERS AT LLOYD'S, LONDON | 10.4651% part of 100% |

4

| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| See Attached Sheet | See Attached Sheet | | $523.25 |

AUDIT — TOTAL CHARGED $523.25

5 — SPECIAL CONDITIONS NMA 1941 ATTACHED

See Attached Sheet

John G. Smith
COUNTERSIGNED
OCT - 8 1981

6 — Attorney-In-fact-for UNDERWRITERS AT LLOYD'S LONDON (NOT INCORPORATED) 115 SOUTH LA SALLE STREET CHICAGO, ILLINOIS 60603

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

By [signature]

Faxon Printing Co. Chicago

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance. |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters.<br>Including Worker's Compensation Act and Federal Longshoremen's and Harbour Worker's Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000 any one occurrence<br>$5,000,000 annual aggregate where in the Underlying<br><br>Part of:<br><br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying<br><br>Only to Pay the Excess of:<br><br>$75,000,000 any one occurrence<br>$75,000,000 annual aggregate where applicable |
| SITUATION: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins Burdick Hunter and Company, Chicago.<br>N.M.A. 1256 Nuclear Incident Exclusion Clause Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $5,000,000 (100%) |
| SECURITY: | Certain British Insurance Companies<br>32.5582% part of 100%. |