NORTH AMERICAN

SIGNING SLIP

HORWICH

3 Slips - Lloyd's
UPA 0115
UPAO164    Issue 2

Policy No.    551 SFB

Renewing    UPAO164

Assured    I.C. INDUSTRIES INC. ETAL

Client    ROLLINS, BURDICK, HUNTER & CO.,
CHICAGO, ILLINOIS

Orders    ADV. ($10,000,000)

Premium Net & Date    L 23 4 82

M.F. No.    50 N/A

MCAD Prod    Equity Paid

Ply Recd Bk.
PT & Adj Bk.

End Sum

No. of Slips    1
Hereto Wro    57.50
Total Wro    51.50
Sign %    44.5462

Reinsurance Nos.

Direct Placing No.

Severance Sect'/
Advised

Broker    JRW
Wording    L92

Under
SNSB/SH
18.3.82
Agent No.

For LPSO Use

ILLINOIS
62202 * 23 JUL 1982

62836 * 23 JUL 1982
LP8029

For PSAC Use

For ILU Use

Signed
Line %

Signed
Line %

620 IN

NORTH AMERICA

IN D29

551
SFB

3 Slips - PSAC 0579
UPA 0115

Policy No.

Renewing    UNA0164

Assured    I.C. INDUSTRIES INC. ETAL

Client    ROLLINS, BURDICK, HUNTER & CO.,
CHICAGO, ILLINOIS

Orders    40% ($10,000,000)

No. of Slips    57-50
Hereon Wm    57-50
Total Wm
Sign %    49-0442

Reinsurance Nos.

Direct Placing No.

Covernote Sent/
Dated

Amdnn    JRW
SMSB/SH    Broker    Wording
18.3.82
Agm No.

Premium
No. & Date    L 23  4  12

M.F. No.    50. NA

NCAD Prol    Expiry
Paid

Pty Recd Bk
PF & Adj Bk.

Eend Snmts

7 AM
1

# SIGNING SLIP

For LPSO Use

For PSAC Use

PSAC
PRP

HORWICH

SEE ENDORSEMENT
FOR PSAC SIGNING

Signed
Line %

[For ILU Use]

Signed
Line %

**Sedgwick North America Limited**

| Policy No. U/N0115 | Ref. No. | | |
|---|---|---|---|

**Registration**

| D.T.I. Code | Registration Category | V.A.T. Z | T.O.C. Tribunal | Year 82 | Month 4 |
|---|---|---|---|---|---|
| 4 | | | | | |

| | Marine | Non-Marine A | Adjust. Scheme | Aviation NO |
|---|---|---|---|---|

Assured/Account: I.C. INDUSTRIES INC ETAL

Country of Origin: U.S.A

Overseas Brokers: ROLLINS, BURDICK, HUNTER & CO., CHICAGO, ILLINOIS

Currency: U.S.A

| | Signed Line | Gross Premium |
|---|---|---|
| Total | 100.00 | 28000.00 |
| Lloyd's | | |
| ILU | | |
| PSAC | 16.52 | |
| Companies | 41.73 | 11684.40 |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|

| Anniversary Date | | | N.C.A.D. Indicator | Expiry Date | | |
|---|---|---|---|---|---|---|
| Day | Month | Year | YES / NO | Day | Month | Year |
| | | | | 01 | 04 | 83 |

Month Number

Policies & No. of Copies

Case Code

Profile

Bureau Scheme No.   M - 2 -11-84.

