



NORTH AMERICA

Policy No. 3 Slips – PSAC 45320 UPA 0116

551 SFB

Renewing UNA0165/166 Team 2.

Assured I.C. INDUSTRIES INC. ETAL

Client ROLLINS, BURDICK, HUNTER & CO., CHICAGO, ILLINOIS

Orders 30% ($15,000,000)

No. of Slips 1
Hereto Wtn 34.25
Total Wtn 34.25
Sign % 87.5912

Microfilm N.E. 82

M.F. No. 50 - N/A

Reinsurance Nos.

NCAD Pstd

Expiry Pstd

Direct Placing No.

Ply Recd Bk. PT & Adj Bk.

Covernote Sent/ Dated

Author SMSB/SH 18.3.82

Broker JRW

Wording LDN

Endd Stats

Agmt No. & Dates

SIGNING SLIP

For LPSO Use

For PSAC Use

SEE ENDORSEMENT FOR PSAC SIGNING

PSAC

NI 029

Signed Line %

For ILU Use

Signed Line %

Policy No. LLOYDS - 3Slips UPA 0116 45320

551 SFB

Renewing UNA0165/166 TOOM 2

Assured I.C. INDUSTRIES INC. ETAL

Client ROLLINS, BURDICK, HUNTER & CO., CHICAGO, ILLINOIS

Orders 30% ($15,000,000)

Microfilm

M.F. No. 50-N/A

No. of Slips 1
Hereto Wts 34.25
Total Wts 34.25
Sign % 87.5912

Reinsurance Nos.

NCAD Pstd

Expiry Pstd

Direct Placing No.

Fly Recd Bk. PT & Adj Bk.

Covernote Sent/ Dated

Author SMSB/SH 18.3.82

Broker JRW

Wording LDN

Endd Stats

Agent No. & Dates

SIGNING SLIP

For LPSO Use

ILLINOIS
62201 * 23 JUL 1982
62837 * 23 JUL 1982
L.P.S.O. 9 NOV 1984

L.P.S.O. D.A.J.

For PSAC Use

Signed Line %

For ILU Use

Signed Line %

**Sedgwick North America Limited**

**551 SFB**

| Policy No. UIAO116 | Ref. No. |
|---|---|
| Registration | V.A.T. Z / T.O.C. Tribunal |
| D.T.I. Code: 4, | Registration Category / Year 82 / Month 4 |
| Assured/Account: I.C. INDUSTRIES INC ETAL | Adjust. Scheme: YES / NO |
| Country of Origin: U.S.A | Marine / Non-Marine A / Aviation |

| USB ✓ / US / NUS | Overseas Brokers: ROLLINS, BURDICK, HUNTER & CO., CHICAGO, ILLINOIS |
|---|---|

| Currency US$ | Signed Line | Gross Premium |
|---|---|---|
| Total | 100.00 | 18750.00 |
| Lloyd's | Licensed 57.96 / Unlicensed 14.60 | |
| ILU | | |
| PSAC | 21.17 | |
| Companies | 26.27 | 4925.63 |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | | |

Computer Reminder List Instructions

| | Anniversary Date Day | Month | Year | N.C.A.D. Indicator YES | NO | Expiry Date Day | Month | Year |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | 01 | 04 | 82 |
| 2. | | | | Overriding Anniv. Reminder Month | | Overriding Expiry Reminder Month | | |
| 3. | | | | | | | | |
| 4. | | | | Month Number | | Month Number | | 12 |

No. of Days C.C. 030 | Ann. Check | Ann. Instalment

Policies & No. of Copies ORIG.+2 | Case Chkd Ind. Policies 20/9/84 | Policy Disposal

| Polfile | Aid | Polfile Stage 1 / Polfile Stage 2 |
|---|---|---|
| 24-4-82 | 27-4-82 | |

X | Y | Z

Bureau Scheme No. m - 2-11-84 | Broker's Cover No.

