*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | : Case No. 1:05-CV-01125 -JGP |
| | Judge: Hon. John Garrett Penn |
| *Plaintiff,* | : |
| vs. | : |
| TRAVELERS INDEMNITY COMPANY, et al. | : |
| *Defendants.* | : |

**ALLIANZ UNDERWRITERS INSURANCE COMPANY'S REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS**

Defendant, Allianz Underwriters Insurance Company ("AUIC"), by way of Reply to Whitman Insurance Company's Opposition Brief, hereby joins in and adopts the Reply Memorandum filed by First State Insurance Company (#118)in further support of First State's Motion to Dismiss or Stay this action (#71,72).

Respectfully submitted,

By: s/Elizabeth H. Hamlin
　　Elizabeth H. Hamlin
　　D. C. Bar No. 937250
　　GARRTIY, GRAHAM, FAVETTA & FLINN
　　One Lackawanna Plaza
　　Montclair, NJ 07042
　　Telephone: (973) 509-7500
　　Facsimile: (973) 509-0414
　　***Attorney of Record for Allianz Underwriters Insurance Company,***
　　　　-and-

                                Antonio D. Favetta
                                *(pro hac vice pending)*
                                GARRITY, GRAHAM, FAVETTA & FLINN
                                One Lackawanna Plaza
                                Montclair, NJ 07042
                                Telephone: (973) 509-7500
                                Facsimile: (973) 509-0404
                                ***Attorney of Record for Allianz Underwriters Insurance Company***

M:\Data\CLI\395\194\16\Pleadings\Allianz's reply in support of Motion to Dismiss.wpd