Case No. 1:05-CV-01125-JGP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2005, a copy of the foregoing, Reply of Allianz Underwriters Insurance Company in further support of Motion to Dismiss, served electronically by the Court's electronic filing system upon the parties' counsel who have consented to such service.

I FURTHER CERTIFY that on the 8th day of November, 2005, a true and correct copy of the same was served via first class mail, postage prepaid, addressed to all counsel listed below who are not listed on the e-filing receipt as having consented to electronic service:

By: __s/Veronica Frusteri_____
    Veronica Frusteri/Legal Secretary
    GARRTIY, GRAHAM, FAVETTA & FLINN
    One Lackawanna Plaza
    Montclair, NJ 07042
    Telephone: (973) 509-7500
    Facsimile: (973) 509-0414

Executed:   November 8, 2005
M:\Data\CLI\395\194\16\Pleadings\Certif. of Service 2 FOR Reply in Suport of Motion.wpd

## SERVICE LIST
## CASE NO. 1:05-CV-01125-JGP

Daniel E. Chefitz, Esq.
Brooke Clagett, Esq.
Morgan Lewis & Brockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tele:    202-739-3000
Fax:     202-739-3001
E-Mail:  dchefitz@morganlewis.com
         bclagett@morganlewis.com
***Attorneys for Plaintiff, Whitman Insurance Company***

---

Eileen T. McCabe, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829
Tele: 212-261-8000
Fax: 212-261-8750
Email:
Eileen.mccabe@mendes.com

        -and-

Michael John Zoeller, Esq.
Baach, Robinson & Lewis, PLLC
1201 F. Street, NW, Suite 500
Washington, DC 20005
Tel:     (202) 659-7217
Fax:     (202) 466-5738
E-Mail:
michael.zoeller@baachrobinson.com
***Attorneys for Plaintiffs, Certain Underwriters at Lloyds, et al.***

---

Thomas H. Sear, Esq.
Barbara E. Rutkowski, Esq.
JONES DAY
222 E. 41st Street
New York, NY 10017
Tele: (212) 326-3680
Fax:: (212) 755-7306
Email:
thsear@jonesday.com
brutkowski@jonesday.com
***Attorneys for Defendants, Pneumo Abex***

        -and-

Michael H. Ginsberg, Esq.
JONES DAY
One Mellon Center, 31st Floor

500 Grant Street
Pittsburgh, PA 15219-2502
Tele: (412) 391-3939
Fax:  (412) 394-7959
E-Mail: MHGinsberg@jonesday.com
**Attorneys for   Defendants, Pneumo Abex Corporation**

---

Martin Lavelle, Esq.
Law Office of Martin P. Lavelle
110 Williams Street
18th Floor
New York, NY   10038
Tele:    (212) 266-5881
Fax:     (212) 528-0134
E-Mail:   Martin.Lavelle@aig.com

                -and-

Elizabeth Medaglia, Esq.
Jackson & Campbell
1120 Twentieth Street, N.W.
South Tower
Washington, DC  20036-3437
Tele:   202-457-1612
Fax:    202-457-1678
E-Mail: Lmedaglia@JacksCamp.com
**Attorneys for  Defendants, American Home Assurance Co.; AIU Ins. Co;**
**Granite State Ins. Co.; Lexington Ins. Co.; National Union Fire Ins. Co.**
**of Pittsburgh, Pa.; ISOP; New Hampshire Insurance Company**

---

Elizabeth H. Hamlin, Esq.
Antonio D. Favetta, Esq.
Garrity, Graham, Favetta & Flinn, P.C.
One Lackawanna Plaza
Montclair, NJ 07042
(973) 509-7500
**Attorneys for Defendant, Allianz Insurance Company**

---

Mark Sheridan, Esq.
Robert J. Bates, Esq.
Bates & Carey
191 North Wacker
Suite 2400
Chicago, Ill  60606
Tele: 312-762-3100
Fax:  312-762-3200
Email:
msheridan@batescarey.com

                -and-

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia   22314
Tele:    (703) 340-1625

Fax:    (703) 997-4892
E-Mail:
rdriscoll@driscollseltzer.com

        -and-

Michael Gioia, Esq.
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079
Tele:    (212) 238-4800
Fax:    (212) 238-4848
E-mail:
mgioia@lcbf.com
**Attorneys for Defendant, American Re-Insurance Co.**

