



SEDGWICK FORBES

_norm america_

**881**
SF

| POLICY NO. | | REF. NO. | |
|---|---|---|---|
| ULL 0122 | | | |

| REGISTRATION | | | V.A.T. | T.O.C. TRIBUNAL |
|---|---|---|---|---|
| | | | Z | |

| D.T.I. CODE | REGISTRATION CATEGORY | | | YEAR | MONTH |
|---|---|---|---|---|---|
| 4 | | | | 79 | 1 |

| ASSURED/ACCOUNT | ADJUST. SCHEME | |
|---|---|---|
| I.C. INDUSTRIES INC. ETAL | YES | NO |

| COUNTRY OF ORIGIN | MARINE | NON-MARINE | AVIATION |
|---|---|---|---|
| U.S.A. | | A | |

| USB | ✓ | OVERSEAS BROKERS |
|---|---|---|
| US | | Rollins, Burdick, Hunter & Co. |
| NUS | | Chicago |

| CURRENCY U.S. $ | SIGNED LINE | GROSS PREMIUM |
|---|---|---|
| TOTAL | 100.0000% | 28,342.47 |
| LLOYD'S | 63.4380% | |
| ILU | – | |
| PSAC | 10.9697% | 3,109.08 |
| COMPANIES | 25.5923% | |

| NET ABSOLUTE PREMIUM | | | |
|---|---|---|---|
| LLOYD'S | ILU | PSAC | COMPANIES |
| | | | |

| X | Y | Z |
|---|---|---|
| | | |

| BUREAU SCHEME NO. | BROKER'S COVER NO. |
|---|---|
| M-18-3-81 | |

915/A (rev. 4/72)

---

<u>EFFECTIVE 1ST APRIL 1979</u>

Noted and agreed that with effect from
the above mentioned date underwriters
lines are as follows and not as heretofore

A.P. to new market IRO. change at 1/4/79 and
inclusion of Additional named Assured at 1/4/79.

| ∴TTEN ⸱ᴇs | % PART OF | ᴏᴙᴅᴇᴙ WHOLE | ORDER 66.6667 | CLOSED FOR 100% |
|---|---|---|---|---|
| | | | FOR L.P.S.O. USE | |

SF

| ATTACHING TO SLIP No. | ULL 0122 |
| --- | --- |

### SECTION A

| | | | | |
| --- | --- | --- | --- | --- |
| 1 Cables Checked | Yes | 2. Slip Details Checked | Yes | |
| 3. (a) Participations Advised | Yes | 4. Commission Advised | Yes | |
| (b) Companies Checked for State. | | | | |
| (c) Illinois Licensed/Unlicensed | Yes | 5. Advice Notes | YES / NO | |
| 6. Syndicates Nos. Complete | Yes | 7. Annual Check Card | YES / NO | |
| 8. N.C.A.D. Card | YES / NO | 9. Guide Card | YE / NO | |
| 10. INITIALS | JSD | | | |

### SECTION B

| | | |
| --- | --- | --- |
| 1. Changes made on slip itself after carding advised to:— (a) P.T. Section (b) Z R/I | 2. Amended Advice Note Issued | |
| | 3. Initials | |

### SECTION C  (Cover Note Instructions)

| | | | |
| --- | --- | --- | --- |
| 1. Client Address Code | RBH1 | 2. Full Lloyd's Market | Yes |
| 3. Swett and Crawford | | 4. Illinois | |
| (a) Los Angeles | | (a) Licensed (all) | |
| (b) San Francisco | | (b) Unlicensed (all) | |
| (c) San Diego | | (c) Licensed/Unlicensed | X |
| 5. Our Reference. | JSD | 6. Policy or Slip Policy | |
| 7. Number of Copies | 3 | (a) Policy Wording (PY) | |
| 8. Repeat Number | 4 OIP. | (b) Slip Policy (SP) | |

### SECTION D

1. COMMISSION    5 %.

2. TAX    4 %. F.E.T. on 35.0252 %. being companies
3 %. State Tax on Unlicensed Underwriters and Companies

A.40 (rev. 11/75)

## EXCESS BROAD FORM LIABILITY INSURANCE

**TYPE :**

**FORM :** J(a) plus short excess wording t.b.a.- L/U following Underlying. Including Employee Benefit Liability but excluding claims arising from E.R.I.S.A. (1974).

