



EFFECTIVE 1ST APRIL 1972

Noted and agreed that with effect from the above mentioned date underwriters lines are as follows and not as heretofore

| POLICY NO. ULL 0122 | | REF. NO. | | V.A.T. N | T.O.C TRIBUNAL SF |
|---|---|---|---|---|---|
| REGISTRATION | D.T.I CODE 4 | REGISTRATION CATEGORY | | YEAR 79 | MONTH 1 |
| ASSURED/ACCOUNT I.C. INDUSTRIES INC. ETAL | | | | ADJUST.SCHEME YES | NO |
| COUNTRY OF ORIGIN U.S.A. | | OVERSEAS BROKERS | | MARINE | NONMARINE A AVIATION |
| USB | | | | | |
| US | | | | | |
| NUS | | | | | |
| CURRENCY U.S.$ | | SIGNED LINE | | GROSS PREMIUM | |
| TOTAL | | 100.0000% | 2,634,380% | | |
| LLOYDS | | | | | |
| ILU | | | | | |
| PSAC | | 10,9697% | | | |
| COMPANIES | | 25.5925% | | | |
| | | NET ABSOLUTE PREMIUM | | | |
| LLOYDS | | ILU 12 | | PSAC | COMPANIES |

| | ORDER | CLOSED FOR |
|---|---|---|
| TEN % OF WHOLE | 66.6667 | 100% |

FOR L.P.S.O. USE

| % | Ref | Company |
|---|---|---|
| 10.1170 | 989 PJS 905JB9J9S80E | |
| 0.8827 | 297 CRE 905JB9J9S80E | |
| 8.5781 | 618 PCW NAS395905J28 | |
| 1.5796 | 278 HRM NAS395905J28 | |
| 2.4572 | 948 JAH NAS395905J28 | |
| 10.9697 | 799 RAJ A013ATPX | |
| 4.3880 | 918 AGO LG2HXO8J9171 | |
| 3.2909 | 219 RAE 977P | |
| 2.1940 | 219 RAE 277P | |
| 2.1940 | 126 FCD 505 | |
| 0.5486 | 701 IRP 505 | |
| 2.7424 | 553 CJW ABTHXX1884 | |
| 1.8319 | 694 JRH 4690LXX32542 | |
| 1.8210 | 694 JRH 4690KXX32542 | |
| 1.6454 | 661 RNO 002YICIN9733 | |
| 1.5450 | 518 DAS 002YICIN00X9 | |
| 0.8227 | 243 ABG 7720X | |
| 1.5712 | 471 DWG AX1A851RC179 | |
| 2.1940 | 653 PJB 707 | |
| 1.0970 | 231 PJB 707 | |
| 2.7424 | | |

57.83% / 63.4380 Lloyd's Total

| 10.9697 | 10.00% | Walbrook Ins. Co. Ltd. |
| | 26.62% | "Winterthur" Swiss Ins. Co. |
| | 12.99% | El Paso Ins. Co. Ltd. |
| | 6.49% | Mutual Reinsurance Co. Ltd. |
| | 11.69% | Dart Ins. Co. Ltd. |
| | 12.99% | Bermuda Fire & Marine Ins. Co. Ltd. |
| | 11.04% | Compagnie Europeene D'Assurances Industrielles S.A. |
| | 1.95% | Bryanston Ins. Co. Ltd. |
| | 6.49% | St. Katherine Ins.Co.Ltd |
| | 9.74% | |

Per H.S. Weavers (Underwriting)Agencies
Ltd. Ref L03G15327786

26.62% Walbrook Ins. Co.
12.99% "Winterthur" Swiss Ins. Co.

---

| 10.9697 | | El Paso Ins. Co. Ltd |
| | 11.69% | Mutual Reinsurance Co. |
| | 12.99% | Dart Ins. Co. Ltd. |
| | 11.04% | Bermuda Fire & Marine Ins. Co. Ltd. |
| | 1.95% | Compagnie Europeene D'Assurances Industriel S.A. |
| | 6.49% | Bryanston Ins. Co. Ltd. |
| | 9.74% | St. Katherine Ins.Co.Lt |

