NORTH AMERICA

551 SFB

Policy No. Companies 1U2124 UHA 0206

TEAM 8

2 slips

Renewing ULL0561

Assured I.C. INDUSTRIES INC. ETAL.

Client ROLLINS, BURDICK, HUNTER AND CO., CHICAGO. RBH 112

Microfilm No. & Date

L 17 APR 1980

N

Orders

No. of Slips 1
Hereto Wtn 40%
Total Wtn 40%
Sign % 100% of 20%

Reinsurance Nos.

NCAD Psfd

Expiry Psfd

Direct Placing No.

Ply Recd Bk. BT & Adj Bk.

Covernote Sent/ Dated

Author SMSB/RC 29.2.80.

Broker J.B.

Wording

Entd Stats

Agmt No. & Dates

SIGNING SLIP

For LPSO Use

For PSAC Use

LL/ccP 621842 NY 8/12/80

NORWICH

Signed Line %

For ILU Use

Signed Line %

[S]edgwick Forbes Bland Payne [N]orth America Limited

551 SFB

| Policy No. UHA 0206 | Ref. No. | | |
|---|---|---|---|
| Registration | V.A.T. Z | T.O.C. Tribunal | |
| D.T.I. Code 4 | Registration Category | Year 80 | Month 4 |
| Assured/Account I.C. INDUSTRIES INC ET AL | | Adjust. Scheme YES / NO | |
| Country of Origin U.S.A | Marine | Non-Marine A | Aviation |

| USB ✓ / US / NUS | Overseas Brokers | |
|---|---|---|
| Currency U.S.$ | Signed Line | Gross Premium |
| Total | 100.00 | |
| Unlicensed Syndicates Lloyd's | 75.00 | |
| ILU | | |
| PSAC | | |
| Companies | 25.00 | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | | |

Computer Reminder List Instructions

| | Anniversary Date Day | Month | Year | N.C.A.D. Indicator YES | NO | Expiry Date Day | Month | Year |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | Overriding Anniv. Reminder Month | | Overriding Expiry Reminder Month | | |
| 3. | | | | | | | | |
| 4. | | | | Month Number | | Month Number | | |

| No. of Days C.C. | Ann. Check | Ann. Instalment |
|---|---|---|
| Policies & No. of Copies | Policy Disposal | |
| Case Chkd Incl. Policies | | |
| Polfile | Aid | Polfile Stage 1 |
| | | 2 OCT 1980 / 20 MAR 1981 |
| X | Y | Z |
| Bureau Scheme No. M-18.3.81 | | Broker's Cover No. |

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying as expiring or t.b.a. L/U.
Including W.C.A., and F.L.H.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying,
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April 1980.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying

ONLY TO PAY THE EXCESS OF:

$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable.

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941.
S.S. Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Tax Clause (Companies only)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477.
N.M.A. 1685.

**PREMIUM :** $37,500

**BROKERAGE:** 15% and 4% Tax (Companies only)
3% Illinois State Tax (Unlicensed Lloyd's and Companies).

| Written % Lines Part Of Order Whole | Order | Closed For |
|---|---|---|
| | $5,000,000 | 100% of 20% |

**INFORMATION:** (1980) As underlying.

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re-signings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
P.T. (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts., and TOR Signings t.b.a. L/U. Main slip only. Agreed issue reinsurance slip policy (N.M.A. 1779) if required
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed extend for up to one calendar month on agreement L/U. Main slip only irrespective of individual anniversary date notices of cancellation if any. Subject otherwise to CCSA 1960, companies agree authorisation forms not required but closing instructions and addenda will be sent with a form for return within 14 days if necessary showing any objection, admin. change or amended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960
All Insurers hereon to comply.

Hereon 25% of 20% of the above limits and premium.

Signed Line %

15.00 — 6% — W530A9

REF L03917531846 — Per H.S. Weavers (Underwriting) Agencies Ltd.

| % | Company | |
|---|---|---|
| 23.55% | Walbrook Ins. Co. Ltd. | 5.33 |
| 14.39% | "Winterthur" Swiss Ins. Co. | 3.60 |
| 5.74% | El Paso Ins. Co. Ltd. | 1.44 |
| 10.34% | Mutual Reinsurance Co. Ltd. | 2.58 |
| 13.23% | Dart Ins. Co. Ltd. | 3.30 |
| 9.76% | Bermuda Fire & Marine Ins. Co. Ltd. | 2.44 |
| 1.72% | Compagnie Européenne d'Assurances Industrielles S.A. | .43 |
| 5.75% | Bryanston Ins. Co. Ltd. | 1.44 |
| 8.62% | St. Katharine Ins. Co. Ltd. | 2.16 |
| 6.90% | Louisville Ins. Co. Ltd. | 1.73 |

