

Sedgwick Forbes Bland Payne North America Limited  55c SFB

| Policy No. UHA 0207 | Ref. No. | | |
|---|---|---|---|
| Registration | V.A.T. Z | T.O.C. Tribunal | |
| D.T.I. Code 4 | Registration Category | Year 80 | Month 4 |
| | | Adjust. Scheme | |

Assured/Account: I.C. INDUSTRIES INC ETAL

| Country of Origin U.S.A | Marine | Non-Marine R | Aviation |
|---|---|---|---|

Overseas Brokers: Rollins, Burdick Hunter Co Chicago.

Currency USA

| | Signed Line | Gross Premium |
|---|---|---|
| Total | 100.00 | 5,000.00 |
| USA Lloyd's | 15.71 | |
| Lloyd's | 55.73 | |

| ILU | | |
| PSAC | 11.42 | 571.00 |
| Companies | 17.14 | |

Net Absolute Premium

| | Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|---|

Computer Reminder List Instructions

| | N.C.A.D. Indicator | | Expiry Date | |
|---|---|---|---|---|
| Anniversary Date | YES | NO | Day Month Year | |
| Day Month Year | Overriding Anniv. Reminder Month | Month Number | Overriding Expiry Reminder Month | Month Number |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| No. of Days C.C. | Ann. Check | Policy Disposal | | |
|---|---|---|---|---|
| Policies & No. of Copies | | | PolFile Stage 1 | 15 OCT 1980 |
| Case Chkd Incl. Policies | Aid | | PolFile Stage 2 | 20 MAR 1981 |
| PolFile | | | | |
| X | Y | Z | | |

Bureau Scheme No. M-18.3.81   Broker's Cover No.

---

TYPE: EXCESS BROAD FORM LIABILITY INSURANCE

FORM: J(a) plus short excess wording following Underlying as expiring or t.b.a. L/U.
Including W.C.A., and F.L.R.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding E.R.I.S.A. (1974).

ASSURED: I.C. INDUSTRIES INC. ETAL as Underlying.
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

PERIOD: 12 months at 1st April 1980.

INTEREST: Covering in respect of the Assured's operations.

SUM INSURED: $25,000,000 any one occurrence
$25,000,000 annual aggregate where in the Underlying
ONLY TO PAY THE EXCESS OF:
$75,000,000 any one occurrence
$75,000,000 annual aggregate where applicable.

SITUATION: Anywhere in the World.

CONDITIONS: Cancellation Clause - N.M.A. 1941.
S.S. Clause (John G. Smith - Licensed Underwriters)
      Thomas L. Stevens - Unlicensed Underwriters)
Tax Clause (Companies only).
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
N.M.A. 1256/1477.
N.M.A. 1685.

PREMIUM: $25,000

BROKERAGE: 15% and 4% Tax (Companies only)
5% Illinois State Tax (Unlicensed Lloyd's and Companies).

INFORMATION: (1980) As Underlying.

Hereon 11.42% 20% of the above limits and premium.

| Written % of Order/Whole Lines | Order | Closed For |
|---|---|---|
| | $5,000,000 | 1057 $ 201. |

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re-signings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in agreed lines up to written plan 10% subject to agreement and initialment by first two underwriters only.
IPT (S.M.A.)
We hereby, Sedgwick... Proposal Forms, Endts, and TOR Signings i.b.s. L/U Marine slip only. Agreed error retentions slip policy IN M.A. 1779 if required
Agreed sign retention receipt (if required without production of expiring slip or policy. Agreed retention for up to one calendar month on agreement i.e. Main slip only) irrespective of individual anniversary L/U notices of cancellation, if any. Subject otherwise to CCSA 1960, companies agree authorisation forms not required but claims instructions and amended references. By signing this slip agreement to the CCSA 1960 window the Leading L/U have authority to sign for PSAC to sign the policy on its behalf and accepts each signing will be a full expiry for all clauses of the CCSA 1960.
All insurers hereon to comply







Sedgwick Forbes Bland Payne North America Limited

| Policy No. UHA 0207 | 551 SFB |
| --- | --- |

Registration | Rcd. No. | V.A.T. N | T.O.C. Tribunal

| D.T.L. Code | Registration Category | Year 80 | Month 4 | Adjust. Scheme |
| --- | --- | --- | --- | --- |
| A | | | | YES / NO |

Assured/Account: I.C. INDUSTRIES INC ETAL

| | Marine | Non-Marine A | Aviation |

Country of Origin: U.S.A.

