UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Whitman Insurance Company, Ltd.,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | Civil Action No. 05-1125 (JGP) |
| : | |
| **Travelers Indemnity Company,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## NOTICE

Attached are Exhibits 11 through 20 to the Declaration of Christopher J. Serotta filed in support of the Reply Memorandum of Points and Authorities in Further Support of London Market Insurer Defendants' Motion to Dismiss.

November 8, 2005                                                  Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Michael J. Zoeller
　　　　　　　　　　　　　　　　　　　　　　　　Martin R. Baach, No. 210377
　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Zoeller, No. 426476
　　　　　　　　　　　　　　　　　　　　　　　　BAACH ROBINSON & LEWIS PLLC
　　　　　　　　　　　　　　　　　　　　　　　　1201 F Street, NW, #500
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20004
　　　　　　　　　　　　　　　　　　　　　　　　 (202) 659-7217
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (202) 466-5738

Eileen T. McCabe, Esq.
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, NY 10019-6829

*Counsel for Defendants Certain Underwriters at Lloyd's, London
and Certain London Market Companies*