

**Sedgwick North America Limited**

| Policy No. | UQA0087 | Ref. No. | | V.A.T. | T.O.C. Tribunal | | | 551 SFB |
|---|---|---|---|---|---|---|---|---|
| Registration | | | | Z | | | | |
| D.T.I. Code | Registration Category | | | | | Year | Month | |
| 4 | | | | | | | | |
| Assured/Account | | | | | | Adjust. Scheme | | |
| I.C. INDUSTRIES ETAL | | | | | | YES | NO | |
| Country of Origin | | Marine | Non-Marine | Aviation | | | | |
| U.S.A. | | | | | | | | |

| USB ✓ | Overseas Brokers | | |
|---|---|---|---|
| US | RBH, Chicago, Illinois | | |
| NUS | | | |
| Currency U.S. $ | Signed Line | Gross Premium | |
| Total | 100% | $56,850.00 | |
| Lloyd's | | | |
| ILU | | | |
| PSAC | | | |
| Companies | Net Absolute Premium | | |
| | Lloyd's | ILU | PSAC | Companies |

**Computer Reminder List Instructions**

| | Anniversary Date | N.C.A.D. Indicator | | | Expiry Date |
|---|---|---|---|---|---|
| | Day | Month | Year | Ann. Check | Ann. Instalment | Day | Month | Year |
| 1. | 01 | 04 | 84 | YES | NO | 01 | 04 | 86 |
| 2. | 01 | 04 | 85 | | | | | |
| 3. | | | | Overriding Anniv. Reminder Month | Policy Disposal | | Overriding Expiry Reminder Month |
| | | | | Month Number 03 | | Month Number 12 |
| 4. | | | | | | | | |

| No. of Days C.C. | | |
|---|---|---|
| Policies & No. of Copies ORIGINAL | 24/9/84 | Aid |
| Case Chkd Incl. Policies | | PolFile Stage 1 |
| PolFile | | PolFile Stage 2 |
| 12 Still 25 + 63 | | |
| Bureau Scheme No. | | Broker's Cover No. |

M-2-8-11-8?

---

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus Short Excess Wording following Underlying t.b.a. L/U INCLUDING/W.C.A., F.L.H.W.A.,Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding /claims resulting from E.R.I.S.A. (1974) following Underlying

**ASSURED:** ✓ I.C. INDUSTRIES INC. ETAL as underlying
✓ One Illinois Center, 111 East Wacker Drive, Chicago, Illinois 60601

**PERIOD:** ( 36 months at 1st April, 1983

**INTEREST:** Covering in respect of the Assured's operations

**SUM INSURED:** ✓ $20,000,000 any one occurrence
$20,000,000 annual aggregate wherein the Underlying

ONLY TO PAY THE EXCESS OF:

✓ $ 5,000,000 any one occurrence
$ 5,000,000 annual aggregate where applicable

**SITUATION:** Worldwide

**CONDITIONS:** ✓ Annual review & H/U 30 days Prior Anniversary.
✓ 90 days Cancellation Clause (John G. Smith Licensed Underwriters, Service of Suit Clause T.L. Stevens Unlicensed Underwriters)
✓ Conflict in Wording Endorsement as attached) To Be Noted L/U
✓ Notice of loss to Rollins, Burdick, Hunter, Chicago, Illinois
✓ N.M.A. 1256 / 1477
✓ Seepage and Pollution Clause as Underlying

**PREMIUM:** 1st Annual $225000 Instalments as agreed
Payable one-third annually all or as required.

**BROKERAGE:** 20% and 4% Tax as applicable
3% Illinois State Tax (Unlicensed. Lloyd's and applicable Companies).

| Written % of Order/Whole | Order | Closed For |
|---|---|---|
| Lines Part | 25/- | 100/- Order |

Hereon 100% of 25% of above limits and premium.

| Sedgwick North America Limited | | 551 SFB | Currency Insd | Gross Premium | | ✓ |
|---|---|---|---|---|---|---|
| Policy No. UQA 0087 | | Agreement No. | Total | | | Initial SYND./COY |
| Registration | V.A.T. | T O.C. Tribunal | Lloyds | | | |
| Serial | Registration Category | Year Month | ILU | | | |
| Assured/Account I.C. INDUSTRIES | | Leading U/Wr. [signature] 26/3/84 | PSAC | | | |
| | | | Companies | | | |

Effective 1st April, 1984.

Annual Review seen and agreed.

SAM/SAM
29.2.84.

