

NORTH AMERICA

551 SFB

Policy No. Lloyds UQA 0088 82922

Renewing UPA 0115

Assured I.C. INDUSTRIES INC. ETAL

Client RBH, CHICAGO, ILLINOIS

TEAM 2

Orders 40%

No. of Slips 1
Hereto Wtn 63%
Total Wtn 63%
Sign % 63.49

4

Microfilm No. & Date L 20 4 83

M.F. No. 65 · N/A

NCAD Pstd | Expiry Pstd

Reinsurance Nos.

Direct Placing No.

Ply Recd Bk. PT & Adj Bk.

Covernote Dated 26/4/83

| Author | Broker | Wording | Entd Stats |
| --- | --- | --- | --- |
| SAM/SAM 23.3.83. | WJC/SEP | London | - 7 JUN 1985 |

Agmt No. & Dates

SIGNING SLIP

L 31 5 83

M.F. No.

For LPSO Use

ILLINOIS

62200 * 25 JUL 1983 1 Y

62842 * 25 JUL 1983 S & A

3

SIGNED 29 JAN 1985.

L.P.S.O. C.

For PSAC Use

NORWICH

Signed Line %

For ILU Use

Signed Line %

NI 030

Sedgwick
North America Limited

551
SFB

Policy No. UQA 0088 | Ref. No.

Registration | V.A.T. Z | T.O.C. Tribunal

| D.T.I. Code | Registration Category | Year | Month |
|---|---|---|---|
| 4 | | 83 | 4 |

Assured/Account: I.C. INDUSTRIES

Adjust. Scheme: YES [checked] / NO

Country of Origin: U.S.A.

| Marine | Non-Marine | Aviation |
|---|---|---|
| | A | |

USB ✓ / US / NUS — Overseas Brokers: RBH, Chicago, Illinois

| Currency U.S.$ | Signed Line | Gross Premium |
|---|---|---|
| Total | 100% | $ 26,000.00 |
| Lloyd's | | |
| ILU | | |
| PSAC | | |
| Companies | | |

(handwritten across: SEE ATTACHED)

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | [illegible] | |

Computer Reminder List Instructions

| | Anniversary Date Day | Month | Year | N.C.A.D. Indicator YES | NO | Expiry Date Day | Month | Year |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | 01 | 04 | 84 |
| 2. | | | | Overriding Anniv Reminder Month | | Overriding Expiry Reminder Month | | |
| 3. | | | | | | | | |
| 4. | | | | Month Number | | Month Number | 12 | |

No. of Days C.C. 90 | Ann. Check X | Ann. Instalment

Policies & No. of Copies ORIG: +2
Case Chkd Incl. Policies 2/19/84 | Policy Disposal

| Polfile | Aid | Polfile Stage 1 |
|---|---|---|
| [illegible] 25. 4. 83 | | Polfile Stage 2 |

X | Y | Z

Bureau Scheme No. | Broker's Cover No.

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus Short Excess Wording as Underlying
INCLUDING: W.C.A., F.L.H.W.A., Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding claims resulting from E.R.I.S.A. (1974) following Underlying

**ASSURED:** I.C. INDUSTRIES INC. ETAL as underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois 60601

**PERIOD:** 12 months at 1st April, 1983

**INTEREST:** Covering in respect of the Assured's operations

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate wherein the Underlying

ONLY TO PAY THE EXCESS OF:

$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable

**SITUATION:** Worldwide

**CONDITIONS:** 90 days Cancellation Clause
Service of Suit Clause (John G. Smith Licensed Underwriters, T.L. Stevens Unlicensed Underwriters)
Conflict in Wording Endorsement (as attached)
Notice of loss to Rollins, Burdick, Hunter, Chicago, Illinois
N.M.A. 1256 / 1477
Seepage and Pollution Clause as Underlying

**PREMIUM:** $ 65000

**BROKERAGE:** 17% (handwritten; 15% struck through) and 4% Tax as applicable
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies).

| Written Lines % Part Of Order Whole | Order | Closed For |
|---|---|---|
| | 40% | 100% of Order |

Int: as $20 xs $5,000,000

Hereon 26.98% of 40% of [illegible]

Leading underwriters agreement (N.M.A. [illegible]) slips and/or Annual re-signings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only [illegible] (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts., and TOR Signings [illegible] L/U Main slip only. Agreed issue reinsurance [illegible] policy (N.M.A. 1779) if required.
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed extend for up to one calendar month on agreement L/U Main slip only irrespective of individual anniversary date notices of cancellation [illegible]. Subject otherwise to CCSA 1960 companies agree authorisation forms not required but closing instructions and [illegible] will be sent with a form for return within 14 days if necessary showing any objection. Admin. change or [illegible] ended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to [illegible] for PSAC to sign the policy on its behalf and [illegible]

Signed Line %

31.75 — add 20% — 23/3/83

24.75% Walbrook Ins. Co. Ltd.
10.75% El Paso Ins. Co. Ltd.
18.82% Dart & Kraft Ins. Co. Ltd.
8.06% Louisville Ins. Co. Ltd.
6.45% Ludgate Ins. Co. Ltd.
8.61% Bermuda Fire & Marine Ins. Co. Ltd.
10.75% "Winterthur" Swiss Ins. Co.
9.68% Mutual Reinsurance Co. Ltd.
2.15% Compagnie Européenne d'Assurances Industrielles S.A.

