Sedgwick
North America Limited

551
SFB

| Policy No. UQA 0089 | | Ref. No. | |
|---|---|---|---|
| Registration | V.A.T. Z | T.O.C. Tribunal | |
| D.T.I. Code 4 | Registration Category | Year 83 | Month 4 |
| Assured/Account I.C. INDUSTRIES | | Adjust. Scheme YES (struck) | NO |
| Country of Origin U.S.A. | Marine | Non-Marine A | Aviation |
| USB ✓ / US / NUS | Overseas Brokers RBH, Chicago, Illinois | | |
| Currency U.S. $ | Signed Line | Gross Premium | |
| Total | 100% | $ 24,000. | |
| Lloyd's | | SEE ATTACHED | |
| ILU | | | |
| PSAC | | | |
| Companies | | | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | | |

Computer Reminder List Instructions

| Anniversary Date Day | Month | Year | N.C.A.D. Indicator YES (struck) | NO | Expiry Date Day | Month | Year |
|---|---|---|---|---|---|---|---|
| 1. | | | | | 01 | 04 | 84 |
| 2. | | | Overriding Anniv. Reminder Month | | Overriding Expiry Reminder Month | | |
| 3. | | | | | | | |
| 4. | | | Month Number | | Month Number | | 12 |

No. of Days C.C. | BAd Ann. Check X | Ann. Instalment X

Policies & No. of Copies ORIGINAL | Case Chkd Incl. Policies 2/19/84 | Policy Disposal

| Polfile | Aid | Polfile Stage 1 |
|---|---|---|
| Rec'd 22.4.83 | | Polfile Stage 2 |

| X | Y | Z |
|---|---|---|

Bureau Scheme No. M-10-1585 | Broker's Cover No.

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus Short Excess Wording as Underlying
INCLUDING: ✓W.C.A, F.L.H.W.A., Real Estate Agents Errors and Omissions
✓Liability and Employee Benefits Liability but excluding
✓claims resulting from E.R.I.S.A. (1974) following Underlying

**ASSURED:** ✓ I.C. INDUSTRIES INC. ETAL as underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois 60601

**PERIOD:** ✓ 12 months at 1st April, 1983

**INTEREST:** Covering in respect of the Assured's operations

**SUM INSURED:** ✓ $50,000,000 any one occurrence
$50,000,000 annual aggregate wherein the Underlying

ONLY TO PAY THE EXCESS OF:

✓ $50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable

**SITUATION:** ✓ Worldwide

**CONDITIONS:** ✓ 90 days Cancellation Clause
✓ Service of Suit Clause (John C. Smith Licensed Underwriters,
T.L. Stevens Unlicensed Underwriters)
Conflict in Wording Endorsement (as attached) to be amended policy
✓ Notice of loss to Rollins, Burdick, Hunter, Chicago, Illinois
✓ N.M.A. 1256 / 1477
✓ Seepage and Pollution Clause as Underlying

**PREMIUM:** $ 60,000

**BROKERAGE:** 1?% and 4% Tax as applicable
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies)

| Written % Lines Part Of Order Whole | Order | Closed For |
|---|---|---|
| | 40% | 100% OF ORDER. |

INF: a $20 x $5.

Hereon 28-70% of 40% of above limits and premium

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re signings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
L.T. (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts., and TOR Signings L.U. Main slip only. Agreed issue reinsurance slip policy (N.M.A. 1779) if required.
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed extend for up to one calendar month on agreement L/U Main slip only irrespective of individual anniversary date notices of cancellation if any. Subject otherwise to CCSA 1960, companies agree authorisation forms not required but closing instructions and addenda will be sent with a form for return within 14 days if necessary showing any objection, admin change or amended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960.
All insurers hereon to comply.

Signed Line %

Per H.S. Weavers (Underwriting) Agencies Ltd. REFERENCE

83 L036 4279C

24.73% Walbrook Ins. Co. Ltd.
10.75% El Paso Ins. Co. Ltd.
18.82% Dart & Kraft Ins. Co. Ltd.
8.06% Louisville Ins. Co. Ltd.
6.45% Ludgate Ins. Co. Ltd.
8.61% Bermuda Fire & Marine Ins. Co. Ltd.
10.75% "Winterthur" Swiss Ins. Co.
9.68% Mutual Reinsurance Co. Ltd.
2.15% Compagnie Européenne d'Assurances Industrielles S.A.

✱ NOT SUBJECT TO U.S.A. F.E.T.

