

NORTH AMERICA

551 SFB

Policy No. P.S.A.C (1337) URA 0059

Renewing UQA 0088

Assured I.C. INDUSTRIES INC. ETAL

Client RBH, CHICAGO, ILLINOIS

Orders 40%

Microfilm No. & Date L 18 4 84

M.F. No.

No. of Slips 4
Hereto Wtn 50.9
Total Wtn 50.9
Sign % 78.6933

TEAM 1

Reinsurance Nos. —

Direct Placing No. —

Ply Reed Bk. PT & Adj Bk.

Covernote Dated

Author SAM/SAM 29.2.84.

Broker BB/KJA

Wording NORWICH

Entd Stats

Agmt No. & Dates 1.26.3.84.

For LPSO Use

For PSAC Use

PSAC PNP

BKR. REFS URA005900

PSAC FC NO 8407240003763

11-4-85

Signed Line %

3.9292 — Addl 2% FOLKSAM INTERNATIONAL INS CO (U.K.) LTD Col 1 3 7 8 4 1 3/4 RBH Chicago NCAD

2.9469 — 1½% Per CAMOMILE UNDERWRITING AGENCIES LTD. C.A.M.A.T. 8 4 U B 1 0 9 4 1 C8018 PSAC NCAD 4.4.84.

2.9469 — 1½% 1/4 CJW 533 A B T H

1.9647 — 1% PALDWK FCD 224 5 0 4 1 2 A 8 4

0.9823 — ½% Plead LEH 35 5 0 4 1 2 A 8 4

Signed Line %

0.7858 — 0.4% ~~BERMUDA LONDON U/W~~ Agency split as follows:

66⅔ Bermuda Fire & Marine

33⅓ Brittany Insce

~~REF: 84 CAS 4160H~~

TAX

**Sedgwick North America Limited** — **551 SFB**

| | | | | |
|---|---|---|---|---|
| Policy No. URA0059 | Ref. No. | | | |
| Registration | V.A.T. Z | T.O.C. Tribunal | | |
| D.T.I. Code: 4 | Registration Category | | Year: 84 | Month: 04 |
| Assured/Account: I.C. INDUSTRIES | | | Adjust. Scheme: YES / NO | |
| Country of Origin: U.S.A. | Marine | Non-Marine | Aviation | |
| USB ✓ / LIF / NUS | Overseas Brokers: RBH, Chicago, Illinois | | | |
| Currency: U.S.$ | Signed Line | Gross Premium | | |
| Total | 100% | $ 26,000.00 | | |
| Lloyd's | | | | |
| ILU | | | | |
| PSAC | 26.5226% | 6,895-88 | | |
| Companies | | | | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | 5516-70 | |

Computer Reminder List Instructions

| | Anniversary Date Day | Month | Year | N.C.A.D. Indicator | Expiry Date Day | Month | Year |
|---|---|---|---|---|---|---|---|
| 1. | | | | YES (struck) / NO | 01 | 04 | 85 |
| 2. | | | | Overriding Anniv. Reminder Month | Overriding Expiry Reminder Month | | |
| 3. | | | | | | | |
| 4. | | | | Month Number | Month Number | 12 | |

No. of Days C.C. 30 | Ann. Check X | Am. Instalment X

Policies & No. of Copies / Case Chkd / Incl. Policies: PS 16/5/85 — Policy Disposal

Polfile | Aid | Polfile Stage 1 | Polfile Stage 2

X | Y | Z

Bureau Scheme No. | Broker's Cover No.

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus Short Excess Wording following Underlying as expiring
INCLUDING: W.C.A., F.L.H.W.A. Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding claims resulting from E.R.I.S.A. (1974) following Underlying

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois 60601

**PERIOD:** 12 months at 1st April, 1984

**INTEREST:** Covering in respect of the Assured's operations

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate wherein the Underlying

ONLY TO PAY THE EXCESS OF:

$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable

**SITUATION:** Worldwide

**CONDITIONS:** 90 days Cancellation Clause
Service of Suit Clause (John C. Smith Licensed Underwriters, (T.L. Stevens Unlicensed Underwriters)
Conflict in Wording Endorsement ~~(as attached)~~ t.b.a. L/U
Notice of loss to Rollins, Burdick, Hunter, Chicago, Illinois
N.M.A. 1256 / 1477
Seepage and Pollution Clause as Underlying

