

NORTH AMERICAN

LLOYDS

551
SFB

URA 0060

Renewing    UQA 0089    113378

Amend

Client    R.B.H.

E.I.C. INDUSTRIES INC. ETAL

RBH, CHICAGO, ILLINOIS

Orders    40%

TEAM 1

MicroDim No. & Date    18 4 84

M.F. No.

NCAD Pald/Not Any Pald

Ply Recd Bk.
PT & Adj Bk.

End Stats

No. of Slips    4
Hereon Wm    47.50
Total Wm.    42.50
Sign %    94.1176

Redinsurance No.

Direct Placing No.    1

Covernote Sample
Dated

Author    SAM/SAM
/29.2.84.

Agrmt No. & Dates    2.3 a.W

Broker    B.G/KGA

Wording    NORWICH

LEXINGTON/NEW HAMPSHIRE

ILLINOIS    63902 * 27.SEP.1984
            63903 * 27.SEP.1984

SIGNED  2 APR 1985

SLIP

For LPSO Use

For FSAC Use    85

NORWICH

Signed
Line %

For ILU Use

Licensed Underwriters.

4.70581, MO3 918  LG2H x28m422 )
2.94172, RAE  219  292P
3.5294/, F2W1190  64614K0249GFD
5.88823, RTB  231. 7157
1.17651 R20  224  50412084
0.55971, LEH  35  50412084
18:8234/.

**ILLINOIS STAMPS**
COUNTERSIGNED  Apr 20 1984
COVER NOTE No. 1.6.4.4.

ILLINOIS
63902 * 27.SEP.1984
SIGNED  -2 APR 1985

Written  %   or  Quota
Lines PART      Whole

Order  40%
Closed Fac  1002 ST
          40 %

Leading underwriters agreement (N.M.A.) Off slip and/or policy...
(remaining printed clause text illegible)

---

| Swivel th North America Limited | SFB | | |
|---|---|---|---|
| Policy No. URA0060 | Ref. No. | | |
| **Registration** | | V.A.T. Code 2 | T.O.C. Tribunal |
| D.T.I. Code 4 | Registration Category | Year 84 | Month 4 |
| | | Adjust. Scheme | |
| | | YES | NO |
| **Assured/Account** I.C.C. INDUSTRIES | | | |
| | R.B.H - Chicago | | |
| Country of Origin USA | Marine | Non-Marine A | Aviation |
| USB | Overseas Brokers | | |
| VS | Signed Line | Gross Premium | |
| NNS | | | |
| Currency US$ | Total 100% 24,000 | Net Absolute Premium | |
| Lloyd's 18.8234 | | FSAC | Companies |
| ILU | | | |
| FSAC | | | |
| Companies | | | |
| | Lloyd's 374162 | ILU | FSAC |
| **Anniversary Date** | | N.C.A.D. Indicator | Expiry Date |
| Day | Month | Year | YES | NO | Day | Month | Year |
| | | | | | | 4-517-62 | |
| | | | Overriding Anniv. Reminder Month | | Overriding Expiry Reminder Month | |
| 1. | | | | | | | |
| 2. | | | Month Number | | Month Number | |
| 3. | | | | | | | |
| 4. | | | Ann. Check | Ann. Instalment | Policy Disposal | |
| No. of Days C.C. | | | | | | | |
| Policies & No. of Copies | | | | | | | |
| Case Chg/Policy PS 02/h44/05 | | | Aid | | Polifile Stage 1 | |
| Incl. Policies PS 14/2/05 | | | | | | | |
| Polifile | | | | | Polifile Stage 2 | |
| X | Y | Z | | | | | |
| Bureau Scheme No. | | Broker's Cover No. | | | | | |

Unlicensed Underwriters

**North America Limited**    **SFB**

| | | |
|---|---|---|
| Policy No. URA0060 | Ref. No. | |

Registration — V.A.T. — T.O.C. Tribunal

| D.T.I. Code | Registration Category | Year | Month |
|---|---|---|---|
| 4 | | 84 | 4 |

Assured/Account  I.C.-Industries

Marine / Non-Marine / Aviation
Adjust. Scheme  YES / NO

Country of Origin  USA    A

Overseas Brokers  R.B.H. Chicago

Currency  US #    Signed Line  100%    Gross Premium  24,000

Lloyd's  11-7648    Total  2,823-55

USB / Rs / NDS

ILU    PSAC

Lloyd's    Companies

Net Absolute Premium

Computer Reminder List Instructions

N.C.A.D. Indicator  YES / NO

Anniversary Date — Expiry Date
Day / Month / Year — Day / Month / Year

Overriding Anniv. Reminder Month / Overriding Expiry Reminder Month

Month Number / Month Number

Ann. Check / Ann. Instalment

Policy Disposal    Polslie Stage 1 / Polslie Stage 2

No. of Days C.C.
Policies & No. of Copies
Case Child
Incl. Policies  92258-84
Polslie  Aid

Broker's Cover No.

