

I. C. Industries/Abex Product Liability Coverage Responsive to Asbestos-Related Claims (Issued to Abex Pre-1971; Issued to I. C. Industries 1971-1985) Insurers Shown Without Color are Subject to Abex v. Maryland Casualty D.C. Action; Have Fully Paid Their Limits for Asbestos or Other Claims; Have Entered Into Fully-Integrated Binding Settlement Agreements for Asbestos Loss; Have a Settlement Agreement in Principle/Offer to Pay Policy Limits; Or Are Insolvent and Not Subject to Suit