# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: 212-326-3680
thsear@jonesday.com

354215
940798013022                                    October 4, 2005

**VIA HAND DELIVERY**

The Honorable Herman Cahn
Supreme Court of the State of New York
60 Centre Street
New York, New York 10007

    Re:    Certain Underwriters at Lloyd's, London, et al v. Pneumo Abex Corporation
            Index No. 602493/02

Dear Justice Cahn:

      We were informed yesterday that oral argument on the pending motions in this matter relating to Your Honor's July 29, 2005 order staying this action had been adjourned until October 11, 2005 and that Your Honor was considering ruling on those motions on the basis of the written submissions without holding oral argument. We are counsel to the lead defendant Pneumo Abex Corporation. We strongly opposed the initial motions for a stay and we intended and hopefully will have the opportunity to urge that position at oral argument. We respectfully request that, given the significance of the matters raised in the motion papers on these pending motions, Your Honor grant oral argument.

      In this letter we will not argue the merits of the pending motions. Nevertheless, because of the significance of one undisputed factual error in the July 29, 2005 Opinion granting the stay, we feel compelled to point it out to the Court because neither the Court nor any of the parties would wish to have such an error provide in any respect the basis for the Court's ruling. Specifically, on page 5 the Opinion states as follows:

> In addition, complete identity of parties is not necessary to warrant a stay hereof, as it is sufficient that "at least one plaintiff and one defendant is common in each action" (*Margulas v. J. Yudell Realty, Inc.*, 161 AD2d 211 [1st Dept 1990]). Lloyd's, Whitman (l/k/a PepsiAmericas [see, *supra*, note 1), National Union, AIU, Allianz, American Home Assurance, American Reinsurance, Associated International, Employers Mutual, Falcon, Federal, Fireman's Fund, First State, Granite State, Hudson, Mt. McKinley, New Hampshire, Stonewall, and Travelers are all common to this and the D.C. action (*compare* McCabe Aff. Ex. 1 [full caption

NYI-2223503v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Herman Cahn
New York, New York
October 4, 2005
Page 2

      hereof] *with* Zevnik Aff., Appx., Ex. 2 [caption of *Whitman Ins. Co., Ltd. v. Travelers Indem. Co., et al.,* C.A. No. 05-1125]).

    In fact, "Whitman (l/k/a PepsiAmericas) "is not a party in the action *Whitman Ins. Co., Ltd. v. Travelers Indem. Co., et al.,* C.A. No. 05-1125 that is pending in the District of Columbia. The Whitman entity in that action is Whitman Insurance Company, a reinsurer that is an entirely different entity than Whitman Corporation that was renamed PepsiAmericas, Inc.

    We hope to have the opportunity to discuss with you the significance of this error at oral argument on the pending motions.

                                          Respectfully submitted,

                                          Thomas H. Sear

enclosure
cc:    All Counsel of Record (via U.S. Mail)

NYI-2223503v1

New York State Supreme Court, New York County

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| -against- | ) ) | |
| PNEUMO ABEX CORPORATION, et al., | ) ) | 602493/2002 |
| Defendants, | ) ) | Assigned to The Honorable |
| ALBA GENERAL INSURANCE COMPANY LTD., ET AL. Nominal Defendants. | ) ) ) | Herman Cahn |
| | ) ) | SERVICE LIST |

| Attorneys for Plaintiffs<br><br>Certain Underwriters at Lloyd's, London; Dominion Insurance Company; and World Auxiliary Insurance Corporation Ltd. | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Christopher J. Serotta, Esq.<br>Suzanna M. M. Morales, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 261-8000<br>Fax: (212) 261-8750<br>E-mail: Eileen.mccabe@mendes.com<br>E-mail: Anna.newsom@mendes.com<br>E-mail: Christopher.serotta@mendes.com<br>E-mail: Suzanna.morales@mendes.com |
|---|---|
| Attorneys for Defendant<br><br>Pneumo Abex Corporation;<br><br>Cooper Industries, Inc. | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>Tel: (212) 326-7820<br>Fax: (212) 755-7306<br>E-Mail: brutkowski@jonesday.com<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502<br>Tel: (412) 391-3939<br>Fax: (412) 394-7959 |

