**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, *et al.,* <br><br> Defendants. | Civil Action No. 1:05CV01125 (JGP) |

**DEFENDANT EMPLOYERS MUTUAL CASUALTY COMPANY'S JOINDER IN REPLY MEMORANDUM IN SUPPORT OF DEFENDANT FIRST STATE INSURANCE COMPANY'S MOTION TO DISMISS OR STAY AMENDED COMPLAINT**

Defendant Employers Mutual Casualty Company, through its managing general agent and attorney-in-fact, Mutual Marine Office, Inc. ("Employers Mutual") and by undersigned counsel, hereby joins in the Reply Memorandum in Support of Defendant First State Insurance Company's Motion to Dismiss or Stay (Docket No. 118). Employers Mutual further refers this Court to its Motion to Dismiss Amended Complaint (Docket No. 81) and Defendant First State Insurance Company's Motion to Dismiss or Stay and supporting Memorandum (Docket Nos. 71 and 72)

To the extent permitted by the Local Rules or by further Order of this Court, Employers Mutual reserves the right to file further argument and support in favor of this Motion to Dismiss.

        Respectfully submitted,

        //s// *Richard W. Driscoll*

        _____
        Richard W. Driscoll (D.C. Bar No. 436471)
        DRISCOLL & SELTZER, PLLC
        600 Cameron Street
        Alexandria, Virginia 22314
        703.340.1625 Telephone
        703.997.4892 Facsimile
        Email: rdriscoll@driscollseltzer.com

Dated: November 8, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November 2005, the undersigned caused true and accurate copies of the foregoing Motion to Dismiss and Proposed Order to be served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, to the following:

| PARTY | COUNSEL |
|---|---|
| *Pneumo Abex Corporation, LLC* | Thomas Sears, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 |
| *Mt. McKinley Insurance Company* | Fred L. Alvarez, Esq.<br>Arthur J. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 |
| *The Travelers Indemnity Company* | Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

        //s// *Richard W. Driscoll*

        _____
        Richard W. Driscoll