UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD       :
                                     :
     Plaintiffs,                     :
                                     :
v.                                   :   Case No.: 1:05-CV-01125 (JGP)
                                     :
TRAVELERS INDEMNITY CO., *et al.*    :
                                     :
     Defendants                      :
                                     :
---------------------------------------------------------------x

### ENTRY OF APPEARANCE

Pursuant to LCv83.6(a), Alfred C. Constants III and CARON, CONSTANTS & Wilson hereby give notice of his entry of appearance on behalf of defendant Fireman's Fund Insurance Company and National Surety Corporation.

November 11, 2005

Respectfully submitted:

By: _____
Alfred C. Constants III, D.C. Bar #250092
CARON, CONSTANTS & WILSON
201 Route 17 North, 5th Floor
Rutherford, NJ 07070
(201) 507-3710

Rolf Lindenhayn, Esq.
Kaufman & Logan, LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
(415) 247-8300

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x
WHITMAN INSURANCE COMPANY, LTD    :
    Plaintiffs,    :
    v.    :    Case No.: 1:05-CV-01125 (JGP)
TRAVELERS INDEMNITY CO., *et al.*    :    Judged John Garrett Penn
    Defendants    :
---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2005, a copy of the foregoing Entry of Appearance was served by first class mail, postage prepaid, addressed to the following:

| | | |
|---|---|---|
| Daniel E. Chefitz, Esq.<br>Morgan, Lewis & Bockius, LLP (DC)<br>111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | Tel: (202) 739-3000<br>Fax: (202) 739-3001<br>EMail:<br>dchefitz@morganlewis.com | Plaintiff<br>Whitman Insurance Company |
| Adam D. Krauss, Esq.<br>Traub Eglin Lieberman Straus - NY<br>Mid-Westchester Executive Court<br>Seven Skyline Drive<br>Hawthorne, NY 10532 | Tel: (914) 347-2600<br>Fax: (914) 347-8898<br>EMail:<br>akrauss@telscom @ INTERNET | Defendant<br>Associated International Insurance Company |
| Eileen T. McCabe, Esq.<br>Mendes & Mount, LLP - NY<br>750 Seventh Avenue<br>New York, NY 10019-6829 | Tel: (212) 261-8000<br>Fax: (212) 261-8750<br>EMail:<br>Eileen.mccabe@mendes.com @ INTERNET | Defendant<br>Certain Underwriters at Lloyd's London |
| Michael John Zoeller, Esq.<br>Baach, Robinson & Lewis<br>1201 F. Street, NW<br>Suite 500<br>Washington, DC 20005 | Tel: (202) 833-8900<br>Fax: (202) 466-5738<br>EMail:<br>michael.zoeller@baachrobinson.com @ | Defendant<br>Certain Underwriters at Lloyd's London |

| | | |
|---|---|---|
| | INTERNET | |
| Wendy L. Mager, Esq.<br>Smith, Stratton, Wise, Heher & Brennan LLP<br>2 Research Way<br>Princeton, NJ 08540 | Tel: (609) 987-6662<br>Fax: (609) 987-6651<br>EMail:<br>wmager@smithstratton.com @ INTERNET | Defendant<br>Employers Mutual Casualty |
| Thomas Schorr, Esq.<br>Smith, Stratton, Wise & Brennan, LLP - NY<br>83 Maiden Lane<br>Penthouse<br>New York, NY 10038 | Tel: (212) 768-3878<br>Fax: (212) 768-3978<br>EMail:<br>tschorr@smithstratton.com | Defendant<br>Employers Mutual Casualty |
| L. Barrett Boss, Esq.<br>Cozen O'Connor (DC)<br>1667 K Street, N.W.<br>Suite 500<br>Washington, DC 20006 | Tel: (202) 912-4800<br>Fax: (202) 912-4830<br>EMail:<br>bboss@cozen.com | Defendant<br>Federal Insurance Company |
| William Shelley, Esq.<br>Cozen & O'Connor, P.C. - PHIL<br>1900 Market Street Atrium<br>4th Floor<br>Philadelphia, PA 19103 | Tel: (215) 665-2006<br>Fax: (215) 701-2006<br>EMail:<br>jdwyer@cozen.com @ INTERNET | Defendant<br>Federal Insurance Company |
| Pamela J. Labaj, Esq.<br>Caron, Constants & Wilson<br>201 Route 17 North<br>5th Floor<br>Rutherford, NJ 07070 | Tel: (201) 507-3709<br>Fax: (201) 507-3675<br>EMail:<br>plabaj@ffic.com @ INTERNET | Defendant<br>Fireman's Fund Insurance Company, National Surety Corporation |
| Rolf Lindenhayn, Esq.<br>Kaufman & Logan LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 | Tel: (415) 247-8300<br>Fax: (415) 247-8310<br>EMail:<br>rlindenhayn@kllaw.com @ INTERNET | Defendant<br>Fireman's Fund Insurance Company, National Surety Corporation |
| Eric S. Parnes, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, DC 20006-2401 | Tel: (202) 721-4600<br>Fax: (202) 721-4646 | Defendant<br>First State Insurance Company |
| David M. Ross, Esq.<br>LeBoeuf, Lamb, Greene & MacRae - DC<br>1875 Connecticut Avenue, N.W.<br>Suite 1200<br>Washington, DC 20009 | Tel: (202) 986-8000<br>Fax: (202) 986-8102<br>EMail:<br>dross@llgm.com @ INTERNET | Defendant<br>Hudson Insurance Company |

