UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS INDEMNITY COMPANY, et. al., <br><br> Defendants. | Case No.: 05-01125 <br><br> Judge John Garrett Penn |

**<u>ORDER</u>**

Upon consideration of Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies' ("London Market Insurers") Motion for an Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment on the Trigger of Coverage Issue and Plaintiff's Motion for Partial Summary Judgment on the Number of Occurrences Issue, it is hereby

ORDERED that the London Market Insurers' Motion for an Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment on the Trigger of Coverage Issue and Plaintiff's Motion for Partial Summary Judgment on the Number of Occurrences Issue is GRANTED; and it is further

ORDERED that the time within which Defendants London Market Insurers and the defendants identified in footnote 1 may respond to plaintiff's motions for partial summary judgment on the trigger of coverage issue and the number of occurrences issue is enlarged until after the Court has filed orders with respect to the pending motions to dismiss.  In the event the

motions to dismiss are denied, the Court will set a schedule for filing responses to Whitman's motions for partial summary judgment.

Dated:_____                                  _____
                                                          Hon. John Garrett Penn
                                                          United States District Judge