### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., et al., <br><br> Defendants. | Civil Action No.: 1:05cv001125 <br> Judge John Garrett Penn |

### ASSOCIATED INTERNATIONAL INSURANCE COMPANY'S
### MOTION FOR JOINDER IN CERTAIN INSURERS' MOTION FOR AN EXPEDITED
### RULING REGARDING AN EXTENSION OF TIME TO FILE A RESPONSE TO
### PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON THE
### TRIGGER OF COVERAGE ISSUE AND THE NUMBER OF OCCURRENCES ISSUE

Defendant, Associated International Insurance Company ("AIIC"), by counsel, hereby moves to join in Certain Insurers' Motion for an Expedited Ruling Regarding an Extension of Time to File a Response to Plaintiff's Motions for Partial Summary Judgment on the Trigger of Coverage Issue and the Number of Occurrences Issue (Docket Number 127). In doing so, AIIC hereby adopts and incorporates by reference their Motion, Arguments and Exhibits, as if fully set forth herein.

                                              Respectfully submitted,

                                              ASSOCIATED INTERNATIONAL
                                              INSURANCE COMPANY

                                              /s/ Jodi V. Zagorin
                                              David D. Hudgins (D.C. Bar # 362451)
                                              Jodi V. Zagorin (D.C. Bar # 472225)
                                              Hudgins Law Firm
                                              515 King Street, Suite 400
                                              Arlington, Virginia 22314
                                              Tel: (703) 739-3300
                                              Fax: (703) 739-3700

Dated: November 21, 2005

# **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on this 21st day of November 2005, a true and accurate copy of the foregoing has been duly served on counsel of record by the manner indicated on the ECF Notice of Electronic Filing to the following:

| | |
|---|---|
| Daniel E. Chefitz, Esquire<br>Brooke Clagett, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | *Counsel for Plaintiff Whitman Insurance Company* |
| M. Elizabeth Medaglia, Esquire<br>Julie Selesnick, Esquire<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036 | *Counsel for American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company* |
| Elizabeth Hamlin, Esquire<br>Antonio D. Favetta, Esquire<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042 | *Counsel for Allianz Insurance Company* |
| William J. Bowman<br>Edward B. Parks, II<br>Paula P. Skalaban<br>Hogan & Hartson LLP<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004 | *Counsel for First State Insurance Company* |
| Elizabeth B. Sandza, Esquire<br>David M. Ross, Esquire<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, NW<br>Washington, DC 20009 | *Counsel for Hudson Insurance Company* |

| | |
|---|---|
| William G. Ballaine<br>Louis G. Corsi, Esquire<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271 | *Counsel for TIG Insurance Company* |
| Clifton S. Elgarten, Esquire<br>Barry M. Parsons, Esquire<br>Kathryn A. Underhill, Esquire<br>Crowell & Morning, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | *Counsel for Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company* |
| Margaret H. Warner, Esquire<br>Richard Rogers, Esquire<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, NW<br>Washington, D.C. 20005<br><br>Barry R. Ostrager, Esquire<br>Jonathan K. Youngwood, Esquire<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | *Counsel for Travelers Insurance Company* |
| Michael John Zoeller<br>Baach, Robinson & Lewis, PLLC<br>1201 F Street, N.W.<br>Suite 500<br>Washington, D.C. 20005<br><br>Eileen T. McCabe, Esquire<br>Anna R. Newson, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 | *Counsel for Certain Underwriters at Lloyd's London* |
| Richard W. Driscoll, Esquire<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 | *Counsel for American Reinsurance Company, Employers Mutual Casualty Company* |

| | |
|---|---|
| Barbara E. Rutkowski, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esquire<br>J.W. Montgomery III, Esquire<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 | *Counsel for Pneumo Abex Corporation, LLC* |
| L. Barrett Boss, Esquire<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, D.C. 20006<br><br>John J. Dwyer, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | *Counsel for Federal Insurance Company* |
| Andrew Butz, Esquire<br>Bonner, Kiernan, Trebach & Crociata<br>1250 I Street, NW, Sixth Floor<br>Washington, D.C. 20005<br><br>Rolf Lindenhayn, Esquire<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 | *Counsel for Fireman's Fund Insurance;*<br>*National Surety Corporation* |
| Fred L. Alvarez, Esquire<br>Arthur J. McColgan, Esquire<br>Ryan M. Henderson, Esquire<br>Mark A. Deptula, Esquire<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL 60603 | *Counsel for Mt. McKinley Insurance Company* |

/s/ Jodi V. Zagorin
Counsel