IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.,<br><br>      Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY CO., et al.,<br><br>      Defendants. | Civil Action No.: 1:05cv001125<br>Judge John Garrett Penn |

## ORDER

Upon consideration of Defendant Associated International Insurance Company's ("AIIC") Motion for Joinder in Certain Insurers' Motion for an Expedited Ruling Regarding an Extension of Time to File a Response to Plaintiff's Motions for Partial Summary Judgment on the Trigger of Coverage Issue and the Number of Occurrences Issue, it is hereby

ORDERED that AAIC's Motion for Joinder in Certain Insurers' Motion for an Expedited Ruling Regarding an Extension of Time to File a Response to Plaintiff's Motions for Partial Summary Judgment on the Trigger of Coverage Issue and the Number of Occurrences Issue; and it is further

ORDERED that the time within which AIIC may respond to plaintiff's motions for partial summary judgment on the trigger coverage issue and the number of occurrences issue is enlarged until after the Court has filed orders with respect to the pending motions to dismiss.  In the event the motions are denied, the Court will set a schedule for filing responses to Whitman's motions for partial summary judgment.

Dated: _____          _____
                                                                        Hon. John Garrett Penn
                                                                         United States District Judge