IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD.,** <br><br> *Plaintiff*, <br><br> v. <br><br> **TRAVELERS INDEMNITY COMPANY, et al.,** <br><br> *Defendants*. | Civil Case No. 1:05-CV-01125 <br> John Garrett Penn, Judge <br><br> Related Case: 82-CV-2098 |

## ORDER

UPON CONSIDERATION of Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies' Motion for an Extension of Time to Respond to Plaintiff's Motion for Partial Summary Judgment on the Trigger of Coverage Issue and Plaintiff's Motion for Summary Judgment on the Number of Occurrences Issue, the memoranda in support thereof, and Plaintiff's memorandum in opposition thereto, and the entire record in this case, it is hereby:

ORDERED that the motion is DENIED.

Dated: _____        _____
                                      The Honorable John Garrett Penn
                                      United States District Judge