United States District Court
For the District of Columbia

| | |
|---|---|
| **WHITMAN INSURANCE CO., LTD.**       )<br>                                                                     )<br>                    **Plaintiff,**                        )<br>         v.                                                         )<br>                                                                     )<br>**TRAVELERS INDEMNITY CO., et al.,**     )<br>                                                                     )<br>                    **Defendants.**                   )<br>                                                                     ) | Civil Act. No.<br>1:05CV01125<br><br>John Garret Penn, Judge |

**STONEWALL'S, NOAC'S, AND CENTURY INDEMNITY'S
JOINDER IN CERTAIN INSURERS' REPLY IN SUPPORT OF MOTION FOR
EXPEDITED RULING REGARDING AN EXTENSION OF TIME TO FILE A
RESPONSE TO PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT
ON THE TRIGGER OF COVERAGE AND NUMBER OF OCCURRENCES ISSUES**

To avoid redundant and duplicative briefing, Defendants Stonewall Insurance Company ("Stonewall"), Northern Assurance Company of America ("NOAC") as successor in interest to certain insurance liabilities of named Defendant Falcon Insurance Company, and Century Indemnity Company ("Century Indemnity") as successor in interest to named Defendant California Union Insurance Company, hereby join in and adopt as their Reply London Market Insurers' Reply in Support of Certain Insurers' Motion for an Expedited Ruling Regarding an Extension of Time to File a Response to Plaintiff's Motions for Partial Summary Judgment on the Trigger of Coverage Issue and the Number of Occurrences Issue.

Respectfully submitted,

          /s/  Barry M. Parsons
Clifton S. Elgarten, Bar # 366898
Kathryn A. Underhill, Bar # 384901
Barry M. Parsons, Bar # 454788
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
202 624-2959

*Counsel for Century Indemnity Company; NOAC; and Stonewall Insurance Company*

**United States District Court**
**For the District of Columbia**

| | | |
|---|---|---|
| **WHITMAN INSURANCE CO., LTD.** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Act. No. |
| v. | ) | 1:05CV01125 |
| | ) | |
| **TRAVELERS INDEMNITY CO., et al.,** | ) | John Garret Penn, Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2005, a true and correct copy of the foregoing Joinder Brief was served electronically by the Court's electronic filing system upon those counsel who have consented to such service and that a true and correct copy was served on all other counsel on the attached list via United States mail, first class postage prepaid.

      /s/  Barry M. Parsons
Barry M. Parsons, DC Bar # 454788

2666572

## Service List
### Whitman Ins. Co., Ltd. V. Travelers Indemnity Co., *et al.*

| | |
|---|---|
| Counsel for Defendant Certain Underwriters at Lloyd's, London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 |
| Counsel for Defendant Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| Counsel for American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606 |
| Counsel for Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY  10532 |
| Counsel for Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540 |
| Counsel for Federal Insurance Company | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |

| | |
|---|---|
| Counsel for Fireman's Fund Insurance; National Surety Corporation | Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105 |
| Counsel for Mt. McKinley Insurance Company | Fred L. Alvarez<br>Arthur J. McColgan<br>Ryan M. Henderson<br>Mark A. Deptula<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Counsel for Travelers Casualty and Surety Company | Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |