IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TRAVELERS INDEMNITY COMPANY, et al.,**<br><br>*Defendants*. | **Civil Case No. 1:05CV01125**<br>**John Garrett Penn, Judge**<br><br>**Related Case: 82-CV-2098** |

**MOTION OF WHITMAN INSURANCE COMPANY, LTD.
FOR LEAVE TO FILE A SURREPLY MEMORANDUM**

Plaintiff Whitman Insurance Company, Ltd., by and through its undersigned counsel, respectfully requests leave to file a surreply memorandum, a copy of which is attached hereto as Tab A, to address new arguments and factual issues raised in the reply memoranda filed by First State Insurance Company, Certain Underwriters at Lloyd's, London and Certain London Market Companies, Travelers Indemnity Company, and Mt. McKinley Insurance Company. In support of this motion, Whitman Insurance Company, Ltd. states as follows:

1. On September 16, 2005, First State Insurance Company filed a Second Motion to Dismiss or Stay, Certain Underwriters at Lloyd's, London and Certain London Market Companies filed a Motion to Dismiss, Travelers Indemnity Company filed a Motion to Dismiss, and Mt. McKinley Insurance Company filed a Motion to Join and Adopt First State Insurance Company's Second Motion to Dismiss or Stay.

2. On October 17, 2005, Whitman Insurance Company, Ltd. filed an Opposition to Certain Insurer Defendants' Motions to Dismiss or Stay.

3. On November 7, 2005, First State Insurance Company filed its Reply Memorandum in Support of its Motion to Dismiss or Stay, Travelers Indemnity Company filed its Reply Memorandum of Law in Support of its Motion to Dismiss, and Mt. McKinley Insurance Company filed its Joinder and Reply Memorandum of Law in Support of Motion to Dismiss.  On November 8, 2005, Certain Underwriters at Lloyd's London and London Market Companies filed their Reply Memorandum of Points and Authorities in Further Support of their Motion to Dismiss.

4. Leave to file a surreply may be granted to address new matters raised in a reply to which a party would otherwise be unable to respond.  *United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am.*, 238 F. Supp. 2d 270, 276-77 (D.D.C. 2002).  "A surreply is most appropriate where the new matter introduced is factual."  *Id.* at 277; *see Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998) (granting leave to file a surreply to respond to a new declaration).

5. In their reply memoranda, First State Insurance Company, Certain Underwriters at Lloyd's, London and Certain London Market Companies, Travelers Indemnity Company, and Mt. McKinley Insurance Company improperly raise factual issues that were not raised in their Motions to Dismiss, including a new declaration by Christopher J. Serotta.  Defendants also mischaracterize the record and misrepresent a number of Whitman Insurance Company's positions.

6. Through its surreply, Plaintiff seeks an opportunity to address the new facts and statements made by Defendants in their reply memoranda and the Serotta Declaration.  If leave to file a surreply is granted, the proceedings in the case will not be delayed as Whitman Insurance Company, Ltd. is submitting its surreply herewith.

7.  As required by Local Rule 7(m), Plaintiff has attempted without success to obtain Defendants' consent to this motion.

8.  WHEREFORE, Whitman Insurance Company, Ltd. respectfully requests that the Court grant it leave to submit a surreply to the reply memoranda of First State Insurance Company, Certain Underwriters at Lloyd's, London and Certain London Market Companies, Travelers Indemnity Company, and Mt. McKinley Insurance Company.

Respectfully submitted,

Dated: November 23, 2005

Daniel E. Chefitz (D.C. Bar No. 481420)
Brooke Clagett (D.C. Bar No. 460570)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:    202.739.3000
Facsimile:    202.739.3001
*Attorneys for Plaintiff*
*Whitman Insurance Company, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November, 2005, a copy of the foregoing "PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM" was served by electronic filing on counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following persons:

| Company Representing | Name of Counsel |
| --- | --- |
| Travelers Indemnity Company | Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3909 |

Daniel E. Chefitz, D.C. Bar No. 481420