**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TRAVELERS INDEMNITY COMPANY, et al.,**<br><br>*Defendants*. | Civil Case No. 1:05CV01125<br>John Garrett Penn, Judge<br><br>Related Case: 82-CV-2098 |

## ORDER

UPON CONSIDERATION of the Motion of Whitman Insurance Company, Ltd. for Leave to File a Surreply Memorandum, the memorandum in support thereof or in opposition thereto, and the entire record in this case:

IT IS HEREBY ORDERED THAT Whitman Insurance Company's motion is granted in its entirety and Whitman Insurance Company is permitted to file a surreply.

Dated: _____          _____
                                          The Honorable John Garrett Penn
                                          United States District Judge