## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case Number: 1-05cv01125<br><br>Judge John Garrett Penn<br><br><br>**WITHDRAWAL OF APPEARANCE AS LOCAL COUNSEL FOR FIREMAN'S FUND INSURANCE COMPANY AND NATIONAL SURETY CORPORATION** |

The undersigned counsel of record, and the firm of Bonner Kiernan Trebach & Crociata, LLP, hereby withdraw their appearance as local counsel for Defendants Fireman's Fund Insurance Company and National Surety Corporation.

Dated:   November 23, 2005

Respectfully submitted,

/s/ Andrew Butz

Andrew Butz , D.C. Bar # 933473
BONNER KIERNAN TREBACH & CROCIATA, LLP
1250 I Street, Suite 600
Washington D.C. 20005
(202) 712-7000

*Attorneys for Fireman's Fund Insurance Company
and National Surety Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23th day of November 2005, a copy of the foregoing Withdrawal of Appearance was served by first class mail, postage prepaid, addressed to the following:

| PARTY | COUNSEL |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| Pneumo Abex Corporation, LLC | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036-4337 |
| Allianz Insurance Company | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL 60606 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C. 20006<br><br>John J. Dwyer, Esq. |

140211-1

| | |
|---|---|
| | Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata, LLP<br>1250 Eye Street, N.W., Sixth Floor<br>Washington, D.C. 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br><br>David R. Biester, Esq.<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| Hudson Insurance Company | Elizabeth B. Sandza, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C. 20009 |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |

140211-1

| Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur JM. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL   60603 |
| --- | --- |
| Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.   20004-2595 |
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 thirteenth Street, N.W.<br>Washington, D.C.   20005<br><br>Barry R. Ostragher, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY   10017 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY   10019 |
| American Reinsurance Company Employers Mutual Casualty Company and Associated International Insurance Company | Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA   22314 |

/s/ Andrew Butz
Andrew Butz, Esq.

4