IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case Number: 1-05cv01125<br><br>Judge John Garrett Penn<br><br>**FIREMAN'S FUND INSURANCE COMPANY'S AND NATIONAL SURETY CORPORATION'S MOTION FOR LEAVE TO FILE INSTANTER THEIR JOINDER IN FIRST STATE'S REPLY MEMORANDUM IN SUPPORT OF FIRST STATE INSURANCE COMPANY'S SECOND MOTION TO DISMISS OR STAY THIS ACTION** |

Defendants Fireman's Fund Insurance Company ("Fireman's Fund") and National Surety Corporation ("National Surety") hereby Move for Leave to File Instanter, *nunc pro tunc*, their November 4, 2005 Joinder in First State's Reply Memorandum in Support of First State's Insurance Company's Second Motion to Dismiss or Stay This Action.

As grounds for this Motion for Leave to File Instanter, undersigned local counsel for Fireman's Fund and National Surety state that the said Joinder in First State's Reply Memorandum in Support of First State's Insurance Company's Second Motion to Dismiss or Stay This Action was prepared and ready for filing on November 4, 2005, but that through some clerical inadvertence the electronic filing and mail service of this Joinder apparently was not completed. Undersigned counsel discovered and confirmed the error on November 22, 2005,

and now respectfully ask that the Court grant Fireman's Fund and National Surety leave to file the said Joinder instanter and *nunc pro tunc* as of November 4, 2005.

Dated:   November 23, 2005

Respectfully submitted,

/s/ Andrew Butz
Andrew Butz , D.C. Bar # 933473
BONNER KIERNAN TREBACH & CROCIATA, LLP
1250 I Street, Suite 600
Washington D.C. 20005
(202) 712-7000

-and-

Peter J. Logan
Paul Peters
Rolf Lindenhayn
KAUFMAN & LOGAN, LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
(415) 247-8300

*Attorneys for Fireman's Fund Insurance Company and National Surety Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23th day of November 2005, a copy of the foregoing Fireman's Fund Insurance Company's and National Surety Corporation's Motion for Leave to File Instanter Their Joinder in First' State's Reply Memorandum in Support of First State Insurance Company's Second Motion to Dismiss or Stay This Action was served by first class mail, postage prepaid, addressed to the following:

| PARTY | COUNSEL |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| Pneumo Abex Corporation, LLC | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036-4337 |
| Allianz Insurance Company | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL 60606 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C. 20006 |

140210-1

|  | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
|---|---|
| Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata, LLP<br>1250 Eye Street, N.W., Sixth Floor<br>Washington, D.C. 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C. 20006-2401<br><br>David R. Biester, Esq.<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| Hudson Insurance Company | Elizabeth B. Sandza, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C. 20009 |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |

140210-1

| | |
|---|---|
| Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur JM. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL  60603 |
| Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2595 |
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 thirteenth Street, N.W.<br>Washington, D.C.  20005<br><br>Barry R. Ostragher, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019 |
| American Reinsurance Company Employers Mutual Casualty Company and Associated International Insurance Company | Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA  22314 |

/s/ Andrew Butz
Andrew Butz, Esq.

5

140210-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case Number: 1-05cv01125<br><br>Judge John Garrett Penn<br><br>**FIREMAN'S FUND INSURANCE COMPANY'S AND NATIONAL SURETY CORPORATION'S JOINDER IN FIRST STATE'S REPLY MEMORANDUM IN SUPPORT OF FIRST STATE INSURANCE COMPANY'S SECOND MOTION TO DISMISS OR STAY THIS ACTION** |

Defendants Fireman's Fund Insurance Company and National Surety Corporation hereby supplement their September 16, 2005 response to Whitman Insurance Company's Amended Complaint for Declaratory and Injunctive Relief, filed herein on July 29, 2005, by joining in the November 4, 2005 Reply Memorandum in Support of First State Insurance Company's Second Motion To Dismiss or Stay. Fireman's Fund and National Surety hereby adopt and incorporate by reference as if fully set forth herein the substance of the said First State Reply Memorandum.

Dated: November 4, 2005

Respectfully submitted,

/s/ Andrew Butz
Andrew Butz, D.C. Bar #933473
BONNER KIERNAN TREBACH & CROCIATA, LLP
1250 I Street, Suite 600
Washington D.C. 20005
(202) 712-7000

-and-

Peter J. Logan
Paul Peters
Rolf Lindenhayn
KAUFMAN & LOGAN, LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
(415) 247-8300

*Attorneys for Fireman's Fund Insurance Company
and National Surety Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of November 2005, a copy of the foregoing Fireman's Fund Insurance Company's and National Surety Corporation's Joinder in First' State's Reply Memorandum in Support of First State Insurance Company's Second Motion to Dismiss or Stay This Action was served by first class mail, postage prepaid, addressed to the following:

| PARTY | COUNSEL |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| Pneumo Abex Corporation, LLC | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 331st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036-4337 |
| Allianz Insurance Company | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta and Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL 60606 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, N.W., Suite 500<br>Washington, D.C. 20006 |

3

139161-1

| | |
|---|---|
| | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata, LLP<br>1250 Eye Street, N.W., Sixth Floor<br>Washington, D.C.  20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA  94105 |
| First State Insurance Company | Eric S. Parnes, Esq.<br>Kathryne Love, Esq.<br>Hughes, Hubbard & Reed, LLP<br>1775 I Street, N.W.<br>Washington, D.C.  20006-2401<br><br>David R. Biester, Esq.<br>Hughes, Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY  10004-1482 |
| Hudson Insurance Company | Elizabeth B. Sandza, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C.  20009 |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271-0079 |

4

| | |
|---|---|
| Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Arthur JM. McColgan, Esq.<br>Ryan M. Henderson, Esq.<br>Mark A. Deptula, Esq.<br>Lord, Bissell & Brook, LLP<br>115 LaSalle Street<br>Chicago, IL  60603 |
| Stonewall Insurance Company; Falcon Insurance Company; California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2595 |
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 thirteenth Street, N.W.<br>Washington, D.C.  20005<br><br>Barry R. Ostragher, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Certain Underwriters at Lloyd's London | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019 |
| American Reinsurance Company Employers Mutual Casualty Company and Associated International Insurance Company | Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA  22314 |

/s/ Andrew Butz
Andrew Butz, Esq.

5

139161-1