IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, *et al.* <br><br> *Defendants.* | Civil Action No. 1:05CV01125 <br> John Garrett Penn, Judge <br><br> Related Case: 82-CV-2098 |

### SUPPLEMENTAL DECLARATION OF DANIEL E. CHEFITZ

I, Daniel E. Chefitz, declare as follows:

1. I am an attorney with the law firm of Morgan Lewis & Bockius LLP. I represent Whitman Insurance Company, Ltd. ("Whitman Insurance") and PepsiAmericas, Inc., formerly known as Whitman Corporation, IC Industries, Inc. and Illinois Central Industries (collectively "PAS") in connection with various coverage issues and litigation. In this capacity, I have personal knowledge of the facts and records set forth herein, and if called and sworn to testify as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 are true and correct copies of samples of cover pages from Whitman Insurance insurance policies showing the National Union policies for which Whitman Insurance has direct responsibility to Abex.

3. Attached hereto as Exhibits 2 - 14 are true and correct copies of policy documentation for post-1970 London Market Policies that contain Addendum No. 3, the

supplemental defense endorsement. This supplemental defense endorsement is found in all but two post-1970 London Market Policies.

    4.    Attached hereto as Exhibit 15 is a true and correct copy of the October 13, 2005, submission of PepsiAmericas, Inc. to the New York court explaining that Pneumo Abex never opposed the stay of the New York Action in favor of the related actions before this Court. Cooper Industries, LLC, which is not an insured and therefore not a party to this action, is the only non-insurer that opposed the stay of the New York Action. In fact, Pneumo Abex, along with a number of insurers that are complying with their policy obligations consistent with this Court's rulings, did *not* oppose the stay of the New York Action. Pneumo Abex did not file any opposition to the motions to stay and did not seek to appeal the stay order.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of November, 2005, at Washington, D.C.

                                                                    _/s/ Daniel E. Chefitz_
                                                                   Daniel E. Chefitz