# EXHIBIT 1

(1982)

# FACULTATIVE REINSURANCE AGREEMENT

between

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA./
AMERICAN HOME ASSURANCE COMPANY/
BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA**

(hereinafter called the "Company")

and

**I.C. INDUSTRIES INSURANCE CO. LTD.**

(hereinafter called "the Reinsurer")

WITNESSETH

WHEREAS, the Company is willing to cede to the Reinsurer certain insurance under the terms and conditions hereinafter set forth; and

WHEREAS, the Company is willing to reinsure such insurance on said terms and conditions;

NOW, THEREFORE, in consideration of the premiums and of the mutual covenants and agreements herein set forth, the parties hereto hereby covenant and agree as follows:

## ARTICLE I

**POLICIES REINSURED:**

A. Name of Insured: I.C. Industries, Inc., et al. (As per Policies listed in Item B).

B. Policy Numbers:

(1) WC 159-4403        (2) WC 955-4339
(3) GLA 956-7632       (4) BA 145-3788
(5) GLA 394-1915       (6) GLA 394-1916

smhPRO-4-28.1

The above listed policies are incorporated herein by reference and made a part hereof.

C. Policy Period: 12:01 a.m. Central Standard Time, April 1, 1982 to 12:01 a.m. Central Standard Time April 1, 1983.

## ARTICLE II

TERM:

This Agreement is effective 12:01 A.M. Central Standard Time, the 1st day of April, 1982.

This Agreement shall continue in effect until terminated.

## ARTICLE III

TERRITORY:

This Agreement shall cover losses occurring within the territorial limits provided by the policies reinsured hereunder and listed in Article I hereof.

## ARTICLE IV

DEFINITIONS:  A.  The term "Policy" or "Policies" as used in this Agreement shall mean any and all binders, certificates, policies and contracts of insurance, accepted or held covered provisionally or otherwise and listed in Article I hereof.

smhPRO-4-28.2

1953

# FACULTATIVE REINSURANCE AGREEMENT

between

**INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA/
NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA./
AMERICAN HOME ASSURANCE COMPANY/
NEW HAMPSHIRE INSURANCE COMPANY OF MANCHESTER, NH.**

(hereinafter called "the Company")

and

**I.C. INDUSTRIES INSURANCE CO. LTD.**

(hereinafter called "the Reinsurer")

WITNESSETH

WHEREAS, the Company is willing to cede to the Reinsurer certain insurance under the terms and conditions hereinafter set forth; and

WHEREAS, the Company is willing to reinsure such insurance on said terms and conditions;

NOW, THEREFORE, in consideration of the premiums and of the mutual covenants and agreements herein set forth, the parties hereto hereby covenant and agree as follows:

## ARTICLE I

**POLICIES REINSURED:**

A.  Name of Insured: I.C. Industries, Inc., et al. (As per Policies listed in Item B).

B.  Policy Numbers:

    (1)  WC 955-4394           (2)  GLA 918-4801
    (3)  BA 919-4485           (4)  GLA 394-1987

smhPRO-4-27.1

(5) GLA 394-1988         (6) 542218-204

The above listed policies are incorporated herein by reference and made a part hereof.

C. Policy Period: 12:01 a.m. Central Standard Time, April 1, 1983 to 12:01 a.m. Central Standard Time April 1, 1984.

## ARTICLE II

TERM:

This Agreement is effective 12:01 A.M. Central Standard Time, this 1st day of April, 1983.

This Agreement shall continue in effect until terminated.

## ARTICLE III

TERRITORY:

This Agreement shall cover losses occurring within the territorial limits provided by the policies reinsured hereunder and listed in Article I hereof.

## ARTICLE IV

DEFINITIONS:

A. The term "Policy" or "Policies" as used in this Agreement shall mean any and all binders, certificates, policies

smhPRO-4-27.2

FACULTATIVE REINSURANCE AGREEMENT

between

INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA/
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA./
AMERICAN HOME ASSURANCE COMPANY/NEW HAMPSHIRE
INSURANCE OF MANCHESTER, NH

(hereinafter called the "Company")

and

I.C. INDUSTRIES INSURANCE CO. LTD.

(hereinafter called "the Reinsurer")

WITNESSETH

WHEREAS, the Company is willing to cede to the Reinsurer certain insurance under the terms and conditions hereinafter set forth; and

WHEREAS, the Company is willing to reinsure such insurance on said terms and conditions:

NOW, THEREFORE, in consideration of the premiums and of the mutual covenants and agreements herein set forth, the parties hereto hereby covenant and agree as follows:

ARTICLE I

**POLICIES REINSURED:**

   A.  Name of Insured:  I.C. Industries, Inc. et al. (As per Policies listed in Item B).

   B.  Policy Numbers:

| | | | |
|---|---|---|---|
| (1) | WC 117-4419 | (4) | GLA 468-8141 |
| (2) | GLA 918-4801 | (5) | GLA-468-8142 |
| (3) | BA 919-4485 | (6) | 542218-23H |

aml/PRO-4-29.1

The above listed policies are incorporated herein by reference and made a part hereof.

C. Policy Period:

12:01 A.M. Central Standard Time, April 1, 1984 to 12:01 A.M. Central Standard Time April 1, 1985.

## ARTICLE II

TERM:

This Agreement is effective at 12:01 A.M. Central Standard Time, the 1st day of April, 1984.

This Agreement shall continue in effect until terminated.

## ARTICLE III

TERRITORY:

This Agreement shall cover losses occurring within the territorial limits provided by the policies reinsured hereunder and listed in Article I hereof.

## ARTICLE IV

DEFINITIONS:

A. The term "Policy" or "Policies" as used in this Agreement shall mean any and all binders, certificates, policies and contracts of insurance, accepted or held

aml/PRO-4-29.2