# EXHIBIT 2

**UMA0205**

**4/1/80 – 4/1/81**

**ILLINOIS COVER NOTE**

In the event of claim under this cover note please notify:

# ROLLINS BURDICK HUNTER

**ROLLINS BURDICK HUNTER OF ILLINOIS, INC.**

**10 SOUTH RIVERSIDE PLAZA • CHICAGO, ILLINOIS 60606**

**TELEPHONE (312) 454-1400**

(Resident Agent)

## This insurance effected with
## Underwriters at Lloyd's, London
## (not incorporated)

JOHN G. SMITH
Attorney-in-fact

115 South La Salle Street          •          Chicago, Illinois 60603          IRI 2273

**IMPORTANT** THIS COVER NOTE CANNOT BE CANCELLED FLAT. EARNED PREMIUM MUST BE PAID FOR THE TIME INSURANCE HAS BEEN IN FORCE. THE ASSURED IS REQUESTED TO READ THIS COVER NOTE, AND IF INCORRECT, RETURN IT IMMEDIATELY FOR ALTERATION.

June 16, 1980

**THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVER NOTE PROVISIONS (FORM CN 4)**

| ITEM | | |
|---|---|---|
| | NUMBER Nº 1390 | |

**1**

*Name of Assured*

I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

**2** EFFECTIVE ☒ 12:01 A.M. BOTH DAYS AT  FROM ☐ 12:00 NOON STANDARD TIME   April 1, 1980   TO   April 1, 1981

| NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|
| ➡ UNDERWRITERS AT LLOYD'S, LONDON | 29.3500% part of 100% |

**3** Acting upon your instruction. we have effected the insurance with:

| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| See Attached Sheet | See Attached Sheet | | $9,392.00 |

**4**

AUDIT          TOTAL CHARGED $9,392.00

**5** SPECIAL CONDITIONS
See Attached Sheet

*John B. Smith*
COUNTERSIGNED

**6**
JUL – 2 1980
Attorney-in-fact-for
UNDERWRITERS
AT LLOYD'S
(NOT INCORPORATED)
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

IRI 2275

By *R. J. Kenny*

## Short Rate Cancellation Table

### For Term of One Year

| Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium |
|---|---|---|---|
| | | | |

This cover note is subject to all terms and conditions of the policy to be issued and shall be automatically terminated and voided by delivery of said policy to the Assured.

## COVER NOTE PROVISIONS

1. This insurance may be cancelled on the customary short rate basis by the Assured at any time by written notice or by surrender of this cover note to the Resident Agent issuing this cover note. This insurance may also be cancelled, with or without the return or tender of the unearned premium, by the Underwriters or by the Resident Agent in their behalf, by mailing to the Assured by U.S. Post Office certificate of mailing, at the Assured's address as shown herein, written notice stating when the cancellation shall be effective. Notice of cancellation must be mailed at least 15 days prior to the effective date during the first 180 days of coverage. After coverage has been effective for 181 days or more, all notices must be mailed at least 30 days prior to the effective date of cancellation. Where cancellation is for non-payment of premium, 10 days' notice shall be given. The Underwriters shall refund the paid premium less the earned portion thereof on demand, subject always to the retention by Underwriters hereon of any minimum premium stipulated herein (or proportion thereof previously agreed upon) in the event of cancellation by Underwriters or Assured. The mailing of such notice as aforesaid shall be sufficient proof of notice and this insurance shall terminate at the date and hour specified in such notice.

2. The Assured shall at the earliest practicable moment report to the said Resident Agent any occurrence likely to result in a claim under this insurance, and shall also file with the said Resident Agent, or the Underwriters, detailed sworn proof of interest and loss within sixty days from the date of loss. Failure by the Assured either to report the said loss or damage or to file such written proofs of loss as above provided, shall invalidate any claim under this insurance.

3. If the Assured shall make any claim knowing the same to be false or fraudulent, as regards amount or otherwise, this insurance shall become void and all claim hereunder shall be forfeited.

