# EXHIBIT 4

**UMA0207**

**4/1/80 – 4/1/81**

LLOYD'S COVER NOTE

*Name and Address of Assured*

I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

In the event of claim under this cover note, please notify:

# ROLLINS BURDICK HUNTER

**ROLLINS BURDICK HUNTER OF ILLINOIS, INC.**

10 SOUTH RIVERSIDE PLAZA • CHICAGO, ILLINOIS 60606
TELEPHONE (312) 454-1400

Broker

This insurance effected with certain

## UNDERWRITERS AT LLOYD'S, LONDON
(not incorporated)

**IMPORTANT** THIS COVER NOTE CANNOT BE CANCELLED FLAT. EARNED PREMIUM MUST BE PAID FOR THE TIME INSURANCE HAS BEEN IN FORCE. THE ASSURED IS REQUESTED TO READ THIS COVER NOTE, AND IF INCORRECT, RETURN IT IMMEDIATELY FOR ALTERATION.

Eaton Printing Co. Chicago
Form CN-1

IRI 2592

PART TWO: THIS DECLARATION PAGE WITH COVER NOTE PROVISIONS (FOR RBH SI-1) ARE MADE AS PART HEREOF

| DATE ISSUED | CONTRACT NO. | PREVIOUS NO. |
|---|---|---|
| June 16, 1980 | | |

COVER NOTE NUMBER **L 2150**

### Item 1: Name and Address of Assured

I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

### Item 2

EFFECTIVE ☒ 12:01 A.M. / ☐ 12:00 NOON  BOTH DAYS AT STANDARD TIME
FROM April 1, 1980  TO April 1, 1981

### Item 3

Acting upon your instructions, we have effected the insurance with Underwriters at Lloyd's, London. The Underwriters at Lloyd's, London (not incorporated) do hereby bind themselves each for his own part, and not for one another, their heirs, executors and administrators.

### Item 4

| AMOUNT | RATE | PREMIUM |
|---|---|---|
| 55.7300% part of 100% of Limits on Attached Sheet | | $2,786.50 |

LLOYD'S SURPLUS LINE
BROKERS ASSOCIATION
OF ILLINOIS
115 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603

JUN 17 1980

Thomas L. Stevens
SECRETARY

### Item 5: COVERAGE

See Attached Sheet

**NOTICE TO POLICYHOLDER:** "This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by an insurer not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund."

### Item 6: SPECIAL CONDITIONS

See Attached Sheet

Thomas L. Stevens - 115 South La Salle Street, Chicago, IL 60603

This insurance is made and accepted subject to all the provisions set forth herein or endorsed hereon or appearing on the Jacket hereof, all of which are incorporated herein, and any provisions appearing in forms attached hereto and made a part hereof which alter the provisions herein shall supersede such provisions as they are inconsistent therewith.

ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

BY B. J. Kenny

ORIGINAL

IRI 2594

.s cover note is evidence that in accorda.... with your instructions and acting on your beha:.. have procured from certain Underwriters at Lloyd's, London, hereinafter referred to as the Underwriters, the coverage described on the attached declaration page. This cover note is subject to all the terms and conditions of the policy to be issued and shall be automatically terminated and voided by delivery of said policy to the insured.

## COVER NOTE PROVISIONS

1. If the Assured shall make any claim knowing the same to be false or fraudulent, as regards amount or otherwise, this cover shall become void, and all claims thereunder shall be forfeited.

2. This cover note may be cancelled on the customary short rate basis by the Assured at any time by written notice or by surrender of this cover note to the Broker. This cover note may also be cancelled, with or without the return or tender of the unearned premium, by the Broker, in their behalf, by delivering to the Assured, or by sending to the Assured by mail, registered or unregistered, at the Assured's address as shown herein, not less than five days' written notice, stating when the cancellation shall be effective, and in such case the Underwriters shall refund the paid premium less the earned portion thereof on demand, subject always to the retention by the Underwriters hereon of any minimum premium stipulated herein (or proportion thereof previously agreed upon) in the event of cancellation either by the Underwriters or the Assured.

