# EXHIBIT 9

**UPA0116**

**4/1/82 – 4/1/83**



**Sedgwick North America Limited**

Policy No. U(RO)16    Ref. No.

551 SFB

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying.
**INCLUDING:** W.C.A. and F.L.H.M.A. (in respect of State of Ohio),
Real Estate Agents Errors and Omissions Liability,
following Underlying and Employee Benefit Liability
following Underlying, but excluding claims resulting
from E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April, 1982.

**INTEREST:** Covering in respect of the Assured's operations.

**SUM INSURED:** $ ,000,000 any one occurrence
$ ,000,000 annual aggregate where in the Underlying
ONLY TO PAY THE EXCESS OF:
$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941 (John G. Smith - Licensed Underwriters)
Service of Suit Clause (Thomas L. Stevens Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter & Co., Chicago
N.M.A. 1256/1477
N.M.A. 1685
Agreed include liability in respect of losses occurring during the period
8th January, 1973 to 1st April, 1982 arising out of the Assured Railroad
Products for which a claim is made on or after the inception of this
Policy, as Underlying.

Written % or Draft/Whole    Line Slip

| Order | Closed For |
|---|---|
| 30% | 100% & 307. |







Sedgwick
North America Limited

Policy No. ILLINOIS    Ref. No.

V.A.T. No.    T.O.C. Tribunal

**551 SFB**

D.T.I. Code: 4

Registration Category

Year    Month

Assured/Account: I.C. Industries Inc ETAL

Country of Origin: U.S.A.

ROLLINS, BURDICK, HUNTER & CO., CHICAGO, ILLINOIS

Total: 100.00

Lloyd's: 2617

ILU: 2427

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess wording following Underlying.
INCLUDING: W.C.A. and F.L.H.A. (in respect of State of Ohio),
Real Estate Agent Errors and Omission Liability
following Underlying, Employee Benefit Liability
following Underlying, but excluding claims resulting
from E.R.I.S.A. (1974).

**ASSURED:** I.C. INDUSTRIES INC. ETAL as Underlying,
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April, 1982.

**INTEREST:** Covering in respect of the Assured's operation where in the Underlying

**SUM INSURED:** $50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable

ONLY TO PAY THE EXCESS OF:
$50,000,000 any one occurrence
$50,000,000 annual aggregate

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. 1941
Service or Suit Clause (John G. Smith - Licensed Underwriters)
(Thomas L. Stevens Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter & Co., Chicago
N.M.A. 1256/1477
N.M.A. 1685
Agreed include liability in respect of losses occurring during the period
8th January, 1973 to 1st April, 1982 arising out of the Assureds Railroad
Products for which a claim is made on or after the inception of this
Policy, as Underlying.

ILLINOIS STAMPS

SURPLUS LINE

Written %    Order    Closed Fee
100%    30Y.    100Y.









| | | | |
|---|---|---|---|
| SCHED LINE % | | | |

2002  ILLINOIS

| | | |
|---|---|---|
| 11.31 | 989 | PSG | 219 MA 34 9880 D |
| 1.10 | 279 | CRE | 219 MA 34 9880 D |
| 2.19 | 650 | SCI | 219 MA 34 9880 D |

SURPLUS LINE

WRITTEN %  ORDER
LINES  PART OF  WHOLE

62837 * 23 JUL 1982
L.P.B.O. = 9 NOV 1984.

| | | | |
|---|---|---|---|
| POLICE NO | | REF NO | |
| REGISTRATION | VAT | | LOC TRIBUNAL |
| | | REGISTRATION CATEGORY | YEAR  MONTH  82  04 |
| D.O.T. CODE  4 | | | ADJUST SCHEM  YES  NO |
| ASSURED/ACCOUNT | | MARINE  NON-MARINE  AVIATION  A |
| COUNTRY OF ORIGIN | | | |
| | OVERSEAS BROKER | | GROSS PREMIUM |
| USB- RUS  US | | | |
| CURRENCY | | SCHED LINE | |
| TOTAL | | 4441 | 2737.50 |
| LLOYDS | | | |
| AU | | | |
| PSAC | | | |
| OTHER COMPANIES | | | |
| BUREAU SCHEM NO | | | BROKER/COVER NO |

