IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **TRAVELERS INDEMNITY COMPANY, et al.**, <br><br> *Defendants*. | **Civil Case No. 1:05CV01125** <br> **John Garrett Penn, Judge** <br><br> **Related Case: 82-CV-2098** |

## NOTICE

Attached are Exhibits 10-15 to the Supplemental Declaration of Daniel E. Chefitz in Support of the proposed Surreply attached to the Motion by Plaintiff Whitman Insurance Company, Ltd. for Leave to File a Surreply [Dkt. #132]. The Declaration and Exhibits 1-9 are filed in Document # 135.

Respectfully submitted,

Dated: November 23, 2005

Daniel E. Chefitz (D.C. Bar No. 481420)
Brooke Clagett (D.C. Bar No. 460570)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:    202.739.3000
Facsimile:    202.739.3001
*Attorneys for Plaintiff*
*Whitman Insurance Company, Ltd.*