UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Whitman Insurance Company, Ltd., | : |
| *Plaintiff*, | : |
| v. | : Civil Action No. 05-1125 (JGP) |
| Travelers Indemnity Company, *et al.*, | : Judge John Garrett Penn |
| *Defendants*. | : |

### BRITTANY INSURANCE COMPANY'S AND COMPAGNIE EUROPEENE D'ASSURANCES INDUSTRIELLES, S.A.'S MOTION FOR JOINDER IN CERTAIN INSURERS' MOTION FOR AN EXPEDITED RULING REGARDING AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUES OF TRIGGER OF COVERAGE AND THE NUMBER OF OCCURRENCES

Defendants Brittany Insurance Company ("Brittany") and Compagnie Europeene D'Assurances Industrielles, S.A. ("CEAI), by and through counsel, hereby join in, and adopt, Certain Insurers' Motion for an Expedited Ruling Regarding an Extension of Time to File a Response to Plaintiff's Motions for Partial Summary Judgment on the Issues of Trigger of Coverage and Number of Occurrences (Docket Number 127). Brittany and CEAI hereby adopt and incorporate by reference the London Market Insurers' Motion, Arguments and Exhibits, as if fully set forth herein.

Respectfully submitted,

Arthur S. Garrett III
DC Bar 428190
Keller and Heckman, LLP
1001 G Street, NW
Washington, DC 20001
202-434-4248

*Counsel for Defendant Brittany*
*Insurance Company and Compagnie*
*Europeene D'Assurances Industrielles, S.A*

Dated: November 23, 2005

Case 1:05-cv-01125-PLF     Document 137     Filed 11/23/2005     Page 2 of 7

**ORDER**

Upon consideration of Defendants Brittany Insurance Company ("Brittany") and Compagnie Europeene D'Assurances Industrielles, S.A. ("CEAI) Motion for Joinder in Certain Insurers' Motion for an Expedited Ruling Regarding an Extension of Time to File a Response to Plaintiff's Motions for Partial Summary Judgment on the Trigger of Coverage Issue and the Number of Occurrences Issue, it is hereby

ORDERED that Brittany's and CEAI's Motion for Joinder in Certain Insurers' Motion for an Expedited Ruling Regarding an Extension of Time to File a Response to Plaintiff's Motions for Partial Summary Judgment on the Trigger of Coverage Issue and the Number of Occurrences Issue is GRANTED; and it is further

ORDERED that the time within which Brittany and CEAI may respond to Plaintiff's Motions for Partial Summary Judgment on the Trigger of Coverage Issue and the Number of Occurrences Issue is enlarged until after the Court has filed orders with respect to the pending motions and motion to dismiss. In the event the motions are denied, the Court will set a schedule for filing responses to Whitman's motions for partial summary judgment.

Dated: _____

                                               Hon. John Garrett Penn
                                               United States District Judge

## Certificate of Service

I HEREBY CERTIFY that on this 23rd day of November 2005, a true and accurate copy of the foregoing has been duly served on counsel of record by the manner indicated on the ECF Notice of Electronic Filing to the following:

## Service List

| | |
|---|---|
| Counsel for Defendant Certain Underwriters at Lloyd's, London | Eileen T. McCabe, Esq.<br>Anna R. Newsom, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br><br>Michael J. Zoeller, Esq.<br>Baach Robinson & Lewis PLLC<br>1201 F Street, NW # 500<br>Washington, D.C. 20004 |
| Counsel for Defendant Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center, 31st Floor<br>500 Grant Street<br>Pittsburgh, PA 15219-2502 |
| Counsel for Defendants American Home Assurance Company; AIU; Granite State Insurance Company; Lexington Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; ISOP; New Hampshire Insurance Company | Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC 20036-4337 |
| Counsel for Defendant Allianz Insurance Company | Elizabeth H. Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042-8205 |

| Counsel for American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, Illinois 60606<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
|---|---|
| Counsel for Associated International Insurance Company | Adam Krauss, Esq.<br>Traub Eglin Lieberman Straus<br>7 Skyline Drive<br>Hawthorne, NY 10532<br><br>Jodi V. Zagorin, Esq.<br>David Hudgins, Esq.<br>Hudgins Law Firm<br>515 King Street, Suite 400<br>Alexandria, VA 22314 |
| Counsel for Employers Mutual Casualty | Wendy L. Mager, Esq.<br>Smith Stratton Wise Heher & Brennan, LLP<br>2 Research Way<br>Princeton, NJ 08540<br><br>Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314 |
| Counsel for Federal Insurance Company | John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1667 K Street, NW, Suite 500<br>Washington, DC 20006 |
| Stonewall Insurance Company;<br>Falcon Insurance Company;<br>California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595 |

| Counsel for Fireman's Fund Insurance; National Surety Corporation | Andrew Butz, Esq.<br>Bonner Kiernan Trebach & Crociata<br>1250 I Street, NW, Suite 600<br>Washington, DC 20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street<br>12th Floor<br>San Francisco, CA 94105 |
|---|---|
| Counsel for First State Insurance Company | David R. Biester, Esq.<br>Erik Bond, Esq.<br>Hughes Hubbard & Reed<br>One Battery Park Plaza<br>New York, NY 10004<br><br>Eric Parnes, Esq.<br>Hughes Hubbard & Reed LLP<br>1775 I Street, NW<br>Washington, DC 20006-2401 |
| Counsel for TIG Insurance Co., formerly International Insurance Company | Louis G. Corsi, Esq.<br>William Ballaine, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271-0079 |
| Counsel for Mt. McKinley Insurance Company | Fred L. Alvarez<br>Arthur J. McColgan<br>Ryan M. Henderson<br>Mark A. Deptula<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, Illinois 60603 |
| Counsel for Travelers Casualty and Surety Company | Margaret H. Warner, Esq.<br>Richard Smith, Esq.<br>McDermott, Will & Emery<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |

| | |
|---|---|
| Hudson Insurance Company | David M. Ross, Esq.<br>Elizabeth B. Sandza, Esq.<br>Leboeuf, Lamb, Greene & MacRae LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C. 20009 |
| Counsel for Plaintiff Whitman Insurance Co., LTD | Daniel E. Chefitz, Esq.<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |

*/s/ Arthur S. Garrett, III*

Arthur S. Garrett, III