UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, et al.,<br><br>    Plaintiffs,<br><br>  -against-<br><br>PNEUMO ABEX CORPORATION, et al.,<br><br>    Defendants,<br><br>ALBA GENERAL INSURANCE COMPANY LTD., et al.,<br><br>    Nominal Defendants. | 02 CV 8604 |

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS PNEUMO ABEX CORP. AND COOPER INDUSTRIES, INC.

We, the undersigned, do hereby consent and agree that Dickstein, Shapiro, Morin & Oshinsky shall withdraw as counsel of record for defendants Pneumo Abex Corporation and Cooper Industries, Inc., and that Jones Day shall be substituted as counsel for defendants Pneumo Abex Corporation and Cooper Industries, Inc., in the place and stead of Dickstein, Shapiro, Morin & Oshinsky.

Dated: New York, New York
   March 17, 2005

NYI-2187471v2

JONES DAY

By: _____
Thomas H. Sear, Esq. (TS-5570)
222 E. 41st Street
New York, New York 10017
(212) 326-3680

-and-

J.W. Montgomery, III, Esq.
(*to be admitted pro hac vice*)
Michael H. Ginsberg, Esq.
(*to be admitted pro hac vice*)
One Mellon Center, 31st Floor
500 Grant Street
Pittsburgh, Pennsylvania 15219-2502
(412) 391-3939

DICKSTEIN, SHAPIRO, MORIN & OSHINSKY

By: _____
Edward Tessler, Esq. (ET-4503)
1177 Avenue of the Americas, 41st Floor
New York, New York 10036-2714
(212) 835-1400

-and-

Jerold Oshinsky, Esq. (JO-2080)
Andrew J. McFarland, Esq.
Bridget Healy, Esq.
Mark H. Kolman, Esq.
2101 L Street, N.W.
Washington, DC 20037-1526
(202) 785-9700

SO ORDERED.

Dated: _____, 2005

_____
United States District Court Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>PNEUMO ABEX CORPORATION, et al.,<br><br>                Defendants,<br><br>ALBA GENERAL INSURANCE COMPANY LTD., et al.,<br><br>                Nominal Defendants. | 02 CV 8604<br><br>**AFFIDAVIT PURSUANT TO**<br>**LOCAL RULE 1.4** |

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

        THOMAS H. SEAR, being duly sworn, deposes and says:

        1.      I am a member of the firm of Jones Day. Pursuant to Local Civil Rule 1.4, I submit this affidavit in support of the accompanying stipulation substituting Jones Day as attorney of record for Pneumo Abex Corporation and Cooper Industries, Inc.

        2.      The reason for this substitution is the expectation that additional resources will be required in connection with this action and other ongoing insurance disputes. Mr. Teets, on behalf of Defendants Pneumo Abex Corporation and Cooper Industries, Inc., has asked that Jones Day continue representation in the place and stead of Dickstein, Shapiro, Morin and Oshinsky.

NYI-2188676v1

3. The present status of this case is that it is pending but subject to a removal motion. Substitution will not require an adjournment.

4. No prejudice will result from this substitution.

_____
Thomas H. Sear (TS-5570)

Sworn to before me this
12th day of March, 2005

_____
Notary Public

ALICIA FARRINGTON
NOTARY PUBLIC, State of New York
No. 01FA4968424
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 25, 2006

2

NYI-2188676v1

# CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2005, I caused service of true copies of the within STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL and AFFIDAVIT to be made by regular mail upon the following counsel of record:

Andrew J. McFarland, Esq.
Jerold Oshinsky, Esq.
Mark H. Kolman, Esq.
Bridget Healy, Esq.
Dickstein, Shapiro, Morin & Oshinsky
2101 L Street, N.W.
Washington, DC 20037

Edward Tessler, Esq.
Dickstein, Shapiro, Morin & Oshinsky
1177 Avenue of the Americas
New York, NY 10036

*Outgoing Attorneys for Defendants Pneumo Abex Corp. and Cooper Industries, Inc.*

Lee G. Dunst, Esq.
Gibson, Dunn & Crutcher, L.L.P.
200 Park Avenue
New York, NY 10166

*Attorney for Defendant Pneumo Abex Corp.*

Janet M. Weiss, Esq.
Mitchell Alan Karlan, Esq.
Gibson, Dunn & Crutcher, L.L.P.
200 Park Avenue
New York, NY 10166

Michael A. Rosenthal, Esq.
Jon G. Shepard, Esq.
Gibson, Dunn & Crutcher, L.L.P.
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

*Attorneys for Defendant Cooper Industries, Inc.*

Thomas J. Quinn
Mendes & Mount LLP
750 Seventh Avenue
New York, NY 10019-6829

*Attorney for Plaintiffs*

Antonio D. Favetta, Esq.
Garrity Graham Favetta & Flinn
One Lackawanna Plaza, P.O. Box 4205
Montclair, NJ 07042-8205

