UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*<br><br>Defendants. | Civil Action No. 05-01125<br><br>Judge John Garrett Penn |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 7, 2005, he caused true and accurate copies of the foregoing London Market Insurers' Opposition to Whitman's Motion for Leave to File Surreply and Exhibits attached therein to be served upon counsel listed on the Notice of Electronic Filing, by electronic notification pursuant to Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and Local Civil Rule 5.4(d), and by first-class mail, postage prepaid, upon:

| Pneumo Abex Corporation | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Joseph W. Dorn<br>Martin M. McNerney<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC  20006-4706 |
|---|---|
| Mt. McKinley Insurance Co. | Fred L. Alvarez, Esq.*<br>Arthur J. McColgan, Esq.*<br>Ryan M. Henderson, Esq.*<br>Mark A. Deptula, Esq.*<br>Lord, Bissell & Brook LLP<br>115 S. LaSalle Street<br>Chicago, IL 60603<br>Telephone:  (312) 443-0700<br>Facsimile:   (312) 443-0336<br>**pro hac vice* motion to be filed* |

| | |
|---|---|
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti, LLP<br>One Speedwell Avenue<br>Morristown, NJ  07962-1981<br>Phone:  (973)538-0800<br>Fax:  (973)538-1984 |
| Travelers Indemnity Company | Barry R. Ostrager<br>Jonathan K. Youngwood<br>Simpson, Thatcher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017-3909 |

_____
Michael J. Zoeller, No. 426476
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, #500
Washington, DC  20004
 (202) 659-7217
Fax:  (202) 466-5738

*Attorneys for Certain Underwriters at Lloyd's, London and Certain London Market Companies*