UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Whitman Insurance Company, Ltd.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No.  05-1125 (JGP) |
| | : | |
| **Travelers Indemnity Company,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

# **ORDER**

Upon consideration of the Motion of Whitman Insurance Company Ltd. for Leave to File a Surreply Memorandum and London Market Insurer Defendants' Opposition to Whitman's Motion for Leave to File a Surreply, it is hereby

ORDERED that Whitman's Motion for Leave to File a Surreply [#132] is DENIED.


DATED: _____

John Garrett Penn
United States District Judge