AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Whitman Insurance Company Ltd.  )
               Plaintiff(s)      )    **APPEARANCE**
                                )
               vs.             )    CASE NUMBER   1:05cv01125
Travelers Indemnity Co., et al.  )
           Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Douglas P. Faucette__ as counsel in this
                                    (Attorney's Name)
case for: __Mt. McKinley Insurance Company__
            (Name of party or parties)

February 10, 2006
Date

113803
BAR IDENTIFICATION

Signature

Douglas P. Faucette
Print Name

1717 Pennsylvania Avenue, NW Suite 500
Address

Washington, DC  20006
City    State    Zip Code

(202) 521-4100
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 10th day of February, 2006, a copy of the foregoing Appearance was served electronically by the Court's electronic filing system upon the parties' counsel who have consented to such service and a true and correct copy of the same was served via first class mail, postage prepaid, addressed to all counsel listed below who are not listed on the e-filing receipt as having consented to electronic service:

| PARTY | COUNSEL |
| --- | --- |
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Brockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |
| Pneumo Abex Corporation, LLC | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br><br>Michael Ginsberg, Esq.<br>J.W. Montgomery III, Esq.<br>Jones Day<br>One Mellon Center<br>500 Grant Street<br>Pittsburgh, PA 15219 |
| American Home Assurance Co.,<br>AIU Insurance Co.;<br>Granite State Insurance Co.:<br>National Union Fire Insurance Co. of Pittsubrgh, PA.:<br>Insurance Co. of the State of Pennsylvania;<br>New Hampshire Insurance Co. | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, D.C. 20036-4337 |
| Allianz Insurance Company | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P. O. Box 4205<br>Montclair, NJ 07042-8205 |

| PARTY | COUNSEL |
|---|---|
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL  60606 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen O'Connor<br>1668 K Street, N.W.<br>Suite 500<br>Washington, D.C.  20006<br><br>John J. Dwyer, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Fireman's Fund Insurance;<br>National Surety Corporation | Andrew Butz, Esq.<br>Bonner, Kiernan, Trebach & Crociata, LLP<br>1250 Eye Street, N.W.<br>Sixth Floor<br>Washington, D.C.  20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA  94105 |
| First State Insurance Company | William Bowman<br>Ed Parks<br>Hogan & Hartson L.L.P.<br>555 13th Street, N.W.<br>Washington, DC 20004-1109<br>Phone: 202-637-5600 |
| Hudson Insurance Company | Elizabeth B. Sandza, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C.  20009 |

| PARTY | COUNSEL |
|---|---|
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, PC.<br>120 Broadway - 27th Floor<br>New York, NY  10271-0079 |
| Stonewall Insurance Company;<br>Falcon Insurance Company;<br>California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathryn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2595 |
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C.  20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Certain Underwriters at Lloyd's, London and London Market Insurance Companies | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019<br><br>Michael J. Zoeller<br>Baach, Robinson & Lewis PLLC<br>1201 F Street, N.W.<br>Suite 500<br>Washington, D.C.  20005 |
| American Reinsurance Company;<br>Employers Mutual Casualty Company;<br>Associated International Insurance Company | Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA  22314 |

| PARTY | COUNSEL |
|---|---|
| Compagnie Europeenne d'Assurances Industrielles and Brittany Insurance Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Perretti LLP<br>One Speedwell Avenue<br>Morristown, New Jersey  07962 |

CHI1 1167261v1