IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TRAVELERS INDEMNITY COMPANY,** *et al.*,<br><br>*Defendants.* | **Civil Action No. 1:05CV01125**<br>**John Garrett Penn, Judge**<br><br>**Related Case: 82-CV-2098** |

## NOTICE OF DECISION

Plaintiff Whitman Insurance Company, Ltd. ("Whitman Insurance") respectfully files this Notice to inform the Court of a pertinent ruling made by the Supreme Court of New York, County of New York in the case captioned *Certain Underwriters at Lloyd's, London, et al. v. Pneumo Abex Corporation, et al.*, No. 602493/02. On July 29, 2005, Justice Herman Cahn stayed the New York action in favor of this case and related longstanding proceedings in this Court.[1] Recently, Lloyd's and other parties sought reconsideration of the stay order entered on July 29, 2005. The ruling is dated March 24, 2006, and affirms and continues the stay of proceedings in New York. A copy of the March 24, 2006 decision is attached hereto.

The March 24, 2006 decision is relevant to the pending motions to dismiss or stay filed by a number of the defendants in this case because it addresses the following issues: (i) whether Cooper is a necessary party; (ii) whether Washington D.C. is a more appropriate forum than New York for the Abex asbestos coverage dispute; (iii) whether Illinois or New York law would likely apply to the vast majority of the policies; and (iv) whether the excess policies follow form

---

[1] *Abex Inc. v. Maryland Casualty*, Civil Action No. 82-2098.

to underlying policies litigated before this Court in *Abex v. Maryland Casualty*.

          Respectfully submitted,

          Daniel E. Chefitz (D.C. Bar No. 481420)
          Brooke Clagett (D.C. Bar No. 460570)
          MORGAN, LEWIS & BOCKIUS LLP
          1111 Pennsylvania Avenue, NW
          Washington, DC  20004
          Telephone:     202.739.3000
          Facsimile:     202.739.3001
          *Attorneys for Plaintiff*
          *Whitman Insurance Company, Ltd.*

Dated:  March 29, 2006

1-WA/2545029.5