UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WHITMAN INSURANCE COMPANY, LTD,**

    Plaintiff

    v.

                                 Civil Action No. 05-1125 (JGP)

**TRAVELERS INDEMNITY CO.,** *et al.*,

    Defendants

**ORDER**

Pending before the Court is defendant First State Insurance Company's motion seeking *pro hac vice* admission of Erik Bond of the law firm Hughes Hubbard & Reed LLP to represent First State in this action [docket no. 99].   It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, however, the motion is now moot in light of the notices of substitution of counsel [docket nos. 106, 107] substituting the law firm of Hogan & Hartson  L.L.P. for the law firm of Hughes Hubbard & Reed LLP.

    **SO ORDERED**.

**Date: March 29, 2006**

                                                **JOHN GARRETT PENN**
                                                **United States District Judge**