UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD,

    Plaintiff

v.

                              Civil Action No. 05-1125 (JGP)

TRAVELERS INDEMNITY CO., *et al*.,

    Defendants

## ORDER

Pending before the Court is defendant TIG Insurance Company's motion seeking *pro hac vice* admission of Louis G. Corsi of the law firm Landman Corsi Ballaine & Ford P.C.[docket no. 27].   It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, it is hereby

    **ORDERED** that the motion is **GRANTED**.

**Date: March 29, 2006**

                                                    **JOHN GARRETT PENN**
                                                    **United States District Judge**