*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**WHITMAN INSURANCE COMPANY, LTD,**

      Plaintiff

  v.

                                      Civil Action No. 05-1125 (JGP)

**TRAVELERS INDEMNITY CO.,** *et al.***,**

      Defendants

**ORDER**

Pending before the Court is defendant Federal Insurance Company's motion seeking *pro hac vice* admission of William P. Shelley of the law firm Cozen O'Connor [docket no. 47]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, it is hereby

    **ORDERED** that the motion is **GRANTED**.

**Date: March 29, 2006**

                                                             **JOHN GARRETT PENN**
                                                              **United States District Judge**