UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WHITMAN INSURANCE COMPANY, LTD,**

    **Plaintiff**

   v.

                                          Civil Action No. 05-1125 (JGP)

**TRAVELERS INDEMNITY CO.,** *et al.*,

    **Defendants**

## ORDER

Pending before the Court is defendant Federal Insurance Company's motion seeking *pro hac vice* admission of John J. Dwyer of the law firm Cozen O'Connor [docket no. 48]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, it is hereby

    **ORDERED** that the motion is **GRANTED**.

**Date: March 29, 2006**

                                                                  **JOHN GARRETT PENN**
                                                                  **United States District Judge**