*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**WHITMAN INSURANCE COMPANY, LTD,**

    **Plaintiff**

    v.

                                        **Civil Action No. 05-1125 (JGP)**

**TRAVELERS INDEMNITY CO.,** *et al.*,

    **Defendants**

**ORDER**

Pending before the Court is defendant Associated International Insurance Company's motion seeking *pro hac vice* admission of Meryl R. Lieberman of the law firm Traub Eglin Lieberman Straus LLP [docket no. 52]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, it is hereby

    **ORDERED** that the motion is **GRANTED**.

**Date: March 29, 2006**

                                                        **JOHN GARRETT PENN**
                                                         **United States District Judge**