*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**WHITMAN INSURANCE COMPANY, LTD,**

    Plaintiff

  v.

                                    Civil Action No. 05-1125 (JGP)

**TRAVELERS INDEMNITY CO.,** *et al.***,**

    Defendants

**ORDER**

Pending before the Court is defendant American Re-Insurance Company's motion seeking *pro hac vice* admission of Mark G. Sheridan of the law firm Bates & Carey, LLP [docket no. 62]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, it is hereby

**ORDERED** that the motion is **GRANTED**.

**Date: March 29, 2006**

                                                  **JOHN GARRETT PENN**
                                                  **United States District Judge**