UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WHITMAN INSURANCE COMPANY, LTD,**

    **Plaintiff**

  v.

                                            Civil Action No. 05-1125 (JGP)

**TRAVELERS INDEMNITY CO.,** *et al.*,

    **Defendants**

### ORDER

Pending before the Court is defendant American Re-Insurance Company's motion seeking *pro hac vice* admission of R. Patrick Bedell of the law firm Bates & Carey, LLP [docket no. 63]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, it is hereby

    **ORDERED** that the motion is **GRANTED**.

**Date: March 29, 2006**

                                                                     **JOHN GARRETT PENN**
                                                                     **United States District Judge**