UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WHITMAN INSURANCE COMPANY, LTD,**

    Plaintiff

  v.

                                        Civil Action No. 05-1125 (JGP)

**TRAVELERS INDEMNITY CO.,** *et al.***,**

    Defendants

### ORDER

Pending before the Court is defendant Allianz Underwriters Insurance Company's motion seeking *pro hac vice* admission of Antonio D. Favetta of the law firm Garrity, Graham, Favetta & Flinn, P.C. [docket no. 64]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, it is hereby

    **ORDERED** that the motion is **GRANTED**.

**Date: March 29, 2006**

                                                             **JOHN GARRETT PENN**
                                                              **United States District Judge**