## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | Case No.: No. 1:05CV01125 |
| ) | |
| v. ) | Judge John Garrett Penn |
| ) | |
| TRAVELERS INDEMNITY COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2 and the attached declaration, Defendant Mt. McKinley Insurance Company ("MMIC") moves for the admission of Fred L. Alvarez of the law firm Walker Wilcox Matousek LLP to represent MMIC in this action. Mr. Alvarez is a member in good standing of the bars of the State of Illinois, the United States District Court for the Northern District of Illinois and the Third Circuit Court of Appeals. The undersigned who is a member in good standing of the bar of this Court, shall act as counsel with Mr. Alvarez should this Motion be granted.

Respectfully submitted,

Date: April 6, 2006                                WEINER BRODSKY SIDMAN KIDER PC


/s/ Donald C. Brown, Jr.
Donald C. Brown, Jr. (D.C. Bar No. 432695)
Brian P. Perryman (D.C. Bar No. 491034)
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, 5thFloor
Washington, DC  20036
Tel.:  202-628-2000
*Attorneys for Mt. McKinley Insurance Company*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 6th day of April, 2006 copies of the foregoing Motion for Admission Pro Hac Vice, Declaration of Fred L. Alvarez, and Proposed Order were served by the Court's electronic filing system upon the parties' counsel who have consented to such service and true and correct copies of the same were served via first class mail, postage prepaid, address to all counsel listed who are not listed on the e-filing receipt as having consented to electronic service.

| PARTY | COUNSEL |
|---|---|
| Whitman Insurance Company | Daniel E. Chefitz, Esq.<br>Brooke Clagett, Esq.<br>Morgan, Lewis & Brockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 |
| Pneumo Abex Corporation, LLC | Barbara E. Rutkowski, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY  10017<br><br>Michael Ginsberg, Esq.<br>J.W. Mortgomery III, Esq.<br>Jones Day<br>One Mellon Center<br>500 Grant Street<br>Pittsburgh, PA  15219 |
| American Home Assurance Co.<br>AIU Insurance Co.<br>Granite State Insurance Co.<br>National Union Fire Insurance Co. of<br>  Pittsburgh, PA<br>Insurance Co. of the State of Pennsylvania<br>New Hampshire Insurance Co. | M. Elizabeth Medaglia, Esq.<br>Julie Selesnick, Esq.<br>Jackson & Campbell, P.A.<br>1120 Twentieth Street, N.W.<br>South Tower, Suite 300<br>Washington, DC  20036 |
| Allianz Insurance Company | Elizabeth Hamlin, Esq.<br>Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ  07042 |

| | |
|---|---|
| American Re-Insurance Company | Mark Sheridan, Esq.<br>Robert J. Bates, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive, Suite 2400<br>Chicago, IL  60606 |
| Federal Insurance Company | L. Barrett Boss, Esq.<br>Cozen & O'Connor<br>1668 K Street, N.W., Suite 500<br>Washington, D.C.  20006<br><br>John J. Dwyer, Esq.<br>Cozen & O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Fireman's Fund Insurance<br>National Survey Corporation | Andrew Butz, Esq.<br>Bonner, Kierman, Trebach &<br>  Crociata, LLP<br>1250 Eye Street, N.W., Sixth Floor<br>Washington, DC  20005<br><br>Rolf Lindenhayn, Esq.<br>Kaufman & Logan, LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA  94105 |
| First State Insurance Company | William Bowman<br>Ed Parks<br>Hogan & Hartson, L.L.P.<br>555 13th Street, N.W.<br>Washington, D.C.  20004 |
| Hudson Insurance Company | Elizabeth B. Sandaz, Esq.<br>David M. Ross, Esq.<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1875 Connecticut Avenue, N.W.<br>Washington, D.C.  20009 |
| TIG Insurance Company | Louis G. Corsi, Esq.<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY  10271 |

| | |
|---|---|
| Stonewall Insurance Company<br>Falcon Insurance Company<br>California Union Insurance Company | Clifton S. Elgarten, Esq.<br>Barry M. Parsons, Esq.<br>Kathyrn A. Underhill, Esq.<br>Crowell & Moring, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 |
| Travelers Insurance Company | Margaret H. Warner, Esq.<br>Richard Rogers, Esq.<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C.  20005<br><br>Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Certain Underwriters at Lloyd's, London and London Market Insurance Companies | Eileen T. McCabe, Esq.<br>Anna R. Newson, Esq.<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019<br><br>Michael J. Zoeller<br>Baach, Robinson & Lewis PLLC<br>1201 F Street, N.W., Suite 500<br>Washington, D.C.  20005 |
| American Reinsurance Company<br>Employers Mutual Casualty Company<br>Associated International Insurance<br> Company | Richard W. Driscoll, Esq.<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA  22314 |
| Compagnie Europeenne d' Assurances Industrielles and Brittany Insurance<br> Company | Glenn D. Curving, Esq.<br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland &<br> Perretti LLP<br>One Speedwell Avenue<br>Morristown, NJ  07962 |

F:\98054\008\ProHacViceMotion.doc