# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY ) <br> ) <br>        Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAVELERS INDEMNITY COMPANY, ) <br> et al., ) <br> ) <br>        Defendants. ) <br> ) | Case No.: No. 1:05CV01125 <br><br> Judge John Garrett Penn |

## DECLARATION OF FRED L. ALVAREZ

I, Fred L. Alvarez, declare under penalty of perjury that the following is true and correct:

1.    I am a member of the law firm of Walker Wilcox Matousek LLP.  Walker Wilcox has been retained to represent Defendant Mt. McKinley Insurance Company ("MMIC") in the above-referenced matter.

2.    I am admitted to practice in and am a member in good standing of the bars of the State of Illinois, the United States District Court for the Northern District of Illinois and the Third Circuit Court of Appeals.

3.    I certify that I have not been disciplined in the Bar of any court.

4.    I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

2

      6.      I will act as counsel for MMIC along with Donald C. Brown, Jr., a partner at Weiner Brodsky Sidman Kider PC, Washington, DC.  Mr. Brown is a member in good standing of the Bar of this Court.

Executed:  April 6, 2006                    /s/ Fred L. Alvarez
                                              Fred L. Alvarez
                                              Walker Wilcox Matousek LLP
                                              225 West Washington Street
                                              Suite 2400
                                              Chicago, Illinois  60606
                                              Tel.:  (312) 244-6700

F:\98054\008\AlvarezDeclaration2.DOC