**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: No. 1:05CV01125 |
| | ) | |
| v. | ) | Judge John Garrett Penn |
| | ) | |
| TRAVELERS INDEMNITY COMPANY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### [PROPOSED]ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion for the admission *pro hac vice* of Fred L. Alvarez is, this ___ day of

_____, 2006, hereby granted.

_____
Honorable John Garrett Penn, U.S.D.J.

F:\98054\008\ProHacViceMotion.doc