*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**WHITMAN INSURANCE COMPANY, LTD,**

    **Plaintiff**

    v.

                                                          Civil Action No. 05-1125 (JGP)

**TRAVELERS INDEMNITY CO.,** *et al.***,**

    **Defendants**

**ORDER**

Pending before the Court is defendant Mt. McKinley Insurance Company's motion seeking *pro hac vice* admission of Fred L. Alvarez of the law firm Walker Wilcox Matousek LLP [docket no. 155]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, it is hereby

    **ORDERED** that the motion is **GRANTED**.

**Date: April 18, 2006**

                                                          **JOHN GARRETT PENN**
                                                           **United States District Judge**