UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Whitman Insurance Company, Ltd.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No.  05-1125 (JGP) |
| | : | |
| **Travelers Indemnity Co.,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

TO the Clerk of this Court and all parties of record:

Please enter the appearance of Martin R. Baach as counsel of record in the above-captioned action for Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies.

Respectfully Submitted,

 /s/ Martin S. Baach
Martin R. Baach, Esq.
DC Bar No. 210377
Michael J. Zoeller, Esq.
DC Bar No. 426476
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW #500
Washington, DC  20004
Phone:  (202) 833-8900
Fax:  (202) 466-5738

May 8, 2006