IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br>*Plaintiff,*<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>*Defendants.* | Civil Case No. 1:05CV01125<br>John Garrett Penn, Judge<br><br>Related Case: 82-CV-2098<br><br>**FILED**<br>JUL 17 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## STIPULATION OF DISMISSAL

Plaintiff Whitman Insurance Company, Ltd. ("Whitman Insurance") and defendant Stonewall Insurance Company ("Stonewall") have reached a final settlement resolving all issues between Whitman Insurance and Stonewall.

Accordingly, Whitman Insurance and Stonewall, by and through their undersigned counsel, stipulate and agree that:

1. Stonewall has satisfied all obligations under the Stonewall Policies in connection with the Abex asbestos-related suits and claims.

2. All limits of liability of the Stonewall Policies are exhausted.

3. Whitman Insurance and Stonewall release all claims against each other in connection with the Abex asbestos-related suits and claims, including (without limitation) all contribution, equitable indemnity, "other insurance" and other such claims.

4. Whitman Insurance's amended complaint is dismissed with prejudice, each party to bear its own costs, but only as to Stonewall.

5. All pending motions of Whitman Insurance seeking relief against Stonewall are withdrawn except to the extent such motions filed by Whitman Insurance seek relief from a party

other than Stonewall. Stonewall's joinders in any motion filed by any other defendant are hereby withdrawn, as to Stonewall's joinder only.

Dated: June 19, 2006                                            Respectfully submitted,

By: /s/ Daniel E. Chefitz                                       By: /s/ Barry M. Parsons
    Daniel E. Chefitz (D.C. Bar No. 481420)                      Clifton S. Elgarten, #366898
    A.C. Brooke Clagett (D.C. Bar No. 460570)                    Kathryn A. Underhill, #384901
    MORGAN, LEWIS & BOCKIUS LLP                                  Barry M Parsons, #454788
    1111 Pennsylvania Avenue, N.W.                               CROWELL & MORING LLP
    Washington, D.C. 20004                                       1001 Pennsylvania Avenue, N.W.
    Telephone: 202.739.3000                                      Washington, D.C. 20004-2595
    Facsimile: 202.739.3001                                      Telephone: 202.624.2500
                                                                 Facsimile: 202.628.5116

*Attorneys for Whitman Insurance Company, Ltd.*                 *Counsel for Stonewall Insurance Company*

**ORDER**

So ORDERED this ___17th___ day of ___July___, 2006.

_____
United States District Court

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of June, 2006, a copy of the foregoing "Stipulation of Dismissal" was served by electronic filing on counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following persons:

| **Company Representing** | **Name of Counsel** |
| --- | --- |
| Defendant Travelers Indemnity Company | Barry R. Ostrager, Esq.<br>Jonathan K. Youngwood, Esq.<br>Simpson Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017-3909 |
| Defendant Mt. McKinley Insurance Company | Fred L. Alvarez, Esq.<br>Walker Wilcox Matousek, LLP<br>225 West Washington Street, Suite 2400<br>Chicago, IL 60606 |
| Defendant American Re-Insurance Company | Mark G. Sheridan, Esq.<br>R. Patrick Bedell, Esq.<br>Bates & Carey, LLP<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL 60606 |
| Defendant Federal Insurance Company | John J. Dwyer, Esq.<br>William P. Shelley, Esq.<br>Cozen O'Connor, P.C.<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Defendant Allianz Underwriters Insurance Company | Antonio D. Favetta, Esq.<br>Garrity, Graham, Favetta & Flinn<br>One Lackawanna Plaza<br>Montclair, NJ 07042-8205 |
| Defendant Associated International Insurance Company | Adam D. Kraus, Esq.<br>Meryl R. Lieberman, Esq.<br>Traub Eglin Lieberman Straus, LLP<br>7 Skyline Drive<br>Hawthorne, NY 10532 |

Daniel E. Chefitz, D.C. Bar No. 481420