UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD.)
)
Plaintiffs,            )
)
v.                  )      **CIVIL ACTION NO. 1:05-CV-01125 (JGP)**
)
TRAVELERS INDEMNITY CO., *et al.*       )
)
)
Defendants.           )
)
_____)

### MOTION AND INCORPORATED STATEMENT
### TO ADMIT JACOB C. COHN *PRO HAC VICE*

L. Barrett Boss, a member of the bar of this Court, pursuant to District Court Local Rule 83.2, moves for the admission *pro hac vice* of Jacob C. Cohn to represent Defendant Federal Insurance Company, as co-counsel in the above-captioned action. In further support of this Motion, counsel offers the accompanying statement of Jacob C. Cohn incorporated herein by reference.

Respectfully submitted,

_____/s/_____
L. BARRETT BOSS
Bar No. 398100
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, DC 20006
(202) 912-4818
(202) 912-4830 (Facsimile)
Attorney for Defendant

Date: May 7, 2007