UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD.)
                                 )
             Plaintiffs,      )
                                 )
                v.         )    **CIVIL ACTION NO. 1:05-CV-01125 (JGP)**
                                 )
TRAVELERS INDEMNITY CO., *et al.*   )
                                 )
                                 )
            Defendants.     )
                                 )
_____)

## STATEMENT OF JACOB C. COHN

I, Jacob C. Cohn, declare under the penalty of perjury, pursuant to District Court Local Rule 83.2(d):

      Full name:  Jacob Charles Cohn

      Office address and telephone:

               Cozen O'Connor
               1900 Market Street
               Philadelphia, PA  19103
               Telephone:  (215) 665-2147
               Fax:  (215) 701-2347
               Email: jcohn@cozen.com

      Bar Admission:  State of New Jersey (1997);  Commonwealth of Pennsylvania (1988); State of New York (2005);  US District Court, Eastern District of Pennsylvania (1988);  US District Court, Middle District of Pennsylvania (2006);  US District Court, Western District of Pennsylvania (1990);  US District Court, Southern District of New York (2005); US District Court, Eastern District of New York (2005);  US District Court, District of New Jersey (1997);

US District Court, Eastern District of Wisconsin (2005);  United States Court of Appeals for the

Third Circuit (1990);  United States Court of Appeals for the Second Circuit (2006).

Discipline:  I have not been disciplined by any bar.

Prior Admission *Pro Hac Vice* to this Court within past two years:  None.

I do not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted,

___/s/_____
Jacob C. Cohn
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2147
Fax:  (215) 701-2347
Email: jcohn@cozen.com

Dated:  May 7, 2007

2