UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD. )
)
        Plaintiffs, )
)
v. ) **CIVIL ACTION NO. 1:05-CV-01125 (JGP)**
)
TRAVELERS INDEMNITY CO., *et al.* )
)
        Defendants. )
)
)

### ORDER

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* of Jacob C. Cohn. The Motion is GRANTED, and it is hereby

ORDERED that Jacob C. Cohn is admitted *pro hac vice* to represent Defendant Federal Insurance Company, in the above captioned litigation.

Dated: _____    _____
                                                The Honorable John Garrett Penn
                                                United States District Judge