UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS INDEMNITY CO., *et al.*<br><br>Defendants. | **CIVIL ACTION NO. 1:05-CV-01125 (JGP)** |

## STATEMENT OF JACOB C. COHN

I, Jacob C. Cohn, declare under the penalty of perjury, pursuant to District Court Local Rule 83.2(d):

Full name: Jacob Charles Cohn

Office address and telephone:

> Cozen O'Connor
> 1900 Market Street
> Philadelphia, PA  19103
> Telephone:  (215) 665-2147
> Fax:  (215) 701-2347
> Email: jcohn@cozen.com

Bar Admission:  State of New Jersey (1997);  Commonwealth of Pennsylvania (1988); State of New York (2005);  US District Court, Eastern District of Pennsylvania (1988);  US District Court, Middle District of Pennsylvania (2006);  US District Court, Western District of Pennsylvania (1990);  US District Court, Southern District of New York (2005);  US District Court, Eastern District of New York (2005);  US District Court, District of New Jersey (1997);

US District Court, Eastern District of Wisconsin (2005); United States Court of Appeals for the Third Circuit (1990); United States Court of Appeals for the Second Circuit (2006).

Discipline: I have not been disciplined by any bar.

Prior Admission *Pro Hac Vice* to this Court within past two years: None.

I do not engage in the practice of law from an office located in the District of Columbia.

                              Respectfully submitted,

                              /s/
                              Jacob C. Cohn
                              Cozen O'Connor
                              1900 Market Street
                              Philadelphia, PA 19103
                              Telephone: (215) 665-2147
                              Fax: (215) 701-2347
                              Email: jcohn@cozen.com

Dated: May 7, 2007