UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD,

    Plaintiff

v.

                                                    Civil Action No. 05-1125 (JGP)

TRAVELERS INDEMNITY CO., *et al.*,

    Defendants

### ORDER

Pending before the Court is defendant Federal Insurance Company's motion seeking *pro hac vice* admission of Jacob C. Cohn of the law firm Cozen O'Connor [docket no. 162]. It appears that defendant has complied with LCvR 83.2(d) in making this motion and the motion is unopposed, it is hereby

**ORDERED** that the motion [docket no. 162] is **GRANTED**.

**DATE:  May 21, 2007**

                                                        **JOHN GARRETT PENN**
                                                        **United States District Judge**