UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. )<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>TRAVELERS INDEMNITY COMPANY, ET AL. )<br>)<br>)<br>Defendant(s). ) | CASE NUMBER: 1:05CV01125 |

### ENTRY OF APPEARANCE

TO the Clerk of this Court and all parties of record:

Please enter the appearance of Donald L. Uttrich as counsel for Defendants American Home Assurance Company, AIU Insurance Company, Granite State Insurance Company, National Union Fire Insurance Company of Pittsburg, Pa., Insurance Company of the State of Pennsylvania, and New Hampshire Insurance Company.

Dated: August 23, 2007

Donald L. Uttrich (DC Bar No. 431859)
Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower
Washington, DC 20036
(202) 457-1600

432027v.1