UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01125(JGP) |
| ) | |
| TRAVELERS INDEMNITY COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 83.6, that the law firm Rivkin Radler LLP, 926 Reckson Plaza, Uniondale, N.Y. 11556, hereby substitutes for Clifton S. Elgarten, Kathryn A. Underhill and Barry M. Parsons, of Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004, as counsel of record for defendant Northern Assurance Company of America as successor in interest to certain insurance liabilities of named defendant Falcon Insurance Company in the above-captioned matter.

Dated: August 28, 2007

Respectfully submitted,

| RIVKIN RADLER LLP | CROWELL & MORING LLP |
|---|---|
| By:_____/s/_____ | By:_____/s/_____ |
| Michael A. Kotula, D.C. Bar No. 430849 | Clifton S. Elgarten, D.C. Bar No. 366898 |
| | Kathryn A. Underhill, D.C. Bar No. 384901 |
| | Barry M. Parsons, D.C. Bar No. 454788 |
| By:_____/s/_____ | |
| Michael Powers | |
| Northern Assurance Company of America | |
| as successor in interest to certain insurance | |
| liabilities of named defendant Falcon | |
| Insurance Company | |