IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY CO., et al., <br><br> Defendants. | Civil Action No.: 1:05cv001125 <br> Judge John Garrett Penn |

## NOTICE OF FIRM NAME CHANGE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note a law firm name change for Adam Krauss, Esquire, previously admitted *pro hac vice* to represent defendant Associated International Insurance Company in this case via Order of this Court dated March 31, 2006. The new firm name is Traub Lieberman Straus & Shrewsberry LLP. The mailing address, telephone number and facsimile number remain the same. The e-mail address is now: akrauss@traublieberman.com.

Respectfully submitted,

ASSOCIATED INTERNATIONAL
INSURANCE COMPANY

/s/ Robert E. Draim
David D. Hudgins (D.C. Bar # 362451)
Robert E. Draim (Bar # 18635)
Hudgins Law Firm
515 King Street, Suite 400
Arlington, Virginia 22314
Tel: (703) 739-3300
Fax: (703) 739-3700

Dated: September 5, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September 2007, a true and accurate copy of the foregoing has been duly served on counsel of record by the manner indicated on the ECF Notice of Electronic Filing to the following:

| | |
|---|---|
| Daniel E. Chefitz, Esquire<br>Brooke Clagett, Esquire<br>Morgan, Lewis & Bockius, LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | *Counsel for Plaintiff Whitman Insurance Company* |
| Donald L. Uttrich, Esquire<br>Julie Selesnick, Esquire<br>Jackson & Campbell, P.C.<br>South Tower, Suite 300<br>1120 Twentieth Street, N.W.<br>Washington, D.C. 20036 | *Counsel for American Home Assurance Company; AIU Insurance Company; Granite State Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Insurance Company of the State of Pennsylvania; New Hampshire Insurance Company* |
| Elizabeth Hamlin, Esquire<br>Antonio D. Favetta, Esquire<br>Garrity, Graham, Murphy, Garofalo & Flinn<br>One Lackawanna Plaza<br>P.O. Box 4205<br>Montclair, NJ 07042 | *Counsel for Allianz Underwriters Insurance Company* |
| Edward B. Parks, II, Esq.<br>James P. Ruggeri, Esq.<br>Hogan & Hartson LLP<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004 | *Counsel for First State Insurance Company* |
| Elizabeth B. Sandza, Esquire<br>David M. Ross, Esquire<br>Leboeuf, Lamb, Green & Macrae, LLP<br>1101 New York Ave., NW, Suite 1100<br>Washington, DC 20005 | *Counsel for Hudson Insurance Company* |

| | |
|---|---|
| William G. Ballaine, Esquire<br>Louis G. Corsi, Esquire<br>Landman, Corsi, Ballaine & Ford, P.C.<br>120 Broadway, 27th Floor<br>New York, NY 10271 | *Counsel* for *TIG Insurance Company* |
| Clifton S. Elgarten, Esquire<br>Barry M. Parsons, Esquire<br>Crowell & Morning, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | *Counsel* for *Stonewall Insurance Company; and for Century Indemnity Company, as successor in interest to named defendant California Union Insurance Companyy* |
| Michael A. Kotula, Esq.<br>Rivkin Radler, LLP<br>926 RexCorp Plaza<br>Uniondale, NY 11556 | *Counsel* for *Northern Assurance Company of America as successor to certain insurance liabilities of Falcon Insurance Company* |
| Arthur S. Garrett, III, Esq.<br>Keller & Heckman, LLP<br>1001 G Street, NW, Suite 500 West<br>Washington, DC 20001<br><br>Elaine A. Rocha, Esq.<br>Riker, Danzig, Scherer, Hyland & Peretti<br>One Speedwell Avenue<br>Morristown, NJ 07962 | *Counsel* for *Brittany Insurance Company, Ltd., and Compagnie Europeenne d'Assurances Industrielles, S.A.* |
| Margaret H. Warner, Esquire<br>Richard Rogers, Esquire<br>McDermott, Will & Emery, LLP<br>600 Thirteenth Street, NW<br>Washington, D.C. 20005<br><br>Barry R. Ostrager, Esquire<br>Jonathan K. Youngwood, Esquire<br>Simpson, Thatcher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 | *Counsel* for *Travelers Insurance Company* |
| Martin R. Baach, Esq.<br>Baach, Robinson & Lewis, PLLC<br>1201 F Street, N.W.<br>Suite 500<br>Washington, D.C. 20005 | *Counsel* for *Certain Underwriters at Lloyd's London, and London Market Insurance Companies* |

3

| | |
|---|---|
| Eileen T. McCabe, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019 | |
| Richard W. Driscoll, Esquire<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314<br><br>Mark G. Sheridan<br>R. Patrick Bedell<br>Bates & Carey<br>191 North Wacker, Suite 2400<br>Chicago, IL 60606 | *Counsel for American Reinsurance Compan* |
| Richard W. Driscoll, Esquire<br>Driscoll & Seltzer, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314<br><br>Wendy L. Mager<br>Smith, Stratton, Wise, Heher & Brennan<br>2 Research Way<br>Princeton, NJ 08540 | *Counsel for Employers Mutual Casualty Company* |
| Joseph W. Dorn<br>Martin W. McNerney<br>King & Spaulding<br>1700 Pennsylvania Ave. NW, Suite 200<br>Washington, DC 20006 | *Counsel for Pneumo Abex Corporation, LLC* |
| L. Barrett Boss, Esquire<br>Cozen O'Connor<br>1627 Eye Street, NW, Suite 1100<br>Washington, D.C. 20006<br><br>John C. Cohn, Esquire<br>John J. Dwyer, Esquire<br>William P. Shelley, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | *Counsel for Federal Insurance Company* |

4

| | |
|---|---|
| Alfred C. Constants, III, Esq.<br>Caron Constants & Wilson<br>201 Route 17 North, 5th Floor<br>Rutherford, NJ 07070 | *Counsel* for Fireman's Fund Insurance |
| Alfred C. Constants, III, Esq.<br>Caron Constants & Wilson<br>201 Route 17 North, 5th Floor<br>Rutherford, NJ 07070<br><br>Andrew Butz, Esquire<br>Bonner Kiernan Trebach & Crociata<br>1233 20th St., NW, 8th Floor<br>Washington, D.C. 200036 | *Counsel* for National Surety Corporation |
| Fred L. Alvarez, Esquire<br>Walker Wilcox Matousek<br>225 W. Washinton St., Suite 2400<br>Chicago, IL 60606<br><br>Donald C. Brown, Esquire<br>Wiener Brodsky Sidman Kider<br>1300 19th St. NW, Suite 500<br>Washington, DC 20036 | *Counsel* for Mt. McKinley Insurance Company |

/s/ Robert E. Draim
Counsel