IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>Defendants. | Civil Action No. 1:05-CV-01125-JGP<br>John Garrett Penn, Judge |

**JOINT REPORT OF THE PARTIES
<u>ON THE STATUS OF THE CASE AND PENDING MOTIONS</u>**

Pursuant to the Court's Order of August 13, 2007, Plaintiff Whitman Insurance Company, Ltd., and Defendants Travelers Indemnity Company; National Union Fire Insurance Company of Pittsburgh, Pa.; AIU Insurance Company; American Home Assurance Company; American Re-Insurance Company; Associated International Insurance Company; Century Indemnity Company, as successor in interest to named defendant California Union Insurance Company[1]; Employers Mutual Casualty Company; Northern Assurance Company of America as successor in interest to certain insurance liabilities of Falcon Insurance Company[2]; Federal Insurance Company; Fireman's Fund Insurance Company; First State Insurance Company; Granite State Insurance Company; Hudson Insurance Company; Insurance Company of the State of Pennsylvania; Mt. McKinley Insurance Company, formerly known as Gibraltar Casualty Company; National Surety Corporation; New Hampshire Insurance Company; TIG Insurance Company, successor by merger to International Insurance Company; Pneumo Abex, LLC;

---

[1]   Plaintiff reserves the right to contest whether Century Indemnity Company is the successor in interest to named defendant California Union Insurance Company with respect to the policies at issue in this case.

[2]   Plaintiff reserves the right to contest whether Northern Assurance Company of America is successor in interest to certain insurance liabilities of Falcon Insurance Company with respect to the policies at issue in this case.

Certain Underwriters at Lloyd's, London; London Market Insurance Companies; Brittany Insurance Company, Ltd.; Compagnie Europeenne d'Assurances Industrielles, S.A.; and Allianz Underwriters Insurance Company, formerly known as Allianz Underwriters, Inc., respectfully submit this joint report on the status of the case and pending motions.

This case should remain in active status. This is an insurance dispute. This case was filed and docketed as a related case to the ongoing action entitled *Abex Corporation v. Maryland Casualty Company*, Civil Action No. 82-2098, which is also pending before Judge Penn. Certain defendants dispute whether this case is related to *Abex Corp. v. Maryland Casualty Co.*

Defendant Stonewall Insurance Company has been dismissed from this case, and Defendant Certain Underwriters at Lloyd's, London will be dismissed from this case. Any issues unique to these defendants will thereby be mooted.

There are several claims and issues pending between and among the parties to this case. The motions that are pending in this Court and that still require action are:

| Docket No. | Date Filed | |
|---|---|---|
| 18 | 7/14/05 | Whitman Insurance Company's Motion for Partial Summary Judgment on the Trigger-of-Coverage Issue. (*See* Related Minute Order of 11/23/05, set forth below.) |
| 19 | 7/14/05 | Whitman Insurance Company's Motion for Partial Summary Judgment on the Number-of-Occurrence Issue. (*See* Related Minute Order of 11/23/05, set forth below.) |
| 70 | 9/16/05 | Allianz Underwriters Insurance Company's Joinder in First State Insurance Company's Second Motion to Dismiss or Stay. (*Related Docket Nos.*: 71, 72, 73, 77, 78, 81, 82, 84, 93, 95, 102, 103, 110, 112, 114, 115, 116, 117, 118, 119, 122, 125, 134, 142, Minute Order of 11/23/05.) |

