IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>*Plaintiff,*<br>v.<br><br>TRAVELERS INDEMNITY COMPANY, et al.,<br><br>*Defendants.* | Civil Case No. 1:05CV01125<br>John Garrett Penn, Judge<br><br>Related Case: 82-CV-2098 |

## STIPULATION OF DISMISSAL

Plaintiff Whitman Insurance Company, Ltd. ("Whitman Insurance") and defendant Certain Underwriters at Lloyd's London ("Lloyds Underwriters") have reached a final settlement resolving all issues between Whitman Insurance and Lloyd's Underwriters with respect to insurance policies to which the Lloyds Underwriters subscribed ("London Policies").

Accordingly, Whitman Insurance and Lloyd's Underwriters, by and through their undersigned counsel, stipulate and agree that:

1.  The Parties agree that their settlement exhausts the limits of those London Policies that have policy periods between 1952 and 1962 (the "1952-62 Policies"), to the extent of Lloyd's Underwriters' several subscriptions to the 1952-62 Policies.

2.  All claims that Whitman Insurance and Lloyd's Underwriters have or could have asserted against one another in this action, but not claims they have asserted or could assert against other parties to this action, are deemed to be dismissed with prejudice, each party to bear its own costs as between one another.

1453009.1

3. All pending motions of Whitman Insurance seeking relief against Lloyd's Underwriters are withdrawn except to the extent such motions filed by Whitman Insurance seek relief from a party other than or in addition to Lloyd's Underwriters.

4. The London Market Insurer Defendants' Motion to Dismiss is hereby withdrawn as to Lloyd's Underwriters only.

Dated: September 17, 2007

Respectfully submitted,

By: _____
Daniel E. Chefitz, No. 481420
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001
*Attorneys for*
*Whitman Insurance Company, Ltd.*

By: _____
Martin R. Baach, No. 210377
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500
Washington, D.C. 20004
Telephone: 202.833.8900
Facsimile: 202.466.5738
*Attorneys for*
*Certain Underwriters*
*at Lloyd's London*

## ORDER

So ORDERED this _____ day of _____, 2007.

_____
United States District Court

1453009.1