CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE CO., LTD.        )
                                   )
                                   )
                                   )
         Plaintiff                 )
                                   )
                                   )
    v.                             )   Civil Case Number 05-1125 (PLF)
                                   )
                                   )
TRAVELERS INDEMNITY CO., et al.    )   Category     M
                                   )
                                   )
         Defendant                 )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Paul L. Friedman</u> by direction of the Calendar Committee.

(Related to 82-2098)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee


cc:   <u>Judge Friedman</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