UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD.           :
                                          :
        Plaintiff,                        :   Civil Action No: 1:05CV01125
                                          :   Judge Paul L. Friedman
v.                                        :
                                          :
TRAVELERS INDEMNITY COMPANY, *et al.*     :
                                          :
        Defendants.                       :

## MOTION OF DEFENDANT PNEUMO ABEX LLC
## FOR THE ADMISSION OF JOHN H. FONTHAM *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Defendant Pneumo Abex LLC ("Pneumo Abex") moves for the admission of John H. Fontham of King & Spalding LLP to represent Pneumo Abex in this action. Mr. Fontham is a member in good standing of the Bar of the District of Columbia, the Bar of the State of Louisiana, and the Bars of the United States Fifth Circuit Court of Appeals and the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Fontham should this motion be granted.

Dated: January 2, 2008                    Respectfully submitted,

                                                          /s/ Martin M. McNerney
                                                          Joseph W. Dorn, #233374
                                                          Martin M. McNerney, #333161
                                                          John H. Fontham, *pro hac vice* pending
                                                          King & Spalding LLP
                                                          1700 Pennsylvania Avenue, N.W.
                                                          Washington, D.C. 20006-3737
                                                          Telephone: 202-737-0500

                                                          Attorneys for Defendant Pneumo Abex LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2008, a true and correct copy of this Motion of Defendant Pneumo Abex LLC for the Admission of John H. Fontham *Pro Hac Vice* was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ Martin M. McNerney
Martin M. McNerney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD. :
:
    Plaintiff, : Civil Action No: 1:05CV01125
: Judge Paul L. Friedman
v. :
:
TRAVELERS INDEMNITY COMPANY, *et al.* :
:
    Defendants. :
:

### DECLARATION OF JOHN H. FONTHAM

I, John Hobgood Fontham, declare under penalty of perjury that the following is true and correct:

1. I am a partner in the law firm of King & Spalding LLP, 1700 Pennsylvania Avenue, N.W. Washington, D.C. 20006-4706, 202-737-0500.

2. I am admitted to practice in, and am a member in good standing of, the Bar of the District of Columbia, the Bar of the State of Louisiana, and the Bars of the United States Fifth Circuit Court of Appeals and the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana.

3. I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

4. There are no disciplinary proceedings pending against me in any jurisdiction, nor has any discipline been imposed on me previously under the Rules of Professional Conduct in any jurisdiction.

5. I have not previously been admitted *pro hac vice* in this Court.

Dated: January 2, 2008

                                                                       _____
                                                                       JOHN H. FONTHAM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. : | |
| Plaintiff, : | Civil Action No: 1:05CV01125 |
| : | Judge Paul L. Friedman |
| v. : | |
| TRAVELERS INDEMNITY COMPANY, *et al.* : | |
| Defendants. : | |

### ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendant Pneumo Abex LLC for the admission *pro hac vice* of John H. Fontham is, this the ____ day of _____, 200_, hereby GRANTED.

_____
Hon. Paul L. Friedman
U.S. District Judge