UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Whitman Insurance Company, Ltd.,** : | |
| : | |
| **Plaintiff,** : | |
| v.  : | Civil Action No.  1:05CV01125 |
| : | Judge Paul L. Friedman |
| **Travelers Indemnity Company,** *et al.*,  : | |
| : | |
| **Defendants.** : | |
| _____: | |

### MOTION OF DEFENDANTS CERTAIN LONDON MARKET INSURANCE COMPANIES FOR ADMISSION OF EILEEN T. McCABE *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2 and the attached declaration, Defendants Certain London Market Insurance Companies hereby move for the admission of Eileen T. McCabe of the law firm of Mendes & Mount, LLP to represent said Defendants in this action.  Ms. McCabe is a member in good standing of the bars of the State of New York, the Commonwealth of Virginia and of the bar of the United States District Court for the Southern District of New York.  Attached is the Declaration of Ms. Eileen T. McCabe regarding these facts. The undersigned, who is a member in good standing of the bar of this Court, will act as co-counsel with Ms. McCabe should this Motion be granted.

Dated: January 7,  2008                                                      Respectfully Submitted,


/s/ Martin R. Baach
Martin R. Baach, #210377
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW
Washington, DC  20004
(202) 659-7206
*Counsel for defendants Certain*
*London Market Insurance Companies*

**CERTIFICATE OF SERVICE**

I hearby certify that on this 7th day of January, 2008, a true and accurate copy of this Motion Of Defendants Certain London Market Insurance Companies For Admission *Pro Hac Vice* of Eileen T. McCabe was electronically filed.  Notice of this filing will be sent by operation of the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

/s/ Martin R. Baach\_\_\_

Martin R. Baach