UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | * |
| Plaintiff | * |
| v. | * Case No. 1:05CV01125 <br> * Judge Paul L. Friedman |
| TRAVELERS INDEMNITY COMPANY, et al. | * |
| Defendants | * |

**DECLARATION OF ATTORNEY SEEKING TO APPEAR PRO HAC VICE**

I, EILEEN T. MCCABE, make this declaration under penalty of perjury, and say as a matter of personal knowledge that the following is true and correct:

1.  I seek permission to appear pro hac vice in the above-captioned matter in association with Martin R. Baach, a partner in the firm of Baach Robinson & Lewis PLLC, 1201 F Street NW, Washington DC 10004, who is a member in good standing of the bar of this Court and who has filed an appearance in this matter on behalf of Defendants Certain Underwriters at Lloyd's, London and Certain London Market Companies ("London Market Insurers").

2.  I am a partner in the law firm of Mendes & Mount LLP, 750 Seventh Avenue, New York, N.Y. 10019-6829, telephone 212-261-8283.

3.  I and my firm have been retained to represent London Market Insurers in

-1-

the above-referenced matter in association with Baach Robinson & Lewis PLLC. I and my firm have a long-standing relationship with these clients and are very familiar with the issues presented by this litigation.

4. I am admitted to practice and am a member in good standing of the bars of the State of New York and of the Commonwealth of Virginia and of the bar of the Southern District of New York.

5. I certify that I have not been disciplined by any bar of any jurisdiction.

6. I and my firm have no office in the District of Columbia.

7. I have not been admitted to appear pro hac vice in this Court during the past two years.

8. I am familiar with the law, facts and procedures relating to the subject matter of this litigation and with the rules of this Court.

DATE: January ___, 2008.

_____
Eileen T. McCabe
MENDES & MOUNT LLP
750 Seventh Avenue
New York, N.Y. 10019-6829
Telephone: 212-261-8283
Facsimile: (212)261-8750)