UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Whitman Insurance Company, Ltd.,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | Civil Action No. 1:05CV01125 |
| : | Judge Paul L. Friedman |
| **Travelers Indemnity Company,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER GRANTING ATTORNEY PRO HAC ADMISSION

The motion of Defendants Certain London Market Insurance Companies for the admission *pro hac vice* of Eileen T. McCabe is, this _____ day of _____, 2008, hereby GRANTED.

_____
Hon. Paul L. Friedman
U.S. District Judge