IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al,*<br><br>Defendants. | Civil Action No. 1:05CV01125 (JGP) |

### MOTION OF DEFENDANT MT. MCKINLEY INSURANCE COMPANY
### FOR ADMISSION *PRO HAC VICE*

Defendant, Mt. McKinley Insurance Company ("MMIC"), pursuant to LCvR 83.2 and the attached Declaration, hereby moves for the admission *pro hac vice* of Joyce F. Noyes, a member of the law firm Walker Wilcox Matousek LLP, 225 West Washington Street – Suite 2400; Chicago, Illinois 60606, to represent Defendant MMIC in this action and for permission to be heard in open Court. Ms. Noyes is a member in good standing of the bars of the State of Illinois and the United States District Courts for the Northern Districts of Illinois and Indiana.

The undersigned, who is a member in good standing of the bar of this Court, sponsors this Motion and will act as co-counsel with Ms. Noyes should this Motion be granted.

Respectfully submitted,

//s// Donald C. Brown, Jr.
Donald C. Brown, Jr., Esq.  # 432695
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, NW, Suite 500
Washington, DC 20036
(202) 628-2000
Fax: (202) 628-2011
brown@wbsk.com
*Counsel for Defendant Mt. McKinley Insurance Company*

Dated: January 8, 2008

{File: 00050264.DOC / 2}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2008, a copy of the foregoing Motion for Admission *pro hac vice* was served by electronic filing upon counsel listed on the Notice of Electronic Filing, and by first class mail, postage prepaid, addressed to the following:

| PARTY | COUNSEL |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD** | **Daniel E. Chefitz**<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-3000<br>Fax: (202) 739-3001<br>dchefitz@morganlewis.com |
|  | **Brooke Clagett**<br>LAW OFFICE OF BROOKE CLAGETT<br>1715 15th Street, NW<br>Suite 41<br>Washington, DC 20009<br>(202) 365-6039<br>Fax: (202) 299-0246<br>bclagett@clagettlaw.com |
| **TRAVELERS INDEMNITY COMPANY** | **Margaret Hanley Warner**<br>MCDERMOTT, WILL & EMERY<br>600 13th Street, NW<br>Washington, DC 20005-3096<br>(202) 756-8228<br>Fax: (202) 756-8087<br>mwarner@mwe.com |
|  | **Barry R. Ostrager**<br>**Jonathan K. Youngwood**<br>SIMPSON, THATCHER & BARTLETT<br>425 Lexington Avenue<br>New York, NY 10017-3909<br>(212) 455-2000<br>jyoungwood@stblaw.com |

{File: 00050264.DOC / 2}

| | |
|---|---|
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**<br><br>**AIU INSURANCE COMPANY**<br><br>**AMERICAN HOME ASSURANCE COMPANY**<br><br>**GRANITE STATE INSURANCE COMPANY**<br><br>**INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA** | **Donald L Uttrich**<br>**Mary Elizabeth Medaglia**<br>JACKSON & CAMPBELL, P.C.<br>1120 20th Street, NW<br>Washington, DC 20036-3406<br>(202) 457-1600<br>duttrich@jackscamp.com<br>lmedaglia@jackscamp.com |
| **NEW HAMPSHIRE INSURANCE COMPANY** | **Mary Elizabeth Medaglia** (see above) |
| **AMERICAN REINSURANCE COMPANY** | **Mark G. Sheridan**<br>**R. Patrick Bedell**<br>BATES & CAREY, LLP<br>191 North Wacker Drive<br>Suite 2400<br>Chicago, IL 60606<br>(312) 762-3162 |
| | **Richard Wayne Driscoll**<br>DRISCOLL & SELTZER, PLLC<br>600 Cameron Street<br>Alexandria, VA 22314<br>(703) 340-1625<br>Fax: (703) 997-4892<br>rdriscoll@driscollseltzer.com |
| **ASSOCIATED INTERNATIONAL INSURANCE COMPANY** | **Sean Charles Edward McDonough**<br>**David D. Hudgins**<br>HUDGINS LAW FIRM, PC<br>515 King Street<br>Suite 400<br>Alexandria, VA 22314<br>(703) 739-3300<br>Fax: (703) 739-3700<br>smcdonough@hudginslawfirm.com<br>e-mailbox@hudginslawfirm.com |

|   |   |
|---|---|
|   | **Adam D. Krauss**<br>**Meryl R. Lieberman**<br>TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP<br>7 Skyline Drive<br>Hawthorne, NY 10532<br>(914) 347-2600<br>Fax: (914) 347-8898<br>akrauss@traublieberman.com |
|   | **Jodi V. Terranova**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP<br>1341 G Street, NW<br>Suite 500<br>Washington, DC 20005-3105<br>(202) 626-7660<br>Fax: (202) 628-3606<br>Jodi.Terranova@wilsonelser.com |
| **CALIFORNIA UNION INSURANCE COMPANY**<br>*also known as*<br>ACE, LTD<br>*also known as*<br>CENTURY INDEMNITY COMPANY | **Barry M. Parsons**<br>**Clifton Scott Elgarten**<br>CROWELL & MORING, L.L.P.<br>1001 Pennsylvania Avenue, NW<br>13th Floor<br>Washington, DC 20004-2595<br>(202) 624-2959<br>Fax: 202-628-5116<br>bparsons@crowell.com<br>celgarten@crowell.com |
| **EMPLOYERS MUTUAL CASUALTY COMPANY** | **Richard Wayne Driscoll** (see above) |
| **FALCON INSURANCE COMPANY** | **Barry M. Parsons** (see above) |
|   | **Michael Anthony Kotula**<br>RIVKIN, RADLER LLP<br>926 Rex Corp Plaza<br>Uniondale, NY 11556<br>(516) 357-3066<br>Fax: 516-357-3333<br>michael.kotula@rivkin.com |

