IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al*,<br><br>Defendants. | Civil Action No. 1:05CV01125 (JGP) |

### DECLARATION OF JOYCE F. NOYES

1. My name is Joyce F. Noyes and I am competent to make this Declaration as I am over 21 years of age and have personal knowledge of the matters stated herein.

2. I am an attorney with the law firm Walker Wilcox Matousek LLP, 225 West Washington Street – Suite 2400; Chicago, Illinois 60606. My telephone number is (312) 244-6710. My firm has been retained to represent Defendant Mt. McKinley Insurance Company in this litigation.

3. I am a member in good standing of the bars of the State of Illinois and the United States District Courts for the Northern Districts of Illinois and Indiana.

4. I have never been disciplined by any bar and there is no disciplinary proceeding pending against me in any jurisdiction.

5. During the past two years, I have not appeared *pro hac vice* in any proceedings before the United States District Court for the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia and do not have an application pending for membership in the District of Columbia.

{File: 00050264.DOC /}

7.      I am familiar with the laws, facts and procedure that are related to the subject matter of this litigation.

8.      I will act as co-counsel for Mt. McKinley with Donald C. Brown, Jr., of the law firm Weiner, Brodsky, Sidman Kider PC, who is a member in good standing of the bar of this Court.

I HEREBY DECLARE under penalty of perjury that foregoing statements are true and correct.

Executed on this 8th day of January 2008.

_____
JOYCE F. NOYES

{File: 00050264.DOC /}