IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, *et al*,<br><br>Defendants. | Civil Action No. 1:05CV01125 |

**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE***

The Motion for Admission *Pro Hac Vice* of Joyce F. Noyes is hereby GRANTED this \_\_\_\_\_ day of _____, 2008.

_____
Honorable Paul L. Friedman
U.S. District Judge

Copies to:    All counsel of record

CHI1 1113629v1

{File: 00050264.DOC / 2}
**Error! Unknown document property name.**