IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD.**<br><br>*Plaintiff*,<br><br>v.<br><br>**TRAVELERS INDEMNITY COMPANY,** *et al.*<br><br>*Defendants.* | Civil Action No. 05-01125 (PLF)<br>Paul L. Friedman, Judge<br><br>Related Case:<br>Civil Action No. 82-2098 (PLF) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Pursuant to LCvR 83.6(a), please enter the appearance of Janice L. Kopec on behalf of

Plaintiff Whitman Insurance Company, Ltd.


                                                      Respectfully submitted,

                                                      /s/ Janice L. Kopec
                                            Daniel E. Chefitz (D.C. Bar No. 481420)
                                            Janice L. Kopec (D.C. Bar No. 976520)
                                            MORGAN, LEWIS & BOCKIUS, LLP
                                            1111 Pennsylvania Avenue, NW
                                            Washington, DC 20004
                                            (202) 739-3000
                                            (202) 739-3001 (facsimile)


DATED: January 14, 2008

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of January, 2008, a true and correct copy of this Notice of Appearance was filed electronically.  Notice of this filing will be sent by operation of the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

                     /s/
                   Janice L. Kopec