IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, *et al.,* <br><br> *Defendants.* | Civil Action No. 05-01125 (PLF) <br> Paul L. Friedman, Judge <br><br> Related Case: <br> Civil Action No. 82-2098 (PLF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b), the Clerk of the Court will please note the withdrawal of Brooke Clagett as counsel for Plaintiff Whitman Insurance Company, Ltd., in the above-captioned case.

DATED: January 28, 2008

Respectfully submitted,

/s/ Brooke Clagett
Brooke Clagett (D.C. Bar No. 460570)
CLAGETT LAW OFFICE
1808 8th Street, N.W.
Washington, D.C. 20001
(202) 365-6039
bclagett@ClagettLaw.com

/s/ Daniel E. Chefitz
Daniel E. Chefitz (D.C. Bar No. 481420)
Janice L. Kopec (D.C. Bar No. 976520)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000

*Counsel for Whitman Insurance Co., Ltd.*

/s/ Archie Meairs
Archie Meairs
President
*On behalf of Whitman Insurance Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2008, a true and correct copy of this Notice of Withdrawal of Counsel was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                                                                         /s/

                                                                    Daniel E. Chefitz