*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | : | Case Number:  1:05CV01125 |
| | | Judge: Hon. Paul L. Friedman |
| | : | |
| *Plaintiff,* | | |
| | : | |
| TRAVELERS INDEMNITY COMPANY, et al. | | |
| | : | |
| *Defendants* | : | |

**MOTION OF DEFENDANT ALLIANZ UNDERWRITERS INSURANCE COMPANY**
**<u>FOR ADMISSION PRO HAC VICE</u>**

Pursuant to LCvR83.2 and the attached Declaration, Defendant, Allianz Underwriters Insurance Company, by and through its counsel, Elizabeth H. Hamlin, Esq., Bar No. (D.C. 937250), moves for the admission of Anthony J. Marino of the law firm of Garrity, Graham, Murphy, Garofalo & Flinn, P.C., to represent Allianz Underwriters Insurance Company in this action.  Mr. Marino is a member in good standing of the bars of the states and federal courts of New Jersey and New York.  The undersigned, who is a member in good standing of this bar, as well as the bars of the States of New Jersey and

Maryland, shall act as co-counsel with Mr. Marino should this Motion be granted.

Dated: February 28, 2008

                          Respectfully submitted,

By: /s/Elizabeth H. Hamlin
      Elizabeth H. Hamlin
      D. C. Bar No.  937250
      GARRTIY, GRAHAM, MURPHY, GAROFALO
       & FLINN
      One Lackawanna Plaza
      Montclair, NJ 07042
      Telephone: (973) 509-7500
      Facsimile: (973) 509-0414
      Email: ehh@garritygraham.com
      *Attorney of Record for Defendant Allianz Underwriters Insurance Company*

M:\Data\CLI\395\194\16\Pro Hac Vice Motion - AJM\Notice of Motion - Pro Hac Vice - AJM.wpd