## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | : | Case Number:   1:05CV01125 |
| | | Judge: Hon. Paul L. Friedman |
| *Plaintiff,* | : | |
| | : | |
| TRAVELERS INDEMNITY COMPANY, et al. | : | |
| | : | |
| *Defendants* | : | |

**DECLARATION OF ANTHONY J. MARINO FRO PRO HAC VICE ADMISSION**

I, ANTHONY J. MARINO, declare under penalty of perjury that the following is true and correct:

1. I am a shareholder in the law firm of Garrity, Graham, Murphy, Garofalo & Flinn, P.C., One Lackawanna Plaza, Montclair, New Jersey 07042,(Phone No. 973-509-7500). My firm has been retained to represent Defendant, Allianz Underwriters Insurance Company in the above-referenced matter.

2. I am admitted to practice and am a member in good standing of the bar of the state and federal courts of New Jersey and New York.

3. I certify that I have not been disciplined by any bar of any jurisdiction.

4. I have not been admitted to appear pro hac vice in this Court within the last two years.

5. I do not have an office in the District of Columbia.

6. I am familiar with the law, facts and procedures relating to the subject matter of this litigation.

7. I will act as co-counsel for Allianz Underwriters Insurance Company with Elizabeth H. Hamlin, an associate attorney in the firm of Garrity, Graham, Murphy, Garofalo & Flinn, P.C., who is a member in good standing of the bar of this Court.

Respectfully submitted,

By: /s/ Anthony J. Marino
ANTHONY J. MARINO
GARRTIY, GRAHAM, MURPHY, GAROFALO
 & FLINN
One Lackawanna Plaza
Montclair, NJ 07042
Telephone: (973) 509-7500
Facsimile: (973) 509-0414
Email: ajm@garritygraham.com

Executed: February 28, 2008

M:\Data\CLI\395\194\16\Pro Hac Vice Motion - AJM\Declaration of AJM for Pro Hac Admission.wpd