*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | | |
|---|---|---|
| WHITMAN INSURANCE COMPANY, LTD. | : | Case Number: 1:05CV01125 |
| | | Judge: Hon. Paul L. Friedman |
| | : | |
| *Plaintiff,* | | |
| | : | |
| TRAVELERS INDEMNITY COMPANY, et al. | | |
| | : | |
| *Defendants* | : | |

**[PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE**

The motion for the admission *pro hac vice* of Anthony J. Marino is, this _____ day of _____, 2008 hereby GRANTED.

_____
Hon. Paul L. Friedman, U.S.D.J.

M:\Data\CLI\395\194\16\Pro Hac Vice Motion - AJM\Order granting Pro Hac Vice for AJM.wpd