*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD. : | Case Number:  1:05CV01125 |
| : | Judge: Hon. Paul L. Friedman |
| *Plaintiff,* : | |
| : | |
| TRAVELERS INDEMNITY COMPANY, et al. : | |
| : | |
| *Defendants* : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February, 2008, a copy of the foregoing Motion of Defendant, Allianz Underwriters Insurance Company for Admission *Pro Hac Vice* was served on all counsel of record either electronically or by first class mail, postage prepaid, (see attached list):

```
                    By: /s/Patricia A. Coffey
                        Patricia A. Coffey/Legal Secretary
                        GARRTIY, GRAHAM, MURPHY, GAROFALO
                         & FLINN
                        One Lackawanna Plaza
                        Montclair, NJ 07042
                        Telephone: (973) 509-7500
                        Facsimile: (973) 509-0414
```

Executed: February 28, 2008

```
Daniel E. Chefitz, Esq.
Morgan Lewis & Brockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tele:     202-739-3000
```
***Attorneys for Plaintiff, Whitman Insurance Company***

```
Eileen T. McCabe, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829
Tele: 212-261-8000
Fax: 212-261-8750
Email:  Eileen.mccabe@mendes.com
```

        -and-

```
Michael John Zoeller, Esq.
Baach, Robinson & Lewis, PLLC
1201 F. Street, NW, Suite 500
Washington, DC 20005
Tel:  (202) 659-7217
Fax:  (202) 466-5738
E-Mail:   michael.zoeller@baachrobinson.com
```
*Attorneys for Plaintiffs, Certain Underwriters at Lloyds, et al.*

```
Thomas H. Sear, Esq.
Barbara E. Rutkowski, Esq.
JONES DAY
222 E. 41st Street
New York, NY 10017
Tele: (212) 326-3680
Fax:: (212) 755-7306
Email: brutkowski@jonesday.com
```
*Attorneys for Defendants, Pneumo Abex*

            -and-

```
Michael H. Ginsberg, Esq.
JONES DAY
One Mellon Center, 31st Floor
500 Grant Street
Pittsburgh, PA 15219-2502
Tele: (412) 391-3939
Fax:  (412) 394-7959
E-Mail: MHGinsberg@jonesday.com
```
*Attorneys for    Defendants, Pneumo Abex Corporation*

```
Martin Lavelle, Esq.
Law Office of Martin P. Lavelle
110 Williams Street
18th Floor
New York, NY   10038

     -and-

Elizabeth Medaglia, Esq.
Jackson & Campbell
1120 Twentieth Street, N.W.
South Tower
Washington, DC  20036-3437
Tele:      202-457-1612
Fax: 202-457-1678
E-Mail: Lmedaglia@JacksCamp.com
```
***Attorneys for Defendants, American Home Assurance Co.; AIU Ins. Co; Granite State Ins. Co.; Lexington Ins. Co.; National Union Fire Ins. Co. of Pittsburgh, Pa.; ISOP; New Hampshire Insurance Company***

```
Elizabeth H. Hamlin, Esq.
Anthony J. Marino, Esq.
Garrity, Graham, Murphy, Garofalo & Flinn, P.C.
One Lackawanna Plaza
Montclair, NJ 07042
Tele:  (973) 509-7500
Fax:   (973)509-0414
E-Mail: ehh@garritygraham.com and ajm@garritygraham.com
```
***Attorneys for Defendant, Allianz Insurance Company***

```
Mark Sheridan, Esq.
Robert J. Bates, Esq.
Bates & Carey
191 North Wacker
Suite 2400
Chicago, Ill  60606
Tele: 312-762-3100
Fax:  312-762-3200
Email:  msheridan@batescarey.com

     -and-

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia    22314
Tele: (703) 340-1625
Fax: (703) 997-4892
E-Mail:  rdriscoll@driscollseltzer.com

     -and-


Michael Gioia, Esq.
```

```
Landman, Corsi, Ballaine & Ford, P.C.
120 Broadway, 27th Floor
New York, NY 10271-0079
Tele:      (212) 238-4800
Fax: (212) 238-4848
E-mail:    mgioia@lcbf.com
```
***Attorneys for Defendant, American Re-Insurance Co.***

```
Adam Krauss, Esq.
Meryl R. Lieberman, Esq.
Traub, Elgin, Lieberman, Straus
Mid-Westchester Executive Park
Three Skyline Drive
Hawthorne, NY  10532
Tele: 914-347-1600
Fax:  914-347-8898
Email: akrauss@tels.com

          -and-

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia   22314
```
***Attorneys for Defendants, Associated International Insurance Company***

```
Wendy L. Mager, Esq.
Thomas E. Schorr, Esq.
Smith Stratton Wise Heher & Brennan, LLP
2 Research Way
Princeton, NJ 08540
Tele:(609) 987-6662
Fax: (609-987-6651
E-Mail:   wmager@smithstratton.com and tschorr@smithstratton.com
           -and-

Richard W. Driscoll, Esq.
Driscoll & Seltzer, PLLC
600 Cameron Street
Alexandria, Virginia   22314
```
***Attorneys for Employers Mutual Casualty Co.***

