IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TRAVELERS INDEMNITY COMPANY,** *et al.,*<br><br>*Defendants.* | Civil Case No. 1:05CV01125<br>Paul L. Friedman, Judge |

### NOTICE OF FILING OF PROPOSED ORDER

In accord with the Court's instructions at the March 5, 2008, status conference, the Parties have conferred, and attached is a proposed order for the Court's consideration.

DATED: March 12, 2008

Respectfully submitted,

/s/
Daniel E. Chefitz (D.C. Bar No. 481420)
Janice L. Kopec (D.C. Bar No. 976520)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000

*Counsel for Whitman Insurance Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2008, a true and correct copy of this Notice of Filing of Proposed Order was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                               /s/
                                    Daniel E. Chefitz