IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WHITMAN INSURANCE COMPANY, LTD.,**

*Plaintiff*,

v.

**TRAVELERS INDEMNITY COMPANY, et al.,**

*Defendants*.

Civil Case No. 1:05CV01125
Paul L. Friedman, Judge

## ORDER

Upon the agreement of counsel, it is hereby ORDERED that:

(1) All motions and related joinders are withdrawn without prejudice;

(2) The Parties may re-file any of the motions withdrawn and all Defendants are granted an extension of time to answer or otherwise respond to the Amended Complaint to June 3, 2008; and

(3) Plaintiff shall inform the Court by April 4, 2008 whether the Parties believe mediation would be productive.

(4) The next status conference shall be on May 7, 2008 at 9:15 a.m.

SO ORDERED.

/s/_____
Paul L. Friedman
United States District Judge

DATE: March __, 2008