IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, et al., <br><br> *Defendants*. | Civil Action No. 1:05-CV-01125 <br> Paul L. Friedman, Judge |

## STATUS REPORT

Pursuant to the Court's Order of March 17, 2008, Plaintiff Whitman Insurance Company, Ltd. ("Whitman Insurance") respectfully submits this status report:

1. Whitman Insurance and the other parties are not yet in a position to determine whether mediation would be productive in this matter but will continue to consider whether mediation may be helpful in some or all of the negotiations.

2. Whitman Insurance will provide an update to the Court at the next status conference scheduled on May 7, 2008.

                                        Respectfully submitted,

DATED: April 4, 2008                MORGAN, LEWIS & BOCKIUS LLP

                                        /s/ Daniel E. Chefitz
                                        Daniel E. Chefitz (DC Bar No. 481420)
                                        Janice L. Kopec (DC Bar No. 976520)
                                        1111 Pennsylvania Avenue, NW
                                        Washington, DC  20004
                                        Telephone: (202) 739-3000
                                        Facsimile:  (202) 739-3001
                                        *Counsel for Whitman Insurance Company, Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2008, a true and correct copy of the foregoing Status Report was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                /s/
        Daniel E. Chefitz