UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD.<br><br>         Plaintiff,<br><br>     -v-<br><br>TRAVELERS INDEMNITY COMPANY, *et al.*,<br><br>         Defendants. | Case No. 1-05cv01125<br><br>Hon. Paul L. Friedman |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Whitman Insurance Company, Ltd., and Defendant Travelers Indemnity Company hereby stipulate and agree that:

1. All claims that Whitman has asserted against Travelers in this action are dismissed with prejudice, each party to bear its own costs as between one another.

2. All pending motions by Whitman seeking relief against Travelers are withdrawn.

3. The Motion to Dismiss filed by Travelers is hereby withdrawn.

DATED:  April 17, 2008      Respectfully submitted,

/s/ Margaret H. Warner_____
Margaret H. Warner, #359009
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000

/s/ Jonathan K. Youngwood_____
Barry R. Ostrager, *pro hac vice*
Jonathan K. Youngwood, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
*Counsel for Travelers Indemnity Company*

/s/ Daniel E. Chefitz_____
Daniel E. Chefitz, #481420
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000
*Counsel for Whitman Insurance Company, Ltd.*

## **ORDER**

IT IS SO ORDERED this the _____ day of _____, 2008.

_____
Hon. Paul L. Friedman
United States District Judge

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this the 17th day of April, 2008, I caused the foregoing Stipulation of Dismissal with Prejudice to be e-filed via the Court's Electronic Case Filing System, which will send notice of the filing to all counsel who have registered for electronic service. I further certify that on the 18th day of April, 2008, I caused true and correct copies of the filing, together with the e-filing receipt, to be served via first-class mail, postage prepaid, on counsel who are listed by the ECF system as not having registered for electronic service.

                                                     /s/ Margaret H. Warner
                                                     Margaret H. Warner