# United States District Court
# For the District of Columbia

WHITMAN INSURANCE COMPANY, LTD.   )
        Plaintiff(s)   )   **APPEARANCE**
                            )
                            )
        vs.   )   CASE NUMBER   1:05-cv-01125
TRAVELERS INDEMNITY COMPANY, et al.   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Timothy P. Kilgore  as counsel in this
                                (Attorney's Name)

case for: American Home Assurance Company, AIU Insurance Company, Granite State Insurance Company, National Union Fire Insurance Company of Pittsburg, Pa., Insurance Company of the State of Pennsylvania, and New Hampshire Insurance Company
                          (Name of party or parties)

April 18, 2008
Date

_/s/ Timothy P. Kilgore_
Signature
Timothy P. Kilgore
Print Name

494512
BAR IDENTIFICATION

1120 20th Street, N.W., Suite 300
Address

Washington    DC    20036
City         State        Zip Code

(202) 457-1600
Phone Number

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2008, a true and correct copy of this Entry of Appearance for Timothy P. Kilgore was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

                                        /s/ Donald L. Uttrich
                                        Donald L. Uttrich