AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WHITMAN INSURANCE COMPANY, LTD., )
        Plaintiff(s) )
        )
        )
        vs. )
TRAVELERS INDEMNITY COMPANY, )
et al., )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER  1:05-CV-01125

To the Clerk of this court and all parties of record:

Please enter the appearance of __Emily K. Hargrove__ as counsel in this
                              (Attorney's Name)

case for: __Fireman's Fund Insurance Company and National Surety Corporation__
                        (Name of party or parties)

April 23, 2008
Date

482906
BAR IDENTIFICATION

_/s/ Emily K. Hargrove_
Signature

Emily K. Hargrove
Print Name

401 9th Street N.W. Suite 900
Address

Washington, DC 20004
City    State    Zip Code

202-585-8274
Phone Number