IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, et al., <br><br> *Defendants*. | Civil Action No. 1:05-CV-01125 <br> Paul L. Friedman, Judge |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2(d) and the attached declaration, the undersigned, Emily K. Hargrove a member of the bar of this Court, moves for the admission *pro hac vice* of Barry T. Bassis of the law firm of Tressler, Soderstrom, Maloney & Priess, LLP, 22 Cortlandt Street, 17th floor, New York, New York 10007, for the purpose of appearing and participating in this case as counsel for Defendants Fireman's Fund Insurance Company and National Surety Corporation.

Mr. Bassis is a member in good standing of the New York bar, and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, the Court of Appeals for the Second Circuit, and the Supreme Court of the United States.

Mr. Bassis is familiar with the rules and his personal declaration is attached hereto. WHEREFORE, I respectfully request that the Court grant this Motion and enter the attached Order.

10987987.1

| | |
|---|---|
| Dated:  April 23, 2008 | Respectfully submitted, |
| | __/s/ Emily K. Hargrove_____<br>Emily K. Hargrove, Esq. (Bar No. 482906)<br>NIXON PEABODY LLP<br>401 Ninth Street, Suite 900<br>Washington, DC  20004<br>(202) 585-8274 (Telephone)<br>(202) 585-8080 (Facsimile)<br>ehargrove@nixonpeabody.com |
| | *Attorney for Defendants Fireman's Fund Insurance Company and National Surety Corporation.* |

10987987.1                                       2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2008, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

/s/ Emily K. Hargrove

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, et al., <br><br> *Defendants*. | Civil Action No. 1:05-CV-01125 <br> Paul L. Friedman, Judge |

## **ORDER**

After considering the Motion to admit Barry T. Bassis *pro hac vice*, and all other relevant papers and pleadings,

IT IS HEREBY ORDERED that the motion is GRANTED. Barry T. Bassis is admitted to this Court pro hac vice for the limited purpose of representing Defendants Fireman's Fund Insurance Company and National Surety Corporation in the above-captioned action.

SO ORDERED this ___ day of April, 2008.

_____
United States District Court Judge