IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITMAN INSURANCE COMPANY, LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY, et al., <br><br> *Defendants.* | Civil Action No. 1:05-CV-01125 <br> Paul L. Friedman, Judge |

**DECLARATION OF ATTORNEY SEEKING TO APPEAR PRO HAC VICE**

I, BARRY T. BASSIS, make this declaration under penalty of perjury, and say as a matter of personal knowledge that the following is true and correct:

1. I seek permission to appear pro hac vice in the above-captioned matter in association with Emily Hargrove, an associate in the office of Nixon Peabody LLP, 401 Ninth Street NW, Suite 900, Washington, DC 20004, who is a member in good standing of the bar of this Court and who has filed an appearance in this matter on behalf of Fireman's Fund Insurance Company and National Surety Corporation.

2. I am Of Counsel in the law firm of Tressler, Soderstrom, Maloney & Priess, LLP, 22 Cortlandt Street, 17th floor, New York, New York 10007; telephone: 212-430-4504.

3. I and my firm have been retained to represent Fireman's Fund Insurance Company and National Surety Corporation in association with Nixon Peabody LLP. I and my firm have a longstanding relationship with these clients and are very familiar with the issues presented by this litigation.

4. I am admitted to practice and am a member in good standing of the bars of the State of New York and of the United States District Courts for the Southern and Eastern Districts of New York, the Court of Appeals for the Second Circuit, and the Supreme Court of the United States.

5. I certify that I have not been disciplined by the bar of any jurisdiction.

6. I and my firm have no offices in the District of Columbia.

7. I have not been admitted to appear pro hac vice in this Court during the past two years.

8. I am familiar with the law, facts and procedures relating to the subject matter of this litigation and with the rules of this Court.

Date: April 23, 2008

*Barry T. Bassis*
Barry T. Bassis
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
22 Cortlandt Street, 17th floor,
New York, New York 10007
Telephone: 212-430-4504
Facsimile: 212-971-6263
E-mail: bbassis@tsmp.com