IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WHITMAN INSURANCE COMPANY, LTD.,

*Plaintiff*,

v.

TRAVELERS INDEMNITY COMPANY, et al.,

*Defendants*.

Civil Action No. 1:05-CV-01125
Paul L. Friedman, Judge

## ORDER

After considering the Motion to admit Barry T. Bassis *pro hac vice*, and all other relevant papers and pleadings,

IT IS HEREBY ORDERED that the motion is GRANTED. Barry T. Bassis is admitted to this Court pro hac vice for the limited purpose of representing Defendants Fireman's Fund Insurance Company and National Surety Corporation in the above-captioned action.

SO ORDERED this ___ day of April, 2008.

_____
United States District Court Judge