**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD.,** | |
| *Plaintiff,* | **Civil Case No. 1:05CV01125** |
| **v.** | **Paul L. Friedman, Judge** |
| **TRAVELERS INDEMNITY COMPANY,** *et al.,* | |
| *Defendants.* | |

**<u>NOTICE OF FILING OF PROPOSED ORDER</u>**

In accord with the Court's instructions at the May 7, 2008, status conference, the Parties

have conferred, and attached is a proposed order for the Court's consideration.

DATED: May 14, 2008                    Respectfully submitted,

                                   _____
                                       /s/
                                   Daniel E. Chefitz (D.C. Bar No. 481420)
                                   Janice L. Kopec (D.C. Bar No. 976520)
                                   MORGAN, LEWIS & BOCKIUS, LLP
                                   1111 Pennsylvania Avenue, NW
                                   Washington, DC 20004
                                   (202) 739-3000

                                   *Counsel for Whitman Insurance Co., Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of May, 2008, a true and correct copy of this Notice of Filing of Proposed Order was filed electronically.  Notice of this filing will be sent by operation of the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.


<u>                /s/                        </u>
Daniel E. Chefitz