IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WHITMAN INSURANCE COMPANY, LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**TRAVELERS INDEMNITY COMPANY, et al.,**<br><br>*Defendants*. | **Civil Case No. 1:05CV01125**<br>**Paul L. Friedman, Judge** |

## ORDER

Upon the agreement of counsel, it is hereby ORDERED that:

(1) The time for Parties to re-file any of the motions withdrawn and for any Defendant to answer or otherwise respond to the Amended Complaint is extended to and including November 6, 2008;

(2) The Parties shall submit a Joint Status Report on September 25, 2008; and

(3) The next status conference shall be on October 2, 2008 at 9:30 a.m.

SO ORDERED.

/s/_____
Paul L. Friedman
United States District Judge

DATE: May \_\_\_, 2008