---

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying, t.b.a. L/U.
**INCLUDING:** W.C.A. and F.L.H.W.A. (in respect of State of Ohio), Real Estate Agents Errors and Omissions Liability (and Liquor Liab. where Excess) following Underlying and Employee Benefit Liability following Underlying, but excluding claims resulting from E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying. One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April, 1982.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying

**ONLY TO PAY THE EXCESS OF:**

$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941
Service of Suit Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter & Co., Chicago
N.M.A. 1256/1477
N.M.A. 1685
Agreed include liability in respect of losses occurring during the period 8th January, 1973 to 1st April, 1982 arising out of the Assureds Railroad Products for which a claim is made on or after the inception of this Policy, as Underlying.

| Written % Line | Fac / Order Whole | Order | Closed For |
|---|---|---|---|
| | | 40% | 100% & 40% |

Sedgwick
North America Limited

Policy No. U/N0115

551
SFB

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying, t.b.a. L/U.
INCLUDING: W.C.A. and F.L.H.W.A (in respect of State of Ohio).
- Real Estate Agents Errors and Omissions Liability
- following Underlying and Employee Benefit Liability
- following Underlying but excluding claims resulting
- from E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois. 60601

**PERIOD:** 12 months at 1st April, 1982.

**INTEREST:** Covering in respect of the Assured's operations

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying

**ONLY TO PAY THE EXCESS OF:**
$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941
Service of Suit Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter & Co., Chicago
N.M.A. 1256/1477
N.M.A. 1685
Agreed include liability in respect of losses occurring during the period
6th January, 1975 to 1st April, 1982 arising out of the Assured's Railroad
Products for which a claim is made on or after the inception of this
Policy, as Underlying.

| Written % Line—Part | or Order Whole | Order | Closed For |
|---|---|---|---|
| | | 40% | 100% of 40%. |

ILLINOIS STAMPS

SURPLUS LINE

Assured/Account: I.C. INDUSTRIES INC ETAL
Country of Origin: U.S.A.

ROLLINS, BURDICK, HUNTER & CO.,
CHICAGO, ILLINOIS

Total 100.00

Bureau Scheme No. 141 11/84



**PREMIUM:** $70,000

**BROKERAGE:** 15% and 4% Tax as applicable.

**INFORMATION:** 3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies)

(1982) Underlying Umbrella with Northbrook Insurance Company (or t.b.a. L/U) and is excess of Schedule of Underlying Insurances or S.I.R.

Underlying Northbrook Policy Excludes:— (Inward ops sole)

1. Insurance Errors and Omissions
2. I C Railroad Operations
3. Aviation Products (other than Jetway Airport Passenger Loading Equipment).

See Tailor Mannel 3a.3.2. Underlying Northbrook Umbrella Policy includes Real Estate Agents Errors and Omissions and Railroad Products Liability on losses occurring. In addition Underlying Umbrella also provides retroactive coverage respects Railroad Product Liability losses which are incurred but not reported occurring during the period 8th January, 1973 to 1st April, 1982.

| | |
|---|---|
| Webrook Ins. Co. Ltd. | 14.73% |
| El Paso Ins. Co. Ltd. | 10.75% |
| Dar-I KROFT-AS Co Ltd | 18.82% |
| Louisville Ins. Co. Ltd. | 8.06% |
| Ludgate Ins. Co. Ltd. | 6.45% |
| Bermuda Fire & Marine Ins. Co. Ltd. | 8.61% |
| "Winterthur" Swiss Ins. Co. | 0.75% |
| Mutual Reinsurance Co. Ltd. | 9.88% |
| Compagnie Europeenne d'Assurances Industrielles S.A. | 2.15% |

*NOT SUBJECT TO U.S.A. F.E.T.

Per H.S. Weavers (Underwriting) Ltd.
REFERENCE 82-0-3037553



ILLINOIS

| | | |
|---|---|---|
| 3.48 | 219  RAE | 977P |
| 1.74 | 219  RAE | 277P |
| 6.96 | 918  ASO | LG2HK13A2011 |
| | 653  PSSS | 707 |
| 1.04 | 231  PSSS | 707 |
| 2.43 | 126  FOD | 505×25M82LG |
| 8.70 | 701  MED | 505×25M82LG |
| 4.35 | 553  C30 | ABTH |
| 2.61 | 471  DWG | AXL48×CC18" |
| 1.74 | | |

ILLINOIS SEA...