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying.
INCLUDING: W.C.A. and F.L.H.W.A. (in respect of State of Ohio), Real Estate Agents Errors and Omissions Liability, following Underlying and Employee Benefit Liability following Underlying, but excluding claims resulting from E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April, 1982.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $50,000,000 any one occurrence
$50,000,000 annual aggregate where in the Underlying
JG 18/3/82

ONLY TO PAY THE EXCESS OF:

$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941
Service of Suit Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter & Co., Chicago
N.M.A. 1256/1477
N.M.A. 1685
Agreed include liability in respect of losses occurring during the period 8th January, 1973 to 1st April, 1982 arising out of the Assureds Railroad Products for which a claim is made on or after the inception of this Policy, as Underlying.

| Written % Lines ~~Part~~ Of ~~Order~~ Whole | Order | Closed For |
|---|---|---|
| | 30% | 100% & 30% |

Haven 26.27% of 100% of above limits and premium

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re-signings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
P.T (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts., and TOR Signings t.b.a. L/U. Main slip only. Agreed issue reinsurance slip policy (N.M.A. 1779) if required
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed extend for up to one calendar month on agreement L/U Main slip only irrespective of individual anniversary date notices of cancellation if any. Subject otherwise to CCSA 1960, companies agree authorisation forms not required but closing instructions and addenda will be sent with a form for return within 14 days if necessary showing any objection, admin. change or amended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960.
All insurers hereon to comply.

**PREMIUM:** $ 62500

**BROKERAGE:** 15% and 4% Tax as applicable.
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies).

**INFORMATION:** (1982) As Underlying.
As Underlying.

Signed Line %

26.27

| | |
|---|---|
| 24.73% | Walbrook Ins. Co. Ltd. |
| 10.75% | El Paso Ins. Co. Ltd. |
| 18.82% | Dart [illegible] Co. Ltd. * |
| 8.06% | Louisville Ins. Co. Ltd. |
| 6.45% | Ludgate Ins. Co. Ltd. |
| 8.61% | Bermuda Fire & Marine Ins. Co. Ltd. |
| 10.75% | "Winterthur" Swiss Ins. Co. |
| 9.68% | Mutual Reinsurance Co. Ltd. |
| 2.15% | Compagnie Européenne d'Assurances Industrielles S.A. |

17.52

* NOT SUBJECT TO U.S.A. F.E.T.

Per H.S. Weavers (Underwriting) Agencies Ltd.
REFERENCE
82 | L03G | 39554

6x CC 237 | 1x CC 241 | 2x CC 263

Add 9% ® 18/3/82

11.31 7½%
1.10 5% 7½%
2.19 15%

PIG 989
CRE 279
SCI 650
2/19MA3L98807

Signed Line %

11.68

6% FCD 126
SOSX25M82IC

4% MED 701
SOSX25M82IC

8.03 2.75% Stronghold
227926
S0404 | PSAC
19/3/82

Signed Line %

1.46 ½% JANSON BOLTON PJB 653
707

2.92 1½% JANSON BOLTON PJB 231
707
18.4.79

1%

7.30 2½%
British National
025757068829
B3002 | PSAC

5.84 2½%
Per CAMOMILE UNDERWRITING AGENCIES LTD.
C.A.M.A.T.
E. 2018 | PAA35019
C8018 | PSAC | N.C.A.D.
24.3.82

1.46 ½% R.A.E. 219
8921
19/3/82

Licensed Underwriters.

| Currency US$ | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| Total | 100.0000% | 18,750.00 | |
| Lloyd's | 37.9600% | 7,117.50 | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |
| Rate of Exchange | | STG Equiv. | |
| L.P.S.O. No. and Date | | | |

LINES, SYNDS. ETC., AS SLIP ATTACHED

A1 069

Unlicensed Underwriters.

| Currency US$ | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| Total | 100.0000% | 18,750.00 | |
| Lloyd's | 14.6000% | 2,737.50 | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |
| Rate of Exchange | | STG. Equiv. | |
| L.P.S.O. No. and Date | | | |

LINES, SYNDS. ETC., AS SLIP ATTACHED

A1 069

| Sedgwick North America Limited | 551 SFB | Currency Insd | Gross Premium |
| --- | --- | --- | --- |
| Policy No UPA 0116 | Agreement No. | Total | |
| Registration / V.A.T. / T.O.C. Tribunal | | Lloyds | |
| Serial / Registration Category / Year / Month | | ILU | |
| Assured/Account: I.C. INDUSTRIES INC. | Signing UW 13.12.84 | PSAC | |
| EFFECTIVE APRIL 1ST 1982 | | Companies | |

Initial / SYND./COY

Noted and agreed include "notary public" within the coverage provided for Real Estate Agents

TO ALL UNDERWRITERS — DO NOT SHOW

14/12/84

£18

CLOSED | DATE

CLOSED | DATE 19 MAR 1986

| For LPSO Use | For ILU Use | For PSAC Use |
| --- | --- | --- |
| | | |

NI 002

POLICY NO | REF. NO.