---

Adam Krauss, Esq.
Meryl R. Lieberman, Esq.
Traub, Elgin, Lieberman, Straus
Mid-Westchester Executive Park
Three Skyline Drive
Hawthorne, NY  10532
Tele: 914-347-1600
Fax:  914-347-8898
Email: akrauss@tels.com

        -and-

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia  22314
**Attorneys for Defendants, Associated International Insurance Company**

---

Wendy L. Mager, Esq.
Thomas E. Schorr, Esq.
Smith Stratton Wise Heher & Brennan, LLP
2 Research Way
Princeton, NJ 08540
Tele:    (609) 987-6662
Fax:    (609-987-6651
E-Mail:  wmager@smithstratton.com
         tschorr@smithstratton.com
        -and-


Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia  22314
**Attorneys for Employers Mutual Casualty Co.**

---

L. Barrett Boss, Esq.
Cozen O'Connor

1667 K Street, NW, Suite 500
Washington, DC 20006
Tele:    (202) 912-4800
Fax:     (202) 912-4830
E-Mail:  bboss@cozen.com

      -and-

John J. Dwyer, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia PA 19103
E-Mail
jdwyer@cozen.com
**Attorneys for Defendant, Federal Insurance Company**

---

Andrew Butz, Esq.
Bonner Kiernan Trebach & Crociata
1250 I Street N.W., Ste. 600
Washington, DC 20005

        -and-

Rolf Lindenhayn, Esq.
Kaufman & Logan, LLP
100 Spear Street
12th Floor
San Francisco, CA 94105
Tele:    (415) 247-8300
Fax:     (415) 247-8310
E-Mail:  Rlindenhayn@kllaw.com
**Attorney for Defendants, Fireman's Fund Ins. Co.;
National Surety Corporation**

---

William Bowman, Esq.
Edward Parks, Esq.
Hogan & Hartson
Columbia Square
555 13th Street NW
Washington, DC 20004
Tele:    (202)637-5600
Fax:     (202)637-5910
E-Mail:  wjbowman@hhlaw.com
         ebparks@hhlaw.com
**Attorneys for Defendant, First State Insurance Co.**

---

Louis G. Corsi, Esq.
Landman, Corsi, Ballaine & Ford, Esqs.
120 Broadway
27th Floor
New York, NY  10271-0079
Tele: 212-238-4800
Fax:  212-238-4848
E-Mail:
lcorsi@lcbf.com
**Attorneys for Defendant, TIG Insurance Co.,**

*formerly International Insurance Company*

---

Fred L. Alvarez, Esq.
Arthur J. McColgan, Esq.
Ryan M. Henderson, Esq.
Mark A. Deptula, Esq.
Lord, Bissell & Brook, LLP
115 S. LaSalle Street
Chicago, Ilinois  60603
**Attorneys for Defendant, Mt. McKinley Ins. Co.**

---

Clifton S. Elgarten, Esq.
Barry M. Parsons, Esq.
Kathryn A. Underhill, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
E-Mail:
Bparsons@crowell.com
Kunderhill@crowell.com
Celgarten@crowell.com
**Attorneys for Defendant, Stnewall Ins. Co.;
Northern Assurance Co. of America; Century
Indemnity Co.**

---

Margaret H. Warner, Esq.
Richard B. Roger, Esq.
McDermott, Will & Emery
600 Thirteenth Street, N.W.
Washington, DC 20005
Tele:    202-756-8000
Fax:    202-756-8087
E-Mail:  mwarner@mwe.com

        -and-

Barry R. Ostager, Esq.
Jonathan K. Youngwood, Esq.
Laura Murphy, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017
Tele: 212-455-3359
Fax: 212-455-2502
Email: jyoungwood@stblaw.com
        lmurphy@stblaw.com
**Attorneys for Defendant, Travelers Casualty and Surety Company**

---

Elizabeth B. Sandza, Esq.
David M. Ross, Esq.

Leboeuf, Lamb, Green & Macrae, LLP
1875 Connecticut Avenue, NW
Washington, DC 20009
**_Defendant, Hudson Insurance Company_**

---