**ASSURED :** I.C. INDUSTRIES INC. ETAL as Underlying, One Illinois Center, 111 East Wacker Drive, Chicago, Illinois. 60601

**PERIOD :** 5th January 1979 - 1st March 1980.
SEE ATTACHED

**INTEREST :** Covering in respect of the Assured's operations.

**SUM INSURED :** $15,000,000 any one occurrence
$15,000,000 annual aggregate where in the Underlying

ONLY TO PAY THE EXCESS OF :

$35,000,000 any one occurrence
$35,000,000 annual aggregate where applicable.

**SITUATION :** Anywhere in the World.

**CONDITIONS :** Cancellation Clause - N.M.A. 1941.
S.S. Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Tax Clause (Companies only)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477.
N.M.A. 1685.

**PREMIUM :** $35,000 per annum plus Pro Rata.

**BROKERAGE :** 10% and 4% Tax (Companies only)
5% Illinois State Tax (Unlicensed Lloyd's and Companies)

| WRITTEN LINES | % OF ORDER | ORDER | CLOSED FOR |
|---|---|---|---|
| PT (NMA) | WHOLE | 66-667 | 100%/66-667 |

W/Recd 64-9748/ 06.10% or 66.66
of Above Unsigned Premium

---

SEDGWICK FORBES
NORTH AMERICA LIMITED     001 SF

| POLICY NO. | UL 0199 | REF. NO. | | |
|---|---|---|---|---|
| REGISTRATION | | V.A.T. Z | T.O.C. TRIBUNAL | |

| D.T.I. CODE | REGISTRATION CATEGORY | YEAR 79 | MONTH 1 |
|---|---|---|---|
| 4 | | ADJUST. SCHEME YES / NO | |

ASSURED/ACCOUNT  I.C. Industries Inc

| COUNTRY OF ORIGIN | MARINE | NON-MARINE | AVIATION |
|---|---|---|---|
| U.S.A. | | A | |

| | | OVERSEAS BROKERS |
|---|---|---|
| USB ✓ | | |
| US | | |
| NUS | | |

| CURRENCY U.S.$ | SIGNED LINE | GROSS PREMIUM |
|---|---|---|
| TOTAL | 100.0000% | 28,842.74 |
| LLOYD'S | 64.9748% | 18,740.25 |
| ILU | | |
| PSAC | 10.5086% | 3,030.93 |
| COMPANIES | 24.5166% | 7,071.16 |

| NET ABSOLUTE PREMIUM | | |
|---|---|---|
| | ILU | PSAC | COMPANIES |
| LLOYD'S 16,634.36 | | 2,515.67 | 5,869.06 |

COMPUTER REMINDER LIST INSTRUCTIONS

| N.C.A.D. INDICATOR | EXPIRY DATE |
|---|---|
| YES / NO | DAY 01 MONTH 03 YEAR 80 |

| ANNIVERSARY DATE | OVERRIDING ANNIV. REMINDER MONTH | OVERRIDING EXPIRY REMINDER MONTH |
|---|---|---|
| DAY | MONTH | YEAR | | |

| | MONTH NUMBER | MONTH NUMBER 01 |
|---|---|---|
| X | | |
| Y | | |
| Z | | |

| AGENT & ASSURED | I.C. INDUSTRIES INC |
|---|---|
| NO. OF DAYS C.C. | ANNL.CH-CK | ANNL.INSTALMENT |
| INS. TYPE | | POLFILE STAGE 1 |
| POLFILE | AID | POLFILE STAGE 2 2 APR 1981 |

24 MAY 1979    20 JUN 1979

BUREAU SCHEME NO.  BROKERS COVER NO.