Per H.S. Weavers (Underwriting) Agencies Ltd. Ref L03G156 02214

| 36.5620 | 10.00% | Stronghold 217991 |
| | | 50404 PSAC |

33.33% Companies Total

Sedgwick Forbes Bland Payne
North America Limited

Policy No. UHA 0205    Ref. No.    551 SFB

| Registration | V.A.T. Z | T.O.C. Tolerant |
| --- | --- | --- |

| D.T.I. Code | Registration Category | Year 80 | Month 4 | Adjust |
| --- | --- | --- | --- | --- |
| 4 | | | | |

Assured/Account: I C INDUSTRIES INC ETAL

| County of Origin | Marine | Non-Marine | Aviation |
| --- | --- | --- | --- |
| U.S.A. | | A | |

Overseas Brokers: Rollins Burdick Hunter Co Chicago

| US $ ✓ | Currency U S $ | Signed Line | Gross Premium |
| --- | --- | --- | --- |
| US | | | |
| NUS | | | |
| Total | | 100.00 | |
| Lloyd's Insurers | | 29.34 | |
| Lloyd's Agencies | | 28.43 | Lee of Hudson |
| ILU | | 14.68 | |
| PSAC | | 29.37 | |
| Companies | | | |

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying, as expiring or t.b.a. L/U.
Including W.C.A. and F.L.H.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from E.R.I.S.A. (1974)

**ASSURED:** I.C. INDUSTRIES INC. ETAL
One Illinois Center, 111 E. Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April 1980

**INTEREST:** Covering in respect of the Insured's operations.

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying

ONLY TO PAY THE EXCESS OF :

$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable.

**SITUATION:** Anywhere in the world

**CONDITIONS:** Cancellation Clause — N.M.A. 1941.
S.S. Clause / John G. Smith - Licensed Underwriters/
/ Thomas D. Stearns Unlicensed Underwriters/
Tax Clause / (Companies only)
Notice of loss to Rollins Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477.
N.M.A. 1685.

| Net Absolute Premium | | | |
| --- | --- | --- | --- |
| Lloyd's | ILU | PSAC | Companies % |

| Anniversary Date | | Company Reminder List Instructions | | | | Expiry Date | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Day | Month | Year | N.C.A.D. Indicator | YES | NO | Day | Month | Yr |
| 1. | | | | | | | | |
| 2. | | | Overriding Anniversary Month | Month Number | | | | |
| 3. | | | | | | | | |
| 4. | | | Overriding Expiry Month | Month Number | | | | |

No. of Days C.C.
Policies & No. of Copies
Case Child
Int'l Policies    Ann. Check    Policy Disposal

Written % Order Wood
Line/Act

Order %    Closed For

$10,000,000    Bol 1.45

21 OCT 1980
20 MAR 1981

0.105% 95% of the above limits and premium

Excess Scheme No.    Broker & Comm No.



Sedgwick Forbes Bland Payne
North America Limited

| | | | | |
|---|---|---|---|---|
| Policy No. **UHA 0205** | Ref. No. | | | 551 SFB |
| Reparation | | V.A.T. **N** | T.O.C. Tribunal | |
| D.T.I. Code **4** | Reparation Category | | Year **80** Month **4** | Adjust. Scheme YES / NO |

Assured/Account: **I.C. INDUSTRIES INC ETAL**

| Country of Origin | Marine | Non-Marine | Aviation |
|---|---|---|---|
| U.S.A. | | **A** | |

Overseas Brokers: **Rollins Burdick Hunter Co. Chicago**

| | USB ✓ | US | NUS | Currency **US$** |

| Signed Line | Gross Premium |
|---|---|
| Total **100.00** | **32,000.00** |
| Lloyd's/Cos.: 27.52 / 28.43 | |

| ILU | **14.68** | **4,697.60** |
| PSAC | **29.37** | |
| Companies | | |

| | Net Absolute Premium | |
|---|---|---|
| Lloyd's | ILU | PSAC | Companies |

Computer Reminder List Instructions
N.C.A.D. Indicator: YES / **NO**    Expiry Date

| Anniversary Date | | | Overriding Assd. Reminder Month | Day Month Year |
|---|---|---|---|---|
| Day | Month | Year | | |
| 1. | | | Overriding Expiry Reminder Month | |
| 2. | | | Month Number | |
| 3. | | | Month Number | |
| X | Y | Z | Broker's Cover No. | Am. Installment |

No. of Days C.C.    Ann. Check    Policy Disposal

Policies & No. of Copies
Case Old
Ind. Policies

1st Adv. Slip        Polite. Series    Polite Stage
**0 5 OCT 1980**                **2 0 MAR 1981**

Bureau Scheme No.    Broker's Cover No.