10.00 — 4% — W530A7 — 5/3/80

REF L03619903490 — Per H.S. Weavers (Underwriting) Agencies Ltd.

| % | Company |
|---|---|
| 23.55% | Walbrook Ins. Co. Ltd. |
| 14.39% | "Winterthur" Swiss Ins. Co. |
| 5.74% | El Paso Ins. Co. Ltd. |
| 10.34% | Mutual Reinsurance Co. Ltd. |
| 13.73% | Dart Ins. Co. Ltd. |
| 9.76% | Bermuda Fire & Marine Ins. Co. Ltd. |
| 1.72% | Compagnie Européenne d'Assurances Industrielles S.A. |
| 5.75% | Bryanston Ins. Co. Ltd. |
| 8.62% | St. Katharine Ins. Co. Ltd. |
| 6.90% | Louisville Ins. Co. Ltd. |

25.00 — 10%

2.50 — 1%

PJG 989
CRE 279

0 2 5 M C 0 4 9 8 8 0 2

Signed
Line %
19.55
3.59
5.61
68% PCW
618
12½% HHM
278
19½% JAH
946
NA839150216M22
12.50
5
FCD
126
505
6.25
2½
MED
701
505

NORTH AMERICA

Policy No. LLOYDS 1V2124 UHA 0206

551 SFB

TEAM 8

Renewing ULL0561

2 slips

Assured
I.C. INDUSTRIES INC. ETAL.

Client
ROLLINS, BURDICK, HUNTER AND CO.,
CHICAGO.

Orders

No. of Slips 1
Hereto Wtn 40%
Total Wtn 40%
Sign % 100% of 20%

Microfilm No. & Date
L 17 APR 1980
N

Reinsurance Nos.

NCAD Psd — Expiry Psd

Direct Placing No.

Ply Recd Bk. PT & Adj Bk.

Covernote Sent/ Dated

| Author | Broker | Wording | Entd Stats |
|---|---|---|---|
| SMSB/RC 29.2.80. | J.B. | | |

Agmt No. & Dates

For LPSO Use

62843 * -8 OCT 1980.
LPSO 3 FEB 1981.

L.P.S.O. D.A.J.

For PSAC Use

LL/ecc Orig? W. 8/12/80.

NORWICH

Signed Line %

For ILU Use

Signed Line %

[Se]dgwick Forbes Bland Payne
[N]orth America Limited

551 SFB

| Policy No. UHA 0206 | Ref. No. | | |
|---|---|---|---|
| Registration | V.A.T. Z | T.O.C. Tribunal | |
| D.T.I. Code 4 | Registration Category | Year 80 | Month 4 |
| Assured/Account I.C. INDUSTRIES INC ET AL | | Adjust. Scheme YES | NO |
| Country of Origin U.S.A | Marine | Non-Marine A | Aviation |

| | Overseas Brokers: Rollins, Burdick, Hunter Co Chicago. | |
|---|---|---|
| USB ✓ / US / NUS | | |
| Currency US $ | Signed Line | Gross Premium |
| Total | 100.00 | 7,500.00 |
| Unlicensed Syndicate Lloyd's | 75.00 | 5,625.00 |
| ILU | | |
| PSAC | | |
| Companies | 25.00 | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | | |

Computer Reminder List Instructions

| | Anniversary Date Day | Month | Year | N.C.A.D. Indicator YES | NO | Expiry Date Day | Month | Year |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | Overriding Anniv. Reminder Month | | Overriding Expiry Reminder Month | | |
| 3. | | | | Month Number | | Month Number | | |
| 4. | | | | | | | | |

No. of Days C.C. | Ann. Check | Ann. Instalment

Policies & No. of Copies | Policy Disposal

Case Chkd Incl. Policies

| Polfile | Aid | Polfile Stage 1: 21 OCT 1980 |
|---|---|---|
| | | Polfile Stage 2: 20 MAR 1[illegible] |

X | Y | Z

Bureau Scheme No. | Broker's Cover No.

M-18.3.87

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying as expiring or t.b.a. L/U.
Including W.C.A., and F.L.H.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying,
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April 1980.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying

ONLY TO PAY THE EXCESS OF:

$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable.

[stamp] JAN 14 1987 2149

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941.
S.S. Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens - Unlicensed Underwriters)
Tax Clause (Companies only)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477.
N.M.A. 1685.