Overseas Brokers: Rollins, Burdick, Hunter Co Chicago

Currency: U.S. $ | Gross Premium

| | Signed Line | |
| --- | --- | --- |
| Total | 100.00 | |
| Lloyd's | | 15.71 |
| | | 55.73 |
| ILU | | |
| PSAC | 11.42 | |
| Companies | 17.14 | |

$25,000 $68,000 ... (handwritten)

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |

Computer Reminder List Instructions

| | N.C.A.D. Indicator | | Expiry Date |
| --- | --- | --- | --- |
| | YES | NO | Day Month Year |

| Anniversary Date | | | Overriding Anniv. Reminder Month | Overriding Expiry Reminder Month |
| --- | --- | --- | --- | --- |
| Day | Month | Year | Month Number | Month Number |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

| | Ann. Check | Policy Disposal | Ann. Instalment |

No. of Days C.C.
Case Chkd
No. & No. of Copies
Incl. Policies: | PolFile | Aid | 21 OCT 1980 PolFile Stage 1 | | 20 MAY 1981 PolFile Stage 2 |

Bureau Scheme No. | X | Y | Z | Broker's Cover No.

---

TYPE: ✓ EXCESS BROAD FORM LIABILITY INSURANCE ✓

FORM: ✓ J(a) plus short excess wording following Underlying as expiring or t.b.a. L/U.
Including W.C.A. and F.L.H.W.A. (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding E.R.I.S.A. (1974). ✓

ASSURED: ✓ I.C. INDUSTRIES INC. ETAL as Underlying. One Illinois Center, 111 East Wacker Drive, Chicago, Illinois. ✓

PERIOD: ✓ 12 months at 1st April 1980.

INTEREST: ✓ Covering in respect of the Assured's operations.

SUM INSURED: ✓ $25,000,000 any one occurrence
✓ $25,000,000 annual aggregate where in the Underlying ✓
ONLY TO PAY THE EXCESS OF:
✓ $75,000,000 any one occurrence
✓ $75,000,000 annual aggregate where applicable. ✓

SITUATION: ✓ Anywhere in the World.

CONDITIONS: ✓ Cancellation Clause - N.M.A. 1941.
✓ S.S. Clause (John G. Smith - Licensed Underwriters)
    (Thomas L. Stevens - Unlicensed Underwriters)
✓ Tax Clause (Companies only).
✓ Notice of loss to Rollins, Burdick, Hunter and Co., Chicago.
✓ N.M.A. 1256/1477.
✓ N.M.A. 1685.

PREMIUM: $25,000 ✓

BROKERAGE: 15% and 4% Tax (Companies only)
5% Illinois State Tax (Unlicensed Lloyd's and Companies).

INFORMATION: (1980) As Underlying.

Hereon 71.44% of 20% of the above limits and premium.

| Written % of Order Whole | Order | Closed For |
| --- | --- | --- |
| | $5,000,000 | 105% $25% |

Subscription agreement (N.M.A.) Off slip and/or annual renewal of term policies is to be notified Lending underwriter only. Increases in agreed lines up to written plan 10% subject to agreement and by the two underwriters only.
A)
Schedule: Proposal Forms, Endts, and TOR Signings thru LUC Main slip only. Agreed extras movement (N.M.A. 1779) if required
On annual receipt of required without production of expiring policy or policy. Used extras for up to each twelfth on agreement LUC Main slip only inspection of individual summary duly notice of cancellation if otherwise to CGSA 1960, companies agree not underwriter more than closing returned not later than 14 day of month. Leadership hereon does not prevent any authorized slips from being signed at ... such a firm for return would be shown by the leading CGSA 1960 company on reference. By signing this slip signatories to the CGSA 1960 authorize the leading CGSA 1960 company to sign PSAC to sign the policy on its behalf and accept this slip and signing will be a valid signing for all its purposes CGSA 1960.

| | Signed Line | | |
|---|---|---|---|
| | 5.71 | 219 | RAE | 292P |
| | 2.28 | 653 | PJB | 707 |
| | 4.86 | 231 | PJB | 707 | 0022116107342 |
| | 1.43 | 661 | RMD | | 00221LL14050 |
| | 1.43 | 518 | DAS | | |
| | 15.71 | 2282 | | | |

Licensed Syndicates

Sedgwick Forbes Bland Payne North America Limited

Policy No. JMA0207   Ref. No.   V.A.T.   T.O.C. Tribunal   551 SFB

Registration

D.T.I. Code 4   Registration Category   Year 80   Month 4   Adjust. Scheme YES NO

Assured/Account   I.C. Industries Inc Et al   Marine A.   Non-Marine   Aviation

Country of Origin USA

Overseas Brokers   Rollins Burdick Hunter Co Chicago

U.S. Tax Code USR

Currency US$   Signed Line   Gross Premium

Total 100%   15.71%   5,000.00

Lloyd's   785.50

JLU

PSAC

Companies

RE-SIGNING SHEET

From: 1st April, 1980
To: 1st April, 1981

Bureau Scheme No. M-18-3-81   Broker's Cover No.