NORWICH

| For LPSO Use | For ILU Use | For PSAC Use |
|---|---|---|

| Sedgwick North America Limited | 551 SFB | Currency Insd | Gross Premium | | Initial SYND./COY |
|---|---|---|---|---|---|
| Policy No. USA○○87 | Agreement No. 2 | Total | | | |
| Registration | V.A.T. | T.O.C. Tribunal | Lloyds | | |
| Serial | Registration Category | Year | Month | ILU | |
| Assured/Account I.C. INDUSTRIES | Leading U/Wr. [signature] 26/3/84 | PSAC | | | |
| | | Companies | | | |

CLARIFICATION OF INTENT ADDENDUM.

Effective 1st April, 1984.

It is agreed that the occurrence self-insured retention of $250,000 in the primary Comprehensive General Liability Policy (which to apply on a worldwide basis provided suit is brought in the U.S.A.), shall be applied on an each and every claimant basis but only in respect of claims for sickness caused (wholly or partly) by asbestos products, or so deemed for the purpose of this Policy.

It is further agreed that such self-insured retention will not be subject to any aggregate limitation.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

SAM/SAM
26.3.84.

CLOSED   DATE 19/9/84

NORWICH

For LPSO Use        For ILU Use        For PSAC Use

| North America Limited | | SFB | | | | | Initial SYND./COY |
|---|---|---|---|---|---|---|---|
| Policy No. UQA 0087 | | Agreement No. | | Total | | | |
| Registration | | V.A.T. | T.O.C. Tribunal | Lloyds | | | |
| Serial | Registration Category | Year | Month | ILU | | | |
| Assured/Account I.C. INDUSTRIES | | Leading U/Wr. | | PSAC | | | |
| | | | | Companies | | | |

Effective Inception.

Agreed to delete all reference to "Conflict in wording Endorsement" as appearing under the Conditions shown on the slip.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

SAM/SAM
31.10.84.

| For LPSO Use | For ILU Use | For PSAC Use |
|---|---|---|

| Sedgwick North America Limited | | 551 SFB | | Currency Insd USS | Gross Premium AP | | Initial SYND./COY |
|---|---|---|---|---|---|---|---|
| Policy No. UQA 0087 | | Agreement No. J5AG06537 (4) | | 100/ Total | 2,000.00 | | |
| Registration | | V.A.T. | T.O.C. Tribunal | | | | |
| | | | | Lloyds | | | |
| Serial | Registration Category | Year | Month | | | | |
| | | | | ILU | | | |
| Assured/Account I.C. INDUSTRIES INC. | | Leading U/Wr. [sig] 1/2/85 | | PSAC | | | |
| | | | | 100/ Companies | 2,000.00 | | |

1.2.85
Effective ~~date t.b.a.~~ L/U

Ealier
on separate
sheet

Agreed to include the following as an Additional named Assured

'PNEUMO CORPORATION'       AP $800
                          in full.

INFORMATION:    See separate sheets

E.&.O.E.
London: 21 December 84
SAM/PC

NORWICH

For LPSO Use       For ILU Use       For PSAC Use

6.

| Price Forbes Limited | 551 SFB | Currency Insd | Gross Premium | | Initial SYND./COY |
|---|---|---|---|---|---|
| Policy No. UQA 0087 | Agreement No. 5 | Total | | | |
| Registration | V.A.T. | T.O.C. Tribunal | Lloyds | | |
| Serial | Registration Category | Year | Month | ILU | |
| Assured/Account I.C. INDUSTRIES INC. | Leading U/Wr. 28 3 85 | PSAC | | | |
| | | Companies | | | |

EFFECTIVE DATE :   1st April 1985

It is hereby understood and agreed that with effect from the aforementioned date this policy ~~has been~~ IS cancelled ~~in its entire~~ty.

DJD/FME
London: 28th March, 1985

NORWICH

For LPSO Use | For ILU Use | For PSAC Use

551

ENDORSEMENT NO.01

Date 14th August, 1985

To be attached to COMPANIES COLLECTIVE  Policy No. UQA0087

In the name of:- I.C. INDUSTRIES INC AND OTHERS AS SET FORTH IN
                 THE UNDERLYING UMBRELLA POLICY.

---

DJD/SMN

It is hereby understood and agreed to include 'PNEUMO CORPORATION' as an
Additional Named Assured with effect from 1st February, 1985.

In consideration of the foregoing there is an additional premium of
US$8,000.00 (100%) due and payable for the period 1st February, 1985 to 1st
April, 1985.

It is further understood and agreed that this Policy is cancelled at 1st
April, 1985.

All other terms and conditions remain unchanged.

Hereto: 100% of 25%

In witness whereof I the undersigned, being duly authorised by the Insurers to
sign this Policy, have subscribed my name on their behalf.

C4/034/851587