Per H.S. Weavers (Underwriting) Agencies Ltd.
REFERENCE 83 L036 42789

* NOT SUBJECT TO U.S.A. F.E.T.

10x 291 5x 274 5x 379

6.16 — 5%
0.60
1.19

AIG 989
CRE 279
SCI 650

15% 325MC4L9880C

12.70

60% SOVEREIGN TAKRO (U.K.) TAISHO (U.K.) ALLIANZ INTERNATIONAL STOREBRAND (U.K.)

SOVEREIGN

WFUM

S 6210 8 8 3

$ 6085 P.SAC NCAD

ALL AMENDMENTS TO BE AGREED

Signed Line %

6.25 — add 4% — Stronghold

2363064

S0404 PSAC

2.06 — 1.37% — R.A.E. 219 — 292P.

1.91 — 2½% — 1.27% — R.A.E. 219 — 977P.

6.25 — 4% — AGO 918

LG24X294 3291

4.76 — 3% — F.R.W 190

31887K024 60 FD

4.76 — add 3%

British National

025756 0883 1/N

B3002 PSAC NCAD

Signed Line %

3·17 — 2% 0011378313 R.B.H. 1/3/83 NCAD

3·17 — 2% Per CAMOMILE UNDERW... C.A.M.A.T. F 2260 D A A 3 4 8 9 C8018 PSAC N.C.A.D. 31-3-83

0·95 — 6% JANSON BOLTON 'I' PJB 653 707

1% JANSON BOLTON PJB 231 70 7 9.1.79

3·63 — 4%

·38 — 1/2% CJW 553 3/4/83 ABTH

·58 — 1% SPALDING FCD 224

·79 — 1/2% LEH 35 50414A83

Signed Line %

0·79 — 1/2% DBY 489 50SX14A83 1C1

7·95 — 5% Bermuda London U/W Agency split as follows 66 2/3% Bermuda Fire & Marine 33 1/3% Brittany Insce.

Sedgwick North America Limited

SFB

| Policy No. UGA0088 | Agreement No. | Total | | Initial SYND./COY |
|---|---|---|---|---|
| Registration | V.A.T. | T.O.C. Tribunal | Lloyds | |
| Serial | Registration Category | Year / Month | I.L.U. | |
| Assured/Account: I.C. INDUSTRIES | | Leading U/W | PSAC | |
| | | 11.12.84. | Companies | |

Effective April 1st, 1983

Noted and agreed include "notary public" within the coverage provided for Real Estate Agents – As Expiring

13.12.84.

13.12.84.

For LPSO Use

For ILU Use

For PSAC Use

North America Limited SPD

| Policy No. UQL 0088 | Agreement No. | Total | | Initial SYND./CO |
|---|---|---|---|---|
| Registration | V.A.T. / T O C Tribunal | Lloyds | | |
| Serial / Registration Category | Year / Month | ILU | | |
| Assured/Account: I.C. INDUSTRIES. | Leading U/Wr. | PSAC | | |
| | | Companies | | |

Effective Inception.

Agreed to delete all reference to "Conflict in wording Endorsement" as appearing under the Conditions shown on the slip.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

SBM/SAM
31.10.84.

| For LPSO Use | For ILU Use | For PSAC Use |
|---|---|---|
| | | |

| Currency | Signed Line | Gross Premium Inc. War | Gross Premium War only |
|---|---|---|---|
| Total | | | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | 23.81% | 6190-60 | |
| Other Companies | | | |

Rate of Exchange — BFR. REFS UDA008800

L.P.S.O. — POLICY SIGNED 28 9 84

NO F8308150000767

PSAO 4

PRAS R.C.J.

LINES, SYNDS. ETC., AS SLIP ATTACHED

(A)

243

PAN (B) Inc FCT [illegible]

| Currency | Signed Line | Gross Premium Inc. War | Gross Premium War only |
|---|---|---|---|
| Total | 100% | 26,000 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | 3.17% | 824.20 | |
| Other Companies | | | |

Rate of Exchange — STG. Equiv.

L.P.S.O. No. and D — BFR. REF. UDA008800

POLICY SIGNED 28 9 84

NO F8308150000775

PSAO 4

PRAS R.C.J.