PAG 989
CRE 279
SCI 650

325MC5L988bD

33.34%
12½% SOVEREIGN
37½% TOKIO (U.K.)
2½% TAISHO (U.K.)
15% ALLIANZ INTERNATIONAL
10% STOREBRAND (U.K.)

33.33% SOVEREIGN "U" A/C
33.33% SOVEREIGN "D" A/C

PER W. F. BUMPUS. MANG LTD.
| 5 | 6 | 2 | 0 | 9 | 83 | WFUM |
| S0057 | PSAC | NCAD |

ALL AMENDMENTS TO BE AGREED

NI 082

Signed Line %

HEDDINGTON (U.K.)
PER W. F. BUMPUS. MANG LTD.
| 5 | 6 | 2 | 0 | 9 | 83 | WFUM |
| H0119 | PSAC | NCAD |

Stronghold
23b30hN
S0404 PSAC

Lexington
REF. 83SED 65670674-7
ALL TERMS AND AMENDMENTS TO BE AGREED
NO TAXES TO BE DEDUCTED

ST. KATHERINE
INSURANCE COMPANY PLC
8 3 1 0 1 2 5 4

AGO 918

LG 4HX 39M3

British National
025757088391N
B3002 PSAC NCAD

Signed Line %

2·13 — 1% R.A.E. 219 — 292P

0·63 — ¼% R.A.E. 219 — 277P

3·19 — 1½% F.R.W 190 — 3189 01 A 02 466 FD

3·19 — 1½% Per CAMOMILE UNDERWRITING AGENCIES LTD. G.A.M.A.T. F 2261 7AA3509 C8018 PSAC N.C.A.D. 31·3·83

1·06 — ½% JANSON BOLTON PJB 653 — 707

4·25 — 2% JANSON BOLTON PJB 231 — 707 — 18.4.79

Signed Line %

1·06 — ½% SPALDING FCD 224

0·53 — ¼% LTH 35 — 50414A83

1·06 — ½% DBY 489 — 505X14A831 C1

6·39 — 3% BERMUDA LONDON U/W AGENCY

SPLIT AS FOLLOWS:

66⅔% BERMUDA FIRE & MARINE

33⅓% BRITTANY INSCE

Sedgwick North America Limited

551 SFB

– In respect of Yan (B) - Unlicensed Lloyd's Underwriters (Illinois).

| Policy No. 1080089 | Ref. No. | |
|---|---|---|
| Registration | V.A.T. Z | T.O.C. Tribunal |

| D.T.I. Code | Registration Category | Year | Month |
|---|---|---|---|
| 4 | | | |

Assured/Account: I.C. INDUSTRIES

Adjust. Scheme: YES / NO

| Country of Origin | Marine | Non-Marine | Aviation |
|---|---|---|---|
| USA. | | | |

| U.S. Tax Code | Overseas Brokers | |
|---|---|---|
| USB | R.B.H., CHICAGO | |
| Currency US $ | Signed Line | Gross Premium |
| Total | 100% | $ 24,000. |
| Lloyd's | 11.17% | $ 2,680.80 |
| ILU | | |
| PSAC | | |
| Companies | | |

**RE-SIGNING SHEET**

From: 1st April, 1983.

To: 1st April, 1984.

| Bureau Scheme No. | Broker's Cover No. |
|---|---|
| | |

SLIP POLICY—NORMAL ANNUAL RESIGNATURE
*(Approved by Lloyd's Underwriters' Non-Marine Association)*

**Whereas** certain Underwriting Members of Lloyd's (hereinafter called "the Reinsured") who subscribe the Lloyd's Policy specified overleaf (hereinafter called the "Reinsured Policy") have paid the Provisional Premium specified to Us, who have hereunto subscribed our Names to reinsure them in respect of their liability under the Reinsured Policy during the period specified overleaf, the sum insured, subject matter and hazards insured by the Reinsured Policy being defined in the Slip overleaf,
The Reinsured agree to pay as premium hereunder that proportion of the premium due under the Reinsured Policy which is applicable to the period of this reinsurance and the provisional premium shall be adjusted if and when necessary.

And **Whereas** this Policy is a reinsurance of the Reinsured Policy, and is subject to the terms and conditions contained therein and shall pay as may be paid thereon,

**Now Know Ye** that We the Underwriters, members of the Syndicate(s) referred to in the Slip whose names and whose respective proportions of the amount subscribed by the respective Syndicates (as stated in the Slip) appear in the list of Syndicates kept at Lloyd's current at the date hereof, hereby bind Ourselves, each for his own part and not one for another, our Heirs, Executors and Administrators, and in respect of his due proportion only, to pay or make good to the Reinsured, all such Loss as aforesaid as may happen to the subject matter of this Reinsurance, or any part thereof during the continuance of this Policy; not exceeding 100% of the liability accepted by the Reinsured Policy, such payment to be made after such Loss is proved.