**PREMIUM:** $ 65,000

**BROKERAGE:** 17% and 4% Tax as applicable
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies)

**INFORMATION:** As Underlying.

| Written % Lines ~~Part~~ Of Order/Whole | Order | Closed for |
|---|---|---|
| | ~~[illegible]~~ 40% | 100% of 40% |

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re-signings of term policies to be initialed Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
P.T. (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts., and TOR Signings t.b.a. L/U. Main slip only. Agreed issue insurance slip policy (N.M.A. 1179) if required.
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed extend for up to one calendar month on agreement L/U. Main slip only irrespective of individual anniversary date notices of cancellation if any. Subject otherwise to CCSA 1960, companies agree authorisation forms not required but closing instructions and addenda will be sent with a form for return within 14 days if necessary showing any objection, admin. change or amended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960.
All Insurers hereon to comply.

Sedgwick
North America Limited

551
SFB

| Policy No. URA 0069 | Ref. No. |
|---|---|

| Registration | V.A.T. Z | T.O.C. Tribunal |
|---|---|---|

| D.T.I. Code | Registration Category | Year | Month |
|---|---|---|---|
| 4 | | 84 | 4 |

Assured/Account: I.C. INDUSTRIES

Adjust. Scheme: YES (struck) / NO

| Country of Origin | Marine | Non-Marine | Aviation |
|---|---|---|---|
| U.S.A. | | A. | |

US$ ✓ | US | NUS

Overseas Brokers: RBH, Chicago, Illinois

| Currency U.S.$ | Signed Line | Gross Premium |
|---|---|---|
| Total | 100%. | $ 26,000. |
| Lloyd's | | |
| ILU | | |
| PSAC | | |
| Companies | | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | | |

Computer Reminder List Instructions

| | Anniversary Date Day | Month | Year | N.C.A.D. Indicator | Expiry Date Day | Month | Year |
|---|---|---|---|---|---|---|---|
| 1. | | | | YES (struck) / NO | 01 | 04 | 85 |
| 2. | | | | Overriding Anniv. Reminder Month | Overriding Expiry Reminder Month | | |
| 3. | | | | | | | |
| 4. | | | | Month Number | Month Number 12 | | |

No. of Days C.C. 090 | Ann. Check X | Ann. Instalment X

Policies & No. of Copies ... 2

Case Chkd ... 75 ... 12/3/85

Incl. Policies

Policy Disposal

| Polfile | Aid | Polfile Stage 1 |
|---|---|---|
| | | Polfile Stage 2 |

| X | Y | Z |
|---|---|---|

Bureau Scheme No. m-10-4-85.

Broker's Cover No.

Signed Line %
3·9292
FOLKSAM
INTERNATIONAL INS. Co. (U.K.) LTD.
C0113784 134
RBH Chicago
CLOSINGS AND ACCOUNTS TO LONDON OFFICE
NCAD
2·9469
Per CAMOMILE UNDERWRITING AGENCIES LTD.
C.A.M.A.T.
84UB/0941.
C8018
PSAC
NCAD
4·4·84.
2·9469
CJW
553
ABTH
1·9647
FCD
224
504112A84
0·9823
LEH
35
504112A84
Signed Line %
0·7858
0·4% BERMUDA LONDON U/W Agency split as follows:-
66⅔ Bermuda Fire & Marine
33⅓ Brittany Insce
REF :- 84 CAS 4160H
TAX

Sedgwick
North America Limited

551
SFB

| | | |
|---|---|---|
| Policy No. URA0059 | Ref. No. | |
| Registration | V.A.T. Z | T.O.C. Tribunal |
| D.T.I. Code 4 | Registration Category | Year 84 / Month 04 |
| Assured/Account: I.C. INDUSTRIES | | Adjust. Scheme: YES / NO |
| Country of Origin: U.S.A. | Marine / Non-Marine / Aviation | |
| USB ✓ / US / NUS | Overseas Brokers: RBH, Chicago, Illinois | |
| Currency U.S.$ | Signed Line | Gross Premium |
| Total | 100% | $ 26,000.00 |
| Lloyd's | | |
| ILU | - | |
| PSAC | 26.5226% | 6,895.88 |
| Companies | | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | 5516.70 | |