X    Y    Z

Bureau Scheme No.

---

SURPLUS LINE
AUG 2 1984
SL3074

63903 ★ 27.SEP.1984

SIGNED -2 APR 1985

Written %  Order
Lines Part  or  Whole    Order  40%

9-11777; 989 PSG  426mc6L9880D
056241 27A C2G   11
- 7647.650-SCI   11
- 11-76481   11

Leading underwriters agreement...

331
SFB

North America Limited

| Policy No. | CRA0060 | Ref. No. | | V.A.T. | T.O.C. Tribunal |
|---|---|---|---|---|---|
| Registration | | | | Z | |

| | Registration Category | | Year | Month |
|---|---|---|---|---|
| D.T.I. Code | | | 84 | 4 |
| 4 | | | | |

Assured/Account: I.C. INDUSTRIES

Adjust. Scheme: Yes / NO

Country of Origin: U.S.A.    Marine / Non-Marine: A / Aviation

| USB | / | Overseas Broker | REH, Chicago, Illinois |
|---|---|---|---|
| US | | | |
| NUS | | Signed Line | Gross Premium |

Currency: U.S.S

Total: $ 24,000

Lloyd's

ILU

PSAC

Companies

| | Net Absolute Premium | |
|---|---|---|
| Lloyd's | ILU | PSAC | Companies |

Computer Reminder List Instructions

| Anniversary Date | | | N.C.A.D. Indicator | | Expiry Date | | |
|---|---|---|---|---|---|---|---|
| Day | Month | Year | YES | NO | Day | Month | Year |
| 1. | | | | | 01 | 04 | 85 |
| 2. | | Overriding Anniv. Reminder Month | Overriding Expiry Reminder Month |
| 3. | | Month Number | Month Number |
| 4. | | | | |

No. of Days C.C.    Anx Check | X | Ann. Instalment | X |

Policies & No. of Copies    Policy Disposal

Case Chkd
Incl. Policies    PolSlr    Aid    PolSlr Stage 1

PolSlr Stage 2

| x | | y | | z |
|---|---|---|---|---|

Bureau Scheme No.    Broker's Cover No.

| Sedgwick North America Limited | **551 SFB** | Currency Insd | Gross Premium | | | Initial SYND./COY |
|---|---|---|---|---|---|---|
| Policy No. URA 0060 | Agreement No. J5AG06538 | Total | | | | |
| Registration | V.A.T. | T.Q.C. Tribunal | | Lloyds | | |
| Serial | Registration Category | Year | Month | | ILU | |
| Assured/Account I.C. INDUSTRIES | Leading U/Wr. | PSAC | | | | |
| | | Companies | | | | |

1.2.85.

Effective ~~date t.b.a. L/U~~

Agreed to include the following as an Additional named Assured

'PNEUMO CORPORATION'

INFORMATION:     As underlying

E.&.O.E.
London: 21 December 84
SAM/PC

| Price Forbes Limited | 551 SFB | Currency Insd | Gross Premium | | | Initial SYND./COY |
|---|---|---|---|---|---|---|

| Policy No. URA00??760 | Agreement No. J5AG09601 | Total |
|---|---|---|

| Registration | | V.A.T. | T.O.C. Tribunal | Lloyds |
|---|---|---|---|---|

| Serial | Registration Category | Year | Month | ILU |
|---|---|---|---|---|

| Assured/Account | | Leading U/Wr. | PSAC |
|---|---|---|---|

I.C. INDUSTRIES

Companies

---

### Effective date 01.02.85

Agreed to include the following as an Additional named Assured

'PNEUMO CORPORATION'

A.P.       $35,000 calculated pro-rata for period.

INFORMATION:  As underlying

LONDON  24.7.85
SAM/DC

LLOYDS POLICE SIGNING OFFICE
This ADDITIONAL PREMIUM has been
settled on behalf of all the Syndicates
Subscribing to this policy

67960 ★ 1.AUG 1985

| For LPSO Use | For ILU Use | For PSAC Use |
|---|---|---|



North America Limited

ŠFB

Policy No. URA 0060    Agreement No. 1

Registration

| Serial | Registration Category | V.A.T. | T.O.C. Tribunal | Year | Month |

Assured/Account
I.C. INDUSTRIES.

Leading U/Wr.