| | |
|---|---|
| | E-Mail: mhginsberg@jonesday.com<br>E-Mail: jwmontgomery@jonesday.com |
| Attorneys for Pepsiamericas, Inc. | David W. Steuber, Esq.<br>Howrey, LLP<br>550 South Hope Street - Suite 1400<br>Los Angeles, CA 90071-2604<br>Tel: (213) 892-1800<br>Fax: (213) 892-2300<br>E-Mail: steuberd@howrey.com<br><br>David A. Luttinger, Jr., Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 309-6177<br>Fax: (212) 309-6273<br>E-mail: dluttinger@morganlewis.com |
| American Home Assurance Company; AIU; Granite State Insurance Company; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; ISOP; New Hampshire Insurance Company | Martin Lavelle, Esq.<br>Law Office of Martin P. Lavelle<br>110 Williams Street<br>18th Floor<br>New York, NY 10038<br>Tel: (212) 266-5881<br>Fax: (212) 528-0134<br>E-Mail: Martin.lavelle@aig.com<br><br>Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337<br>Tel: (202) 457-1600<br>Fax: (202) 457-1678<br>E-Mail: lmedaglia@jackscamp.com<br>E-Mail: jselesnick@jackscamp.com |
| Allianz Insurance Company | Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205<br>(973) 509-7500 |

| | |
|---|---|
| | (973) 509-0414 Fax<br>E-Mail: adf@garritygraham.com<br><br>Thomas D. Flinn, Esq.<br>Garrity, Graham, Favetta & Flinn<br>140 Broadway, 46th Floor<br>New York, NY 10005<br>Tel: (212) 858-7716<br>E-Mail: tdf@garritygraham.com |
| Allstate Insurance Company | Stefano V. Calogero, Esq.<br>Nicole Curto<br>Cuyler Burk, LLP<br>4 Century Drive<br>Parsippany, NJ 07054-4663<br>(973) 734-3246<br>(973) 734-3201 Fax<br>E-Mail: scalogero@cuyler.com<br>E-Mail: ncurto@cuyler.com |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell<br>Bates & Carey LLP<br><br>191 North Wacker Drive, Suite 2400<br><br>Chicago, Illinois 60606<br><br>Tel: (312) 762-3100<br><br>Fax: (312) 762-3200<br>E-Mail: msheridan@batescarey.com<br>E-Mail: rbedell@batescarey.com<br><br>Michael L. Gioia, Esq.<br>Landman Corsi Ballaine & Ford P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-Mail: mgioia@lcbf.com |
| Associated International Insurance Company and Evanston Insurance Company | Adam Krauss, Esq.<br>Meryl R. Lieberman, Esq.<br>Traub Eglin Lieberman Straus |

|  | 7 Skyline Drive<br>Hawthorne, NY  10532<br>Tel:  (914) 347-2600<br>Fax:  (914) 347-8898<br>E-mail: akrauss@tels.com<br>E-mail: mlieberman@tels.com |
|---|---|
| Argonaut Insurance Company | Stuart L. Peacock, Esq.<br>Bonner Kiernan Trebach & Crociata<br>1250 Eye Street, N.W.<br>Washington, DC  20005<br>Tel:  (202) 712-7000<br>Fax:  (202) 712-7100<br>E-Mail:  speacock@bktc.net<br><br>Ewan Marcus Clark, Esq.<br>Scott Goldstein, Esq.<br>Bonner Kiernan Trebach & Crociata<br>Empire State Building, Suite 3304<br>New York, NY 10118<br>Tel: (212) 268-7535<br>Fax: (212) 268-4965<br>E-Mail: eclark@bktc.net<br>E-Mail: sgoldstein@bktc.net |
| Century Indemnity Company;<br>Insurance Company of North America | Barry M. Parsons, Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2595<br>Tel:  (202) 624-2959<br>Fax:  (202)  682-5116<br>E-Mail: bparsons@crowell.com |
| Continental Casualty Company; Continental Insurance Company; Columbia Casualty; and Harbor Insurance Company | Clint Cameron, Esq.<br>Julie Burgener, Esq.<br>Ross, Dixon & Bell, L.L.P.<br>55 West Monroe, Suite 3000<br>Chicago, IL 60603-5758<br>Tel: (312) 759-1920<br>Fax: (312) 759-1939<br>E-Mail:  ccameron@rdblaw.com<br>E-Mail: jburgener@rdblaw.com<br><br>Charles A. Booth, Esq.<br>R. Brian Seibert, Esq.<br>Ford Marrin Esposito Witmeyer & Gleser, |