| | | |
|---|---|---|
| George R. Hardin, Esq.<br>Hardin, Kundla, McKeon, Poletto & Polifroni<br>673 Morris Avenue<br>P.O. Box 730<br>Springfield, NJ 07081-0730 | Tel: (973) 912-5222<br>Fax: (973) 912-9212<br>EMail:<br>ghardin@hkmpp.com | Defendant<br>Mt. McKinley Insurance Company |
| Clifton S. Elgarten, Esq.<br>Crowell & Moring<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595 | Tel: (202) 624-2500<br>Fax: (202) 628-5116<br>EMail:<br>celgarten@crowell.com @ INTERNET | Defendant<br>Stonewall Insurance Company, Falcon Insurance Company, California Union Insurance Company |
| Louis G. Corsi, Esq.<br>Landman Corsi Ballaine & Ford P.C. - NY<br>120 Broadway<br>27th Floor<br>New York, NY 10271 | Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>EMail:<br>lcorsi@lcbf.com @ INTERNET | Defendant<br>TIG Insurance Company |
| Margaret H. Warner, Esq.<br>McDermott, Will & Emery DC<br>600 Thirteenth Street, N.W.<br>Washington, DC 20037 | Tel: (202) 756-8000<br>Fax: (202) 756-8097<br>EMail:<br>mwarner@mwe.com | Defendant<br>Travelers Insurance Company |
| Jonathan K. Youngwood, Esq.<br>Simpson, Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 | Tel: (212) 455-3539<br>Fax: (212) 455-32504<br>EMail:<br>jyoungwood@stblaw.com | Defendant<br>Travelers Insurance Company |
| Thomas H. Sear, Esq.<br>Jones Day - NY<br>222 East 41st Street<br>New York, NY 10017 | Tel: (212) 326-3680<br>Fax: (212) 755-7306<br>EMail:<br>thsear@jonesday.com @ INTERNET | Defendant<br>Pneumo Abex Corporation, LLC |
| Michael H. Ginsberg, Esq.<br>Jones Day - PA<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburg, PA 15219-2502 | Tel: (412) 391-3939<br>Fax: (412) 391-7959<br>EMail:<br>mhginsberg@jonesday.com @ INTERNET | Defendant<br>Pneumo Abex Corporation, LLC |
| Martin Lavelle, Esq.<br>Law Offices of Martin P. Lavelle - NY<br>110 William Street<br>18th Floor | Tel: (212) 266-5880<br>Fax: (212) 528-0134<br>EMail:<br>Martin.Lavell@aig.co | Defendant<br>American Home Assurance Company, AIU Insurance Company, |

| | | | |
|---|---|---|---|
| New York, NY 10038 | m | | Granite State Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Insurance Company of the State of Pennsylvania, New Hampshire Insurance Company |
| M. Elizabeth Medaglia, Esq.<br>Jackson & Campbell, P.C.<br>1120 20th Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-3437 | Tel: (202) 457-1612<br>Fax: (202) 457-1678<br>EMail:<br>lmedaglia@jackscamp.com | | Defendant<br>American Home Assurance Company, AIU Insurance Company, Granite State Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Insurance Company of the State of Pennsylvania, New Hampshire Insurance Company |
| Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>1 Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 | Tel: (973) 509-7500<br>Fax: (973) 509-0414<br>EMail:<br>adf@@garritygraham.com | | Defendant<br>Allianz Insurance Company |
| Thomas D. Flinn, Esq.<br>Garrity Graham, Favetta & Flinn (NY)<br>140 Broadway<br>46th Floor<br>New York, NY 10005 | Tel: (212) 858-7716<br><br>EMail:<br>tdf@garritygraham.com | | Defendant<br>Allianz Insurance Company |
| Mark G. Sheridan, Esq.<br>Bates & Carey<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL 60606 | Tel: (312) 762-3100<br>Fax: (312) 762-3200<br>EMail:<br>msheridan@batescarey.com @ INTERNET | | Defendant<br>American Re-Insurance Company |
| Michael L. Gioia, Esq.<br>Landman Corsi Ballaine & Ford P.C. - NY<br>120 Broadway<br>27th Floor<br>New York, NY 10271 | Tel: (212) 238-4800<br>Fax: (212) 238-4848<br>EMail:<br>mgioia@lcbf.com @ INTERNET | | Defendant<br>American Re-Insurance Company |
| Richard Wayne Driscoll, Esq.<br>Driscoll & Seltzer, PLLC | Tel: (703) 340-1625<br>Fax: (703) 997-4892 | | Defendant<br>American Re-Insurance |

| 600 Cameron Street<br>Alexandria, VA 22314 | EMail:<br>rsriscoll@driscollseltzer.com | Company |

L:\11715\Entry of Appearance.doc