4. It is agreed that in the event of the failure of Underwriters hereon to pay any amount claimed to be due hereunder, Underwriters hereon, at the request of the Assured will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

   It is further agreed that service of process in such suit may be made upon the Attorney-in-Fact named on the front hereof and that in any suit instituted against any one of them upon this insurance, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

   The said Attorney-in-Fact is authorized and directed to accept service on behalf of Underwriters in any such suit and/or upon the request of the Assured to give a written undertaking to the Assured that he will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.

   Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, Underwriters hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Assured or any beneficiary hereunder arising out of this insurance, and hereby designate the said Attorney-in-Fact as the person to whom the said officer is authorized to mail such process or a true copy thereof.

5. Loss, if any, to be payable in United States currency at the office of the said Resident Agent.

6. It is expressly understood and agreed by the Assured in accepting this instrument that neither the said Resident Agent nor the said Attorney-in-Fact is an Assurer hereunder and that neither the said Resident Agent nor the said Attorney-in-Fact shall be in any way or to any extent liable for any loss or claim whatever, but that the Assurers hereunder are those individual Underwriters at Lloyd's, London, whose names are bound under the policy to be issued in replacement of this cover note.

7. This cover note insofar as required by Section 388 of the Illinois Insurance Code shall be deemed to contain the provisions required by that section.

8. This cover note shall not be assigned either in whole or in part, without the written consent of the said Resident Agent, endorsed hereon.

9. This cover note shall not be valid unless signed by the said Resident Agent.

IRI 2274

COVERAGE:            Excess Broad Form Liability Insurance

FORM:                J(a) plus short excess wording following Underlying, as
                     expiring or to be agreed by Underwriters.
                     Including Workmen's Compensation Act and Federal
                     Longshoremen's and Harbour Workers Compensation Act
                     (in respect of State of Ohio) and Employee Benefit
                     Liability following Underlying Umbrella, but excluding
                     claims resulting from Employee Retirement Income Security
                     Act of 1974.

INTEREST:            Covering in respect of the Assured's operations.

SUM INSURED:         $10,000,000 any one occurrence
                     $10,000,000 annual aggregate where in the Underlying.
                     Part Of
                     $25,000,000 any one occurrence
                     $25,000,000 annual aggregate where in the Underlying.
                     Only To Pay The Excess Of
                     $25,000,000 any one occurrence
                     $25,000,000 annual aggregate where applicable.

SITUATED:            Anywhere in the World.

CONDITIONS:          N.M.A. 1941 Cancellation Clause (Illinois)
                     Service of Suit Clause (John G. Smith – Licensed
                     Underwriters) (Thomas L. Stevens – Unlicensed Underwriters)
                     Notice of loss to Rollins, Burdick, Hunter and Company,
                     Chicago
                     N.M.A. 1256 Nuclear Incident Exclusion Clause – Liability
                     Direct (Broad) – U.S.A.
                     N.M.A. 1477 Radioactive Contamination Exclusion Clause –
                     Liability – Direct – U.S.A.
                     N.M.A. 1685 Seepage, Pollution and Contamination Clause
                     No. 3

PREMIUM:             $32,000 (100%)

SECURITY:            Underwriters at Lloyd's London
                     29.3500% part of 100%

                                              John B.S.Smith
                                              COUNTERSIGNED

                                              JUL - 2 1980

                                              Attorney-in-fact-for
                                              UNDERWRITERS
                                              AT LLOYD'S LONDON
                                              (NOT INCORPORATED)
                                              115 SOUTH LA SALLE STREET
                                              CHICAGO, ILLINOIS 60603

Illinois

## CANCELLATION CLAUSE

NOTWITHSTANDING anything contained in this Insurance to the contrary, this Insurance may be cancelled by the Assured at any time by written notice or by surrender of this contract of insurance.

This Insurance may also be cancelled by or on behalf of the Underwriters by mailing notice of cancellation to the Named Assured, at the last mailing address known by Underwriters. The Resident Agent shall maintain proof of mailing of such notice on a recognized U. S. Post Office form, and a copy of such notice shall be sent to the agent of record and/or the Assured's broker. Where cancellation is for non-payment of premium, at least 10 days notice of cancellation shall be given. Otherwise notice of cancellation must be mailed at least 15 days prior to the effective date of cancellation during the first 180 days of coverage or at least 30 days prior to the effective date of cancellation if coverage has been in effect for more than 180 days.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law. If the Insurance to which this is attached provides for a greater number of days notice than is provided herein, said greater number of days shall apply in event of cancellation.