3. SERVICE OF SUIT. It is agreed that in the event of the failure of Underwriters hereon to pay any amount claimed to be due hereunder, Underwriters hereon, at the request of the Assured, will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

   It is further agreed that service of process in such suit may be made upon the firm named in item 6 of the attached declaration page, and that in any suit instituted against any one of them upon this contract, the Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

   The above-named are authorized and directed to accept service of process on behalf of the Underwriters in any such suit and/or upon the request of the insured (or reinsured) to give a written undertaking to the insured (or reinsured) that they will enter a general appearance upon the Underwriter's behalf in the event such a suit shall be instituted.

   Further, pursuant to any statute of any state, territory or district of the United States which make provision therefor, the Underwriters hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured (or reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

4. It is expressly understood and agreed by the Assured by accepting this instrument that the Broker, is not an Assurer hereunder and that the Broker, neither is nor shall be in any way or to any extent liable for any loss or claim whatever, but that the Underwriters hereunder are those as shown elsewhere in this cover note.

5. The Assured shall immediately report to the Broker, any occurrence likely to result in a claim under this cover note, and shall also file with the Broker, detailed sworn proof of interest and loss within sixty days from the date of loss. Failure by he Assured either to report the said loss or damage or to file such written proof as above provided, shall invalidate any claim under this cover note.

6. All adjusted claims shall be paid or made good to the Assured within thirty days after presentation and acceptance of satisfactory proofs of interest and loss at the office of the Broker.

7. Loss, if any, to be payable in United States Currency.

8. This cover note does not cover loss or damage directly or indirectly occasioned by, happening through or in consequence of war, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, military or usurped power or confiscation or nationalization or requisition or destruction of or damage to property by or under the order of any government or pubic or local authority.

9. This insurance is made and accepted subject to all the provisions, conditions and warranties set forth herein or endorsed hereon or appearing on the reverse side hereof, all of which are to be considered as incorporated herein.

10. This insurance is subject to all provisions of this cover note, whether printed, typed, added by endorsement, or appearing in forms attached or incorporated by reference. Provisions added by endorsement or forms attached or incorporated by reference supersede any inconsistent printed or typed provisions in this cover note.

11. This cover note shall not be assigned either in whole or in part, without the written consent of the Broker endorsed hereon.

12. This cover note shall not be valid unless signed by the Broker.

IRI 2593

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance. |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters. Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000.  any one occurrence<br>$5,000,000.  annual aggregate where in the Underlying.<br><br>Part of:<br><br>$25,000,000.  any one occurrence<br>$25,000,000.  annual aggregate where in the Underlying<br><br>Only To Pay The Excess of:<br><br>$75,000,000.  any one occurrence<br>$75,000,000.  annual aggregate where applicable. |
| SITUATION: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins Burdick Hunter and Company, Chicago.<br>N.M.A. 1256  Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477  Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A..<br>N.M.A. 1685  Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $5,000.00 (100%) |
| SECURITY: | Underwriters at Lloyd's, London<br>55.7300% part of 100% |

Illinois

## CANCELLATION CLAUSE

NOTWITHSTANDING anything contained in this Insurance to the contrary, this Insurance may be cancelled by the Assured at any time by written notice or by surrender of this contract of insurance.

This Insurance may also be cancelled by or on behalf of the Underwriters by mailing notice of cancellation to the Named Assured, at the last mailing address known by Underwriters. The Resident Agent shall maintain proof of mailing of such notice on a recognized U. S. Post Office form, and a copy of such notice shall be sent to the agent of record and/or the Assured's broker. Where cancellation is for non-payment of premium, at least 10 days notice of cancellation shall be given. Otherwise notice of cancellation must be mailed at least 15 days prior to the effective date of cancellation during the first 180 days of coverage or at least 30 days prior to the effective date of cancellation if coverage has been in effect for more than 180 days.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law. If the Insurance to which this is attached provides for a greater number of days notice than is provided herein, said greater number of days shall apply in event of cancellation.

Payment or tender of any unearned premium by the Underwriters shall not be a condition precedent to the effectiveness of Cancellation but such payment shall be made as soon as practicable.

In the event of cancellation the earned premium shall be calculated as stated in the Insurance to which this is attached. If, the said Insurance does not provide for calculation of the earned premium, the following shall apply.