ORDER

ELOPED/LOW
1 - B

**Licensed Underwriters**

| Currency US$ | Signed Line | Gross Premium Inc. War | War only |
|---|---|---|---|
| Total | 100.0000% | 18,750.00 | |
| Lloyd's | 37.9600% | 7,117.50 | |
| ILU | | | |
| P.S.A.C. Other Companies | | | |
| Rate of Exchange | | STG Equiv. | |
| L.P.S.O. No. and Date | | | |

LINES, SYNDS. ETC., AS SLIP ATTACHED

A1 068

**Licensed Underwriters**

| Currency US$ | Signed Line | Gross Premium Inc. War | War only |
|---|---|---|---|
| Total | 100.0000% | 18,750.00 | |
| Lloyd's | 14.6000% | 2,737.50 | |
| ILU | | | |
| P.S.A.C. Other Companies | | | |
| Rate of Exchange | | STG Equiv. | |
| L.P.S.O. No. and Date | | | |

LINES, SYNDS. ETC., AS SLIP ATTACHED

A1 068

3 Slips - PSAC 45329
UPA 0116

| | |
|---|---|
| 551 | |
| SFB | |

Rog No. 551 SFB

Ancy No. 3 Slips - PSAC 45329 / UPA 0116

Reserving UPA 0116 / Veb     Tsay Q.

Assured I.C. INDUSTRIES INC. ETAL

Client ROLLINS, BURDICK, HUNTER & CO.,
CHICAGO, ILLINOIS

Orders Bor. ($15,000.00)

No. of Slips 1
Hereto Wes 3-4-25
Typed Ben 3-4-25
Sign'd 4-7.5412

M.F. No. R.
50 N/A

# SIGNING
# SLIP

Author SM36/SH     Broker JRaw     Wording 4 to
18-1.82

SEE ENDORSEMENT
FOR PSAC SIGNING

Sedgwick
North America Limited

**TYPE:** EXCESS BROAD FORM LIABILITY INSURANCE

**FORM:** J(a) plus short excess words following Underlying,
INCLUDING: W.C.A. and F.L... (in respect of State of Ohio),
Real Estate Agents Errors and Omissions Liability,
following Underwriters and Employee Benefit Liability
following Underwriters, but excluding claims resulting
from E.R.I.S.A....).

**ASSURED:** I.C. INDUSTRIES INC, ETAL at Underlying,
One Illinois Center, 111 East Wacker Drive, Chicago, Illinois.

**PERIOD:** 12 months at 1st April, 1982

**INTEREST:** Covering in respect of the Assured's operations in the Underlying

**SUM INSURED:** $...,000,000 any one occurrence
$...,000,000 annual aggregate re applicable
ONLY TO PAY THE EXCESS OF:
$50,000,000 any one occurrence
$50,000,000 annual aggregate

**SITUATION:** Anywhere in the World.

**CONDITIONS:** Cancellation Clause - N.M.A. ...
Service of Suit Clause (Thomas... Smith - Licensed Underwriters)
Stevens Unlicensed Underwriters)
Notice of loss to Rollins, Burdick, Hunter & Co., Chicago
N.M.A. 1256/1477
Agreed to include liability in respect of losses occurring during the period
1982 arising out of the Assureds Railroad
from 1st January, 1973 to 1st April
Products for which a claim is on or after the inception of this
policy, as Underlying.

ILLINOIS STAMPS
COUNTERSIGNED
COVER NOTE No. ...

SURPLUS LINE
COUNTERSIGNED
COVER NOTE No. ...

551
SFB

ROLLINS, BURDICK, HUNTER & CO.,
CHICAGO,
ILLINOIS

I.C. INDUSTRIES Inc ETAL

U.S.A.