*Attorney for Allianz Insurance Co.*

Adam Krauss, Esq.
Traub Elglin Lieberman Straus
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532

*Attorney for Associated International Insurance Company and Evanston Insurance Company*

John J. Dwyer, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*Attorney for Federal Insurance Company*

NYI-2187471v2

Mark Sheridan, Esq.
Bates & Carey
333 West Wacker Drive, Suite 900
Chicago, IL 60606

*Attorney for American Re-Insurance Company*

Richard A. Williamson, Esq.
Fleming, Zulack & Williamson LLP
One Liberty Plaza
New York, NY 10006

*Attorney for Pepsiamericas, Inc.*

David W. Steuber, Esq.
Howrey Simon Arnold & White LLP
550 South Hope Street, Ste. 1400
Los Angeles, CA 90071

*Attorney for Pepsiamericas, Inc.*

Stephano Calogero, Esq.
Cuyler Burk LLP
4 Century Drive
Parsippany, NJ 07054

*Attorney for Allstate Insurance Company (as successor to Northbrook Excess and Surplus Insurance Company (f/k/a Northbrook Insurance Company)*

Stuart L. Peacock, Esq.
Bonner Kiernan Trebach & Crociata
1250 Eye Street, N.W.
Washington, DC 20005

*Attorney for Argonaut Insurance Company*
Barry Parsons, Esq.
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Attorney for Stonewall Insurance Company and Falcon Insurance Company*

Elizabeth Medaglia, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
South Tower, Ste. 300
Washington, DC 20036

*Attorneys for AIU Insurance Company, American Home Assurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, ISOP, National Fire Union Insurance Company, Lexington Insurance Company, and New Hampshire Insurance Company*

David R. Biester
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*Attorney for First State Insurance Company*

Louis G. Corsi, Esq.
Landman Corsi Ballaine & Ford PC
130 Broadway, 27th Floor
New York, NY 10271-0079

*Attorney for International Insurance Company*

Heybert K. Ryder, Esq.
LeBoeuf, Lamb, Greene & MacRae L.L.P.
125 West 55th Street
New York, NY 10019

*Attorney for Hudson Insurance Company*

Charles A. Booth
Ford, Marrin, Esposito et al.
Wall Street Plaza
New York, NY 10005-1875

Eileen King Bower, Esq.
Curt Cameron, Esq.
Ross Dixon & Bell, LLP
3 First National Plaza
70 West Madison Street, Ste. 525
Chicago, IL 60602-4261

*Attorneys for Continental Casualty Company, Continental Insurance Company, Columbia Casualty Company, and Harbor Insurance Company*

Bradley L. Mitchell, Esq.
Smith, Stratton, Wise, Heher & Brennan, LLP
305 Broadway, 9th Floor
New York, NY 10007

*Attorney for Employers Mutual Casualty Company*

John F. Glowacki, Jr., Esq.
Siegal & Napierkowski
220 Lake Drive East, Ste. 304
Cherry Hill, NJ 08002

Paul E. Burns, Esq.
Levin & Glasser, P.C.
420 Lexington Avenue, Ste. 820
New York, NY 10170

*Attorneys for Century Indemnity Company and Insurance Company of North America*

William McGrath, Esq.
Smith, Stratton, Wise & Brennan LLP
600 College Road East
Princeton, NJ 08540

*Attorney for Home Insurance Company*

Darrell M. Seife, Esq.
Caron Constants & Wilson
201 Route 17 North, 2nd Floor
Rutherford, NJ 07070

*Attorney for Fireman's Fund Insurance Company and National Surety Corporation*

Margaret H. Warner, Esq.
Peter Tompa, Esq.
McDermott Will & Emery
600 Thirteenth Street, N.W.
Washington, DC 20005

*Attorneys for Travelers Casualty & Surety Company*

Jonathan K. Youngblood, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

*Attorney for Travelers Casualty & Surety Company*

George R. Hardin, Esq.
Hardin, Kundla, McKeon, Poletto & Poliforni
637 Morris Avenue
Springfield, NJ 07081

*Attorney for Mt. McKinley Insurance Company and Highlands Insurance Company*

Daniel J. Schlessinger, Esq.
Lord, Bissell & Brook
Harris Bank Bldg., Suite 2600
115 S. LaSalle Street
Chicago, IL 60603

*Attorney for Great American Surplus Lines/American Empire Surplus Lines*

Michael L. Gioia, Esq.
Landman Corsi Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271

*Attorney for American Reinsurance Company*

    I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
_____
Barbara E. Rutkowski