| | | |
|---|---|---|
| 71 | 9/16/05 | First State Insurance Company's Second Motion to Dismiss or Stay.<br>(*Related Docket Nos.*: 70, 72, 73, 77, 78, 81, 82, 84, 93, 95, 102, 103, 110, 112, 114, 115, 116, 117, 118, 119, 122, 125, 134, 142, Minute Order of 11/23/05.) |
| 73 | 9/16/05 | California Union Insurance Company and Falcon Insurance Company's Joinder in First State Insurance Company's Second Motion to Dismiss or Stay.<br>(*Related Docket Nos.*: 70, 71, 72, 77, 78, 81, 82, 84, 93, 95, 102, 103, 110, 112, 114, 115, 116, 117, 118, 119, 122, 125, 134, 142, Minute Order of 11/23/05.) |
| 76 | 9/16/05 | Federal Insurance Company's Motion to Dismiss or Stay.<br>(*Related Docket Nos.*: 102, 103, 142, Minute Order of 11/23/05.) |
| 77 | 9/16/05 | TIG Insurance Company's Joinder in First State Insurance Company's Second Motion to Dismiss or Stay.<br>(*Related Docket Nos.*: 70, 71, 72, 73, 78, 81, 82, 84, 93, 95, 102, 103, 110, 112, 114, 115, 116, 117, 118, 119, 122, 125, 134, 142, Minute Order of 11/23/05.) |
| 78 | 9/16/05 | Hudson Insurance Company's Joinder in First State Insurance Company's Second Motion to Dismiss or Stay.<br>(*Related Docket Nos.*: 70, 71, 72, 73, 77, 81, 82, 84, 93, 95, 102, 103, 110, 112, 114, 115, 116, 117, 118, 119, 122, 125, 134, 142, Minute Order of 11/23/05.) |
| 81 | 9/16/05 | Employers Mutual Casualty Company's Motion to Dismiss.<br>(*Related Docket Nos.*: 71, 102, 103, 125, 142, Minute Order of 11/23/05.) |
| 82 | 9/16/05 | American Re-Insurance Company's Motion to Dismiss.<br>(*Related Docket Nos.*: 72, 88, 102, 103, 142, Minute Order of 11/23/05.) |
| 83 | 9/16/05 | Travelers Indemnity Company's Motion to Dismiss.<br>(*Related Docket Nos.*: 102, 103, 113, 142, Minute Order of 11/23/05.) |
| 84 | 9/16/05 | Associated International Insurance Company's Joinder in First State Insurance Company's Second Motion to Dismiss or Stay.<br>(*Related Docket Nos.*: 70, 71, 72, 73, 77, 78, 81, 82, 93, 95, 102, 103, 110, 112, 114, 115, 116, 117, 118, 119, 122, 125, 134, 142, Minute Order of 11/23/05.) |

| | | |
|---|---|---|
| 86 | 9/16/05 | Compagnie Europeenne d'Assurances Industrielles, S.A. and Brittany Insurance Company's Joinder in Certain Underwriters at Lloyd's, London and London Market Companies' Motion to Dismiss.<br>(*Related Docket Nos.*: 88, 102, 103, 120, 121, 123, 124, 142, Minute Order of 11/23/05.) |
| 88 | 9/16/05 | Certain Underwriters at Lloyd's, London and London Market Companies' Motion to Dismiss.<br>(*Related Docket Nos.*: 82, 86, 102, 103, 120, 121, 123, 124, 142, Minute Order of 11/23/05.) |
| 93 | 9/19/05 | Fireman's Fund Insurance Company and National Surety Corporation's Joinder in First State Insurance Company's Second Motion to Dismiss or Stay.<br>(*Related Docket Nos.*: 70, 71, 72, 73, 77, 81, 82, 84, 93, 95, 102, 103, 110, 112, 114, 115, 116, 117, 118, 119, 122, 125, 134, 142, Minute Order of 11/23/05.) |
| 95 | 9/16/05 | Mt. McKinley Insurance Company's Joinder in First State Insurance Company's Second Motion to Dismiss or Stay.<br>(*Related Docket Nos.*: 70, 71, 72, 73, 77, 78, 81, 82, 84, 93, 102, 103, 110, 112, 114, 115, 116, 117, 118, 119, 122, 125, 134, 142, Minute Order of 11/23/05.) |
| 132 | 11/23/05 | Whitman Insurance Company's Motion for Leave to File a Surreply Memorandum.<br>(*Related Docket Nos.*: 135, 136, 138, 139.) |
| N/A | 11/23/05 | MINUTE ORDER granting [Docket No. 127] defendants' motion for extension of time to file a response to [Docket No. 18] plaintiff's motion for partial summary judgment on trigger of coverage issue and [Docket No. 19] plaintiff's motion for partial summary judgment on the number of occurrence issue based on the filing of [Docket No. 56] plaintiff's amended complaint and [Docket Nos. 71, 72] defendant First State Insurance Company's Second Motion to Dismiss or Stay. Signed by Judge John Garrett Penn on November 23, 2005. |