{File: 00050264.DOC / 2}

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY** | **Jacob C. Cohn**<br>**John J. Dwyer**<br>**William P. Shelley**<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2147<br>Fax: (215) 701-2347<br>jcohn@cozen.com<br>wshelley@cozen |
| | **L. Barrett Boss**<br>COZEN O'CONNOR, PC<br>1627 I Street, NW<br>Suite 1100<br>Washington, DC 20006<br>(202) 912-4818<br>Fax: (202) 912-4830<br>bboss@cozen.com |
| **FIREMAN'S FUND INSURANCE COMPANY**<br><br>**NATIONAL SURETY CORPORATION** | **Andrew Butz**<br>BONNER, KIERNAN, TREBACH & CROCIATA<br>1233 20th Street, NW<br>Eighth Floor<br>Washington, DC 20036<br>(202) 712-7000 ext. 7015<br>abutz@bktc.net |
| | **Alfred C. Constants, III**<br>CARON, CONSTANTS & WILSON<br>201 Route 17 North<br>5th Floor<br>Rutherford, NJ 07070<br>(201) 507-3683<br>aconsta1@ffic.com |
| **FIRST STATE INSURANCE COMPANY** | **David R. Biester**<br>**Erik Bond**<br>**William J. Beausoleil**<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6000<br>Fax: (212) 299-6647 |

{File: 00050264.DOC / 2}

| | |
|---|---|
| | Edward B. Parks, II<br>HOGAN & HARTSON, L.L.P.<br>555 13th Street, NW<br>Washington, DC 20004-1161<br>(202) 637-6587<br>Fax: (202) 637-5910<br>ebparks@hhlaw.com |
| **HUDSON INSURANCE COMPANY** | **David Mitchell Ross, Jr.**<br>**Elizabeth B. Sandza**<br>LEBOEUF, LAMB, GREENE & MACRAE, L.L.P.<br>1101 New York Avenue, N.W.<br>Suite 1100<br>Washington, DC 20009<br>(202) 986-8000<br>Fax: 202-986-8102<br>dross@llgm.com |
| **MT. MCKINLEY INSURANCE COMPANY**<br>*formerly known as*<br>GIBRALTAR CASUALTY COMPANY | **Fred L. Alvarez**<br>WALKER WILCOX MATOUSEK LLP<br>225 West Washington Street<br>Suite 2400<br>Chicago, IL 60606<br>(312) 244-6700 |
| **TIG INSURANCE COMPANY**<br>*formerly known as*<br>INTERNATIONAL INSURANCE COMPANY | **Louis G. Corsi**<br>**William G. Ballaine**<br>LANDMAN CORSI BALLAINE & FORD P.C.<br>120 Broadway<br>New York, NY 10271-0079<br>(212) 238-4800<br>Fax: (212) 238-4848<br>lcorsi@lcbf.com<br>wballaine@lcbf.com |
| **PNEUMO ABEX, LLC** | **Joseph William Dorn**<br>**John H. Fontham**<br>KING & SPALDING<br>1700 Pennsylvania Avenue NW<br>Second Floor<br>Washington, DC 20006<br>(202) 737-0500<br>Fax: (202) 626-3737<br>jdorn@kslaw.com |

{File: 00050264.DOC / 2}

|  |  |
|---|---|
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AND LONDON MARKET INSURANCE COMPANIES** | **Martin Richard Baach**<br>BAACH, ROBINSON & LEWIS<br>1201 F Street, NW<br>Suite 500<br>Washington, DC 20004-1225<br>(202) 833-8900<br>martin.baach@baachrobinson.com |
| **BRITTANY INSURANCE COMPANY, LTD.**<br><br>**COMPAGNIE EUROPEENNE D'ASSURANCES INDUSTRIELLES, S.A.** | **Arthur S. Garrett, III**<br>KELLER & HECKMAN, LLP<br>1001 G Street, NW<br>Suite 500 West<br>Washington, DC 20001-4545<br>(202) 434-4248<br>Fax: (202) 434-4646<br>garrett@khlaw.com |
| **ALLIANZ UNDERWRITERS INSURANCE COMPANY**<br>*formerly known as*<br>ALLIANZ INSURANCE COMPANY | **Antonio D. Favetta**<br>GARRITY, GRAHAM, FAVETTA & FLINN<br>One Lackawanna Plaza<br>Montclair, NJ 07042<br>(973) 509-7500<br>Fax: (973) 509-0414 |

                                                *//s// Donald C. Brown, Jr.*
                                                Donald C. Brown, Jr.