L. Barrett Boss, Esq.
Cozen O'Connor
1667 K Street, NW, Suite 500
Washington, DC 20006

    -and-

John J. Dwyer, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia PA 19103
E-Mail: jdwyer@cozen.com
***Attorneys for Defendant, Federal Insurance Company***

Andrew Butz, Esq.
Bonner Kiernan Trebach & Crociata
1250 I Street N.W., Ste. 600
Washington, DC 20005

    -and-

Rolf Lindenhayn, Esq.
Kaufman & Logan, LLP
100 Spear Street
12th Floor
San Francisco, CA 94105
Tele: (415) 247-8300
Fax: (415) 247-8310
E-Mail:   Rlindenhayn@kllaw.com
***Attorney for Defendants, Fireman's Fund Ins. Co.;***
***National Surety Corporation***

Eric Parnes, Esq.
Kathryne Love, Esq.
Hughes Hubbard & Reed, LLP
1775 I Street, N.W.
Washington, D.C.  20006-2401
Tele:(202) 721-4600
Fax: (202) 721-4646

    -and-

David R. Biester, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY   10004
Tele:(212) 837-6000
E-Mail:biester@HughesHubbard.com
***Attorneys for Defendant, First State Insurance Co.***

```
Louis G. Corsi, Esq.
Landman, Corsi, Ballaine & Ford, Esqs.
120 Broadway
27th Floor
New York, NY  10271-0079
Tele: 212-238-4800
Fax:  212-238-4848
E-Mail:  lcorsi@lcbf.com
```
*Attorneys for Defendant, TIG Insurance Co.,*
*formerly International Insurance Company*

---

```
Fred L. Alvarez, Esq.
Arthur J. McColgan, Esq.
Ryan M. Henderson, Esq.
Mark A. Deptula, Esq.
Lord, Bissell & Brook, LLP
115 S. LaSalle Street
Chicago, Ilinois  60603
```
***Attorneys for Defendant, Mt. McKinley Ins. Co.***

---

```
Clifton S. Elgarten, Esq.
Barry M. Parsons, Esq.
Kathryn A. Underhill, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
E-Mail:  Bparsons@crowell.com and Kunderhill@crowell.com
and Celgarten@crowell.com
```
***Attorneys for Defendant, Stnewall Ins. Co.;***
***Northern Assurance Co. of America; Century***
***Indemnity Co.***

---

```
Margaret H. Warner, Esq.
Richard B. Roger, Esq.
McDermott, Will & Emery
600 Thirteenth Street, N.W.
Washington, DC 20005
Tele:     202-756-8000
Fax: 202-756-8087
E-Mail:    mwarner@mwe.com

     -and-

Barry R. Ostager, Esq.
Jonathan K. Youngwood, Esq.
Laura Murphy, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017
Tele: 212-455-3359
Fax: 212-455-2502
Email: jyoungwood@stblaw.com and lmurphy@stblaw.com
```
*Attorneys for Defendant, Travelers Casualty and Surety Company*

---

*Hudson Insurance Company*

*300First Stamford Place, 6th Floor*
*Stamford, Connecticut    06902*
***Defendant, Hudson Insurance Company***

M:\Data\CLI\395\194\16\Pro Hac Vice Motion - AJM\Certif. of Service for Pro Hac Admiss for AJM.wpd