ILLINOIS
62202 * 23 JUL 1982
L.P.8.0.E 9 NOV 1984

| REGISTRATION | | VAT | REF NO | TOC TRIBUNAL | |
|---|---|---|---|---|---|
| D.O.T. COD. | | REGISTRATION CATEGORY | | YEAR 82 | MONTH OF |
| ASSURED/ACCOUNT | | | | ADJUST SCHEME  YES  NO | |
| COUNTRY OF ORIGIN | | MARINE  NON-MARINE  AVIATION | | | A |
| OVERSEAS BROKER | | | | | |
| USB · NUS · US | | | | | |
| CURRENCY | | SIGNED LINE | | GROSS PREMIUM | |
| TOTAL | | 33.05 | 9154.88 | | |
| LLOYD'S | | | | | |
| ILU | | | | | |
| PSAC | | | | | |
| OTHER COMPANIES | | | | | |
| BUREAU SCHEME NO | | | | BROKERS COVER NO | |

L.P.O. 301A
(1.9.78)

ILLINOIS

NoM

989    PSG    29MA2L988∝

279    CRE    29MA2L988oC

650    SCI    29MA∂2L988oC

SURPLUS LINE

62836 * 23 JUL 1982

L.P.8.0 ≈ 9 NOV 1984.

| | REGISTRATION | | REF NO | | VAT | TOC TRIBUNAL | | |
|---|---|---|---|---|---|---|---|---|
| POLICY NO | | | | | | | | |
| | D O T CODE | | | REGISTRATION CATEGORY | | YEAR | MONTH | |
| | ASSURED ACCOUNT | | | | | ADJUST SCHEME | | |
| | | | | | | YES NO | | |
| | COUNTRY OF ORIGIN | | | | MARINE | NON-MARINE | AVIATION | |
| | OVERSEAS BROKER | | | | | | | |
| USA I NUS I US | | | | | | | | |
| CURRENCY | SIGNED LINE | | | | GROSS PREMIUM | | | |
| TOTAL | | | | | | | | |
| LLOYD'S | | | | | | | | |
| ILU | | | | | | | | |
| PSAC | | | | | | | | |
| OTHER COMPANIES | | | | | | | | |
| | BUREAU SCHEME NO | | | | | BROKERS COVER NO | | |

SCHED LINE %

6.74

.65

1.31

WRITTEN % OF ORDER
LINES PART OF WHOLE

ORDER

SCHED LINE %

8.70 %  3,436.00 No

(1.9.78)  P.O. 301A

Sedgwick
North America Limited

551
SFB

| Currency Insd | Gross Premium |
| --- | --- |

Initial
SYND./COV

Policy No. *UPA 0115*     Agreement No.     Total

Registration     V.A.T.     T.O.C. Tribunal     Lloyds

| Serial | Registration Category | Year | Month | ILU |

Assured/Account

*I. C. INDUSTRIES INC*

*EFFECTIVE APRIL 15th 1983*

PSAC

Companies

*Noted and agreed include notary public
within the coverage provided for
Real Estate Agents*

TO ALL
DO NOT SHOW UNDERWRITERS

13·12·84

STH·17

CLOSED     DATE
19 NOV 1996

CLOSED     DATE

For LPSO Use     For ILU Use     For PSAC Use

N1 002



Takaful.                                                              B.

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| Total | 100.0000% | 28,000.00 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | 5.2200% | 1,461.60 | |
| Other Companies | | | |
| Rate of Exchange | | STG Equiv. | |

PSAO M P B

BKR REFS          UPA0115
POLICY SIGNED  28 9 84
PC    NO  P8207200003450

BA 121          **LINES, SYNDS, ETC., AS SLIP ATTACHED**

Non. Takaful.                                                        A.