REGISTRATION | VAT | TOC TRIBUNAL

| DOT CODE. | REGISTRATION CATEGORY | YEAR | MONTH |
|---|---|---|---|
| 4 | | 82 | 04 |

ASSURED ACCOUNT | ADJUST SCHEME: YES / NO

| COUNTRY OF ORIGIN | MARINE | NON-MARINE | AVIATION |
|---|---|---|---|
| | | A | |

USB : NUS : US | OVERSEAS BROKER

| CURRENCY | SIGNED LINE | GROSS PREMIUM |
|---|---|---|
| TOTAL | | |
| LLOYD'S | 37.96 | 7117.50 Nic |
| ILU | | |
| PSAC | | |
| OTHER COMPANIES | | |

BUREAU SCHEME NO | BROKERS COVER NO

SIGNED LINE %

ILLINOIS

| | | | |
|---|---|---|---|
| 17.52 | 126 | FCD | 505X25M821C |
| 11.68 | 701 | MED | 505X25M821C |
| 1.46 | 653 | PSB | 707 |
| 2.92 | 231 | PSB | 707 |
| 1.46 | 219 | KAE | 292P |
| 2.92 | 471 | DWG | AXL485FRC182 |

ILLINOIS S... STAMPS

WRITTEN LINES % PART OF ORDER WHOLE | ORDER | CLOSED FOR

ILLINOIS
62201 * 23 JUL 1982
L.P.S.O. 9 NOV 1984

SIGNED LINE %

L.P.O. 301A
(1.9.78)

| POLICY NO | REF NO. | | |
|---|---|---|---|
| REGISTRATION | VAT | TOC TRIBUNAL | |
| D.O.T. CODE: 4 | REGISTRATION CATEGORY | YEAR: 82 | MONTH: 04 |
| ASSURED ACCOUNT | | ADJUST. SCHEME: YES / NO | |
| COUNTRY OF ORIGIN | MARINE | NON-MARINE: A | AVIATION |
| USB - NUS - US | OVERSEAS BROKER | | |
| CURRENCY | SIGNED LINE | GROSS PREMIUM | |
| TOTAL | | | |
| LLOYDS | 14.60% | 2737.50 | |
| ILU | | | |
| PSAC | | | |
| OTHER COMPANIES | | | |
| BUREAU SCHEME NO | BROKERS COVER NO | | |

SIGNED LINE %

NON ILLINOIS

| | | | |
|---|---|---|---|
| 11.31 | 989 | PSG | 219MA3L9880D |
| 1.10 | 279 | CRE | 219MA3L9880D |
| 2.19 | 650 | SCI | 219MA3L9880D |

SURPLUS LINE

SIGNED LINE %

WRITTEN LINES % PART OF ORDER WHOLE | ORDER | CLOSED FOR

1/B

62837 * 23 JUL 1982

L.P.S.O. 9 NOV 1984

L.P.O. 301A (1.9.78)

ENDORSEMENT NO.01

Date 19th March, 1986

To be attached to LLOYDS LICENSED Policy No. UPA0116

In the name of:- I.C. INDUSTRIES INC. and Others

---

JMG/JF

Effective 1st April, 1982

It is hereby understood and agreed that the second paragraph of Addendem No. 4 is deleted and the following incorporated in place thereof:-

Notwithstanding anything contained herein to the contrary it is understood and agreed that this extension of coverage shall only apply to claims first made on or after 1st April, 1982 at 12.01 a.m. Local Standard Time but only in respect of losses occurring during the period 8th January, 1973 to 1st April, 1982

All other terms and conditions remain unchanged.

*FOR USE IN RESPECT OF ILLINOIS RISKS ONLY*

**This Declaration Page is attached to and forms part of cover note provisions (Form SLCN-2).**

Previous No. **L 2332** Authority Ref. No. **UPA0116** Cover Note No. **S L 3005**

1 Name and address of the Assured
**I C Industries Inc. Etal. as Underlying**
**One Illinois Center**
**111 East Wacker Dr.**
**Chicago, IL 60601**

LEAVE BLANK

LLOYD'S SURPLUS LINE BROKERS ASSOCIATION OF ILLINOIS
OCT 8 1982
Thomas L. Stevens

2 Effective from **April 1, 1982** to **April 1, 1983**
both days at 12:01 a.m. standard time

3 Acting upon your instructions we have effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON. Percentage **14.6000% part of 100% of 30%**

| 4 Amount | Coverage | Rate | Premium |
|---|---|---|---|
| **See Attached Sheet** | **See Attached Sheet** | **–** | **$2,737.50** |