M-1481







Sedgwick Forbes Bland Payne
North America Limited

551
SFB

Policy No. ULL0122

Registration

| D.T.I. Code | Registration Category | | Year | Month |
|---|---|---|---|---|
| 4 | | | 79 | 1 |

V.A.T. Z   T.O.C. Tribunal

Adjust. Scheme

Assured/Account: I.C. INDUSTRIES

Country of Origin: USA

| | Marine | Non-Marine | Aviation |
|---|---|---|---|
| | | A. | |

YES

U.S. Tax Code: USR
Overseas Brokers: Rollins, Burdick, Hunter Co. Chicago

Currency: USA

| | Signed Line | Gross Premium |
|---|---|---|
| Total | 100% | 383,342·47 |
| Lloyd's | 35·4652% | 10,051·71 |
| ILU | | |
| PSAC | | |
| Companies | | |

RE-SIGNING SHEET

From 1ST April, 1979
To 1ST April, 1980

Syndicate change

Broker's Cover No.

Bureau Scheme No.

Licensed Underwriters

Premium for the period 1/4/79 -80 and AP
(Re. Additional named Assured w.e.g. 1/4/79)

| Line % | | | |
|---|---|---|---|
| 10·9697 | 799 | RAJ. | A0134TPX |
| 4·3880 | 918 | AGO | L62HXOGJ9171 |
| 3·2909 | 219 | RAE | 977P |
| 2·1940 | 219 | RAE | 277P |
| 2·7424 | 553 | CSW | A6THXXI884 |
| 1·8319 | 694 | JRH | 4690LXX32542 |
| 1·6210 | 694 | JRH | 4690LXX32542 |
| 0·6027 | 518 | DAS | OOOYICINOO×9 |
| 1·3712 | 243 | ABG | 7720X |
| 2·1960 | 471 | DWG | AXL485IRc179 |
| 1·0970 | 653 | PGB | 707 |
| 2·7424 | 231 | PJB | 707. |
| 35·4652% | 6212 | | |

Uninitialled lines as agreement
obtained on original slip.

65656 ✳ 17 MAR 198?   ILLINOIS

ILLINOIS STAMPS
COUNTERSIGNED 23/10/80
COVER NOTE No. 1260

| Written % | Lines Part | of | Order Whole | Order | Closed For |
|---|---|---|---|---|---|
| | | | | 66·6667% 100% of Order | |



Sedgwick Forbes Bland Payne
North America Limited

551
SFB

Policy No. VLL-0122    Ref. No.

Registration    V.A.T. Z    T.O.C. Tribunal

Year 79    Month 1

D.T.I. Code 4    Registration Category    Adjust. Scheme YES    NO

Assured/Account  I.C. INDUSTRIES INC. ETAL    Marine    Non-Marine A.    Aviation

Country of Origin USA

U.S. Tax Code USB    Overseas Brokers  Rollins, Burdick, Hunter Co Chicago.

Currency US$    Signed Line    Gross Premium

Total    100%    263242.47.

Lloyd's    27.97282%    7,928.18

ILU

PSAC

Companies

Broker's Cover No.

Bureau Scheme No.

RE-SIGNING SHEET

From : 1ST April, 1979.
To : 1ST April, 1980.

Syndicate change

SURPLUS LINE

L.B.A.

5A

Written % of Order/Lines per Whole

Order 66-66672

Closed For 100% of Order

Unlicensed Underwriters

Premium for the period 1/4/79 - 80 and AP.
IRA Additional Named Assured w.e.f. 1/4/79.

Uninitialled lines as agreement
obtained on original slip.

| Line % | | | | | | |
|---|---|---|---|---|---|---|
| 10·1470 | 989 | PJG | 9033891988OE | | | |
| 0·6207 | 279 | CRE | 9037896988OE | | | |
| 8·5783 | 618 | PCW | NA8395905528 | | | |
| 1·5796 | 278 | HHM | NA8395905528 | | | |
| 2·0652 | 948 | JAH | NA8395905528 | | | |
| 2·1910 | 126 | FCD | 505 | | | |
| 0·5486 | 701 | PAD | 505 | | | |
| 1·6454 | 861 | RMO | 002YIC 1N8733 | | | |
| 27·97262 | 4600 | | | | | |