---

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying, as expiring or t.b.a. L/U.
Including W.C.A. and F.L.H.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying,
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April 1980.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying
ONLY TO PAY THE EXCESS OF :
$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable.

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause – N.M.A. 1941.
S.S. Clause (John G. Smith – Licensed Underwriters)
(Thomas L. Stevens – Unlicensed Underwriters)
Tax Clause (Companies only)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477
N.M.A. 1685.

Written %    OL Order    Order    Closed For
Line Dept.   Whole       **$10,000,000**    100% **$466**

Herein 14,687 of 40% of the above Premium and Limits



8/1 SF

ATTACHING TO SLIP No. UMA 0205

**SECTION A**

| | | |
|---|---|---|
| 1. Cables Checked | ✓ | 2. Slip Details Checked ✓ |
| 3. (a) Participations Advised | | 4. Commission Advised |
| (b) Companies Checked for State | | |
| (c) Illinois Licensed/Unlicensed | ✓ | 5. Advice Notes — YES / NO |
| 6. Syndicates Nos. Complete | ✓ | 7. Annual Check Card — YES / NO |
| 8. N.C.A.D. Card | YES / NO | 9. Guide Card — YES / NO |
| 10. INITIALS SMSB | | |

**SECTION B**

| | | |
|---|---|---|
| 1. Changes made on slip itself after carding advised to:- | | 2. Amended Advice Note Issued |
| (a) P.T. Section | | |
| (b) Z R/I | | 3. Initials |

**SECTION C** (Cover Note Instructions)

| | | |
|---|---|---|
| | | 2. Full Lloyd's Market  YES |
| | | 4. Illinois ✓ |
| | | (a) Licensed (all) |
| | | (b) Unlicensed (all) |
| | | (c) Licensed/Unlicensed |
| 1. Client Address Code | | 6. Policy or Slip Policy |
| 3. Sweet and Crawford | | (a) Policy Wording (PY) |
| (a) Los Angeles | | (b) Slip Policy (SP) |
| (b) San Francisco | | |
| (c) San Diego | | |
| 5. Our Reference | SMSB | |
| 7. Number of Copies | 3 | |
| 8. Decimal Places | 2 | |

**SECTION D**

1. COMMISSION 10%
2. TAX 7% on 44.05% being all Companies
   3% on 28.43% being Lloyds
   Unlicensed Syndicates.

NORWICH





## ENDORSEMENT

| Endorsement Reference | 1 |
|---|---|

Date  28th May, 1982          Policy No. 551/UMA0205

To be attached to  Companies Collective

In the name of   I.C. Industries Inc.

RMS/pw.

---

### Effective Inception

It is hereby understood and agreed that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies the following shall be deemed to be additional Conditions to this wording:-

### INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

### APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i)   Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii)  Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at

Continued....

ENDORSEMENT

| Endorsement Reference | 1 |

Date  28th May, 1982

Policy No. 551/UMA0205

To be attached to  Companies Collective

In the name of  I.C. Industries Inc.
JG/pw.

their own cost and expense and shall be liable for
the taxable court costs and interests incidental
thereto, but in no event shall the total liability of
the Underwriters exceed their limit of liability as
provided for in the wording, plus the expenses of
such appeal.

All other terms and conditions remain unchanged.

In witness whereof I being a representative of the Leading Company which is duly authorised by the Assurers have hereunto subscribed my name on their behalf.

ENDORSEMENT       **LONDON COPY**

Assured

I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows: -

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms,.causes and conditions remain unchanged.


Attached to and forming part of Policy No._____ Cover Note No. 1390
Issued to I C Industries Inc. Etal
Effective Date  April 1, 1980
By: Rollins Burdick Hunter

FEB 1 0 1982

Signed D H Wilson
Authorized Representative

ENDORSEMENT

Assured

I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows: -

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms, causes and conditions remain unchanged.