**PREMIUM :** $37,500

**BROKERAGE:** 15% and 4% Tax (Companies only)
3% Illinois State Tax (Unlicensed Lloyd's and Companies).

| Written % Lines Part of Order Whole | Order | Closed For |
|---|---|---|
| | $5,000,000 | 100% & 20% |

**INFORMATION:** (1980) As underlying.

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re-signings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
P.T. (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts., and TOR Signings t.b.a. L/U. Main slip only. Agreed issue reinsurance slip policy (N.M.A. 1779) if required
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed extend for up to one calendar month on agreement L/U. Main slip only irrespective of individual anniversary date notices of cancellation if any. Subject otherwise to CCSA 1960, companies agree authorisation forms not required but closing instructions and addenda will be sent with a form for return within 14 days if necessary showing any objection, admin. change or amended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960.
All Insurers hereon to comply.

Hereon 75% of 20% of the above limits and premium.

Signed Line %

15.00 6%

REF L0391753184 6

Per H.S. Weavers (Underwriting) Agencies Ltd.

| | | |
|---|---|---|
| 23.55% | Walbrook Ins. Co. Ltd. | 5.23 |
| 14.39% | "Winterthur" Swiss Ins. Co. | 3.60 |
| 5.74% | El Paso Ins. Co. Ltd. | 1.44 |
| 10.34% | Mutual Reinsurance Co. Ltd. | 2.58 |
| 13.23% | Dart Ins. Co. Ltd. | 3.30 |
| 9.76% | Bermuda Fire & Marine Ins. Co. Ltd. | 2.44 |
| 1.72% | Compagnie Européenne d'Assurances Industrielles S.A. | .43 |
| 5.75% | Bryanston Ins. Co. Ltd. | 1.44 |
| 8.62% | St. Katherine Ins. Co. Ltd. | 2.16 |
| 6.90% | Louisville Ins. Co. Ltd. | 1.73 |

10.00 4% WS30A

REF L0361990349 0

Per H.S. Weavers (Underwriting) Agencies Ltd.

| | |
|---|---|
| 23.55% | Walbrook Ins. Co. Ltd. |
| 14.39% | "Winterthur" Swiss Ins. Co. |
| 5.74% | El Paso Ins. Co. Ltd. |
| 10.34% | Mutual Reinsurance Co. Ltd. |
| 13.23% | Dart Ins. Co. Ltd. |
| 9.76% | Bermuda Fire & Marine Ins. Co. Ltd. |
| 1.72% | Compagnie Européenne d'Assurances Industrielles S.A. |
| 5.75% | Bryanston Ins. Co. Ltd. |
| 8.62% | St. Katherine Ins. Co. Ltd. |
| 6.90% | Louisville Ins. Co. Ltd. |

25.00 10%

2.50 1%

PJG 989 CRE 279

0 2 5 M C 0 4 9 8 8 0 2

Signed Line %
19.55
3.59
5.61
68% PCW 618
12½% HHM 278
19½% JAH 948
NA839502 6M22
12.50
FCD 126
505
6.25
MED 701
505

ATTACHING TO SLIP No. JMA 0206

SECTION A

| | | | |
|---|---|---|---|
| 1. Cables Checked | ✓ | 2. Slip Details Checked | ✓ |
| 3. (a) Participations Advised | ✓ | 4. Commission Advised | ✓ |
| (b) Companies Checked for State | | 5. Advice Notes | ~~YES~~ NO |
| (c) Illinois Licensed/Unlicensed | ✓ | | |
| 6. Syndicates Nos. Complete | ✓ | 7. Annual Check Card | ~~YES~~ NO |
| 8. N.C.A.D. Card | ~~YES~~ NO | 9. Guide Card | YES ~~NO~~ |

10. INITIALS SMSB

SECTION B

| | | | |
|---|---|---|---|
| 1. Changes made on slip itself after carding advised to:– | | 2. Amended Advice Note Issued | |
| (a) P.T. Section | | 3. Initials | |
| (b) Z R/I | | | |

SECTION C (Cover Note Instructions)

| | | | |
|---|---|---|---|
| 1. Client Address Code | | 2. Full Lloyd's Market | Yes |
| 3. Swett and Crawford | | 4. Illinois ✓ | |
| (a) Los Angeles | | (a) Licensed (all) | |
| (b) San Francisco | | (b) Unlicensed (all) | |
| (c) San Diego | | (c) Licensed/Unlicensed | |
| 5. Our Reference | SMSB | 6. Policy or Slip Policy | |
| 7. Number of Copies | 3 | (a) Policy Wording (PY) | |
| 8. Decimal Places | 2 | (b) Slip Policy (SP) | |

SECTION D

1. COMMISSION 10%

2. TAX 7% on 25% being all Companies
3% on 75% being Lloyds
Unlicensed Syndicates

NORWICH

A.40 (rev. 3/78)

ENDORSEMENT

| Endorsement Reference | 1 | |
|---|---|---|
| Policy No. 551/UMA0206 | | |

Date 28th May, 1982

To be attached to Lloyd's Underwriters

In the name of I.C. Industries Inc.