Written % of Order/Whole Lines Part   Order 20%   Closed For 100% of Order

62201 * -9 OCT 1980   SIGNED -2 FEB 1981   1A

N.L.

| Sedgwick Forbes Bland Payne North America Limited | | 551 SFB |
|---|---|---|
| Policy No. UMA0207 | Ref. No. | |
| Registration | V.A.T. | T.O.C. Tribunal |

| D.T.I. Code | Registration Category | Year | Month |
|---|---|---|---|
| 4 | | 80 | 4 |
| | | Adjust. Scheme | Aviation |
| | | YES / NO | |

Assured/Account: I.C. Industries Inc Etal.

| | Marine | Non-Marine | Aviation |
|---|---|---|---|
| Country of Origin USA | | A. | |

| U.S. Tax Code USB | Overseas Brokers Rollins, Burdick, Hunter Co Chicago |
|---|---|
| Currency US$ | Signed Line |
| Total | 100% 5,000.00 Gross Premium |
| Lloyd's | 55.732 2,786.50 |
| ILU | |
| PSAC | |
| Companies | |

| Signed Line | % |
|---|---|
| 28.58 | 989 PSG  025MCIL9880F |
| 2.86 | 303 CRE  025MCIL9880F |
| 2.86 | 303 CDR  GXXI2901 |
| 14.29 | 126 FCD  505 |
| 7.14 | 701 MED  505 |
| 55.732 | 2398 |

Unlicensed Syndicates.

SIGNED LINE
COUNTERSIGNED Jul 17 1980
COVER NOTE No. 42150

RE-SIGNING SHEET

From: 1st April, 1980
To: 1st April, 1981

Broker's Cover No.

Bureau Scheme No.

| Written % of Lines | Order Face Value | Order Whole | Closed For |
|---|---|---|---|
| | 20% | | 100% of Order |

62842 * -9OCT 1980
SIGNED -2 FEB 1981

ATTACHING TO SLIP No. _____

## SECTION A  UMA 0207

| | | | |
|---|---|---|---|
| 1. Cables Checked | ✓ | 2. Slip Details Checked | ✓ |
| 3. (a) Participations Advised<br>(b) Companies Checked for State<br>(c) Illinois Licensed/Unlicensed | ✓ | 4. Commission Advised | ✓ |
| | | 5. Advice Notes | YES / NO |
| 6. Syndicates Nos. Complete | | 7. Annual Check Card | YES / NO |
| 8. N.C.A.D. Card | YES / NO | 9. Guide Card | YES / NO |
| 10. INITIALS  SMSB | | | |

## SECTION B

| | | |
|---|---|---|
| 1. Changes made on slip itself after carding advised to:— | 2. Amended Advice Note Issued | |
| (a) P.T. Section<br>(b) Z R/I | 3. Initials | |

## SECTION C (Cover Note Instructions)

| | | | |
|---|---|---|---|
| 1. Client Address Code | | 2. Full Lloyd's Market | Yes |
| 3. Swett and Crawford | | 4. Illinois ✓ | |
| (a) Los Angeles | | (a) Licensed (all) | |
| (b) San Francisco | | (b) Unlicensed (all) | |
| (c) San Diego | | (c) Licensed/Unlicensed | |
| 5. Our Reference | SMSB | 6. Policy or Slip Policy | |
| 7. Number of Copies | 3 | (a) Policy Wording (PY) | |
| 8. Decimal Places | 2 | (b) Slip Policy (SP) | |

## SECTION D

1. COMMISSION  10%

2. TAX  7% on 28.56% being all Companies
   3% on 55.73% being Lloyds
   Unlicensed Syndicates.

[NORWICH]

A.40 (rev. 3/78)

## ENDORSEMENT

Date  28th May, 1982

Policy No. 551/UMA0207

Endorsement Reference 1

To be attached to  Lloyd's Underwriters

In the name of  I.C. Industries Inc.

RMS/pw.

### Effective Inception

It is hereby understood and agreed that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies the following shall be deemed to be additional Conditions to this wording:-

### INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

### APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i)   Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii)  Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at

Continued....

### ENDORSEMENT

Endorsement Reference: 1

Date: 28th May, 1982

Policy No.: 551/UMA0207

To be attached to: Lloyd's Underwriters

In the name of: I.C. Industries Inc.

JG/pw.

their own cost and expense and shall be liable for the taxable court costs and interests incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms and conditions remain unchanged.

LONDON COPY

## ENDORSEMENT

Assured

I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows: -

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms, causes and conditions remain unchanged.


Attached to and forming part of Policy No. _____ Cover Note No. __1391__
Issued to _I C Industries Inc. Etal_
Effective Date __April 1, 1980__

By: Rollins Burdick Hunter

FEB 1 0 1982

Signed: _D. A. Wilson_
Authorized Representative

ENDORSEMENT

Assured

I C INDUSTRIES INCORPORATED ETAL.