LINI

(B)

243

Sedgwick
North America Limited

551
SFB

— In respect of Ran(8) — Unlicensed Lloyd's Underwriters, (Illinois).

| Policy No. | Ref. No. |
|---|---|
| NOA 0088 | |

| Registration | V.A.T. | T.O.C. Tribunal |
|---|---|---|
| | Z | |

| D.T.I. Code | Registration Category | Year | Month |
|---|---|---|---|
| 4 | | | |

| Assured/Account | Adjust. Scheme |
|---|---|
| I.C. INDUSTRIES | YES / NO |

| Country of Origin | Marine | Non-Marine | Aviation |
|---|---|---|---|
| USA | | | |

| U.S. Tax Code | Overseas Brokers |
|---|---|
| USB | R.B.H., CHICAGO, ILLINOIS |

| Currency | Signed Line | Gross Premium |
|---|---|---|
| US $ | | |
| Total | 100% | $ 26,000.00 |
| Lloyd's | 8.74% | $ 2272.40 |
| ILU | | |
| PSAC | | |
| Companies | | |

**RE-SIGNING SHEET**

From: 1st April, 1983.

To: 1st April, 1984.

| Bureau Scheme No. | Broker's Cover No. |
|---|---|
| | |

N1026

SLIP POLICY—NORMAL ANNUAL RESIGNATURE
*(Approved by Lloyd's Underwriters' Non-Marine Association)*

**Whereas** certain Underwriting Members of Lloyd's (hereinafter called "the Reinsured") who subscribe the Lloyd's Policy specified overleaf (hereinafter called the "Reinsured Policy") have paid the Provisional Premium specified to Us, who have hereunto subscribed our Names to reinsure them in respect of their liability under the Reinsured Policy during the period specified overleaf, the sum insured, subject matter and hazards insured by the Reinsured Policy being defined in the Slip overleaf,
The Reinsured agree to pay as premium hereunder that proportion of the premium due under the Reinsured Policy which is applicable to the period of this reinsurance, and the provisional premium shall be adjusted if and when necessary.

And **Whereas** this Policy is a reinsurance of the Reinsured Policy, and is subject to the terms and conditions contained therein and shall pay as may be paid thereon,

**Now Know Ye** that We the Underwriters, members of the Syndicate(s) referred to in the Slip whose names and whose respective proportions of the amount subscribed by the respective Syndicates (as stated in the Slip) appear in the list of Syndicates kept at Lloyd's current at the date hereof, hereby bind Ourselves, each for his own part and not one for another, our Heirs, Executors and Administrators, and in respect of his due proportion only, to pay or make good to the Reinsured, all such Loss as aforesaid as may happen to the subject matter of this Reinsurance, or any part thereof during the continuance of this Policy; not exceeding 100% of the liability accepted by the Reinsured Policy, such payment to be made after such Loss is proved.

**In Witness** whereof the General Manager of Lloyd's Policy Signing Office has subscribed his Name on behalf of each of Us.
LLOYD'S POLICY SIGNING OFFICE

GENERAL MANAGER.

Dated in London, the

N.M.A. 1778

| Written Lines % Part of Order Whole | Order | Closed For |
|---|---|---|
| | 40% | 100% of order |

Signed Line %

| | |
|---|---|
| 1600 | 989 PJG 325MC4L9880C |
| 3000 | 279 CBE 325MC4L9880C |
| 1900 | 650 SCL 325MC4L9880C |
| 1900 | 035 LH 5014/4883 |
| 8400 | TOTAL |

SIGNING ... 27.5.85
... SL 3021

62842 * 25 JUL 1983 | 1 | G & A | 3
SIGNED 2 JAN 1985

51

FOR USE IN RESPECT OF ILLINOIS RISKS ONLY

This Declaration Page is attached to and forms part of cover note provisions (Form SLCN-2).

Previous No. SL 3004 Authority Ref. No. UQA0088 Cover Note No. S L 3021

1 Name and address of the Assured

I C Industries Inc. Etal as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

LEAVE BLANK

LLOYD'S SURPLUS LINE BROKERS ASSOCIATION OF ILLINOIS (Not valid unless Countersignature Appears) MAY 3 1983 Thomas L. Stevens SECRETARY

2 Effective from April 1, 1983 to April 1, 1984
both days at 12:01 a.m. standard time

3 Acting upon your instructions we have effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON. Percentage 8.7400% part of 100% of 40%

4

| Amount | Coverage | Rate | Premium |
|---|---|---|---|
| $25,000,000 any one occurrence $25,000,000 annual aggregate wherein the Underlying Only To Pay The Excess Of: $25,000,000 any one occurrence $25,000,000 annual aggregate where applicable | Excess Broad Form Liability Insurance | | $2,272.40 part of $65,000 |

Form: J(a) plus Short Excess Wording as Underlying, Including: Workers' Compensation Act, Federal Longshoremen's and Harbor Workers' Act, Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding claims resulting from Employee Retirement Income Security Act (1974), following Underlying.

5 Special conditions
90 days Cancellation Clause
N.M.A. 1256
N.M.A. 1477
Seepage and Pollution Clause as Underlying
Interest: Covering in respect of the Assured's operations
Situation: Worldwide

6 Service of Suit may be made upon:
Thomas L. Stevens, 135 S. LaSalle St., Chicago, IL 60603

Dated May 25, 1983

HOLLINS BURDICK HUNTER OF ILLINOIS, INC.

by
Correspondent

NOTICE TO POLICYHOLDER: "This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by an insurer not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund."

Eaton Printing Co., Chicago, 7/82