**In Witness** whereof the General Manager of Lloyd's Policy Signing Office has subscribed his Name on behalf of each of Us.

LLOYD'S POLICY SIGNING OFFICE

GENERAL MANAGER.

Dated in London, the

N.M.A. 1778

| Written Lines % Part of Order Whole | Order | Closed For |
|---|---|---|
| | 40% | 100% of ORDER |

Line

SURPLUS LINE
COUNTERSIGNED 27.5.83
COVER NOTE No. SL 3020

62841 * 25 JUL 1983

SIGNED 2 JAN 1985

Sedgwick North America Limited

551 SFB

- In respect of PAN(A) - Licensed Lloyd's Underwriters (Illinois).

| | |
|---|---|
| Policy No. LQA0089 | Ref. No. |
| Registration | V.A.T. 2 / T.O.C. Tribunal |
| D.T.I. Code 4 | Registration Category / Year / Month |
| Assured/Account I-C. INDUSTRIES | Adjust. Scheme YES / NO |
| Country of Origin USA. | Marine / Non-Marine / Aviation |
| U.S. Tax Code USB. | Overseas Brokers R.B.H. CHICAGO |

| Currency US$ | Signed Line | Gross Premium |
|---|---|---|
| Total | 100% | $ 24,000 |
| Lloyd's | 17.53% | $ 4207.20 |
| ILU | | |
| PSAC | | |
| Companies | | |

**RE-SIGNING SHEET**

From: 1st APRIL 1983.

To: 1st APRIL, 1984

| Bureau Scheme No. | Broker's Cover No. |
|---|---|
| | |

970 IN

SLIP POLICY—NORMAL ANNUAL RESIGNATURE
*(Approved by Lloyd's Underwriters' Non-Marine Association)*

**Whereas** certain Underwriting Members of Lloyd's (hereinafter called "the Reinsured") who subscribe the Lloyd's Policy specified overleaf (hereinafter called the "Reinsured Policy") have paid the Provisional Premium specified to Us, who have hereunto subscribed our Names to reinsure them in respect of their liability under the Reinsured Policy during the period specified overleaf, the sum insured, subject matter and hazards insured by the Reinsured Policy being defined in the Slip overleaf,

The Reinsured agree to pay as premium hereunder that proportion of the premium due under the Reinsured Policy which is applicable to the period of this reinsurance, and the provisional premium shall be adjusted if and when necessary,

And **Whereas** this Policy is a reinsurance of the Reinsured Policy, and is subject to the terms and conditions contained therein and shall pay as may be paid thereon,

**Now Know Ye** that We the Underwriters, members of the Syndicate(s) referred to in the Slip whose names and whose respective proportions of the amount subscribed by the respective Syndicates (as stated in the Slip) appear in the list of Syndicates kept at Lloyd's current at the date hereof, hereby bind Ourselves, each for his own part and not one for another, our Heirs, Executors and Administrators, and in respect of his due proportion only, to pay or make good to the Reinsured, all such Loss as aforesaid as may happen to the subject matter of this Reinsurance, or any part thereof during the continuance of this Policy; not exceeding 100% of the liability accepted by the Reinsured Policy, such payment to be made after such Loss is proved.

**In Witness** whereof the General Manager of Lloyd's Policy Signing Office has subscribed his Name on behalf of each of Us.

LLOYD'S POLICY SIGNING OFFICE

GENERAL MANAGER.

Dated in London, the

N.M.A. 1778

| Written Lines % Of ~~Part~~ ~~Order~~ Whole | Order | Closed For |
|---|---|---|
| | 40% | 100% of order |

Line %

918 A00 LG2HX29H3301

219 RAE 292P

219 RAE 277P

190 SPRH 3890K02460FD

653 PJB 707

231 PJB 707

TOTAL

ILLINOIS STAMPS
COUNTERSIGNED 31.5.83
COVER NOTE No. 1567

L.P.S.O. C.