Computer Reminder List Instructions

| | Anniversary Date (Day / Month / Year) | N.C.A.D. Indicator | Expiry Date (Day / Month / Year) |
|---|---|---|---|
| 1. | | YES (struck) / NO | 01 / 04 / 85 |
| 2. | | Overriding Anniv. Reminder Month | Overriding Expiry Reminder Month |
| 3. | | | |
| 4. | | Month Number | Month Number 12 |

No. of Days C.C. 060 | Ann. Check ✗ | Ann. Instalment ✗

Policies & No. of Copies / Case Chkd / Incl. Policies — [illegible handwriting] 26/1/85 | Policy Disposal

| Polfile | Aid | Polfile Stage 1 |
|---|---|---|
| | | Polfile Stage 2 |

| X | Y | Z |
|---|---|---|

Bureau Scheme No. | Broker's Cover No.

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus Short Excess Wording following Underlying as expiring
INCLUDING: W.C.A., F.L.H.W.A., Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding claims resulting from E.R.I.S.A. (1974) following Underlying

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois 60601

**PERIOD:** 12 months at 1st April, 1984

**INTEREST:** Covering in respect of the Assured's operations

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate wherein the Underlying

ONLY TO PAY THE EXCESS OF:

$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable

**SITUATION:** Worldwide

**CONDITIONS:** 90 days Cancellation Clause
Service of Suit Clause (John C Smith Licensed Underwriters, (T.L. Sevens Unlicensed Underwriters)
Conflict in Wording Endorsement ~~(as attached)~~ t.b.a. L/u.
Notice of loss to Rollins, Burdick, Hunter, Chicago, Illinois
N.M.A. 1256 / 1477
Seepage and Pollution Clause a Underlying

**PREMIUM:** $ 65,000

**BROKERAGE:** 17% and 4% Tax as applicable
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies)

**INFORMATION:** As Underlying.

| Written Lines % of Order / Whole | Order | Closed For |
|---|---|---|
| | ~~[illegible]~~ 40% | 100% OF 40% |

Leading underwriters agreement (N.M.A.) Off slips and/or Annual resignings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
P.T (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts., and TOR Signings t.b.a. L/U. Main slip only. Agreed issue [illegible] slip policy (N.M.A. 1779) if required
Agreed sign renewal receipt if required without production of existing slip or policy. Agreed extend for up to one calendar month on agreement L/U. Main slip only [illegible] date notices of cancellation if any. Subject otherwise to CCSA 1960. companies agree [illegible] forms not required but closing instructions and [illegible] will be sent with a form for return within 14 days [illegible] showing any objection, [illegible] change or amended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960.
All insurers hereon to comply.

Signed Line %

39.2928

26.3.84.

No Tax 33.3203
Tax — 5.7725

34.75% Walbrook Ins. Co. Ltd.
22.03% Dart & Kraft Ins. Co. Ltd.
11.30% El Paso Ins. Co. Ltd.
10.00% Louisville Ins. Co. Ltd.
6.75% Ludgate Ins. Co. Ltd.
10.20% Mutual Reinsurance Co. Ltd.
5.00% Compagnie Européenne d'Assurances Industrielles S.A.

* NOT SUBJECT TO U.S.A. F.E.T.

Per H.S. Weavers (Underwriting) Agencies Ltd.
REFERENCE

| 84 | L03445713 |
|---|---|

| 10% | CG 320 | 5% | CG 324 | 5% | CG 300 |
|---|---|---|---|---|---|

7.6130

6.1368

1.4734

PJG 989
CRE 279
SCI 650

426MC5L9880C

15.7171

50% (12½% SOVEREIGN; 37½% TOKIO (U.K.); 25% TAISHO (U.K.); 15% ALLIANZ INTERNATIONAL; 10% STOREBRAND (U.K.))
50% SOVEREIGN "C" A/c

| PER W. F. (U/WTG. MAN.) LTD. | WFUM |
|---|---|
| S719584 | |
| S0065 PSAC | NCAD |

ALL AMENDMENTS TO BE AGREED

N1082

Signed Line %

7.8536

MDJ 913

5.8939

F.R.W. 190

7.5556

British National

| 0 | 2 | 5 | 7 | 5 | 6 | 0 | 8 | 8 | + |
|---|---|---|---|---|---|---|---|---|---|