Currency Insd    Total

Ilov.3y

ILU

PSAC

Companies

Gross Premium

CLARIFICATION OF INTENT ADDENDUM.

Effective 1st April, 1984.

It is agreed that the occurrence self-insured retention
of $250,000 in the primary Comprehensive General Liability
Policy (which to apply on a worldwide basis provided suit
is brought in the U.S.A.), shall be applied on an each
and every claimant basis but only in respect of claims for
sickness caused (wholly or partly) by asbestos products, or
so deemed for the purpose of this Policy.

It is further agreed that such self-insured retention will
not be subject to any aggregate limitation.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

SAM/SAM
26.3.84.

For LPSO Use    For ILU Use    For PSAC Use



Sedgwick
North America Limited

**551
SFB**

Policy No. URA 0060

Assured/Account
I.C. INDUSTRIES.

CLARIFICATION OF INTENT ADDENDUM.

Effective 1st April, 1984.

It is agreed that the occurrence self-insured retention
of $250,000 in the primary Comprehensive General Liability
Policy (which to apply on a worldwide basis provided suit
is brought in the U.S.A.), shall be applied on an each
and every claimant basis but only in respect of claims for
sickness caused (wholly or partly) by asbestos products, or
so deemed for the purpose of this Policy.

It is further agreed that such self-insured retention will
not be subject to any aggregate limitation.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

SAM/SAM
26.3.84.

551

ENDORSEMENT NO.02

Date 18th September, 1985.

To be attached to LLOYDS LICENSED  Policy No. URA0060

In the name of:- I.C.INDUSTRIES INC. ET AL

AGC/DHW

<u>Clarification of Intent Addendum</u>

It is understood and agreed that the self-insured retention of $250,000 each occurrence provided for in the primary Comprehensive General Liability Policy (as listed in the Schedule of Underlying Insurance attached to the Underlying Umbrella Policy and which is to apply on a worldwide basis provided suits are brought in the United States of America), shall be applied on an each and every claimant basis but only in respect of claims for sickness caused (wholly or partly) by asbestos products, or so deemed for the purposes of this Policy.

It is further understood and agreed that such self-insured retention will not be subject to any aggregate limitation.

All other terms and conditions remain unchanged.

dhw14/126

FOR USE IN RESPECT OF ILLINOIS RISKS ONLY.

This Declaration Page is attached to and forms part of cover note provisions (Form SLCN-2).

Previous No. **SL 3020**    Authority Ref. No. **URA0060**    Cover Note No. **S L 3074**

1   Name and address
    of the Assured

    **I C Industries Inc. etal as Underlying
    One Illinois Center
    111 East Wacker Dr.
    Chicago, IL 60601**

    LEAVE BLANK

    *LLOYD'S SURPLUS LINE BROKERS*
    AUG 3 1984
    *Thomas L. Stevens*
    SECRETARY
    *ASSOCIATION OF ILLINOIS*

2   Effective from        **April 1, 1984**    to    **April 1, 1985**
    both days at 12:01 a.m. standard time

3   Acting upon your instructions we have                                Percentage
    effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON. **11.7648% part of 100% of
                                                                        40%**

4   Amount                          Coverage                    Rate        Premium
    **$50,000,000 any one            Excess Broad Form                       $2,825.00 part of
    occurrence                      Liability Insurance                     $60,000 (100%)
    $50,000,000 annual
    aggregate wherein the
    Underlying
    Only To Pay The Excess Of:
    $50,000,000 any one
    occurrence
    $50,000,000 annual
    aggregate where
    applicable**

5   Special conditions**Form: J(A) plus Short Excess Wording following Underlying as expiring
    INCLUDING: Workers' Compensation Act, Federal Longshoremen's and Harbor Workers'
    Act, Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability
    but excluding claims resulting from Employee Retirement Income Security Act (1974)
    following Underlying.
    Interest: Covering in respect of the Assured's operations
    Situated: Worldwide
    90 days Cancellation Clause; Notice of loss to Rollins Burdick Hunter, Chicago, IL;**

6   Service of Suit may be made upon:    **N.M.A. 1256; N.M.A. 1477; Seepage and Pollution Clause**
    Thomas L. Stevens, 135 S. LaSalle St., Chicago, IL 60603            **as Underlying.**

    Dated **July 26, 1984**                            ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

                                                       by
                                                          Correspondent

NOTICE TO POLICYHOLDER: "This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by an insurer not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund."