|  | LLP<br>Wall Street Plaza<br>New York, NY 10005-1875<br>Tel: (212) 269-4900<br>Fax: (212) 344-4294<br>E-Mail: cabooth@fmew.com<br>E-Mail: rbseibert@fmew.com |
|---|---|
| Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br>Tel: (609) 987-6662<br>Fax: (609) 987-6651<br>E-mail: wmager@smithstratton.com<br><br>Thomas E. Schorr, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>83 Maiden Lane, Penthouse<br>New York, NY 10038<br>Tel: (212) 768-3878<br>Fax: (212) 768-3978<br>E-Mail: tschorr@smithstratton |
| Federal Insurance Company | William P. Shelley, Esq.<br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>Tel: (215) 665-2000<br><br>Fax: (215) 665-2013<br><br>E-Mail: wshelley@cozen.com<br><br>E-Mail: jdwyer@cozen.com |
| Fireman's Fund Insurance; National Surety Corporation | Pamela Labaj, Esq.<br>Caron Constants & Wilson<br>201 Route 17 N.<br>2nd Floor<br>Rutherford, NJ 07070<br>Tel: (201) 507-3709<br>E-Mail: plabaj@ffic.com<br><br>Rolf Lindenhayn, Esq. |

|  | Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105<br>Tel: (415) 247-8300<br>Fax: (415) 247-8310<br>E-Mail: rlindenhayn@kllaw.com |
|---|---|
| Fireman's Fund Insurance Company and National Surety Corporation | Darrel M. Seife, Esq.<br>Caron, Constants & Wilson<br>201 Route 17 North, 2nd Floor<br>Rutherford, NJ 07070<br>Tel: (201) 507-3710<br>Fax: (201) 507-3675<br>E-Mail: dseife@ffic.com |
| First State Insurance Company | Norman C. Kleinberg, Esq.<br>David R. Biester, Esq.<br>Erik Bond, Esq.<br>Hughes Hubbard & Reed<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: (212) 837-6000<br>Fax: (212) 837-6289<br>E-Mail: kleinberg@hugheshubbard.com<br>E-Mail: biester@hugheshubbard.com |
| Great American Surplus | Daniel I. Schlessinger, Esq.<br>Lord, Bissell & Brook<br>Suites 2600-3600<br>Harris Bank Building<br>115 South La Salle Street<br>Chicago, IL 60603<br>Tel: (312) 443-0700<br>Fax: (312) 443-0336<br>E-Mail: dschlessinger@lordbissell.com |
| Home Insurance Company | William McGrath, Esq.<br>Smith, Stratton, Wise & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br>Tel: (609) 987-6679<br>Fax: (609) 987-6661<br>E-Mail: wmcgrath@sswhb.com |

| International Insurance Company | Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079<br>Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>E-Mail: lcorsi@lcbf.com |
|---|---|
|  |  |
| Mt. McKinley Insurance Company<br>Highlands Insurance Company | George R. Hardin, Esq.<br>John R. Scott, Esq.<br>Hardin, Kundla, McKeon & Poletto, P.A.<br>673 Morris Avenue<br>Springfield, NJ 07081-0730<br>Tel: (973) 912-5222<br>Fax: (973) 912-9212<br>E-Mail: ghardin@hkmpp.com<br>E-Mail: jscott@hkmpp.com |
|  |  |
| Stonewall Insurance Company and<br>Falcon Insurance Company | Barry Parsons, Esq.<br>Cliff Elgarten, Esq.<br>Kathy Underhill, Esq.<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Tel: (202) 624-2959<br>Fax: (202) 628-5116<br>E-Mail: bparsons@crowell.com<br>E-Mail: celgarten@crowell.com<br>E-Mail: kunderhill@crowell.com |
|  |  |
| Travelers Casualty and Surety Company | Margaret H. Warner, Esq.<br>McDermott, Will & Emery<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 756-8000<br>Fax: (202) 756-8087<br>E-Mail: mwarner@mwe.com |

PII-1119059v2

|  | Jonathan K. Youngwood, Esq.<br>Laura D. Murphy, Esq.<br>Barry R. Ostrager, Esq.<br>Simpson Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY  10017<br>Tel:  (212) 455-3539<br>Fax:  (212) 455-2502<br>E-Mail:  jyoungwood@stblaw.com<br>E-Mail:  lmurphy@stblaw.com |
|---|---|