Payment or tender of any unearned premium by the Underwriters shall not be a condition precedent to the effectiveness of Cancellation but such payment shall be made as soon as practicable.

In the event of cancellation the earned premium shall be calculated as stated in the Insurance to which this is attached. If, the said Insurance does not provide for calculation of the earned premium, the following shall apply.

> If this Insurance shall be cancelled by the Assured the Underwriters shall retain the customary short rate proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein whichever is the greater.

> If this Insurance shall be cancelled by or on behalf of the Underwriters, the Underwriters shall retain the pro rata proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the pro rata proportion of any minimum premium stipulated herein whichever is the greater.

COUNTERSIGNED

JUL - 2 1980

Attorney-in-fact for
UNDERWRITERS
AT LLOYD'S LONDON
(NOT INCORPORATED)
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS

N.M.A. 1941

IRI 2277

LLOYD'S COVER NOTE

In the event of claim under this cover note, please notify:

# ROLLINS BURDICK HUNTER

**ROLLINS BURDICK HUNTER OF ILLINOIS, INC.**

**10 SOUTH RIVERSIDE PLAZA • CHICAGO, ILLINOIS 60606**

**TELEPHONE (312) 454-1400**

Broker

### This insurance effected with certain
# UNDERWRITERS AT LLOYD'S, LONDON
### (not incorporated)

**IMPORTANT** THIS COVER NOTE CANNOT BE CANCELLED FLAT. EARNED PREMIUM MUST BE PAID FOR THE TIME INSURANCE HAS BEEN IN FORCE. THE ASSURED IS REQUESTED TO READ THIS COVER NOTE, AND IF INCORRECT, RETURN IT IMMEDIATELY FOR ALTERATION.

Eason Printing Co. Chicago
Form CN-1

IRI 2283

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

PART TWO: THIS DECLARATIONS PAGE WITH COVER NOTE PROVISIONS (FORM NO. RBH 105) ARE MADE AS PART HEREOF:

NUMBER **C    6815**

**ITEM 1**

*Name of Assured*

I C Industries Incroporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL  60601

**ITEM 2**

EFFECTIVE ☒ 12:01 A.M.   BOTH DAYS AT
FROM ☐ 12:00 NOON   STANDARD TIME   **April 1, 1980**   TO   **April 1, 1981**

**ITEM 3**

Acting upon your instruction, we have effected the insurance with: ➡

The Insurance Company(s) (hereinafter called the Insurers) do hereby bind themselves, each for itself and not for another, for the percentage shown hereon.

| NAME OF INSURERS | AMOUNT OR PERCENT |
|---|---|
| Certain British Insurance Companies | 44.0500% part of 100% |

**ITEM 4**

| AMOUNT | COVERAGE | RATE | PREMIUM |
|---|---|---|---|
| See Attached Sheet | See Attached Sheet | | $14,096.00 |
| AUDIT | | TOTAL CHARGED | $14,096.00 |

**ITEM 5**

SPECIAL CONDITIONS
See Attached Sheet

It is understood and agreed that when the participation as shown above is less than 100% this insurance shall run concurrently with and be subject to the same gross rate, terms, conditions and endorsements as more particularly set forth in and/or as may from time to time be added to Cover Note No.____1390____ issued by Lloyd's Underwriters on the same subject matter and risk.

This insurance is made and accepted subject to all the provisions set forth herein, or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC

IRI 2280   WB004363

By R. J. Yera

This cover note is evidence that in accordance with your instructions and acting on your behalf we have procured from certain Underwriters at Lloyd's, London, herein after referred to as the Underwriters, the coverage described on the attached declaration page. This cover note is subject to all the terms and conditions of the policy to be issued and shall be automatically terminated and voided by delivery of said policy to the insured.



### COVER NOTE PROVISIONS

1. If the Assured shall make any claim knowing the same to be false or fraudulent, as regards amount or otherwise, this cover shall become void, and all claims thereunder shall be forfeited.