    If this Insurance shall be cancelled by the Assured the Underwriters shall retain the customary short rate proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein whichever is the greater.

    If this Insurance shall be cancelled by or on behalf of the Underwriters, the Underwriters shall retain the pro rata proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the pro rata proportion of any minimum premium stipulated herein whichever is the greater.

N.M.A. 1941

IRI 2596

ILLINOIS COVER NOTE

*Name of Assured*

I C Industries Incorporated Etal. as Underlying
One Illinois Center
111 East Wacker Drive
Chicago, IL 60601

In the event of claim under this cover note, please notify:

# ROLLINS BURDICK HUNTER

**ROLLINS BURDICK HUNTER OF ILLINOIS, INC.**

10 SOUTH RIVERSIDE PLAZA • CHICAGO, ILLINOIS 60606

TELEPHONE (312) 454-1400

(Resident Agent)

**This insurance effected with
Underwriters at Lloyd's, London
(not incorporated)**

JOHN G. SMITH
Attorney-in-fact

115 South La Salle Street          •          Chicago, Illinois 60603

**IMPORTANT** THIS COVER NOTE CANNOT BE CANCELLED FLAT. EARNED PREMIUM MUST BE PAID FOR THE TIME INSURANCE HAS BEEN IN FORCE. THE ASSURED IS REQUESTED TO READ THIS COVER NOTE, AND IF INCORRECT, RETURN IT IMMEDIATELY FOR ALTERATION.

EASON PRINTING CO., CHICAGO
CN4 (Rev 8/1/76)

IRI 2597

June 16, 1980

THIS DECLARATION PAGE IS ATTACHED TO AND FORMS PART OF COVER NOTE PROVISIONS (FORM CN 4)

NUMBER N° 1391

| ITEM | | |
|---|---|---|
| 1 | **Name of Assured** <br> I C Industries Incorporated Etal. as Underlying <br> One Illinois Center <br> 111 East Wacker Drive <br> Chicago, IL 60601 | |
| 2 | EFFECTIVE ☒ 12:01 A.M.  BOTH DAYS AT <br> FROM ☐ 12:00 NOON  STANDARD TIME  April 1, 1980  TO April 1, 1981 | |
| 3 | Acting upon your instruction, we have effected the insurance with: | NAME OF INSURERS  AMOUNT OR PERCENT <br> UNDERWRITERS AT LLOYD'S, LONDON  15.7100% <br> part of <br> 100% |
| 4 | AMOUNT  COVERAGE  RATE  PREMIUM <br> See Attached Sheet  See Attached Sheet    $785.50 <br><br> AUDIT  TOTAL CHARGED $785.50 | |
| 5 | SPECIAL CONDITIONS <br> See Attached Sheet | |
| 6 | | *John B. Smith* <br> COUNTERSIGNED <br> JUL - 2 1980 <br> Attorney-in-fact for <br> UNDERWRITERS <br> AT LLOYD'S LONDON <br> (NOT INCORPORATED) <br> ROLLINS BURDICK HUNTER OF ILLINOIS, INC. |

By R. J. Kenny

Eaton Printing Co Chicago

IRI 2599



**Short Rate Cancellation Table**
For Term of One Year

| Days Policy in Force | Per Cent of One Year | Days Policy in Force | Per Cent of One Year |
|---|---|---|---|

This cover note is subject to all terms and conditions of the policy to be issued and shall be automatically terminated and voided by delivery of said policy to the Assured.

### COVER NOTE PROVISIONS

1. This insurance may be cancelled on the customary short rate basis by the Assured at any time by written notice or by surrender of this cover note to the Resident Agent issuing this cover note. This insurance may also be cancelled, with or without the return or tender of the unearned premium, by the Underwriters or by the Resident Agent in their behalf, by mailing to the Assured by U.S. Post Office certificate of mailing, at the Assured's address as shown herein, written notice stating when the cancellation shall be effective. Notice of cancellation must be mailed at least 15 days prior to the effective date during the first 180 days of coverage. After coverage has been effective for 181 days or more, all notices must be mailed at least 30 days prior to the effective date of cancellation. Where cancellation is for non-payment of premium, 10 days' notice shall be given. The Underwriters shall refund the paid premium less the earned portion thereof on demand, subject always to the retention by Underwriters hereon of any minimum premium stipulated herein (or proportion thereof previously agreed upon) in the event of cancellation by Underwriters or Assured. The mailing of such notice as aforesaid shall be sufficient proof of notice and this insurance shall terminate at the date and hour specified in such notice.