## Toxoós Companies.

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| US$ | | | |
| Total | 100.0000% | 18,750.00 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. Other Companies | 5.8400% | 1,095.00 | |
| Rate of Exchange | | | |
| Policy No. and Date | | STG Equiv. | |

POLICY SIGNED J. 10 8w

DR'R. REF'S   UFAG118
PC NO  F0202721660521E3

P&O
M P

B

## Non-Toxoós companies.

| Currency | Signed Line | Gross Premium | |
|---|---|---|---|
| | | Inc. War | War only |
| US$ | | | |
| Total | 100.0000% | 18,710.00 | |
| Lloyd's | | | |
| ILU | | | |
| P.S.A.C. Other Companies | 15.3300 | 2,876.38 | |
| Rate of Exchange | | | |
| Policy No. and Date | | STG Equiv. | |

POLICY SIGNED J. 10 8w

DR'R. REF'S   UFAG 16
PC NO  F0202721660521E3

P&O
M P

A

FOR USE IN RESPECT OF ILLINOIS RISKS ONLY

This Declaration Page is attached to and forms part of cover note provisions (Form SLCN-2).

Previous No. L 2332          Authority Ref. No. UPA0116          Cover Note No. **S L 3005**

1   Name and address
    of the Assured
    **I C Industries Inc. Etal. as Underlying**
    **One Illinois Center**
    **111 East Wacker Dr.**
    **Chicago, IL 60601**

    LEAVE BLANK

    LLOYD'S SURPLUS LINE BROKERS
    OCT 8 1982
    Thomas L. Stevens

2   Effective from    **April 1, 1982**            to    **April 1, 1983**
    both days at 12:01 a.m. standard time

3   Acting upon your instructions we have
    effected Insurance with certain UNDERWRITERS AT LLOYD'S, LONDON. **14.6000% part of 100% of**
                                                              **30%**

| 4   Amount | Coverage | Rate | Percentage Premium |
|---|---|---|---|
| **See Attached Sheet** | **See Attached Sheet** | — | **$2,737.50** |

5   Special conditions
    **See Attached Sheet**

6   Service of Suit may be made upon:
    Thomas L. Stevens, 135 S. LaSalle St., Chicago, IL 60603

    Dated    **October 4, 1982**

    ROLLINS BURDICK HUNTER OF ILLINOIS, INC.

    by _____
         Correspondent

NOTICE TO POLICYHOLDER: "This contract is issued, pursuant to Section 445 of the Illinois Insurance Code, by an insurer not authorized and licensed to transact business in Illinois and as such is not covered by the Illinois Insurance Guaranty Fund."

Eason Printing Co., Chicago, 7/82

STIP 000536

COVERAGE:                    Excess Broad Form Liability Insurance

FORM:                          J(a) plus short excess wording following Underlying, Including: Workers' Compensation Act and Federal Longshoremen's and Harbor Workers' Act (in respect of State of Ohio) and Real Estate Agents Errors and Omissions Liability following Underlying and Employee Benefit Liability following Underlying, but excluding claims resulting from Employee Retirement Income Security Act (1974).

INTEREST:                 Covering in respect of the Assured's Operations

SUM INSURED:            $50,000,000 any one occurrence
$50,000,000 annual aggregate where in the Underlying
Only To Pay The Excess Of:

$50,000,000 any one occurrence
$50,000,000 annual aggregate where applicable.

SITUATION:                Anywhere in the world.

CONDITIONS:             N.M.A. 1941 – Cancellation Clause
Service of Suit Clause (John C. Smith)
Notice of loss to Rollins, Burdick, Hunter and Co., Chicago
N.M.A. 1256 – Nuclear Incident Exclusion Clause – Liability – Direct (Broad) U.S.A.
N.M.A. 1477 – Radioactive Contamination Exclusion Clause – Liability – Direct (Broad) U.S.A.
N.M.A. 1685 – Industries, Seepage, Pollution and Contamination Clause No. 3
Agreed include liability in respect of losses occurring during the period January 8, 1973 to April 1, 1982 arising out of the Assureds Railroad Products for which a claim is made on or after the inception of this policy, as Underlying.

PREMIUM:                $62,500.00

STIP 000537