Respectfully submitted this 5th day of September, 2007.

| MORGAN, LEWIS & BOCKIUS LLP | MCDERMOTT WILL & EMERY LLP |
|---|---|
| /s/ Daniel E. Chefitz<br>Daniel E. Chefitz<br>1111 Pennsylvania Avenue NW<br>Washington, DC  20004<br>(202) 739-3000<br><br>Counsel for Whitman Insurance Company, Ltd. | /s/ Margaret H. Warner<br>Margaret H. Warner<br>Richard B. Rogers<br>600 13th Street NW<br>Washington, DC  20005<br>(202) 756-8228<br><br>Barry R. Ostrager<br>Jonathan K. Youngwood<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br><br>Counsel for The Travelers Indemnity Company. |
| JACKSON & CAMPBELL, P.C. | BATES & CAREY LLP |
| /s/ Donald L. Uttrich<br>Donald L. Uttrich<br>One Lafayette Centre–South Tower<br>1120 20th Street NW, Suite 300<br>Washington, DC 20036<br>(202) 457-1600<br><br>Counsel for National Union Fire Insurance Company of Pittsburgh, Pa., AIU Insurance Company, American Home Assurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, and New Hampshire Insurance Company. | /s/ Mark G. Sheridan<br>Mark G. Sheridan<br>R. Patrick Bedell<br>191 North Wacker, Suite 2400<br>Chicago, IL 60606<br>(312) 762-3162<br><br>/s/ Richard W. Driscoll<br>Richard W. Driscoll<br>DRISCOLL & SELTZER, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314<br>(703) 340-1625<br><br>Counsel for American Re-Insurance Company. |

| | |
|---|---|
| HUDGINS LAW FIRM<br><br> /s/ David D. Hudgins<br>David D. Hudgins<br>515 King Street, Suite 400<br>Alexandria, VA 22314<br>(703) 739-3300<br><br>Adam D. Krauss<br>Meryl R. Lieberman<br>TRAUB LIEBERMAN STRAUS &<br>SHREWSBERRY LLP<br>7 Skyline Drive<br>Hawthorne, NY 10532<br>(914) 347-2600<br><br>Counsel for Associated International Insurance Company. | CROWELL & MORING LLP<br><br> /s/ Barry M. Parsons<br>Barry M. Parsons<br>Clifton Scott Elgarten<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 624-2959<br><br>Counsel for Century Indemnity Company, as successor in interest to named defendant California Union Insurance Company. |
| SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP<br><br> /s/ Wendy L. Mager<br>Wendy L. Mager<br>2 Research Way<br>Princeton, NJ 08540<br>(609) 924-6000<br><br><br> /s/ Richard W. Driscoll<br>Richard W. Driscoll<br>DRISCOLL & SELTZER, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314<br>(703) 340-1625<br><br>Counsel for Employers Mutual Casualty Company. | COZEN O'CONNOR<br><br> /s/ Jacob C. Cohn<br>Jacob C. Cohn<br>William P. Shelley<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000<br><br> /s/ L. Barrett Boss<br>L. Barrett Boss<br>1627 I Street NW, Suite 1100<br>Washington, DC 20006<br>(202) 912-4818<br><br>Counsel for Federal Insurance Company. |