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| Total | 100.0000% | 28,000.00 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | 11.3000% | 3,164.00 | |
| Other Companies | | | |
| Rate of Exchange | | STG. Equiv. | |

PSAO M P A

BKR REFS          UPA0115
POLICY SIGNED  28. 9. 84
PC    NO  P8207200003443

BA 121          **LINES, SYNDS, ETC., AS SLIP ATTACHED**

Licensed Underwriters.

| Currency US$ | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| Total | 100.0000% | 28,000.00 | |
| Lloyd's | 33.0500% | 9,254.00 | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |
| Rate of Exchange | | STG Equiv. | |
| L.P.S.O. No. and Date | | | |

BA 121      LINES, SYNDS. ETC., AS SLIP ATTACHED

Unlicensed Underwriters.

| Currency US$ | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| Total | 100.0000% | 28,000.00 | |
| Lloyd's | 8.7000% | 2,436.00 | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |
| Rate of Exchange | | STG. Equiv. | |
| L.P.S.O. No. and Date | | | |

BA 121      LINES, SYNDS. ETC., AS SLIP ATTACHED

551

ENDORSEMENT NO.01

Date 19th March, 1986

To be attached to LLOYDS LICENSED  Policy No. UPA0115

In the name of:- I.C. INDUSTRIES INC. and Others

———————————————————————————————————————

JMG/JF

Effective 1st April, 1982

It is hereby understood and agreed that the second paragraph of
Addendum No. 4 is deleted and the following incorporated in place thereof:-

Notwithstanding anything contained herein to the contrary it is understood
and agreed that this extension of coverage shall only apply to claims first
made on or after 1st April, 1982 at 12.01 a.m. Local Standard Time but only
in respect of losses occurring during the period 8th January, 1973 to 1st
April, 1982

All other terms and conditions remain unchanged.

C4/033/861273

FOR USE IN RESPECT OF ILLINOIS RISKS ONLY

This Declaration Page is attached to and forms part of cover note provisions (Form SLCN-2).

Previous No.  L 2330       Authority Ref. No. UPA0115      Cover Note No. **S L  3004**

LEAVE BLANK

1  Name and address
of the Assured
**I C Industries Inc. Etal as Underlying.**
**One Illinois Center**
**111 East Wacker Dr.**
**Chicago, IL 60601**

LLOYD'S SURPLUS LINE BROKERS
(Not valid unless
Countersigned and dated)   OCT  8 1982
*Thomas L. Stevens*
SECRETARY
ASSOCIATION OF ILLINOIS

2  Effective from     **April 1, 1982**     to     **April 1, 1983**
both days at 12:01 a.m. standard time

3  Acting upon your instructions we have
effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON.  **8.7000% part of 100% of**
                                                                                    **40%**
Percentage

4  Amount                    Coverage                    Rate          Premium

   **See Attached Sheet**      **See Attached Sheet**      **-**          **$2,436.00**

5  Special conditions

   **See Attached Sheet**

6  Service of Suit may be made upon:
   Thomas L. Stevens, 135 S. LaSalle St., Chicago, IL 60603

Dated     **October 4, 1982**                        ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

                                                     by *D A Wilson*
                                                        Correspondent

**NOTICE TO POLICYHOLDER:** "This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by an insurer not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund."

Eston Printing Co., Chicago, 7/82

COVERAGE:                    Excess Broad Form Liability Insurance

FORM:                        J(a) plus short excess wording following
                             Underlying, to be agreed by Underwriters.
                             Including: Workers' Compensation Act and
                             Federal Longshoremen's and Harbor Workers'
                             Act (in respect of State of Ohio) Real
                             Estate Agents Errors and Omissions Liability
                             (on Claims Made Basis) following Underlying
                             and Employee Benefit Liability following
                             Underlying but excluding claims resulting
                             from Employee Retirement Income Security
                             Act (1974)

INTEREST:                    Covering in respect of the Assured's operations.