5 Special conditions
**See Attached Sheet**

6 Service of Suit may be made upon:
Thomas L. Stevens, 135 S. LaSalle St., Chicago, IL 60603

Dated **October 4, 1982**

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.
by D. A. Wilkinson
Correspondent

**NOTICE TO POLICYHOLDER: "This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by an insurer not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund."**

Eaton Printing Co., Chicago, 7/82

551

ENDORSEMENT NO.01

Date 19th March, 1986

To be attached to LLOYDS LICENSED Policy No. UPA0116

In the name of:- I.C. INDUSTRIES INC. and Others

---

JMG/JF

Effective 1st April, 1982

It is hereby understood and agreed that the second paragraph of Addendem No. 4 is deleted and the following incorporated in place thereof:-

Notwithstanding anything contained herein to the contrary it is understood and agreed that this extension of coverage shall only apply to claims first made on or after 1st April, 1982 at 12.01 a.m. Local Standard Time but only in respect of losses occurring during the period 8th January, 1973 to 1st April, 1982

All other terms and conditions remain unchanged.

84/033/861275

# LONDON COPY

AIF OCT 6 1982

This Declaration Page is attached to and forms part of cover note provisions (Form CN-6).

Previous No. 1455 Authority Ref. No. UPA0116 Cover Note No. 1522

1 Name and address of the Assured

I C Industries Inc. Etal as Underlying
One Illinois Center
111 East Wacker Dr.
Chicago, IL 60601

UNDERWRITERS LONDON OCT 7 1982 ATTORNEY-IN-FACT

2 Effective from April 1, 1982 to April 1, 1983
both days at 12:01 a.m. standard time

3 Acting upon your instructions we have effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON. Percentage 37.9600% part of 100% of 30%

| 4 Amount | Coverage | Rate | Premium |
|---|---|---|---|
| See Attached Sheet | See Attached Sheet | | $7,117.50 |

5 Special conditions
See Attached Sheet

Dated October 4, 1982

ATTORNEY-IN-FACT BY COMPUTATION
ROLLINS BURDICK HUNTER OF ILLINOIS, INC.
by [signature]
Resident Agent

CLAIM REPORTS: Resident Agents, Attorneys and Adjusters must furnish copies of reports of all claims under this insurance to the Attorney-in-Fact for Underwriters at Lloyd's, London, 135 South LaSalle Street, Chicago, Illinois 60603.

Eaton Printing Co., Chicago, 7/82

. ATTACHES TO AND FORMS PART OF COVER NOTE #1522

COVERAGE: Excess Broad Form Liability Insurance

FORM: J(a) plus short excess wording following Underlying, Including: Workers' Compensation Act and Federal Longshoremen's and Harbor Workers' Act (in respect of State of Ohio) and Real Estate Agents Errors and Omissions Liability following Underlying and Employee Benefit Liability following Underlying, but excluding claims resulting from Employee Retirement Income Security Act (1974).

INTEREST: Covering in respect of the Assured's Operations

SUM INSURED: $50,000,000 any one occurrence
$50,000,000 annual aggregate where in the Underlying

Only To Pay The Excess Of:

$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable.

UNDERWRITERS AT LLOYDS, LONDON
OCT 7 1982
John G. Smith
ATTORNEY-IN-FACT

SITUATION: Anywhere in the world.

CONDITIONS: N.M.A. 1941 - Cancellation Clause
Service of Suit Clause (John G. Smith)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago
N.M.A. 1256 - Nuclear Incident Exclusion Clause - Liability - Direct (Broad) U.S.A.
N.M.A. 1477 - Radioactive Contamination Exclusion Clause - Liability - Direct (Broad) U.S.A.
N.M.A. 1685 - Industries, Seepage, Pollution and Contamination Clause No. 3
Agreed include liability in respect of losses occurring during the period January 8, 1973 to April 1, 1982 arising out of the Assureds Railroad Products for which a claim is made on or after the inception of this policy, as Underlying.

PREMIUM: $62,500.00

ATTORNEY-IN-FACT R/I COMPUTATION

REINS. CEDED FACTOR 100 %

REINS. CEDED PREMIUM 7,112.50

LIMITS 5,694 m

EXCESS of 50 m.m. LINE 3,305 m

ADDRESS ANY INQUIRY TO ATTORNEY-IN-FACT

Sec # 1521