| | | |
|---|---|---|
| 10.1750 | 9.25% | 959 PJB 905J09L9SSOE |
| 0.8227 | 0.75% | 297 CRE 905J09L9SSOE |
| 8.5783 | 7.82% | 618 PCW NAS595905J2S |
| 1.5796 | 1.44% | 278 HRM NAS595905J2S |
| 2.4572 | 2.24% | 945 JAH NAS595905J2S |
| 10.9697 | 10.00% | 799/RAJ A0154TPX |
| 4.3850 | 4.00% | 918 AGO LG2HXOSJ917 |
| 3.2909 | 3.00% | 219 RAE 977P |
| 2.1940 | 2.00% | 219 RAE 277P |
| 2.1940 | 2.00% | 126 FCD 505 |
| 0.5486 | 0.50% | 701 IRP 505 |
| 2.7424 | 2.50% | 555 CJW ABTHXX1S84 |
| 1.8319 | 1.67% | 694 JRH 4690LXX32542 |
| 1.8210 | 1.66% | 694 JRH 4690KXX32542 |
| 1.6454 | 1.50% | 661 RMO 002YICIN8733 |
| 0.8227 | 0.75% | 51S DAS 002YICIN00X9 |
| 1.3712 | 1.25% | 213 ABG 7720X |
| 2.1940 | 2.00% | 471 DWG AXL4851RG179 |
| 1.0970 | 1.00% | 653 PJB 707 |
| 2.7424 | 2.50% | 231 PJB 707 |
| 63.4580 | 57.83% | Lloyd's Total |

| | | |
|---|---|---|
| 10.9697 | 10.00% | 26.62% Walbrook Ins. Co. Ltd. |
| | | 12.99% "Winterthur" Swiss Ins Co. Ltd. |
| | | 6.49% El Paso Ins. Co. Ltd. |
| | | 11.69% Mutual Reinsurance Co. Ltd. |
| | | 12.99% Dart Ins. Co. Ltd. |
| | | 11.04% Bermuda Fire & Marine Ins. Co. Ltd. |
| | | 1.95% Compagnie Europeéne D'Assurances Industriel S.A. |
| | | 6.49% Bryanston Ins. Co. Ltd. |
| | | 9.74% St. Katherine Ins.Co.Ltd. |

Per H.S. Weavers (Underwriting)Agencie
Ltd. Ref L05G1532786

26.62% Walbrook Ins.Co. Ltd.
12.99% "Winterthur" Swiss Ins.

EFFECTIVE 1st APRIL 1972

Noted and agreed that with effect from
the above mentioned date underwriters
lines are as follows and not as heretofore

| V.A.T. | Z | T.O.C. TRIBUNAL | YEAR | MONTH |
|---|---|---|---|---|
| | | | 79 | 1 |

| D.T.I.CODE | REGISTRATION CATEGORY | ADJUST. SCHEME | |
|---|---|---|---|
| 4 | | YES | % |

ASSURED/ACCOUNT
I.C. INDUSTRIES INC. ETAL

| COUNTRY OF ORIGIN | MARINE | NON-MARINE | AVIATION |
|---|---|---|---|
| U.S.A. | | A | |

OVERSEAS BROKERS
USB / US / NUS

| CURRENCY U.S.$ | SIGNED LINE | GROSS PREMIUM |
|---|---|---|
| TOTAL | 100.0000% | |
| LLOYDS | 65.4580% | |
| ILU | - | |
| PSAC | 10.9697% | |
| COMPANIES | 25.5925% | |