Attached to and forming part of Policy No._____ Cover Note No. L2148
Issued to I C Industries Inc. Etal
Effective Date  April 1, 1980

By: Rollins Burdick Hunter

Signed D.A. Wilson
Authorized Representative

Case 1:05-cv-01125-PLF    Document 123-5    Filed 11/08/2005    Page 16 of 20

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVER NOTE PROVISIONS (FORM CN 4)

NUMBER **N°  1390**

| ITEM | | |
|---|---|---|
| 1 | **Name of Assured**<br>I C Industries Incorporated Etal. as Underlying<br>One Illinois Center<br>111 East Wacker Drive<br>Chicago, IL 60601 | |
| 2 | EFFECTIVE 12:01 A.M. BOTH DAYS AT<br>FROM ☐ 12:00 NOON STANDARD TIME | April 1, 1980  TO  April 1, 1981 |
| 3 | Acting upon your instruction, we have effected the insurance with ➡ | NAME OF INSURERS — AMOUNT OR PERCENT<br>UNDERWRITERS AT LLOYD'S, LONDON  29.3500%<br>part of 100% |
| 4 | AMOUNT — See Attached Sheet    COVERAGE — See Attached Sheet    RATE    PREMIUM $9,392.00<br><br>AUDIT    TOTAL CHARGED $9,392.00 | |
| 5 | SPECIAL CONDITIONS<br>See Attached Sheet | *John B Smith*<br>COUNTERSIGNED<br>JUL 2 1980 |
| 6 | Complaint Notice Attached | Attorney-In-fact-for<br>UNDERWRITERS<br>AT LLOYD'S LONDON<br>(NOT INCORPORATED)<br>115 SOUTH LA SALLE STREET<br>CHICAGO, ILLINOIS 60603 |

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

By _____

Easton Printing Co. Chicago

PART TWO: THIS DECLARATIONS PAGE, WITH COVER-NOTE PROVISIONS (FORM NO. RBH SI-1) ARE MADE AS PART HEREOF.

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

COVER NOTE NUMBER L-2148

**Item 1 — Name and Address of Assured**
I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**Item 2 — EFFECTIVE** ☒ 12:01 A.M. ☐ 12:00 NOON BOTH DAYS AT STANDARD TIME
FROM April 1, 1980 TO April 1, 1983

**Item 3** — Acting upon your instructions, we have effected the insurance with Underwriters at Lloyd's, London. The Underwriters at Lloyd's, London (not incorporated) do hereby bind themselves each for his own part, and not for one another, their heirs, executors and administrators.

**Item 4**
| AMOUNT | RATE | PREMIUM |
|---|---|---|
| 26.6000% part of 100% of Limits on Attached Sheet | | $8,512.00 |

LLOYD'S SURPLUS LINE
BROKERS ASSOCIATION
OF ILLINOIS
175 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603
JUN 17 1980
SECRETARY

**Item 5 — COVERAGE**
See Attached Sheet

**Item 6 — SPECIAL CONDITIONS**
See Attached Sheet

Thomas L. Stevens - 115 South La Salle Street, Chicago, IL 60603

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

ROLLINS BURDICK HUNTER CO. AGENCY INC.
10 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606
BROKER

BY [signature]

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance |
| FORM: | J(a) plus short excess wording following Underlying, as expiring or to be agreed by Underwriters.<br>Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $10,000,000 any one occurrence<br>$10,000,000 annual aggregate where in the Underlying.<br>Part Of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying.<br>Only To Pay The Excess Of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where applicable. |
| SITUATED: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins, Burdick, Hunter and Company, Chicago<br>N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $32,000 (100%) |
| SECURITY: | Underwriters at Lloyd's London<br>29.3500% part of 100% |

*John B. Smith*
COUNTERSIGNED

JUL - 2 1980

Attorney-In-fact-for
UNDERWRITERS
AT LLOYD'S LONDON
(NOT INCORPORATED)
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance |
| FORM: | J(a) plus short excess wording following Underlying, as expiring or to be agreed by Underwriters. Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $10,000,000 any one occurrence<br>$10,000,000 annual aggregate where in the Underlying.<br>Part Of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying.<br>Only To Pay The Excess Of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where applicable. |
| SITUATED: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John C. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins, Burdick, Hunter and Company, Chicago<br>N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $32,000 (100%) |
| SECURITY: | Underwriters at Lloyd's London<br>26.6000% part of 100% |

ATTACHING TO AND FORMING PART OF POLICY NO. 551/UMA.0205.

ADDENDUM NO. 3.

Where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i)   Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii)  Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

CLOSED  DATE 9 JUL 1982