RMS/pw.

Effective Inception

It is hereby understood and agreed that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies the following shall be deemed to be additional Conditions to this wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at

Continued....

ENDORSEMENT

| Endorsement Reference | 1 | |
|---|---|---|
| Policy No. 551/UMA0206 | | |

Date 28th May, 1982

To be attached to Lloyd's Underwriters

In the name of I.C. Industries Inc.

JG/pw.

---

their own cost and expense and shall be liable for the taxable court costs and interests incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms and conditions remain unchanged.

ENDORSEMENT

Assured

I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows: -

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms,.causes and conditions remain unchanged.

Attached to and forming part of Policy No.__________ Cover Note No L2149
Issued to I C Industries Inc. Etal
Effective Date April 1, 1980

By: Rollins Burdick Hunter

LLOYD'S SURPLUS LINE BROKERS ASSOCIATION OF ILLINOIS — FEB 8 1982 — Thomas L. Stevens — SECRETARY

Signed D.A. Wilson
Authorized Representative

ENDORSEMENT

| Endorsement Reference | 1 | |
|---|---|---|
| 551/UMA0206 | | |

Date 28th May, 1982

Policy No. 551/UMA0206

To be attached to Companies Collective

In the name of I.C. Industries Inc.

RMS/pw.

Effective Inception

It is hereby understood and agreed that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies the following shall be deemed to be additional Conditions to this wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at

Continued....

ENDORSEMENT

| Endorsement Reference | 1 |
|---|---|
| 551/UMA0206 | |

Date 28th May, 1982

Policy No. 551/UMA0206

To be attached to Companies Collective

In the name of I.C. Industries Inc.

JG/pw.

their own cost and expense and shall be liable for the taxable court costs and interests incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms and conditions remain unchanged.

In witness whereof I being a representative of the Leading Company which is duly authorised by the Assurers have hereunto subscribed my name on their behalf.

PART TWO THIS DECLARATIONS PAGE WITH COVER NOTE PROVISIONS (FORM NO. RBH SI-1) ARE MADE AS PART HEREOF.

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

COVER NOTE NUMBER L 2149

| ITEM | |
|---|---|
| 1 | *Name and Address of Assured*<br>I C Industries Incorporated Etal. as Underlying<br>One Illinois Center<br>111 East Wacker Drive<br>Chicago, IL 60601 |
| 2 | EFFECTIVE FROM [X] 12:01 A.M. [ ] 12:00 NOON BOTH DAYS AT STANDARD TIME April 1, 1980 TO April 1, 1981 |
| 3 | Acting upon your instructions, we have effected the insurance with Underwriters at Lloyd's, London. The Underwriters at Lloyd's, London (not incorporated) do hereby bind themselves each for his own part, and not for one another, their heirs, executors and administrators. |
| 4 | AMOUNT: 75,0000% part of 100% of Limits on Attached Sheet — RATE: — PREMIUM: $5,625.00 |
| 5 | COVERAGE<br>See Attached Sheet<br>LLOYDS SURPLUS LINE BROKERS ASSOCIATION OF ILLINOIS 115 SOUTH LA SALLE STREET CHICAGO, ILLINOIS 60603<br>JUN 17 1980 |
| 6 | SPECIAL CONDITIONS<br>See Attached Sheet<br>Thomas L. Stevens<br>SECRETARY<br>Thomas L. Stevens - 115 South La Salle Street, Chicago, IL 60603 |

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

ROLLINS BURDICK HUNTER CO. AGENCY, INC.
10 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606

BY________________________

BROKER

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters. Including Workmen's Compensation Act and Federal Longshoremen's and Habour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000 any one occurrence<br>$5,000,000 annual aggregate where in the Underlying<br>Part Of<br>$25,000,000 any one occurrence<br>$25,000,000 annual aggregate where in the Underlying<br>Only To Pay The Excess of<br>$50,000,000 any one occurrence<br>$50,000,000 annual aggregate where applicable |
| SITUATED: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois).<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of Loss to Rollins, Burdick, Hunter and Company, Chicago.<br>N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $7,500 (100%) |
| SECURITY: | Underwriters at Lloyd's London<br>75.0000% part of 100% |

ATTACHING TO AND FORMING PART OF POLICY NO. 551/ UMA.0206.

ADDENDUM NO. 3.

It is hereby understood and agreed, with effect from inception, that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

H.S.W.(U)A. 6/10/81.

CLOSED DATE 9 JUL 1982