It is hereby understood and agreed, with effect from inception that where costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this insurance: -

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows: -

(i)   Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii)  Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

All other terms, causes and conditions remain unchanged.

Attached to and forming part of Policy No._____ Cover Note No. L 2150
Issued to I C Industries Inc. Etal
Effective Date April 1, 1980
By: Rollins Burdick Hunter

Signed S.A. Wilson
Authorized Representative

FEB 8 1982

ATTACHING TO AND FORMING PART OF POLICY NO. 551/UMA.0207.

ADDENDUM NO. 3.

Where *it is hereby understood and agreed, with effect from inception, that* ~~Where~~ costs are not included in the "Ultimate Not Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i) Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii) Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

CLOSED  DATE  9 JUL 1982

June 16, 1980

CONTRACT NO.

PREVIOUS NO.

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVER NOTE PROVISIONS (FORM CN 4)

NUMBER **N° 1391**

**1. Name of Assured**

I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**2.** EFFECTIVE ☒ 12:01 A.M. / ☐ 12:00 NOON   BOTH DAYS AT STANDARD TIME   FROM **April 1, 1980** TO **April 1, 1981**

**3.** Acting upon your instruction, we have effected the insurance with:

| NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|
| UNDERWRITERS AT LLOYD'S, LONDON | 15.7100% part of 100% |

| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| See Attached Sheet | See Attached Sheet | | $785.50 |

**4.** AUDIT    TOTAL CHARGED **$785.50**

**5.** SPECIAL CONDITIONS

See Attached Sheet

*John B. Smith*
COUNTERSIGNED

**6.** Complaint Notice Attached

JUL - 2 1980
Attorney-in-fact-for
UNDERWRITERS
AT LLOYD'S LONDON
(NOT INCORPORATED)
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

By *R. J. Kenny*

Eaton Printing Co Chicago

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance. |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters. Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000. any one occurrence<br>$5,000,000. annual aggregate where in the Underlying.<br><br>Part of;<br><br>$25,000,000. any one occurrence<br>$25,000,000. annual aggregate where in the Underlying<br><br>Only To Pay The Excess of:<br><br>$75,000,000. any one occurrence<br>$75,000,000. annual aggregate where applicable. |
| SITUATION: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins Burdick Hunter and Company, Chicago.<br>N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $5,000.00 (100%) |
| SECURITY: | Underwriters at Lloyd's, London<br>15.7100% part of 100% |

*John B. Smith*
COUNTERSIGNED

JUL - 2 1980

Attorney-in-fact-for
UNDERWRITERS
AT LLOYD'S LONDON
(NOT INCORPORATED)
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

PART TWO: THIS DECLARATIONS PAGE WITH COVER NOTE PROVISIONS (FORM NO. RBH SI-1) ARE MADE AS PART HEREOF.

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

COVER NOTE NUMBER  L  2150

**Item 1 — Name and Address of Assured**

I C Industries Incrporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**Item 2** — EFFECTIVE ☒ 12:01 A.M. BOTH DAYS AT
FROM ☐ 12:00 NOON STANDARD TIME    April 1, 1980    TO   April 1, 1981

**Item 3** — Acting upon your instructions, we have effected the insurance with Underwriters at Lloyd's, London. The Underwriters at Lloyd's, London (not incorporated) do hereby bind themselves each for his own part, and not for one another, their heirs, executors and administrators.

**Item 4**

| AMOUNT | RATE | PREMIUM |
|---|---|---|
| 55.7300% part of 100% of Limits on Attached Sheet | | $2,786.50 |

**Item 5 — COVERAGE**

See Attached Sheet

LLOYD'S SURPLUS LINE
BROKERS ASSOCIATION
OF ILLINOIS
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

**Item 6 — SPECIAL CONDITIONS**

See Attached Sheet

JUN 17 1980

*Thomas L. Stevens*
SECRETARY

Thomas L. Stevens - 115 South La Salle Street, Chicago, IL 60603

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

ROLLINS BURDICK HUNTER CO. AGENCY, INC.
10 SOUTH RIVERSIDE PLAZA
CHICAGO, ILLINOIS 60606

BY _____
BROKER

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance. |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters. Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000. any one occurrence<br>$5,000,000. annual aggregate where in the Underlying.<br><br>Part of;<br><br>$25,000,000. any one occurrence<br>$25,000,000. annual aggregate where in the Underlying<br><br>Only To Pay The Excess of:<br><br>$75,000,000. any one occurrence<br>$75,000,000. annual aggregate where applicable. |
| SITUATION: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins Burdick Hunter and Company, Chicago.<br>N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $5,000.00 (100%) |
| SECURITY: | Underwriters at Lloyd's, London<br>55.7300% part of 100% |