1A

ILLINOIS
62201 * 25 JUL 1983
SIGNED 2 JAN 1985

| |
|---|
| 1 X |
| G & A |
| 3 |

North America Limited

| Policy No. 11601-087 | Agreement No. | Total | | Initial SYND./COY |
|---|---|---|---|---|
| Registration | V.A.T. | T.O.C. Tribunal | Lloyds | |
| Serial | Registration Category | Year / Month | ILU | |
| Assured/Account: I. C INDUSTRIES | | Leading | PSAC | |
| | | | Companies | |

Effective April 1st 1983

Noted and agreed include "notary public" within the coverage provided for Real Estate Agents - As Expiring

For LPSO Use | For ILU Use | For PSAC Use

merica Limited

551 SFB

Currency Insd | Gross Premium

Initial

SYND./COY

QA 0089

Agreement No.

Total

V.A.T. | T.O.C. Tribunal

Lloyds

Registration Category | Year | Month

ILU

nt

.C. INDUSTRIES.

Leading U/Wr.

1/11/84

PSAC

PSAC

F U

6/209/83

Companies

Effective Inception.

Agreed to delete all reference to "Conflict in wording Endorsement" as appearing under the Conditions shown on the slip.

TO ALL UNDERWRITERS

DO NOT SHOW

9/11/84

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

SAM/SAM
31.10.84.

For ILU Use

For PSAC Use

| Currency | Signed Line | Gross Premium Inc. War | Gross Premium War only |
|---|---|---|---|
| Total | 100% | 24,000 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | 28.73% | 6,895.20 | |
| Other Companies | | | |

Rate of Exchange — PSAC R.C.J. — PSAO 4

L.P.S.O. No. — BKR. REFS UGA008900

PSAC PC NO F8308150000783

POLICY SIGNED 28.9 84

LINES, STMPS. ETC. (A)

L1 243

PAN (B) inc F.E.T. + Illinois Tax.

| Currency | Signed Line | Gross Premium Inc. War | Gross Premium War only |
|---|---|---|---|
| US $ Total | 100% | 24,000 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | 3.19% | $765.60 | |
| Other Companies | | | |

Rate of Exchange — STG. Equiv.

PSAO L.P.S.O. N — R.C.J. — BKR. REFS UGA008900

PSAC PC NO F8308150000791 — PSAO 4

POLICY SIGNED 28 9 84 (B)

L1 243

Signed Line %

15·96

add 7½%

82L036 39554

L036 20736009

L036 22804035

L036 17531845

23.3.83.

| | |
|---|---|
| 24.75% | Walbrook Ins. Co. Ltd. |
| 10.75% | El Paso Ins. Co. Ltd. |
| 18.82% | Dart & Kraft Ins. Co. Ltd. |
| 8.06% | Louisville Ins. Co. Ltd. |
| 6.45% | Ludgate Ins. Co. Ltd. |
| 8.61% | Bermuda Fire & Marine Ins. Co. Ltd. |
| 10.75% | "Winterthur" Swiss Ins. Co. |
| 9.68% | Mutual Reinsurance Co. Ltd. |
| 2.15% | Compagnie Européenne d'Assurances Industrielles S.A. |

* NOT SUBJECT TO U.S.A. F.E.T.

Per H.S. Weavers (Underwriting) Agencies Ltd. REFERENCE

83 L036 42790

1 | 291 | 1 | 214 | 5 | 270

W 550 AY

A --

CHGT 75

CHGS 99 TAX

8·25 5%

0·80 7½%

1·59 15%

77½%

PIG 989

CRE 279

SCI 650

325MC5L9886D

12·76 6%

33.34% (12½% SOVEREIGN, 37½% TOKIO (U.K.), 2½% TAISHO (U.K.), 10% ALLIANZ INTERNATIONAL, 10% STOREBRAND (U.K.))

33.33% SOVEREIGN "..." a/c

33.33% SOVEREIGN "D" a/c

PER W. F. CUNTEL MANJ. LTD.

| | |
|---|---|
| 5620963 1 | WFUM |
| S0057 PSAC | NCAD |

Signed Line %

3·19 12½%

HEDDINGTON (U.K.)

PER W. F. CUNTEL MANJ LTD.

| | |
|---|---|
| 562019831 | WFUM |
| H0119 PSAC | NCAD |

6·39 add 37½%

Stronghold

| | |
|---|---|
| 2303007N | |
| S0404 | PSAC |

10·64 5%

Lexington

REF. B3SED6567067 4-73

ALL TERMS AND AMENDMENTS TO BE AGREED ...

NO TAXES TO BE DEDUCTED ...

6·39 3%

ST. KATHERINE

INSURANCE COMPANY PLC

8310 1254

Q.Q. 3/3.