B 3002

Sedgwick
North America Limited

551
SFB

| Field | Entry |
|---|---|
| Policy No. | URA 0069 |
| Ref. No. | |
| Registration | |
| V.A.T. | Z |
| T.O.C. Tribunal | |
| D.T.I. Code | 4 |
| Registration Category | |
| Year | 34 |
| Month | 4 |
| Adjust. Scheme | YES (marked) / NO |
| Assured/Account | I.C. INDUSTRIES |
| Country of Origin | U.S.A. |
| Marine | |
| Non-Marine | A. |
| Aviation | |
| USB | ✓ |
| US | |
| NUS | |
| Overseas Brokers | RBH, Chicago, Illinois |
| Currency | US $ |

| | Signed Line | Gross Premium |
|---|---|---|
| Total | 100% | $ 26,000 |
| Lloyd's | | |
| ILU | | |
| PSAC | | |
| Companies | | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| | | | |

Computer Reminder List Instructions

| | Anniversary Date* Day | Month | Year | N.C.A.D. Indicator YES | NO | Expiry Date Day | Month | Year |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | (struck) | | 01 | 04 | 85 |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |

Overriding Anniv. Reminder Month — Month Number:
Overriding Expiry Reminder Month — Month Number: 12

No. of Days C.C. 90 — Ann. Check X — Am. Instalment X

Policies & No. of Copies: one + 2
Case Chkd/Incl. Policies
Policy Disposal

| Polfile | Ald | Polfile Stage 1 |
|---|---|---|
| | | Polfile Stage 2 |

| X | Y | Z |
|---|---|---|
| | | |

Bureau Scheme No. — Broker's Cover No.

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus Short Excess Wording following Underlying as expiring INCLUDING: W.C.A., F.L.H.W.A., Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding claims resulting from E.R.I.S.A. (1974) following Underlying

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois 60601

**PERIOD:** 12 months at 1st April, 1984

**INTEREST:** Covering in respect of the Assured's operations

**SUM INSURED:** $25,000,000 any one occurrence
$25,000,000 annual aggregate wherein the Underlying

ONLY TO PAY THE EXCESS OF:

$25,000,000 any one occurrence
$25,000,000 annual aggregate where applicable

**SITUATION:** Worldwide

**CONDITIONS:** 90 days Cancellation Clause
Service of Suit Clause (John G. Smith Licensed Underwriters,
(T.L. Stevens Unlicensed Underwriters)
Conflict in Wording Endorsement ~~as attached~~ t.b.a. L/u.
Notice of loss to Rollins, Burdick, Hunter, Chicago, Illinois
N.M.A. 1256 / 1477
Seepage and Pollution Clause as Underlying

**PREMIUM:** $ 65,000

**BROKERAGE:** 17% and 4% Tax as applicable
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies)

**INFORMATION:** As Underlying.

| Written Lines % Of ~~Order~~ Whole | Order | Closed For |
|---|---|---|
| | ~~100%~~ 40% | 100% OF 40% |

Hereon 29.4696% of 40% of the above limits + premium.

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re-signings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
P.T. (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts., and TOR Signings t.b.a. L/U. Main slip only. Agreed issue reinsurance slip policy (N.M.A. 1779) if required.
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed extend for up to one calendar month on agreement L/U. Main slip only irrespective of individual anniversary date notices of cancellation if any. Subject otherwise to CCSA 1960, companies agree authorisation forms not required but closing instructions and addenda will be sent with a form for return within 14 days if necessary showing any objection, claim, change or amended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960.
All Insurers hereon to comply.



Price Forbes Limited

551 SFB

| Policy No. URA0059/[illegible] | Agreement No. J5AG09601 | Currency Ind | Gross Premium | Initial SYND./COY |
|---|---|---|---|---|
| Registration | V.A.T. / T.O.C. Tribunal | Total | | |
| Serial / Registration Category | Year / Month | Lloyds | | |
| Assured/Account: I.C. INDUSTRIES | Leading U/Wr. | ILU | | |
| | | PSAC | | |
| | | Companies | | |

Effective date 01.02.85

Agreed to include the following as an Additional named Assured

'PNEUMO CORPORATION'

A.P. $35,000 calculated pro-rata for period.