Form Printing Co., Chicago 2-82

# LONDON COPY

AIF AUG 1 7 1984

**This Declaration Page is attached to and forms part of cover note provisions (Form CN-6).**

Previous No. **1567**      Authority Ref. No. **URA0060**      Cover Note No. **1644**

1   Name and address
of the Assured

    I C Industries Inc. etal as Underlying.
    One Illinois Center
    111 East Wacker Dr.
    Chicago, IL 60601

LEAVE BLANK

UNDERWRITERS AT LLOYD'S LONDON
(Name appears here)
(Covering obligations appears here)
AUG 20 1984
John G Smith
ATTORNEY-IN-FACT

2   Effective from    **April 1, 1984**    to    **April 1, 1985**
both days at 12:01 a.m. standard time

3   Acting upon your instructions we have          Percentage
effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON. **18.8234% part of 100% of**
                                                              **40%**

| 4   Amount | Coverage | Rate | Premium |
|---|---|---|---|
| $50,000,000 any one occurrence $50,000,000 annual aggregate wherein the Underlying Only To Pay The Excess Of: $50,000,000 any one occurrence $50,000,000 annual aggregate where applicable | Excess Broad Form Liability Insurance | | $4,518.00 part of $60,000 (100%) |

5   Special conditions  J(a) plus Short Excess Wording following Underlying as expiring
INCLUDING: Workers' Compensation Act, Federal Longshoremen's and Harbor Workers'
Act, Real Estate Agents Errors and Omissions Liability and Employee Benefits
Liability but excluding claims resulting from Employee Retirement Income Security
Act (1974) following Underlying.
Interest: Covering in respect of the Assured's operations
90 days Cancellation Clause; Service of Suit Clause (John G. Smith) Notice of Loss
to Rollins Burdick Hunter Co., Chicago, IL; Pollution Clause as Underlying.

'Dated   **July 26, 1984**

ROLLINS BURDICK HUNTER
by _____
Resident Agent

**CLAIM REPORTS:** Resident Agents, Attorneys and Adjusters must furnish copies of reports of all
claims under this insurance to the Attorney-in-Fact for Underwriters at Lloyd's, London, 135 South
LaSalle Street, Chicago, Illinois 60603.



**TYPE:**

**FORM:** EXCESS BROAD FORM LIABILITY INSURANCE

J(a) plus Short Excess Wording following Underlying as expiring
INCLUDING: W.C.A.F.L. H.W.A., Real Estate Agents Errors and Omissions
Liability and Employee Benefits Liability but excluding Underlying
claims resulting from E.R.I.S.A. (1974) following Underlying

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois 60601

**PERIOD:** 12 months at 1st April, 1984

**INTEREST:** Covering in respect of the Assured's operations

**SUM INSURED:** $50,000,000 any one occurrence
$50,000,000 annual aggregate wherein the Underlying

ONLY TO PAY THE EXCESS OF:

$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable

**SITUATION:** Worldwide

**CONDITIONS:** 90 days Cancellation Clause
Service of Suit Clause (John G. Smith Licensed Underwriters,
T.L. Stevens Unlicensed Underwriters)
Conflict in Wording Endorsement (as attached) t.b.a.
Notice of loss to Rollins, Burdick, Hunter, Chicago, Illinois
N.M.A. 1256 / 1477
Seepage and Pollution Clause as Underlying

$ 60.000

**PREMIUM:**

**BROKERAGE:** 17% and 4% Tax as applicable
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies)

**INFORMATION:** As Underlying.

---

Sedgwick
North America Limited

Policy No. URA0060   Ref. No.

551 SFB

Registration

| D.T.I. Code | Registration Category | V.A.T. | T.O.C. Tribunal | Year | Month |
| --- | --- | --- | --- | --- | --- |
| 4 | | Z | | 84 | 04 |

Assured/Account: I.C. INDUSTRIES

Country of Origin: U.S.A.

| | | Adjust. Scheme | |
| --- | --- | --- | --- |
| | | YES | NO |
| Marine | Non-Marine | Aviation | |

| | Overseas Brokers | RBH, Chicago, Illinois |
| --- | --- | --- |

USB
USS
Currency: US $

| Signed Line | Gross Premium |
| --- | --- |
| Total | 100% | $ 24,000 |

| Lloyd's | |
| --- | --- |
| ILU | |
| P5AC | 27.058% | Companies |

| | Net Absolute Premium | |
| --- | --- | --- |
| Lloyd's | ILU | P5AC | 5105-29 |

Computer Reminder List Instructions

| Anniversary Date | N.C.A.D. Indicator | Expiry Date |
| --- | --- | --- |

| Day | Month | Year | | | | Day | Month | Year |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | YES | NO | | 01 | 04 | 85 |
| 1. | | | | Overriding Anniv. Reminder Month | | | Overriding Expiry Reminder Month | |
| 2. | | | Month Number | | | Month Number | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |

No. of Days CC   Ann. Check [x]   Ann. Instalment [X]

Policies & No. of Copies

Case Chkd U-w
Incl. Policies   Policy Disposal   Add

Politfile   Politfile Stage 1   Politfile Stage 2

Broker's Cover No.