2. This cover note may be cancelled on the customary short rate basis by the Assured at any time by written notice or by surrender of this cover note to the Broker. This cover note may also be cancelled, with or without the return or tender of the unearned premium, by the Broker, in their behalf, by delivering to the Assured, or by sending to the Assured by mail, registered or unregistered, at the Assured's address as shown herein, not less than five days' written notice, stating when the cancellation shall be effective, and in such case the Underwriters shall refund the paid premium less the earned portion thereof on demand, subject always to the retention by the Underwriters hereon of any minimum premium stipulated herein (or proportion thereof previously agreed upon) in the event of cancellation either by the Underwriters or the Assured.

3. SERVICE OF SUIT. It is agreed that in the event of the failure of Underwriters hereon to pay any amount claimed to be due hereunder, Underwriters hereon, at the request of the Assured, will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

   It is further agreed that service of process in such suit may be made upon the firm named in item 6 of the attached declaration page, and that in any suit instituted against any one of them upon this contract, the Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

   The above-named are authorized and directed to accept service of process on behalf of the Underwriters in any such suit and/or upon the request of the insured (or reinsured) to give a written undertaking to the insured (or reinsured) that they will enter a general appearance upon the Underwriter's behalf in the event such a suit shall be instituted.

   Further, pursuant to any statute of any state, territory or district of the United States which make provision therefor, the Underwriters hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured (or reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

4. It is expressly understood and agreed by the Assured by accepting this instrument that the Broker, is not an Assurer hereunder and that the Broker, neither is nor shall be in any way or to any extent liable for any loss or claim whatever, but that the Underwriters hereunder are those as shown elsewhere in this cover note.

5. The Assured shall immediately report to the Broker, any occurrence likely to result in a claim under this cover note, and shall also file with the Broker, detailed sworn proof of interest and loss within sixty days from the date of loss. Failure by he Assured either to report the said loss or damage or to file such written proof as above provided, shall invalidate any claim under this cover note.

6. All adjusted claims shall be paid or made good to the Assured within thirty days after presentation and acceptance of satisfactory proofs of interest and loss at the office of the Broker.

7. Loss, if any, to be payable in United States Currency.

8. This cover note does not cover loss or damage directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property by or under the order of any government or pubic or local authority.

9. This insurance is made and accepted subject to all the provisions, conditions and warranties set forth herein or endorsed hereon or appearing on the reverse side hereof, all of which are to be considered as incorporated herein.

10. This insurance is subject to all provisions of this cover note, whether printed, typed, added by endorsement, or appearing in forms attached or incorporated by reference. Provisions added by endorsement or forms attached or incorporated by reference supersede any inconsistent printed or typed provisions in this cover note.

11. This cover note shall not be assigned either in whole or in part, without the written consent of the Broker endorsed hereon.

12. This cover note shall not be valid unless signed by the Broker.

IRI 2284

COVERAGE:    Excess Broad From Liability Insurance

FORM:    J(a) plus short excess wording following Underlying, as expiring or to be agreed by Underwriters. Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella, but excluding claims resulting from Employee Retirement Income Security Act of 1974.

INTEREST:    Covering in respect of the Assured's operations.

SUM INURED:
     $10,000,000 any one occurrence
     $10,000,000 annual aggregate where in the Underlying.
Part of
     $25,000,000 any one occurrence
     $25,000,000 annual aggregate where in the Underlying.
Only To Pay The Excess Of:
     $25,000,000 any one occurrence
     $25,000,000 annual aggregate where applicable.

SITUATED:    Anywhere in the World.

CONDITIONS:    N.M.A. 1941 Cancellation Clause (Illinois)
Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriter: Tax Clause
Notice of loss to Rollins, Burdick, Hunter and Company, Chicago
N.M.A. 1256 Nuclear Incident Exclusion Clause - Liability Direct (Broad) - U.S.A.
N.M.A. 1477 Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.
N.M.A. 1685 Seepage, Pollution and Contamination Clause No. 3

PREMIUM:    US $32,000 (100%)

SECURITY:    Certain British Insurance Companies
44.0500% part of 100%

WD04364

IRI 2281

Illinois

## CANCELLATION CLAUSE

NOTWITHSTANDING anything contained in this Insurance to the contrary, this Insurance may be cancelled by the Assured at any time by written notice or by surrender of this contract of insurance.