2. The Assured shall at the earliest practicable moment report to the said Resident Agent any occurrence likely to result in a claim under this insurance, and shall also file with the said Resident Agent, or the Underwriters, detailed sworn proof of interest and loss within sixty days from the date of loss. Failure by the Assured either to report the said loss or damage or to file such written proofs of loss as above provided, shall invalidate any claim under this insurance.

3. If the Assured shall make any claim knowing the same to be false or fraudulent, as regards amount or otherwise, this insurance shall become void and all claim hereunder shall be forfeited.

4. It is agreed that in the event of the failure of Underwriters hereon to pay any amount claimed to be due hereunder, Underwriters hereon, at the request of the Assured will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

   It is further agreed that service of process in such suit may be made upon the Attorney-in-Fact named on the front hereof and that in any suit instituted against any one of them upon this insurance, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

   The said Attorney-in-Fact is authorized and directed to accept service on behalf of Underwriters in any such suit and/or upon the request of the Assured to give a written undertaking to the Assured that he will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.

   Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, Underwriters hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Assured or any beneficiary hereunder arising out of this insurance, and hereby designate the said Attorney-in-Fact as the person to whom the said officer is authorized to mail such process or a true copy thereof.

5. Loss, if any, to be payable in United States currency at the office of the said Resident Agent.

6. It is expressly understood and agreed by the Assured in accepting this instrument that neither the said Resident Agent nor the said Attorney-in-Fact is an Assurer hereunder and that neither the said Resident Agent nor the said Attorney-in-Fact shall be in any way or to any extent liable for any loss or claim whatever, but that the Assurers hereunder are those individual Underwriters at Lloyd's, London, whose names are bound under the policy to be issued in replacement of this cover note.

7. This cover note insofar as required by Section 388 of the Illinois Insurance Code shall be deemed to contain the provisions required by that section.

8. This cover note shall not be assigned either in whole or in part, without the written consent of the said Resident Agent, endorsed hereon.

9. This cover note shall not be valid unless signed by the said Resident Agent.

IRI 2598

If you have any complaints concerning your insurance, please contact the Resident Agent named on this insurance. If he is unable to resolve the matter, you may contact:

Attorney in Fact
for Underwriters at Lloyd's, London
Suite 2960
115 South LaSalle Street
Chicago, Illinois 60603

You may also seek the assistance of the Public Service Division, Illinois Department of Insurance, Springfield, Illinois 62767.

IRI 2600

| | |
|---|---|
| COVERAGE: | Excess Broad Form Liability Insurance. |
| FORM: | J(a) plus short excess wording following Underlying as expiring or to be agreed by Underwriters. Including Workmen's Compensation Act and Federal Longshoremen's and Harbour Workers Compensation Act (in respect of State of Ohio) and Employee Benefit Liability following Underlying Umbrella but excluding Employee Retirement Income Security Act of 1974. |
| INTEREST: | Covering in respect of the Assured's operations. |
| SUM INSURED: | $5,000,000.  any one occurrence<br>$5,000,000.  annual aggregate where in the Underlying.<br><br>Part of:<br><br>$25,000,000.  any one occurrence<br>$25,000,000.  annual aggregate where in the Underlying<br><br>Only To Pay The Excess of:<br><br>$75,000,000.  any one occurrence<br>$75,000,000.  annual aggregate where applicable. |
| SITUATION: | Anywhere in the World. |
| CONDITIONS: | N.M.A. 1941 Cancellation Clause (Illinois)<br>Service of Suit Clause (John G. Smith - Licensed Underwriters) (Thomas L. Stevens - Unlicensed Underwriters)<br>Notice of loss to Rollins Burdick Hunter and Company, Chicago.<br>N.M.A. 1256  Nuclear Incident Exclusion Clause - Liability - Direct (Broad) - U.S.A.<br>N.M.A. 1477  Radioactive Contamination Exclusion Clause - Liability - Direct - U.S.A.<br>N.M.A. 1685  Seepage, Pollution and Contamination Clause No. 3 |
| PREMIUM: | $5,000.00 (100%) |
| SECURITY: | Underwriters at Lloyd's, London<br>15.7100% part of 100% |