| | |
|---|---|
| TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP<br><br> /s/ Daniel R. Formeller<br>Daniel R. Formeller<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606<br>(312) 627-4007<br><br>Counsel for Fireman's Fund Insurance Company and National Surety Corporation. | HOGAN & HARTSON LLP<br><br> /s/ Edward B. Parks<br>William J. Bowman<br>James P. Ruggeri<br>Edward B. Parks II<br>555 13th Street NW<br>Washington, DC 20004<br>(202) 637-6587<br><br>Counsel for First State Insurance Company. |
| LEBOEUF, LAMB, GREENE & MACRAE LLP<br><br> /s/ David M. Ross<br>David M. Ross<br>Elizabeth B. Sandza<br>1101 New York Avenue NW, Suite 1100<br>Washington, DC 20005<br>(202) 986-8000<br><br>Counsel for Hudson Insurance Company. | WALKER WILCOX MATOUSEK LLP PC<br><br> /s/ Fred L. Alvarez<br>Fred L. Alvarez<br>225 West Washington Street, Suite 2400<br>Chicago, IL 60606<br>(312) 244-6700<br><br> /s/ Donald C. Brown<br>Donald C. Brown<br>WEINER BRODSKY SIDMAN KIDER<br>1300 19th Street, NW, Suite 500<br>Washington, DC 20036<br>(202) 628-2000<br><br>Counsel for Mt. McKinley Insurance Company, formerly known as Gibraltar Casualty Company. |

| | |
|---|---|
| LANDMAN CORSI BALLAINE & FORD P.C.<br><br> /s/ Louis G. Corsi<br>Louis G. Corsi<br>William G. Ballaine<br>120 Broadway–27th Floor<br>New York, NY 10271<br>(212) 238-4800<br><br>Counsel for TIG Insurance Company, successor by merger to International Insurance Company. | KING & SPALDING LLP<br><br> /s/ Joseph W. Dorn<br>Joseph W. Dorn<br>Martin M. McNerney<br>1700 Pennsylvania Avenue NW, Suite 200<br>Washington, DC 20006<br>(202) 626-5445<br><br>Counsel for Pneumo Abex, LLC. |
| BAACH, ROBINSON & LEWIS PLLC<br><br> /s/ Martin R. Baach<br>Martin R. Baach<br>1201 F Street NW, Suite 500<br>Washington, DC 20004<br>(202) 833-8900<br><br>Eileen T. McCabe<br>MENDES & MOUNT, LLP<br>750 Seventh Avenue<br>New York, NY 10019<br>(212) 261-8000<br><br>Counsel for Certain Underwriters at Lloyd's, London, and Certain London Market Insurance Companies. | KELLER and HECKMAN, LLP<br><br> /s/ Arthur S. Garrett III<br>Arthur S. Garrett III<br>1001 G Street NW, Suite 500 West<br>Washington, DC 20001<br>(202) 434-4248<br><br>Elaine A. Rocha<br>RIKER DANZIG SCHERER HYLAND & PERETTI, LLP<br>One Speedwell Avenue<br>Morristown, NJ 07962<br>(973) 538-0800<br><br>Counsel for Brittany Insurance Company, Ltd., and Compagnie Europeenne d'Assurances Industrielles, S.A. |

| | |
|---|---|
| GARRITY, GRAHAM, MURPHY, GAROFALO & FLINN, P.C.<br><br> /s/ Antonio D. Favetta<br>Antonio D. Favetta<br>One Lackawanna Plaza<br>Montclair, NJ 07042<br>(973) 509-7500<br><br>Counsel for Allianz Underwriters Insurance Company, formerly known as Allianz Insurance Company. | RIVKIN RADLER LLP<br><br> /s/ Michael A. Kotula<br>Michael A. Kotula<br>926 RexCorp Plaza<br>Uniondale, NY 11556<br>(516) 357-3066<br><br>Counsel for Northern Assurance Company of America as successor in interest to certain insurance liabilities of Falcon Insurance Company. |

## CERTIFICATE OF SERVICE

I certify that on September 5, 2007, a true and correct copy of the foregoing Joint Report of the Parties on the Status of the Case and Pending Motions, was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

      /s/ Daniel E. Chefitz
Daniel E. Chefitz

1-WA/2813195.4