SUM INSURED:                 $25,000,000 any one occurrence
                             $25,000,000 annual aggregate where in the
                                         Underlying
                             Only To Pay The Excess Of:
                             $25,000,000 any one occurrence
                             $25,000,000 annual aggregate where applicable

SITUATION:                   Anywhere in the world

CONDITIONS:                  N.M.A. 1941 - Cancellation Clause
                             Service of Suit Clause (John G. Smith)
                             Notice of loss Rollins, Burdick, Hunter and
                             Co., Chicago
                             N.M.A. 1256 - Nuclear Incident Exclusion
                             Clause - Liability - Direct (Broad) U.S.A.
                             N.M.A. 1477 - Radioactive Contamination
                             Exclusion Clause - Liability - Direct - U.S.A.
                             N.M.A. 1685 - Industries, Seepage, Pollution
                             and Contamination Clause No. 3
                             Agreed include liability in respect of losses
                             occurring during the period January 8, 1973
                             to April 1, 1982 arising out of the Assureds
                             Railroad Products for which a claim is made
                             on or after the inception of this Policy, as
                             Underlying.

PREMIUM:                     $70,000.00

# LONDON COPY    AIF OCT 6 1982

This Declaration Page is attached to and forms part of cover note provisions (Form CN-6).

Previous No. **1A50**        Authority Ref. No. **UPA0115**        Cover Note No. **NAT 1521**

1  Name and address
   of the Assured

   I C Industries Inc. Etal as Underlying
   One Illinois Center
   111 East Wacker Dr.
   Chicago, IL 60601

   UNDERWRITERS AT LLOYD'S LONDON
   LEAVE BLANK
   OCT 7 1982
   (Not valid unless
   claims subscribe and dated)
   John B. Smith
   ATTORNEY-IN-FACT

2  Effective from    **April 1, 1982**        to    **April 1, 1983**
   both days at 12:01 a.m. standard time

3  Acting upon your instructions we have
   effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON, **33.0500%** part of 100% of
                                                                    Percentage
                                                                    **40%**

4  Amount                    Coverage                Rate            Premium
   **See Attached Sheet**        **See Attached Sheet**                    **$9,254.00**

5  Special conditions
   **See Attached Sheet**

   Dated    **October 4, 1982**

   by _____
   Resident Agent

CLAIM REPORTS: Resident Agents, Attorneys and Adjusters must furnish copies or reports of all
claims under this insurance to the Attorney-in-Fact for Underwriters at Lloyd's, London, 135 South
LaSalle Street, Chicago, Illinois 60603.

Eaton Printing Co., Chicago, 7/82

ATTACHES TO AND FORM PART OF COVER NOTE #1521

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance |
| FORM: | J(a) plus short excess wording following Underlying, to be agreed by Underwriters. Including: Workers' Compensation Act and Federal Longshoremen's and Harbor Workers' Act (in respect of State of Ohio) Real Estate Agents Errors and Omissions Liability (on Claims Made Basis) following Underlying and Employee Benefit Liability following Underlying but excluding claims resulting from Employee Retirement Income Security Act (1974) |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying<br>Only To Pay The Excess Of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where applicable |
| SITUATION: | Anywhere in the world |
| CONDITIONS: | N.M.A. 1941 – Cancellation Clause<br>Service of Suit Clause – John C. Smith<br>Notice of loss Rollins, Burdick, Hunter and Co., Chicago<br>N.M.A. 1256 – Nuclear Incident Exclusion Clause – Liability – Direct (Broad) U.S.A.<br>N.M.A. 1477 – Radioactive Contamination Exclusion Clause – Liability – Direct – U.S.A.<br>N.M.A. 1685 – Industries, Seepage, Pollution and Contamination Clause No. 3<br>Agreed include liability in respect of losses occurring during the period January 8, 1973 to April 1, 1982 arising out of the Assureds Railroad Products for which a claim is made on or after the inception of this Policy, as Underlying. |
| PREMIUM: | $70,000.00 |