| NET ABSOLUTE PREMIUM | | | |
|---|---|---|---|
| LLOYDS | ILU | PSAC | COMPANIES |

FOR L.P.S.O. USE

| TEN % | ORDER | CLOSED FOR |
|---|---|---|
| | 66.6667 | 100% |
| | WHOLE | |



| SIGNED % LINE | % | | | |
|---|---|---|---|---|
| 10.1470 | 9.25% | 989-PJG | 903JB9L9880E | |
| 0.8227 | 0.75% | 297-CRE | 903JB9L9880E | |
| 8.5783 | 7.82% | 618-PCW | NA8395905J28 | |
| 1.5796 | 1.44% | 278-HHM | NA8395905J28 | |
| 2.4572 | 2.24% | 948-JAH | NA8395905J28 | |
| 10.9697 | 10.00% | 799-RAJ | A0134TPX | |
| 4.3880 | 4.00% | 918-AGO | LG2HX08J9171 | |
| 3.2909 | 3.00% | 219-RAE | 977P | |
| 2.1940 | 2.00% | 219-RAE | 277P | |
| 2.1940 | 2.00% | 126-FCD | 505 | |
| 0.5486 | 0.50% | 701-IRP | 505 | |
| 2.7424 | 2.50% | 553-CJW | ABTHXX1884 | |
| 1.8319 | 1.67% | 694-JRH | 4690LXX32542 | |
| 1.8210 | 1.66% | 694-JRH | 4690KXX32542 | |
| 1.6454 | 1.50% | 661-RMO | 002YICIN8733 | |
| 0.8227 | 0.75% | 518-DAS | 002YICIN00X9 | |
| 1.3712 | 1.25% | 213-ABG | 7720X | |
| 2.1940 | 2.00% | 471-DWG | AXL4851RC179 | |
| 1.0970 | 1.00% | 653-PJB | 707 | |
| 2.7424 | 2.50% | 231-PJB | 707 | |

53.4380  57.85%  Lloyd's Total

10.9697  10.00%
26.62% Walbrook Ins. Co. Ltd.
12.99% "Winterthur" Swiss Ins.Co.
6.49% El Paso Ins. Co. Ltd.
11.69% Mutual Reinsurance Co.Ltd.
12.99% Dart Ins. Co. Ltd.
11.04% Bermuda Fire & Marine Ins. Co. Ltd.
1.95% Compagnie Europeene D'Assurances Industrielles S.A.
6.49% Bryanston Ins. Co. Ltd.
9.74% St. Katherine Ins.Co.Ltd.

Per H.S. Weavers (Underwriting)Agencies Ltd. Ref LO3G15327786

26.62% Walbrook Ins.Co. Ltd.
12.99% "Winterthur" Swiss Ins.Co.

14.6226  13.33%  6.49% El Paso Ins.Co.Ltd
11.69% Mutual Reinsurance Co. Ltd
12.99% Dart Ins. Co. Ltd.
11.04% Bermuda Fire & Marine Ins. Co. Ltd.
1.95% Compagnie Europeene D'Assurances Industrielles S.A.
6.49% Bryanston Ins. Co. Ltd.
9.74% St. Katherine Ins.Co.Ltd

Per H.S. Weavers (Underwriting) Agencies Ltd. Ref LO3G156 02214

10.9697  10.00%  Stronghold 217991  50404 PSAC

36.5620  33.33%  Companies Total

5

14.6226   13.55% El Paso Ins.Co.Ltd
          11.69% Mutual Reinsurance Co. Li

          12.99% Dart Ins. Co. Ltd.
          11.04% Bermuda Fire & Marine
                 Ins. Co. Ltd.
           1.95% Compagnie Europeene
                 D'Assurances Industriel
                 S.A.
           6.49% Bryanston Ins. Co. Ltd.
           9.74% St. Katherine Ins.Co.Lt

          Per H.S. Weavers (Underwriting)
          Agencies Ltd. Ref LO5G156 02214

10.9697   10.00% Stronghold
                 217991
                 50404 PSAC

56.5620   33.55% Companies Total

| SEDGWICK FORBES | | 881 | CURRENCY INSURED | GROSS PREMIUM | | | | INITIAL SYND./COY. | 3 |
|---|---|---|---|---|---|---|---|---|---|
| NORTH AMERICA LIMITED | | SF | | | | | | | |
| ATTACHING TO POLICY NO. ILL. 0122 | ENDORSEMENT REF. | | TOTAL | INCLUDED WITH ORIGINAL | | | | | |
| REGISTRATION | V.A.T. | T.O.C. TRIBUNAL | LLOYD'S | | | | | | |
| SERIAL | REGISTRATION CATEGORY | YEAR | MONTH | ILU | | | | | |
| ASSURED/ACCOUNT | | LEADING U/WR. | PSAC | | | | | | |
| I.C. INDUSTRIES INC. | | 22 3 79 | COYS | | | | | | |
| ETAL. | | | | | | | | | |

Noted and agreed that this Policy is extended

to expire on 1st April 1980.