NCAD

4·25

AGO 918

LG 2HX 1973 201

83

6·39

British National

0257570883 9

B3002 PSAC NCAD

gwick
·th America Limited

551
SFB

| Currency Insd | Gross Premium | Initial SYND./COY |
| --- | --- | --- |
| Total | | |
| Lloyds | | |
| ILU | | |
| PSAC | | |
| Companies | | |

No. UQA 0089 Agreement No.

ratio. V.A.T. T.O.C. Tribunal

Serial Registration Category Year Month

ed/Account Leading U/wr.

I.C. INDUSTRIES.

W F U

19.11.84.

Effective Inception.

Agreed to delete all reference to "Conflict in wording Endorsement" as appearing under the Conditions shown on the slip.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

SAM/SAM
31.10.84.

or LPSO Use | For ILU Use | For PSAC Use

**LONDON COPY** AIF MAY 27 1983

This Declaration Page is attached to and forms part of cover note provisions (Form CN-6).

Previous No. 1522 Authority Ref. No. UQA0089 Cover Note No. № 1567

1 Name and address of the Assured

I C Industries Inc. Etal as Underlying
One Illinois Center
111 East Wacker Dr.
Chicago, Illinois 60601

LEAVE BLANK

2 Effective from April 1, 1983 to April 1, 1984
both days at 12:01 a.m. standard time

3 Acting upon your instructions we have effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON.

Percentage: 17.5300% part of 100% of 40%

4

| Amount | Coverage | Rate | Premium |
|---|---|---|---|
| $50,000,000 any one occurrence<br>$50,000,000 annual aggregate wherein the Underlying Only To Pay The Excess Of:<br>$50,000,000 any one occurrence<br>$50,000,000 annual aggregate where applicable | Excess Broad Form Liability Insurance | | $4,207.20 part of $60,000 |

5 Special conditions Situation: Worldwide

90 days Cancellation Clause
N.M.A. 1256
N.M.A. 1477
Seepage and Pollution Clause as Underlying
Interest: Covering in respect of the Assured's operations
Form: J(a) plus Short Excess Wording as Underlying. Including: Workers' Compensation Act, Federal Longshoremen's and Harbor Workers' Act, Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding claims resulting from Employee Retirement Income Security Act (1974) following Underlying.

Dated

May 25, 1983

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.
by [signature]
Resident Agent

CLAIM REPORTS: Resident Agents, Attorneys and Adjusters must furnish copies of reports of all claims under this insurance to the Attorney-in-Fact for Underwriters at Lloyd's, London, 135 South LaSalle Street, Chicago, Illinois 60603.

FOR USE IN RESPECT OF ILLINOIS RISKS ONLY

**This Declaration Page is attached to and forms part of cover note provisions (Form SLCN-2).**

Previous No. SL 3005 Authority Ref. No. UQA0089 Cover Note No. **S L 3020**

LEAVE BLANK

LLOYD'S SURPLUS LINE BROKERS ASSOCIATION OF ILLINOIS SECRETARY MAY 24 1983 Countersignature appears here Thomas L. Stevens

1 Name and address of the Assured
I C Industries Inc. Etal as Underlying
One Illinois Center
111 East Wacker Dr.
Chicago, IL 60601

2 Effective from April 1, 1983 to April 1, 1984
both days at 12:01 a.m. standard time

3 Acting upon your instructions we have effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON. Percentage 11.1700% part of 100% of 40%

4

| Amount | Coverage | Rate | Premium |
|---|---|---|---|
| $50,000,000 any one occurrence $50,000,000 annual aggregate wherein the Underlying Only To Pay The Excess Of: $50,000,000 any one occurrence $50,000,000 annual aggregate where applicable | Excess Broad Form Liability Insurance | | $2,680.80 part of $60,000 |

Form: J(a) plus Short Excess Wording, Including: Workers' Compensation Act, Federal Longshoremen's and Harbor Workers' Act, Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding claims resulting from Employee Retirement Income Security Act (1974), following Underlying

5 Special conditions
90 days Cancellation Clause
N.M.A. 1256
N.M.A. 1477
Seepage and Pollution Clause as Underlying
Interest: Covering in respect of the Assured's operations
Situated: Worldwide

6 Service of Suit may be made upon:
Thomas L. Stevens, 135 S. LaSalle St., Chicago, Il. 60603

Dated May 25, 1983

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.
by D.A. Wilson
Correspondent

**NOTICE TO POLICYHOLDER: "This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by an insurer not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund."**