INFORMATION: As underlying

LLOYDS POLICY SIGNING OFFICE
This ADDITIONAL PREMIUM has been settled on behalf of all the Syndicates Subscribing to this policy
67964 * 1 AUG 1985

LONDON 24.7.85
SAM/DC

| or LPSO Use | For ILU Use | For PSAC Use |
|---|---|---|

Sedgwick
North America Limited

551
SFB

| Currency Insd | Gross Premium | Initial SYND./COY |
|---|---|---|
| Total | | |
| Lloyds | | |
| ILU | | |
| PSAC | | |
| Companies | | |

Policy No. URA 0059

Agreement No. J5AG06538

Registration | V.A.T. | T.O.C. Tribunal

Serial | Registration Category | Year | Month

Leading U/Wr.

Assured/Account

I.C. INDUSTRIES

Effective ~~date t.b.a. L/U~~ 1.2.85

Agreed to include the following as an Additional named Assured

'PNEUMO CORPORATION'

**INFORMATION:** As underlying London Layer.

E.&.O.E.
London: 21 December 84
SAM/PC

For LPSO Use | For ILU Use | For PSAC Use



Price Forbes Limited

SFB

| Currency Insd | Gross Premium |
|---|---|
| Total | |
| Lloyds | |
| ILU | |
| PSAC | |
| Companies | |

Policy No. URA0059

Agreement No.

Registration

V.A.T.

T.O.C. Tribunal

| Serial | Registration Category | Year | Month |
|---|---|---|---|
| | | | |

Leading U/Wr.

Assured/Account

I.C.Industries

Initial

SYND./COY

PSAC WF

13/8/85

It is hereby understood and agreed that effective inception to delete all reference to "Conflict in Wording Endorsement" as appearing under the Conditions shown on the slip.

INFORMATION: "Conflict in Wording Endorsement" deleted in Underlying Policy.

CJA/DHW
1st August, 1985.

| For LPSO Use | For ILU Use | For PSAC Use |
|---|---|---|
| | | |

N2 002 rev 1/85

2.

Sedgwick
North America Limited

551
SFB

| Policy No. URA 0059 | Agreement No. | Currency Insd | Gross Premium | Initial SYND./COY |
|---|---|---|---|---|
| Registration | V.A.T. / T.O.C. Tribunal | Total | | |
| Serial / Registration Category | Year / Month | Lloyds | | |
| | | ILU | | |
| Assured/Account: I.C. INDUSTRIES. | Leading U/Wr. 26/7/10 | PSAC | | |
| | | Companies | | |

CLARIFICATION OF INTENT ADDENDUM.

Effective 1st April, 1984.

It is agreed that the occurrence self-insured retention of $250,000 in the primary Comprehensive General Liability Policy (which to apply on a worldwide basis provided suit is brought in the U.S.A.), shall be applied on an each and every claimant basis but only in respect of claims for sickness caused (wholly or partly) by asbestos products, or so deemed for the purpose of this Policy.

It is further agreed that such self-insured retention will not be subject to any aggregate limitation.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

SAM/SAM
26.3.84.

CLOSED DATE 26 MAR 1985

| For LPSO Use | For ILU Use | For PSAC Use |
|---|---|---|
| | | |

N1 062

3

**Sedgwick North America Limited** — **551 SFB**

| Policy No. URA0059 | Ref. No. |
|---|---|
| Registration | V.A.T. Z / T.O.C. Tribunal |

| D.T.I. Code | Registration Category | Year | Month |
|---|---|---|---|
| 4 | | 84 | 4 |

Adjust. Scheme: ~~YES~~ NO

Assured/Account: [illegible]

| Country of Origin | Marine | Non-Marine | Aviation |
|---|---|---|---|
| USA | | A | |

USB / US / NUS — Overseas Brokers: R.B.H. Cgo.

| Currency US$ | Signed Line | Gross Premium |
|---|---|---|
| Total | 100% | 26000.00 |
| Lloyd's | 19.6664% | 5,108.06 |
| ILU | | |
| PSAC | | |
| Companies | | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| 4,239.69 | | | |

Computer Reminder List Instructions

| Anniversary Date (Day / Month / Year) | N.C.A.D. Indicator (YES / NO) | Expiry Date (Day / Month / Year) |
|---|---|---|
| 1. | | |
| 2. | Overriding Anniv. Reminder Month | Overriding Expiry Reminder Month |
| 3. | | |
| 4. | Month Number | Month Number |

No. of Days C.C. | Ann. Check | Ann. Instalment

Policies & No. of Copies [illegible] | Policy Disposal

Case Chkd / Incl. Policies [illegible]

Polfile | Aid | Polfile Stage 1 | Polfile Stage 2

X | Y | Z

Bureau Scheme No. | Broker's Cover No.