Bureau Scheme No.

**Written % of Order**
**Lines**

| Order | Closed For |
| --- | --- |
| 40/ | 100/ OF 40/ |



AP 100 RC3 line only

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| US$ | 100 % | 2283.09 | |
| Total | 3.5794 % | 80.05 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | | 3c / 1 | |
| Other Companies | | | |
| Rate of Exchange | | | |
| STG. Equiv. | | | |

L.P.S.O. No. and Date: 67960 * 1.AUG1985

LINES, SYNDS. ETC., AS SLIP ATTACHED

L1 243

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| | | | |
| Total | | | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. | | | |
| Other Companies | | | |
| Rate of Exchange | | | |
| STG. Equiv. | | | |

L.P.S.O. No. and Date

LINES, SYNDS. ETC., AS SLIP ATTACHED

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus Short Excess Wording following Underlying as expiring INCLUDING/W.C.A.F.U. H.W.A. Real Estate Agents Errors and Omissions Liability and Employee Benefits Liability but excluding claims resulting from E.R.I.S.A. (1974) following Underlying

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois 60601

**PERIOD:** 12 months at 1st April, 198

**INTEREST:** Covering in respect of the Assured's operations

**SUM INSURED:** $50,000,000 any one occurrence
$50,000,000 annual aggregate wherein the Underlying

ONLY TO PAY THE EXCESS OF:

$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable

**SITUATION:** Worldwide

**CONDITIONS:** 90 days Cancellation Clause
Service of Suit Clause (John B. Smith Licensed Underwriters,
T.L. Stevens Unlicensed Underwriters)
Conflict in Wording Endorsement (as attached) t.b.a. c.i.a
Notice of loss to Rollins, Burdick, Hunter, Chicago, Illinois
N.M.A. 1256 /.1477
Seepage and Pollution Clause as Underlying

**PREMIUM:** $ 60 050

**BROKERAGE:** 17% and 4% Tax as applicable
3% Illinois State Tax (Unlicensed Lloyd's and applicable Companies)

**INFORMATION:** As Underlying.

| Written % of Order | Order | Closed For |
|---|---|---|
| Lines | 40% | 100% OF |
| | | 40% |

Hereon 30·5862% of
40% of the above
limits + premium

---

Sedgwick
North America Limited

551
SFB

| Policy No. | URA0060 | Ref. No. | | |
|---|---|---|---|---|
| Registration | | Registration Category | V.A.T. T.O.C. Tribunal Z | |

| D.T.I. Code | 4 | | Year | Month |
|---|---|---|---|---|
| Assured/Account I.C. INDUSTRIES | | | Adjust Scheme | |

| Country of Origin U.S.A. | | Marine | Non-Marine | Aviation |
|---|---|---|---|---|
| | | | YES NO | |

| USB | ✓ | Overseas Brokers RBH, Chicago, Illinois | | |
|---|---|---|---|---|
| US | ✓ | Signed Line | Gross Premium | |
| NUS | | | | |

| Currency U.S.D. | | | | |
|---|---|---|---|---|
| Total | 100 | | $ 24,000 | |

| Lloyd's | | | | |
| ILU | | | | |
| PSAC | | | | |
| Companies | | | | |

| Net Absolute Premium | | Computer Reminder List Instructions | N.C.A.D. Indicator | |
|---|---|---|---|---|
| Lloyd's | ILU | PSAC | YES NO | Companies |

| Anniversary Date | | | Overriding Anniversary Reminder Month | Expiry Date | |
|---|---|---|---|---|---|
| Day | Month | Year | Month Number | Day | Month | Year |
| | | | | 01 | 04 | 85 |

| 1. | | | Overriding Expiry Reminder Month | |
| 2. | | | | |
| 3. | | | Month Number | |
| 4. | | | | |

| No. of Days C.C. | | Renewal Check | Amt. Instalment | |
|---|---|---|---|---|
| Policies & No. of Copies | | X | X | X |
| Orig. C&ld | Policy Disposal | | | |
| Incl. Policies | | Add | | PoliSG Stage 1 |
| PoliSG | | | | PoliSG Stage 2 |

| Bureau Scheme No. | | Broker's Cover No. | |
|---|---|---|---|
| X | Y | Z | |