This Insurance may also be cancelled by or on behalf of the Underwriters by mailing notice of cancellation to the Named Assured, at the last mailing address known by Underwriters. The Resident Agent shall maintain proof of mailing of such notice on a recognized U. S. Post Office form, and a copy of such notice shall be sent to the agent of record and/or the Assured's broker. Where cancellation is for non-payment of premium, at least 10 days notice of cancellation shall be given. Otherwise notice of cancellation must be mailed at least 15 days prior to the effective date of cancellation during the first 180 days of coverage or at least 30 days prior to the effective date of cancellation if coverage has been in effect for more than 180 days.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law. If the Insurance to which this is attached provides for a greater number of days notice than is provided herein, said greater number of days shall apply in event of cancellation.

Payment or tender of any unearned premium by the Underwriters shall not be a condition precedent to the effectiveness of Cancellation but such payment shall be made as soon as practicable.

In the event of cancellation the earned premium shall be calculated as stated in the Insurance to which this is attached. If, the said Insurance does not provide for calculation of the earned premium, the following shall apply.

> If this Insurance shall be cancelled by the Assured the Underwriters shall retain the customary short rate proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein whichever is the greater.

> If this Insurance shall be cancelled by or on behalf of the Underwriters, the Underwriters shall retain the pro rata proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the pro rata proportion of any minimum premium stipulated herein whichever is the greater.

N.M.A. 1941

WD04365

IRI 2282

COMPANY(S) COVER NOTE

In the event of claim under this cover note, please notify:

# ROLLINS BURDICK HUNTER

## ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

**10 SOUTH RIVERSIDE PLAZA  •  CHICAGO, ILLINOIS 60606**

**TELEPHONE (312) 454-1400**

**Insurers Representative**

This insurance effected with
Insurance Company(s) as noted herein.

**IMPORTANT** THIS COVER NOTE CANNOT BE CANCELLED FLAT. EARNED PREMIUM MUST BE PAID FOR THE TIME INSURANCE HAS BEEN IN FORCE. THE ASSURED IS REQUESTED TO READ THIS COVER NOTE, AND IF INCORRECT, RETURN IT IMMEDIATELY FOR ALTERATION

IRI 2278

Eason Printing Co. Chicago

PART TWO: THIS DECLARATIONS PAGE WITH COVER NOTE PROVISIONS (FORM NO. RBH SI-1) ARE MADE AS PART HEREOF:

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

COVER NOTE NUMBER   L   2148

**1**

### Name and Address of Assured

I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL  60601

**2**  EFFECTIVE [X] 12:01 A.M.  BOTH DAYS AT
FROM [ ] 12:00 NOON  STANDARD TIME   FROM **April 1, 1980**  TO  **April 1, 1981**

**3**  Acting upon your instructions, we have effected the insurance with Underwriters at Lloyd's, London.  The Underwriters at Lloyd's, London (not incorporated) do hereby bind themselves each for his own part, and not for one another, their heirs, executors and administrators.

**4**

| AMOUNT | RATE | PREMIUM |
|---|---|---|
| 26.6000% part of 100% of Limits on Attached Sheet | | $8,512.00 |

LLOYD'S SURPLUS LINE
BROKERS ASSOCIATION
OF ILLINOIS
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

JUN 17 1980

*Thomas L. Stevens*
SECRETARY

**5**

COVERAGE

See Attached Sheet

**NOTICE TO POLICYHOLDER: "This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by an insurer not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund."**

**6**

SPECIAL CONDITIONS

See Attached Sheet

Thomas L. Stevens - 115 South La Salle Street, Chicago, IL  60603

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

BY  R. J. Kenny

IRI 2285

If an original policy is issued replacing this cover note, this insurance is subject to all the terms and conditions of that policy. This cover note shall be automatically terminated and voided by delivery of the original policy to the Assured.

## Short Rate Cancellation Table

### For Term of One Year

| Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium |
|---|---|---|---|
| 1 | 5% | 154-156 | 53% |
| 2 | 6 | 157-160 | 54 |
| 3- 4 | 7 | 161-164 | 56 |

## COVER NOTE PROVISIONS

1. If the Assured shall make any claim knowing the same to be false or fraudulent, as regards amount or otherwise, this cover note shall become void, and all claims thereunder shall be forfeited.