*John B Smith*
COUNTERSIGNED

JUL - 2 1980

Attorney-in-fact for
UNDERWRITERS
AT LLOYD'S LONDON
(NOT INCORPORATED)
175 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60604

IRI 2601

Illinois

## CANCELLATION CLAUSE

NOTWITHSTANDING anything contained in this Insurance to the contrary, this Insurance may be cancelled by the Assured at any time by written notice or by surrender of this contract of insurance.

This Insurance may also be cancelled by or on behalf of the Underwriters by mailing notice of cancellation to the Named Assured, at the last mailing address known by Underwriters. The Resident Agent shall maintain proof of mailing of such notice on a recognized U. S. Post Office form, and a copy of such notice shall be sent to the agent of record and/or the Assured's broker. Where cancellation is for non-payment of premium, at least 10 days notice of cancellation shall be given. Otherwise notice of cancellation must be mailed at least 15 days prior to the effective date of cancellation during the first 180 days of coverage or at least 30 days prior to the effective date of cancellation if coverage has been in effect for more than 180 days.

If the period of limitation relating to the giving of notice is prohibited or made void by any law controlling the construction thereof, such period shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law. If the Insurance to which this is attached provides for a greater number of days notice than is provided herein, said greater number of days shall apply in event of cancellation.

Payment or tender of any unearned premium by the Underwriters shall not be a condition precedent to the effectiveness of Cancellation but such payment shall be made as soon as practicable.

In the event of cancellation the earned premium shall be calculated as stated in the Insurance to which this is attached. If, the said Insurance does not provide for calculation of the earned premium, the following shall apply.

> If this Insurance shall be cancelled by the Assured the Underwriters shall retain the customary short rate proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the customary short rate proportion of any minimum premium stipulated herein whichever is the greater.

> If this Insurance shall be cancelled by or on behalf of the Underwriters, the Underwriters shall retain the pro rata proportion of the premium hereon, except that if this Insurance is on an adjustable basis the Underwriters shall receive the earned premium hereon or the pro_rata proportion of any minimum premium stipulated herein whichever is the greater.

N.M.A. 1941

COUNTERSIGNED
JUL - 2 1980

Attorney-in-fact for
UNDERWRITERS
AT LLOYD'S LONDON

IRI 2602

ATTACHING TO AND FORMING PART OF POLICY NO. 551/UMA.0207.

ADDENDUM NO. 3.

*[handwritten: Where it is clearly understood and agreed, with effect from inception, that]*

~~Where~~ costs are not included in the "Ultimate Net Loss" or any similar definition contained in the Underlying Umbrella Policy/ies, the following shall be deemed to be additional Conditions to this wording:-

INCURRING OF COSTS

In the event of claim or claims arising which appear likely to exceed the Underlying Umbrella Limits, no costs shall be incurred by the Assured without the written consent of the Underwriters.

APPORTIONMENT OF COSTS

Costs incurred by or on behalf of the Assured with the written consent of the Underwriters and for which the Assured is not covered by the Underlying Umbrella Policy/ies shall be apportioned as follows:-

(i)   Should any claim or claims become adjustable prior to the commencement of trial for not more than the Underlying Umbrella Limits, then no costs shall be payable by the Underwriters.

(ii)  Should, however, the amount for which the said claim or claims may be so adjustable exceed the Underlying Umbrella Limits, then the Underwriters, if they consent to the proceedings continuing, shall contribute to the costs incurred by or on behalf of the Assured in the ratio that their proportion of the ultimate net loss as finally adjusted bears to the whole amount of such ultimate net loss.

(iii) In the event that the Assured elects not to appeal a judgment in excess of the Underlying Umbrella Limits, the Underwriters may elect to conduct such appeal at their own cost and expense and shall be liable for the taxable court costs and interest incidental thereto, but in no event shall the total liability of the Underwriters exceed their limit of liability as provided for in the wording, plus the expenses of such appeal.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

CLOSED  DATE 9 JUL 1982