Aggregate period hereon 5/1/79 – 1/4/80 ✓

PREMIUM :    $ _____

(Calculated at Pro-Rata)

SAB/RC
21.3.79.

| NET ABSOLUTE PREMIUM | | PSAC NUMBER AND DATE STAMP | | |
|---|---|---|---|---|
| LLOYD'S | ILU | | | |
| PSAC | COYS | | | |
| | | ILU NUMBER AND DATE STAMP | | |

| SEDGWICK FORBES | | 881 | CURRENCY INSURED | GROSS PREMIUM |
|---|---|---|---|---|
| NORTH AMERICA LIMITED | | SF | | |
| ATTACHING TO POLICY NO. ULL.0122 | ENDORSEMENT REF. | | TOTAL | |
| REGISTRATION | V.A.T. | T.O.C. TRIBUNAL | LLOYD'S | |
| SERIAL | REGISTRATION CATEGORY | YEAR MONTH | ILU | |
| ASSURED/ACCOUNT I.C. INDUSTRIES INC. ETAL. | LEADING U/WR. | PSAC | | |
| | | COYS | | |

Effective 1st April, 1979

Noted and agreed that with effect from the above-
mentioned date the following is added as an
additional Named Assured hereunder:--

PET INCORPORATED

ADDITIONAL PREMIUM: _____
Calculated at pro rata of 7500 annual.

SAB/LAL
2.4.79

| NET ABSOLUTE PREMIUM | | PSAC NUMBER AND DATE STAMP |
|---|---|---|
| LLOYD'S | ILU | |
| PSAC | COYS | NUMBER AND DATE STAMP |

Market change at 1/6/79.

Licensed Underwriters

| Currency | Signed Line | Gross Premium | Warranty |
|---|---|---|---|
| US$ | | | |
| Total | 100% | 233¢2.47 ① | |
| Lloyd's | 38.17792 | 89/1.66 | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |
| Rate of Exchange | | | |

LLOYDS POLICY SIGNING OFFICE

L.P.S.O. No. and Date  RETURN has been made
on behalf of all the Syndicates
Subscribing to this policy

68628 * 24 MAR 1981

BA 121    LINES, SYNDS, ETC., AS SLIP ATTACHED

Unlicensed Underwriters

| Currency | Signed Line | Gross Premium | Warranty |
|---|---|---|---|
| US$ | | | |
| Total | 100% | 233¢2.47 ② | |
| Lloyd's | 26.79692 | 6255.06 | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |
| Rate of Exchange | | | |

STG. Equiv.
LLOYDS POLICY SIGNING OFFICE

L.P.S.O. No. and Date  RETURN has been settled
on behalf of all the Syndicates
subscribing to this policy

68627 * 24 MAR 1981

BA 121    LINES, SYNDS, ETC., AS SLIP ATTACHED

SF

ATTACHING TO SLIP No. ........  UEL 0122

**SECTION A**

| 1. Cables Checked | Yes | 2. Slip Details Checked | Yo |
| 3. (a) Participations Advised | Yeo | 4. Commission Advised | Yes |
|    (b) Companies Checked for State | | | |
|    (c) Illinois Licensed/Unlicensed | Yeo | 5. Advice Notes | yes / NO |
| 6. Syndicates Nos. Complete | Yeo | 7. Annual Check Card | YES / NO |
| 8. N.C.A.D. Card | YES / NO | 9. Guide Card | YES / NO |
| 10. INITIALS | JSD | | |

**SECTION B**

| 1. Changes made on slip itself after carding advised to:- | | 2. Amended Advice Note Issued | |
|    (a) P.T. Section | | | |
|    (b) 2 R/I | | 3. Initials | |

**SECTION C** (Cover Note Instructions)

| 1. Client Address Code | RBH11 | 2. Full Lloyd's Market | |
| 3. Swett and Crawford | | 4. Illinois | |
|    (a) Los Angeles | | (a) Licensed (all) | |
|    (b) San Francisco | | (b) Unlicensed (all) | |
|    (c) San Diego | | (c) Licensed/Unlicensed | X |
| 5. Our Reference | JSD | 6. Policy or Slip Policy | |
| 7. Number of Copies | 3 | (a) Policy Wording (PY) | |
| 8. Repeat Number | 4 O/P | (b) Slip Policy (SP) | |

**SECTION D**

1. COMMISSION  5%.
2. TAX  4%. F.E.T. or 35.025%.
   being companies
   3% State Tax on Unlicensed
   Underwriters and Companies