LICENSED LLOYDS.

| | | | |
|---|---|---|---|
| 7.8586% | 918 | MDJ | LG2HX28M4231 |
| 5.8939 | 190 | FRW | 6463K02460FD |
| 2.9469 | 553 | CJW | ABTH |
| 1.9647 | 224 | FCD | 5041QA84 |
| 0.9823 | 35 | LEH | 5041QA84 |
| 19.6664 | | | |

ILLINOIS STAMPS [stamp] AUG 20 1932 / 1673

1.4.84 – 1.4.85

A

12A1

63807 * 27 SEP 1994

SIGNED -3 APR 1985

| Written Lines % of ~~Order~~ Whole | Order | Closed For |
|---|---|---|
| | 40%. | 100% OF 40% |

Leading underwriters agreement (N.M.A.) Off slips and/or Annual re-signings of term policies to be initialled Leading Lloyd's Non-Marine Underwriter only. Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
F.T. (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts. and TOR signings: [illegible] L/L. Main slip [illegible]. Agreed [illegible] reinsurance slip policy (N.M.A. 1779) if required.
Agreed sign renewal receipt if required without production of expiring slip or policy. Agreed extend [illegible] up to one calendar month on agreement L/L. Main slip only irrespective of individual anniversary date notices of cancellation if any. Subject otherwise to CCSA 1960, companies agree automation forms not required but closing instructions and addenda will be sent with a form for return within 14 days if necessary showing any [illegible] change or amended reference. By signing this slip signatories to the CCSA 1960 [illegible] the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960.
All Insurers hereto to comply.

2

**Sedgwick North America Limited** — **551 SFB**

| Field | Value |
|---|---|
| Policy No. | URA0059 |
| Ref. No. | |
| Registration | |
| V.A.T. | Z |
| T.O.C. Tribunal | |
| D.T.I. Code | 4 |
| Registration Category | |
| Year | 84 |
| Month | 4 |
| Assured/Account | I. C. INDUSTRIES |
| Adjust. Scheme | ~~YES~~ / NO |
| Country of Origin | USA |
| Marine | |
| Non-Marine | A |
| Aviation | |
| USB / OS / NLS | |
| Overseas Brokers | R.B.H. Cgo. |
| Currency | US$ |

| | Signed Line | Gross Premium |
|---|---|---|
| Total | 100% | 26,000 |
| Lloyd's | 9.8232 | 2554.03 |
| ILU | | |
| PSAC | | |
| Companies | | |

Net Absolute Premium

| Lloyd's | ILU | PSAC | Companies |
|---|---|---|---|
| 2043.23 | | | |

Computer Reminder List Instructions

| | Anniversary Date: Day | Month | Year | N.C.A.D. Indicator: YES | NO | Expiry Date: Day | Month | Year |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | Overriding Anniv. Reminder Month | | Overriding Expiry Reminder Month | | |
| 3. | | | | | | | | |
| 4. | | | | Month Number | | Month Number | | |

No. of Days C.C. | Ann. Check | Ann. Instalment

Policies & No. of Copies | Case Chkd Incl. Policies | Policy Disposal

Polfile | Aid | Polfile Stage 1 | Polfile Stage 2

X | Y | Z

Bureau Scheme No. | Broker's Cover No.

UNLICENSED LLOYDS

SURPLUS LINE [stamp] Aug 3 1984 ... SL 3073

1.4.84 - 1.4.85.

| | | | |
|---|---|---|---|
| 7.6130 | 989 | PJG | 426MCSL9880C |
| 0.7368 | 279 | CRE | " |
| 1.4734 | 650 | SCI | " |
| 9.8232 | | | |

63305 * 27SEP1984 ✓

SIGNED - 3 APR 1985

B
HSBl

| Written Lines % of ~~Part~~ / ~~Order~~ Whole | Order | Closed For |
|---|---|---|
| | 40% | 100% of 40% |