2. This cover note may be cancelled on the customary short rate basis by the Assured at any time by written notice or by the surrender of this cover note to the said Insurer's Representative. This cover note may also be cancelled, with or without the return or tender of the unearned premium, by the Insurer's Representative, in their behalf, by delivering to the Assured, or by sending to the Assured by mail, registered or unregistered, at the Assured's address as shown herein, not less than five days' written notice, stating when the cancellation shall be effective, and in such case the Insurers shall refund the paid premium less the earned portion thereof on demand, subject always to the retention by the Insurers hereon of any minimum premium stipulated herein (or proportion thereof previously agreed upon) in the event of cancellation either by the Insurers or the Assured.

3. Service of Suit Clause—It is agreed that in the event of the failure of the Insurers to pay any amount claimed to be due hereunder, the Insurers, at the request of the insured (or reinsured), will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

   It is further agreed that service of process in such suit may be made upon
   
   Lord, Bissell & Brook, 115 South La Salle Street, Chicago, Illinois 60603, or Mendes & Mount, 3 Park Avenue, New York, New York 10016 or their nominee, and
   
   that in any suit instituted against any of them upon this contract, the Insurers will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

   The above-named are authorized and directed to accept service of process on behalf of the Insurers in any such suit and/or upon the request of the insured (or reinsured) to give a written undertaking to the insured (or reinsured) that they will enter a general appearance upon the Insurer's behalf in the event such a suit shall be instituted.

   Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, the Insurers hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured (or reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

4. It is expressly understood and agreed by the Assured by accepting this instrument that the said Insurer's Representative, is not an Assurer hereunder and that the said Insurer's Representative, neither is nor shall be in any way or to any extent liable for any loss or claim whatever, but that the Insurers hereunder are those as shown elsewhere in this cover note.

5. The Assured shall immediately report to the said Insurer's Representative, an occurrence likely to result in a claim under this cover note, and shall also file with the said Insurer's Representative, detailed sworn proof of interest and loss within sixty days from the date of loss. Failure by the Assured either to report the said loss or damage or to file such written proof of loss as above provided, shall invalidate any claim under this cover note.

6. All adjusted claims shall be paid or made good to the Assured within thirty days after presentation and acceptance of satisfactory proofs of interest and loss at the office of the said Insurer's Representative.

7. Loss, if any, to be payable in Chicago, Illinois, in United States Currency.

8. This cover note does not cover loss or damage directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property by or under the order of any government or public or local authority.

9. TAX CLAUSE—Notice is hereby given that the Insurers have agreed to allow for the purpose of paying the Federal Excise Tax 4% (1% personal accident or reinsurance) of the premium payable hereon to the extent such premium is subject to Federal Excise Tax. It is understood and agreed that in the event of any return of premium becoming due hereunder the Insurers will deduct 4% (1% personal accident or reinsurance) from the amount of the return and the Assured or his agent should take steps to recover the Tax from the U.S. Government.

10. This insurance is made and accepted subject to all the provisions, conditions and warranties set forth herein and endorsed hereon or appearing on the reverse side hereof, all of which are to be considered as incorporated herein.

11. Any provision or conditions appearing in any forms attached hereto and made a part hereof, which conflict with or alter the cover note provisions stated above, shall supersede the provisions appearing in this cover note, insofar as the latter are inconsistent with the provisions appearing in such attached forms.

12. This cover note shall not be assigned either in whole or in part, without the written consent of the said Insurer's Representative, endorsed hereon.

13. This cover note shall not be valid unless signed by the said Insurer's Representative.                IRI 2279

COVERAGE:                   Excess Broad Form Liability Insurance

FORM:                       J(a) plus short excess wording following Underlying, as
                            expiring or to be agreed by Underwriters.
                            Including Workmen's Compensation Act and Federal
                            Longshoremen's and Harbour Workers Compensation Act
                            (in respect of State of Ohio) and Employee Benefit
                            Liability following Underlying Umbrella, but excluding
                            claims resulting from Employee Retirement Income Security
                            Act of 1974.

INTEREST:                   Covering in respect of the Assured's operations.