Leading underwriters agreement (N.M.A.) Off slips and in Annual renewals of term policies to be initialled Leading Lloyd's Non-Marine Underwriter and Increases in signed lines up to written plus 10% subject to agreement and initialment by first two underwriters only.
P T (N.M.A.)
Wordings, Schedules, Proposal Forms, Endts and TOR Signings to be L/U Main slip only. Agreed issue reinsurance slip policy (N.M.A. 1779) if required.
Agreed sign renewal receipt if required without production of expiring slip or policies. Agreed extend for up to one calendar month on agreement L/U. Main slip only irrespective of individual anniversary date notices of cancellation, if any. Subject otherwise to CCSA 1960 companies agree authorisation forms not required but closing instructions and addenda will be sent with a form for return within 14 days if necessary showing any objection, status change or amended reference. By signing this slip signatories to the CCSA 1960 authorise the leading CCSA 1960 company to arrange for PSAC to sign the policy on its behalf and accept that such signing will be a valid signing for all the purposes of the CCSA 1960.
All Insurers hereon to comply

" iro FRW 190 participation only

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| US$ Total | 100% | 2270.82 | |
| Lloyd's | 5.8939% | 133.84 | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |

| Rate of Exchange | STG Equiv. |
|---|---|

L.P.S.O. No. and Date

67964 ★ -1 AUG 1985

LINES, SYNDS. ETC., AS SLIP ATTACHED

L1 243

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| Total | | | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |

| Rate of Exchange | STG. Equiv. |
|---|---|

L.P.S.O. No. and Date

LINES, SYNDS. ETC., AS SLIP ATTACHED

L1 243

551

ENDORSEMENT NO.02

Date 18th September, 1985.

To be attached to LLOYDS LICENSED Policy No. URA0059

In the name of:- I.C.INDUSTRIES INC. ET AL

---

AGC/DHW

Clarification of Intent Addendum

It is understood and agreed that the self-insured retention of $250,000 each occurrence provided for in the primary Comprehensive General Liability Policy (as listed in the Schedule of Underlying Insurance attached to the Underlying Umbrella Policy and which is to apply on a worldwide basis provided suits are brought in the United States of America), shall be applied on an each and every claimant basis but only in respect of claims for sickness caused (wholly or partly) by asbestos products, or so deemed for the purposes of this Policy.

It is further understood and agreed that such self-insured retention will not be subject to any aggregate limitation.

All other terms and conditions remain unchanged.

dhw14/123

LONDON COPY A/F AUG 17 1984

This Declaration Page is attached to and forms part of cover note provisions (Form CN-6).

Previous No. 1568 Authority Ref. No. URA0059 Cover Note No. 1643

LEAVE BLANK

UNDERWRITERS AT LLOYD'S, LONDON (Not valid unless countersignature appears here) AUG 20 1984 John G. Smith ATTORNEY-IN-FACT

1 Name and address of the Assured

I C Industries Inc. Etal as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, Illinois 60601

2 Effective from April 1, 1984 to April 1, 1985 both days at 12:01 a.m. standard time

3 Acting upon your instructions we have effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON. Percentage 19.6464% part of 100%

| 4 Amount | Coverage | Rate | Premium |
|---|---|---|---|
| $25,000,000 any one occurrence $25,000,000 annual aggregate wherein the Underlying Only To Pay The Excess Of: $25,000,000 any one occurrence $25,000,000 annual aggregate where applicable | Excess Broad Form Liability Insurance | | $5,108.00 part of $65,000 (100%) |

5 Special conditions Form:J(a) plus Short Excess Wording following Underlying as expiring INCLUDING; Workers' Compensation Act, Federal Longshoremen's and Harbor Workers' Act, Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding claims resulting from Employee Retirement Income Security Act (1974) following Underlying.
Interest: Covering in respect of the Assured's operations
Situated: Worldwide
90 days Cancellation Clause; Service of Suit Clause (John G. Smith); Notice of loss to Rollins, Burdick, Hunter Co., Chicago, IL; N.M.A. 1256; N.M.A. 1477; Seepage and Pollution Clause as Underlying

Dated July 26, 1984

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

by [signature]
Resident Agent

CLAIM REPORTS: Resident Agents, Attorneys and Adjusters must furnish copies of reports of all claims under this insurance to the Attorney-in-Fact for Underwriters at Lloyd's, London, 135 South LaSalle Street, Chicago, Illinois 60603.

Eason Printing Co., Chicago, 7/82