SUM INSURED:                $10,000,000 any one occurrence
                            $10,000,000 annual aggregate where in the Underlying.
                            Part Of
                            $25,000,000 any one occurrence
                            $25,000,000 annual aggregate where in the Underlying.
                            Only To Pay The Excess Of
                            $25,000,000 any one occurrence
                            $25,000,000 annual aggregate where applicable.

SITUATED:                   Anywhere in the World.

CONDITIONS:                 N.M.A. 1941 Cancellation Clause (Illinois)
                            Service of Suit Clause (John G. Smith – Licensed
                            Underwriters) (Thomas L. Stevens – Unlicensed Underwriters)
                            Notice of loss to Rollins, Burdick, Hunter and Company,
                            Chicago
                            N.M.A. 1256 Nuclear Incident Exclusion Clause – Liability
                            Direct (Broad) – U.S.A.
                            N.M.A. 1477 Radioactive Contamination Exclusion Clause –
                            Liability – Direct – U.S.A.
                            N.M.A. 1685 Seepage, Pollution and Contamination Clause
                            No. 3

PREMIUM:                    $32,000 (100%)

SECURITY:                   Underwriters at Lloyd's London
                            26.6000% part of 100%

Illinois

## CANCELLATION CLAUSE

NOTWITHSTANDING anything contained in this Insurance to the contrary, this Insurance may be cancelled by the Assured at any time by written notice or by surrender of this contract of insurance.

This Insurance may also be cancelled by or on behalf of the Underwriters by mailing notice of cancellation to the Named Assured, at the last mailing address known by Underwriters. The Resident Agent shall maintain proof of mailing of such notice on a recognized U. S. Post Office form, and a copy of such notice shall be sent to the agent of record and/or the Assured's broker. Where cancellation is for non-payment of premium, at least 10 days notice of cancellation shall be given. Otherwise notice of cancellation must be mailed at least 15 days prior to the effective date of cancellation during the first 180 days of coverage or at least 30 days prior to the effective date of cancellation if coverage has been in effect for more than 180 days.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law. If the Insurance to which this is attached provides for a greater number of days notice than is provided herein, said greater number of days shall apply in event of cancellation.

Payment or tender of any unearned premium by the Underwriters shall not be a condition precedent to the effectiveness of Cancellation but such payment shall be made as soon as practicable.

In the event of cancellation the earned premium shall be calculated as stated in the Insurance to which this is attached. If, the said Insurance does not provide for calculation of the earned premium, the following shall apply.

> If this Insurance shall be cancelled by the Assured the Underwriters shall retain the customary short rate proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein whichever is the greater.

> If this Insurance shall be cancelled by or on behalf of the Underwriters, the Underwriters shall retain the pro rata proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the pro rata proportion of any minimum premium stipulated herein whichever is the greater.

N.M.A. 1941

IRI 2287

ATTACHING TO AND FORMING PART OF POLICY NO. 551/ UMA.0205.

ADDENDUM NO, 3.

Where costs are not included in the "Ultimate Not Loss" or any
similar definition contained in the Underlying Umbrella Policy/ies,
the following shall be deemed to be additional Conditions to this
wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to
exceed the Underlying Umbrella Limits, no costs shall be incurred
by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written
consent of the Underwriters and for which the Assured is not
covered by the Underlying Umbrella Policy/ies shall be apportioned
as follows:-

(i)     Should any claim or claims become adjustable prior
        to the commencement of trial for not more than the
        Underlying Umbrella Limits, then no costs shall be
        payable by the Underwriters.

(ii)    Should, however, the amount for which the said claim
        or claims may be so adjustable exceed the Underlying
        Umbrella Limits, then the Underwriters, if they
        consent to the proceedings continuing, shall contribute
        to the costs incurred by or on behalf of the Assured in
        the ratio that their proportion of the ultimate net loss
        as finally adjusted bears to the whole amount of such
        ultimate net loss.

(iii)   In the event that the Assured elects not to appeal a
        judgment in excess of the Underlying Umbrella Limits,
        the Underwriters may elect to conduct such appeal at
        their own cost and expense and shall be liable for the
        taxable court costs and interest incidental thereto,
        but in no event shall the total liability of the
        Underwriters exceed their limit of liability as
        provided for in the wording, plus the expenses of such
        appeal.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

CLOSED 9 JUL 1982